**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>  Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHARLES HERRING<br>17353 Circa Oriente<br>Rancho Santa Fe, California 92067,<br><br>ROBERT HERRING, SR.<br>4289 Rancho Las Brisas Trail<br>San Diego, California 92130,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>  Defendants. | Case No. _____ |

## NOTICE OF FILING EXHIBITS

1. Plaintiffs hereby give notice of filing the attached exhibits, which are exhibits to the Complaint filed on August 10, 2021 in the case captioned above [D.E. 1] and listed below. All exhibits listed below have been electronically filed pursuant to LCvR 5.4(a) unless otherwise noted.

2. Due to their nature, certain exhibits listed below are unable to be filed electronically through the Court's ECF System. These exhibits are identified in the "Location" column below. A transcribed copy of each of those exhibits has been electronically filed through the Court's ECF System with the corresponding Exhibit Number pursuant to LCvR 5.4(a), unless otherwise noted. Upon request, Plaintiffs can arrange for files of those exhibits to be delivered to the Court.

| Exhibit No. | Description | Location |
|---|---|---|
| 370 | Dec. 18, 2020 Ltr. From T. Clare and M. Meier to R. Herring, C. Herring, and B. Littman | |
| 371 | Dec. 22, 2020 Ltr. From T. Clare and M. Meier to R. Herring and C. Herring | |
| 372 | Feb. 4, 2021 Ltr. from M. Meier & T. Clare to E. Early | |
| 373 | Apr. 16, 2021 Ltr. From S. Shackelford to E. Early | |
| 374 | May 12, 2021 Ltr. From S. Shackelford to E. Early | |
| 375 | June 18, 2021 Ltr. From S. Shackelford to B. Rhodes | |
| 376 | July 13, 2021 Ltr. From S. Shackelford to B. Rhodes | |
| 377 | Aug. 4, 2021 Ltr. From S. Shackelford to B. Rhodes | |
| 378 | Colby Hall, *Trump Goes ALL Caps Promoting OAN's Voter Fraud Conspiracy Debunked By the NY Times and Others*, Mediaite (Nov. 12, 2020), https://www.mediaite.com/election-2020/trump-goes-all-caps-promoting-oans-voter-fraud-conspiracy-debunked-by-the-ny-times-and-others/. | Portions of this exhibit contain audio/video files, which is not a format that readily permits electronic filing. A transcript of those audio/video files have been electronically filed with this exhibit. These files are maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 379 | *The Tipping Point: Election Results in Question*, One America News Network (Nov. 13, 2020), https://app.criticalmention.com/app/#clip/view/518987a5-d292-4001-bde0-95a8b9bb2999?token=e1bb29b2-fc08-4587-be57-88dd81ea7a3a. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 380 | *Real America with Dan Ball: Investigating Voter Fraud with Chanel Rion,* One America News Network (Nov. 14, 2020), https://app.criticalmention.com/app/#clip/view/1ce55142-8ca2-4e8f-9af7-089bf5edf9d9?token=39a0275b-e88a-4da1-b06b-de6723ac765c. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 381 | *Dominion Exec: Trump Is Not Going To Win, I Made F\*\*\*ing Sure Of It*, One America News Network (Nov. 16, 2020), https://app.criticalmention.com/app/#clip/view/17685220-bb98-4032-ab0a-2aab6370d708?token=039b18a0-39fe-40f1-bee4-7df466d96db1. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 382 | Chanel Rion (@ChanelRion), Twitter (Nov. 21, 2020, 11:10 am), https://twitter.com/ChanelRion/status/1330196983966019586?s=20. | |

| Exhibit No. | Description | Location |
|---|---|---|
| 383 | *Dominion-izing the Vote*, One America News Network (Nov. 21, 2020), available at https://www.youtube.com/watch?v=746HTjhFifA. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 384 | *Tech Millionaire Fund Hacking Team: "2020 Election 100% Rigged"*, One America News Network (Nov. 23, 2020), https://app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 385 | *In Focus with Stephanie Hamill*, One America News Network (Giuliani's interview broadcast from Washington, D.C., Dec. 4, 2020), available at https://app.criticalmention.com/app/#clip/view/70ebddad-8d73-4e94-8a7c-7a1897437d92?token=9667991d-a9cf-4554-89fc-7585a7734f37. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 386 | *OAN Breaking News Live With Patrick Hussion: President Trump: Election Fraud Is A Proven Fact*, One America News Network (Dec. 24, 2020), https://app.criticalmention.com/app/#clip/view/edd92632-4c80-4830-9322-cc20537255e2?token=945b87c9-0c2d-4595-99ec-c9c83da5b728. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 387 | *Powell: Election Fraud Now Obvious Because Pres. Trump's Landslide Victory Broke Dominion 'Vote-Switch' Algorithm*, One America News Network (Dec. 30, 2020), https://app.criticalmention.com/app/#clip/view/10544fd4-e686-47fa-b76a-62206fd30732?token=3e9c75c0-6f76-413d-baf8-14659794f3ff. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 388 | *OAN News 8am with Stephanie Myers: Giuliani: State & U.S. Lawmakers Must Reverse Election Fraud*, One America News Network (Jan. 1, 2021), https://app.criticalmention.com/app/#clip/view/27981d65-ed66-4cee-8cd1-a7ac77b85891?token=76f4002c-113c-4d95-b318-b3fe81b0c8b5. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 389 | *Weekly Briefing: Christina Bobb Interviews with Rudy Giuliani*, One America News Network (Jan. 2, 2021), https://app.criticalmention.com/app/#clip/view/74ed09be-0f2b-4c14-b9de-0ca0ad59952b?token=76f4002c-113c-4d95-b318-b3fe81b0c8b5. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 390 | *Mathematician: Election Numbers Don't Add Up*, One America News Network (Jan. 27, 2021), https://www.oann.com/recall-effort-against-calif-governor-gavin-newsom-approaches-1-5-million-signatures/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 391 | *Absolute Proof* (2020), previously available at https://rumble.com/vdlbl7-absolute-proof-mike-lindell-election-documentary-full.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 392 | *Absolute Proof: Interview Special with Steve Bannon*, One America News Network (Feb. 11, 2021), https://app.criticalmention.com/app/#clip/view/5904b6d0-e1bd-4ab9-9d42-dacea0738ffa?token=6faa76fc-dc7c-49e6-82ea-25835a3a9759. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 393 | *Scientific Proof* (Mike Lindell 2021) (clip 1 of 3), https://app.criticalmention.com/app/#clip/view/cc413279-f89b-4782-8c2a-bf49f142b45f?token=d01c5f60-581f-4664-b4ad-0a738ec4f5cb. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 394 | *Scientific Proof* (Mike Lindell 2021) (clip 2 of 3), https://app.criticalmention.com/app/#clip/view/5e93ce97-870f-4c2a-b146-afa157771044?token=d01c5f60-581f-4664-b4ad-0a738ec4f5cb. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 395 | *Scientific Proof* (Mike Lindell 2021) (clip 3 of 3), https://app.criticalmention.com/app/#/report/98d0f6fd-e2b7-4363-b980-ad881adf294a. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 396 | *Absolute Interference* (Mike Lindell 2021) (clip 1 of 3), https://app.criticalmention.com/app/#/clip/view/42d661fe-4711-43db-aafc-08988e6aa4b7?token=740123d8-c29e-4556-8b4d-8f8401d86700. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 397 | *Absolute Interference* (Mike Lindell 2021) (clip 2 of 3), https://app.criticalmention.com/app/#/clip/view/327aa327-de7b-466e-a897-aed8cb31524a?token=740123d8-c29e-4556-8b4d-8f8401d86700. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 398 | *Absolute Interference* (Mike Lindell 2021) (clip 3 of 3), https://app.criticalmention.com/app/#clip/view/db1d75ff-6bfd-4516-a316-7855464e1631?token=740123d8-c29e-4556-8b4d-8f8401d86700. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 399 | *One-On-One With Mike Lindell*, One America News Network (Apr. 29, 2021) (clip 1 of 2), https://app.criticalmention.com/app/#clip/view/f42eb2eb-a581-4813-afc0-7567a843e51a?token=36df1a03-68fa-42c8-8019-f0934a74828a. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 400 | *One-On-One With Mike Lindell*, One America News Network (Apr. 29, 2021) (clip 2 of 2), https://app.criticalmention.com/app/#clip/view/306710c8-0bfd-4796-ba07-82bf514febe0?token=36df1a03-68fa-42c8-8019-f0934a74828a. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 401 | *Mike Lindell Tackles Election Fraud*, One America News Network (May 3, 2021), https://app.criticalmention.com/app/#clip/view/73f40fb5-a9ab-4c8b-aa1b-c038474c608f?token=78421a00-fd36-4024-80e9-790adf35eb22. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 402 | *Weekly Briefing: Maricopa Audit*, One America News Network (May 22, 2021), https://app.criticalmention.com/app/#clip/view/c8867dde-b79c-4f09-8e0e-88c452abd6ff?token=5e040d89-2d4e-48d8-8edf-99be7e0a5556. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 403 | *The Real Story - OAN Absolutely 9-0 with Mike Lindell*, One America News Network (June 7, 2021), https://rumble.com/vi6w7p-the-real-story-oan-absolutely-9-0-with-mike-lindell.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

| Exhibit No. | Description | Location |
|---|---|---|
| 404 | Mike Lindell, *Absolutely 9-0*, Lindell TV (June 3, 2021), https://lindelltv.com/mike-lindell-presents-absolutely-90/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 405 | *MyPillow CEO Mike Lindell announces details of upcoming cyber symposium*, One America News Network (Jun. 30, 2021), https://rumble.com/vj9ddv-mypillow-ceo-mike-lindell-announces-details-of-upcoming-cyber-symposium.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 406 | Feb. 12, 2021 Ltr. From T. Clare and M. Meier to C. Bobb | |
| 407 | May 23, 2021 Ltr. From B. Rhodes to S. Shackelford | |
| 408 | Chanel Rion OAN (@ChanelRion), Twitter (Nov. 21, 2020, 11:10 AM), https://twitter.com/ChanelRion/status/1330196983966019586. | |
| 409 | One America News (@OANN), Twitter (Nov. 17, 2020, 7:03 AM), https://twitter.com/OANN/status/1328715483701395458. | |
| 410 | Charles Herring (@CharlesPHerring), Twitter (Nov. 22, 2020, 10:54 AM), https://twitter.com/CharlesPHerring/status/1330585340424323072. | |
| 411 | Dec. 29, 2020 & Feb. 4, 2021 Ltrs. from T. Clare to E. Early | |

Dated: August 10, 2021            Respectfully submitted,

By:   */s/ Justin A. Nelson*

| | |
|---|---|
| Thomas A. Clare, P.C. (D.C. Bar No. 461964)<br>Megan L. Meier (D.C. Bar No. 985553)<br>Dustin A. Pusch (D.C. Bar No. 1015069)<br>CLARE LOCKE LLP<br>10 Prince Street<br>Alexandria, VA 22314<br>(202) 628-7400<br>tom@clarelocke.com<br>megan@clarelocke.com<br>dustin@clarelocke.com | Justin A. Nelson (D.C. Bar No. 490347)<br>Brittany Fowler (*pro hac vice* pending)<br>(TX Bar No. 24109884)<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, #5100<br>Houston, Texas 77002<br>(713) 651-9366<br>jnelson@susmangodfrey.com<br>bfowler@susmangodfrey.com |
| Rodney Smolla (admission pending)<br>(DE Bar No. 6327)<br>4601 Concord Pike<br>Wilmington, DE 19803<br>(864) 373-3882<br>rodsmolla@gmail.com | Stephen Shackelford, Jr. (admission pending)<br>(NY Bar No. 5393657)<br>SUSMAN GODFREY LLP<br>1301 6th Avenue<br>New York, NY 10019<br>(212) 336-8330<br>sshackelford@susmangodfrey.com |
| *Attorneys for Plaintiffs* | Davida Brook (admission pending)<br>(CA Bar No. 275370)<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 789-3100<br>dbrook@susmangodfrey.com |
| | *Attorneys for Plaintiffs* |