# Exhibit 371

From: Kayla Cardoza <kayla@clarelocke.com>
Subject: Time-Sensitive Legal Correspondence
Date: December 22, 2020 at 10:02:46 PM EST
To: "bobby@awetv.com" <bobby@awetv.com>, "charles.herring@oann.com"
<charles.herring@oann.com>
Cc: Tom Clare <tom@clarelocke.com>, Megan Meier <megan@clarelocke.com>

Dear Messrs. Herring:

Please see the attached correspondence from Tom Clare and
Megan Meier. Kindly confirm receipt.

Sincerely,

Kayla Cardoza | Case Manager
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3873 - direct
kayla@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare
Locke LLP, which may be confidential or privileged.  The information is intended
exclusively for the individual or entity named above.  If you are not the intended
recipient, be aware that any disclosure, copying, distribution, or use of the contents of this
information is prohibited.  If you received this electronic transmission in error, please
notify us immediately at admin@clarelocke.com.





THOMAS A. CLARE, P.C.          C L A R E   L O C K E          MEGAN L. MEIER
                    L L P

December 22, 2020

*Via Email*

Robert Herring
Chief Executive Officer, OAN
Email: bobby@awetv.com

Charles Herring
President, OAN
Email: charles.herring@oann.com

> **Re:**    *Dominion's Second Demand for Retraction of Defamatory Accusations*

Dear Messrs. Herring:

      We write again on behalf of US Dominion Inc.[1]  Our December 18, 2020 letter demanded that One America News Network ("OAN") retract its recent defamatory statements that Dominion was involved in a clandestine conspiracy to somehow rig the November 2020 presidential election. This letter serves as Dominion's renewed demand that you publicly correct your defamatory statements in accordance with California Civil Code § 48a.

      Our last letter explained in great detail the substantial harm that OAN's inflammatory accusations have caused Dominion.  This includes damages from diminished sales and customer goodwill, injury to Dominion's reputation, and the loss of public trust.  These are all critical to Dominion's success, and OAN's reckless disregard for the truth has substantially interrupted the company's ability to operate.  To add insult to injury, OAN's smear campaign against Dominion has presented a real and present safety risk to Dominion employees throughout the country.  Recent news reports describe the harrowing account of one such employee who is currently in hiding because of the "$1,000,000 bounty" that has been placed on his head.

      Indeed, in response to numerous threats the company has received, Dominion has hired private security firms to protect the health and safety of its employees and to monitor and repulse continued attempts to compromise its physical locations.  Many of these threats were made in the hours after OAN published false claims that Dominion was attempted a coup to subvert the true outcome of the November 2020 presidential election.  By way of example, OAN published the following stories on December 2nd and December 3rd, both containing false accusations about Dominion's role in the recent election.

---

[1] We also represent and write on behalf of its subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion").





Within hours of OAN publishing these stories—and promoting them on their various social media accounts—Dominion received obscene and demeaning messages from members of the public who were outraged by the prevarications and lies set forth in OAN's "reporting." OAN's reporting prompted numerous death threats that were aimed towards Dominion and its employees. A few examples follow:

- *"I hope you get execute [sic] by chainsaw."*
- *"Why won't you fucking cowards testify. We're coming for you. You guys are done. You are treasonous scumbags."*
- *"You better watch y'alls back we know where you live and we're coming for you."*
- *"Your days are numbered!"*
- *"I hope you get execute [sic] by chainsaw."*
- *"Why won't you fucking cowards testify. We're coming for you. You guys are done. You are treasonous scumbags."*
- *"You better watch y'alls back we know where you live and we're coming for you."*
- *"Your days are numbered!"*
- *"You scumbag vote rigging son of a bitches. Your not gonna get away with it. And yes, you will be proven to be "enemy combatants" in conspiracy with China and the Democrats. Get right or get the consequences. Pricks."*



These are just a handful of examples of the threats that Dominion continues to receive online, via telephone, and even in person. Dominion urges you, therefore, to intervene and set the record straight so that Dominion can begin mitigating some of the harm OAN's conduct has inflicted.

For the avoidance of doubt, you must correct the defamatory statements described in this letter and our previous correspondence, and you must publish those corrections in substantially as conspicuous a manner as the original libels. Enclosed please find an appendix containing (1) our December 18, 2020 letter and (2) the relevant defamatory statements subject to Dominion's demands for retraction. For your reference we have highlighted the defamatory statements that you must correct and retract. If you harbor any confusion concerning this letter or its requirements, please notify my office immediately.

For the reasons set forth in our December 18, 2020 letter, you must:

1. Immediately cease and desist publishing defamatory statements about Dominion, regardless of whether the statements are made by you or by third parties.

2. Immediately issue a public retraction of the defamatory statements identified in the Appendix to this letter, making clear that Dominion did not interfere in the November 2020 election and explaining that Dominion has no involvement in a supposed "deep-state" conspiracy to reverse the proper outcome of the election.

3. Save and preserve all documents and materials related to your reporting.

4. Immediately apologize for your defamatory claims.

Finally, this letter puts you on notice that Dominion will pursue legal remedies to protect its interests, including the substantial damages and attorneys' fees that Dominion has incurred because of OAN's reckless disregard for the truth.

Please respond accordingly.

Regards,

Thomas. A. Clare, P.C.

Megan L. Meier

Enclosures

_____

*Dominion adv. One American News Network*

_____

### DOMINION'S RETRACTION DEMAND
### APPENDIX A

Thomas A. Clare, P.C.
Megan L. Meier, Esq.
CLARE LOCKE LLP

*Counsel for Dominion*

*This appendix is submitted in connection with the retraction demand to OAN from US Dominion Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (Collectively, "Dominion").*

## TABLE OF CONTENTS

1. *Clinton Ties To Dominion Voting System, Which 'Glitched' For Biden* (Nov. 11, 2020)..3

2. *Cyber Analyst On Dominion Voting: Shocking Vulnerabilities* (Nov. 15, 2020) ...............4

3. *Dominion Scandal Goes Worldwide With Michael Johns* (Nov. 18, 2020) ........................6

4. *Dominion Voting Systems Under Scrutiny For Security* (Nov. 18, 2020)...........................7

5. *Dominion Executive: Trump Is Not Going To Win. I Made F\*\*\*Ing Sure Of That* (Nov. 24, 2020)........................................................................................................................9

6. *Maricopa County GOP Chairwoman Testifies She Saw Votes For President Trump Flipped For Biden* (Dec., 2020) ...........................................................................11

7. *Election Fraud Witnesses Provide Testimony in Mich.* (Dec. 3, 2020).............................11

8. *Reports: Ga. Gov. Kemp Awarded Dominion Voting Contract After Meeting With Chinese Consulate Official In Atlanta* (Dec. 10, 2020) ...............................................12

9. *Mich. Fraud Witness Debunks Dominion CEO Testimony, Says Poulos Falsely Denied Internet Connection & Ballot Dumps* (Dec. 16, 2020).................................................13

10. *Dominion Falsely Claims QR Codes Protect Against Fraud* (Dec. 16, 2020) .................14

11. *Dominion-izing' the Vote with Chanel Rion* (Nov. 21, 2020, *rebroadcast on* December 19, 2020)........................................................................................................15

1. ***Clinton Ties To Dominion Voting System, Which 'Glitched' For Biden*** (Nov. 11, 2020)

https://www.oann.com/clinton-ties-to-dominion-voting-system-which-glitched-for-biden/

Clinton Ties To Dominion Voting System, Which 'Glitched' For Biden.

Software used by the voting system Dominion reportedly "glitched" in favor of Joe Biden in key parts of Michigan. As it turns out, key members of Dominion have ties that go back to Hillary Clinton.

**Video**

Host (00:00):

Software used by the voting system, Dominion reportedly glitched in favor of Joe Biden and key parts of Michigan. And as it turns out, key members of Dominion have ties that go back to Hillary Clinton. As we just reported there here's Chanel Rion.

Chanel Rion (00:14):

One county in Michigan glitched and turned Trump votes into Biden votes. Upon exposing this error, it turns out that 6,000 votes had accidentally gone from Trump to Biden when they corrected this error. Not only did Trump win the County, but the house gained a Republican Congressman. Head of the Trump legal battle against fraudulent ballots, Rudy Giuliani says this glitch was widespread.

Rudy Giuliani (00:41):

A complete breakdown of a software system called Dominion, in which in Antrim County Biden won on election night, only to find out that the software didn't work and it reversed the vote. That Dominion technology was used in three-quarters to almost 80% of the state. So now we've got to look at how often did its breakdown in other parts of the state. And when you look back on the history of Dominion, which is a Canadian firm, it's made mistakes in the Canadian election system.

Chanel Rion (01:17):

This Dominion software was used in at least 47 counties in Michigan. A state Trump had been projected to win. Election officials in Michigan were quick to dismiss this initial mistake as simply a failure to update the software, but Trump's legal team and the Republican party are calling this a bluff pushing for a full audit of the counties in which Dominion was used.

Rudy Giuliani (01:40):

The idea that there's no evidence in the networks keep saying, but the Trump campaign has produced no evidence. And I say, you are censoring the evidence.

Chanel Rion (01:51):

But there is another aspect of the Dominion software company that escaped the notice of most: Dominion's ties to the Clinton Foundation. Penelope Chester-Starr is the communications manager for Dominion Voting Systems. Prior to coming to Dominion, she worked for the Clinton Growth Initiative and was Vice President for Teneo.  Teneo was the firm started to help manage Bill and Hillary Clinton's foreign businesses and booked their personal speaking engagements. Even more disturbing, there appears to be a formal partnership between the Clinton Initiative and Dominion Voting Systems. But back to just one example of many, Chester-Starr also helped organize a 2017 women's March against Trump and is a rabid anti-Trumper working for a vote counting company. One that claims to be the leading supplier of election technology across Canada and the U.S. The question is how many more anti-Trump activists and former Clinton allies work for or affect the Dominion software company? The company that accidentally flipped thousands of votes from Trump to Biden in key swing states.

2. *Cyber Analyst On Dominion Voting: Shocking Vulnerabilities* (Nov. 15, 2020)

   https://www.oann.com/cyber-analyst-on-dominion-voting-shocking-vulnerabilities/

   Cyber Analyst On Dominion Voting: Shocking Vulnerabilities

   A cyber analyst shares alarming insights into the scandal ridden voting software Dominion. One America's Chanel Rion has more.

   **Video**

   Host (00:00):

   And a cyber analyst shares alarming insights into the scandal-ridden voting software Dominion. One America Chanel Rion has more.

   Chanel Rion (00:10):

   Well voter fraud deniers continue to proclaim the perfection of the U.S. election system. Skeptics are looking at irregular patterns in vote data in particular software irregularities that would switch votes from President Trump to Joe Biden. Dominion Voting Systems is one such software that seemed to have a pattern of switching votes from Trump to Biden. How easily could bad actors have used Dominion to switch thousands of votes in alternate election County by County? The answer is shocking. One America News spoke with Ron Watkins, a large

systems technical analyst who has been pouring over the Dominion systems manual.

Ron Watkins (00:50):

First, I was looking at this manual with the mindset of a penetration tester of which I am. I'm reading the manual with a discerning eye and trying to figure out which parts of the system could be abused by, uh, end-users. The physical security of the device is the first step to security. If you can't secure the physical device, then you have no security. It-it's impossible to have security if you don't secure the physical device.

Chanel Rion (01:18):

Working off the Dominion manual and public request documents from Pennsylvania, Secretary of State, Watkins says the vulnerabilities of Dominion reside in the fact that administrative access is so easy to attain with administrative access comes direct access to ballots and how they are counted.

Ron Watkins (01:37):

So, you have the issue of the person who is inside the tabulation machine, which is just a normal Windows 10 computer. Are they manipulating the vote before it goes to the flash drive? And then you have the next issue, which is now the votes are on the flash drive, does, how does that flash drive get to the -the county commissioner or whoever is assigned to accept the flash drive? Is the same flash drive being, uh, being sent over? So, you could swap the flash drive, theoretically, there's no accountability there. And then once the County Commissioner or whoever accepts that flash drive gets the flash drive, do you trust them to not go in and edit the contents before they report it?

Chanel Rion (02:26):

In Michigan, one county reported 6,000 ballots being affected because of a software malfunction. Catching this error meant the difference between that county voting Biden to that county actually having voted for Trump by 2,500 votes.

Ron Watkins (02:42):

So, another issue is the keys. The keys to the machine are digital devices. It's unclear what the device is. It might be like an RFID device or USB or, or something, but it is clear that it's a digital device that holds a, some kind of cryptographic key on it.  If you lose this physical key, you lose absolute security of the entire precinct. So, for example, if say Philadelphia was storing these keys in a warehouse and they were robbed, and the only thing stolen where these keys and a laptop, then you should consider their entire election to be illegitimate because they have lost the physical security of the system, which is the most important, uh, part of information security.

Chanel Rion (03:36):

And that's exactly what happened in Philadelphia.  Just one month before the election USB drives and a laptop had been stolen from a key precinct in Philadelphia. On election day, Biden overtook Trump's 800,000 vote lead in the dark of night. According to these tabulating machines, Biden surpassed Trump by nearly 60,000 votes statewide.  A lead found in one county, the County from which a thief stole USB keys and a laptop to the precincts ballot machines the month prior.

3. ***Dominion Scandal Goes Worldwide With Michael Johns*** (Nov. 18, 2020)

https://www.oann.com/dominion-scandal-goes-worldwide-with-michael-johns/

Dominion Scandal Goes Worldwide With Michael Johns

Tipping Point's Kara McKinney caught with Michael Johns, the co-founder and leader of the National Tea Party Movement, to get his take on the controversy surrounding the 2020 presidential election and the role of Dominion Voting Systems.

**Video**

Kara McKinney (00:00):

Foreign governments seem to be tied in with these systems, whether it be Canada, Venezuela, Spain, or even Germany. What can you tell us about that?

Michael Johns (00:09):

Well, there's been some reporting at some of these, um, systems in Germany were actually seized. Um, they clearly the, you know, Smartmatic has had incredible ties, uh, with some of the greater far-left concerns that we have, including, um, this Lord Malloch Brown, who's very tight, uh, with, uh, Soros is on the, uh, Open Societies Global Board and a bunch of other sources boards, meaning this is not some casual associate of George Soros. This is kind of an individual as part of that inner circle. Um, and we have, and we have case after case.  The Philippines is, is another great example where these systems have been utilized and there's been nothing but broad concerns. Now, since we last talked, which was not broadly known and still not probably known, just so happens that one of two campaigns has a very strong relationship with Smartmatic.

And I probably don't have to ask you to guess which one. Um, but we have, um, an individual, uh, named, named Peter Neffinger who has been handling what's typically called, um, the, the landing teams for transitions, where personnel are brought in for the, no, nothing short of the Department of Homeland Security. This guy has been on the board of Smartmatic. He has, uh, an extensive historical relationship with the Atlantic Council, which, you know, one of the great, I think untold stories is the amount of foreign money that's flooded into Washington, D.C.,

including thinktanks, uh, over the last few years. And I come out of the thinktank environment, um, and worked with, I think the best of the bunch in the Heritage Foundation. But he worked with the Atlantic Council known for lots of Qatar money, lots of China money, uh, lots of UAE money, and even Burisma money that went into Atlantic Council, which did not come out in the Hunter Biden story.

So, we have, I think, and you can hear it in legal counsel coming out of the Trump, um, legal team, major concerns. And you know, my guidance right now is don't jump up and down with glee. It's firstly, astonishing and reprehensible that we've allowed this to occur. And we have to begin as con--know, as least I say this as a conservative as a lifelong Republican taking some responsibility for these actions. Where were Republicans? Where were conservatives, when these systems that were, were shown to be flawed, um, were not, were not adopted? And by the way, you know, Elizabeth Warren, Klobuchar there's Democrats, who've raised concerns about, about them as well.  So, I think we haven't like we're at a point right now where this has to be fixed. It is inexcusable. It is not acceptable for us to sort of say, you know, yeah, there were some concerns out there and it probably didn't go well, we've got to get that fixed before 2024. No, the, the President who is sworn in on January 20 absolutely has to have the full confidence of the American people that, that, that individual was elected in a free and fair election. Right now you cannot say that at all. And in a country that's still roughly split 50/50 by ideology and party. That's a recipe for immense, uh, divisiveness among

Kara McKinney (03:41):

Exactly. You're exactly right. And the only thing, this, this smacks me of intention here on the Democrats part, as you were saying in laying out over these past few years, red flags popping up here and there over these many, many years. And the fact that Democrats knew that and then push to bring these systems into as many as 30 States and Republicans as well, some Republicans as well. It tells me that something is not sitting right here. Thank you so much for breaking it all down for us, Michael.

4. ***Dominion Voting Systems Under Scrutiny For Security*** (Nov. 18, 2020)

https://www.oann.com/dominion-voting-systems-under-scrutiny-for-security/

Dominion Voting Systems Under Scrutiny For Security.

One of the nation's biggest voting machine operators, Dominion Voting Systems, appears to have ties to high-level Democrats. One America's Pearson Sharp has more on the story as democratic senators warn that electronic voting machines are highly vulnerable to hacking.

**Video**

Host (00:00):

In the meantime, one of the nation's biggest voting machine operators, Dominion Voting Systems appears to have ties to high level Democrats. Here's one America's Pearson sharp.

Pearson Sharp (00:11):

As the question of election integrity grows, one of the largest operators of voting systems in the U.S. appears to have questionable relationships with some of the biggest names in the Democratic Party. Dominion voting systems has taken center stage and the controversy over vote tampering and has tried to deny claims that it was manipulating the outcome of the 2020 election. However, the Colorado based company has admitted to not only hiring a former staffer for Nancy Pelosi as a lobbyist, but also to making a sizable donation to Bill and Hillary's Clinton foundation. Furthermore, President Trump's campaign attorney Sidney Powell claims Dominion was working to bolster Joe Biden over Trump and says they have enough evidence to launch a widespread criminal investigation. Powell explained that operators at Dominion can watch the votes coming in in real time. And more importantly, they can also switch the votes in real time. This is something that even Dominion's Vice-President Eric Coomer admitted to back in 2017, explaining that the votes can be altered after the election, but claiming they never do that.

Eric Coomer (01:19):

Does this system allow alterations of the ballot images after the election, only through the adjudication system? Again, because I'm making a judications on the records. We update the audit mark. We never update the actual image of the physical ballot front and back.

Pearson Sharp (01:35):

Even Democrats are aware of Dominion's vulnerabilities. And back in 2019 senators Elizabeth Warren, Amy Klobuchar and Ron Wyden admitted that voting electronically was a security risk in a letter written in December of last year. They stated quote researchers recently uncovered previously undisclosed vulnerabilities in nearly three dozen backend election systems in ten States. Even election security activists, warn that Dominion has no safeguards and is highly vulnerable to outsider hacking or vote tampering. Experts like Alex Halderman, a professor of computer science from the University of Michigan, says the QR codes used a scan. The ballot could simply be copied and resubmitted as another vote. He says that could be done as many times as you wanted. And a copy would be just as valid as the original. And after the hand recounts began in Georgia. It appears that manipulation of the vote may have indeed taken place putting the state back in play for President Trump.

Pearson Sharp (02:35):

Following the previous discovery that some 2,600 uncounted ballots were uncovered in Floyd County, which Georgia's voting system, chief Gabriel Sterling called an amazing blunder. The same thing as apparently happened again in Fayette County, another 2,755 votes were found on a memory card, according to Sterling with nearly 1600 going to President Trump and just over 1100 going for Biden that closes the gap between Trump and Biden by another 449 votes. In addition to the 800 votes discovered in Floyd County shrinking Biden's lead even further. These are just the incidents that we know about so far, but as more and more discrepancies and major voting errors are uncovered on a daily basis. It seems clear the American people, regardless of party are justified and there are concerns over the integrity of their elections. Pearson Sharp, One American News.

5.  ***Dominion Executive: Trump Is Not Going To Win. I Made F\*\*\*Ing Sure Of That*** (Nov. 24, 2020)

    https://www.oann.com/dominion-executive-trump-is-not-going-to-win-i-made-fing-sure-of-that/

    *Dominion Executive: Trump Is Not Going To Win. I Made F\*\*\*Ing Sure Of That.*

    One America's Chief White House Correspondent Chanel Rion spoke with the founder of FEC United, Joe Oltmannn, who made a bombshell discovery about a key member of Dominion's leadership.

    **Video**

    Host (00:00):

    One America's Chanel Rion speaks with founder of FEC United Joel Oltmann, who made a bombshell discovery about a key member of Dominion's leadership.

    Chanel Rion (00:11):

    Joe, you infiltrated an Antifa conference call this past September and accidentally came upon a top Dominion Voting Systems executive named Eric Coomer. Describe that call and what it led you to find.

    Joe Oltmann (00:26):

    How the call started. If, somebody says who's Eric? He says, Eric's Dominion guy. Someone actually said: Hey, go ahead and tell them to continue speaking. Um, and someone interrupts and says, uh, what are we going to do if f-ing Trump wins? And Eric responds, and I'm paraphrasing this, by the way, um, don't worry about the election. Trump is not going to win. I made effing sure of that. And then he started laughing and somebody says f-ing right. At that point, I thought to myself, you

know, this guy is crazy. These people are crazy because they think that they are, you know, Jedi warriors and they could just will themselves to Trump not winning.

Chanel Rion (00:58):

Fast forward to just after the election. Oltmann sees an article concerning Georgia's last minute Dominion Voting software updates. The article cites Eric speaking on behalf of Dominion. Oltmann remembers his September call and begins to dig deeper.

Joe Oltmann (01:16):

Um, and, but I did do research on Eric. And so, I just put it a simple Google search to start, which was Eric Dominion, uh, Denver, Colorado. And Eric Coomer came up immediately under Dominion Voting Systems. Anytime that there was a press release, Eric Coomer was the one giving that press release. Anytime, but they were pitching the product to, uh, different municipalities. He was the one pitching the product. And I'm talking about Arizona, uh, Wisconsin, um, Georgia, Pennsylvania, you name it, his name pops up everywhere.

Chanel Rion (01:49):

The real shocker came when Oltmann found Coomer's Facebook posts,

Joe Oltmann (01:53):

I've got access to his Facebook. You get that sinking feeling like what, like what this is, this is crazy here. Here's the director of security and excuse me, of strategy and security at Dominion. Um, and when I got into his Facebook page, that's when things really started to kind of come together for me that you know, that Eric Coomer was this, you know, that he was not just Antifa. He was, uh, he was responsible for putting his finger on the scales of our election

Chanel Rion (02:22):

Posts, including the Antifa manifesto, vitriolic posts against all Trump voters, song links like "Dead Prez" and "F-the police" and "F the USA." Oltmann says Coomer had the title and the power to exercise his vitriol through Dominion. If Coomer is investigated and found to have indeed tampered with a presidential election, such an action could be tried for treason. Unfortunately, the question is, will the FBI step up to investigate. For more on this interview and others tune in for OAN's upcoming investigation on Dominion. Chanel Rion One American News, Washington.

6. *Maricopa County GOP Chairwoman Testifies She Saw Votes For President Trump Flipped For Biden* (Dec., 2020)

https://www.oann.com/maricopa-county-gop-chairwoman-testifies-she-saw-votes-for-president-trump-flipped-for-biden/

Maricopa County GOP Chairwoman Testifies She Saw Votes For President Trump Flipped For Biden.

The GOP vice chairwoman of Maricopa County, Arizona said she saw ballots changed from a vote for President Trump to a vote for Joe Biden on election night.

Linda Brickman testified before Arizona state legislators on Monday, stating that she witnessed votes being entered into the Dominion system automatically changed to reflect a vote for Biden. She said she was threatened and barred from the counting room after telling her supervisor what she saw.

Despite multiple witnesses coming forward with similar stories, counters were reportedly never told whether any action had been taken to correct the miscount.

Maricopa County is among the largest in the nation with more than 2 million votes in the 2020 election.

"I read her a Trump Republican ballot and as soon as she entered it into the system, the ballot defaulted on the screen to a Biden Democratic ballot," explained the GOP vice chairwoman.

Brickman said her purpose of appearing at the hearing was to speak the truth and protect the integrity of the election.

7. *Election Fraud Witnesses Provide Testimony in Mich.* (Dec. 3, 2020)

https://www.oann.com/election-fraud-witnesses-provide-testimony-in-mich/

Voting irregularities in Michigan are under scrutiny again as the President's legal team continues to present their case to the American public.

On Wednesday, state Rep. Matt Hall (R), chairman of the Michigan House Oversight Committee, led a hearing to listen to poll watchers and election workers testify to what they saw on November 3 as well as the days that followed.

In his introduction, Hall recognized that the state of Michigan needed to investigate these claims because pre-election mandates had left the state vulnerable to tabulation errors. During the 2018 midterms, Michigan voted to change a number of election procedures, including the implementation of 'no excuse absentee' voting.

More than 3 million voters used the new policy to register to vote by mail in 2020, but county clerks quickly reported tens-of-thousands of ballots were thrown out due to signature errors or voters no longer living in Michigan. This led the President's legal team to question how many fraudulent ballots were not thrown out.

The President's personal attorney, Rudy Giuliani, questioned witnesses before the Michigan House Oversight Committee. This allowed lawmakers in the Wolverine State the opportunity to hear firsthand stories of fraud and negligence.

One witness, Mellissa Carone, was contracted by Dominion voting machines to provide IT support in Detroit and told the committee how she was forced to watch as election officials added the same batches of ballots to the final tally over and over again.

The mishandling of ballots and the negligence of poll workers affected not only the presidential race, but several ballot measures within the state.

Guiliani ended the hearing by saying that the work undertaken by the President's legal team was vital because "every dishonest vote deprives an honest voting person of their vote."

8. ***Reports: Ga. Gov. Kemp Awarded Dominion Voting Contract After Meeting With Chinese Consulate Official In Atlanta* (Dec. 10, 2020)**

https://www.oann.com/reports-ga-gov-kemp-awarded-dominion-voting-contract-after-meeting-with-chinese-consulate-official-in-atlanta/

Reports: Ga. Gov. Kemp Awarded Dominion Voting Contract After Meeting With Chinese Consulate Official In Atlanta

New reports highlight the relationship between Georgia's governor and consuls from China. They show that Gov. Brian Kemp (R-Ga.) may have closer ties to China than just asking for their business.

According to recent **reports**, Kemp met with China's consul general from the Houston consulate in Atlanta on July 12, 2019. The Houston consulate was shut down by the U.S. government for being used as a **location for spies**.

"We've terminated special treatment agreements with Hong Kong in response to CCP's actions to deny freedom to the people of Hong Kong," Secy. of State Mike Pompeo said when he appeared before the Senate in July. "And we closed our consulate in Houston because it was a den of spies."

On July 29 of the same year, Kemp handed Dominion a ten-year contract worth over $100 million.

Dominion has been accused multiple times of changing votes for President Trump to votes for Joe Biden. The company also has **various ties to China**.

12

In June of this year, the New York Times reported there is evidence that heavy lobbying and sales tactics were used leading up to their implementation.

On Tuesday, outlets highlighted resurfaced pictures of Kemp meeting with several Chinese diplomats who are suspected of committing espionage and attempting to steal COVID-19 research.

Separate reports also called attention to massive Chinese investment in Georgia, which may violate **CFIUS** rules. Kemp is known to have welcomed questionable Chinese money in his state.

"China is a top source of imports and our third-largest export market," Kemp stated. "We welcome thousands of Chinese visitors every year to the Peach State and we are constantly helping to develop new opportunities for Chinese companies."

Critics said Kemp is willing to hand election results in his state to Joe Biden, despite evidence of fraud, due to his soft stance on China.

9. ***Mich. Fraud Witness Debunks Dominion CEO Testimony, Says Poulos Falsely Denied Internet Connection & Ballot Dumps*** (Dec. 16, 2020)

https://www.oann.com/mich-fraud-witness-debunks-dominion-ceo-testimony-says-poulos-falsely-denied-internet-connection-ballot-dumps/

Mich. Fraud Witness Debunks Dominion CEO Testimony, Says Poulos Falsely Denied Internet Connection & Ballot Dumps

Michigan's top witness of election fraud debunked recent claims that Dominion CEO John Poulos made while under oath to a State Senate Committee.

"He stated none of the machines were connected to the Internet," election fraud witness Melissa Carone said. "[There is a] 53-minute audio recording of the Dominion training session, in which they admit that all of their hardware is connected to the internet."

Melissa Carone said the Dominion CEO also lied by saying that election workers had ballots locked in steel boxes. In reality, she said, they had access to the ballots and even ran them through machines several times.

Additionally, Carone added Poulos falsely denied ballot dumps at Detroit's TCF Center. She noted there is documented evidence of the ballot dumps.

"These pictures are crazy," Carone said. "They are from outside the Department of Elections on the third and the fourth and there are Penske moving trucks. The back of them are open."

She noted that trucks belonging to the city of Detroit were allegedly parked behind the moving trucks to guard them.

10. *Dominion Falsely Claims QR Codes Protect Against Fraud* (Dec. 16, 2020)

https://www.oann.com/dominion-falsely-claims-qr-codes-protect-against-fraud/

Dominion Falsely Claims QR Codes Protect Against Fraud

Dominion executives are being called out for making false claims about the company as lawmakers increase calls to it's officials to answer for election irregularities

**Video**

Speaker 1 (00:00):

Dominion executives are being called out for making false claims about the company. As lawmakers increased calls to its officials to answer for election irregularities, here's One America's Chanel Rion.

Chanel Rion (00:13):

Dominion Voting Systems has a lot to answer for, with the latest forensics audit in Michigan finding a whopping 68% error rate in the machines. Lawmakers are growing frustrated that Dominion executives continue to stonewall baffling issues found in the use of their system. Jovan Hutton Pulitzer inventor, and holder of hundreds of patents tells One American News eventually lawmakers with an opportunity to ask Dominion executives questions need to be aware of their trickster tech speak. Namely QR codes have been a common defense as to the security of these votes. Wrong says Pulitzer.

Jovan Hutton Pulitzer (00:49):

I had Dominion executives under oath asking them questions. First, we'd get a few little admissions. Obviously, can the machines be changed? And they'll say it can't. Then they always use this QR code excuse. Now remember there are several different codes on it, but one of them is QR codes and they tell you that can't be hacked. Yeah, that's unique. And that's how we do it. Well, the reality is that particular use of the Q code technology is actually dynamic. And that's not what they're telling you. So, let me give you an example. If you could take that code and scan it, don't let it go anywhere. But you look underneath that the geeky gobbledy goop, right? You see a bunch of numbers and it would make no sense to you, but in the technical world, it's basically saying, hey, this is what machine I came from and system I use. So, when they tell you that that code is unique, it's actually a little bit of geek smoke and mirrors. And it means yes, of you were to look for that exact vote with that exact code, yeah. It'd show up one time. And you say, well, the vote wasn't duplicated well in reality is you can take that same ballot. You can copy it in a scanner and feed it back into the machines and get another vote.

Chanel Rion (02:02):

14

Pulitzer's own background is diverse. But in particular, he is known as the father of scan commerce. Technology that eventually evolved into QR codes use today. Pulitzer says, lawmakers beware. The QR code excuse needs to be expanded upon when they do face Dominion executives.

Jovan Hutton Pulitzer (02:19):

Lawmakers and I would have Dominion executives and other voting system executives. As a matter of fact, actually met this, say, tell me what, let's just take the code that was printed on that one ballot. It's supposed to be unique, right? And let's just say, we really don't care about who you voted for, how many little footballs you filled in. We care about the rest of the data. Let's just look for that machine and the rest of the code compared to the internal clock of the computer and every machine. Because remember if your date time stamp's off and the clock's off that machine doesn't work. Every device in the world works like this. And so, when you start seeing that code minus the stuff that makes it even further unique, then you begin to see the codes duplicate themselves. And so, there are physical ways to tell that balance had been manipulated and there are computer ways.

Chanel Rion (03:10):

The big problem now is access to physical machines and ballots. This says Pulitzer is not actually a problem. There are other technical and physical ways to audit the ballot.

Jovan Hutton Pulitzer (03:20):

Let's say they torched them in a massive bonfire somewhere, and they won't allow us access to the machines. There are four other audit trails to prove was the system batch loaded with fraudulent ballots. And that's what we should be explaining to judges. And just try to look at it audit because, hey, let's face it with the numbers this tight and this close. If all of a sudden there's one state that mailed millions of ballots, uh, and they said 97% of them came back in his mail-in ballots. However, when you audit the exterior sources, the exterior sources say, well, it was really just a little over 60% came back. Well, when you have like a 30 plus percent discrepancy, don't you think that has to be answered?

Chanel Rion (04:06):

An audit of dominion machines was conducted via server in Michigan. The findings were released by the judge there Monday concluding that the 68% error rate does not meet FEC standards. Chanel Rion One American News, The White House.

11. ***Dominion-izing' the Vote with Chanel Rion* (Nov. 21, 2020, *rebroadcast on* December 19, 2020)**

https://www.youtube.com/watch?v=746HTjhFifA

Chanel Rion (00:07):

In this edition of one American News investigates, We look at Dominion Voting Systems and its role in the 2020 presidential elections, glitches errors, money trails to powerful Democrats. Dominion is just one of three major companies providing voting systems to America. But Dominion captured headlines when it was discovered it had glitched 6,000 votes giving Biden a fraudulent win. This was not an isolated event

Chanel Rion (00:50):

In 2016, Antrim County, Michigan, affirmed its Republican loyalties by voting Trump 62% beating Clinton by 4,000 votes. Fast forward four years, and Antrim County was shocked to find itself voting Joe Biden over Trump by 3,000 votes, a complete flip from the last presidential election. Something was very wrong. When the County said to work with a manual recount, they discovered a ghastly error, 6,000 Trump votes were accidentally tallied for Biden.   RNC, chairwoman, Ronna McDaniel held a press conference, noting a litany of irregularities in Michigan. But when it came to Antrim County, the irregularity was potentially much bigger in scale.

Ronna McDaniel (01:37):

When inquired with the floor, they were told it was a software issue and it was corrected. But now we know that 47 counties use that same software.

Chanel Rion (01:48):

It was certainly odd. Republicans wanted an investigation to ensure no more such mistakes happened elsewhere. However, Michigan's Democrat Secretary of State was quick to pronounce such concerns as ridiculous, immediately denouncing any suspicion of technical foul play. "The software did not cause a misallocation of votes. It was a result of user human error." See no need to investigate after all it's 2020 and software errors are impossible, right?

Video Clip Plays (02:21):

I'm here to tell you that the electronic voting machines, Americans got to solve the problem of voting integrity. They turned out to be an awful idea. One vote for McCain that's because people like me can hack them all too easily.

Chanel Rion (02:38):

That was some professor out of Michigan, back in 2018 in the New York Times. Ignore that. The system, Michigan Democrats don't want Republicans to investigate the system. Part of what DHS proclaimed quote, "the most secure in American history." Meet Dominion Voting Systems. A Canadian firm. Dominion is one of three companies providing 90% of America's voting systems. Dominion serves 28

U.S states, including battlegrounds like Pennsylvania, Michigan, Arizona, all of Georgia, and Nevada. Incidentally, Michigan was not the only battleground state to experience problems with Dominion. Georgia went all-in with Dominion buying 30,000 machines installed across the state just nine months before the general election Georgia Secretary of State boasted of his state's partnership with Dominion to install all these new machines.

Video Clip (03:33):

Dominion and the Secretary of State's office worked very closely together on making sure we had the staff here to get these things put through.

Chanel Rion (03:40):

A few months later in Georgia's June primaries, Dominion proved to have a few hiccups. Don't take it from us. Here's PBS:

Video Clip (03:47):

Yes, the poll pads took as long as 30 hours to download the voter database, displayed the wrong races and would randomly shut down and the power-hungry ballot marking devices, blew circuit breakers in numerous locations, poll workers, many of whom had no hands-on training because of the pandemic were often befuddled by the new technology.

Chanel Rion (04:11):

Indeed, even by the general election, five months later, Georgia was still in trouble.

Video Clip (04:17):

I have not certified the elections, including two of the most populous in the state between technical issues--

Video Clip (04:23):

Let's begin with Lysa Lucas, she's live at Gwinnett County's elections office in Lawrenceville, where thousands of votes are in limbo because of a software issue.

Video Clip (04:33):

There is an issue in Gwinnett County. As officials have told us that 60,000 Gwinnett County ballots are in limbo after a software issue. And this is according to the communications director of Gwinnett County.

Chanel Rion (04:46):

While all of this plays out before our eyes, Republicans demand investigations, but government officials demand we look away. There has not been any evidence of

anything that would undermine the validity of this election and it's time to move forward. Meanwhile, the Trump legal team under former New York Mayor and prosecutor, Rudy Giuliani disagreed. Antrim County put Dominion systems front and center. Now we must dig deeper.

Rudy Giuliani (05:12):

Now we've got to look at how often did it break down in other parts of the state. And when you look back on the history of Dominion, which is a Canadian firm, it's made mistakes in the Canadian election similar to that.

Chanel Rion (05:24):

The Trump legal team's Dominion wing is led by general Michael Flynn's attorney, Sidney Powell, who has long warned Americans, the dangers of our election systems relying on foreign software. Mind you, no one is claiming that Dominion is solely responsible for the fiasco and the vote irregularities that defined the 2020 general election. But when we return, prepare to be stunned when you find out just how easy it is to manipulate votes through Dominion, why one major state deemed Dominion dangerously easy to hack and how one hacker read the user guide flagging stunning questions for the feds. We'll be right back.

Chanel Rion (08:01):

No voting system is perfect. Here are the heads of the top three voting systems telling Congress as much.

Video Clip: (08:06) Is there any method of voting. That's a hundred percent secure.

No, no,

Chanel Rion (08:12):

No. They go on to say their voting systems are mostly safe, but here's a Senate letter from December 2019 slamming these three companies. Election security experts have noted for years that our nation's election systems and infrastructure are under serious threat. The Senate letter then highlights how the top three voting systems ES&S, Heart Intercivic and Dominion Voting Systems, quote have long skimped on security in favor of convenience, leaving voting systems across the country, prone to security problems. The lawmakers who wrote this letter, none other than senators, Elizabeth Warren, Amy Klobuchar, Ron Wyden and Congressman Mark Pocan, all Democrats. One year later. Now that America is asking whether Dominion to tampered with our votes and Joe Biden's favor, where are these Democrats now?  In the last two years, Dominion aggressively marketed itself to every State in the union. And while Georgia went all in and lived to regret it, one state gave it a Texas sized thumbs down.   Upon testing Dominion machines and its accompanying systems, the state of Texas concluded Dominion was to quote, fragile and error-prone and could not be trusted for safe and secure elections.

So, what makes the machines fragile and error prone? Ron Watkins, a large systems data analyst tells One American News. After over a week, pouring over Dominion user guides. He was stunned by how easily ballots could be accessed by one person with access to one machine.

Ron Watkins (09:49):

With the Dominion system, you need to be most concerned about activist IT people. The operator's system, in my opinion, have way too much power to control the internal features and settings of the system.

Chanel Rion (10:05):

Just reading the dominion manual, Watkins says he understands the system enough to devise an alarming number of ways to alter vote counts across an entire precinct using Dominion.

Ron Watkins (10:17):

I was looking at this manual with the mindset of a penetration tester. An administrator would have the ability to delete ballots, reset counts, delete entire batches, *etc*. There's a lot of things that they can do.

Chanel Rion (10:29):

Watkins notes while there are legitimate reasons for such controls. There's no mention as to whether there's way to track or hold users accountable for deleting or altering ballots.

Ron Watkins (10:40):

Dominion will train between two to six workers per county, who are appointed by the county to undergo election systems training. These two to six workers are trusted to not tamper with the final tabulation accounts while transferring data between the ICC, which is the image cast central tabulation software, and the county. So, this transfer process is literally just dragging some folders on a Windows computer onto a flash drive, then physically handling, handing the flash drive to the county. What I want to know is during this handoff, are these people being watched by auditors or to make sure this flash drive isn't switched off for something else? Or are these folders being dragged correctly onto the flash drive? Has the data been altered before or after it's been handed off?

Chanel Rion (11:20):

This is where the security problem magnifies.

Ron Watkins (11:23):

Do you trust the worker who logs into the tabulation machine to drag the correct votes onto the flash drive? Are they dragging all the votes? Theoretically you could solve swap the flash drive for a different flash drive. There's a no accountability there. And then once the county commissioner or whoever accepts that flash drive gets the flash drive, do you trust them to not go in and edit the contents before they report it.

Chanel Rion (11:47):

As Georgia underwent its recount two weeks after election day flash drives were found with uncounted ballots on them.  Over 2,700 votes had been forgotten in the initial count. 1,500 of those votes were for Donald Trump, 1,100 for Biden.

Ron Watkins (12:03):

So another issue is the keys. The keys to the machine are digital devices. Uh, they it's unclear what the device is. It might be like an RFID device or USB or, or something, but it is clear that it's a digital device that holds some kind of cryptographic key on it. If you lose this physical key to the machine, then you lose absolute security of the entire precinct. Say Philadelphia was storing these keys in a warehouse and the--they were robbed. And the only thing stolen were these keys and a laptop. Then you should consider their entire election to be illegitimate because they have lost the physical security of the system.

Chanel Rion (12:48):

That's just what happened in Philadelphia. One month before election day.

Video Clip (12:53):

Philadelphia police are investigating after somebody broke into an election machine warehouse and stole a laptop and a USB drive that that happened last night at the warehouse on the 3500 block of Scott's lane and East Falls.

Chanel Rion (13:07):

Officials were quick to declare this theft had nothing to do with the election and was not malicious at all. An odd declaration. You don't catch the criminal, but you decide, you know their motive. Interesting judicial logic, Philadelphia.  Meanwhile, local reporter posted this video on social media where he seen walking around that same warehouse without being noticed.

Ron Watkins (13:29):

Whoever stole those keys in Philadelphia has admin access. Do you trust a random thief who has administrative access to the voting machine? They could have, theoretically, you'd been able to make as many keys as they want for Philadelphia.

Chanel Rion (13:41):

On election night. Donald Trump led Joe Biden by 800,000 votes, major precincts reporting.  In the dead of night that lead disappeared Biden overtook Trump and took the whole state of Pennsylvania by 60,000 votes. That 60,000-vote bump came from the very Philadelphia County in which the drive and laptop had been stolen. Watkins' list of concerns about Dominion's vulnerabilities went on. Watkins found it strange that algorithms for ballots with just one candidate on it called an undervote were so complicated. And it is unclear what happens to these ballots.

Ron Watkins (14:18):

The computer may or may not throw out your vote.

Chanel Rion (14:21):

Another concern right after the 2018 midterms, Pennsylvania made a custom request. They requested Dominion change the system to read a straight Republican or straight Democrat ballot. But oddly read an individual candidate separately from the rest of the straight ticket choices below.

Ron Watkins  (14:40):

I looked at the font they're using and it's uh, it's part of the arial family of fonts, a-r-i-a-l, which is a sans serif-font. And with this font family, a capital I and a lowercase L are nearly indistinguishable on a piece of paper. The person who designs the ballot and the race could theoretically put a Donald Trump in the Repub-I-can party not the Republican party. And that would be a capital I instead of the L. And then everybody else on the Republican party would just be in the normal Republican party. In that situation, if you vote just straight party for the Republicans, then Trump would not get a vote. And there are a lot of, I've been hearing a lot of issues of, uh, Trump performing poorly in heavily Republican, uh, areas.

Chanel Rion (15:35):

Next Watkins says, the machines are not supposed to connect to the internet, but there don't seem to be physical safeguards against connecting to internet through the store-bought laptop.

Ron Watkins (15:45):

If these computers, if even one of these computers was connected to the internet, like if one election worker said, oh, I'm going to look at TikToK videos for the next hour for my break. Then the entire precinct is compromised.

Chanel Rion (15:58):

But even these concerns were minor compared to what Watkins shared with us next. Dominion's algorithm for handling an anomaly, that is a stray mark or bleed through from my Sharpie pen.

Ron Watkins (16:10):

So this is, this is the big one that I'm most concerned about. If the scanning system detects any anomaly on your ballot, then you are not counted.

Chanel Rion (16:20):

What Watkins reveals next explains one of the strangest mysteries of the 2020 election. We'll be right back.

Chanel Rion  (18:42):

Ron Watkins' analysis of Dominion Voting Systems is through a singular lens, that of an infiltration hacker. Through that lens, the machines are disastrously vulnerable, but as a systems analyst, the biggest red flag about Dominion was its algorithm where ballots with anomalies bleed throughs or stray marks are set aside and not counted.

Ron Watkins (19:04):

What happens when your vote is not counted due to an anomaly, then a scan of your ballot gets saved into a folder on the ICC, the ImageCast Central tabulation system. This allows for those two to six people who were trained by Dominion to go through the folder of anomalies in either deletes or verifying each of the ballots inside the folder. I believe it's called vote adjudication. These workers can theoretically see which candidates have been marked as votes on these anomalous ballots before they are verified and officially cast. So it's possible they could, in theory, handpick a certain party's votes to be verified while throwing out all the others.

Chanel Rion (19:41):

But it's the next point that stuns Watkins most.

Ron Watkins (19:44):

Biggest issue here is that the system for detecting anomalies can be set up by altering gamma settings on the scanner so that every ballot has an anomaly. This, in effect, by altering gamma settings on the scanner so that every ballot has an anomaly. This in effect allows those two to six trained people to go through and hand check every single ballot before they're verified and cast into the tabulation system as an actual vote. That last point explains to me how certain candidates can get 130,000 votes at once with zero votes going to the other candidate. It explains to me how or why vote workers in places like Arizona might have given Sharpies to certain voters because they might have wanted that specific vote to be caught by the anomalies system and, uh, hand verified at a later time.

Chanel Rion  (20:40):

Watkins' says, this is a task for the feds.

Ron Watkins (20:43):

My recommendation is for data forensics teams, federal data forensics teams, to seize or subpoena the ICC ImageCast Central vote tabulation machines.  Which are just Windows 10 off-the-shelf machines. Go through and see how many votes hit or how many votes arrived into the, the folder, which is specifically set up for anomalies. This one bug has to affect an entire election, and it's not even a bug. This is a feature.

Chanel Rion (21:12):

One that would allow enormous batches by the hundreds of thousands to be decided on by a few unmonitored workers.

Ron Watkins (21:19):

Your vote doesn't matter in these districts with the Dominion machines in them, because these two to six people trained by Dominion have ultimate control. It doesn't take a genius to realize that setting the gamma levels incorrectly makes all the battle become anomalies, which you can then go through later and adjudicate. If I was Trump, I would investigate those two to six people per county first.

Chanel Rion (21:43):

Watkins is of the opinion, any competent hacker, thief, or paid-off poll worker could gain the Dominion system and alter hundreds of thousands of votes. But a bigger question lurks: to what extent was this actually designed by the top on purpose?  In September 2020, FEC United founder, Joe Oltmann, had infiltrated Antifa to uncover journalists who are active members of the Antifa group attacking his company in Colorado. Joe, you infiltrated an Antifa conference call this past

September and accidentally came upon a top Dominion Voting Systems executive named Eric Coomer describe that call and what it led you to find.

Joe Oltmann (22:25):

How the call started. If, somebody says who's Eric? He says, Eric's Dominion guy. Someone actually said: Hey, go ahead and tell them to continue speaking. Um, and someone interrupts and says, uh, what are we going to do if f-ing Trump wins? And Eric responds, and I'm paraphrasing this, by the way, um, don't worry about the election. Trump is not going to win. I made effing sure of that. And then I started laughing and somebody says effing right. And so, I just put it a simple Google search to start, which was Eric, Dominion, uh, Denver, Colorado, and Eric Coomer came up immediately under Dominion Voting Systems

Chanel Rion (23:01):

Turns out Eric Coomer held a top position at Dominion. With a PhD in nuclear physics, Coomer joined Dominion as Vice President of engineering and holds several patents with Dominion. Ensuring users can adjudicate ballots from the machines. The very function Ron Watkins pointed out as a huge red flag. After the election, Oltmann was sent an article highlighting Eric Coomer from Dominion. Oltmann started looking into Eric again, Eric was the Director of Strategy and Security at Dominion and a shareholder in the company.

Joe Oltmann (23:37):

When I got into his Facebook page, that's when things really started to kind of come together for me that you know, that Eric Coomer was this, you know, that he was not just Antifa. He was, um, he was responsible for putting his finger on the, the, uh, scales of our election.

Chanel Rion (23:54):

And Dominion seemed to be a friendly place for such anti-Trump sentiment. Coomer goes on to travel to battleground States, all of 2019.

Joe Oltmann (24:03):

Where they were building to coming into the 2020 election that he made sure it happened. He made sure that, um, that Dominion Voting Systems was in all the battleground States, uh, for the 2020 election. Yeah.

Chanel Rion (24:14):

Eric shared three folders of screenshots capturing the disturbing profile of Eric Coomer starting back in the 2016 election.

Joe Oltmann (24:22):

So this is a, um, rant. He, he says, rant. Facebook friend, land open call. If you're planning to vote for this autocratic. Narcissistic. fascist, uh, asshat blowhard, and his Christian jihadist VP pick, unfriend me now. No, I'm not joking. I'm not for reasoned political discourse and healthy debate. You could see how he started to just become unhinged. And so he actually talks about the fact that his work has the same mentality that he has towards being anti-Trump.

Chanel Rion (24:53):

Oltmann shared over 80 images of posts Coomer shared on his pages, the Antifa manifesto, songs like "Dead Prez," "Body Count," "Cop Killer," and "F- the USA."

Joe Oltmann (25:07):

He locked down everything. He scraped the internet of everything, having Eric Coomer on it. So they even went into lead candy. Dominion, took them off their website, removes them from the board position on their site. They've literally made Eric Coomer a ghost.

Chanel Rion (25:20):

As we were putting this investigation together, the public listings of employees for Dominion were fast and dwindling from public purview. But we also came upon a friend of Coomer, a woman named Penelope Chester-Starr. She works at Dominion too, as Communications Director, her resume reads Clinton Foundation and Vice President of the Bill and Hillary Clinton cash cow Teneo.  Teneo booked Bill Clinton's speaking engagements. Chester-Starr also organizes anti-Trump rallies in Canada. These are just two Dominion employees of dozens more with clear anti-Trump allegiances. In Coomer's case, he was in a position of power to actually act upon his rage against Trump and Trump voters. What does he mean when he says, "Trump won't win? I made effing sure of that." Nothing? According to DHS's former Cybersecurity Director, Chris Krebs, this was our most secure election in history. Nothing to see here. Incidentally Krebs is now infamous most secure election in history memo was co-written with the endorsement of the election commission. Dominion is on that commission. Dare we dig deeper? We'll be right back.

Sidney Powell Clip (28:38):

There should never be another election conducted in this country. I don't care if it's for local dog catcher using a Dominion machine and Smartmatic software. We've got to have an American company that uses paper ballots that we can all verify. So every one of us can see that our vote is our vote.

Chanel Rion (28:59)

In the early 2000s, the election technology market had over 20 competitors. 20 years later, Dominion and two others dominate the voting technology market in America. This is a problem, especially if they're Antifa drenched engineers who are hell bent on deleting half of America's voice. If they're saying this in the open, what are they saying behind closed doors?  In 2014, Dominion partnered with the Clinton Foundation. Dominion admits this but assures all their partnership with the Clinton Foundation has nothing to do with how Dominion tabulates votes across America. Go ahead. Believe them.  Big media, big tech, and big government demand that you do. Meanwhile, citizens like Joe Oltmann, analysts like Ron Watkins, news outlets like OAN, and lawyers like Sidney Powell will keep asking the questions the FBI refuses to and the left demands you ignore.





THOMAS A. CLARE, P.C.                                                MEGAN L. MEIER

December 22, 2020

*Via Email*

Robert Herring
Chief Executive Officer, OANN
Email: bobby@awetv.com

Charles Herring
President, OANN
Email: charles.herring@oann.com

> Re:    *Notice of Obligation to Preserve Documents*

Dear Messrs. Herring:

We trust that you are well.  We wrote to you on December 18, 2020, regarding false statements you have recently published regarding Dominion.  In that letter, we instructed you to:

> [E]nsure that you preserve and retain all emails, text messages, audiovisual recordings, voice mails, drafts, notes, communications, documents, data, and electronically stored information of any kind that relates in any way to these matters.[1]

We write again to remove any doubt that litigation regarding these issues is imminent.  With this letter you are once again on formal notice of your ongoing obligations to preserve documents related to Dominion's claims for defamation based on allegations that the company behaved improperly during the November 2020 presidential election and somehow rigged the election in favor of President-Elect Joe Biden.  Consequently, you must ensure that you and your principals, agents, employees, and subcontractors under your supervision, as well as any sources of articles or segments upon which you relied in making any statement (whether in writing or verbally) about Dominion are preserving and retaining all emails, text messages (including all messages exchanged on any messaging platform such as WhatsApp), audiovisual recordings, voice mails, drafts, notes, communications, documents, data, and electronically stored information of any kind that relate in any way to these matters.  Without any limitation, this requires you to preserve all drafts, redline edits, versions, comments, and any other modifications to articles or segments related to Dominion or the November 2020 presidential election; all research, due diligence, and any and all other work relating to every article or segment which you have published or featured related to Dominion or alleged voting impropriety; all research, due diligence, and any and all other work relating to every

---

[1] December 18, 2020 Ltr. at 11.

allegation you have made against Dominion (regardless of the format or forum in which such accusation was made).

In addition, you must preserve, without limitation, all communications with:

- Any member, volunteer, staff, or employee of the Trump campaign;

- Sidney Powell, Rudy Giuliani, Jenna Ellis, L. Lin Wood, and each of their associates and paralegals;

- Every reporter, editor, blogger, host, or other member of the media with whom you communicated about Dominion or the November 2020 presidential election; and

- Every individual who has compensated OAN or any of its principals, agents, employees, or any other related entity in any manner for making statements about, or producing media content related to, Dominion and/or the November 2020 presidential election.

The laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner that they apply to other evidence. Due to its format, electronic information is easily deleted, modified, or corrupted. Accordingly, you must take every reasonable step to preserve this information until this matter is resolved. This may include, but would not be limited to, an obligation to discontinue all data destruction and data backup recycling policies and procedures on any and all devices within your possession, custody, or control. Your document preservation obligations apply both to OAN individually, as well as to any entities OAN controls.

Confirm receipt of this letter and that you intend to adhere to our request to retain documents as set forth above. This is not a complete recitation of our client's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response.

Regards,

Thomas. A. Clare, P.C.

Megan L. Meier