# Exhibit 373

# Susman Godfrey l.l.p.

a registered limited liability partnership
32nd Floor
1301 Avenue of the Americas
New York, New York 10019-6023
(212) 336-8330
Fax (212) 336-8340
www.susmangodfrey.com

---

Suite 5100
1000 Louisiana Street
Houston, Texas 77002-5096
(713) 651-9366

Suite 1400
1900 Avenue of the Stars
Los Angeles, California 90067-6029
(310) 789-3100

Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
(206) 516-3880

Stephen Shackelford, Jr.
Direct Dial (212) 729-2012

E-Mail SShackelford@susmangodfrey.com

April 16, 2021

*Via E-Mail*

Eric P. Early
Early Sullivan Wright Gizer & McRae LLP
eearly@earlysullivan.com

Re:     OAN's Knowingly False Coverage of dominion

Dear Mr. Early:

On behalf of Dominion, we write to once again insist that your client—One America News Network ("OAN")—retract its defamatory statements that it continues to broadcast and stop spreading these hateful and hurtful lies. We have recently learned that OAN will continue to broadcast defamatory statements about Dominion on April 17 and 18.[1]

As you well know, counsel for Dominion has sent multiple retraction demands to OAN urging the company to correct the record and retract the many lies it has published about Dominion. The need for the multiple demands stems from OAN's continued refusal to issue any sort of retraction, not to mention its continued insistence on publishing ever more falsehoods about our client. I will not repeat the lengthy history of that correspondence here, let alone the detailed information previously provided to OAN establishing the falsity of its claims about Dominion; rather I refer you to the December and January letters, which are incorporated herein by reference.

Even now, months after an election that has repeatedly been proven to be the most secure in our nation's history, OAN continues to devote significant resources to defaming Dominion and casting doubt over our democratic institutions. Specifically, on April 13, 2021, OAN once again broadcasted lies about Dominion, including numerous statements claiming Dominion machines were connected to the internet, as well as numerous statements claiming Dominion machines facilitated foreign involvement in the 2020 Presidential Election.[2] Not only did OAN promote

---

[1] "Dominion" refers to US Dominion Inc. and its subsidiaries, Dominion Voting Systems, Inc. and Dominion Systems Corporation.
[2] The defamatory segment is available here:  https://twitter.com/OANN/status/1382714455092432904?s=20.

these lies, it adopted them as its own, declaring, for example, that certain evidence "is a clear admission [Dominion] knew the machines were connected to the Internet." These accusations are defamatory *per se*, and—as OAN well knows—entirely false.

The above statements were coupled with powerful—and again patently false—imagery, including the below image of an ES&S DS200 system, which in the broadcast is equated with a Dominion machine and then claimed to have been connected to the internet.



Again, as has repeatedly been made clear to OAN in Dominion's many letters, Dominion machines were never connected to the internet, whether during the tabulation process or at any time that would enable manipulation of vote counts. As Dominion has made clear in repeated testimony, its systems are "closed networks." External modems that comply with federal and state security guidelines are used in certain jurisdictions to electronically transmit results only *after* polls are closed and results have been tallied and printed in hardcopy (while a paper tally is hand-delivered to the county clerk). And Dominion machines did not facilitate any foreign interference in the 2020 Presidential Election. The claim of foreign interference is apparently based on spreadsheets containing fake "raw data analytics" comprised of doctored and fraudulent data—publicly available IP addresses of county government websites and **fake** MAC addresses for both the "SOURCE" and "TARGET" owners. As you know, the validity of these spreadsheets and the related claims of foreign interference have been widely debunked,[3] and they leave viewers with the false impression that the vote count was manipulated.

---

[3] *See, e.g.*, https://news.yahoo.com/dominion-v-my-pillow-guy-mike-lindell-test-for-libel-laws-090617228.html. We refer you also to the Complaint Dominion filed against Mike Lindell, which details at length why the clams of foreign interference based out outlandish videos showing falsified spreadsheets are intentionally misleading and knowingly false. *See* https://www.courtlistener.com/docket/59670901/1/us-dominion-inc-v-my-pillow-inc/.

Eric P. Early
April 16, 2021
Page 3

But OAN has gone even further than adopting and promoting these lies. OAN branded the lies "Dominion-izing the Vote" through its false and misleading videos, thereby making the Dominion name synonymous with electoral fraud, as Kleenex is to tissues. The harm from these lies cannot be overstated.

Worse yet, we understand this April 13 report is just the beginning of the next chapter in OAN's defamatory scheme, as OAN plans on airing a so-called exclusive investigation on Saturday April 17 and Sunday April 18, during which it is clear OAN intends to champion yet more lies about Dominion.[4] In so doing, OAN also plans to provide a platform for Col. Phil Waldron, who has made a name for himself by repeating widely debunked false statements, rejected by numerous election officials not to mention federal courts, about the election results in certain key swing states, including Michigan and Georgia.[5] No disclaimers by OAN can immunize it from accountability for publishing and republishing these and other outlandish and widely discredited statements.

OAN must immediately retract and remove the April 13 report, as well as the promotion for the April 17 and 18 so-called investigation, from all platforms it controls and issue an immediate on-air and written apology to Dominion with the same prominence as the original broadcast. OAN is also on notice that, should it decide to air its so-called exclusive investigations, and should those investigations repeat the same falsities OAN has long since been on notice of, it will be airing knowingly defamatory falsehoods about Dominion.

OAN cannot fix the catastrophic damage it has already caused Dominion and our democratic institutions. It can, however, decide to take this no further. We urge it to do so.

Sincerely,

Stephen Shackelford, Jr.

---

[4] The defamatory promo is available here: https://twitter.com/OANN/status/1382113274557198337?s=20.
[5] https://www.detroitnews.com/story/news/politics/2020/12/04/why-8-claims-rudy-giulianis-michigan-witnesses-dont-add-up/3824210001/; https://www.newsweek.com/trump-campaign-witness-cant-back-claims-georgia-election-fraud-hearings-1552257.