# Exhibit 374

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

STEPHEN SHACKELFORD, JR.
DIRECT DIAL (212) 729-2012

E-MAIL SShackelford@susmangodfrey.com

May 12, 2021

*Via E-Mail*

Eric P. Early
Early Sullivan Wright Gizer & McRae LLP
eearly@earlysullivan.com

Re:    OAN's Repeated and Knowingly False Coverage of Dominion

Dear Mr. Early:

I write, yet again, on behalf of my client Dominion.[1] OAN continues to spread its knowing and reckless lies about Dominion and the 2020 election, most recently in its April 4, April 22, April 29, and May 3, 2021 broadcasts. We write once again to put OAN on notice that its shameful reporting has caused extraordinary and irreparable harm to Dominion and that it must immediately retract its defamatory statements in full and issue an immediate on-air and written apology.

OAN's lies about Dominion have spiraled out of control. Rather than correcting its lies about Dominion in response to Dominion's multiple retraction demands, OAN has crafted an entire line of programming centered on continuing to spread falsehoods about Dominion. For example, on April 4, 2021, OAN aired yet another of Mike Lindell's fantasies, this one titled "Scientific Proof." In the segment, Lindell repeated the same lies OAN previously broadcast, including that Dominion "attacked" the country by working with "foreign actors in the game starting with China" to rig the 2020 Presidential Election, that the Big Lie was perpetrated "maybe by the head of Dominion," and that "corrupt" Dominion rigged the election through the use of a "supercomputer." What's more, Lindell urged OAN's audience to continue repeating these lies: "We have to get the word out. . .

---

[1] "Dominion" refers to US Dominion Inc. and its subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation.

May 12, 2021
Page 2

. We have to spread the word of this." OAN aired these lies despite complete knowledge of their falsity and despite Dominion's numerous retraction letters.

OAN's ongoing lies about Dominion do not stop there. On April 21, 2021, OAN promoted on Twitter yet another special hosted by Mike Lindell called "Absolute Interference," which spread more falsehoods about Dominion. On April 22, 2021, OAN then aired that special, where Lindell and OAN hosted Michael Flynn, among others, to promote and spread more disinformation about Dominion. Lindell again asserted that Dominion had Venezuelan ties, and that Dominion had been "cheating over the decades and centuries." Flynn agreed: "not just the foreign side of it, but how they are working with people inside of our own system."

Just over a week later, on April 29, 2021, OAN put Lindell on TV again, this time on a segment titled, "One-on-One with Mike Lindell," to spread lies about Dominion yet again. Lindell called the election "an attack by China" through Dominion voting machines. Lindell also accused Dominion of "the biggest attack" and "one of the biggest crimes against humanity in history." Lindell claimed to have "absolute scientific proof" of these claims, despite Lindell's and OAN's knowledge of their patent falsity.

And four days later, on May 3, 2021, OAN and OAN's Pearson Sharp yet again hosted Mike Lindell to spread falsehoods about Dominion in a segment titled "Mike Lindell Tackles Election Fraud." Lindell falsely claimed that Dominion conspired with China to rig the 2020 Presidential Elections using "these machines . . . Dominion machines." Lindell falsely claimed that these allegations "would hold up in any court." Lindell also bragged that he has the "biggest voice in this country" to defame Dominion and used this segment to promote his earlier "docu-movies" spreading lies about Dominion, including "Absolute Interference."

All told, OAN has willingly and knowingly provided Lindell with its platform to falsely defame Dominion almost a dozen times since the end of January. OAN, its on-air talent, its executives, its ownership, and even you (their lawyer) know that these are lies. OAN's claims are not improbable; they are impossible. These lies have all been debunked, including in the numerous previous letters sent to you, all of which are incorporated here by reference. OAN's conduct is precisely what the Supreme Court had in mind when it defined "actual malice."

Forget about the billions of dollars that Dominion has lost—and the millions of dollars your client has made. Peoples' lives have been threatened, and indeed some lives have even been lost, as a result of these lies that OAN continues to endorse and propagate *to this day*. Rather than retracting its lies in response to Dominion's multiple letters setting out the facts, OAN has not just doubled down;

May 12, 2021
Page 3

OAN has developed and capitalized on an entire line of programming focused solely on spreading lies about Dominion.

The damage is done. Even so, OAN can do the right thing and pull its knowingly false and defamatory broadcasts off of all of its platforms. OAN can still tell the world the truth and let them know that OAN has propagated and endorsed lies—not facts—and OAN spread these lies without any evidence. OAN can tell the world what it knows is true: that it does not believe that Dominion rigged the 2020 election and that it never had any evidence of it. And OAN can still tell the world that the real fraud of the 2020 election was the con-job committed against the American people by Sidney Powell, Rudy Giuliani, Mike Lindell, and others that OAN propagated, adopted, and endorsed. Give these retractions at minimum the same level of prominence as the terrible lies that OAN spread.

I want to be absolutely clear: Dominion is committed to holding OAN accountable for its shameful, utterly self-serving, and unethical conduct. But if OAN has any decency, any idea of what is right and what is wrong, or any remaining semblance of integrity, it will take these basic steps on the road to redemption.

The ball is in your court.

Sincerely,

Stephen Shackelford, Jr.