# Exhibit 375

## Susman Godfrey l.l.p.

a registered limited liability partnership
32nd floor
1301 avenue of the americas
new york, new york 10019-6023
(212) 336-8330
fax (212) 336-8340
www.susmangodfrey.com

---

| Suite 5100 | Suite 1400 | Suite 3800 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Stephen Shackelford, Jr.
Direct Dial (212) 729-2012

E-Mail SShackelford@susmangodfrey.com

June 18, 2021

Re:   OAN's Repeated and Knowingly False Coverage of Dominion

Dear Mr. Rhodes:

I write on behalf of my client Dominion[1] to put OAN on notice yet again that its false and outrageous reporting—which OAN has continued despite multiple retraction demands—has caused extraordinary and irreparable harm to Dominion. Since Dominion's May 13, 2021 letter, OAN has refused to apologize or retract its defamatory statements. Rather, OAN has continued to spread its knowing and reckless lies about Dominion and the 2020 election, most recently in its May 15, May 19, and June 6, 2021 broadcasts. OAN must immediately retract its defamatory statements in full and issue an immediate on-air and written apology.

By now, OAN has spun its lies about Dominion into an entire segment of OAN's programming, in which OAN regularly hosts guests to spread known falsehoods about Dominion. For example, on May 15, 2021, OAN and OAN's Christina Bobb hosted Colonel Phil Waldron, who falsely claimed that Dominion voting machines were connected to the internet and that Dominion rigged the election with "Chinese communist party involvement." OAN aired these lies despite its complete knowledge of their falsity and Dominion's numerous retraction letters putting OAN on notice.

Just days later, OAN continued its lies about Dominion. On May 19, 2021, OAN and OAN's Pearson Sharp and Mike Dinow claimed that votes on Dominion voting machines were "clearly deleted." Sharp also suggested that Dominion was affiliated with George Soros and claimed that Soros's "henchman [were] working overtime to control the outcome of the 2020 election." OAN knew these far-fetched lies were false or at minimum recklessly disregarded their falsity.

---

[1] "Dominion" refers to US Dominion Inc. and its subsidiaries, Dominion Voting Systems, Inc. and Dominion Systems Corporation.

June 18, 2021
Page 2

But OAN's lies about Dominion still did not stop there. On June 6, 2021, OAN and OAN's Natalie Harp hosted Mike Lindell to promote his newest special defaming Dominion, "Absolute 9-0." Harp yet again falsely claimed that Dominion rigged the 2020 election, adding: "What a neat and tidy little narrative they rig to cheat and steal an election." Mike Lindell agreed, falsely claiming that Dominion orchestrated a "cyber attack" on the 2020 election and that Lindell has "evidence of the machine fraud of this cyber attack with mostly . . . China." Later that same day, on a segment entitled "Cyber Attack on the 2020 Election," Lindell once again falsely claimed that Dominion orchestrated a cyber attack on the 2020 election. "This was something that came through the machines. The Dominion machines, the Smartmatic and other machines. This was a cyber attack."

OAN's lies about Dominion must stop. Contrary to OAN's assertions in its May 23, 2021 letter, these statements are not constitutionally protected lies, nor are these statements merely opinion. Rather, OAN *knows* these statements are false. Indeed, the public record is replete with evidence disproving these lies, and Dominion has sent countless letters correcting OAN's lies and demanding a retraction and an apology. Yet despite OAN's knowledge of these lies, OAN has continued to spread them for OAN's profit at Dominion's great expense.

Although OAN cannot undo the damage it has done to Dominion, this is OAN's opportunity to stop the bleeding by retracting its defamatory statements in full and issuing an on-air and written apology.

Sincerely,

Stephen Shackelford, Jr.