# Exhibit 376

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

32ND FLOOR

1301 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10019-6023

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
_____

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
_____

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
_____

STEPHEN SHACKELFORD, JR.
DIRECT DIAL (212) 729-2012

E-MAIL SShackelford@susmangodfrey.com

July 13, 2021

Re:     OAN's Continued and Knowingly False Coverage of Dominion

Dear Mr. Rhodes:

I write on behalf of my client Dominion[1] to insist yet again that OAN stop its false and outrageous reporting about Dominion. Far from "chest-thumping denials," Dominion has sent numerous detailed letters debunking OAN's lies, beginning with Dominion's December 18, 2020 retraction demand. Yet OAN has persisted in its false reporting and refused to apologize or retract its defamatory statements. This has caused extraordinary and irreparable harm to Dominion. OAN must immediately retract its defamatory statements in full and issue an immediate on-air and written apology.

OAN's latest letter suggests that OAN has not been on notice of the falsity of its statements. On the contrary, OAN knew—or at minimum recklessly disregarded—that its statements were false. To date, Dominion has sent ***nine retraction demands*** to OAN; this is its tenth. Those letters detailed the mountain of evidence debunking OAN's lies, which was also publicly available and widely reported.

In addition to the evidence raised in Dominion's earlier letters, more evidence continues to surface demonstrating OAN's reckless disregard of the truth. For example, OAN's own Christina Bobb has been moonlighting as a Trump campaign adviser actively working to overturn the 2020 election—a fact that OAN

---

[1] "Dominion" refers to US Dominion Inc. and its subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation.

July 13, 2021
Page 2

hid from its viewers for almost two months—while Bobb, along with others at OAN, spread lies about Dominion and the election generally.[2] In addition:

- On June 24, 2020, Rudy Giuliani's law license was suspended in New York after he "communicated demonstrably false and misleading statements to courts, lawmakers and the public at large."[3] On July 7, 2021, his law license was likewise suspended in Washington, DC.[4]

- On June 23, 2021, the Republican-led Michigan Senate Oversight Committee released a 55-page report, which stated that "The Committee found no evidence of widespread or systemic fraud in Michigan's prosecution of the 2020 election."[5]

- On June 27, 2021, evidence emerged that former Attorney General Bill Barr had "received two briefings from cybersecurity experts at the Department of Homeland Security and the FBI," after which he and his team at the Department of Justice "realized from the beginning it was just bullshit." Barr further disclosed that "even if the machines somehow changed the count, it would show up when they were recounted by hand" and that Dominion's machines were just "counting machine[s], and they save everything that was counted. So you just

---

[2] *Arizona Senate Releases Emails Related to 'Audit' to American Oversight*, Am. Oversight (June 4, 20201), https://www.americanoversight.org/arizona-senate-releases-emails-related-to-election-audit-to-american-oversight.

[3] *See* Per Curiam Opinion, *In the Matter of Rudolph W. Giuliani, an Attorney*, Motion No. 2021-00491, Case No. 2021-00506 (June 24, 2021), *available at* https://www.nycourts.gov/courts/ad1/calendar/List_Word/2021/06_Jun/24/PDF/Matter%20of%20Giuliani%20(2021-00506)%20PC.pdf; Jim Mustian, *New York Court suspends Rudy Giuliani's Law License*, AP News (June 24, 2021), https://apnews.com/article/rudy-giuliani-new-york-law-license-suspended-c67f4504a22f8642d6096f29e3a5c51e

[4] Rachel Weiner, *Rudy Giuliani suspended from practicing law in D.C. court*, Wash. Post (July 7, 2021), https://www.washingtonpost.com/local/legal-issues/giuliani-washington-court/2021/07/07/9f7a7f5c-df6a-11eb-9f54-7eee10b5fcd2_story.html.

[5] MICH. SENATE OVERSIGHT COMMITTEE, REPORT ON THE NOVEMBER 2020 ELECTION IN MICHIGAN, https://misenategopcdn.s3.us-east-1.amazonaws.com/99/doccuments/20210623/SMPO_2020ElectionReport.pdf; David Eggert, *Michigan Senate GOP probe: No systemic fraud in election*, ABC NEWS (June 23, 2021), https://abcnews.go.com/Politics/wireStory/michigan-senate-gop-probe-systemic-fraud-election-78445547; Clara Hendrickson & Dave Boucher, *Michigan Republican-led investigation rejects Trump's claim that Nov. 3 election was stolen*, DETROIT FREE PRESS (June 23, 2021), https://www.freep.com/story/news/politics/elections/2021/06/23/michigan-senate-investigation-election-trump/5035244001/.

July 13, 2021
Page 3

>reconcile the two. There had been no discrepancy reported anywhere, and I'm still not aware of any discrepancy."[6]

This is just a sample of the mountain of evidence debunking OAN's continued lies. Yet OAN spouted more lies about Dominion most recently and perhaps most egregiously in its June 23 and June 29, 2021 broadcasts. On June 23, 2021, OAN broadcast a segment by presenter Pearson Sharp in which Sharp claimed that the 2020 election was "actually overthrown" and that those responsible for doing so, like Dominion, should face "execution" for committing treason.[7]

As if that were not enough, on June 29, 2021, OAN hosted MyPillow founder, CEO, and spokesperson Mike Lindell to predictably spread yet more lies about Dominion. In the segment, Lindell announced a "cyber symposium" in August at which he would present "non-subjective evidence" that votes were "flipped" at the "Dominion level." OAN introduced Lindell as the one who "continues to lead the charge in exposing election fraud," and during the segment ran the chyron, "Lindell Announces Cyber Symposium Exposing Election Fraud Evidence."[8]

Although OAN cannot undo the damage it has done to Dominion or the enormous risk OAN has already created, this is OAN's opportunity to help curb some of the damage by retracting its defamatory statements in full and issuing an on-air and written apology.

Sincerely,

*/s/ Stephen Shackelford, Jr.*

Stephen Shackelford, Jr.

---

[6] Jonathan D. Karl, *Inside William Barr's Breakup with Trump*, THE ATLANTIC (June 27, 2021), https://www.theatlantic.com/politics/archive/2021/06/william-barrs-trump-administration-attorney-general/619298/.

[7] Justin Baragona, *OAN Goes Full Fascist, Calls for Mass Executions Over 'Election Fraud,'* Daily Beast (Jun. 24, 2021), https://www.thedailybeast.com/oan-goes-full-fascist-pearson-sharp-calls-for-mass-executions-over-election-fraud; OAN, *OAN Reports with Pearson Sharp*, DAILY BEAST (June 23, 2021), available at https://www.thedailybeast.com/oan-goes-full-fascist-pearson-sharp-calls-for-mass-executions-over-election-fraud?jwsource=cl.

[8] OAN, *MyPillow CEO Mike Lindell announces details of upcoming cyber symposium*, RUMBLE (June 29, 2021), available at https://rumble.com/vj9ddv-mypillow-ceo-mike-lindell-announces-details-of-upcoming-cyber-symposium.html.