# Exhibit 378

OAN

```
 1
 2
 3
 4
 5
 6
 7   11/12/2020   REPORT: DOMINION DELETED 2.7M TRUMP
     VOTES NATIONWIDE - Trump Goes ALL Caps Promoting
 8   OAN's Voter Fraud Conspiracy Debunked By the NY
     Times and Others"
 9
10
11
12
13
14   https://www.mediaite.com/election-2020/trump-goes-all
     -caps-promoting-oans-voter-fraud-conspiracy-debunked-
15   by-the-ny-times-and-others
16
17
18
19
20
21
22
23
24
25
```

1  OAN NEWSCAST:  Election systems across the
2  country are found to have deleted millions of votes cast
3  for President Trump.  According to an unaudited analysis
4  of data obtained from Edison Research, states using
5  Dominion voting systems may have switched as many as
6  435,000 votes from President Trump to Joe Biden, and the
7  author also finds another 2.7 million Trump votes appear
8  to have been deleted by Dominion, including almost one
9  million Trump votes in Pennsylvania alone.  Analysts say
10 the theft and destruction of votes are attributed to so
11 called glitches in Dominion software, and the extent to
12 which this affected results can be verified by hand
13 recounts of votes in each state.
14           (End of recording.)
15
16
17
18
19
20
21
22
23
24
25

```
1                 CERTIFICATE OF REPORTER
2
3          I, Charlotte Crandall, certify that I was
4  authorized to and did transcribe the foregoing audio
5  recorded proceedings and that the transcript is a
6  true and complete record of my stenographic notes
7  from an audio recording and was transcribed to the
8  best of my ability.
9
10         Dated this 8th day of August, 2021.
11
12
13
14                   [signature: Charlotte Crandall]
15
16                   _____
                     Charlotte Crandall
17                   Registered Professional Reporter
18
19
20
21
22
23
24
25
```