# Exhibit 379

```
11/13/2020   The Tipping Point - Election Results
             in Question


https://app.criticalmention.com/app/#clip/view/518987
a5-d292-4001-bde0-95a8b9bb2999?token=e1bb29b2-fc08-45
87-be57-88dd81ea7a3a
```

1                 (00:00)
2                 CHANEL RION:  DHS is indication that
3   leadership over there is not serious about looking into
4   allegations of election fraud when that is so central to
5   the Whitehouse's fight for a second term?
6                 ELMA AKSALIC:  And so let me ask you this,
7   Chanel.  Do these resignations have anything at all to
8   do with the Whitehouse's latest look into Dominion
9   voting systems?  We know that there's been a lot of
10  reporting about that specifically.  Is there any
11  connection there?
12                CHANEL RION:  They certainly seem tied, but
13  they're not necessarily tied to any one specific voting
14  system.  When we talk about Dominion, you're talking
15  about a system that exists -- that has been operating in
16  28 states, proven to have actually glitched in favor of
17  Biden in at least three states, and so that's just one
18  system.  The United States is a whole quilt and
19  patchwork of different voting systems, but Dominion
20  really came to the forefront here at the Whitehouse
21  because there were many districts in the United States
22  that were questionable in terms of their results.  Prime
23  example is Antrim County in Michigan where 6,000 ballots
24  had been affected by the Dominion voting machines and
25  how they were digitally somehow glitching towards Biden.

1   When they caught this mistake on a software level they
2   were able to change the results, and it turned out the
3   so-called Biden win county was actually a Trump win
4   because of the software glitch.  So that's really put a
5   spotlight on the question of how many other votes have
6   been switched from a digital, from a software level, in
7   particular Dominion being one of them.  And when the
8   Whitehouse is fighting so hard to show and look into
9   these instances, it's really difficult to have
10  leadership at DHS looking at these instances and saying
11  no, nothing to see here.  We're not going to open up an
12  investigation.  And so the Whitehouse -- the rumors that
13  Chris Krebs is next on the chopping block could well be
14  credible for this next -- for the next few days because
15  the Whitehouse needs allies in the trenches right now.
16          ELMA AKSALIC:  All right.  One America, Chanel
17  Rion reporting live from the Whitehouse.  Thank you.
18          (End of excerpt at 2:17)
19
20
21
22
23
24
25

```
1                    CERTIFICATE OF REPORTER

2

3          I, Charlotte Crandall, certify that I was

4    authorized to and did transcribe the foregoing audio

5    recorded proceedings and that the transcript is a

6    true and complete record of my stenographic notes

7    from an audio recording and was transcribed to the

8    best of my ability.

9

10         Dated this 15th day of June, 2021.

11

12

13

14                    [signature: Charlotte Crandall]

15

16                    _____
                      Charlotte Crandall
17                    Registered Professional Reporter

18

19

20

21

22

23

24

25
```