# Exhibit 380

1

2

3

4

5                    11/14/2020 Investigating Voter Fraud
                              with Chanel Rion
6

7

8

9  https://app.criticalmention.com/app/#clip/view/1ce551
   42-8ca2-4e8f-9af7-089bf5edf9d9?token=39a0275b-e88a-4d
10 a1-b06b-de6723ac765c

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          (00:00)

 2          DAN BALL:  -- interview with that Michigan

 3  whistleblower about the software firm Dominion and all

 4  the illegal activity that was going on in Wayne County

 5  that she witnessed that night while she was working at

 6  that polling station near Detroit.  There have been a

 7  lot more serious allegations that have come forward

 8  about that software company.

 9          Joining me now to break some more of this

10  information down, one America News' Chanel Rion.

11  She's been digging deeper on this one.  She is in DC

12  joining me.  Chanel, hi.  How are you?

13          CHANEL RION:  Hi, Dan.  Good to be here.

14  Thank you.

15          DAN BALL:  So I know that you are digging.  I

16  know that you've got a special coming out on One America

17  next week which is going to expose a lot of this, and

18  you're going to be filtering out some of this

19  information over the next few days.  Can you tell us

20  where it stands right now looking into Dominion, the

21  software firm?  I don't know if you could hear the

22  interview right before you, but this woman, her name was

23  Melissa Carone, is one of the big whistleblowers there

24  that signed an affidavit there that said I saw all kinds

25  of illegal stuff going on in that count room, and some

1   of it has to do with Dominion.

2           CHANEL RION:  Dan, she is one of thousands of

3   pieces of evidence and testimony and affidavits that

4   show that this election has been compromised beyond

5   recognition.  And what we have found we will be sharing,

6   as you mentioned, in our special here at OAN.  But the

7   information that we have come upon initially really

8   seems to be very alarming and we will share it with you

9   now.

10           This story that we're about to expose about

11  Dominion, it goes in parallel with what the Trump

12  team is doing right now.  They're fighting to the

13  death in the courts showing how there was voter fraud

14  committed in person using physical ballots.  Now, the

15  story that we're about to talk about with Dominion

16  deals with the digital side of tabulating ballots,

17  which is frankly far more alarming, and the more we

18  talk to these data people, the more we talk to these

19  tech people, we find that it is alarmingly easy to

20  manipulate data digitally.  So the problem we're

21  facing now is that the United States voting system,

22  the election system used a set number of software

23  across the board.  Not all of them used the same one,

24  but Dominion really popped onto our radar because,

25  just like your whistleblower exhibited in your

1 previous interview, there are some irregularities

2 when it comes to the data that they are sharing.  And

3 one thing that we're noticing is this massive

4 swapping of data, and we're not talking about 50

5 votes here or there.  We're talking about swaps in

6 the hundreds of thousands range, we're talking about

7 votes that only go one direction.  They go from Biden

8 to Trump, and there's a direct correlation, and we're

9 seeing this in data that is just absolutely

10 alarming --

11         DAN BALL:  Chanel, lot me correct you.

12         CHANEL RION:  -- and we're continuing

13 developing that story.

14         DAN BALL:  Hold on.  Let me interrupt real

15 quick.  You had said from Biden to Trump.  You mean your

16 investigation showed that hundreds of thousands went

17 from Trump to Biden, switched.

18         CHANEL RION:  Sorry, yes.

19         DAN BALL:  I want to get that right.

20         CHANEL RION:  So we saw a switch between --

21         DAN BALL:  I wanted to clarify that.

22         CHANEL RION:  Yes, thanks.  Yes.  So, for

23 example --

24         DAN BALL:  Let me ask you a quick question,

25 Chanel, about --

1           CHANEL RION:  For example, Pennsylvania.

2           DAN BALL:  Yes, go ahead.

3           CHANEL RION:  I just want to quickly look.

4     Pennsylvania is the largest switch that we're noticing

5     in which 220,000 votes went from President Trump to Joe

6     Biden.  And remember the margins that we're dealing with

7     in Pennsylvania.  They're not by much.  They're only

8     about 50,000 votes that Biden is leading Trump, so this

9     is not an insignificant data glitch or an abnormality.

10    It is certainly something we need to be looking into.

11          DAN BALL:  Right.  Chanel, right quick.

12    Dominion you said was used only in a few states, not of

13    course all 50.  Correct me if I'm wrong, were they

14    mainly in a lot of the key battleground states?

15          CHANEL RION:  Absolutely.  They were used --

16    Dominion software is used, according to their own Web

17    site, in 28 U.S. states.  And we know that the entire

18    state of Georgia actually signed a statewide contract to

19    use Dominion in all of their counties, and there was a

20    strong push to use Dominion software starting from last

21    year.  Insiders of the GOP in Georgia talked about the

22    oddness in which there was such a push from the

23    Democrats to use Dominion.  So a county clerk had caught

24    this glitch, and immediately the secretary of state of

25    Michigan came out and immediately said, and the media

1   was kowtowing to her messaging and said this was not a

2   glitch.  This was a human error.  Our clerk just simply

3   forgot to update the software.

4           Well, the problem with that, Dan, is that

5   the Dominion systems software company itself said

6   this was, in fact, a glitch.  So we have differing

7   stories coming out of that situation.  That is a

8   proven story and turns out that Dominion software is

9   the same system that glitched for Biden by 6,000

10  votes were used in 47 counties across Michigan.

11          DAN BALL:  Wow.

12          CHANEL RION:  Dan, if you use basic math, take

13  6,000 --

14          DAN BALL:  Yeah, take six times 47.

15          CHANEL RION:  Let's just say for example,

16  that's a quarter million votes that were affected.

17          DAN BALL:  Chanel, they're wrapping us up.

18          CHANEL RION:  You were just using that as an

19  example.

20          DAN BALL:  Yeah.  I can't wait to see what

21  you've uncovered with the hard evidence, all the

22  affidavits, all that, and I know you're going to be

23  slowly kind of releasing that over the weekend, but next

24  week we're going to have that.  Is that going to be a

25  30-minute or a one-hour special, or what's the special

1  that we're going to run next week here on One America

2  about all this?

3            CHANEL RION:  I don't want to pledge anything

4  too quickly right now.

5            DAN BALL:  Okay.

6            CHANEL RION:  I'm actually, after this

7  interview, Dan, we're about to talk to one of the data

8  guys who has been reading, sitting down and reading the

9  Dominion system software manual for the last week, and

10 he's got some alarming messages and takeaways from

11 having read --

12           DAN BALL:  All right.  So this is still a work

13 in progress?

14           CHANEL RION:  -- the system software.

15           DAN BALL:  Yeah, this is a --

16           CHANEL RION:  This is a work in progress.

17           DAN BALL:  Okay.

18           CHANEL RION:  But the bottom line is votes

19 were switched from President Trump to President -- to

20 now Joe Biden, and it happened in dozens of states, and

21 it's a Dominion System software glitch that we are going

22 to dig into.

23           (End of the excerpt at 6:12.)

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5          I, Charlotte Crandall, certify that I was

6    authorized to and did transcribe the foregoing audio

7    recorded proceedings and that the transcript is a

8    true and complete record of my stenographic notes

9    from an audio recording and was transcribed to the

10   best of my ability.

11

12          Dated this 16th day of June, 2021.

13

14

15

16

17

18          _____

19          Charlotte Crandall
            Registered Professional Reporter

20

21

22

23

24

25