# Exhibit 381

11/16/20   Dominion Exec: Trump Is Not Going To Win, I Made F***ing Sure Of It - Rion Interviews Oltmann

Https://app.criticalmention.com/app/#clip/view/17685220-bb98-4032-ab0a-2aab6370d708?token=039b18a0-39fe-40f1-bee4-7df466d96db1

1   REPORTER: -- voting systems, and whether or
2 not its machines and systems were altered to
3 impact the presidential election.
4   One America's Chanel Rion spoke with the
5 founder of FEC United, Joe Oltmann, who made a
6 bombshell discovery about a key member of
7 Dominion's leadership.
8   CHANEL RION: Joe, you infiltrated an
9 Antifa conference call this past September, and
10 accidently came upon a top Dominion Voting Systems
11 executive named Eric Coomer.
12   Describe that call, and what it led you to
13 find.
14   JOE OLTMANN: It's interesting how -- how
15 the call started, somebody says: Who's Eric?
16   He says: Eric is a Dominion guy.
17   Someone actually said: Yeah, hey, go
18 ahead; go tell him to continue speaking.
19   And someone interrupts and says: What are
20 we going to if F'ing Trump wins?
21   And Eric responds -- and I'm paraphrasing
22 this, by the way: Don't worry about the election,
23 Trump is not going to win, I made F'ing sure of
24 that.
25   And then they started laughing. And

1  somebody: F'ing right.
2        At that point I thought to myself, you
3  know, this guy is crazy, these people are crazy,
4  because they think that they are, you know, Jedi
5  warriors and they can just will themselves to
6  Trump not winning.
7        CHANEL RION: Fast forward to just after
8  the election, Oltmann sees an article concerning
9  Georgia's last-minute Dominion Voting software
10 updates. This article cites Eric speaking on
11 behalf of Dominion.
12       Oltmann remembers his September call, and
13 begins to dig deeper.
14       JOE OLTMANN: And -- but I did do research
15 on Eric; and so I just put in a simple Google
16 search to start, which was: Eric, Dominion,
17 Denver, Colorado.
18       And Eric Coomer came up immediately under
19 Dominion Voting Systems. Anytime that there was a
20 -- a press release, Eric Coomer was the one giving
21 that press release. Anytime that they were
22 pitching the product to different municipalities,
23 he was the one pitching the product. And I'm
24 talking about Arizona, Wisconsin, Georgia,
25 Pennsylvania; you name it, his name pops up

1  everywhere.
2       CHANEL RION:  The real shocker came when
3  Oltmann found Coomer's Facebook posts.
4       JOE OLTMANN:  And when I got access to his
5  Facebook, you get that sinking feeling, like
6  what -- like what -- this is -- this is crazy,
7  here -- here's a director of security and --
8  excuse me -- of strategy and security at Dominion;
9  and when I got into his Facebook page, that's when
10 things really started to kind of come together for
11 that -- you know, that Eric Coomer was this -- you
12 know, that he -- he was not just Antifa, he was --
13 he was responsible for putting his finger on the
14 -- the scales of our election.
15      CHANEL RION:  Posts including the Antifa
16 manifesto, vitriolic posts against all Trump
17 voters, song links like Dead Prez, and F the
18 Police and F the USA.
19      Oltmann says:  Coomer had the title and the
20 power to exercise his vitriol through Dominion.
21 If Coomer is investigated and found to have indeed
22 tampered with a presidential election, such an
23 action could be tried for treason.
24      Unfortunately, the question is:  Will the
25 FBI step up to investigate?

1        For more on this interview, and others,
2   tune in for OAN's upcoming investigation on
3   Dominion.
4        Chanel Rion, One American News, Washington.
5        REPORTER:  Well, President Trump and his
6   re-election campaign are coming down on the --
7        (End of the recording.)

1           C E R T I F I C A T E

3           I, JACKIE MENTECKY, do hereby certify that
4  I was authorized to transcribe the foregoing recorded
5  proceeding, and that the transcript is a true and
6  accurate transcription of my shorthand notes to the best
7  of my ability taken while listening to the provided
8  recording.

10  Dated this 6th day of August, 2021.

15           _____
16                   JACKIE MENTECKY