# Exhibit 382



**Chanel Rion OAN** ✓ @ChanelRion · 4h

Yes, they are.

They thought they had NC fixed... Trump beat the algorithm by such overwhelming margins there they couldn't fix it
fast enough.

Ask: why did NC take so long to call after 98% precincts were reporting a Trump win?

ALL votes processed by Dominion must be audited.

> **Deon Julio** @RealDeonJulio
>
> Replying to @ChanelRion @OANN
>
> Why aren't you complaining about dominion software in states that trump won? Are those corrupt too?

💬 358   🔁 3.3K   ♥ 9.5K