# Exhibit 383

1

2

3

4

5      11/21/2020 'Dominion-izing' The Vote (rebroadcast

6                          12/19/2020)

7

8

9

10

11

12

13   https://www.youtube.com/watch?v=746HTjhFifA

14

15

16

17

18

19

20

21

22

23

24

25

```
1              (00:07)
2         CHANEL RION:  In this edition of One America
3    News Investigates, we look at Dominion voting systems
4    and its role in the 2020 presidential elections,
5    glitches, errors, money trails to powerful Democrats.
6    Dominion is just one of three major companies providing
7    voting systems to America.  But Dominion captured
8    headlines when it was discovered it had glitched 6,000
9    votes, giving Biden a fraudulent win.  This was not an
10   isolated event.
11             In 2016 Antrim County, Michigan affirmed
12   its Republican loyalties by voting Trump 62 percent,
13   beating Clinton by 4,000 votes.  Fast forward four
14   years, and Antrim County was shocked to find itself
15   voting Joe Biden over Trump by 3,000 votes, a
16   complete flip from the last presidential election.
17   Something was very wrong.
18             When the county set to work with a manual
19   recount, they discovered a ghastly error.  Six
20   thousand Trump votes were accidentally tallied for
21   Biden.  RNC chairwoman Ronna McDaniel held a press
22   conference noting a litany of irregularities in
23   Michigan, but when it came to Antrim County, the
24   irregularity was much bigger in scale.
25             RONNA McDANIEL:  When they inquired with the
```

1    floor, they were told it was a software issue and it was

2    corrected.  But now we know that 47 counties used that

3    same software.

4            CHANEL RION:  It was certainly odd.

5    Republicans wanted an investigation to insure no more

6    such mistakes happened elsewhere.  However, Michigan's

7    Democrat secretary of state was quick to pronounce such

8    concerns as ridiculous, immediately denouncing any

9    suspicion of technical foul play.  Quote, the software

10   did not cause a misallocation of votes.  It was a result

11   of user human error.  See, no need to investigate.

12   After all, it's 2020 and software errors are impossible,

13   right?

14           SPEAKER:  I'm here to tell you that the

15   electronic voting machines Americans got to solve the

16   problem of voting integrity, they turned out to be an

17   awful idea.  One vote for McCain.  That's because people

18   like me can hack them all too easily.

19           CHANEL RION:  That was some professor out of

20   Michigan back in 2018 in the New York Times.  Ignore

21   that.  The system Michigan Democrats don't want

22   Republicans to investigate, the system part of what DHS

23   proclaimed, quote, the most secure in American history.

24   Meet Dominion voting systems.  A Canadian firm, Dominion

25   is one of three companies providing 90 percent of

1   America's voting systems.  Dominion serves 28 U.S.

2   states including battlegrounds like Pennsylvania,

3   Michigan, Arizona, all of Georgia and Nevada.

4   Incidentally, Michigan was not the only battleground

5   state to experience problems with Dominion.  Georgia

6   went all in with Dominion buying 30,000 machines in

7   installed across the state.  Just nine months before the

8   general election Georgia secretary of state boasted of

9   his state's partnership with Dominion to install all

10  these new machines.

11          SPEAKER:  Dominion and the secretary of

12  state's office worked very closely together on making

13  sure we had the staff here to get these things put

14  through.

15          CHANEL RION:  Then a few months later in

16  Georgia's June primaries, Dominion proved to have a few

17  hiccups.  Don't take it from us.  Here's PBS.

18          PBS SPEAKER:  The poll pads took as long as 30

19  hours to download the voter database, displayed the

20  wrong races, and would randomly shut down, and the

21  power-hungry ballot marking devices blew circuit

22  breakers in numerous locations.  Poll workers, many of

23  whom had no hands-on training because of the pandemic,

24  were often befuddled by the new technology.

25          CHANEL RION:  Indeed.  Even by the general

1  election five months later Georgia was still in trouble.

2         SPEAKER:  They have not certified the

3  elections, including two of the most populous in the

4  state between technical issues --

5         SPEAKER:  Let's begin with Lysa Lucas.  She's

6  live at Gwinnett County's elections office in

7  Lawrenceville where thousands of votes are in limbo

8  because of a software issue.

9         SPEAKER:  There is an issue in Gwinnett County

10  as officials have told us that 60,000 Gwinnett County

11  ballots are in limbo after a software issue, and this is

12  according to the communications director of Gwinnett

13  County.

14         CHANEL RION:  While all of this plays out

15  before our eyes, Republicans demand investigations.  The

16  government officials demand we look away.

17         SPEAKER:  There have not been any evidence of

18  anything that would undermine the validity of this

19  election, and it's time to move forward.

20         CHANEL RION:  Meanwhile, the Trump legal team

21  under former New York Mayor and prosecutor, Rudy

22  Giuliani, disagreed.  Antrim County put Dominion systems

23  front and center.  Now we must dig deeper.

24         RUDY GIULIANI:  Now we've got to look at how

25  often did it break down in other parts of the state.

1   And when you look back on the history of Dominion, which

2   is a Canadian firm, it's made in states in Canadian

3   elections similar to that.

4           CHANEL RION:  The Trump legal team's Dominion

5   wing is led by General Michael Flynn's attorney, Sidney

6   Powell, who has long warned Americans the dangers of our

7   election systems relying on foreign software.  Mind you,

8   no one is claiming that Dominion is solely responsible

9   for the fiasco and the vote irregularities that defined

10  the 2020 general election, but when we return, prepare

11  to be stunned when you find out just how easy it is to

12  manipulate votes through Dominion, why one major state

13  deemed Dominion dangerously easy to hack, and how one

14  hacker read the user guide flagging stunning questions

15  for the feds.  We'll be right back.

16          SPEAKER:  Methods of communication have

17  changed throughout history with the advancement of

18  technology.  Since first declaring his candidacy in

19  2015, President Trump has relied on Twitter to share his

20  thoughts directly with the American people.  But the

21  45th president was not the first president to rely on

22  the technology of the times to get his message out.

23  Calvin Coolidge made the first presidential radio

24  address in 1923, making his voice the most heard of any

25  man in history.  This was the first time people across

1  the country could hear the president speak at the same

2  time all from the comfort of their own homes.

3          A decade later this evolved into Franklin

4  D. Roosevelt's fireside chats where the president

5  could explain his policies with the feeling of a

6  friendly conversation in the form of an evening radio

7  broadcast.  Television was still a very new

8  technology in 1947, but that didn't stop Harry Truman

9  from breaking ground as the first president to have a

10  live televised address from the Whitehouse.  This

11  ushered in a new relationship between the Whitehouse

12  and the media.  Now, not only could Americans hear

13  their president, they could see him as if they were

14  in the very same room.

15          The late '90s saw the rise of the internet,

16  and Bill Clinton saw this as an opportunity to speak

17  directly with citizens.  Clinton held the first

18  presidential Web chat in 1999 giving anyone with an

19  internet connection a chance to send questions to the

20  president as the world watched live on TV.  Calvin

21  Coolidge believed speaking directly to the press was

22  the best way to bypass Congress to speak with the

23  people.  By using Twitter, President Donald Trump

24  modernized this idea for today's population.

25  Like so many before him, President Trump is using the

1  technology of the times, making sure his message is

2  heard clearly and directly by Americans all over.

3         CHANEL RION:  No voting system is perfect.

4  Here are the heads of the top three voting systems

5  telling Congress as much.

6         SPEAKER:  Is there any method of voting that's

7  a hundred percent secure?

8         SPEAKER:  No.

9         SPEAKER:  No.

10        SPEAKER:  No.

11        CHANEL RION:  They go on to say their voting

12  systems are mostly safe, but here is a senate letter

13  from December 2019 slamming these three companies.

14  Election security experts have noted for years that our

15  nation's election systems and infrastructure are under

16  serious threat.  The senate letter then highlights how

17  the top three voting systems, ES&S, Heart Intercivic and

18  Dominion voting systems, quote, have long skimped on

19  security in favor of convenience, leaving voting systems

20  across the country prone to security problems.  The

21  lawmakers who wrote this letter, none other than

22  Senators Elizabeth Warren, Amy Klobuchar, Ron Wyden and

23  Congressman Mark Pocan, all Democrats.  One year later,

24  now that America is asking whether Dominion tampered

25  with our votes in Joe Biden's favor, where are these

1    Democrats now?

2              In the last two years Dominion aggressively

3    marketed itself to every state in the union.  And

4    while Georgia went all in and lived to regret it, one

5    state give it a Texas-sized thumbs down.  Upon

6    testing Dominion machines and its accompanying

7    systems, the state of Texas concluded Dominion was

8    too, quote, fragile and error prone and could not be

9    trusted for safe and secure elections.

10             So what makes the machines fragile and

11   error prone?  Ron Watkins, a large systems data

12   analyst, tells One American News after over a week

13   pouring over Dominion user guides, he was stunned by

14   how easily ballots could be accessed by one person

15   with access to one machine.

16             RON WATKINS:  With the Dominion system, you

17   need to be most concerned about activist IT people.  The

18   operator's system, in my opinion, have way too much

19   power to control the internal features and settings of

20   the system.

21             CHANEL RION:  Just reading the Dominion

22   manual, Watkins says he understands the system enough to

23   devise an alarming number of ways to alter vote counts

24   across an entire precinct using Dominion.

25             RON WATKINS:  I was looking at this manual

1  with the mindset of a penetration tester.  An

2  administrator would have the ability to delete ballots,

3  reset counts, delete entire batches, et cetera.  There's

4  a lot of things that they can do.

5      CHANEL RION:  Watkins notes while there are

6  legitimate reasons for such controls, there's no mention

7  as to whether there's a way to track or hold users

8  accountable for deleting or altering ballots.

9      RON WATKINS:  Dominion will train between two

10  to six workers per county who are appointed by the

11  county to undergo election systems training.  These two

12  to six workers are trusted to not tamper with the final

13  tabulation and counts while transferring data between

14  the ICC, which is the image cast central tabulation

15  software and the county.  So this transfer process is

16  literally just dragging some folders on a Windows

17  computer onto a flash drive, then physically handing the

18  flash drive to the county.

19      What I want to know is during this handoff

20  are these people being watched by auditors to make

21  sure this flash drive isn't switched off for

22  something else.  Are these folders being dragged

23  correctly onto the flash drive.  Has the data been

24  altered before or after it's been handed off.

25      CHANEL RION:  This is where the security

1    problem magnifies.

2           RON WATKINS:  Do you trust the worker who logs

3    into the tabulation machine to drag the correct votes

4    onto the flash drive, are they dragging all the votes.

5    Theoretically you could swap the flash drive for a

6    different flash drive.  There's no accountability there.

7    And then once the county commissioner or whoever accepts

8    that flash drive gets the flash drive, do you trust them

9    to not go in and edit the contents before they report

10   it.

11          CHANEL RION:  As Georgia underwent its recount

12   two weeks after election day, flash drives were found

13   with unaccounted ballots on them.  Over 2700 votes had

14   been forgotten in the initial count.  1500 of those

15   votes were for Donald Trump, 1100 for Biden.

16          RON WATKINS:  So another issue is the keys.

17   The keys to the machine are digital devices.  It's

18   unclear what the device is.  It might be like an RFID

19   device or USB or something, but it is clear that it's a

20   digital device that holds some kind of cryptographic key

21   on it.  If you lose this physical key to the machine,

22   then you lose absolute security of the entire precinct.

23          Say Philadelphia was storing these keys in

24   a warehouse and they were robbed and the only thing

25   stolen were these keys and a laptop.  Then you should

1  consider their entire election to be illegitimate

2  because they have lost the physical security of the

3  system.

4        CHANEL RION:  That's just what happened in

5  Philadelphia one month before election day.

6        SPEAKER:  Philadelphia police are

7  investigating after somebody broke into an election

8  machine warehouse and stole a laptop and a USB drive.

9  The theft happened last night at the warehouse on the

10 3500 block of Scotts Lane and East Falls.

11       CHANEL RION:  Officials were quick to declare

12 this theft had nothing to do with the election and was

13 not malicious at all, an odd declaration.  You don't

14 catch the criminal, but you decide you know their

15 motive.  Interesting judicial logic, Philadelphia.

16 Meanwhile, local reporter posted this video on social

17 media where he's seen walking around that same warehouse

18 without being noticed.

19       RON WATKINS:  Whoever stole those keys in

20 Philadelphia has admin access.  Do you trust a random

21 thief who has administrative access to the voting

22 machine.  They could have theoretically been able to

23 make as many keys as they want for Philadelphia.

24       CHANEL RION:  On election night, Donald Trump

25 led Joe Biden by 800,000 votes, major precincts

1   reporting.  In the dead of night, that lead disappeared.

2   Biden overtook Trump and took the whole state of

3   Pennsylvania by 60,000 votes.  That 60,000 vote bump

4   came from the very Philadelphia County in which the

5   drive and laptop had been stolen.

6           Watkins' list of concerns about Dominion's

7   vulnerabilities went on.  Watkins found it strange

8   that algorithms for ballots with just one candidate

9   on it, called an undervote, were so complicated, and

10  it is unclear what happens to these ballots.

11          RON WATKINS:  The computer may or may not

12  throw out your vote.

13          CHANEL RION:  Another concern, right after the

14  2018 midterms, Pennsylvania made a custom request.  They

15  requested Dominion change the system to read a straight

16  Republican or a straight Democrat ballot, but oddly read

17  an individual candidate separately from the rest of the

18  straight ticket choices below.

19          RON WATKINS:  I looked at the font they were

20  using, and it's part of the Arial family of fonts,

21  Arial, which is a sans serif font.  And with this font

22  family, a capital I and a lower case L are nearly

23  indistinguishable on a piece of paper.  The person who

24  designs the ballot and the race could theoretically put

25  Donald Trump in the Repub-I-can party, not the

1    Republican party, and that would be a capital I instead

2    of the L., and then everybody else on the Republican

3    party would just be in the normal Republican party.  In

4    that situation, if you vote just straight party for the

5    Republicans, then Trump would not get a vote, and I've

6    been hearing a lot of issues of Trump performing poorly

7    in heavily Republican areas.

8             CHANEL RION:  Next, Watkins says the machines

9    are not supposed to connect to the internet, but there

10   don't seem to be physical safeguards against connecting

11   to internet through the store-bought laptops.

12            RON WATKINS:  If these computers, if even one

13   of these computers was connected to the internet, like

14   if one election worker said oh, I'm going to look at

15   Tiktok videos for the next hour for my break, then the

16   entire precinct is compromised.

17            CHANEL RION:  But even these concerns were

18   minor compared to what Watkins shared with us next.

19   Dominion's algorithm for handling an anomaly, that is, a

20   stray mark or bleed through from a Sharpie pen.

21            RON WATKINS:  So this is the big one that I'm

22   most concerned about.  If the scanning system detects

23   any anomaly on your ballots, then you are not counted.

24            CHANEL RION:  What Watkins reveals next

25   explains one of the strangest mysteries of the 2020

1 election.  We'll be right back.

2          SPEAKER:  Every day your body's engaged in a

3 microscopic battle, and it's your immune system's job to

4 detect, deflect and destroy these invaders and to keep

5 you healthy.  One daily dose of Texas super food is

6 loaded with the vitamins and minerals and nutrients from

7 55 raw fruits and vegetables, so your best defense these

8 days is a healthy immune system, and Texas super food

9 can help you get it.  So if you can't, won't or don't

10 eat all your fruits and vegetables every day, Texas

11 super ever food is made for you.

12          SPEAKER:  Dogs in America are experiencing a

13 health crisis, and the cause may be one specific thing

14 in their diet.  It's in hundreds of dog foods, and you

15 may have already noticed warning signs like digestive

16 problems, itching, bad breath and odors, but the

17 long-term impact can be far worse.

18          Fortunately, world famous veterinarian Gary

19 Richter has a new trick to improve your dog's food at

20 home without switching brands.  To learn how to help

21 your dog live a long, healthy life just visit

22 checkyourdogfood.com.  That's checkyourdogfood.com.

23          SPEAKER:  Here's an important message from

24 Diabetes Solution Center.  Diabetics understand all too

25 well the pain of pricking your fingers.  But now, by

1  wearing a small remote device called a continuous

2  glucose monitor or CGM, you can immediately reduce your

3  pain.  It's easy to use and helps you make more accurate

4  treatment decisions.  If you are testing your blood

5  sugar four or more times daily, injecting insulin three

6  or more times daily, or using an insulin pump, call the

7  Diabetes Solution Center right now to learn about this

8  ground breaking new CGM technology.  And if you have

9  Medicare, you can get a new CGM at little to no

10  out-of-pocket cost.  Shipping is free, and we'll even

11  bill your insurance company for you.  If you are testing

12  your blood sugar four or more times daily, injecting

13  insulin three or more times daily, or using an insulin

14  pump, call the Diabetes Solution Center right now to

15  learn how you can get your own continuous glucose

16  monitor or CGM at little to no out-of-pocket cost.

17          CHANEL RION:  Ron Watkins' analysis of

18  Dominion voting systems is through a singular lens, that

19  of an infiltration hacker.  Through that lens the

20  machines are disastrously vulnerable.  But as a systems

21  analyst, the biggest red flag about Dominion was its

22  algorithm where ballots with anomalies bleed through

23  their stray marks are set aside and not counted.

24          RON WATKINS:  What happens when your vote is

25  not counted due to an anomaly?  Then a scan of your

1  ballot gets saved into a folder on the ICC, the image

2  cast central tabulation system.  This allows for those

3  two to six people who are trained by Dominion to go

4  through the folder of anomalies and either delete or

5  verify each of the ballots inside the folder.  I believe

6  it's called vote adjudication.  These workers can

7  theoretically see which candidates have been marked as

8  votes on these anomalous ballots before they are

9  verified and officially cast, so it's possible they

10  could in theory hand pick a certain party's votes to be

11  verified while throwing out all the others.

12          CHANEL RION:  But it's the next point that

13  stuns Watkins most.

14          RON WATKINS:  The biggest issue here is that

15  the system for detecting anomalies can be set up by

16  altering gamma settings on the scanner so that every

17  ballot has an anomaly.  Thus, in effect, by altering

18  gamma settings on the scanner so that every ballot has

19  an anomaly, this in effect allows those two to six

20  trained people to go through and hand check every single

21  ballot before they're filed and cast into the tabulation

22  system as an actual vote.  That last point explains to

23  me how certain candidates can get 130,000 votes at once

24  with zero votes going to the other candidate.  It

25  explains to me how or why vote workers in places like

1  Arizona might have given Sharpies to certain voters

2  because they might have wanted that specific vote to be

3  caught by the anomaly system and hand verified at a

4  later time.

5        CHANEL RION:  Watkins says this is a task for

6  the feds.

7        RON WATKINS:  My recommendation is for data

8  forensics teams, federal data forensics teams to seize

9  or subpoena the ICC image cast central vote tabulation

10  machines which are just Windows 10 up off-the-shelf

11  machines, go through and see how many votes hit or how

12  many votes arrived into the folder which is specifically

13  set up for anomalies.  This one bug has to affect an

14  entire election.  And it's not even a bug.  It's a

15  feature.

16        CHANEL RION:  One that would allow enormous

17  batches by the hundreds of thousands to be decided on by

18  a few unmonitored workers.

19        RON WATKINS:  Your vote doesn't matter in

20  these districts with the Dominion machines in them

21  because these two to six people trained by Dominion have

22  ultimate control.  It doesn't take a genius to realize

23  that setting the gamma levels incorrectly makes all the

24  ballots become anomalies, which you can then go through

25  later and adjudicate.  If I was Trump, I would

 1   investigate those two to six people per county first.

 2          CHANEL RION:  Watkins is of the opinion any

 3   competent hacker, thief or paid-off poll worker could

 4   game the Dominion system and alter hundreds of thousands

 5   of votes, but a bigger question lurks.  To what extent

 6   was this actually designed by the top on purpose.

 7          In September 2020, FEC United founder Joe

 8   Oltmann had infiltrated Antifa to uncover journalists

 9   who were active members of the Antifa group attacking

10   his company in Colorado.

11          Joe, you infiltrated an Antifa conference

12   call this past September and accidently came upon a

13   top Dominion voting systems executive named Eric

14   Coomer.  Describe that call and what it led you to

15   find.

16          JOE OLTMANN:  It was interesting how the call

17   started.  Somebody said who's Eric.  He said Eric's the

18   Dominion guy.  Someone actually said hey, go ahead, told

19   him to continue speaking, and someone interrupts and

20   says what are we going to do if F'ing Trump wins, and

21   Eric responds, and I'm paraphrasing this, by the way,

22   don't worry about the election.  Trump is not going to

23   win.  I made F'ing sure of that.  And then they started

24   laughing, and somebody says F'ing right.  And so I just

25   put a simple Google search to start, which was Eric,

1  Dominion, Denver, Colorado and Eric Coomer came up

2  immediately under Dominion voting systems.

3          CHANEL RION:  Turns out Eric Coomer held a top

4  position at Dominion with a Ph.D. in nuclear physics.

5  Coomer joined Dominion as vice president of engineering

6  and holds several patents with Dominion, insuring users

7  can adjudicate ballots from the machines, the very

8  function Ron Watkins pointed out as a huge red flag.

9  After the election Oltmann was sent an article

10 highlighting Eric Coomer from Dominion.

11         Oltmann started looking into Eric again.

12 Eric was the director of strategy and security at

13 Dominion, and a shareholder in the company.

14         JOE OLTMANN:  When I got into his Facebook

15 page, that's when things really started to come together

16 for me that, you know, that Eric Coomer was this, you

17 know, he was not just Antifa.  He was responsible for

18 putting his finger on the scales of our election.

19         CHANEL RION:  And Dominion seemed to be a

20 friendly place for such anti-Trump sentiment.  Coomer

21 goes on to travel to battleground states all of 2019.

22         JOE OLTMANN:  Wherever they were building to

23 coming into the 2020 election, that he made sure it

24 happened.  He made sure that Dominion voting systems was

25 in all the battleground states for the 2020 election.

1          CHANEL RION:  Eric shared three folders of

2  screen shots capturing the disturbing profile of Eric

3  Coomer starting back in the 2016 election.

4          JOE OLTMANN:  So this is a rant, he says rant.

5  Facebook friend, land open call.  If you're planning to

6  vote for this autocratic, narcissistic, fascist, asshat

7  blowhard and his Christian jihadist VP pick, unfriend me

8  now.  No, I'm not joking.  I'm not for reason, political

9  discourse and healthy debate.

10         You could see how he started to just become

11  unhinged.  So he actually talks about the fact that

12  his work has the same mentality that he has towards

13  being anti-Trump.

14         CHANEL RION:  Oltmann shares over 80 images of

15  posts Coomer shared on his pages.  The Antifa manifesto,

16  songs like Dead Prez, Body Count, Cop Killer, F the USA.

17  Once Oltmann man begins the expose, Coomer panics.

18         JOE OLTMANN:  He locked down everything.  He

19  scraped the internet of everything having Eric Coomer on

20  it.  So they even went into lead candy.  Dominion took

21  him off their website, removed him from the board

22  position on their site.  They've literally made Eric

23  Coomer a ghost.

24         CHANEL RION:  As we were putting this

25  investigation together, the public listings of employees

OAN

1  for Dominion were fast dwindling from public purview,

2  but we also came upon a friend of Coomer, a woman named

3  Penelope Chester-Starr.  She works at Dominion too.  As

4  communications director, her resume reads Clinton

5  Foundation and vice president of the Bill and Hilary

6  cash cow Teneo.  Teneo booked Bill Clinton's speaking

7  engagements.  Chester-Starr also organizes anti-Trump

8  rallies in Canada.  These are just two Dominion

9  employees of dozens more with clear anti-Trump

10  allegiances.  In Coomer's case, he was in a position of

11  power to actually act upon his rage against Trump and

12  Trump voters.  What does he mean when he says Trump

13  won't win.  I made F'ing sure of that.  Nothing?

14          According to DHS's former cyber security

15  director Chris Krebs, this was our most secure

16  election in history.  Nothing to see here.

17  Incidentally, Krebs' now infamous most secure

18  election in history memo was co-written with the

19  endorsement of the election commission.  Dominion is

20  on that commission.  Dare we dig deeper?  We'll be

21  right back.

22          SPEAKER:  Political correctness operates

23  within the same guiding principles that any hate group

24  does.  It demands that everyone look, sound and act in a

25  particular way.  We should not be afraid to speak our

1    minds no matter how harsh our thoughts might be.  The

2    downfall of free speech is the downfall of a free

3    society.

4         In May, 1991 President George HW Bush gave

5    a commencement speech at the University of Michigan.

6    In it he identified political correctness as a threat

7    to America.

8         PRESIDENT BUSH:  The notion of political

9    correctness has ignited controversy across the land, and

10   although the movement arises from the laudable desire to

11   sweep away the debris of racism and sexism and hatred,

12   it replaces old prejudice for new ones.  He declares

13   certain topics off limits, certain expression off

14   limits, even certain gestures off limits.  What began as

15   a crusade for civility has soured into a cause of

16   conflict and even censorship.   Disputants treat sheer

17   force, getting their does punished or expelled, for

18   instance, as a substitute for the power of ideas.

19        Throughout history attempts to micro manage

20   casual conversation have only incited distrust.

21   They've invited people to look for an insult in every

22   word, gesture, action, and in their own Orwellian

23   way, crusades that demand correct behavior crush

24   diversity in the name of diversity.

25

OAN

1          SIDNEY POWELL:  There should never be another

2    election conducted in this country, I don't care if it's

3    for local dog catcher, using a Dominion machine and

4    Smartmatic software.  We have got to have an American

5    company that uses paper ballots that we can all verify

6    so every one of us can see that our vote is our vote.

7          CHANEL RION:  In the early 2,000s, the

8    election technology market had over 20 competitors.

9    Twenty years later Dominion and two others dominate the

10   voting technology market in America.  This is a problem,

11   especially if they're Antifa-drenched engineers are hell

12   bent on deleting half of America's voice.  If they're

13   saying this in the open, what are they saying behind

14   closed doors.

15          In 2014 Dominion partnered with the Clinton

16   Foundation.  Dominion admits this, but assures all

17   their partnership with the Clinton Foundation has

18   nothing to do with how Dominion tabulates votes

19   across America.  Go ahead, believe them.  Big media,

20   big tech and big government demand that you do.

21   Meanwhile, citizens like Joe Oltmann, analysts like

22   Ron Watkins, news outlets like OAN and lawyers like

23   Sidney Powell will keep asking the questions the FBI

24   refuses to and the left demands you ignore.

25          (End of excerpt at 29:56.)

```
 1

 2                    CERTIFICATE OF REPORTER

 3

 4          I, Charlotte Crandall, certify that I was

 5    authorized to and did transcribe the foregoing audio

 6    recorded proceedings and that the transcript is a

 7    true and complete record of my stenographic notes

 8    from an audio recording and was transcribed to the

 9    best of my ability.

10

11          Dated this 15th day of June, 2021.

12

13

14

15

16

17          _____

18          Charlotte Crandall
            Registered Professional Reporter

19

20

21

22

23

24

25
```