# Exhibit 384

OAN

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | 11/23/2020 OAN Breaking News Live With Patrick |
| 13 | Hussion: Byrne. Tech Millionaire Fund Hacking Team: "2020 Election 100% Rigged" |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | https://app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Case 1:21-cv-02130-CJN   Document 2-15   Filed 08/10/21   Page 2 of 6

1                  (00:05)

2                  PATRICK HUSSION:  The polling director says

3  this is a clear indication Americans want a divided

4  government.  As media continues to ignore claims of

5  election fraud, one millionaire has set out to prove

6  their coverup in support of the truth.  One America's

7  Chanel Rion reports.

8                  CHANEL RION:  Patrick Byrne, founder and

9  former CEO of Overstock.com has long considered himself

10 a libertarian tech entrepreneur.  Byrne now finds

11 himself more than entrepreneur.  He's on a mission to

12 save the republic from a deadly virus, widespread

13 machine and software election fraud.  He's doing this by

14 funding a niche group of experts and the Trump legal

15 team has been listening.

16                  You've put together a group of individuals

17 who are trying to crack down on the fraud that is

18 Dominion.  Tell us more about what you've been doing.

19                  PATRICK BYRNE:  Yes.  Well, I funded a team of

20 hackers and cyber sleuths and other people with odd

21 skills.  We've been on this since August.  One side

22 story to be pursued someday is the DHS was warned of all

23 this in August and September.  We tried very hard and it

24 was all crammed down, and I mean from high levels.

25                  CHANEL RION:  The experts Byrne is funding is

1  an elite cyber security team that has been hired by the
2  state of Texas to investigate a series of irregularities
3  in the Dallas elections of 2018.  The team consisted of
4  members with backgrounds in military intelligence and
5  federal law enforcement.  Byrne says the election
6  irregularities in Dallas 2018 was rooted in Dallas' use
7  of Dominion voting machines.  This group has been on
8  Dominion's trail over two years.
9              PATRICK BYRNE:  I've been up there with them
10 since August and expanding and funding further and
11 deeper investigations so we really, I felt, kind of had
12 the answer when everyone woke up November 4th saying
13 what happened.  We couldn't quite believe we couldn't
14 get anyone to listen to us.
15             CHANEL RION:  Their findings include a
16 detailed list of impossibilities, Dominion machines
17 processing more ballots than is physically possible,
18 realtime data showing Biden vote dumps that are
19 statistically impossible, and dozens of back door ways
20 in which votes by thousands could be changed,
21 manipulated or deleted.
22             PATRICK BYRNE:  When you get talking about,
23 you know, thousands of votes in a row for one candidate,
24 just to give you the mathematical odds against it, if
25 you're talking about a group that has a 96 percent

1  affinity for Biden, so imagine we're talking about very
2  heavily Biden ward.
3           CHANEL RION:  Right.
4           PATRICK BYRNE:  The chance of having a hundred
5  votes in a row for Biden, if the chance of every vote is
6  96 percent for Biden, the chance you would have a
7  hundred in a row is about 1.6 percent.  The chances that
8  you would have a thousand in a row goes to -- it's about
9  like a couple quadrillion to one, and the chances you
10 would have the kinds of numbers we're seeing where they
11 were placed where there were tens of thousands of votes
12 in a row for Biden, the chances are quadrillions and
13 quadrillions against that could ever happen in nature.
14          (End of excerpt at 3:05.)
15
16
17
18
19
20
21
22
23
24
25

1

2                CERTIFICATE OF REPORTER

3

4        I, Charlotte Crandall, certify that I was

5   authorized to and did transcribe the foregoing audio

6   recorded proceedings and that the transcript is a

7   true and complete record of my stenographic notes

8   from an audio recording and was transcribed to the

9   best of my ability.

10

11        Dated this 16th day of June, 2021.

12

13

14

15   *[signature: Charlotte Crandall]*

16

17        _____
         Charlotte Crandall
18        Registered Professional Reporter

19

20

21

22

23

24

25