# Exhibit 386

OAN

```
 1
 2
 3
 4
 5
 6
 7    12/24/2020 OAN Breaking News Live With Patrick Hussion:
      President Trump:  Election Fraud Is A Proven Fact
 8
 9
10
11
12
13
14   https://app.criticalmention.com/app/#clip/view/edd926
     32-4c80-4830-9322-cc20537255e2?token=945b87c9-0c2d-45
15   95-99ec-c9c83da5b728
16
17
18
19
20
21
22
23
24
25
```

1                (00:02)
2                PATRICK HUSSION:  -- to silence the reports of
3    election fraud.  In a tweet the President said, quote,
4    voter fraud is not a conspiracy theory as Democrat media
5    tries to portray it, he says.  Now the President adds
6    numerous reports of fraud, ballot dumps and electronic
7    tampering makes voter fraud a proven fact.
8                Social media and mainstream media recently
9    came under fire for suppressing records of fraud,
10   including the sworn affidavits and videos presented
11   in courts.  President Trump reiterated  that he will
12   defeat voter fraud to insure integrity in future
13   elections.
14               The President is reminding his Twitter
15   followers to stay vigilant as the Whitehouse
16   continues to investigate claims of voter fraud.  The
17   president shared a video urging his supporters to
18   contact they legislators to demand that they do more
19   to investigate election fraud.  Take a look
20               TRUMP AD VOICEOVER:  President Trump created
21   millions of jobs, saved the economy from a worldwide
22   pandemic, and led the effort to discover a vaccine at
23   warp speed.  America rewarded President Trump with over
24   74 million votes, millions more than Obama and both
25   Clintons, more votes than any president, more votes from

```
 1  African Americans, Latinos and Jewish Americans than any
 2  Republican in decades.  President Trump won Ohio,
 3  Florida and 95 percent of bell weather counties,
 4  suggesting a landslide Trump victory, but something
 5  happened.  Some states rushed out mail-in ballots, a
 6  recipe for fraud.  Dead people voted, ballots
 7  miraculously appeared, Biden ballots added in the middle
 8  of the night.  Joe Biden bragged about having the
 9  most --
10           JOE BIDEN:  -- extensive and inclusive voter
11  fraud organization in the history of --
12           TRUMP AD VOICEOVER:  It's an outrage.  The
13  American people deserve to know the truth.  Demand an
14  honest election and an honest count.  Contact your
15  legislators today.
16           PATRICK HUSSION:  Rudy Giuliani says recent
17  forensic audits found Dominion voting machines were
18  programmed to give Joe Biden an automatic advantage over
19  any number of Trump votes.
20           RUDY GIULIANI:  We believe from what we saw in
21  Michigan that the machines have an inaccurate vote, that
22  they're programmed to give Biden somewhere between a two
23  and five advantage.
24           PATRICK HUSSION:  The President's attorney
25  points out Democrat officials in key states are
```

1  continuing to resist subpoenas by state lawmakers to
2  allow a broader examination of voting machines.
3  Giuliani says Democrats are obviously hiding the
4  evidence of voter fraud.
5              JOE BIDEN:  If he's so confident that we're so
6  wrong, I don't understand why he won't let us examine
7  the machines.  We won't do any damage to them.  He can
8  watch us.  It's a bunch of military people who are doing
9  it, honest, honorable people.  They know these machines
10 better than anybody, than probably the people who made
11 them, so we're going to pursue that.  We're also doing
12 the same thing in Arizona.
13             PATRICK HUSSION:  Giuliani also says
14 illegitimate votes will be challenged on Capitol Hill on
15 January 6th amid ongoing litigation in some key swing
16 states.
17             Trump supporters file a petition with the
18 National Park Service to hold a rally in Washington
19 DC.  That application is the third in less than two
20 months.  It aims to take place on January 6th, the
21 day, of course, that Congress will be counting the
22 electoral college votes and certifying a winner.
23 Now, President Trump took to Twitter urging
24 supporters to attend that rally and protest the
25 election results in various states.  The park service

OAN

5

1  has not yet granted the request.  However, permits
2  typically aren't issued until the week of  --
3           (End of excerpt at 3:35.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1

 2

 3                    CERTIFICATE OF REPORTER

 4

 5          I, Charlotte Crandall, certify that I was

 6   authorized to and did transcribe the foregoing audio

 7   recorded proceedings and that the transcript is a

 8   true and complete record of my stenographic notes

 9   from an audio recording and was transcribed to the

10   best of my ability.

11

12          Dated this 16th day of June, 2021.

13

14

15

16

17

18          _____
            Charlotte Crandall
19          Registered Professional Reporter

20

21

22

23

24

25
```