# Exhibit 387

OAN

```
 1
 2
 3
 4
 5
 6    12/30/2020 Powell:  Election Fraud Now Obvious Because
 7         Pres. Trump's Landslide Victory Broke Dominion
 8                     "Vote-Switch" Algorithm
 9
10
11
12
13
14
15   https://app.criticalmention.com/app/#clip/view/10544f
     d4-e686-47fa-b76a-62206fd30732?token=3e9c75c0-6f76-41
16   3d-baf8-14659794f3ff
17
18
19
20
21
22
23
24
25
```

```
 1                    (00:02)
 2          MIKE DINOW:  All right.  Attorney Sidney
 3  Powell gives a detailed interview on the evidence of
 4  election fraud after releasing a 270-page summary of her
 5  investigation.  Take a listen.
 6          SIDNEY POWELL:  So for five states to stop
 7  counting on election might is absolutely unprecedented,
 8  and they did it because the vote count for the electoral
 9  college was about to hit and go over 270 for President
10  Trump.
11          MIKE DINOW:  And Powell says President Trump
12  won a second term in office on election night, and
13  Democrat officials had to use all tools they had to
14  prevent that.  She adds this includes foreign meddling,
15  electronic manipulation of votes, and expelling poll
16  watchers.
17          SIDNEY POWELL:  The flipping of votes by
18  Dominion is even advertised in their ability to do that
19  to run a fraction to make a Biden vote count
20  1.26 percent and a Trump vote to only count .74.
21  They've done it before.  They've done it in Venezuela,
22  they've done it in other foreign countries, they've done
23  it in this country.
24          MIKE DINOW:  And Powell goes on to say voter
25  fraud in this election was so rampant because President
```

1  Trump's landslide victory was breaking the Dominion
2  algorithm.
3           (End of excerpt at 1:20.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2                   CERTIFICATE OF REPORTER
 3
 4          I, Charlotte Crandall, certify that I was
 5   authorized to and did transcribe the foregoing audio
 6   recorded proceedings and that the transcript is a
 7   true and complete record of my stenographic notes
 8   from an audio recording and was transcribed to the
 9   best of my ability.
10
11          Dated this 16th day of June, 2021.
12
13
14
15          [signature: Charlotte Crandall]
16
17          _____
            Charlotte Crandall
18          Registered Professional Reporter
19
20
21
22
23
24
25
```