# Exhibit 388

OAN

```
 1
 2
 3
 4
 5
 6   1/1/2021 Giuliani:   State & U.S. Lawmakers Must Reverse
 7                            Election Fraud
 8
 9
10
11
12
13
14
15   https://app.criticalmention.com/app/#clip/view/27981d
     65-ed66-4cee-8cd1-a7ac77b85891?token=76f4002c-113c-4d
16   95-b318-b3fe81b0c8b5
17
18
19
20
21
22
23
24
25
```

1               (00:01)
2               EMILY FINN:  Well, Rudy Giuliani details the
3   meddling with this year's selections by Democrat
4   officials and mainland China who he says used phoney
5   ballots in the hacking of Dominion machines.  Take a
6   look.
7               RUDY GIULIANI:  When nobody was really looking
8   in the middle of the night they injected 107,040 votes
9   for Biden at 6:34 a.m. in the morning.       votes are
10  way beyond what those machines can count at that period
11  of time.
12              EMILY FINN:  Giuliani says the high number of
13  fake votes overloaded election systems, causing key
14  states to stop their counts on election night.  He adds
15  lawmakers must fulfill their constitutional duty and
16  revoke the fraudulent results.
17              RUDY GIULIANI:  No matter what happens in
18  terms of the outcome here, whether the legislatures that
19  should do it overturn the certification for Biden and
20  certify Trump who actually won those particular five
21  states or not, this voter fraud is going to be part of
22  our history, and as time goes by more and more is going
23  to be learned about it, even the international nature of
24  it.
25              EMILY FINN:  Giuliani says the Democrat party

1   ran a nationwide conspiracy plot together with Dominion
2   and China and other foreign countries and companies to
3   steal president Trump's victory.
4              (End of excerpt at 1:22.)

```
1                CERTIFICATE OF REPORTER

2

3           I, Charlotte Crandall, certify that I was

4   authorized to and did transcribe the foregoing audio

5   recorded proceedings and that the transcript is a

6   true and complete record of my stenographic notes

7   from an audio recording and was transcribed to the

8   best of my ability.

9

10          Dated this 16th day of June, 2021.

11

12

13

14                     [signature: Charlotte Crandall]

15

16          _____
            Charlotte Crandall
17          Registered Professional Reporter

18

19

20

21

22

23

24

25
```