# Exhibit 390

```
 1

 2

 3

 4

 5

 6

 7

 8     1/27/2021 Mathematician:   Election Numbers Don't Add Up

 9

10

11

12

13

14    https://www.oann.com/recall-effort-against-calif-gove
      rnor-gavin-newsom-approaches-1-5-million-signatures/
15

16

17

18

19

20

21

22

23

24

25
```

1           (00:00)

2           MIKE DINOW:  An expert mathematician says the

3  election results for Joe Biden at the precinct level

4  are, quote, impossible and cannot occur naturally.

5  Here's One America's Christina Bob.

6           CHRISTINA BOB:  Edward Solomon, a

7  mathematician, took a closer look at the election

8  results at the precinct level.  A specific anomaly

9  occurred rendering the results impossible says Solomon.

10 Joe Biden won exactly the same percentage points across

11 multiple precincts at designated times of day long

12 enough to change the advantage.  Mr. Solomon walked me

13 through an example of the precincts in Fulton County,

14 Georgia.

15           EDWARD SOLOMON:  You can see that there's the

16 first precinct there.  It's at 12:56 a.m. on

17 November 4th.  And then when it abandons that ratio on

18 its next tabulation update, two more precincts, they

19 inherit that ratio on the same time sync.  And then

20 after they update their tabulations and abandon that

21 ratio of 1:18, another precinct inherits it.

22           CHRISTINA BOB:  Solomon says that in order for

23 the ratios to be that exact at clearly designated times,

24 computer software must have used an algorithm to change

25 the votes.  Specifically, for roughly 90 minutes at a

1   time for rotating intervals the precincts changed the

2   votes to insure that Donald Trump won only

3   5.555 percent.  After the intervals completed, the

4   precincts returned to a normal vote count.

5          EDWARD SOLOMON:  It says that this could only

6   have been done by an algorithm.  It can't even by done

7   by humans.  So if you had a bunch of human beings that

8   were tried to rig an election and you said hey, listen,

9   I want you to give Trump 15 percent over here and I want

10  you to give Trump 13 and a half percent over here and

11  5.5 percent over here, even human beings trying to

12  replicate this wouldn't get it this perfect.

13         CHRISTINA BOB:  So what are the chances of

14  this happening naturally?  Solomon says that there are

15  not enough stars in the universe to which you can

16  compare.

17         EDWARD SOLOMON:  You can use that binomial

18  probability formula, and the chance of that event

19  happening is one over ten to an exponent so large,

20  there's not enough stars in the universe.  There's not

21  enough atoms in the universe to explain the number.  It

22  can't happen naturally.

23         CHRISTINA BOB:  The numbers produced by this

24  election result can't happen naturally, and humans

25  trying to replicate the results would not be able to

1   produce them this perfectly.  This evidence requires

2   election officials to take a closer look and audit their

3   results with real forensic experts.  I'm Christina Bob,

4   One America News, Phoenix, Arizona.

5               (End of excerpt at 2:26.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

```
 1

 2

 3                    CERTIFICATE OF REPORTER

 4

 5          I, Charlotte Crandall, certify that I was

 6   authorized to and did transcribe the foregoing audio

 7   recorded proceedings and that the transcript is a

 8   true and complete record of my stenographic notes

 9   from an audio recording and was transcribed to the

10   best of my ability.

11

12          Dated this 16th day of June, 2021.

13

14

15

16

17

18          _____
                 Charlotte Crandall
19               Registered Professional Reporter

20

21

22

23

24

25
```