# Exhibit 391

1

2

3

4              Absolute Proof (Mike Lindell 2020)

5

6     Https://www.worldviewweekend.com/tv/video/mike-Lindell-

7     brannon-howse-and-Mary-fanning-present-absolute-proof-

8     exposing-election-fraud

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MIKE LINDELL:  Hello, everyone.  This is
2     Mike Lindell, the CEO of MyPillow.
3          As you all know, I have been attacked the
4     last month relentlessly on social media, by
5     newspapers, by TV shows, by -- you name it, I have
6     been attacked.  And myself -- not just myself, but
7     my company.  The boycotts that are going on, box
8     stores are dropping me; social media, they cancel
9     my Twitter.  Today they canceled MyPillow's
10    Twitter's account, my company's Twitter account.
11         Well, before I was going to get erased
12    completely, we put together this show.  And what
13    you're going to see today is what they don't want
14    you to see, why they're trying to erase me.
15         And what I told everyone out there, I said:
16    You know what, I've seen evidence.  I've been
17    trying to since November 4th to prove -- you know,
18    to show what's out there, why -- why are these
19    deviations that happened on election night,
20    nothing -- none of it made any sense.
21         So I dove all in with everything I had,
22    resources, anytime I heard something that maybe
23    was relevant, I went and said -- you know, looked
24    into it, did my own due diligence, had my -- even
25    my own investigations.

1        Well, the one day -- I think it was like
2   January 9th, all the sudden, these people -- they
3   brought me some -- a piece of evidence that's 100
4   percent proved, it's like a -- a print of -- of
5   inside the machine, of a timestamp, that showed
6   another country -- other countries attacking us,
7   hacking into our election through these machines,
8   and it -- it shows the votes flipped.
9        And I'm going, wow, I got to get this out
10  there.  And from that point on, I started putting
11  it out there, and that -- that's when they just
12  started attacking me.
13       Well, they obviously are hiding something,
14  and tonight you're going to see what they're
15  hiding.  You're going to see on this show, we
16  have -- we're going to have cyber-forensic
17  experts, we're going to 100 percent -- you're
18  going to see all this evidence that by the time
19  you're done seeing it, you're going to go, wow.
20       100 percent it proves exactly what
21  happened, that these machines were used to steal
22  our election by other countries, including China.
23       But I do want to tell you before we get
24  into all that, I want to tell you what I
25  consider -- why I am so happy today about two

1    miracles that happened these last couple of

2    months.

3            The first miracle was on election night.

4    And on election night at 11:15 at night, the --

5    the algorithms of these machines broke.

6    Basically, broke.  And I'll -- this will be

7    explained during this show.

8            But they broke.  What that means is, Donald

9    Trump got so many more millions of votes that they

10   didn't expect, that they had -- they're going to

11   have to go recalibrate, right?

12           So that's why all these states shut down.

13   All the sudden they all shut down.  And we're all

14   going, what?  That's weird.  This has never

15   happened in any other election.

16           And then we're going, okay, then they -- as

17   the days went on going, what?  Another -- another

18   week that it takes -- you know, like Arizona to

19   count one percent of their vote and -- and you see

20   these big spikes, like in Michigan and all these

21   big -- you know, votes that were pouring in.

22           Nobody understood it, right?  We're --

23   we're like living in this kind of Twilight Zone

24   during that time.

25           Well, that is one miracle there, because

1   think if that wouldn't have happened, think if
2   they would have estimated right and what would
3   have happened is, it would have been just like a
4   normal election at 3:00 in the morning they would
5   have said, oh, Biden won, he won by a little bit;
6   and we would have said, oh, better luck next time.
7        But because he got so many votes it broke
8   that, and -- and set off this series of events of
9   these deviations.
10       If that wouldn't have happened, we would
11  have never been here talking about biggest attack
12  in history, the biggest cyber attack ever; and
13  this is -- you know, the American dream would be
14  gone forever, because we would have never known.
15  And it would have just -- you know, using
16  machines, it would have took us over forever.
17       Here comes the second -- the second
18  miracle.  And with this one I got to show you here
19  on the -- on the -- on the chart.  I'm going to go
20  through this, and I'm going to tell you why this
21  is a miracle.  Okay.
22       What we're going to do here, we're going to
23  go state-by-state and we're going to show you what
24  else happened.
25       So here's Arizona.  Okay.  The margin of

1    victory was 10,000 votes that -- that Biden --
2    they say Biden won.
3          Now, if we look at this -- let's go down
4    the chart here, mail-in ballots required
5    adjudication.  Almost 300,000.
6          What these mean are -- these are votes that
7    they put through and you're going to learn that --
8    you're going to learn all about that during this
9    show, too, what adjudication, how that works.
10         But let's just go to the next one.  Illegal
11   aliens voting, 36,400 illegal aliens voted.
12         Do you see that?  He only lost by 10,000.
13         Well, of course, they can't vote.  Okay.
14   Donald Trump wins Arizona, right?
15         We'll just keep going.  Voters registered
16   to a vacant lot, 2,000.  Completed mail-in ballots
17   received the day before the ballots were even
18   mailed.  They got 20- -- or 22,000 ballots back in
19   Arizona before they had even mailed the ballots
20   out, what?  That's kind of bizarre, right ?
21         Okay.  Keep going.  Down here, Maricopa
22   County electronic adjudicated ballots, 103,000.
23   Votes loaded before opening of polls -- so the
24   votes were even loaded -- they were already in
25   there before the polls even opened -- 50,000.

1      Okay.  Let's just -- so you see all that.
2  Let's go to the next state here.  I'm going to
3  skip Georgia and come back to it.
4      Let's go to Michigan.  Michigan, dead
5  voters 17,367.  And this is so -- Michigan is kind
6  of its own -- we're going to talk about Michigan,
7  it's very different than the other states, what
8  went on there; so it's all grouped together.
9  615,000 votes that are just in -- in question.
10  And we're going to skip that part.  Okay.
11      Let's go to the next one here, Nevada.
12  Okay.  Here's Nevada:  Illegal aliens have voted
13  in this election, 4,000.  Mail-in or absentee
14  ballots for voters that were known to have voted
15  in other states, 15,000.
16      Clark County used signature verification,
17  (inaudible) the image quality that was suggested
18  by the manufacturer, and to check the mail-in
19  ballots signatures, 130,000.
20      We'll just skip through that.  Raffle
21  tickets that they were incentivized, 500.
22      Here we go, here's a big one:  Dead people
23  who voted, 1,506.  Non-Nevadians who voted in
24  Nevada, they don't even live in Nevada, 19,218.
25  Voters who double voted, 42,284.

1      Okay.  And you can see, they add up to over
2   200,000.  Donald Trump lost by 34,000 votes.
3   Okay.
4      Let's go to the next one, Pennsylvania.
5   Mail-in votes that counted without a Republican
6   observer -- we've all heard that stuff, it's well
7   over 600,000.  Mail-in ballots, 68.  Here's
8   another one, too, we can almost -- we're going to
9   hear -- you're going to hear a lot about this
10  during this thing, but let's go down -- poll
11  workers that voted with various errors in the
12  bins -- this is the one where you heard the
13  (inaudible) ballots that were driven from New York
14  to Pennsylvania; you'll hear a little about that
15  in the show, too.
16      But this is -- we're going to go by
17  Pennsylvania.  You can all see it adds up to
18  866,000.  Donald Trump lost by 68,000.  And there
19  will be a point to all this I'm getting to.
20      Okay.  Here's Wisconsin.  Wisconsin,
21  (inaudible) of identify combined voters in 2020,
22  that's a -- it's a -- that would take a while to
23  explain, but there was 130,000.  U.S. Postal
24  Service, backdated ballots, 100,000.  Okay.
25  That's incredible if you -- as you look into it.

1          The mail-in ballots entry and the

2     tabulation (inaudible) other under the guise of

3     absentee ballots in clear violation of state law,

4     170,000.

5          Okay.  Wisconsin -- the margin of victory

6     for Biden was 20,000 votes.  Now we're going to go

7     to -- back to Georgia.  Okay.

8          Everyone knows the President called the

9     Secretary of State in Georgia, and on that call

10    he -- he said -- he was listening (inaudible), to

11    the Secretary of State, he said:  Okay, you have

12    felons with incomplete sentences that voted and

13    cast their vote, 2,560.  Underage children that

14    registered to vote and illegally voted, 66,247.

15         Unregisters voted who -- voters who voted,

16    2,423.  Registered voters who voted in another

17    state after their Georgia registration date,

18    4,926.  Voters who voted in Georgia and also voted

19    in another state, 395.

20         Voters who voted in Georgia, but changed

21    their address before the election to do it,

22    15,700.  People who failed to pre-register to vote

23    in their county in time after moving from one

24    county to another 40,279.

25         Voters who illegally claimed a post office

1    box as their resident, (sic) 1,043.  Voters who

2    registered too late to vote in the election, 98.

3    People who died prior to the election, they didn't

4    -- they were already dead, 10,315.

5         Okay.  Ballots with no chain of custody --

6    we'll probably talk a little bit about that in

7    this show, too -- 600,000.

8         And here's what the President said to the

9    Secretary of State in Georgia:  Can you just give

10   us -- why don't you just give us your -- it's

11   only -- he only lost by 11,730 votes, he said:

12   How about you just give us your underage that

13   voted or your dead people, and we win.

14        It didn't make sense.  You say, how about

15   this?  This -- this line here, the people who

16   failed to register, 40,000.  Can you just give us

17   them?  He said, just give -- he -- he named the

18   columns.

19        And you know what the Secretary of State of

20   Georgia said:  Those numbers are wrong.

21        And -- and the President said:  Well, where

22   we -- what -- who gave us the numbers?  He asked

23   his guy, and that guy said:  We got them from the

24   Secretary of State's office.

25        And the President said to the Secretary of

1    State:  Well, when can we get the right numbers?

2         And the other guy said:  Sir, we've been

3    trying to get them from the Secretary of State for

4    almost two months.

5         And the point being here -- now, here comes

6    the point I'm making, here's -- this is all the

7    second miracle of the election.  Every one of

8    these states should have been -- and two plus two

9    is four, right?  You should say:  Okay, you can't

10   count dead people, you can't count underage

11   people -- every one of these states, Donald Trump

12   wins if the electors would have done their job,

13   the legislatures, if the -- if the governors

14   wouldn't have said, you know, hey, it's good.

15        All these things that happened -- all these

16   anomalies that happened, it would have -- it never

17   happened before, but much less one state, they all

18   say that that, hey, we're going to go ahead and

19   use this stuff, and we're going to declare Joe

20   Biden the winner.

21        But here's the big thing, the big miracle,

22   if they would have done that, if they would have

23   done that and said, you know what, if we can't

24   count these, Mr. Trump wins.  Donald Trump wins.

25   Okay.  Then we wouldn't be where we're at right

1    now, because the biggest thing against humanity
2    and our country is this attack through these
3    machines.
4          They got -- this opened up -- this revealed
5    the -- the machines to where we're at right now.
6    So what you're going to watch during this show is
7    100 percent proof that the big thing was the theft
8    by these other countries that came in to attack
9    our country through these machines that are made
10   to steal elections.
11         Every election going forward in history, if
12   these things would have happened, these two -- and
13   we wouldn't have -- we would have never known,
14   every single vote you would have ever made
15   wouldn't have mattered.  Somebody else would have
16   made that vote.
17         And we've all seen in this past month --
18   you think it was a communist coming in and taking
19   us over with people here.  This is an attack, not
20   only on other -- those other countries with
21   communism, but they had domestic traitors right
22   here in our country.  Whatever is going on right
23   now, we're seeing it.  They're suppressing cancel
24   culture.  They're trying to cancel us all out.
25         I just seen churches, the Christian

1   churches, they're being attacked right now.

2   People on social media -- anyone that speaks up,

3   they're going, you can't say that, (makes sound)

4   you're gone.

5        It's like -- right now they're doing

6   Whac-A-Mole because they know -- they knew they

7   were so close, so close that we would never know

8   in history what happened.

9        But guess what, now we do know and you're

10  all going to know, and when you watch this and you

11  get through it, at the end I'm going to tell you

12  what you can all do; and we're going to start our

13  show right now, and you guys are going to be

14  absolutely amazed.

15       And now we have with us Colonel Phil

16  Waldron.

17       COLONEL PHIL WALDRON:  Yes.  So my -- my

18  background in the military is with influence

19  operations, information operations, that --

20  information warfare, if you will.

21       MIKE LINDELL:  You know what we're talking

22  about here today is specific -- these machines

23  that were used to -- to have hack into our

24  election and -- and -- by foreign countries,

25  including China, and what -- what did you -- kind

14

1    of bring us up through the election for yourself,

2    and what -- and how you've gotten so involved

3    right now.

4         COLONEL PHIL WALDRON:  Yeah.  We -- we

5    began looking -- working with our partners in --

6    in Dallas at Allied Security Operations Group,

7    with doing some analysis on the data that they

8    had, looking at -- not only Dominion, but ES&S and

9    Hart, several of the other electronic voting

10   management systems.

11        And we saw a lot of similarities and -- and

12   vulnerabilities in the systems that would be

13   easily influenceable or easily interdicted.

14        And again, as a -- as an information

15   warfare officer, that's what I did.  I looked for

16   vulnerabilities and ways to attack systems to

17   create a strategic advantage for U.S.-friendly

18   forces.

19        And so when we started seeing the

20   vulnerabilities and all the different ways that

21   you could interdict this -- these electronic

22   voting systems, it became apparent that we had a

23   problem for the -- the November 3rd election.  And

24   that prompted us to spend a lot of time working

25   with Russ Ramsland, getting a lot of the -- the

1   historical data, the knowledge.  We started

2   working on our own, really doing a lot of

3   connecting-the-money exercises, doing -- doing

4   basic investigative research.

5        And then I brought in our -- our local DHS

6   team here in Texas, both the intelligence and

7   assessments division, which collects -- collects

8   intelligence for -- for the Department of Homeland

9   Security, and the CISA, our local CISA rep.  And

10  we spent quite a bit of time giving them a -- an

11  introduction o what -- what we saw, and the

12  vulnerabilities and the ways that these systems

13  could be enter to change election outcomes at --

14  you know, the -- the machine-level, the

15  server-level, fraud at the local-level, which --

16  you know, is required to induce the -- the

17  illegitimate ballots.

18       MIKE LINDELL:  Right.

19       COLONEL PHIL WALDRON:  Then you got to --

20  the machine-level, which is kind what you were

21  talking about, the --

22       MIKE LINDELL:  Right.

23       COLONEL PHIL WALDRON:  -- the -- the

24  algorithms that are directly input into the

25  tabulators.  And we have evidence of that in -- in

1    Ware County, Georgia, that -- you know, X-amount

2    of ballots went through, and they -- they

3    basically stole 13 percent of the vote from

4    President Trump and put that 13 percent of the

5    vote into the category for former-Vice President

6    Biden; which made a 26-percent shift in the vote.

7         And so when you look at the machine-level,

8    the machine for Dominion or the ES&S, there's so

9    many vulnerabilities in the systems.  There's so

10   many fundamental cybersecurity practices that are

11   not enabled, that it basically allows anybody who

12   -- who has some technical ability and the -- the

13   want-to to go in and influence our elections.

14        MIKE LINDELL:  Wow.  What --

15        (Talking simultaneously.)

16        COLONEL PHIL WALDRON:  And (inaudible)

17   strategic level is foreign intelligence, foreign

18   intelligence services.  And we've got -- pretty

19   much document -- documented of Chinese --

20   Communist Chinese party ownership of the private

21   equity firm, whose board controls Dominion.

22        We've got Chinese communists, the -- the

23   President of the Chinese Communist bank who is

24   board of directors member of -- of a private

25   equity firm that -- that owns Dominion.

1      MIKE LINDELL:  Wow.

2      COLONEL PHIL WALDRON:  And then if you look

3  at the testing company, the only company that

4  has code- -- access to the code and the testing

5  for Dominion is in Shenzhen, China.  It's a

6  communist Chinese party company.

7      The U.S. government, the state governments,

8  the county governments, they don't have access to

9  Dominion code.  But I think's it's kind of -- kind

10  of unique that a Chinese company that's run by

11  the -- the CCP does have access to the code, and

12  that's why we started seeing at that strategic

13  level, that third tier, of election manipulation;

14  a lot of movements of votes, directly -- direct

15  access to Pennsylvania voting precincts, county

16  tabulation centers, Wisconsin, Michigan, Nevada,

17  Arizona, Georgia -- all of that coming in directly

18  from foreign countries, China being the

19  predominate one and through -- through Pakistani

20  ISI proxies.

21      MIKE LINDELL:  Did you find it very

22  frustrating not being able to get -- get all this

23  information out to the public?

24      COLONEL PHIL WALDRON:  Yeah, it -- it's

25  very frustrating.  The fact that, you know,

1   everyone says, well, there was all these court

2   cases and all the court cases were lost.  Well,

3   that's a lie, when we got statistics on how many

4   court cases were open, how many were dismissed

5   for -- you know, for standing or procedural, but

6   there -- there's only, to my knowledge, two cases,

7   one in Michigan and -- and one in Georgia, where

8   evidence has been heard.  And those cases are

9   progressing forward.

10       The Senate in Arizona has heard and seen

11  preliminary evidence, and they've issued subpoena

12  and they're pressing forward with a full forensic

13  audit in Arizona.  And that -- that could be

14  forthcoming as early as, you know, this -- this

15  coming week.

16       MIKE LINDELL:  Right.

17       COLONEL PHIL WALDRON:  So it's -- it is

18  complex and it's hard for people to understand.

19  And if it's hard to understand, people just

20  dismiss it as, you know --

21       MIKE LINDELL:  Right.

22       COLONEL PHIL WALDRON:  -- a conspiracy

23  theory --

24       MIKE LINDELL:  Right.

25       COLONEL PHIL WALDRON:  -- where it's --

```
 1   it's cyber warfare and unconventional asymmetric
 2   warfare --
 3        MIKE LINDELL:  Uh-huh.
 4        COLONEL PHIL WALDRON:  -- conducted by a
 5   peer-threat nation state against the United States
 6   Government critical infrastructure.
 7        MIKE LINDELL:  The whole country seeing
 8   when they -- you know, when they shut everything
 9   down at night, that that was a deviation; you
10   probably expected this, right?
11        COLONEL PHIL WALDRON:  We were watching, we
12   found the -- the foreign servers in Barcelona and
13   the U.K., and -- and in Frankfurt.  We had seen
14   several -- you know, the one in Toronto,
15   obviously, with Dominion.
16        MIKE LINDELL:  So you know 100 percent
17   proof that the servers are overseas in other
18   people's countries for our election?
19        COLONEL PHIL WALDRON:  Yes.  We were
20   mapping out the servers before the elections.  We
21   identified the Scytl server in Frankfurt, down to
22   the street address.
23        Frankfurt has -- I think it's -- it's
24   either the largest or one of the world's largest
25   server nodes -- you know, cyber node --
```

```
1        MIKE LINDELL:  Right.

2        COLONEL PHIL WALDRON:  -- transfer- --

3   communications node.  It's call D-E -- D-E for

4   Germany -- Nix, DE Nix.  (Phonetic).

5        MIKE LINDELL:  Right.

6        COLONEL PHIL WALDRON:  And there was

7   several folks watching the -- the traffic and the

8   volume of traffic that night, and they noticed a

9   significant spike in traffic that night, just due

10  to the -- you know, the volume of information

11  going through.

12       And one of the reasons is they -- they said

13  that the -- the traffic was going up was due to

14  U.S. elections.

15       MIKE LINDELL:  In your opinion, this is an

16  attack by other countries, of foreign -- of

17  foreign countries, is what you're saying then?

18       COLONEL PHIL WALDRON:  I -- I believe from

19  what I have seen in -- the -- the witnesses that I

20  have talked to, that this is a -- a coup that --

21  it definitely involved elements inside our own

22  country, and inside our own federal government.

23       MIKE LINDELL:  Wow.

24       COLONEL PHIL WALDRON:  Definitely --

25  definitely part of the coup that was aided and
```

21

1    abetted by a foreign threat, nation-state, appear

2    enemy nation-state.

3          MIKE LINDELL:  Right.

4          COLONEL PHIL WALDRON:  China.

5          MIKE LINDELL:  Do you believe that this

6    attack from other countries could not have

7    happened without people here domestic -- people

8    domestic traitors, basically?

9          COLONEL PHIL WALDRON:  Yeah.  I -- I

10   believe that -- again, we have affidavits of CIA

11   and State Department personnel out of the Italian

12   Embassy participating in this coup.  We have a

13   name, e-mail and phone number of senior DOJ

14   official from a -- from a -- a U.S. attorney that

15   said that this individual was shutting down any

16   DOJ or FBI investigation into any election -- any

17   election-related investigation, and shut -- trying

18   to shut down judicial cases, court cases.

19          So from inside our own DOJ, people were

20   shutting down active investigations.  You wonder

21   why, you know, Mr. Barr didn't find or see any

22   evidence of widespread election fraud, is because

23   the FBI never did anything, other than to impede

24   investigations into election fraud.

25          The FBI went to question the truck drivers

22

1   who delivered ballots and -- and created

2   affidavits; they were harassing, you know, the --

3   the Americans -- you know, patriotic Americans who

4   were -- who were whistleblowers --

5        MIKE LINDELL:  Right.

6        COLONEL PHIL WALDRON:  -- and prosecuting

7   them.

8        Mike, you mentioned something earlier,

9   is -- is the machines.  You know, the ES&S and

10  Dominion machines, if you look at, you know,

11  military planning factors, there are critical

12  capabilities -- a capability is what you have to

13  have to execute your mission or the enemy has to

14  have to execute its mission successfully.

15       So critical capability for any of this to

16  happen are the inherent vulnerabilities that were

17  built into ES&S and Dominion software, which is --

18  you know, again, we've proven through -- through

19  our work that this is all related directly back to

20  the soft -- Smartmatic -- Smartmatic -- SGO

21  Smartmatic software core.

22       MIKE LINDELL:  Wow.

23       COLONEL PHIL WALDRON:  And they definitely

24  have financial gains to -- to -- financial

25  reasons, based on some of the other investments

23

```
 1   that they've made.
 2        MIKE LINDELL:  Right.
 3        COLONEL PHIL WALDRON:  Especially if they
 4   -- you know, looking down the road, if they make
 5   billions and billions of dollars, the board of SGO
 6   Smartmatic, because they own a -- an air
 7   purification company -- so just think about it, if
 8   -- if you get to pick an administration that is
 9   favorable to -- to your company, say they pass a
10   green new deal and you're going to make billions
11   and billions of dollars off of government-mandated
12   air purification systems in public buildings and
13   apartment buildings, and industrial complexes, you
14   know, you -- you would spend quite a bit of money
15   on the front side --
16        MIKE LINDELL:  Wow.
17        COLONEL PHIL WALDRON:  -- to -- to make
18   sure the election was done.
19        The same thing with China.
20        MIKE LINDELL:  Right.
21        COLONEL PHIL WALDRON:  If China could avoid
22   the U.S. coming to Taiwan's defense -- and we've
23   seen indications of that already, and if China
24   could avoid having to fight a -- a campaign to
25   protect their man-made islands to extend their
```

24

1    territorial waters into international navigatable

2    waterways, if they could invest a billion dollars

3    to do that versus fighting a war; well, they made

4    a pretty good investment.

5          MIKE LINDELL:  Right.

6          COLONEL PHIL WALDRON:  And all the money

7    that they've made into the Biden family, all of

8    the money that they made into -- investigated into

9    U.S. universities and U.S. businesses, buying up

10   our medical, our technical intellectual property,

11   steeling a lot more than they bought -- they are

12   -- they are fighting a war.  People just don't

13   realize that we're under attack.

14         MIKE LINDELL:  So now we have with us

15   Russell Ramsland.  He's a founding member of

16   Allied Security Operational (sic) Group.  They're

17   based in Dallas, Texas.  And they do cyber

18   forensics and security.

19         Russell, how are you -- how are you

20   involved with all this -- this election fraud with

21   these machines?

22         RUSSELL RAMSLAND:  Well, it was

23   interesting, Mike.  It's been a long road for us.

24   About two years ago we had some logs from the

25   Dallas general election brought to us from the

1  central tabulation server, and people ask, what do

2  these logs mean?

3       It was about 1100 pages.  And we got

4  looking at them and we were horrified at what we

5  found.  Because what we found was that people were

6  getting into the system, and they were changing

7  the votes.  They were erasing databases.  They

8  were reloading them.  And it was coming from

9  remote locations.

10       MIKE LINDELL:  (Inaudible) --

11       (Talking simultaneously.)

12       RUSSELL RAMSLAND:  And the (inaudible) this

13  can't be.

14       MIKE LINDELL:  Now, this was back -- this

15  is in 2018, when they -- so these guys came to

16  you, were these -- and these were -- these were

17  voting machines, were they Dominion machines?

18       RUSSELL RAMSLAND:  No.  No.  No.  We use

19  ES&S in Dallas, not Dominion.

20       MIKE LINDELL:  So are they -- are they --

21  are they similar -- similar machines?

22       RUSSELL RAMSLAND:  Yes.  Yeah, it's -- it's

23  very similar stuff.  Most of these voting

24  companies all have similar DNA --

25       MIKE LINDELL:  Okay.

1          RUSSELL RAMSLAND:  -- in their (inaudible.)

2          MIKE LINDELL:  Okay.  But what you've seen

3    was -- was very -- it horrified you?

4          RUSSELL RAMSLAND:  Yeah, it did.

5          MIKE LINDELL:  Okay.

6          RUSSELL RAMSLAND:  Because clearly somebody

7    was playing with the election.

8          MIKE LINDELL:  Wow.

9          RUSSELL RAMSLAND:  So we tried to get the

10   authorities alerted, we brought in a DOJ

11   prosecutor that ran the cyber group in North

12   Texas, and she was horrified at what we showed

13   her.

14         And she asked us to put it together, and

15   eventually submit it to the FBI; and we did that,

16   and they did nothing.

17         So we continued to investigate.  And the

18   more we found, the more horrifying it got.

19         Now, this all was still coming out of

20   Dallas.  We tried to get Senators to look at this,

21   and we tried to get state officials to look at

22   this, but we continued to work on it on our own.

23   We had no client at all.

24         And eventually we did get seven members of

25   the Freedom Caucus last July to take a two-hour

1  briefing, without staff.  And what they saw was

2  absolute proof that this electronic voting system

3  that we had is completely compromised.

4      MIKE LINDELL:  Wow.

5      RUSSELL RAMSLAND:  It can be completely

6  manipulated.  And they horrified.

7      MIKE LINDELL:  We've all heard that Texas

8  denied these machines.

9      RUSSELL RAMSLAND:  Well, Texas denied

10  Dominion, but Texas uses other voting machines.

11  We use Hart and we use ES&S in Texas --

12      MIKE LINDELL:  Right.

13      RUSSELL RAMSLAND:  -- claim -- claim

14  (inaudible) --

15      (Talking simultaneously.)

16      MIKE LINDELL:  So why -- so why would

17  Texas -- they denied these Dominion ones, and in

18  your opinion -- so -- so they must have looked at

19  them and said, there's something there we don't

20  like; but then they -- over here with Smartmatic

21  and these other ones, they were okay with that,

22  what -- what would be your opinion of why -- why

23  one -- they would deny one machine and -- that --

24  because they're afraid of election fraud, and --

25  and over here, they accepted that one?

```
 1          RUSSELL RAMSLAND:  I think that it
 2    sometimes has more to do with politics and
 3    influence who gets through and who doesn't --
 4          MIKE LINDELL:  Okay.  Okay.
 5          (Talking simultaneously.)
 6          RUSSELL RAMSLAND:  -- (inaudible) the
 7    machines.
 8          MIKE LINDELL:  Okay.
 9          RUSSELL RAMSLAND:  So we finally ended up
10    with some investigators, with Ron Johnson's
11    Department of Homeland Security Oversight Group,
12    and they were horrified of what we showed them.
13    And they tried to get CISA, which is the Cyber
14    Intelligence Security Administration inside the
15    DHS, they tried to get CISA to take a look.  CISA
16    would not take the briefing.  They couldn't be
17    less interested.
18          So we didn't quiet know what to do.  We
19    were beginning to find some media people who
20    wanted to start talking about this, and they
21    became appalled.  But the break really came in
22    early August, when we got some DHS people in
23    Austin, with the I&A Division, the Intelligence
24    and Analysis Division down there, to take a look
25    at what we had.  And that's the division that used
```

```
 1    to have voter integrity before it was handed to
 2    CISA.
 3         So they looked at it and they were
 4    horrified.  And they sent a whole team to our
 5    shop.  We spent 11 hours with them.  They asked us
 6    if we could give them their -- our data.  We said
 7    of course.
 8         And so we gave them all our data, they took
 9    it back to Austin.  And unknown to us, they gave
10    it to three private cyber groups that they used
11    and said:  Hey, are these guys crazy?  I mean, is
12    this nuts or is this -- is there something here?
13    Well, all three groups looked at it and all three
14    groups came back, not only is it -- is it right,
15    it's horrifying.
16         MIKE LINDELL:  Okay.  I want to ask you
17    that, when you say horrified, can you explain to
18    everybody watching this right now, what -- what
19    horrified you; was it the fact they could go
20    online --
21         RUSSELL RAMSLAND:  Well, there's no
22    effective security at all for your votes.  Your
23    votes are stored overseas, where they can be
24    easily --
25         MIKE LINDELL:  Wait a minute.  Wait a
```

```
1    minute.  They're stored overseas?
2         RUSSELL RAMSLAND:  Yes.  Yeah.  Yeah.
3         MIKE LINDELL:  Wow.
4         RUSSELL RAMSLAND:  20- -- 27 states use
5    what's called Clarity Scytl, (phonetic) election
6    night reporting, and those servers are overseas.
7    They have what are called S3 bucket
8    vulnerabilities and people can get in and change
9    the votes there.  And then they can load them all
10   the way back down to county level here in this
11   country, because Scytl gets all the credentials
12   from every single county server here; and so they
13   can get into every single county server and change
14   the votes here from overseas.  It's crazy.
15        MIKE LINDELL:  Wow.  So -- so -- so
16   everything that -- everybody's been talking about
17   out there, that they tried to suppress saying that
18   they -- we -- we heard the machines weren't even
19   online, and you're saying that 27 states used
20   this, and the servers are overseas; so these can
21   go over there, and they can change the vote to
22   anything they want, and send it back cyberly -- by
23   cyber --
24        RUSSELL RAMSLAND:  Correct.
25        MIKE LINDELL:  Wow.
```

1          RUSSELL RAMSLAND:  So they became -- the
2    DHS people in Austin realized what we were telling
3    them was correct, they became horrified.  And they
4    began to try to have a series of classified
5    briefings within their own group in order to push
6    this up -- up the chain.
7          And they got about one or two levels up,
8    and then they met a solid wall of resistance that
9    basically said, leave it alone, don't pursue it.
10         MIKE LINDELL:  Wow.  And what are you --
11   what do you think being now -- now we're -- we're
12   here telling the facts on the show here, but in
13   your mind, why would they do that?
14         What -- this is just subjectively, why
15   would -- why would you -- why would they do that,
16   in your mind?
17         RUSSELL RAMSLAND:  I don't know, Mike.
18         MIKE LINDELL:  You can't explain it.  I
19   mean, this is -- okay.
20         So -- so then -- so take us from there.  So
21   this is like what -- what -- approximately, when
22   was that when they cut -- when it got stopped?
23         RUSSELL RAMSLAND:  That was September.
24         MIKE LINDELL:  Wow.
25         RUSSELL RAMSLAND:  Yeah.

1        MIKE LINDELL:  Close to the election.

2    Okay.

3        RUSSELL RAMSLAND:  Close to the election.

4    So -- what actually happened in this election,

5    this stolen election, we already knew was going to

6    happen.  We already had seen it.  We knew it was

7    all possible.  We knew it was all out there.

8        Now, we didn't know how many foreign

9    servers; you know, before we weren't seeing very

10   many foreign servers come in and change votes.

11   But in this election, of course, we saw thousands

12   from all over the world.

13       MIKE LINDELL:  Had you seen -- you seen

14   thousands -- right, you had seen all these --

15   these hacks; have you actually seen that with your

16   own eyes?

17       RUSSELL RAMSLAND:  We have seen the data --

18       MIKE LINDELL:  You see --

19       RUSSELL RAMSLAND:  -- that is --

20       MIKE LINDELL:  All right.

21       (Talking simultaneously.)

22       TERRY TURCHIE:  -- (inaudible)

23   representative of that.

24       MIKE LINDELL:  So this -- the election goes

25   down, you knew it was going to happen; is it

1  exactly what you thought was going to happen?

2       RUSSELL RAMSLAND:  Yeah.  We -- we thought

3  it was going to happen on three levels.  We

4  thought there would be massive local cheating.  We

5  thought there would be cheating through the actual

6  voting companies themselves, whether it's them or

7  someone else manipulating them.

8       And we thought that there would be cheating

9  from votes being injected from overseas.  And

10  that's exactly what we saw happen.

11       MIKE LINDELL:  Wow.

12       RUSSELL RAMSLAND:  And we developed huge,

13  tons of -- of absolute proof on this, but no court

14  case was ever allowed -- ever allowed it to be

15  presented.

16       So that sort of gave fodder to this media

17  myth that it didn't exist.  But it does exist.

18  It's out there.  It's unbelievable.  It's massive.

19       MIKE LINDELL:  Wow.  Did everybody hear

20  that, what he -- what Russell is saying here, this

21  is what everyone says, well, there was no

22  evidence; so you're saying no judges would look at

23  the evidence, is that correct?

24       RUSSELL RAMSLAND:  That's correct.

25       MIKE LINDELL:  Okay.  And now we don't know

1    why, we don't know why -- I mean, they -- it

2    wasn't because there wasn't evidence.  They didn't

3    even want to look at it.  Is that correct?

4         RUSSELL RAMSLAND:  That is correct.

5         MIKE LINDELL:  Okay.  Now, we've heard

6    about -- we alter- -- in fact, on this show, the

7    -- Antrim County in Michigan, were you guys

8    ever -- were you guys -- weren't you guys

9    contacted to look into that?

10        RUSSELL RAMSLAND:  That was our work, yes.

11        MIKE LINDELL:  Oh, wow.

12        RUSSELL RAMSLAND:  Yes.  I --

13        MIKE LINDELL:  Okay.

14        RUSSELL RAMSLAND:  I -- I actually signed

15   the -- the forensic audit report.  And -- because

16   our guys did all that, our -- part of our team.

17   And that came about, because there was a

18   down-ballot race, and the Judge allowed some

19   limited discovery, what came out of that was

20   appalling enough that he allowed further

21   discovery; and then, of course, that report went

22   national, because what we found was so horrifying.

23        MIKE LINDELL:  Right.  For everybody out

24   there, what -- we've heard all this, Antrim County

25   in Michigan, and in the show here we -- you know,

1  you've -- you've seen it, we've had -- we've --

2  this is a -- this is -- the reason was talked

3  about so much, because this is a small county and

4  it was like 15,000-some people voted and it was

5  7,000-some votes flipped.

6       I mean -- so it was so obvious -- you know,

7  we had 65 percent Republican and 35 percent

8  Democrat, normally, and it was completely flipped;

9  so everybody in the town knew it was a deviation

10 that didn't make sense.

11      And so -- so Russell, this case is still

12 open, is that -- that's correct, right?

13      RUSSELL RAMSLAND:  That is -- that is

14 correct.

15      MIKE LINDELL:  Okay.  Can I --

16      (Talking simultaneously.)

17      RUSSELL RAMSLAND:  (Inaudible).

18      MIKE LINDELL:  Can I ask you this?  So what

19 you seen there is exactly what you knew was going

20 to happen, and now were you able to look at other

21 places, what was different about Antrim County,

22 now that -- what we all heard was you were able to

23 get into the -- you know, the forensics of it and

24 see all this, were you able -- have you been able

25 to do that in any other places in the United

```
1    States, since then or -- or, you know, since this
2    election ended on -- in November.
3         RUSSELL RAMSLAND:  Actually, on -- on a
4    limited basis we had been able to go into two
5    other counties, we have not published that
6    information yet.
7         And there are reasons why we aren't
8    publishing that information right now; but both of
9    them have not only confirmed, they have confirmed
10   that it's even worse than in Antrim.
11        MIKE LINDELL:  Okay.  Did everybody hear
12   that?
13        What we have here -- and -- and Russell
14   can't disclose this, because what -- every time
15   something pops up, it gets buried out there.
16   Things happen.
17        I don't -- you know, it -- this is -- this
18   is the most -- attack on our country, and I'm
19   telling you, ever.  I mean, this is -- and that's
20   why -- you know, it's getting suppressed every --
21   everywhere.
22        So what he's saying, two other places --
23   now, is this breaking news right now?  You're
24   saying right now you have two other places, and
25   what you're seeing is even worse than you could
```

1   ever imagine?

2        RUSSELL RAMSLAND:  Well, it's -- it's --

3   it's just like Antrim, only it's worse in many

4   ways.

5        You know, in Antrim, what people need to

6   understand -- real simple, Mike, when people vote

7   and they scan their ballot in, it either goes into

8   the regular sort of bucket and gets voted, or else

9   it goes into what's called an adjudication bucket.

10        If it goes into the adjudication bucket,

11   then whoever is running the voting system gets to

12   vote that vote however they want.

13        Well, in -- in Antrim we found ballot

14   rejection rates of 82 percent.  82 percent.

15        MIKE LINDELL:  Wow.  Wow.

16        RUSSELL RAMSLAND:  82 percent of the

17   ballots were going to adjudication --

18        (Talking simultaneously.)

19        MIKE LINDELL:  And what -- what is the --

20   what is the -- what's the normal number -- I mean,

21   is there a normal number for a- -- for an election

22   that would be -- what percentage or -- and on --

23   and what would be it on the high-end?

24        RUSSELL RAMSLAND:  Well, certainly less

25   than one percent would be -- should ever go to

38

1    adjudication.

2         MIKE LINDELL:  Wow.

3         (Talking simultaneously.)

4         RUSSELL RAMSLAND:  There's --

5         MIKE LINDELL:  Less than one percent,

6    everybody; and this was 85 percent.  That's

7    (inaudible) --

8         RUSSELL RAMSLAND:  Yes.  Well, one in

9    Fulton County, they -- the Fulton County people

10   themselves admitted to a 93.6 percent adjudication

11   rate in some cases.

12        That means the entire election was decided

13   by the people that ran the system, not by the

14   voters.

15        MIKE LINDELL:  And now -- what you're

16   talking about there, is it -- this is one of the

17   way these machines cannot -- you can -- that you

18   can cheat through the -- or cheat there, but this

19   does not count what you're talking about earlier,

20   the cyber forensics where the -- that goes

21   overseas to these servers that are all based over

22   there, correct?

23        RUSSELL RAMSLAND:  That does not -- that's

24   a different issue altogether.

25        MIKE LINDELL:  Right.  So both of them

1  involve the machines, everybody.  One we've talked

2  about in this show is here.  But the cyber one is

3  -- you just heard from Russell, which he said

4  earlier, this is all the attack by the other

5  countries that hacked in, which we're going to

6  show you that proof now, that Russell doesn't even

7  know, that we have that's going to show who did

8  it, the time they did it, the computer they did it

9  off of, everything.

10      If we would have never found out -- or this

11 would have never gotten what we're going to get to

12 now, what in the -- what would the future look

13 like in -- in elections?

14      RUSSELL RAMSLAND:  Well, I mean, we're

15 basically approaching Venezuela where it doesn't

16 matter who --

17      MIKE LINDELL:  It doesn't matter.  Right.

18 Somebody else picks our people for them, so why

19 vote, right?

20      I mean, that's the way -- that's the way it

21 would have been.  Machines that go online, like at

22 (inaudible) -- now, if I -- you said earlier, it's

23 not just Dominion, it's all the -- all the

24 machines that were used in this election, would -

25 is that what you would say?

```
 1        RUSSELL RAMSLAND:  Yes.  That's absolutely
 2   a fair statement.  And let me -- let me tell you a
 3   little bit about that.  You know, for these people
 4   that say it's not online, we have videos of
 5   workers with poll books who are swiping left on
 6   their poll book, and bringing up Netflix, and
 7   getting a movie and watching it on their poll
 8   book.
 9        How does that happen if it's not connected
10   to the Internet?
11        MIKE LINDELL:  Right.  Right.
12        RUSSELL RAMSLAND:  We have affidavits of --
13   of a -- an election judge who showed up at -- at
14   her precinct, found through her horror they had
15   loaded the wrong precinct in her equipment, called
16   her voting company, and her voting company put her
17   on hold and the self- -- the help desk from
18   another state called in, and in ten minutes
19   somehow reloaded her poll books from another state
20   with the correct precinct.
21        How did that happen if it's not connected
22   to the Internet?
23        MIKE LINDELL:  I know they were all online,
24   but they -- but is it illegal for them to be
25   online?
```

41

1          RUSSELL RAMSLAND:  Well, it depends.  Some

2     places, yes; some places, no.  I mean --

3          MIKE LINDELL:  Okay.

4          RUSSELL RAMSLAND:  -- the assurance is that

5     you can trust the voting system, because they're

6     not online; but they are most clearly online.

7          MIKE LINDELL:  I got you.  I got you.

8          RUSSELL RAMSLAND:  Now, here's one you

9     don't know, we ran this -- a different group here,

10    a little operation in Dallas during this last

11    election -- and let me describe the operations so

12    you'll understand the magnitude of what I'm

13    telling you.  What we did is, every day we just

14    took the information on the voter records of the

15    people who voted that day in Dallas.  Dallas posts

16    them online.

17         So you get a big, big long record of this

18    voter.  You don't see how he voted, but you see

19    everything else, name, where he lives, when he

20    asked for a ballot, where he voted, his residence

21    address -- on and on and on.

22         And all of those, as you know, are

23    comprised of zeros and ones.  That's how computers

24    work.

25         So all we did is, we would add up all the

42

1  zeros and ones in that voter record, and store it.
2  And then we would watch what would happen to that
3  voter record as we worked our way through early
4  voting.
5       Mike, we saw 57,000 votes get their voter
6  records changed during early election alone in
7  Dallas, Texas.
8            MIKE LINDELL:  Wow.
9            RUSSELL RAMSLAND:  We saw a ten-block long
10  street in Dallas, Texas, get every single vote
11  wiped out, and then subsequently replaced one at a
12  time with clearly something changed, because
13  the -- the hash -- in other words, it's -- it's
14  record of -- of the zeros and ones, had been
15  changed.  And so we know it was tampered with.
16            MIKE LINDELL:  Wow.
17            (Talking simultaneously.)
18            RUSSELL RAMSLAND:  It's unbelievable.
19            MIKE LINDELL:  Was it nationwide that this
20  happened?
21            RUSSELL RAMSLAND:  Yes.
22            MIKE LINDELL:  Okay.  And you've seen this
23  cyber -- the -- the cyber forensics that showed
24  that.  We will show that, too.
25            But I just want to ask you, why -- if

43

1   you -- if there's -- you know, why did they -- why

2   did they shut these machines down to win Texas,

3   too?

4        I mean, do you -- you know, what would be

5   your opinion on that, why they didn't set them

6   high enough to win Texas, too?

7        RUSSELL RAMSLAND:  Well, there had been a

8   certain amount of concern raised in -- in Texas,

9   as a result of our 2018 work.  You know, Pete

10  Sessions actually filed a complaint in Texas and

11  published a paper on it, because his race got

12  stolen.

13       And so they were very well aware that Texas

14  was going to come under some scrutiny, that other

15  places probably were not.

16       MIKE LINDELL:  Right.

17       RUSSELL RAMSLAND:  And there was also a

18  huge operation down in Houston, where a vote

19  scamming scheme for over 700,000 votes was

20  exposed, and -- so there was a lot going on in

21  Texas.  And I think it made them a little skittish

22  to operate as brazenly here as they

23  did (inaudible) --

24       MIKE LINDELL:  So they might --

25       (Talking simultaneously.)

44

1          MIKE LINDELL:  -- they might have backed

2    off a little, but you just said something there.

3    So you're telling me that they controlled all the

4    down-tickets, too, if they decided they -- they

5    wanted to flip a Senator or -- or a Congressman or

6    whatever; is that correct?

7          RUSSELL RAMSLAND:  No doubt.  Absolutely.

8          MIKE LINDELL:  So Russell, could you speak

9    specifically to the malware?

10         RUSSELL RAMSLAND:  Sure.  There's a company

11   out of Barcelona, Spain called Scytl, and it owns

12   a company called Clarity Election Night Reporting.

13   And Hart reports to them and Dominion reports to

14   them, and ES&S reports to them; all these

15   companies report the votes to them.  And then

16   Election Night Reporting, supposedly, just passes

17   the votes along to the media.

18         But using standard white hat tools, we can

19   look and see what is -- is on their server over in

20   Frankfurt, Germany.  And there is a -- an area on

21   their server, on a particular kind of equipment,

22   there is a piece of malware called QSnatch.

23   QSnatch actually watches all the information that

24   comes in and it grabs the login credentials of

25   every single county in the country that reports to

45

1   it, so that once it has all those credentials, it
2   can then look back into that county and it can
3   access the county database from overseas, or
4   whatever else it wants to, if you want to inject
5   changed votes, either through the adjudication
6   system or the just plain flat replace the
7   database.
8       So it's -- it's -- it's a massive, massive,
9   massive security vulnerability, and it is there.
10  It is working.  And they have all the login
11  ability they need to get into any county that
12  reports this them.
13      MIKE LINDELL:  Wow.  So -- so, basically,
14  what you said earlier, all the -- all the servers
15  are over there, the -- they can take all of our
16  countries in the country, look at them, and then
17  decide what they want to do with that information
18  and what they can do in the county, what they need
19  to flip; so in -- you know, we all heard this
20  is -- we all heard about this Italy thing and --
21  that it went to Italy and Germany when they had to
22  on the -- I guess this would be the middle of the
23  night on -- on November 4th; is this something --
24  would you know anything about that?
25      I mean, to -- I mean, so they -- what we've

46

```
1    all heard out there, is it went over there -- some
2    guy even admitted he did it, which we're going to
3    have his affidavits up here, but what do you --
4    what's your opinion on that?
5         RUSSELL RAMSLAND:  Well, our opinion on
6    that was that it should have been investigated,
7    because it is very consistent with what we do see
8    happening.
9         But it was not investigated.  Apparently,
10   the Department of Justice did not investigate.
11   You know, you got the usual, oh, it's been
12   debunked.  Well, who debunked it?  Uh -- when did
13   they debunk it?  How did they debunk it?  Uh --
14        MIKE LINDELL:  Yeah.
15        RUSSELL RAMSLAND:  There was no
16   investigation by anyone of that information, and
17   there should have been because it is entirely
18   consistent.
19        I don't know if it's true, but it's
20   entirely consistent with everything we have seen
21   in -- in terms of capabilities.
22        MIKE LINDELL:  Bill Barr comes out and
23   said, there's no evidence.  I mean, what would be
24   your opinion, why people would keep pushing this
25   down and not wanting to know?
```

47

```
 1        I don't care what side of political lines
 2   you're on, why would you not want to know if
 3   the -- the truth?
 4        RUSSELL RAMSLAND:  That has been a constant
 5   haunting question to everyone on our team.  I
 6   think it's a combination of things.  I think some
 7   people are truly completely totally corrupt.  I
 8   suspect that at the bottom of this you might find
 9   that our government has been changing votes in
10   other countries for years, and they don't really
11   want it resealed.  Certain parts of our
12   government.
13        I think that there are people that don't
14   want to look.  They're afraid to look.  I think
15   there are probably people who are compromised.
16        MIKE LINDELL:  Right.
17        RUSSELL RAMSLAND:  And (inaudible) to stay
18   out of it.
19        MIKE LINDELL:  Right.
20        RUSSELL RAMSLAND:  I think it's -- it's a
21   variety.  It's not one simple little
22   (inaudible) --
23        (Talking simultaneously.)
24        MIKE LINDELL:  Right.  And that's what I
25   wanted people to hear, because I hear it all the
```

1    time, people are going, you know what, this -- you

2    know, Bill Barr said this, and he -- there's no --

3    none of the Judges accepted it, and you hear all

4    this.  And we can't explain all that, because it's

5    -- probably multiple things, like Russell says

6    here, and that's my opinion, too; it can be

7    anywhere up to a dozen things.  Who knows.

8         But it doesn't matter.  All that doesn't

9    matter, because now the truth is told today and

10   it's all coming out.  And -- and everybody -- you

11   know, I really believe what's going to happen once

12   everybody sees now -- this, is finally you're

13   going to have people that aren't afraid to speak

14   out because it will be -- it's too late to close

15   the gate, the cows are out of the barn, everybody

16   is going to know about it, and they're going to

17   want to know more and more.  So --

18        RUSSELL RAMSLAND:  You know, Mike, the --

19   the real thing is, I think pretty soon the

20   question is going to start to turn around and

21   people are going to go, wait a minute, what is

22   everyone so afraid of?

23        MIKE LINDELL:  Right.

24        RUSSELL RAMSLAND:  Why are they going to

25   such incredible lengths to say there's nothing

1  here when there clearly is something here.

2      MIKE LINDELL:  Right.

3      RUSSELL RAMSLAND:  Yeah, this is almost

4  like -- you and I remember Enron.  This is almost

5  like Enron.  Would we all be saying, oh, no, we

6  don't want to investigate Enron; no one should

7  look into Enron.  No.  No.  Enron shouldn't have

8  tell you how they spend your money; you just

9  keeping them your 401k money.

10      MIKE LINDELL:  Right.

11      RUSSELL RAMSLAND:  No, that's not how it

12  works.

13      MIKE LINDELL:  Right.

14      RUSSELL RAMSLAND:  And that's not how our

15  voting system should work either.

16      MIKE LINDELL:  So now we have with us

17  Dr. Shiva.  He has four MIT degrees.  He's an

18  expert in system science and pattern analysis.

19  And I met him four weeks ago.  A (inaudible)

20  going, well, Mike, why didn't you bring this to us

21  before?  Well, I just met Dr. Shiva four weeks

22  ago, and he's going to tell you, he actually ran

23  for Senate, and he knows all about these machines

24  now.

25      And it -- and we're going to hear some of

1    the stuff that I found out and went, wow, this is

2    a -- absolutely validates this election fraud with

3    these machines.

4         So go ahead.

5         DR. SHIVA AYYADURAI:  Yeah.  Thanks, Mike.

6    I'm glad we connected.

7         MIKE LINDELL:  Yeah.

8         DR. SHIVA AYYADURAI:  You know, it's an

9    interesting opportunity for me, Mike, because it's

10   rare that a guy who is a scientist and engineer,

11   an MIT guy, even runs for office.

12        MIKE LINDELL:  Right.

13        DR. SHIVA AYYADURAI:  And then it's even

14   more rare that you come across something you never

15   think occurs in the United States -- you know, I

16   grew up in India --

17        (Talking simultaneously.)

18        MIKE LINDELL:  Yeah.

19        DR. SHIVA AYYADURAI:  -- in third-world

20   countries we talk about election fraud, when I was

21   running in Massachusetts in 2020, we had 3,000

22   volunteers on the ground; you know, 20,000 bumper

23   stickers, 10,000 lawn signs, billboard ads, radio,

24   TV, network.  We were everywhere.

25        The GOP establishment, who doesn't want to

```
 1    a bottom (inaudible) -- up guy like me, who hated
 2    Trump, ran a no-name out there --
 3         MIKE LINDELL:  Uh-huh.
 4         DR. SHIVA AYYADURAI:  -- who no real lawn
 5    signs, no bumper stickers --
 6         MIKE LINDELL:  Uh-huh.  Right.
 7         DR. SHIVA AYYADURAI:  -- no organization,
 8    nothing.
 9         MIKE LINDELL:  Right.
10         DR. SHIVA AYYADURAI:  And we knew on
11    election night, which was a Republican primary,
12    September 1st, 2020, the word landslide is what we
13    heard everywhere.  We knew that --
14         MIKE LINDELL:  That you were going to win
15    by a landslide?
16         DR. SHIVA AYYADURAI:  Oh, yeah.  Yeah.  I
17    mean, it was obvious.  I mean, we worked -- and --
18    and --
19         MIKE LINDELL:  I think you said unless
20    there was election fraud --
21         DR. SHIVA AYYADURAI:  Yeah.
22         MIKE LINDELL:  -- but you probably
23    thought --
24         (Talking simultaneously.)
25         TERRY TURCHIE:  But I -- I -- I --
```

52

```
 1        MIKE LINDELL:  -- just -- maybe (inaudible)
 2  concern?
 3        (Talking simultaneously.)
 4        TERRY TURCHIE:  Yeah.  I mean, one of my
 5  close friends said, Shiva, we're going to win this
 6  unless there's --
 7        MIKE LINDELL:  Right.
 8        DR. SHIVA AYYADURAI:  -- election fraud.
 9  And I just thought this is just --
10        MIKE LINDELL:  Yeah.
11        DR. SHIVA AYYADURAI:  -- some fringe stuff.
12  Right?
13        (Talking simultaneously.)
14        MIKE LINDELL:  But you weren't --
15        DR. SHIVA AYYADURAI:  So I (inaudible) --
16        MIKE LINDELL:  -- thinking about machines?
17        DR. SHIVA AYYADURAI:  I wasn't thinking --
18        MIKE LINDELL:  Okay.  All right.
19        DR. SHIVA AYYADURAI:  -- about machines,
20  because I didn't know that.  You know --
21        MIKE LINDELL:  Right.
22        DR. SHIVA AYYADURAI:  -- from creating
23  e-mails and all these systems, I know the power of
24  the machines --
25        MIKE LINDELL:  Oh, by the way -- yeah, he
```

53

```
 1  created e-mails, right?
 2       DR. SHIVA AYYADURAI:  I did.  I created
 3  e-mails --
 4       MIKE LINDELL:  (Inaudible) --
 5       (Talking simultaneously.)
 6       MIKE LINDELL:  (Inaudible) of e-mails --
 7       DR. SHIVA AYYADURAI:  I just want to tell
 8  you, the guy's a genius.  So what you're going to
 9  hear here -- this is what I did my due diligence
10  on, I -- you know, this is just one guy, I'm
11  going, okay, you know, is this real or is this
12  not, and it -- believe me, it's real.
13       DR. SHIVA AYYADURAI:  Yeah.  I mean -- so I
14  have a lot of history, not only in pattern
15  analysis system science --
16       MIKE LINDELL:  Right.
17       DR. SHIVA AYYADURAI:  -- but I build
18  large-scaled computer systems, the stuff I've used
19  has been used by the Senate, it has been used by
20  the largest fortune --
21       MIKE LINDELL:  Right.
22       DR. SHIVA AYYADURAI:  -- 1,000 companies in
23  the world; so I know how you move from paper-based
24  systems and electronic systems, and I know the
25  power of electronic systems.  When you put some
```

54

1   process that's in electronic form --

2          MIKE LINDELL:  Right.

3          DR. SHIVA AYYADURAI:  -- a single

4   individual has immense amounts of power.  So

5   that's a background.

6          But on September 1st, 2020, what we saw

7   was, we knew we won on a landslide --

8          MIKE LINDELL:  Right.

9          DR. SHIVA AYYADURAI:  -- and there we are

10  with our big party set up and we see the results

11  coming in.  Now, in Massachusetts we saw in

12  Franklin County, which is 80 to 90-percent

13  hand-counted paper ballots --

14         MIKE LINDELL:  Uh-huh.

15         DR. SHIVA AYYADURAI:  -- no machines --

16         MIKE LINDELL:  Right.

17         DR. SHIVA AYYADURAI:  -- I win by ten

18  percent.  And in every other county, Mike, 60-40,

19  60-40, 60-40, 60-40 --

20         MIKE LINDELL:  That you lost by?

21         DR. SHIVA AYYADURAI:  I lost by.

22         MIKE LINDELL:  The exact percentage?

23         DR. SHIVA AYYADURAI:  The exact percentage,

24  by a guy who was in -- in a black county this guy

25  wins, in a white county he wins, in a Hispanic

```
 1   county, the guy was nowhere.

 2        MIKE LINDELL:  By the same percent --

 3        DR. SHIVA AYYADURAI:  By the same

 4   percentages.

 5        MIKE LINDELL:  That's not only a deviation,

 6   but it's an anomaly.

 7        (Talking simultaneously.)

 8        DR. SHIVA AYYADURAI:  It's -- it's an

 9   anomaly.

10        MIKE LINDELL:  Do you think it's

11   impossible?  Or you're like me (inaudible) --

12        (Talking simultaneously.)

13        DR. SHIVA AYYADURAI:  Well, it's highly --

14   to be from a scientific standpoint --

15        MIKE LINDELL:  Right.

16        DR. SHIVA AYYADURAI:  -- you would say it's

17   highly unlikely.

18        MIKE LINDELL:  Right.  Right.

19        DR. SHIVA AYYADURAI:  And that began my

20   journey to start really saying, wow, election

21   fraud could take place in America.

22        MIKE LINDELL:  Uh-huh.

23        DR. SHIVA AYYADURAI:  So I started reading

24   up everything I could.  By September 9th, eight

25   days later --
```

```
1        MIKE LINDELL:  Right.

2        DR. SHIVA AYYADURAI:  -- I found out

3  something interesting, I found out that these

4  electronic voting machines -- remember there's two

5  ways you can vote, one is you vote -- you give a

6  paper ballot, and the paper ballot is counted by

7  human beings.

8        MIKE LINDELL:  Right.

9        DR. SHIVA AYYADURAI:  Two people -- that's

10 what occurred in Franklin County.  But in those

11 other countries, they take that paper ballot, when

12 you vote electronically --

13       MIKE LINDELL:  Into a machine --

14       DR. SHIVA AYYADURAI:  It goes into a

15 machine, and what happens in that machine?  The

16 paper ballot is converted to an image called a

17 ballot image.

18       MIKE LINDELL:  Right.  Right.

19       DR. SHIVA AYYADURAI:  No different than you

20 taking a phone --

21       MIKE LINDELL:  Right.

22       DR. SHIVA AYYADURAI:  -- a picture with

23 your iPhone.

24       MIKE LINDELL:  Right.

25       DR. SHIVA AYYADURAI:  Now, so what is
```

57

1    actually counted?  The paper ballot gets put

2    aside, the machine -- the electronic quote/unquote

3    AI on the machine actually tries to figure out

4    where the circles are, and the --

5         MIKE LINDELL:  Right.

6         DR. SHIVA AYYADURAI:  -- machine is

7    counting the ballot image.

8         MIKE LINDELL:  Right.

9         DR. SHIVA AYYADURAI:  So at that stand- --

10   at that point I realize, oh, my God, the ballot

11   image is the ballot.

12        MIKE LINDELL:  Right.

13        DR. SHIVA AYYADURAI:  The images are the

14   ballot.  So I --

15        MIKE LINDELL:  So you -- hold it -- but you

16   were going to get to the bottom of this no matter

17   what --

18        (Talking simultaneously.)

19        DR. SHIVA AYYADURAI:  No, I am.  Because

20   I --

21        (Talking simultaneously.)

22        MIKE LINDELL:  -- (inaudible) because

23   you're like me --

24        DR. SHIVA AYYADURAI:  (Inaudible) --

25        (Talking simultaneously.)

```
 1        MIKE LINDELL:  -- I want to state
 2  something -- one thing about Dr. Shiva, when I met
 3  him, I'm going, wow, he's just like me.  I look at
 4  deviations every day -- if I see a TV station that
 5  normally does 10,000 -- because I track them all
 6  individually, that does 10,000 and all the sudden
 7  one day it did only 2,000, I'll tell you what,
 8  what I do, is spend the rest of the day or a week,
 9  or a month, I'm going to find out how that
10  happened; because the only way things change is
11  what, a different input.
12        DR. SHIVA AYYADURAI:  Exactly.
13        MIKE LINDELL:  A different input.  So
14  you've got this anomaly, you've got a -- you've
15  got this deviation, and not just because you were
16  running, -- you know, it's not like you were just
17  bias going, you know, I won, I know I won.
18  You're -- now you're digging in to find out how
19  these -- how this weird mathematical thing --
20        (Talking simultaneously.)
21        DR. SHIVA AYYADURAI:  Exactly.  I mean, the
22  scientist engineer kicked in.
23        MIKE LINDELL:  Right.
24        DR. SHIVA AYYADURAI:  Right.
25        (Talking simultaneously.)
```

```
 1          MIKE LINDELL:  Yeah.  Yeah.
 2          DR. SHIVA AYYADURAI:  (Inaudible) you're a
 3   scientist and engineer in -- in a very (inaudible)
 4   a marketing standpoint --
 5          MIKE LINDELL:  Right.
 6          DR. SHIVA AYYADURAI:  -- but -- and I think
 7   we both sort of pursue the same (inaudible) --
 8          (Talking simultaneously.)
 9          MIKE LINDELL:  Right.  Right.
10          DR. SHIVA AYYADURAI:  -- but here what we
11   found out was, that the first thing that gave me a
12   big insight is, that A, ballot images are being
13   created.
14          MIKE LINDELL:  Right.
15          DR. SHIVA AYYADURAI:  And then I also found
16   out by federal law -- in 1974 they passed a law
17   for federal elections, those ballot images must be
18   saved.  So that one piece of the puzzle.  Okay?
19          MIKE LINDELL:  Right.
20          DR. SHIVA AYYADURAI:  The other piece of
21   the puzzle was, I found out that the voting
22   machines, as early as 2002, have a feature in
23   there called a weighted race feature, where it's
24   embedded into the system, where you can multiply
25   candidates' votes by a percentage.
```

1       All right.  So what that means is, you get

2  1,000 votes, I get 1,000 votes --

3       MIKE LINDELL:  Right.

4       DR. SHIVA AYYADURAI:  -- I can multiply

5  your votes by two, my votes by 0.5, and if

6  everyone --

7       MIKE LINDELL:  Right.

8       DR. SHIVA AYYADURAI:  -- anyone doesn't

9  believe this, go look up the Debo (phonetic)

10  voting manual, go to Page 2-126, in the manual, in

11  the 2002 version --

12       MIKE LINDELL:  Right.

13       DR. SHIVA AYYADURAI:  -- and you'll see it

14  in there.

15       MIKE LINDELL:  So were you able to prove

16  that yours -- that your election was stole (sic)

17  by the machines, did you -- mathematically, do you

18  prove -- did you prove 100 percent that this could

19  only be recreated by a machine to do that 60/40,

20  that same -- you know --

21       DR. SHIVA AYYADURAI:  Yeah.  So what we

22  proved, Mike, was -- first of all, we showed that

23  the State had deleted the ballot images.

24       MIKE LINDELL:  Right.

25       DR. SHIVA AYYADURAI:  Which means that if

```
 1   they had the ballot image, I can find the
 2   algorithms.  So it came upon me to use all that
 3   40-50 -- 40 years of experience that I learned
 4   from 14 all the way to MIT, I had to bring all
 5   that rocket science --
 6        MIKE LINDELL:  Right.
 7        DR. SHIVA AYYADURAI:  -- to actually look
 8   at the data.  And what I found out in the data was
 9   a very interesting anomaly.
10        MIKE LINDELL:  Uh-huh.
11        DR. SHIVA AYYADURAI:  Which in -- as you
12   said, a deviation in one --
13        MIKE LINDELL:  Right.
14        DR. SHIVA AYYADURAI:  -- of the counties
15   called Suffolk County, which is typically highly
16   Democrat.
17        MIKE LINDELL:  Right.
18        DR. SHIVA AYYADURAI:  So we were able to
19   see these interesting numbers up-down, up-down,
20   up-down.
21        MIKE LINDELL:  Right.
22        DR. SHIVA AYYADURAI:  Essentially --
23   imagine going to a casino, every time you roll
24   twice the number of odd, as you get even.
25        MIKE LINDELL:  Right.  Right.
```

```
 1        DR. SHIVA AYYADURAI:  It's not likely.
 2   (Inaudible) should be --
 3        (Talking simultaneously.)
 4        MIKE LINDELL:  (Inaudible) --
 5        DR. SHIVA AYYADURAI:  -- 50/50.
 6        MIKE LINDELL:  Right.
 7        DR. SHIVA AYYADURAI:  And, in fact, when we
 8   did the numbers, that pattern could only occur one
 9   in 100,000.
10        MIKE LINDELL:  Uh-huh.
11        DR. SHIVA AYYADURAI:  We applied -- we --
12   you know, sued the State on this.  And the Judge
13   did not dismiss our case.
14        MIKE LINDELL:  It's still open?
15        DR. SHIVA AYYADURAI:  It's still -- not
16   only is it open, but we survived dismissal.  And
17   the other thing was, we also showed that when I
18   put this out on Twitter and said, look, the
19   Secretary of State deleted ballot images; Twitter
20   didn't do anything to me, but the Secretary of
21   State contacted Twitter to shut me down, along
22   with the National Association of State Election
23   Directors that came out.
24        MIKE LINDELL:  Wow.  Well, let me stop you
25   right there, because I want to say something.
```

1    DR. SHIVA AYYADURAI:  Yeah.

2    MIKE LINDELL:  Did you hear the Twitter

3  thing, all of you in this country and the world

4  know my Twitter was taken down.  You know why it

5  was taken down the first time 20-some days ago, is

6  because I put up the new evidence, which Dr. Shiva

7  here -- I am going to tell him in a second -- this

8  new evidence that came out shows the timestamp

9  in -- in space of where -- you know, where the --

10  who did it, what country did it, like China.

11    DR. SHIVA AYYADURAI:  Well, remember, we

12  have two cases.  First, we show -- we basically

13  went into court saying the Secretary of State

14  contacted Twitter -- that means Twitter takes

15  orders from the government.  This is what we

16  showed.  Twitter takes orders --

17    MIKE LINDELL:  And you --

18    (Talking simultaneously.)

19    DR. SHIVA AYYADURAI:  -- from the

20  government.

21    MIKE LINDELL:  -- and that's proven, that's

22  100 percent.

23    DR. SHIVA AYYADURAI:  Yes.  It came out at

24  three --

25    (Talking simultaneously.)

1      MIKE LINDELL:  100 percent the Secretary of

2  State --

3      DR. SHIVA AYYADURAI:  -- (inaudible) three

4  hours of testimony --

5      MIKE LINDELL:  -- (inaudible) Jack

6  Dorsey --

7      DR. SHIVA AYYADURAI:  Took orders from the

8  Secretary of State of Massachusetts.  This is what

9  happens in countries like China.  The government

10  tells the corporations what to do.  And in the

11  United States, what came out in our three-hours of

12  testimony, where I represented myself --

13      MIKE LINDELL:  Right.

14      DR. SHIVA AYYADURAI:  -- no one wanted to

15  take the swamp on in Massachusetts --

16      MIKE LINDELL:  Right.

17      DR. SHIVA AYYADURAI:  -- so it came out

18  was, we have the Secretary of State's -- the

19  election director and the communications officer

20  saying they contacted Twitter to shut me down.

21      MIKE LINDELL:  Is that still open?

22      DR. SHIVA AYYADURAI:  And Twitter obeyed.

23      MIKE LINDELL:  Is that still open?

24      DR. SHIVA AYYADURAI:  Not only is it open,

25  the Judge gave me the restraining order and the

1    case is open.

2        And my other case to decertify, they tried

3    to apply 100-200 page motion to dismiss, and the

4    Judge denied their motion.

5        MIKE LINDELL:  Wow.

6        DR. SHIVA AYYADURAI:  And that means --

7    look, MIT -- MIT is in Massachusetts, right?

8        MIKE LINDELL:  Uh-huh.

9        DR. SHIVA AYYADURAI:  There's a lot of

10   computer people there.

11       MIKE LINDELL:  Right.

12       DR. SHIVA AYYADURAI:  No one has rebutted

13   my mathematical explanation showing that they

14   multiplied my -- my votes by 0.666.  So --

15       MIKE LINDELL:  666 they multiplied it by?

16       DR. SHIVA AYYADURAI:  Exactly.  And the

17   other guy is by 1.2.

18       MIKE LINDELL:  Everybody hear that?

19       DR. SHIVA AYYADURAI:  Well, I think -- I

20   think one of the things the public needs to

21   understand is, federal laws, the Department of

22   Justice is supposed to enforce them.

23       MIKE LINDELL:  Right.

24       DR. SHIVA AYYADURAI:  You know, when we

25   found out the ballot images were deleted, we

66

```
 1   informed the -- what's his name -- Barr --

 2        MIKE LINDELL:  Right.

 3        DR. SHIVA AYYADURAI:  -- and the local U.S.

 4   attorney, and they've done nothing.

 5        MIKE LINDELL:  No.

 6        DR. SHIVA AYYADURAI:  So, basically, this

 7   is what happened in third-world countries.  Right?

 8        (Talking simultaneously.)

 9        MIKE LINDELL:  (Inaudible)?

10        DR. SHIVA AYYADURAI:  They have laws, but

11   nothing is followed.

12        MIKE LINDELL:  Right.

13        DR. SHIVA AYYADURAI:  And if that's where

14   we've gotten into, it's a serious problem for this

15   country --

16        MIKE LINDELL:  Right.

17        DR. SHIVA AYYADURAI:  -- because the laws

18   don't mean anything (inaudible) --

19        (Talking simultaneously.)

20        MIKE LINDELL:  Well, it's a series of

21   (inaudible) you mentioned Barr -- I mean, he comes

22   out and says there was no election fraud.  You

23   know, here we have right here -- you told him of

24   some, right?

25        DR. SHIVA AYYADURAI:  I told him of some.
```

```
 1   I (inaudible) --

 2        MIKE LINDELL:  And was this before the

 3   election even?

 4        (Talking simultaneously.)

 5        DR. SHIVA AYYADURAI:  Before -- well, this

 6   is in October.  I --

 7        MIKE LINDELL:  October?

 8        DR. SHIVA AYYADURAI:  -- walked -- so

 9   this -- it -- yeah.

10        MIKE LINDELL:  Bill Barr, if you're

11   watching -- I mean, what -- why would you say

12   something like that when -- yes, this is -- this

13   wasn't just election fraud, this was a historical

14   election fraud.

15        This was coming from a lecture (phonetic)

16   -- from machines, from these machines, a biblical

17   proportions -- of historical proportions, and now

18   this is -- it's all going to get exposed.

19        And I want all these -- I want the

20   Senators, the Congressmen, the government, the

21   governors, the legislatures -- everybody needs to

22   watch this show.  And when you do, you know, a lot

23   of you can go, wow, I never knew, I never knew.

24   And that will be a lot of excuses for a lot of

25   them, because of our mainstream media, and all the
```

1    people -- I can't even believe the money spent to

2    suppress this.  You know, to -- to suppress it.

3         (Inaudible) when you pop -- anything that

4    popped up, boy, they were right on it.  Let's

5    destroy him.

6         MIKE LINDELL:  Right.

7         DR. SHIVA AYYADURAI:  Let's destroy him.

8         Like who was the last thing to pop up?  Me.

9    When I say this, I popped up.  And how do you

10   destroy my platform, because everybody knows I'm

11   out there, they've done everything they could

12   from -- from bots and trolls to go after my

13   integrity, to -- to Twitter.  I mean, it's just

14   been a massive attack.  But then you know you're

15   right over target, right?

16        DR. SHIVA AYYADURAI:  It wasn't Twitter

17   acted alone.  We found the government --

18        MIKE LINDELL:  Right.

19        DR. SHIVA AYYADURAI:  -- contacting

20   Twitter.  Now, this is a fundamental violation of

21   the first amendment.  Political speech, government

22   speech, cannot supercede political speech.

23        MIKE LINDELL:  No.

24        DR. SHIVA AYYADURAI:  So I -- I bet you

25   you'll find out that some government official may

1    have likely been involved in contacting Twitter.

2          MIKE LINDELL:  Oh, they -- oh, yeah.

3          DR. SHIVA AYYADURAI:  And that's why

4    (inaudible) --

5          (Talking simultaneously.)

6          MIKE LINDELL:  I know Jack

7    Dorsey (inaudible) -- well, Jack, if you're out

8    there -- I mean, you did this to my movie a couple

9    years ago with Unplanned, where they shut

10   Twitter -- shut -- Twitter shut that down for two

11   hours when -- when it launched.

12         DR. SHIVA AYYADURAI:  (Inaudible) --

13         MIKE LINDELL:  I mean, you look at -- now,

14   we're getting a whole segment there where you're

15   talking about how -- we all know the social media,

16   what they've done, you know, from Mark -- Mark

17   Zuckerberg and -- and Jack Dorsey, these

18   platforms, the power they have along with the

19   mainstream media -- you know, what do they do when

20   they took -- you talk about third-world country --

21   in Nazi Germany they took over -- you know, all

22   your -- in any country like that, they'll take

23   over your communication.

24         You know, how are we going to

25   communicate -- you're hearing one side, (makes

```
 1    sound) -- you know, and -- and this is where we're

 2    at.

 3          But we're going to get this out there, this

 4    show is going to be a -- this is what everybody

 5    has been waiting for.

 6          And, you know, I encourage a newscast out

 7    there -- if you're -- all these journalists and

 8    all -- and all you guys that have been calling me,

 9    all -- for three weeks now, you never called me

10    before, you're -- from your CNNs, to your New York

11    Times, your Washington Post, all you guys have

12    been calling non-stop every day, because you think

13    you got some kind of -- making up some dirt or

14    something, or because Dominion -- you're saying

15    things about Dominion -- I encourage all of you --

16    why don't you be a real journalist and take this

17    story and run with it.  Be the first one to go,

18    wow, this is real; you bet -- maybe it will

19    (inaudible) became the biggest outlet in the

20    country by doing that (inaudible) --

21          (Talking simultaneously.)

22          DR. SHIVA AYYADURAI:  Because the real

23    crime scene in American is these computer

24    algorithms.

25          MIKE LINDELL:  And I'm going to tell you --
```

1  that is the crime scene.  And I'm going to tell

2  you, this is their game, too, that these machines

3  guys play -- (inaudible) like Dominion, they went

4  out there -- and a lot of these places, I couldn't

5  even go out in the media and talk about these

6  machines, because they were threatened.

7       I go out on a -- I go on a news talk show

8  and they go, we can't talk about that.  I was just

9  one last night, you can't talk about that.  Why

10  not?  Okay.

11      Now, we have Patrick Colbeck.  And he was a

12  former-State Senator in Michigan.

13      And Patrick, how are you

14  involved (inaudible) -- what brought you here

15  today?

16      PATRICK COLBECK:  Yeah.  Well, I came

17  from -- as a result of my decision to be a poll

18  challenger out of Detroit AV counting board, and

19  (inaudible) marathon 25-hour shift from -- to

20  starting on election night, around five o'clock,

21  all the way through the next day.

22      MIKE LINDELL:  Wow.

23      PATRICK COLBECK:  So we witnessed all the

24  fun --

25      MIKE LINDELL:  This was in Michigan?

```
1           PATRICK COLBECK:  Yeah.

2           MIKE LINDELL:  Where at Michigan, what

3     county?

4           PATRICK COLBECK:  At the Detroit AV

5     counting board in Wayne County.  A little

6     background on me -- I mean, I was a form- -- when

7     I was a state senator, I was actually the

8     Vice-Chair of the Elections Government -- or

9     Elections and Government Reform Committee in the

10    Michigan --

11          MIKE LINDELL:  Right.

12          PATRICK COLBECK:  -- State Senate.  And in

13    addition to that background, my background as a

14    Microsoft small business specialist.  And I -- I

15    did cabling design in the space station.  So in

16    other words, I'm familiar we election processes

17    and I'm familiar with network configurations.

18          So my focus when I came at the Detroit AV

19    counting board was, I wanted to understand

20    specifically the hand off of vote tally

21    information throughout the system.

22          We did see evidence that it was connected

23    to the internet --

24          MIKE LINDELL:  What was that evidence?

25          PATRICK COLBECK:  Well, that -- that
```

1    control center -- they've already been -- they've

2    already admitted to the fact that that control

3    center had computers that were connected to the

4    Internet.

5         And we saw the actual cable routed from the

6    wall of the -- of the TCF center to the control

7    center, and we have election officials that

8    admitted that there were computers that --

9         MIKE LINDELL:  That were online --

10        PATRICK COLBECK:  -- in the control center

11   that were connected to the Internet.

12        MIKE LINDELL:  Wow.

13        PATRICK COLBECK:  And anybody with -- worth

14   their salt in IT land understand that if one

15   computer connected to the Internet, they're all --

16        MIKE LINDELL:  They're all --

17        (Talking simultaneously.)

18        DR. SHIVA AYYADURAI:  -- connected to the

19   Internet.  You may say it's air gapped, you may --

20        MIKE LINDELL:  Right.

21        PATRICK COLBECK:  -- say you have a

22   firewall -- (inaudible) --

23        (Talking simultaneously.)

24        DR. SHIVA AYYADURAI:  -- there's people

25   that eat firewalls for breakfast.

74

```
 1        MIKE LINDELL:  So that -- so what you're
 2   saying, you knowing that, so if it's connected to
 3   the Internet, somebody out there could have hacked
 4   in --
 5        PATRICK COLBECK:  Yeah.
 6        MIKE LINDELL:  -- and did the flip in the
 7   votes?
 8        PATRICK COLBECK:  Yep.  When you get into a
 9   case where you've got the same devices that are
10   supposed to be capturing that vote tally,
11   connected to the Internet -- or frankly, even
12   connected to a large local area network --
13        MIKE LINDELL:  Right.  Right.
14        PATRICK COLBECK:  -- and you can't witness
15   that hand off of vote tallies, you don't have that
16   seal.
17        So you may be thinking you're passing that
18   information from point A to point B, but there's
19   nothing to --
20        MIKE LINDELL:  It's intercepted --
21        PATRICK COLBECK:  -- prevent it being --
22   from going to point C --
23        MIKE LINDELL:  Right.
24        PATRICK COLBECK:  -- in the interim.  It's
25   called --
```

```
 1          (Talking simultaneously.)
 2          MIKE LINDELL:  So that --
 3          PATRICK COLBECK:  -- the man-in-the-middle
 4   attack.
 5          MIKE LINDELL:  Right.  So that -- so if
 6   you're on -- if you're online -- I mean, anybody
 7   could get in there --
 8          PATRICK COLBECK:  Yeah.
 9          MIKE LINDELL:  -- and then do that --
10   because they're intercepting that -- it's an
11   interception.  That's why you don't have --
12          PATRICK COLBECK:  Right.
13          MIKE LINDELL:  -- machines aren't supposed
14   to be online in an election, right?
15          PATRICK COLBECK:  Yes.  It's called --
16          MIKE LINDELL:  They're not --
17          PATRICK COLBECK:  -- man-in-the-middle --
18          (Talking simultaneously.)
19          MIKE LINDELL:  Right.
20          PATRICK COLBECK:  -- and you wouldn't
21   accept that if it was a traditional precinct --
22          MIKE LINDELL:  Right.
23          PATRICK COLBECK:  -- and you got that --
24   you got that -- that precinct results and it
25   wasn't sealed, you would be raising your hand
```

1  saying something is rotten here.

2       MIKE LINDELL:  Absolutely.  I want to ask

3  this though, because if you were there, did it

4  slow down in the middle of the night when you were

5  there?

6       PATRICK COLBECK:  Absolutely.

7       MIKE LINDELL:  Like (inaudible) -- so it

8  slowed down --

9          (Talking simultaneously.)

10       DR. SHIVA AYYADURAI:  It was almost dead as

11  a night -- yeah, that's when some ballots came in

12  the back door.

13       MIKE LINDELL:  Well, now we're here with

14  Melissa Carone.

15          And you were actually hired by Dominion for

16  November 3rd and 4th, just for two days --

17       MELISSA CARONE:  Yes.

18       MIKE LINDELL:  -- right?

19       MELISSA CARONE:  Yeah.

20       MIKE LINDELL:  And -- and they found you

21  online, right?  You had a resume online, you have

22  an IT background?

23       MELISSA CARONE:  Yep.  Yep.

24       MIKE LINDELL:  Okay.  So why don't you tell

25  us -- you know, tell us what happened?

```
1          MELISSA CARONE:  So I was there to assist
2     with IT work --
3          MIKE LINDELL:  Okay.
4          MELISSA CARONE:  -- for Dominion.
5          MIKE LINDELL:  Okay.
6          MELISSA CARONE:  So what I was doing was
7     just walking up and down the rows of the
8     (inaudible) --
9          (Talking simultaneously.)
10         MIKE LINDELL:  By the machines?
11         MELISSA CARONE:  -- the machines.  Yeah.
12    Yeah.
13         MIKE LINDELL:  Okay.  So there's -- it's a
14    tabulating machine?
15         MELISSA CARONE:  Yes.  So I could get very
16    close to these machines.  And --
17         MIKE LINDELL:  Okay.  So then -- so what
18    about the -- was that the only kind of machine?
19         MELISSA CARONE:  No, there was -- so on the
20    stage there was adjudication machines in the front
21    and the back --
22         MIKE LINDELL:  Okay.
23         MELISSA CARONE:  -- and then on the sides
24    there was the adjudicate- -- or the --
25         MIKE LINDELL:  Okay.
```

78

```
 1        MELISSA CARONE:  -- I'm sorry -- the
 2   tabulating machines.
 3        MIKE LINDELL:  Right.  Both Dominion
 4   machines, correct?
 5        MELISSA CARONE:  Both Dominion machines.
 6        MIKE LINDELL:  Okay.  All right.  So you
 7   got to see what -- thousands of votes?
 8        MELISSA CARONE:  Thousands.
 9        MIKE LINDELL:  Thousands upon thousands of
10   votes.
11        Okay.  What was on every vote?
12        MELISSA CARONE:  Every vote that I saw was
13   for Joe Biden.
14        MIKE LINDELL:  For Joe Biden.  When I heard
15   this, and I want to say, the -- you seen -- you
16   worked how many hours?
17        MELISSA CARONE:  22 straight hours.
18        MIKE LINDELL:  And then you came back for
19   four hours?
20        MELISSA CARONE:  Correct.
21        MIKE LINDELL:  Out of all that time, did
22   you ever see one Trump vote?
23        MELISSA CARONE:  I never saw a single Trump
24   vote.
25        MIKE LINDELL:  All right.
```

```
 1        MELISSA CARONE:  So when the ballots got to

 2   the tabulating machines, they would just put

 3   them through -- put them -- it's kind of like a

 4   printer, you would look at it kind of like a

 5   printer, where the paper would come out normally.

 6        MIKE LINDELL:  Right.

 7        MELISSA CARONE:  That's --

 8        MIKE LINDELL:  Yeah.  Yeah.

 9        MELISSA CARONE:  -- where they put in.  And

10   it would end up as they were tabulated on the top

11   of the machine.  Okay.

12        MIKE LINDELL:  Right.  Right.

13        MELISSA CARONE:  Okay.  So these would jam

14   constantly.  Constantly jam.

15        MIKE LINDELL:  Right.

16        MELISSA CARONE:  And --

17        MIKE LINDELL:  Right.

18        MELISSA CARONE:  -- and -- because these

19   are mail-in ballots, the creases --

20        MIKE LINDELL:  Right.

21        MELISSA CARONE:  -- anything on it --

22        MIKE LINDELL:  Right.

23        MELISSA CARONE:  -- would -- would jam

24   this.

25        MIKE LINDELL:  And when they jammed, what
```

1    happened?

2         MELISSA CARONE:  When they jammed --

3         MIKE LINDELL:  This is very interesting.

4         MELISSA CARONE:  -- they would take the

5    ballot on the computer -- there was a computer in

6    front of each person --

7         MIKE LINDELL:  Right.

8         MELISSA CARONE:  -- it would say ballot

9    number, you know, 20 --

10        MIKE LINDELL:  20.

11        MELISSA CARONE:  -- jammed --

12        MIKE LINDELL:  Out of a group of 50.  So

13   the --

14        MELISSA CARONE:  Yeah.

15        MIKE LINDELL:  -- 20th ballot jammed?

16        MELISSA CARONE:  Uh-huh.

17        MIKE LINDELL:  Then what -- then what?

18        MELISSA CARONE:  So it would say discard or

19   rescan; and the way they were supposed to do it is

20   discard them, and -- and then rescan them, but

21   they were not discarding these --

22        MIKE LINDELL:  So they used the same --

23   let's say 30 went through, it got stuck on the

24   30th one --

25        MELISSA CARONE:  Uh-huh.

81

1        MIKE LINDELL:  They would put that number

2   30 at the top of the same 50 --

3        MELISSA CARONE:  Yeah.

4        MIKE LINDELL:  -- pack and run them through

5   again?

6        MELISSA CARONE:  Yeah.

7        MIKE LINDELL:  So you're telling me that

8   tabulator had no way to know, it's just counting

9   the -- the number of -- like a -- counting a deck

10  of cards?

11       MELISSA CARONE:  That's exactly what it was

12  doing.

13       MIKE LINDELL:  It's not -- you can sit

14  there and run the same deck of cards through this

15  tabulator over and over --

16       MELISSA CARONE:  Yes.

17       MIKE LINDELL:  -- over and over again.

18       MELISSA CARONE:  Yeah.

19       MIKE LINDELL:  Is that right?

20       MELISSA CARONE:  Yeah.  So one time through

21  the night, I approached my manager and I said:

22  This -- this machine has a count of over 400 on

23  it.

24       MIKE LINDELL:  Right.

25       MELISSA CARONE:  I said:  What's going on

1    here?  And he -- I said:  This is not right.
2    There's -- it should not go above 50.  There --
3    because the batches are only 50.
4            MIKE LINDELL:  Only 50.
5            MELISSA CARONE:  And I said:  We have a
6    huge problem here.
7            And he said:  I don't -- he pulled me aside
8    and he said:  I don't want to hear that we have a
9    problem.  He said:  We are here to assist with IT
10   work.
11           MIKE LINDELL:  Now is this a Dominion guy?
12           MELISSA CARONE:  He -- he own- -- he's
13   actually a part owner of Dominion.
14           MIKE LINDELL:  Wow.  Okay.
15           MELISSA CARONE:  Yes.
16           MIKE LINDELL:  What -- so 26 hours of
17   watching ballot after ballot, (inaudible) --
18           MELISSA CARONE:  Uh-huh.
19           MIKE LINDELL:  -- walking up and down these
20   tabulating machines, not one ballot was for Donald
21   Trump.
22           Okay.  Now, we're here with Matt DePerno,
23   and he's the lawyer that we all heard about this
24   Antrim County.
25           How did you get -- this county that you

83

1    hear about and how do you even get involved in

2    this?

3         MATT DEPERNO:  Sure.  Well, I know some

4    people who live up in Antrim County, and Antrim

5    County is a small county up in Northern Michigan.

6    It historically votes roughly 65 percent

7    Republican, 35 percent Democrat.

8         And in this case, it completely flipped on

9    election night.  Roughly 65 percent of the vote

10   went to Joe Biden, and 35 percent to Donald Trump.

11        So people who lived up there knew that

12   there was a problem.  They knew that the results

13   were not correct.

14        And on the morning of November 4th, they

15   actually contacted the Antrim County Clerk and

16   requested that she look into the results, because

17   they knew what had been posted on the website

18   could not be true.

19        And through a series of events, people I

20   knew up there, and a person named Bill Bailey, who

21   is a -- a patriot who lives up in Antrim County,

22   and who knew there was a problem and wanted to

23   challenge the results, they ended up connecting

24   him to me and I filed a lawsuit.

25        But what's important is, in -- in filing

1   this lawsuit, we weren't seeking publicity.  We

2   weren't seeking fame.  We just wanted to get

3   results.

4        We filed the name in -- in the name of a

5   patriot named Bill Bailey, and we challenged

6   down-ballot School Board elections.  That's what

7   he was most interested in, in learning about

8   School Board elections.  Of course, he was

9   obviously, also interested in other aspects of the

10  election, what happened in the presidential

11  election, and how did things flip.

12       But primarily, we -- the case centered on

13  local politics.  And if you look at certain

14  townships, like Chestonia Township --

15       MIKE LINDELL:  Okay.

16       MATT DEPERNO:  -- Joe Biden got a 197 votes

17  on November 3rd.

18       MIKE LINDELL:  Right.  Right.

19       MATT DEPERNO:  In reality, he only got 93.

20       MIKE LINDELL:  How do you know that -- that

21  he only got 93?

22       MATT DEPERNO:  Because there's since been a

23  hand recount.

24       MIKE LINDELL:  A hand recount.  So when did

25  they do that?

85

```
1        MATT DEPERNO:  They did a hand recount on

2  November 21st, and then again on December 17th.

3        MIKE LINDELL:  Right.  Right.

4        MATT DEPERNO:  On December 17th --

5        MIKE LINDELL:  Okay.

6        MATT DEPERNO:  -- they actually -- they

7  told us they were going to do a full audit of the

8  county --

9        MIKE LINDELL:  Right.

10        MATT DEPERNO:  -- the Secretary of State

11  did.

12        MIKE LINDELL:  Right.

13        MATT DEPERNO:  But in reality, they only

14  did a hand recount again.

15        MIKE LINDELL:  Okay.  So on the recounts,

16  we got a 197; and then over here, Donald Trump had

17  three.

18        So then when you -- the real numbers were

19  93 and 197; is that correct?

20        MATT DEPERNO:  That's correct.  So you can

21  see Joe Biden on election night got --

22        MIKE LINDELL:  Right.

23        MATT DEPERNO:  -- 197, he got Donald

24  Trump's 197 votes.

25        MIKE LINDELL:  Right.  They -- right.
```

1        MATT DEPERNO:  We can know -- we know that
2    was a --
3        MIKE LINDELL:  This is 100 percent fact
4    here?
5        MATT DEPERNO:  100 percent factual --
6        MIKE LINDELL:  Now -- now what we're
7    showing here, you guys, so everyone knows, these
8    are all precincts.  I don't know if you can see
9    this here, these are all precincts.
10        So let's just do this precinct -- precinct.
11    392, this is done through the machines, and Donald
12    Trump got eight.  What?
13        So here is -- the 392 to 8, but the real
14    number was 198 to 392.
15        MATT DEPERNO:  And if you see here, Elk
16    Township, Joe Biden got 392 on election --
17        MIKE LINDELL:  Right.
18        MATT DEPERNO:  -- in reality, those Donald
19    Trump's votes.  Those were the 392.
20        MIKE LINDELL:  Right.  They were just
21    flipped.  In order for that to be off, and -- and
22    you do the conclusion, which I would right now,
23    100 percent, how can that be off?  It would be
24    something wrong with what?
25        MATT DEPERNO:  The machine.

87

```
 1        MIKE LINDELL:  The machines.  The machines.
 2   And what we're showing here right now, what you're
 3   going to see, all this -- what we've been talking
 4   about, this massive machine election fraud that
 5   went on, where countries hacked into our election,
 6   and nationwide -- this is one little county in
 7   Northern Michigan, and these machines would do it
 8   right down to the precinct.
 9        Okay.  But you're going to see -- this is
10   the example we have that we're -- that was hand
11   counted, and -- you know, the rest of the country,
12   you know, didn't get to do that.  They didn't have
13   the luxury of being able to do that, you know.
14   And -- so what I want to tell y'all, is this is
15   the perfect example -- just so you know, right
16   down to the precinct-level what went on with these
17   machines.
18        I want to see one more here.  So --
19        MATT DEPERNO:  Well, you can look at
20   like -- Kearney Township --
21        MIKE LINDELL:  Yeah.
22        MATT DEPERNO:  -- Joe Biden got 744 on
23   election night --
24        MIKE LINDELL:  Right.
25        MATT DEPERNO:  -- those were Donald Trump's
```

1  votes.  He actually recorded 16 on election night.

2      MIKE LINDELL:  Okay.  So here's this county

3  that traditionally always is like 65 percent

4  Republican, 35 percent Democrat, correct?

5      MATT DEPERNO:  Correct.  That's correct.

6      MIKE LINDELL:  Okay.  So everyone in the

7  county knew when these numbers came in on -- on

8  November 4th, they're going, there's something

9  wrong with the machines.  Everyone -- everyone

10 would think that.  It wouldn't matter if you're a

11 Democrat or a Republican, you're going, wow.

12     And it's not like what -- and they couldn't

13 use the deviation of saying, well, it was because

14 of mail-in voting, because this is -- there's no

15 huge cities in there like Detroit, correct?

16     MATT DEPERNO:  That's correct.

17     MIKE LINDELL:  Right.  So I just want

18 everyone out there to know this before you get

19 into (inaudible) this is just a small county,

20 Northern Michigan, and they ended up flipping --

21 we had 15,718 votes.

22     MATT DEPERNO:  15,718 votes.

23     MIKE LINDELL:  Votes.  And 7,060 were

24 flipped from Biden -- or Trump to Biden; is that

25 correct?

1        MATT DEPERNO:  Yeah.  And what's more --

2        MIKE LINDELL:  Wow.

3        MATT DEPERNO:  -- what's even more

4   interesting --

5        MIKE LINDELL:  By machine.  By machines,

6   right?

7        MATT DEPERNO:  By machine --

8        MIKE LINDELL:  (Inaudible) done by the

9   machines?

10        MATT DEPERNO:  Absolutely by machines.

11        MIKE LINDELL:  Okay.

12        MATT DEPERNO:  If you look at the original

13   vote count, 7,769.

14        MIKE LINDELL:  Right.

15        MATT DEPERNO:  -- for Don- -- Joe Biden and

16   4,509 for Donald Trump.

17        MIKE LINDELL:  Right.  Right.

18        MATT DEPERNO:  That actually totals 12,278

19   votes.

20        MIKE LINDELL:  Right.

21        MATT DEPERNO:  By machine, on November 3rd.

22   That's the vote tally.

23        MIKE LINDELL:  Right.

24        MATT DEPERNO:  That wasn't correct, because

25   if you look at the hand recount, it was actually

1    5959, for Joe Biden and 9759 for --

2          MIKE LINDELL:  Right.

3          MATT DEPERNO:  -- Donald Trump, which gets

4    us to 15,718 votes.

5          MIKE LINDELL:  Got you.

6          MATT DEPERNO:  So the question is, where

7    did -- where was the 3200 votes --

8          MIKE LINDELL:  Right.

9          MATT DEPERNO:  -- on election night?

10         MIKE LINDELL:  Right.

11         MATT DEPERNO:  Why weren't they --

12         MIKE LINDELL:  And --

13         MATT DEPERNO:  -- recorded?

14         MIKE LINDELL:  Right.  And that -- but --

15   but even -- even with that -- and we don't know

16   why, we don't know why on that.  We're -- I'm here

17   to show everyone now the facts and evidence that I

18   have seen, 100 percent.

19         Here's 100 percent.  This little county in

20   Northern Michigan, the -- look at what the

21   difference was, it was a net of 5,250 votes; is

22   that correct?

23         MATT DEPERNO:  That's a net for Donald

24   Trump.

25         MIKE LINDELL:  That's a net for Donald

1    Trump.  There was 7,000 -- that's where you get

2    the 7,060 votes.

3         MATT DEPERNO:  So what I want to show you

4    here in the next slide is -- actually the number

5    of registered voters -- this is what you're

6    getting to, the number of registered voters in the

7    county is 22,082 votes.

8         MIKE LINDELL:  Right.

9         MATT DEPERNO:  And this is the total number

10   of votes cast by machine on November 3rd --

11        MIKE LINDELL:  Right.

12        MATT DEPERNO:  -- 16,047.  Now, of course,

13   not everyone votes for the President.

14        MIKE LINDELL:  Right.

15        MATT DEPERNO:  That's why there's going to

16   be some disparity.

17        MIKE LINDELL:  Right.

18        MATT DEPERNO:  But you see what happened in

19   Antrim County on November 3rd, there were 16,047

20   votes cast --

21        MIKE LINDELL:  Right.

22        MATT DEPERNO:  -- and then on November 5th,

23   when they did a recount, somehow they gained 2,000

24   more votes.

25        MIKE LINDELL:  Wow.

92

1        MATT DEPERNO:  And we haven't gotten an

2    explanation as to why --

3        MIKE LINDELL:  Right.

4        MATT DEPERNO:  -- that happened.

5        MIKE LINDELL:  But -- but we do have a --

6    but we do know that there was 7,000 -- if you

7    were -- if you were to say right now and go, you

8    know what, we do know that 7,060 -- Donald Trump

9    had 7,060 more votes net out of this county?

10        MATT DEPERNO:  That's correct.

11        MIKE LINDELL:  That's 100 percent fact.

12        MATT DEPERNO:  100 percent fact.

13        MIKE LINDELL:  100 percent fact.

14        MATT DEPERNO:  So after we filed the

15    lawsuit, we -- we -- we -- at the same time we

16    filed the lawsuit, we also filed a motion with the

17    court asking the Judge to allow us to take

18    forensic images of the Dominion system, the

19    Dominion Voting System; and -- and he granted

20    that.

21        And we then went in -- and I believe it was

22    December 6th --

23        MIKE LINDELL:  Right.

24        MATT DEPERNO:  -- and with a team of

25    forensic scientists and data collection

1   scientists, we -- we captured the forensic images

2   of the Dominion Voting System, the master

3   tabulator, is what we call it, sitting in the

4   county building, along with all of the CF cards,

5   which are the program cards that run the actual

6   software, along with the actual data cards or

7   thumb drives that collect and tally the results in

8   each precinct.

9       We captured the forensic images of all of

10  those items.

11      MIKE LINDELL:  Okay.  I want to -- I want

12  to say something there:  So the people -- did you

13  hire these people to do that?

14      MATT DEPERNO:  Correct.

15      MIKE LINDELL:  Okay.  Were they -- and you

16  didn't know them before this, right.

17      MATT DEPERNO:  We didn't know them

18  before --

19      MIKE LINDELL:  Right.

20      MATT DEPERNO:  -- but the people got us in

21  contact with them --

22      MIKE LINDELL:  Contact with -- with

23  forensic experts on these particular machines?

24      MATT DEPERNO:  That's correct.

25      MIKE LINDELL:  And so -- so that's -- I

1    just want everyone to know that.  This wasn't just

2    some -- you know, hey, let's grab somebody from

3    the county and look at these machines.  These were

4    experts.

5          MATT DEPERNO:  These are people with real

6    experience analyzing forensic software images.

7          MIKE LINDELL:  Wow.

8          MATT DEPERNO:  It can't be overstated

9    enough that these -- these scientists were also

10   data collection experts.

11         And that's important because what we saw in

12   Antrim County is the failure to properly follow

13   procedures in securing the election machines, the

14   tabulation machines, and securely transferring the

15   votes.

16         The chain of custody in this situation was

17   completely tampered with.

18         What we know for certain is that in the

19   Dominion system manual, the manual tells us

20   exactly how to connect the machines to the

21   Internet.  The manual tells you how to do that.

22         MIKE LINDELL:  Is it easy?

23         MATT DEPERNO:  It's very easy.

24         MIKE LINDELL:  Could a guy like me plug it

25   in?

1           MATT DEPERNO:  I'm -- I'm certain you could

2    probably figure it out.

3           MIKE LINDELL:  Wow.

4           MATT DEPERNO:  But you can -- the manual

5    tells how you to connect the machine --

6           MIKE LINDELL:  Right.  Right.

7           MATT DEPERNO:  -- to the Internet.

8           MIKE LINDELL:  Right.

9           MATT DEPERNO:  In our case, what we found

10   through the forensic study that was conducted was

11   that on November 4th, at 11:03 p.m., system files,

12   adjudication files, and other source system files

13   were deleted from the Dominion system in Antrim

14   County.  We know that for a fact.

15          MIKE LINDELL:  Wow.

16          MATT DEPERNO:  They were removed.  We don't

17   know who removed them, or how they gained access

18   to remove them.

19          MIKE LINDELL:  Okay.  Hold on --

20          (Talking simultaneously.)

21          MIKE LINDELL:  -- we do know.  You'll see

22   that later in the show.

23          MATT DEPERNO:  What we know in our case --

24   what we -- in our case we don't know precisely,

25   because Antrim County and the Secretary of State

1    have not given us that information.

2         MIKE LINDELL:  Right.  Right.

3         MATT DEPERNO:  But we do know that those

4    files were removed on November 4th at 11:03 p.m.

5         MIKE LINDELL:  What's the significance of

6    that that they were removed; what does that do to

7    you as a -- as trying to investigate this, what

8    did that do?

9         MATT DEPERNO:  Well, number one, I

10   presume -- and we've asked the Antrim County

11   prosecutor to investigate, whether that was a

12   crime to remove voting information from the system

13   prior to the expiration of a 22-month period --

14        MIKE LINDELL:  Right.

15        MATT DEPERNO:  -- which the -- the items

16   are required to (inaudible) --

17        (Talking simultaneously.)

18        MIKE LINDELL:  But when -- when that's

19   removed, what -- that means it was hard for you to

20   do your audit?

21        MATT DEPERNO:  That's hard for us to review

22   the forensic images to conclusively understand --

23        MIKE LINDELL:  Right.

24        MATT DEPERNO:  -- whether the machine

25   connected to the Internet -- because in Michigan,

97

```
1    at least 38 other counties use the Dominion

2    software.

3         MIKE LINDELL:  Right.

4         MATT DEPERNO:  So if this is happening in

5    Antrim County, and it was exposed in Antrim

6    County --

7         MIKE LINDELL:  Right.

8         MATT DEPERNO:  -- because of the disparity,

9    because there were only 15,718 --

10        MIKE LINDELL:  Right.

11        MATT DEPERNO:  -- votes --

12        (Talking simultaneously.)

13        MIKE LINDELL:  You wouldn't --

14        MATT DEPERNO:  -- cast --

15        MIKE LINDELL:  You wouldn't notice this in

16   a bigger city if it was that low a number.

17        MATT DEPERNO:  Correct.

18        MIKE LINDELL:  Right.

19        MATT DEPERNO:  If you were in Wayne County

20   and --

21        MIKE LINDELL:  Right.

22        MATT DEPERNO:  -- and 7,060 votes flipped,

23   you wouldn't notice it.

24        My team of forensic scientists worked

25   tirelessly after December 6th, after we collected
```

1   the forensic images for about a week, they worked

2   very hard to review those images and put together

3   a report.

4        And because of a protective order that was

5   in place in this case, I had to file a motion with

6   the court asking the Judge to allow us to release

7   the -- the report that we had prepared.

8        And we did that.  We did that on December

9   14th, the Judge granted our request and allowed us

10  to release what's called the Allied Security

11  Operations Group Preliminary Summary, Version 2,

12  dated December 13th, 20-(inaudible) --

13       MIKE LINDELL:  Now, is that public?  Is

14  that public?

15       MATT DEPERNO:  It is public.

16       MIKE LINDELL:  Right.  So -- so this is

17  something that got put out there -- and I

18  guarantee you, it was probably put out there --

19  heck, somebody probably put it on their Twitter

20  and -- I'll bet you it was gone -- you know, they

21  probably tried to -- that's just my opinion.  I

22  had to throw that in there.

23       MATT DEPERNO:  Well, I can tell you it's

24  been on my website at Depernolaw.com, since

25  December 14th, and it has constantly been

1   suppressed for people who try to share the link on

2   Facebook --

3        MIKE LINDELL:  Right.

4        MATT DEPERNO:  -- or Google or through

5   social media, it gets suppressed --

6        MIKE LINDELL:  Right.

7        MATT DEPERNO:  -- and people are not

8   allowed to share it.

9        MIKE LINDELL:  Right.

10        MATT DEPERNO:  In some cases they try to

11   share it, and a screen comes up that says that --

12   that this information is not --

13        (Talking simultaneously.)

14        MIKE LINDELL:  Right.  Not (inaudible) --

15        MATT DEPERNO:  -- assessable.

16        MIKE LINDELL:  Here you had a -- a -- a

17   perfect report -- I mean, that even the Judge said

18   you could put it out there, correct?

19        MATT DEPERNO:  Yes.  Everything we've done

20   in this case had been permitted by the court in

21   terms of the ability to release information --

22        MIKE LINDELL:  Right.

23        DR. SHIVA AYYADURAI:  -- but what it is --

24   actually, it's information that if revealed, would

25   show that the CEO of Dominion software, when he

1    testified in front of the Michigan Senate, this

2    information would show that he was not telling the

3    truth about how the Dominion system works.

4         MIKE LINDELL:  Wow.

5         MATT DEPERNO:  And here's what we

6    concluded --

7         MIKE LINDELL:  Wow.

8         MATT DEPERNO:  -- when we released the

9    report, this is what it states:  We conclude that

10   the Dominion Voting System is intentionally and

11   purposefully designed with inherent errors to

12   create systemic fraud and influence election

13   results.

14        Now, that's not my words.  That's the words

15   of the forensic team --

16        MIKE LINDELL:  That looked at this?

17        MATT DEPERNO:  -- that looked at the

18   forensic images and came to a conclusion about

19   what they saw.

20        MIKE LINDELL:  Right.  So that --

21        (Talking simultaneously.)

22        MATT DEPERNO:  (Inaudible) that's in the

23   report.

24        MIKE LINDELL:  They concluded that the only

25   reason you would have a machine like this is if

1   you wanted to steal an election?

2       MATT DEPERNO:  Correct.  Because what they

3   also found is that this machine in Antrim County

4   generates errors at the rate of 68 percent based

5   on ballots that you put in the machine.  Remember

6   this --

7       MIKE LINDELL:  Right.

8       MATT DEPERNO:  -- when you take a piece of

9   paper and you vote on it, you think when you're

10  voting that you're tallying your vote, and then

11  you put that machine -- that piece of paper into

12  the Dominion tabulation machine.

13      MIKE LINDELL:  Right.  Right.

14      MATT DEPERNO:  You know how that process

15  works.

16      MIKE LINDELL:  Yeah.

17      MATT DEPERNO:  And you think you voted, but

18  you haven't voted yet.  You haven't voted until

19  that machine actually tabulates your result in the

20  system.

21      When you put the paper in the tabulator --

22      MIKE LINDELL:  Right.

23      MATT DEPERNO:  -- the tabulator takes that

24  paper, converts it to data, and data can be

25  manipulated.

1        In the case of the way the Dominion system

2   works, as I understand it, based on information

3   given to me by my forensic team, when you insert

4   that paper ballot --

5        MIKE LINDELL:  Right.

6        MATT DEPERNO:  -- in the machine --

7        MIKE LINDELL:  Right.

8        MATT DEPERNO:  -- and when an error is

9   tabulated --

10        MIKE LINDELL:  Right.

11        MATT DEPERNO:  -- and remember, this

12   machine tabulates them at 68 percent error rate.

13        MIKE LINDELL:  Right.  Wow.

14        MATT DEPERNO:  Those ballots -- those error

15   ballots go to what's called adjudication.

16        MIKE LINDELL:  Right.

17        MATT DEPERNO:  Adjudication is a process

18   where someone else, other than the voter, is able

19   to look at that ballot on a screen --

20        MIKE LINDELL:  Right.

21        MATT DEPERNO:  -- and determine the voter's

22   intent and vote that ballot for the voter.

23        MIKE LINDELL:  Right.

24        MATT DEPERNO:  And in -- and with

25   adjudication, in the way that Dominion system

1   works, you can accumulate over the night a number

2   of ballots --

3        MIKE LINDELL:  Yeah.

4        MATT DEPERNO:  -- but what I can tell you,

5   what's interesting, is the 2020 system log files

6   are missing; but they are present for 2018 and

7   2016.

8        This happened at 11:03 p.m. on November

9   4th.

10       What happened on November 4th, the day

11  after the election --

12       MIKE LINDELL:  Right.

13       MATT DEPERNO:  -- is that at least in

14  Michigan this story broke across the state --

15       MIKE LINDELL:  Right.

16       MATT DEPERNO:  -- that Antrim County had

17  flipped in this manner.

18       MIKE LINDELL:  Okay.  So it was such a

19  deviation -- everybody hear that?

20       That's why we all heard about Antrim

21  County, it was such a big deviation, it would be

22  like -- you know, the whole time -- you know, for

23  decades or years or whatever, you're -- you're 65

24  percent Republican, and 35 percent, and you flip;

25  the whole townspeople are probably having coffee

1    going, what did you do?  They probably did a

2    recount just themselves at the coffee shops, you

3    know?

4         So now that makes sense.  That's why it

5    made national -- it made national news.  We all

6    heard about it.

7         MATT DEPERNO:  Antrim County was not

8    certifiable based on what the machine spit out on

9    election night.  And what we've requested is a

10   full audit of the county.  Well, we want all the

11   machines tested, we would like to see all the

12   machines tested across the state.

13        MIKE LINDELL:  Right.

14        MATT DEPERNO:  We would like to see audits

15   across the state of Michigan.

16        MIKE LINDELL:  Right.

17        MATT DEPERNO:  This is from the actual

18   Dominion manual.  This --

19        MIKE LINDELL:  The Dominion manual.  Wow.

20        MATT DEPERNO:  This tells you --

21        MIKE LINDELL:  Yeah.

22        MATT DEPERNO:  -- how to connect the

23   machine to -- guess what?

24        MIKE LINDELL:  The Internet.

25        MATT DEPERNO:  Yes.

```
 1        MIKE LINDELL:  Did everybody hear that?

 2        MATT DEPERNO:  This is another slide --

 3        MIKE LINDELL:  But you have to be on the

 4   Internet in order to do this.

 5        So we're going to show you here.  I thought

 6   these machines didn't go on the Internet, that's

 7   what we were told as the public.

 8        MATT DEPERNO:  That's what we are told.

 9        SPEAKER: (Inaudible) if it's (inaudible)

10   print automatically, it will print anywhere from

11   one to, you know, five-ten copies, however many

12   are needed in -- in the jurisdiction; as well,

13   this device can transmit directly.

14        So that's all part of that closed polls

15   process.  You hit that button once, it prints out

16   the tapes.  When it's done printing out the tapes,

17   it will automatically transmit the results as

18   well.

19        SPEAKER:  What is the vehicle for the

20   transmission from the ICP, is it cellular, modem

21   versus VPN?

22        SPEAKER:  Well, it -- it is a cellular

23   modem that it can be configured in a VPN, right;

24   and we -- currently in (inaudible) Cook County we

25   worked with Verizon to secure that network, so we
```

1   would have the same capabilities here.

2       SPEAKER:  What wireless chips (inaudible)

3   slash modem does that hardware have?

4       SPEAKER:  We support a variety.  So it's

5   really up to the jurisdictions, what technology

6   they want to use, what's compatible with their --

7   with their networks.

8       SPEAKER: (Inaudible) some jurisdictions we

9   use (inaudible) basically a modem that is a 3G

10  modem, GSM; but we can support multiple varieties

11  of modems (inaudible) --

12      SPEAKER:  Including -- including the latest

13  (inaudible) standards as well.

14      SPEAKER:  Okay.

15      SPEAKER:  So that answers the next

16  question, is it 3G or 4G, Verizon, AT&T

17  (inaudible) --

18      SPEAKER:  Oh, yeah.  All -- all networks.

19  We have quite a few (inaudible) --

20          (Talking simultaneously.)

21      SPEAKER: (Inaudible).

22      SPEAKER:  Yeah.  I mean, we actually

23  transmit from the ICP in Mongolia as well; so

24  we're not limited in networks.

25      SPEAKER: (Inaudible) there's three vendors,

1    because the island is not covered by any -- by any

2    of the vendors completely; so we use three

3    different cellular vendors for some ICPs with

4    vendor (inaudible) AT&T, and T-Mobile, I think, in

5    the different parts of the island.  So --

6           SPEAKER:  Everything gets complicated.

7

8           DR. SHIVA AYYADURAI:  But this is another

9    slide from the --

10          MIKE LINDELL:  Right.

11          MATT DEPERNO:  -- Dominion software

12   manual --

13          MIKE LINDELL:  Right.

14          MATT DEPERNO:  -- that tells you exactly

15   how to set up your system to connect to the

16   Internet.

17          MIKE LINDELL:  Uh-huh.

18          MATT DEPERNO:  Those are important slides

19   to see.

20          But again, another slide from Dominion

21   Voting ImageCast Central, which tells you, as you

22   can see in the bottom corner here, it says

23   number -- box number one, ensure that the

24   workstation is connected to the network switch

25   with an Ethernet cable.

```
 1        MIKE LINDELL:  Wow.

 2        MATT DEPERNO:  What does an Ethernet cable

 3   get you?  To the Internet.

 4        MIKE LINDELL:  To the Internet.

 5        MATT DEPERNO:  These are -- this is all

 6   information that we have been able to look at --

 7        MIKE LINDELL:  Right.

 8        MATT DEPERNO:  -- from the actual manual.

 9        MIKE LINDELL:  So what do we got here?

10   That looks like it was manipulated.

11        MATT DEPERNO:  Well, this --

12        MIKE LINDELL:  What?

13        MATT DEPERNO:  This -- these spikes --

14   these blue spikes throughout this show you where

15   Joe Biden got -- what we call injections of --

16        MIKE LINDELL:  Right.

17        MATT DEPERNO:  -- of votes at very specific

18   times --

19        MIKE LINDELL:  Right.

20        MATT DEPERNO:  -- these -- these big ones

21   on the left are November --

22        MIKE LINDELL:  Right.

23        MATT DEPERNO:  -- 3rd, so I would be

24   curious to see if your data that you have --

25        MIKE LINDELL:  Yeah.  Right.  It will.
```

1        MATT DEPERNO:  -- correlates to the --

2        (Talking simultaneously.)

3        MIKE LINDELL:  Just so everybody knows,

4   what you're going to see, when you see this spike,

5   you're going to see a forensic footprint how that

6   happened and who did it.

7        China, yes.  If you're on the Internet, the

8   bottom line is, you can get -- you can cheat, you

9   can do all kinds of things; and that's -- because

10  otherwise you can't explain any of these numbers,

11  right?

12       MATT DEPERNO:  That's correct.

13       MIKE LINDELL:  That's correct.

14       DR. SHIVA AYYADURAI:  You -- the machine

15  results don't match up with the hand --

16       MIKE LINDELL:  To the real balance --

17       MATT DEPERNO:  -- (inaudible).

18       MIKE LINDELL:  And once again, the -- you

19  know, the purpose of this whole show, obviously,

20  is to show everyone in the world that these

21  machines -- that this was the biggest fraud -- the

22  biggest crime, I believe, against humanity.  This

23  is a crime against humanity.  If we wouldn't be

24  all talking about this now and this is -- all the

25  truth is going to be revealed --

1        MATT DEPERNO:  Michigan is under siege

2   because this is what I am dealing with right now.

3   Dana Nessel is the Attorney General in the State

4   of Michigan.  She sent this tweet out not too long

5   ago, and it says:  Fun fact, lawyers who practice

6   in Michigan are required to take an oath to

7   support the Michigan and U.S. constitutions; not

8   to file unjust and/or frivolous actions or mislead

9   the court.  The spate of Trump lawsuits in our

10  state violates each of these tenants.  It demeans

11  our profession.

12        MIKE LINDELL:  Wow.

13        MATT DEPERNO:  What's she's calling for --

14  and she said this publicly, she's calling for

15  attorneys in Michigan to be disbarred who file

16  lawsuits in Michigan challenging --

17        MIKE LINDELL:  This election --

18        MATT DEPERNO:  -- the results of the

19  election.

20        MIKE LINDELL:  Can you guys all hear this?

21  This is what we're up against.  This Dominion,

22  these machines, is the biggest fraud in

23  election -- they stole this; but now the truth is

24  all going to be revealed.  People like this lady,

25  what's her name, Dana --

1        MATT DEPERNO:  Dana Nessel.

2        MIKE LINDELL:  Dana Nessel -- and -- Dana

3   Nessel, how dare you put this out?  You're

4   supposed to protect Michigan and the U.S.  This is

5   what I'm doing.  This is why I'm getting attacked.

6   This is why everybody is getting attacked.

7        MATT DEPERNO:  So --

8        MIKE LINDELL:  Did anybody -- you know,

9   here you are, the attorney of -- one of the few

10  open cases where we have 100 percent proof, first

11  they try and suppress the actual report from it,

12  right here, right?  And now --

13        (Talking simultaneously.)

14        DR. SHIVA AYYADURAI:  And now --

15        MIKE LINDELL:  -- now they're trying to

16  just get rid of you.

17        MATT DEPERNO:  That's true.  So we have

18  Michigan executive officials who are now using the

19  power of government to threaten those with whom

20  they disagree with sanctions, they're threatening

21  me and others with disbarment.

22        MIKE LINDELL:  Wow.

23        MATT DEPERNO:  So bringing forth evidence

24  now --

25        MIKE LINDELL:  Uh-huh.

1       MATT DEPERNO:  -- in our country, not only

2  gets you the mockery of the main stream media --

3       MIKE LINDELL:  I've been there.

4       MATT DEPERNO:  -- who refuse to actually

5  report on it or the truth, but it now gets you

6  ethics complaints filed against you if you are a

7  lawyer.

8       MIKE LINDELL:  Wow.

9       MATT DEPERNO:  So what do we do about that?

10  When the Michigan Attorney General, who is the

11  chief law enforcement person in the State,

12  threatens those with whom she disagrees, you know

13  what that is?  That's tyranny.

14       MIKE LINDELL:  Yep.

15       MATT DEPERNO:  That -- you know, that is

16  totalitarianism.

17       MIKE LINDELL:  Right.

18       MATT DEPERNO:  So in our election system,

19  and it's been going on for years after every

20  election, people challenge elections.

21       MIKE LINDELL:  Right.

22       MATT DEPERNO:  That happens on a regular

23  basis.

24       MIKE LINDELL:  Right.  Yeah.  Yeah.

25       MATT DEPERNO:  That's part of our republic.

1    That's part of public discourse.  We're in --
2    we're enabled to go in and have those discussions
3    through the court system to challenge elections.
4           And what Dana Nessel is saying, is that you
5    can't do that anymore --
6           MIKE LINDELL:  Right.
7           MATT DEPERNO:  -- because if you try to do
8    it, she will threaten you, she will try to take
9    your license --
10          MIKE LINDELL:  Uh-huh.
11          MATT DEPERNO:  -- and she will try to
12   silence you.
13          MIKE LINDELL:  Wow.
14          MATT DEPERNO:  So her statements, this is
15   no longer part of public discourse, this is
16   chilling --
17          MIKE LINDELL:  Do you think she's talking
18   about all the lawyers?  She's talking about you.
19          MATT DEPERNO:  Well, we've talked about
20   that.  I agree -- I totally agree with you; she is
21   talking about me.
22          MIKE LINDELL:  Right.
23          MATT DEPERNO:  And we've talked about the
24   importance of public discourse.
25          MIKE LINDELL:  Right.

1        MATT DEPERNO:  Her tweet -- as I said --

2    chills public discourse.

3        MIKE LINDELL:  Yeah.

4        MATT DEPERNO:  What it does is it asks a

5    lawyer to put their fear above the representation

6    of their client in legitimate litigation.

7        MIKE LINDELL:  Right.

8        MATT DEPERNO:  That is tyranny.

9        MIKE LINDELL:  That right.

10       MATT DEPERNO:  That's totalitarianism.

11   That is --

12       MIKE LINDELL:  Right.

13       MATT DEPERNO:  -- that is fascism.

14       MIKE LINDELL:  She wants to scare you into

15   doing nothing?

16       MATT DEPERNO:  But it gets worse.

17       MIKE LINDELL:  Right.

18       MATT DEPERNO:  Around November 20th, Dana

19   Nessel did an interview with the Washington Post

20   and in that interview she threatened every

21   Michigan legislature, and she said that any

22   Michigan legislature with whom she disagreed with,

23   any of them who challenged these election results,

24   she would investigate them and seek criminal

25   sanctions against them.

```
1          MIKE LINDELL:  Wow.

2          MATT DEPERNO:  That is saying to these

3     Michigan legislatures that if they --

4          MIKE LINDELL:  Stay silent --

5          MATT DEPERNO:  -- if they do anything to

6     bring forth the word of their constituents to

7     challenge election results, they could be charged

8     criminally.  It's --

9          MIKE LINDELL:  Wow.

10         MATT DEPERNO:  -- asking elected officials

11    again to put their fear above the word and the

12    choice of their constituents.

13         MIKE LINDELL:  Wow.

14         MATT DEPERNO:  And you ask yourself, why

15    did so many elected officials in Michigan refuse

16    to look at the evidence that was presented to

17    them?

18         MIKE LINDELL:  They did it out of fear.

19         MATT DEPERNO:  Or time and time again

20    say --

21         MIKE LINDELL:  Uh-huh.

22         MATT DEPERNO:  -- that they haven't seen

23    any evidence --

24         MIKE LINDELL:  Right.

25         MATT DEPERNO:  -- of voter fraud --
```

116

```
1           MIKE LINDELL:  Right.

2           MATT DEPERNO:  -- or vote interference.

3           MIKE LINDELL:  Right.

4           MATT DEPERNO:  And you combine that with

5    what we have now learned about the interview Dana

6    Nessel gave --

7           MIKE LINDELL:  Right.

8           MATT DEPERNO:  -- on November 21st, telling

9    elected officials they would be charged

10   criminally.

11          MIKE LINDELL:  Right.

12          MATT DEPERNO:  And I say this, right now,

13   everything that Dana Nessel has done in terms of

14   threatening me, and threatening state

15   legislatures, violates the Michigan rules of

16   professional conduct, and she should resign

17   immediately.  It demonstrates that she's not fit

18   for office.

19          MIKE LINDELL:  Well, there's many like her.

20   We know that.  This is going to reveal all the

21   evil in our county, all the criminals in the

22   country, all the ones that tried to suppress this.

23   And that's from social media, like Jack Dorsey,

24   like Mark Suck-a-buck.  (Phonetic).

25          Well, everyone, this is the moment you've
```

1    all been waiting for.  What you're going to see

2    now is 100 percent proof that we had upon our

3    country the biggest cyber attract in history.

4         And I'm going to bring on Mary Fanning to

5    explain how it all happened, and the -- show you

6    the 100 percent proof.

7         Mary, thanks for coming on.

8         MARY FANNING:  Thanks, Mike.

9         Today we've been watching cybersecurity

10   experts and they've explained some of the things

11   that happened in the election, some of the

12   election fraud.

13        But what we're seeing here is -- if you

14   look at this chart, is that they were

15   cybersecurity experts who began collecting

16   information on November 1st, and -- so this was

17   before, during and after the election, that they

18   were collecting documentation.

19        In fact, they collected terabytes of

20   information that document the election fraud

21   before an intrusion into our election.

22        This was collected as -- in 2995 counties

23   in the United States.  This was collected in

24   realtime.  All right.  So if you go to the chart,

25   what you will see is the documentation of foreign

118

1   interference in the election.

2        The first column, if you look at the chart,

3   that shows that on 11/5/2020, at 7:43:38, we had a

4   foreign intrusion.  And it shows that the IP

5   address, the Internet protocol address.  That is

6   the number of that protocol address of the hacker

7   that entered into our election.

8        The second column is the owner or source of

9   that IP address.  That shows that China Net in

10  Beijing province, entered the election.  It shows

11  an ID, that is a unique address of a computer.

12  That shows the exact computer using that IP source

13  that entered into our election.

14       The next is the target.  That's the IP

15  target.  That's the Internet protocol address of

16  the target.  All right.  And the next is the

17  target state.  In this case it shows that it's

18  Michigan.

19       Where in Michigan?  That's the next column.

20  It shows that it's in Emmet County, Michigan.

21       Then the ID target.  That is the unique

22  address of another computer in the United States

23  that the hacker has gone into.  And then it shows

24  the method of intrusion.

25       Now, on some cases you're going to see that

1    they used credentials, that means that they have

2    fake credentials, because they were administrators

3    that have been placed on the Secretary of State's

4    computers.  False administrators.

5         In other cases, it shows that they broke

6    through the firewall.  In some cases they did

7    both.

8         Now, in the next column it shows whether it

9    was successful.  You're see a Y; that shows that,

10   yes, it was successful.

11        Now, oftentimes they're not successful and

12   they have to go back and try for another

13   intrusion, and then it shows whether that's, in

14   fact, successful as well.

15        And then in the final column, what you're

16   seeing are votes changed.  Now, in this particular

17   case, when they went into Emmet County, Michigan,

18   the votes that were changed was they stole 3477

19   votes from Donald Trump.  That's what you're

20   looking at.

21        Now, as you go through this document and

22   you look at all the multiple intrusions into our

23   election, what -- what you'll notice that over 60

24   percent of these intrusions come from China.

25        So that is over 66 percent is what the

1  number is, over 66 percent of the intrusions into

2  our election came from China.

3      Why is this important?  Well, some things

4  were set in place, including some of the changes

5  that took place in this country, particularly when

6  we had the Wuhan virus or the Covid-19 virus hit

7  this country.

8      And we have a video -- well, first, Mike,

9  do you have any questions about this chart and

10  what it is showing?

11      MIKE LINDELL:  Yeah.  So what -- so what

12  you have here is, what -- each one of these is its

13  own timestamp that is 100 percent proof, because

14  you have that -- not only where it came from, you

15  have -- it's basically you have their

16  identification, you have the -- who they were

17  attacking, their identification; this is what

18  everybody would want -- if you ever looked and did

19  an auditor -- wanted to look into a computer and

20  look what went on in cyberspace, this is what you

21  would be looking for, correct?

22      MARY FANNING:  This is forensic evidence of

23  foreign footprints as they entered our election

24  and in a cyber warfare attack on our election.

25  And then it shows exactly what they -- you know,

1    where did they come from, which computer exactly,

2    exactly the timestamp, exactly which computer they

3    entered into, and -- and what state, which county.

4    The -- the ID -- the unique ID of the computer

5    that they entered into.

6         And then it shows how they entered using

7    false credentials or breaking through the firewall

8    or both.

9         MIKE LINDELL:  Wow.

10        MARY FANNING:  Were they successful the

11   first time, the second time.  And then it shows

12   the votes that they stole from Donald Trump.

13        MIKE LINDELL:  Right.

14        MARY FANNING:  This is proof positive this

15   is documentation of a cyber attack, but it also is

16   documentation of the footprints of those who

17   entered our election.

18        MIKE LINDELL:  Right.  Right.  And look at

19   it -- if everybody notices here, everyone -- you

20   don't think this was all put together in one big

21   attack?

22        Every one was Donald Trump down, down,

23   down.  This wasn't another country that wanted it

24   the other way.  This was a -- the biggest attack

25   in history.

1          And you have -- and Mary, you have -- we

2     have pages and pages, right?  Thousands of these

3     pages of every -- of every county, right?  Of

4     every -- or of every single attack?

5          MARY FANNING:  There are thousands of pages

6     of the documented footprints -- the foreign

7     intrusion into our elections.  We see this as

8     coming from China; in many cases from Huawei from

9     Alabata --

10          MIKE LINDELL:  Right.

11          MARY FANNING:  -- Cloud service, from China

12     Unicom, from Ucloud, from China Mobile Tietong.

13     You know, and this also came and -- from Iran as

14     well.

15          MIKE LINDELL:  Right.

16          MARY FANNING:  There -- this is the foreign

17     intrusion, this is theft of our vote, but it also

18     is documenting exactly the votes -- the vote

19     totals that were stolen from Donald Trump.

20          MIKE LINDELL:  Right.  And this was --

21          (Talking simultaneously.)

22          MARY FANNING:  And what we have heard --

23          MIKE LINDELL:  Well, this is what I've been

24     telling everyone, this is where you got -- if you

25     add these numbers up, when I -- when I said -- and

1    actually told the President, when I met with him,

2    I said:  You know, you actually won this election

3    by almost 80 million votes for you, for Donald

4    Trump, to about 68 million for Biden.  And that's

5    not counting all the other kind of theft we talked

6    about earlier in this show.

7         This is their -- these are the real numbers

8    that were taken off and that were flipped.  I

9    mean, this is incredible, everybody.  This is --

10   this is historical proof, too.

11        We not only had -- this is what we've all

12   been waiting for.

13        And Mary, you said there's a video, too,

14   you want to show?

15        MARY FANNING:  Yeah.  This is a

16   documentation, the proof positive, by cyber

17   experts from in this country that began

18   documenting the theft of our election.

19        MIKE LINDELL:  Wow.

20        MARY FANNING:  They put together the full

21   documentation of every vote, beginning on the

22   November 1st.

23        So again, from before, during and after the

24   election, they documented the footprints of the

25   foreign intrusion into our election.

1      That means that foreign adversaries really,

2  because this was an act of war to come in and

3  steal the election from the American people, and

4  decide who our foreign adversaries were going to

5  put in the White House to rule or to -- to be the

6  President of this country.

7      MIKE LINDELL:  Right.  Right.  Right.

8      MARY FANNING:  Now, there's a video, and so

9  that will show -- and if you -- are you looking at

10 the video, Mike?

11     MIKE LINDELL:  Yeah, we're pulling -- we're

12 going to pull up the video here, Mary.  Okay.

13 Here we go.  We're just pull- -- we just pulled up

14 the video.

15     Wow.  What's going on here with all these

16 lines?

17     MARY FANNING:  Well, you're -- the video --

18 what you are watching is the surveillance system.

19 In fact, this is the very surveillance system that

20 was built by people inside this country within the

21 cybersecurity battle space, that built some of

22 this document- -- built some of these tools that

23 were built to keep this country safe.

24     But what you're watching is the -- every

25 line on that drawing, all those moving lines, they

1    represent the IP addresses of what I just showed

2    you on the chart.

3         So -- so when you understand the hackers IP

4    address and the IP address of the target and the

5    votes that were stolen, every one of those lines

6    that you're watching move across the chart, and

7    showing whether they were successful and -- and

8    how many votes they stole.

9         That documents that.  Every red line, as

10   they turn red, as they finish -- they'll hang the

11   vote, basically, the red lines are all China.

12        So what you're seeing are the actual files

13   being received and sent.  That -- that's a

14   documentation of the realtime theft of our

15   elections.

16        MIKE LINDELL:  Wow.

17        MARY FANNING:  So every -- every line on

18   the map, there's a corresponding line on the

19   sheet.  And the color and the line types represent

20   the severity of the attack.

21        Now, red has been the most severe attacks.

22   These lines are all coming out of China.  Those

23   are the most severe attacks on our election

24   system.

25        MIKE LINDELL:  Wow.

1        MARY FANNING:  Now, this is -- this exact
2   information, the same exact type of information, I
3   should say -- was presented to FBI Director --
4   former-FBI Director James Comey by a whistleblower
5   in 2015.  They knew, in fact, that our election
6   machines were open for hacking.

7        It's important to understand that there are
8   prismatic scoring algorithms that they knew about,
9   that entered the election, and they steal the vote
10  at the transcript points.

11       So at the point where the election -- the
12  vote is leaving the Secretary of State's office,
13  and these machines, that is the point at which the
14  vote is stolen at the transfer points.

15       That's what you're watching, those packets
16  moving is what -- is -- is that's realtime
17  documentation of the theft of the vote from inside
18  this country.  And then the number is the last
19  column, those documents exactly the numbers of
20  votes it shows.  And some of the cases, Antrim
21  County where the vote was stolen, and exactly the
22  vote stolen at the exact timestamp of when they
23  were stolen.

24       MIKE LINDELL:  Right.

25       MARY FANNING:  And the number stolen at

1   that point.

2        MIKE LINDELL:  So, Mary, so what you're

3   saying now is -- and this is what -- what I

4   already know, but I actually am learning a lot

5   here as we go, what you're saying, every one of

6   these lines -- let's say we did take Antrim

7   County, and we took that, we could pull out the

8   timestamps for that county, and we can show the

9   lines -- the country that did it, we can show a

10  line for every single hack or attack that we had

11  in this election?

12       MARY FANNING:  That's right.

13       MIKE LINDELL:  Wow.

14       MARY FANNING:  So what you're watching is

15  those objects moving are the actual files --

16       MIKE LINDELL:  Right.

17       MARY FANNING:  -- that are being received

18  and sent.

19       MIKE LINDELL:  These are the (inaudible) --

20       (Talking simultaneously.)

21       MIKE LINDELL:  -- these are the squares --

22       MARY FANNING:  And every one of these --

23       MIKE LINDELL:  -- here that are -- that are

24  being sent.

25       So everybody out there, what you're looking

1    at -- I mean, this is the proof.  So if any -- if
2    like Antrim County, that case is still open, you
3    just go here you go.  Now you know who did it, how
4    many votes flipped, when they did it, what time
5    they did it, the computer it came from, the
6    country that attacked us.
7         I mean, this is -- this is what I have been
8    excited about, and I only seen one -- you know,
9    Mary, I've only seen one little line of that,
10   which showed the IP address that -- you know, all
11   that stuff that you're showing us.
12        When I found out that you --
13        MARY FANNING:  Right.
14        MIKE LINDELL:  -- had it for every -- or
15   that we had it -- with -- all these people had
16   this, for every single vote that -- every single
17   attack, and whether it was successful or not.
18        Look at right now, we've got up on the
19   screen, Georgia is just getting attacked.  It was
20   just getting attacked up here at that moment in
21   time.  And I -- and I suppose, you know, they know
22   what they're doing, they -- they did the biggest
23   attack right here.
24        Look it, everybody, Georgia and Michigan,
25   getting bombarded.  They -- my guess is, that was

1    probably like 3:00 or 4:00 in the morning when

2    they really needed them votes to be flipped.

3         Mary, this is incredible.

4         MARY FANNING:  Yes.  Because there is proof

5    positive, there's documentation, of all the

6    foreign interference into our election showing

7    exactly who stole the vote, how they stole the

8    vote, from which computers, access to our

9    election, to which computers they went into.

10        So understand that cybersecurity experts

11   that work for this country, put all this in place

12   before the election even started to make sure that

13   they caught all of this information so that

14   foreign adversaries were not deciding our

15   elections.

16        MIKE LINDELL:  Absolutely.  And what a

17   blessing that they were there for us to catch all

18   this and to get all this put together.  And even

19   to have these, you know, to be proactive -- they

20   were proactive, everybody.  And this is -- what a

21   blessing this is, because we came this close to

22   never knowing.  And this is actually a miracle

23   that we have all this, Mary.  And this is amazing.

24        And now we have with us General McInerney,

25   who is going to give us a prospectus on what we

1    just seen.

2         General, thanks for coming on.

3         GENERAL MCINERNEY:  Well, thank you, Mike.

4    And thanks for what you're doing for this great

5    nation.  This is vitally important.  You have just

6    seen the most massive cyber warfare attack in the

7    history of mankind.

8         Now, the founding Fathers did not know

9    anything about cyber warfare, but we do.  And

10   that's the important thing.  You have seen just

11   how it was orchestrated against our election

12   system.

13        And I took an oath of office 60-some years

14   ago as a (inaudible) on the plains of West Point

15   to support and defend the Constitution of the

16   United States against all enemies, foreign and

17   domestic.

18        We now are seeing the largest domestic

19   enemy we have in our history.  And people must

20   understand that.

21        What happened?  You spelled it out.  It was

22   driven by China.  And they used a system that we

23   have had -- because only that system could

24   modulate and coordinate the many simultaneous

25   attacks that they used against us.

1        And why this is so important is, because

2    our military, which I spent 35 years in the Air

3    Force, and ended up as the number three in the air

4    staff, as well as heading up Vice President Gore's

5    reinventing government for the entire Department

6    of Defense, those two jobs simultaneously; we now

7    are faced with something our military has never

8    seen before, nor have the American people.

9        We are going against globalists who are not

10   interested in America.  They are interested in us

11   becoming a socialist communist state.  They talk

12   about progressivism, but progressivism is just the

13   front door to communism.  They want a global

14   communist world.

15       And you must understand that, America; it's

16   so important.  And it's so important that

17   President Trump, who won 79 million votes in the

18   election, to 68 million for Biden, because we

19   have -- and you have seen those exact numbers, he

20   dominated.

21       It was an awesome victory.  And yet, they

22   turned it around -- foreigners, and we have not

23   had one audit.  This is the closest thing to an

24   audit that has been conducted in America on this

25   important election.

1        The American people must understand what we
2   are facing today, and that's why all of us here
3   that you're seeing in this program are so focused.
4   (Inaudible) I could not understand was, that the
5   legislatures, the judicial and the executive,
6   meaning the FBI, the Department of Justice, the
7   intelligence community, have failed us with deep
8   staters.  They did not report this.
9        This was the most massive cyber warfare
10  attack, so (inaudible) did Cyber Command, did the
11  National Security Agency, did the CIA, did the
12  Department of Justice, the FBI, report this?  No.
13       MIKE LINDELL:  Well, General, to -- to put
14  this in perspective then, here -- I'm 100 percent
15  that this was the biggest cyber attack in the
16  world -- in world history, correct?
17       GENERAL MCINERNEY:  That's correct.
18       MIKE LINDELL:  Wow.  Well, thank you.  And
19  we're going to see -- it's going to -- I was
20  telling everyone, General, when this all --
21  when -- when this is all revealed, we're going to
22  be -- it's going to be a great uniter of all
23  people in our country, and we're going to be in
24  the greatest revival ever to bring our country
25  back to one nation under God.  Thank you.

133

1          GENERAL MCINERNEY:  Well, God bless you for

2     what you're doing, Mike.  Thank you very much.

3          MIKE LINDELL:  Yep.  Thank you, General.

4          And now we have Terry Turchie.  He's the

5     former Deputy Assistant Director of

6     Counterterrorism Division of the FBI.  And you

7     know, Terry, welcome to the show.

8          TERRY TURCHIE:  Thanks, Mike.

9          MIKE LINDELL:  And we've -- we've just

10    shown everybody in the world 100 percent evidence

11    that this was an attack on our country, and is

12    still under attack by China and other countries,

13    through the use of these machines used in our

14    election.

15          I want to ask you, you know, where was the

16    FBI -- people out there went, where's the FBI or

17    the DOJ during this whole time these last months?

18          TERRY TURCHIE:  Sure.  Well, you know, a

19    lot of former FBI agents are asking that, too, as

20    well, Mike.  They're asking, where's the FBI been?

21    They're responsible and accountable for trying to

22    protect the country.  That's what our

23    counterintelligence money is all about.  That's

24    what our counterintelligence division is all

25    about.

1        And yet, the question of where were they

2   and where are they, I think probably can best be

3   explained like this:  The FBI is most likely been

4   as compromised as the Democratic party and the

5   rest of the government.  They simply didn't do the

6   job.

7        If they had done the job, all that you just

8   showed in this program would have unfolded inside

9   of a courtroom.  And that's exactly what we should

10  be doing right now, we should be talking about the

11  penetration of the United States government and

12  government agencies --

13       MIKE LINDELL:  What we've shown here, too,

14  is this -- this is all people.  This has been --

15  you know, what we have shown today, this is

16  another country taking our country.

17       I don't care if you're a Democrat or a

18  Republican, we are one nation under God.  And to

19  see what -- I mean, I -- I guess I'm very happy

20  now that it's all going to get out to the country

21  and everything is going to get out.

22       And like I said before, during this show,

23  there's been nine Supreme Court justices out there

24  now watching this show and saying:  Wow, 100

25  percent, this was an attack and we are still under

1  attack by other countries, including China,

2  leading the way.

3       And they're -- they -- you know, they

4  fraudulently stole our election, and we have to --

5  I -- and -- and then to see that -- how this could

6  happen with the FBI and the DOJ, these people that

7  were supposed to protect our country, including

8  the Supreme Court.

9       If you were still in the FBI, I guess, what

10  would you -- what you be doing right now when you

11  see all this 100 percent proof here that this

12  happened, what -- if you -- and the FBI now,

13  what -- if they're out there, shouldn't they be

14  doing something now that this is out -- out in the

15  open?

16       TERRY TURCHIE:  We -- we would be launching

17  a major investigation of cyber activities.

18       MIKE LINDELL:  These attacks -- the people

19  that -- you know, from China and on down, that --

20  who did it, they're very good at trying to bury

21  everything, to bury these deviations that came up,

22  and then everything opened up, where everybody

23  knows that this was stole, but now we know how and

24  why.

25       So --

1      TERRY TURCHIE:  Well, certainly.  And the

2   purpose of an intelligence operation of this

3   magnitude, whether it's this magnitude or even

4   smaller, is to -- is to conceal itself, and to be

5   so hard to figure out that by the time you get to

6   the conclusion, it's too late.

7      MIKE LINDELL:  Right.

8      TERRY TURCHIE:  And that's why it's very

9   concerning that the FBI -- that already knows and

10  has the foundation of the China threat, well in

11  its grasp, would try to write-off or just not seem

12  to understand --

13     MIKE LINDELL:  Right.

14     TERRY TURCHIE:  -- how this would have been

15  the next -- next logical step for them.

16     MIKE LINDELL:  Right.  Well, they weren't

17  very --

18     (Talking simultaneously.)

19     TERRY TURCHIE:  (Inaudible) --

20     MIKE LINDELL:  They weren't proactive, but

21  at least now we're -- you know, we got -- we're

22  going to be reactive.  And -- and we got to be

23  reactive first, and then we got to be proactive

24  for the future that when this all manifests out, I

25  have said it before that this is going to manifest

1    into the greatest revival ever.  It's going to

2    unite our country, not divide us.  It's going to

3    be the great uniting, and we will once again be

4    one nation under God.

5          Thanks, Terry, for coming on.  And God

6    bless.  And -- and thanks for all you've done, and

7    what you continue to do for our country.

8          TERRY TURCHIE:  You, too, Mike.  Thanks for

9    having me.

10         MIKE LINDELL:  Thank you.  Now, you've all

11   seen absolute proof of the biggest cyber attack in

12   history.

13         We -- right now it's a takeover of our

14   country.  We all see it happening and now you see

15   the proof of where it came from and what happened.

16   We all need to go out now, each and every one of

17   you, and tell your friends, family, people, your

18   social media, spread this out everywhere, and to

19   show that they all need to watch this.  And they

20   all need to know the truth.

21         And pretty soon everyone is going to see

22   this, including nine Supreme Court justices.

23   You're all they're watching, all nine of you, and

24   you know what?  I don't know what you can do, but

25   I know you're there to protect our country.  And

138

1   everything has a precedence.  Everything going
2   on -- this happened then, so we got to base it on
3   that.
4         This is the precedence.  What's going on
5   now, what's going to happen now, is going to
6   change the course of our world and our country
7   forever.
8         I've been getting calls from world leaders;
9   you know, they're looking at us, what's going to
10  happen over here?
11        Ronald Reagan once said, America is the
12  shining city on the hill whose beacon light guides
13  freedom-loving people everywhere.  If the lights
14  go out here, the lights go out everywhere.
15        I want to say that God has had his hand in
16  all of this.  This has been on God's timing.  And
17  when we get through all this, we will once again
18  be one nation under God.
19        (End of the recording.)
20
21
22
23
24
25

139

```
 1              C E R T I F I C A T E

 2

 3              I, Jackie MENTECKY, do hereby certify that

 4    I was authorized to transcribe the foregoing recorded

 5    proceeding, and that the transcript is a true and

 6    accurate transcription of my shorthand notes to the best

 7    of my ability taken while listening to the provided

 8    recording.

 9

10    Dated this 29th day of December, 2020.

11

12

13

14

15              _____

16                    Jackie MENTECKY

17

18

19

20

21

22

23

24

25
```