# Exhibit 393

```
 1
 2
 3
 4
 5
 6
 7  4/4/2021 "Scientific Proof" with Mike Lindell (3 parts)
 8                            Pt. 1
 9
10
11
12
13
14
15
16  https://app.criticalmention.com/app/#clip/view/cc4132
    79-f89b-4782-8c2a-bf49f142b45f?token=d01c5f60-581f-46
17  64-b4ad-0a738ec4f5cb
18
19
20
21
22
23
24
25
```

1              (00:28)
2              MIKE LINDELL:  Hello, everyone.  As you know,
3  we've been filming a new documentary this week, and it's
4  going to come out in a week or so.  But when I was
5  interviewing everyone, Dr. Douglas G. Frank here has
6  more stuff than you can even put into a ten-hour
7  documentary.  So what I wanted to do was a separate one
8  here.  This is so important to our country I wanted to
9  get this one out right away.
10             So we're going to have an hour interview
11 here with Dr. Frank, and welcome.  I mean, what you
12 showed me before I want everybody to see in this
13 hour.  I want to say how we met.  It was like a
14 divine appointment here.  I actually met a gal that
15 was running for Congress in Pennsylvania.  I met her
16 in DC, a random in January, and she said that she had
17 won, and then all of a sudden I woke up on
18 December 4th and I lost, and she knew that there was
19 something terribly lost.
20             She basically went door to door.  She did
21 her own investigation, and she proved, you know,
22 herself.  She goes yes, it was cheated.  She didn't
23 really know how, so she went out and got ahold of
24 different people to help her with this, and one of
25 them was Dr. Frank.

1          When I was doing this documentary she said
2   well, you need to see what he has.  It was amazing.
3   So let's get into it.  What's your background, tell
4   everybody.
5          DR. DOUGLAS G. FRANK:  I'm a Ph.D. scientist.
6   I've been doing science for about 40 years aggressively,
7   got about 60 scientific publications.
8          MIKE LINDELL:  Right.
9          DR. DOUGLAS G. FRANK:  Some of them are cover
10  articles and invited articles because I happened to make
11  a pretty good discovery once back in the early '90s.  I
12  left academics in 1996, and ever since then I've been
13  teaching at a special cool for extraordinarily gifted
14  kids as well as working on new inventions and analyzing
15  election data lately.
16         MIKE LINDELL:  Right, right. Over qualified,
17  everybody.  But what you're going to see just speaks for
18  itself.  For him to even get in and figure out the
19  algorithms and then to have absolute proof.
20         What we have over here, what you're going
21  to see when this is down, when I showed you in
22  Absolute Proof, the first documentary we did with all
23  the cyber attack in our country, who did it, when
24  they did it, why they did it.  We know the IP
25  addresses, the IDs of the computers, everything.  Now

1  you're going to see that this was nationwide, and
2  these two come together and it absolutely fits like a
3  glove.  So why don't we just get right into it.  What
4  do you have?
5          DR. DOUGLAS G. FRANK:  I found where the
6  algorithms that control how many registrations and how
7  many ballots you need in every county to control an E
8  election.  That's what I figured out.
9          MIKE LINDELL:  Right.
10         DR. DOUGLAS G. FRANK:  And it's widespread.
11 It's in every state that I've checked so far in
12 magnificent parts per million detail, so I know it's not
13 an accident.
14         MIKE LINDELL:  Right.
15         DR. DOUGLAS G. FRANK:  It has to be done by an
16 algorithm.
17         MIKE LINDELL:  It could not be done by humans.
18         DR. DOUGLAS G. FRANK:  It could not be done.
19         MIKE LINDELL:  I want everybody to know that.
20         DR. DOUGLAS G. FRANK:  Yes.
21         MIKE LINDELL:  What you're going to see is
22 impossible to be done by humans.  It had to be done by
23 machines, i.e. computers.
24         DR. DOUGLAS G. FRANK:  Absolutely.
25         MIKE LINDELL:  And they had to be online?

```
 1                DR. DOUGLAS G. FRANK:  Absolutely, the whole
 2   time, beforehand, during and after.
 3                MIKE LINDELL:  Before, during and after.
 4                DR. DOUGLAS G. FRANK:  Yes.
 5                MIKE LINDELL:  In other words you have to plan
 6   the attacks?
 7                DR. DOUGLAS G. FRANK:  Yep.
 8                MIKE LINDELL:  You have to plan the
 9   algorithms?
10                DR. DOUGLAS G. FRANK:  Yep.
11                MIKE LINDELL:  Input them?
12                DR. DOUGLAS G. FRANK:  Yep.
13                MIKE LINDELL:  Then it has to be online
14   during?
15                DR. DOUGLAS G. FRANK:  Yep, it does.
16                MIKE LINDELL:  And then afterwards what, they
17   check your work?
18                DR. DOUGLAS G. FRANK:  Clean up the mistakes.
19                MIKE LINDELL:  Clean up the mistakes.
20                DR. DOUGLAS G. FRANK:  Because computers are
21   stupid.  They can't do anything themselves.  You have to
22   tell them everything, and what you tell them is a set of
23   instructions.  That's called an algorithm.  It's just
24   like a recipe.
25                MIKE LINDELL:  Right.
```

1         DR. DOUGLAS G. FRANK:  A recipe is a set of
2  instructions.
3         MIKE LINDELL:  Right.
4         DR. DOUGLAS G. FRANK:  And so don't be afraid
5  of that word.
6         MIKE LINDELL:  Right, right.
7         DR. DOUGLAS G. FRANK:  The first thing you
8  need to understand about the way the elections are
9  managed is they have what they call a registration
10 database.  This is for every precinct, every county in
11 the country they have one of these, and each one --
12        MIKE LINDELL:  Did everybody get this?
13        DR. DOUGLAS G. FRANK:  In most states you can
14 download these for free, but in some states they're
15 expensive.  You have to download them, but politicians
16 use them all the time because they tell them every
17 person in the district, and it also tells their voting
18 history, is this a Republican, is this a Democrat, do
19 they usually vote, do they not vote.
20        MIKE LINDELL:  Right, right, right.
21        DR. DOUGLAS G. FRANK:  Because if you're a
22 Republican, why would you go knock on a Republican's
23 door who you know is already going to vote for you
24 anyway.
25        MIKE LINDELL:  Right, right.

1         DR. DOUGLAS G. FRANK:  You're looking for the
2  people who don't usually come out, go knock on those
3  doors.
4         MIKE LINDELL:  Right, right.  So why is this
5  significant here?
6         DR. DOUGLAS G. FRANK:  Well, this is
7  significant because this shows you, I mean, if you have
8  access to this, which basically everybody does, you'll
9  notice that this person here votes a lot and they're a
10 Republican, but this person hardly ever votes and only
11 every once in awhile.
12        MIKE LINDELL:  This one down here hardly never
13 voted.
14        DR. DOUGLAS G. FRANK:  Yes.
15        MIKE LINDELL:  They only voted once here.
16 What's that?
17        DR. DOUGLAS G. FRANK:  This is the
18 November 3rd election here, this last column.
19        MIKE LINDELL:  So the only time in his life he
20 voted was right here?
21        DR. DOUGLAS G. FRANK:  Exactly.  And there are
22 a lot of those, too many of those this time around.
23        MIKE LINDELL:  Right.
24        DR. DOUGLAS G. FRANK:  But I don't think
25 that's an accident.  I don't even think they're real.

1         MIKE LINDELL:  Right.
2         DR. DOUGLAS G. FRANK:  So when we were
3  originally starting this work, we actually went out and
4  knocked on doors --
5         MIKE LINDELL:  To find out if a person like
6  this was real.
7         DR. DOUGLAS G. FRANK:  Yes.
8         MIKE LINDELL:  Were they real?
9         DR. DOUGLAS G. FRANK:  We predicted -- we went
10 to 1,600 houses knocking on doors.
11        MIKE LINDELL:  Right.
12        DR. DOUGLAS G. FRANK:  Trained a whole bunch
13 of volunteers.  It took about four days.
14        MIKE LINDELL:  Right.
15        DR. DOUGLAS G. FRANK:  They found -- we
16 predicted that we'd find about 30 percent of the houses
17 we knocked on would have been at least one phantom
18 voter.  What that means is it says on the roll that John
19 Smith lives at this address and that John Smith voted.
20 But then you go knock on the door and no John Smith
21 lives there.
22        MIKE LINDELL:  Right, right.
23        DR. DOUGLAS G. FRANK:  So wait a minute.
24 That's a phantom voter.
25        MIKE LINDELL:  So this raised a flag?

```
 1                DR. DOUGLAS G. FRANK:  Yep.
 2                MIKE LINDELL:  And then you said well, I'm
 3   going to go out just to make sure I'm not going down a
 4   bad path.  Let's find out if these people exist or not.
 5                DR. DOUGLAS G. FRANK:  Right, exactly.
 6                MIKE LINDELL:  Your theory, though, proved
 7   right.  A 30 percent did not exist.
 8                DR. DOUGLAS G. FRANK:  Thirty-two.
 9                MIKE LINDELL:  Thirty-two?
10                DR. DOUGLAS G. FRANK:  But we predicted 31 to
11   32, so that's really good, so this is not just
12   theoretical.
13                MIKE LINDELL:  So that made you go I'm going
14   all in.  I'm going to look at this.
15                DR. DOUGLAS G. FRANK:  Absolutely.
16   Absolutely.  In every precinct you can show too.  Like,
17   for example, in this precinct this is by age.  I'm
18   sorry, this is by age and how many people in this
19   particular precinct.  This just happens to be one from
20   Ohio.  You'll notice that this is the number of people
21   that are registered by age, the blue curve, and then
22   this is the number of ballots you have by age.  So if
23   you needed some more ballots because you wanted to swing
24   one of the down ballots elections, like there was some
25   judge you wanted to win, you just have to go along and
```

1  find out well, gee, I've got a few more voters here.
2  Let's go look and see who never votes and let's print
3  them out and turn it in.
4            MIKE LINDELL:  Right.
5            DR. DOUGLAS G. FRANK:  It's a really simple
6  thing, so that's an algorithm.
7            MIKE LINDELL:  Right.
8            DR. DOUGLAS G. FRANK:  Find the people that
9  never vote, print ballots.  They don't even know.  So
10 the only way to know, the only way to know during an
11 election whether it's valid or not is to actually
12 confirm every mail-in ballot.  Mr. John Smith, does he
13 really live here?  Did he really vote that ballot.
14           MIKE LINDELL:  Right.  So all these matching
15 and stuff.
16           DR. DOUGLAS G. FRANK:  Yeah.
17           MIKE LINDELL:  You showed me before we had a
18 chart where they're taking the data.
19           DR. DOUGLAS G. FRANK:  Yes.
20           MIKE LINDELL:  Can you show us what the
21 machines did?
22           DR. DOUGLAS G. FRANK:  The fun this about this
23 by the way too, Mike, that I just love about it is
24 you've done some really excellent forensic work on the
25 one side of the --

```
 1              MIKE LINDELL:  Talking about Absolute Proof,
 2   the documentary we did where we have the spy ware and
 3   these American heroes that were whistleblowers and stuff
 4   that were there and that worked for the government and
 5   stuff, former and present, that were there and they were
 6   taking these footprints, these cyber footprints the
 7   night of the election -- actually from November 1st to
 8   the 5th, and we have all the IP addresses, the IDs of
 9   the computers, we have all these of the attacks.  When I
10   heard what you're going to see here, it's just so
11   amazing.
12              DR. DOUGLAS G. FRANK:  I was on the edge of my
13   seat watching that.
14              MIKE LINDELL:  And you had no idea.  Your work
15   was done and you're going wow, now you know who did it,
16   right?
17              DR. DOUGLAS G. FRANK:  Exactly.  But the thing
18   it is you're showing the incursions into the machines.
19              MIKE LINDELL:  Right.
20              DR. DOUGLAS G. FRANK:  But what do they do
21   when they're there?  They have to know what to do.
22   That's what that algorithm is telling them what to do.
23              MIKE LINDELL:  Let's see what you've got.
24              DR. DOUGLAS G. FRANK:  Everything here anybody
25   can do.  You can download it and confirm.  So here's the
```

```
 1   population.  This is downloaded from the census.  You
 2   see the millenniums and the baby boomers.
 3           MIKE LINDELL:  What this is, this is just a
 4   graph of Hamilton County and the age group of each one
 5   on the graph.
 6           DR. DOUGLAS G. FRANK:  Yep.
 7           MIKE LINDELL:  So there's 11,000 people around
 8   60 years of age.
 9           DR. DOUGLAS G. FRANK:  Yep, exactly.  This
10   curve, this black curve is from that database that I
11   showed you a minute ago.  This is how many people of
12   this age are registered.
13           MIKE LINDELL:  Okay.  Now, that's impossible,
14   correct?  Everybody registered, and then there's a
15   little line here where there's more people registered
16   than there are population.
17           DR. DOUGLAS G. FRANK:  How interesting.
18           MIKE LINDELL:  Yeah.
19           DR. DOUGLAS G. FRANK:  And a little bit over
20   here, too.
21           MIKE LINDELL:  Right.
22           DR. DOUGLAS G. FRANK:  But still, when I've
23   shown this to political experts, they're all saying
24   Doug, no, no, no, it can't be that much.  It's supposed
25   to be about 80 percent.  No, this is like 95 percent, so
```

1  that's the first --
2            MIKE LINDELL:  That raised a flag with you.
3            DR. DOUGLAS G. FRANK:  That's the first red
4  flag.  That doesn't make sense.  The red curve here from
5  the same voter database, these are the people who turned
6  in ballots.
7            MIKE LINDELL:  Right.
8            DR. DOUGLAS G. FRANK:  And notice I didn't
9  call them real voters because I don't think a lot of
10 them are.
11           MIKE LINDELL:  Don't think they aren't.  You
12 know they aren't.
13           DR. DOUGLAS G. FRANK:  I know they aren't.  If
14 I'm a scientist going into it I didn't know, but now I
15 know.
16           MIKE LINDELL:  Right, right.  Let's make that
17 clear.  There's no room.  This is one hundred percent we
18 know machines did this.  So what we have here --
19           DR. DOUGLAS G. FRANK:  Yes.
20           MIKE LINDELL:  You showed me before, this
21 notice that the ballots turned --
22           (End of excerpts at 9:46.)
23
24
25

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4            I, Charlotte Crandall, certify that I was
 5   authorized to and did transcribe the foregoing audio
 6   recorded proceedings and that the transcript is a
 7   true and complete record of my stenographic notes
 8   from an audio recording and was transcribed to the
 9   best of my ability.
10
11            Dated this 18th day of June, 2021.
12
13
14
15
16
17                      _____
                        Charlotte Crandall
18                      Registered Professional Reporter
19
20
21
22
23
24
25
```