# Exhibit 396

OAN

```
 1
 2
 3
 4
 5
 6            Absolute Interference (Mike Lindell 2021)
 7
                              Pt. 1
 8
 9
10
11   https://app.criticalmention.com/app/#clip/view/42d661
     fe-4711-43db-aafc-08988e6aa4b7?token=740123d8-c29e-45
12   56-8b4d-8f8401d86700
13
14
15
16
17
18
19
20
21
22
23
24
25            ANNOUNCER:   WVW Broadcast Network is pleased
```

1  to present the Mike Lindell docu movie, Absolute
2  Interference, scientific and national intelligence proof
3  that enemies, foreign and domestic, used computers to
4  hack the 2020 election.  The Mike Lindell docu movie
5  Absolute Proof was seen by 70 million in the first four
6  days, and 150 million in the first four weeks.  Mike
7  Lindell has absolute proof that the largest cyber crime
8  in world history occurred through absolute interference.
9  And now here is your host, Mike Lindell.
10             MIKE LINDELL:  Hello everyone.  This last time
11 I was in this studio we were filming Absolute Proof.  I
12 want to give you an update on that.  It has not been
13 seen by over 150 million people around the world.  And
14 when that launched, I want to bring you up to date on
15 that.  All the way up to February 5th, all the way up to
16 the 4th I gave everyone, all the media my phone number,
17 my direct phone number, not using any PR firm.  I like
18 to talk to them direct, and these are all your media
19 from CNNs to your Foxes to the New York Times, the
20 Washington Post, all of them, USA Today, ABC, NBC, CBS.
21 They all have my direct number.
22             Well, up until the 4th, every single day
23 from morning till night they called up, hey, Mike,
24 you lost your Twitter, you lost My Pillow's Twitter,
25 they're boycotting you, your retailers are leaving.

1  All these things, and I kept then telling them you
2  know what -- and the reason they're doing that is
3  because I have proof, a hundred percent proof that
4  our country was attacked by China, by Communism
5  coming in, this foreign interference to our elections
6  through the machines, Dominion, Smartmatic ES and S,
7  all of them.  So every day they're mocking me in the
8  news, they're mocking me on late night TV, Jimmy
9  Kimble (sic) he was great, you know, making fun of
10 the evidence, you know, it's conspiracy, conspiracy.
11 Mike Lindell's nuts, all these things.
12            Well, I kept telling them on February 5th
13 we're going to launch.  We're going to show you all
14 the evidence in this documentary called Absolute
15 Proof.  I told all the media that.  Well, here's what
16 came.  On February 5th when I left the studio that
17 morning and this launched at 9:00 a.m. on
18 February 5th, here's what happened.  First of all,
19 crickets.  No media called me, they didn't call, they
20 didn't write, nothing.  But here's what did happen.
21 This started -- it opened up.  Vimeo took it down,
22 You Tube took it down.  This is within the first
23 couple hours.  50,000 people a minute were watching
24 in to come in and see this evidence.  50 ,000 a
25 people a minute.  Then it goes up on Facebook, and

1  what does Facebook do?  They put a sign over it that
2  says contains nudity and profanity.  They did this
3  attack on this evidence, and none of them out there
4  said oh, this isn't true or this isn't true.  They
5  just completely didn't show it.  They don't talk
6  about it, but we all seen it.  Every one of you out
7  there seen it.
8         What we're doing tonight, we have another
9  two-hour documentary here, and this is going to show
10 so far what we did.  We value what you seen before,
11 the cyber attack, the IP addresses, the IDs of the
12 computers.  But tonight I, for the first time, am
13 going to see stuff that I've heard is the most
14 amazing evidence to add on to what we already have,
15 the hundred percent proof times two.  It's going to
16 be a great, great, great two hours and I can't wait
17 to get started.
18         Hello everyone.  Well, now we have General
19 Mike Flynn, a hero in our country, another divine
20 appointment where I actually met him in January for
21 the first time.  And, you know, as you all know I got
22 my evidence, I got the first piece of evidence, that
23 new evidence on January 9th where I went all in
24 against these machines and this foreign take over and
25 everything we had in Absolute Proof.  And now here in

1   this one I wanted the General to come in because he
2   knows a lot more, and it started a lot earlier for
3   you.
4            GENERAL FLYNN:  Yeah, yeah.
5            MIKE LINDELL:  Thanks for being here.
6            GENERAL FLYNN:  Mike, thanks for having me.
7   And Absolute Proof or Absolute Truth was an unbelievable
8   show that came up at the right time.  And what I would
9   just offer on foreign interference, foreign interference
10  in U.S. elections goes all the way back to the founding
11  of our country.  Without belaboring all the history of
12  it, one of the things that we learned right after the 3
13  November election, we had this individual who was
14  participated in the Venezuela election.  This is where
15  the Dominion machines first popped up.
16           MIKE LINDELL:  That was with Smartmatic,
17  right?
18           GENERAL FLYNN:  That's right.
19           MIKE LINDELL:  The birth of the machines,
20  everybody.
21           GENERAL FLYNN:  And we'll talk about the
22  different machines that are used.  Dominion, Hart is
23  another one, ES and S is another one, but these machines
24  that we have applied to our election system in our
25  country.  So what we have is we had this individual, and

1  we knew all of this before we met and before we started
2  to talk about all this.  We're following not just the
3  foreign side of it, but how are they working with people
4  inside of our own system too, inside of the election
5  process in the various counties.
6           MIKE LINDELL:  So the cheating over the
7  decades and centuries that's gone on in our election
8  just graduated now to where it's high tech.
9           GENERAL FLYNN:  It's high tech.  So what we
10 always had is we always had pressure from foreign
11 influences, from foreign interference from different
12 countries.  Back in the beginning of this country it was
13 Great Britain and France.  It's just migrated to
14 countries like China, Russia, Iran, Venezuela, North
15 Korea, and these are all countries that have had some
16 play in our election processes for probably for the last
17 decade.  We've migrated from people going in and voting
18 by raising their hands to paper ballots.  Now we're into
19 the 21st Century, and we have these machines.
20          SPEAKER:  This inspired Brown and the
21 organizers s of this year's defcon hacking conference to
22 collect over 30 pieces of voting related equipment
23 including voting machines and a mock election office and
24 tell a group of hackers to try any means necessary to
25 break into and reverse engineer them, and it didn't take

1  long.  Several were compromised within the first hour
2  and a half.
3          SPEAKER:  So if you're a voter in America,
4  we're likely hacking a machine that you vote on.
5  There's a few dozen of these machines and also
6  electronic poll books.  In some states people check in
7  on an electronic device as opposed to a paper book.
8          SPEAKER:  Do you think that nation states real
9  criminals already have an idea of some of the
10 vulnerabilities that are being the discovered today?
11         SPEAKER:  Absolutely.  It's all documented in
12 public documents.  It's not hiding anywhere.  You can go
13 actually the secretary of state websites and download
14 and learn hundreds and hundreds of vulnerabilities.
15         SPEAKER:  By the end of the weekend all of the
16 available machines had been hacked successfully.
17         SPEAKER:  Do you believe that right now we are
18 in a position where the 2020 election will be hacked?
19         SPEAKER:  Oh, without question.  I mean, the
20 2020 election will be hacked no matter what we do, even
21 if we're more successful than I even think we could be
22 in securing our elections.
23         GENERAL FLYNN:  And these machines, what we do
24 know, one of the things that we do know for certain is
25 that the machines are connected to the internet, and

1   most people, most people in this country, when you go in
2   to vote, in fact, I believe everything that we
3   discovered, none of those machines are supposed to be
4   connected to the internet, none of them.  You're
5   supposed to go in, take your piece of paper, put it in
6   there.  You know, you vote and it's counted and it's a
7   legitimate free, fair and transparent count.  And what
8   we've learned is because they're connected to the
9   internet we have all these paths, these electronic
10  pathways or these electronic roads that lead from that
11  machine where that individual voted, where a U.S.
12  citizen voted, and it goes back into these IP addresses.
13  And all an IP address is, it's like a roadway, it's an
14  electronic highway and it goes back into another
15  country.
16              MIKE LINDELL:  Right.
17              GENERAL FLYNN:  It goes back into, we know,
18  because the FBI and the cyber arm of the Department of
19  Homeland Security, SISA, which some people learned about
20  during the postelection process, they basically gave
21  alerts out on I think it was the 28th of October prior
22  to the election, and on the election day, the 3rd of
23  November, and they alerted us that Iran was interfering
24  in our election.  On those two days alone, one was a
25  couple of days prior, and one was on the day of the

1  election.  So our FBI and SISA, the cyber arm of the
2  Department of Home land Security, yeah, they gave out
3  these alerts and they said hey, Iran is interfering in
4  our election process.  Most people don't know that.
5           MIKE LINDELL:  Because they could see the
6  cyber attack.
7           GENERAL FLYNN:  Yeah.  They can see the
8  actual, you know, the actual digital fingerprint or
9  digital footprint, if you will.
10          MIKE LINDELL:  That's that spyware we talked
11 about in Absolute Proof.
12          GENERAL FLYNN:  Exactly.  Exactly.
13          MIKE LINDELL:  And one of the things, too, and
14 then we found out about in Absolute Proof like 60
15 percent of the attacks came from China, the IP address.
16          GENERAL FLYNN:  Yeah.  So when you start to
17 talk about the foreign interference, now what you have
18 to understand is who are these groups of countries that
19 are working together to interfere in our elections.
20 They do not do it one off.  Like Iran is not on its own
21 doing it, Russia is not on its own doing it, Venezuela
22 is not on its own and neither is China.  The big sort of
23 gorilla in the room is China.
24          SPEAKER:  Many have concerns about voting
25 systems with remote access software, and I think we want

1   to make sure that companies no longer sell voting
2   machines that have network capabilities.  We need also
3   to understand supply chains.  In December, 2019 a study
4   released by Interos, a supply chain monitoring company,
5   showed that one fifth or 20 percent of the components in
6   a popular voting machine came from China-based
7   companies.  Furthermore, close to two-thirds, or
8   actually 59 percent of suppliers within that machine's
9   supply chain had locations in either China or Russia.
10              GENERAL FLYNN:  China is clearly -- I mean,
11  everything that we've learned about the ownership of
12  some of these machines  --
13              (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4         I, Charlotte Crandall, certify that I was
 5   authorized to and did transcribe the foregoing audio
 6   recorded proceedings and that the transcript is a
 7   true and complete record of my stenographic notes
 8   from an audio recording and was transcribed to the
 9   best of my ability.
10
11         Dated this 12th day of July, 2021.
12
13
14
15
16
17                     _____
                       Charlotte Crandall
18                     Registered Professional Reporter
19
20
21
22
23
24
25
```