# Exhibit 397

```
 1
 2
 3
 4
 5
 6
 7      Absolute Interference (Mike Lindell 2021)
 8                         Pt. 2
 9
10        https://app.criticalmention.com/app/#clip/
        view/327aa327-de7b-466e-a897-aed8cb31524a?
11      token=740123d8-c29e-4556-8b4d-8f8401d86700
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            MIKE LINDELL:  The person said sir, we got
 2   them from the secretary of state's office.
 3            MICHAEL FLYNN:  Exactly.  Off there their Web
 4   site.
 5            MIKE LINDELL:  Off their Web site.  And then
 6   the President said well, when are you going to give us
 7   the right numbers, and he didn't answer, and the other
 8   person said we've been trying to get them for two
 9   months, and you finally get Brad Rasenperger or whatever
10   his name is, if I got him in a courtroom I'd say what
11   were the real numbers, Brad.  Why wouldn't you give the
12   President of the United States the real numbers.  I just
13   want no one out there living in fear anymore because
14   that's what they want.  They want us to all live in
15   fear, the socialism, communication --
16            MICHAEL FLYNN:  Big time.  Big time.
17            MIKE LINDELL:  Keep the fear up.  Don't live
18   in fear.  We're in the greatest -- I said it before.
19   These are the greatest times ever in history where we're
20   part of a thing, like you just said, those two paths we
21   can go.
22            MICHAEL FLYNN:  Yeah.  One is to continue on
23   and be a constitutional republic or another is we're
24   going to go the way of the wolves here.  We're going to
25   be a socialist, marxist country.
```

1     MIKE LINDELL:  And I believe we're going to be
2 taking the right path and it's going to be the greatest
3 revival ever.  I use Proverbs 3:56.  Trust in the Lord
4 with all your heart, lean not on your own
5 understandings, in all ways acknowledge him and he will
6 guide your paths.  And we are going down the right path,
7 and this is all going to open up, and it's going to be
8 the greatest uniting, I really believe that.
9     MICHAEL FLYNN:  I think at the end of this as
10 we go through the discovery of truth, which is really
11 all we want, that the American public are going to
12 realize just how great this country is.  Again, you
13 know, when people start to say that there's an awakeing
14 going on, there's an awakening as Mike highlights his
15 faith and the faith that we have in our system and in
16 each other, what we need to have is we need to have
17 faith in the institutions of our country, particularly
18 our federal government.  That faith in institutions of
19 our country has broken down, and it's broken down
20 primarily because of this election, and we cannot have
21 this in this country.  So in order for us to renew that
22 faith, the faith that we have in God almighty and the
23 faith that we have in the United States of America as a
24 great country, as the greatest country on the planet in
25 the history of the world we have to allow the truth to

1  come out.  And trust me, folks, the truth is going to
2  come out.  And I will say, and I forget the particular
3  date that he said it, but he gave a great statement, and
4  that was President Donald J. Trump while he was still in
5  office, he made a statement.  He said essentially if it
6  was a fair game, I'll be the first one to say I got it.
7  You know, I worked hard to win and I obviously didn't
8  win, but this wasn't a fair game.  It was not a fair
9  game.
10             MIKE LINDELL:  Right.
11             MICHAEL FLYNN:  And the evolution of our
12 election system with this machinery that exists in every
13 single, state paid for by U.S. taxpayers, and now
14 they're telling us that we can't look inside of these
15 things because of somebody's -- it's a proprietary
16 software.  Baloney.  No way in the world.  THIS doesn't
17 belong to Dominion, it doesn't belong to ES&S, it
18 doesn't belong to Hart.  It belongs to the American
19 citizenry of those particular states because guess what,
20 folks, you're paying for it, and federal dollars pay for
21 it.  And this voting act stuff I think they put out, I
22 think it's somewhere between three and $5 million spread
23 around the states to pay for some of these election
24 processes and systems, principly these machines.
25             A VOICE:  I was the chief technical advisor to

1  the secretary of state of the largest state in the
2  United States, and I was not allowed to look at the
3  software running in Debolt or any other vendor's voting
4  systems.  To this day I have not been allowed to look at
5  that software.
6             ANNOUNCER:  Software like this is installed in
7  more than 30 states.  If someone tampers with it or it
8  just malfunctions, then the wrong people can win
9  elections.  If that happens, hundreds of
10 representatives, judges and other officials may hold
11 offices they are not elected to.  Democrat or
12 Republican, it affects us all.
13            ANNOUNCER:  Suppose we didn't have any
14 computers at all, and when you went to vote the voting
15 booth was separated by a curtain and there was a guy
16 behind the curtain who would write down your votes.  So
17 you just dictate them, he writes them down, and when
18 you're done you leave without being able to look at the
19 ballot.  Most people in their right mind would not trust
20 this process.  The guy behind the curtain could be
21 incompetent, he could hear your votes wrong and record
22 them improperly, or it could be that he doesn't like
23 your political affiliation and would prefer to see your
24 votes cast for someone else.
25            In an electronic voting machine you don't

1  have a little guy inside the machine taking
2  dictation, but you have lots of people who are
3  involved in writing the software and lots of people
4  who could have touched the software before it went
5  into that machine.  If one of those people put
6  something malicious in the software and it's
7  distributed to all the machines, then that one person
8  could be responsible for the change of possibly tens
9  of thousands of votes, maybe even hundreds of
10 thousands across the country.  That's a very
11 dangerous situation.
12             ANNOUNCER:  You know, I began looking into
13 these voting machines, and one reason I was so curious
14 is because it's a secret how they work.  The companies
15 that make them keep it a secret.  None of the computer
16 scientists felt they could even look at the code because
17 the code was supposed to be a secret.  The certification
18 labs that examine it keep their process a secret of what
19 they do, and even the election officials who buy the
20 equipment are prohibited by their contract from ever
21 looking and seeing how it works.
22             MIKE LINDELL:  Now we have with us Dr. Douglas
23 G. Frank, and I want to tell a little bit of an
24 introduction here.  I met a gal that actually ran for
25 Congress in Pennsylvania, and she got completely cheated

```
 1  out of her race.  She was in the lead.  The machines did
 2  their flip, and she checked in.  She went precinct by
 3  precinct actually.  I got to become good friends with
 4  her, and I find out just before we were doing this
 5  documentary that she had also reached out to other
 6  people to get help and you were one of them, actually
 7  the main one, I think, that has dug into this.  And
 8  what's your background, Doctor?
 9          MICHAEL FLYNN:  I have a Ph.D. in surface
10  electric chemistry.  It's a fancy name, but it basically
11  means I like to study surfaces.  In my field, usually
12  there are lots of data coming in and you have to model
13  it.  So give me lots of data and you have to make
14  models, that sounds like an election to me.
15          MIKE LINDELL:  Absolutely.
16          DR. DOUGLAS G. FLYNN:  And so she asked me to
17  look at her results.
18          MIKE LINDELL:  So you would know deviations
19  and you would know the numbers?
20          DR. DOUGLAS G. FLYNN:  Absolutely.
21          MIKE LINDELL:  I deal with a lot of that too
22  daily in my business.
23          MICHAEL FLYNN:  Of course.
24          MIKE LINDELL:  Where you see these spikes or
25  whatever, and you wonder how did it happen.  It has to
```

```
 1  have a different input to get a different output, right?
 2             DR. DOUGLAS G. FLYNN:  That's right.
 3             MIKE LINDELL:  Well, why don't we dig into
 4  what you did then.
 5             DR. DOUGLAS G. FLYNN:  Sure.
 6             MIKE LINDELL:  So she reached out to you and
 7  said can you help me.
 8             DR. DOUGLAS G. FLYNN:  Yes, and I immediately
 9  saw some problems, and I began investigating those
10  problems in her data.
11             MIKE LINDELL:  Uh-huh.
12             DR. DOUGLAS G. FLYNN:  Sort of like a
13  physicist trying to figure out a phenomenon, and I
14  started studying those data, and after awhile I
15  uncovered the algorithm that's being used to control how
16  many registrations there are in a county and how many
17  ballots there are in a county.
18             MIKE LINDELL:  Uh-huh.
19             DR. DOUGLAS G. FLYNN:  And it's surprising.
20  And I figured that out in her county, and there's a
21  fascinating correlation with the national census.
22             MIKE LINDELL:  Okay.
23             DR. DOUGLAS G. FLYNN:  They're using the
24  national census to regulate that.  But anyway, you can
25  get to census county by county.  But anyway, I analyzed
```

```
 1  county.
 2           MIKE LINDELL:  Before we get started on that,
 3  what you found, I want everybody to know, this could
 4  only have been done through the internet or through
 5  machines; is that correct?
 6           DR. DOUGLAS G. FLYNN:  Oh, no question.
 7           MIKE LINDELL:  You could not have done this by
 8  hand or --
 9           DR. DOUGLAS G. FLYNN:  No, no.
10           MIKE LINDELL:  Had to be done through a
11  machine being online or being a hack coming in.
12           DR. DOUGLAS G. FLYNN:  Absolutely.  And there
13  were stages to it.  You have to prepare ahead of time.
14           MIKE LINDELL:  Right.
15           DR. DOUGLAS G. FLYNN:  You have to have access
16  during, and you have to have access afterwards.
17           MIKE LINDELL:  Did everybody hear that, all
18  three, access before, during and after.
19           DR. DOUGLAS G. FLYNN:  That's correct.  And by
20  the way, in Pennsylvania proved each of those.
21           MIKE LINDELL:  Okay.
22           DR. DOUGLAS G. FLYNN:  You could see.  We had
23  forensic evidence.
24           MIKE LINDELL:  Wow.
25           DR. DOUGLAS G. FLYNN:  In other words, this
```

1  isn't just some scientist geek having fun in his
2  laboratory hypothesizing something.
3              MIKE LINDELL:  Right, right.
4              DR. DOUGLAS G. FLYNN:  We actually went.
5              MIKE LINDELL:  You have absolute proof?
6              DR. DOUGLAS G. FLYNN:  Yes, we did.
7              MIKE LINDELL:  So you knocked on doors?
8              DR. DOUGLAS G. FLYNN:  1600 doors we knocked
9  on.
10             MIKE LINDELL:  To see if the people actually
11 existed.
12             DR. DOUGLAS G. FLYNN:  And they don't.
13             MIKE LINDELL:  They don't exist.  By the way,
14 everyone, I'm hearing this for the first time too, the
15 first time.  We've never talked about this.
16             DR. DOUGLAS G. FLYNN:  No.  It's a pleasure.
17             MIKE LINDELL:  I want everone to know this,
18 and the reason I want to do this is because I'm going to
19 have the same questions you would all have out there.  I
20 just heard, Doug, this is going to be an amazing
21 presentation.  Why don't we get right into it.
22             DR. DOUGLAS G. FLYNN:  When I use the word
23 algorithm, a simple way to understand that is it's just
24 like a recipe.
25             MIKE LINDELL:  Right.

1        DR. DOUGLAS G. FLYNN:  It's a set of steps, a
2   set of measurements, two teaspoons, whatever.  But it's
3   not just numbers.  It's also got some steps involved.
4        MIKE LINDELL:  Right.
5        DR. DOUGLAS G. FLYNN:  And that's what I
6   figured.  I figured how were they doing this.  So first
7   thing you need to understand is that every county in the
8   United States has what they call a registration
9   database.  It's got the names, it's got when they were
10  registered, when they were born, and it's also got their
11  entire voter history so you can -- like, for example,
12  this last column is November 3rd election.  So everybody
13  who voted in the November 3rd election has a little X
14  here.
15       MIKE LINDELL:  Right.
16       MICHAEL FLYNN:  But you notice, a lot of
17  people didn't vote.
18       MIKE LINDELL:  Uh-huh.
19       MICHAEL FLYNN:  This person, in fact, they
20  shouldn't be on the rolls legally, but there they are.
21  Boom, they voted one.  Here's one, never voted at all.
22       MIKE LINDELL:  Wow.
23       DR. DOUGLAS G. FLYNN:  They're on the rolls,
24  though.  So the first thing you do, think of it like a
25  credit line.  You need to fill up the registration so

```
 1  you have more registrations than you need.
 2          MIKE LINDELL:  Right.
 3          DR. DOUGLAS G. FLYNN:  Then you fill in the
 4  ballots to get the outcome that you want.
 5          MIKE LINDELL:  Right.
 6          DR. DOUGLAS G. FLYNN:  And all you have to do
 7  is control one number and you can control the whole
 8  election, just decide --
 9          MIKE LINDELL:  So these were people that were
10  registered or were never registered?
11          DR. DOUGLAS G. FLYNN:  Right now these are all
12  registered.
13          MIKE LINDELL:  Right.
14          DR. DOUGLAS G. FLYNN:  The thing about it is,
15  how do you know if they're real.
16          MIKE LINDELL:  Right.
17          DR. DOUGLAS G. FLYNN:  There's only one way to
18  know.  You have to go knock on the door.
19          MIKE LINDELL:  And that's what you guys did.
20          DR. DOUGLAS G. FLYNN:  We did do that.
21          (End of excerpt at 9:56.)
22
23
24
25
```

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4         I, Charlotte Crandall, certify that I was
 5   authorized to and did transcribe the foregoing audio
 6   recorded proceedings and that the transcript is a
 7   true and complete record of my stenographic notes
 8   from an audio recording and was transcribed to the
 9   best of my ability.
10
11         Dated this 21st day of June, 2021.
12
13
14
15
16
17   _____
     Charlotte Crandall
18   Registered Professional Reporter
19
20
21
22
23
24
25
```