# Exhibit 399

1

2

3

4

5          One-on-One with Mike Lindell

6                    Pt. 1

7

8

9    https://app.criticalmention.com/app/#clip/view/
     f42eb2eb-a581-4813-afc0-7567a843e51a?
10   token=36df1a03-68fa-42c8-8019-f0934a74828a

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          REPORTER:  And now I want to send it over to

2  One America's Natalie Harp who's live in the studio with

3  My Pillow's CEO, Mike Lindell.  Natalie, take it away.

4          NATALIE HARP:  We are so excited, Mike, to

5  have you here today fresh off of that infamous event

6  last night.  It actually went quite better than, you

7  know, expected.  He had the red button, Jimmy Kimmel.

8  He never hit the red button.  Tell us what that was

9  like.

10          MIKE LINDELL:  It was great.  You know, and

11  Jimmy's actually getting attacked today like why did you

12  let Mike come on, you know, Mike came away unscathed.

13  But, you know, we got there and it was just a great --

14  we walked in.  Even his producer talked to me for an

15  hour and a half, and then he told me that Jimmy had read

16  my book.  And then I go wow, if he's read my book, I

17  felt a little more, you know, safe going in there.

18          NATALIE HARP:  Right.

19          MIKE LINDELL:  You know, a lot of people were

20  praying around the country, and those prayers were

21  answered as far as I'm concerned.  I wanted to be able

22  to say what I wanted to say about this attack on our

23  country by China through these machine, Dominion,

24  Smartmatic.  You can say that here, right?

25          NATALIE HARP:  Yes, you can.  We're the real

1  news network.  Yes, you can.

2         MIKE LINDELL:  You know, he gave me questions,

3  but what I liked is he let we answer, and then he didn't

4  dig in again.  I don't care if they're all back to back

5  to back questions.  I've been through them all before

6  with the, you know, all the rest of the media in the

7  country so I've been down that road.  I really, you

8  know, it was everything I'd hoped it would be.  He cut

9  out a promo code I threw out at the end of the show.  I

10  said the most comfortable pillow you've ever owned.

11  Used the promo code Jimmy.  By the way, here you use OAN

12  to save up to --

13         NATALIE HARP:  Exactly, right.

14         MIKE LINDELL:  Use OAN.  And you really can.

15  We've got our new slippers we were talking about.

16         NATALIE HARP:  Right, yes.

17         MIKE LINDELL:  Mild with U.S. soy beans and

18  other U.S. parts of it that we ship over overseas and

19  bring back.

20         But Jimmy, one of the things that was very

21  important that he asked me, and he said this, I want

22  everybody to really listen to this is he said would

23  you do it if the shoe was on the other foot, and I

24  said -- you know, because I got this evidence started

25  on January 9th, okay,  and I said absolutely.  I said

 1   if December 14 they would have put in Donald Trump,

 2   if everybody would have done their jobs of course you

 3   can't count dead people and people that don't live

 4   there and duplicate votes and you name it.  if they

 5   had done their job and said you know what, you know,

 6   there was cheating here.  We were flipping it to

 7   Donald Trump.  Had that happened and then I would

 8   have got this evidence on January 9th, a hundred

 9   percent I would have brought it up just like now

10   we're going hey, China did this, took our election

11   done through these machines.  Otherwise our future is

12   over.  This isn't a Democrat or Republican thing

13   anymore.  This is all of us we need to know that this

14   was an attack.  It's real.  We have the Absolute

15   Interference you guys have ran here, the movie.

16           NATALIE HARP:  Right.

17           MIKE LINDELL:  And in the movie Absolute

18   Interference, everybody, that validates Absolute Proof.

19   And there were so many things that Jimmy let me talk

20   about, and I was very surprised.  I thought that they

21   would edit it.  It was a long segment.  It was almost 20

22   minutes, I think, and he just let it run.  In between,

23   you know, we went to a commercial and we talked about --

24   you know, he talked about uniting.  He said it's so

25   good, and he even said to the public.  He was attacked

1  before the show, you know, the couple days before, don't

2  let Mike Lindell on that show.  Don't go on.  And on my

3  side they're going don't go on his show, don't go on his

4  show.  But we need to all talk about this.  This is the

5  biggest attack, one of the biggest crimes against

6  humanity in history.  And for him to go on there.  And

7  then today there's already like a million votes on You

8  Tube where he put it up on You Tube, isn't that

9  something.

10          NATALIE HARP:  And it didn't get banned.

11          MIKE LINDELL:  And it didn't get banned.

12          NATALIE HARP:  Imagine that.

13          MIKE LINDELL:  I told everybody grab that show

14  because I can't believe they're letting it sit up there,

15  you know, talking about machines.  We even dipped into

16  vaccines, things you can't talk about now, and it's

17  amazing.  To me it was a divine appointment.  You know,

18  God's got his hand in all this and we're going to look

19  back.  I really think it's a turning point.  When we get

20  to this great place we're going to be in, way out here,

21  all these things had to happen just the way they've been

22  going down, you know.  We talked about before coming on

23  Arizona.

24          NATALIE HARP:  Right.

25          MIKE LINDELL:  The things going -- you know,

1   the timing is perfect I mean right now everything's.

2   Going's perfect, Your know, now we've got three pathways

3   to get this election pulled down and they're all three

4   going --

5           NATALIE HARP:  Talk about that.  I want to

6   hear about the different pathways because we've been

7   waiting so long to actually see this progress go because

8   none of the courts was taking up anything except these

9   lawsuits now that are being filed against you.  But talk

10  about how Arizona is going to impact all of the other

11  states.

12          MIKE LINDELL:  That's just one part of it, but

13  let me go back to the like the Dominion lawsuits like

14  that were against get me and My Pillow, you know, My

15  Pillow shot back a lawsuit against them.  It wasn't a

16  countersuit, it was a lawsuit, and that is very special.

17  That's kind of a special thing because that even Alan

18  Dershowitz involved.  That's our right to free speech he

19  said that case specifically will be one of the most

20  important, if not the most important case in history for

21  our First Amendment rights to free speech.

22          Now separately, to pull down this election,

23  everything that I have been involved in and I'll say,

24  you know, myself it's like a hub of wheel with all

25  these spokes going on.  Taking in all this

1  information.  You've seen Absolute Proof, Scientific

2  Proof, Absolute Interference.  I just hired a guy, a

3  white hat hacker that the government uses.  If we're

4  attacked, they use him to validate the attack, is

5  this real.  So and you see in Absolute Interference

6  now we have validated.  So this would all a hundred

7  percent hold up in any court, so we're getting that

8  out first and foremost, just dumping the evidence on

9  FrankSpeech.com.  We're dumping the evidence every

10  day you guys are putting out evidence.  Everybody in

11  this country, we're just spreading it far and wide,

12  even like last night on Jimmy Kimmel.  then we're

13  presenting that case to the Supreme Court.  That's

14  called quo warranto is what's going to be done there.

15  don't ask me the details of that.  I've got 30

16  lawyers charge me so much per minute on that.  But

17  when that gets there, I believe it will be a nine

18  nothing vote, nine nothing, not four five.  This

19  isn't a bipartisan issue.  I mean, this is a

20  bipartisan.  This is everybody should be concerned,

21  and all nine of them are people.  They'll pull it

22  down.

23        But now the other thing you're talking

24  about, in a parallel track, now you have all the

25  states.  When Arizona falls, and it will, as soon as

1  they get this opened up, I was talking to a lot of

2  people, and I'm putting it out there too how brave

3  all these senators are in Arizona and what they've

4  done, just kept fighting and fighting and now we've

5  got if audit.  And they open up, I already know what

6  the results are going to be.  There's going to be a

7  hundred and some thousand votes that got flipped, and

8  of course Arizona will be pulled down, and that's

9  going to go to Donald Trump.  And people don't

10  realize, there's no statute of limitations for any of

11  this.  There is precedence, especially for the

12  states, there is already a precedence for down

13  tickets.  They're going to pull this down.  Then

14  they're going to fall like dominoes.  Your Georgia,

15  your Wisconsin.  There's states that weren't even

16  involved.  New Hampshire.  I mean, you've got all

17  this evidence now in New Hampshire because I want

18  everyone to know, this was across every state.

19  that's hard to fathom, but it was across every state,

20  and you're going to have Wisconsin follow real

21  quickly, and Michigan should have fell really.  Just

22  because of what goes on there they're just blocking

23  all the great news that Matt Deperno's done with

24  Antrim County.

25            NATALIE HARP:  Right.

1         MIKE LINDELL:  So that's another path.  Three

2  of the states, kind of like the December 14th, you pull

3  three states down, and then every state gets one vote

4  whenever.  That's one path there.  The other path is

5  that quo warranto.  And the other one is through the

6  attorney generals in every state, and that's a whole

7  other path.  We're going to have a surprise for

8  everybody in the coming weeks here.  OAN will be a part

9  of that.  It will be live.

10        NATALIE HARP:  How soon do you think because I

11  know we're waiting for Maricopa audit to finish, which

12  should be in May.  How soon would you have an

13  announcement?

14        MIKE LINDELL:  For what?

15        NATALIE HARP:  For the lawsuits that you're

16  bringing and seeing everything else fall.

17        MIKE LINDELL:  I've said it before and I want

18  everyone to listen.  I don't know the timing, but I do

19  believe that Donald Trump will be back in in August, and

20  I'll say it again.  That's my belief.  What are you

21  basing it on, Mike?  Well, I'm basing it on you've got

22  these three things going.  You're going to pull the

23  election down, and what else would you do.  You have to

24  get it.  The magnitude of this stuff.  Donald Trump had

25  80 million votes and Biden had 66 million.  Now,

1  everyone's going that's impossible.  No, because with

2  machines, I want everyone to realize, I said it on Kimmy

3  Kimmel last night that Chris Krebbs, he's the guy that

4  said in November, this is the most secure election in

5  history.  Remember that quote?

6          NATALIE HARP:  Yeah, I do.

7          MIKE LINDELL:  And then you had Barr say

8  there's not enough evidence to overturn anything, right?

9  Well, this evidence all came out January 9th.  The

10  people kept bringing it to me, and then I just opened up

11  this investigation.  Well, just two weeks ago Adam

12  Schiff and Chris Krebbs said on Morning Joe to our

13  country, and they said, they were asked what's the

14  biggest threat to the United States right now, and they

15  said cyber attacks from China.  I mean, and they said

16  across the board.  So whether you're a business --

17          (End of recording.)

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5           I, Charlotte Crandall, certify that I was

6    authorized to and did transcribe the foregoing audio

7    recorded proceedings and that the transcript is a

8    true and complete record of my stenographic notes

9    from an audio recording and was transcribed to the

10   best of my ability.

11

12          Dated this 12th day of July, 2021.

13

14

15

16

17

18   _____

19   Charlotte Crandall
     Registered Professional Reporter

20

21

22

23

24

25