# Exhibit 400

```
 1
 2
 3
 4
 5
 6
 7
 8
 9            One-on-One with Mike Lindell
10                        Pt.2
11
12
13   306710c8-0bfd-4796-ba07-82bf514febe0_1619720108446848
     .mp4 - 00:09:21
14
15
16
17
18
19
20
21
22
23   Transcribed by:
24   Charlotte Crandall
25   RPR, FPR
```

1           MIKE LINDELL:  -- whatever, they can hack in
2  and steal our intellectual property, steal everything.
3  And he said this, he said right down to the local
4  elections.  I mean, that's a big statement.  That's from
5  Democrats.  I'm going what did you copy my evidence?
6  And the thing of that is, if you guys all listen to
7  this, whether you're a business -- everybody know that
8  cyber attacks, you know --
9           NATALIE:  Right.
10           MIKE LINDELL:  You know, but they break in.
11  You know, your Mastercard, Visa, all those credit card
12  breaches.  When you have machines or computers that are
13  online, and they're online, which all of them were, and
14  you have these devices.  Now, we're in a different time
15  and space in history where if you have a -- you put all
16  the protection you can on getting attacked.
17           NATALIE:  Uh-huh.
18           MIKE LINDELL:  And you hope that you never do,
19  but they're always trying.  Then the one fateful day,
20  the attackers, their technology is better at that moment
21  in time, and you take everything, and this goes with
22  private businesses, with everything.  It's happened to
23  me.
24           NATALIE:  Right.  Talk about the hack that
25  you've been having.

1        MIKE LINDELL:  Right.  They've been hacking on
2   Frank Speech.  You know, seven thousand bots and trolls
3   attacked.  We opened it up, so I pushed that down.  I
4   said we're just going to do the live stream for right
5   now, which has been very successful.  We decided to run
6   that 24/7 before we bring in everybody to Frank because
7   that's -- and all the influencers now are loading up so
8   I made moves to be able to, you know, to fight back and,
9   you know, to protect it.
10       NATALIE:  Right.
11       MIKE LINDELL:  And that's what we need to do
12  to our elections, and what happened.  Here's from a
13  business point.  A, we know a hundred percent evidence.
14  If I would not be sitting here, I told Jimmy, I would
15  not be sitting here if I wasn't a hundred percent, just
16  like when I went in for the greatest president ever,
17  Donald Trump.  I met him before the election.  You can't
18  take that from me, and nobody could take it from me.  I
19  mean, I knew where his heart was, I knew he had no
20  agenda other than to help, you know, help the United
21  States and help people.
22       NATALIE:  Right.
23       MIKE LINDELL:  And, you know, when you do a
24  problem solution and what it manifests to to help
25  people, and so you look at that and A, you've got to

1  take care of the 2020 election.  Pull it down.  B,
2  you've got to get rid of all machines forever, forever,
3  every machine in the world actually.  The world is
4  watching this.  You can't have -- because even if you
5  have -- oh, these are foolproof.  What if they're not
6  that day because our elections are everything.  We have
7  a foreign country, China, that came in and took -- just
8  because they picked the Democrat Party happened to be
9  the winner, they're the ones that warned of this.  The
10 Democrats warned us of this.
11          And I want everyone right now, I want to
12 say this because I want the country united.  I
13 believe this will be the greatest uniting in history,
14 you know, and here's what you can do.  I want
15 everybody to go back in time, take politics out of it
16 and go back to 20 -- to go back to December of 2019,
17 you know.  We were already saying by then again Merry
18 Christmas, okay.  So we get there.  It was a
19 beautiful time, the consumer confidence at an all
20 time high.  This is only 14, 15 months ago.  Jobs
21 everywhere.  I mean, I couldn't find employees
22 because everybody was getting great wages and
23 starting careers at, you know, other places, which I
24 welcomed.  I welcomed my employees to go out and try
25 other things.

1       NATALIE:  Right.  You talk about the
2  employees.  Just real quick, tell us how this has
3  impacted your business because you've taken a stand on
4  it.  So what you's message to cancel culture out there
5  about what they've done to you.  You have a right to
6  free speech in this country.
7       MIKE LINDELL:  Absolutely.  Well, this is what
8  -- and this is what I'm getting to.  If you go back to
9  that time, everything was so amazing.  Now, take
10 politics out of it, okay.  Let's take politics out of
11 it.  I've always been behind Donald Trump.  I didn't get
12 attacked or canceled out, right.
13      NATALIE:  Uh-huh.
14      MIKE LINDELL:  You know, people could go out
15 and talk.  Now all of a sudden you go 15 months forward
16 after this China attacks takes our election.  Whatever's
17 in office there, and I'm saying whatever's there.
18      NATALIE:  Uh-huh.
19      MIKE LINDELL:  I don't consider even taking
20 out -- don't say it's Democrat.  Just erase your mind
21 here and go blank and say wow.  All those places we got
22 to in December of 2019, those were great decisions made,
23 forget who it was, but they were great decisions that
24 manifest to that great place and time.
25      Now you look at what's going on in our

1  country.  You've got cancel culture going on.  What,
2  why.  Everyone why.  You've got people that -- when
3  they speak out about vaccines, not just machines, but
4  vaccines.  My friend the other day spoke out about
5  the border.  He lost his You Tube for 14 days.
6           NATALIE:  It's unbelievable.
7           MIKE LINDELL:  And then you see a company like
8  My Pillow that has 2500 employees.  They all have
9  families.  Probably 500 are Democrats, I don't know, but
10 they --
11          NATALIE:  They're Americans, right.
12          MIKE LINDELL:  They're Americans.  They're all
13 walks of life, all races, and all of them are sitting
14 there and you attack My Pillow gets sued by Dominion.
15 Shame on Dominion.  All these box stores drop My Pillow.
16 They drop, you know, one after another because this
17 cancel culture.  Costco, shame on them.  They tried to
18 hide under the radar and wait two months.  You know,
19 these people are on the -- you know, do road shows.
20 That's their livelihood.
21          NATALIE:  Well, we want to give your My Pillow
22 code again for everyone out there because we don't want
23 you to be canceled.  We want you to have the freedom for
24 your employees out there too.
25          MIKE LINDELL:  Right.  Right.

```
 1              NATALIE:  It's like this is their lives and
 2   their jobs.
 3              MIKE LINDELL:  Right.
 4              NATALIE:  And what you're doing to expose the
 5   issues of what happened in 2020 --
 6              MIKE LINDELL:  Right.
 7              NATALIE:  -- is so huge in what you're doing.
 8   We want you to come back on and talk about it because I
 9   know no one else is and you've been very much shunned by
10   it, but I love that even Hollywood is listening to you
11   now.
12              MIKE LINDELL:  Yeah, yeah.
13              NATALIE:  Jimmy Kimmel did.
14              MIKE LINDELL:  Well, he didn't let me get the
15   promo code out.
16              NATALIE:  He will.
17              MIKE LINDELL:  We set up the promo code.  You
18   guys were great and said we could have.
19              NATALIE:  Yes.
20              MIKE LINDELL:  It's OAN.  It's very simple.
21   Use OAN.  You can save up to 66 percent off all the
22   products, but some of them -- this one just came out.
23   I'll announce it on your show.  Our premium My Pillow,
24   which we had took off TV during this time because --
25   we're bringing it back today.  You can get it for
```

1  $29.98.
2          NATALIE:  Wow.
3          MIKE LINDELL:  And that's normally $69.98.
4          NATALIE:  Right.
5          MIKE LINDELL:  So use the promo code OAN.
6  That's the four different levels, but it's all these
7  other products.  We have slippers now, we have
8  bathrobes, we have blankets, we have -- and on there you
9  can also go down.  There's a square where it says my
10 store.  This is a store of great entrepreneurs and great
11 things made in the United States and eventually I'm
12 going to move the platform over.  But that my store
13 square, you guys can go on there and see these other
14 products and buy them and use the other same promo code.
15         NATALIE:  That's wonderful.
16         MIKE LINDELL:  So we set that up for today
17 too.  But I want to thank everyone out there in this
18 country for supporting, buying direct from My Pillow now
19 because it has kept -- we haven't had to lay anybody
20 off.
21         NATALIE:  Oh, that's wonderful.
22         MIKE LINDELL:  And it's kept us going.  Shame
23 on Dominion that they would not only go after our
24 country and you lawfare, you know, use lawsuits and
25 threats to take away our freedoms, our First Amendment

1  right of free speech, but then to go after My Pillow and
2  attack a company that did nothing.  We've kept them two
3  separate.  I advertise My Pillow they advertise on CNN,
4  MSNBC Fox, OAN, NewsMax, everywhere.
5            NATALIE:  You have the best commercials.
6  Hands down you have the best commercials.  You're the
7  best, so.
8            MIKE LINDELL:  But doing that, it's like, you
9  know, when we went on Jimmy last night, Jimmy Kimmel,
10 ABC put a commercial in there, and they just -- these
11 media, like the Daily Beast and stuff attacked ABC --
12           NATALIE:  It's unbelievable.
13           MIKE LINDELL:  -- for running a My Pillow
14 commercial in there.  How dare they attack a company.
15 What is wrong with made in the USA.
16           NATALIE:  Right.
17           MIKE LINDELL:  And it's just horrific, you
18 know, where we've come there.  And that's the part,
19 everybody.  Take the politics out of it.  If you're
20 seeing decisions being made right now and it doesn't
21 help you.  I don't care what side of politics you're on,
22 if it doesn't make sense, this is where the Communists,
23 this is where the see Socialism skip right over to
24 Communism.
25           NATALIE:  Right.

1      MIKE LINDELL:  And that includes the first day
2  50,000 union jobs with the pipeline shut down.
3      NATALIE:  Oh, it's so sad to see.
4      MIKE LINDELL:  The stuff that's going at the
5  border right.  I watched it this morning.  They show
6  where the wall ends.  They show where the wall ends.
7  That's where America ends, everybody.
8      NATALIE:  It's true.
9      MIKE LINDELL:  There's no sense to why they
10 did that.  There's no sense that you can't go on and
11 talk about vaccines and say hey, I either don't want it
12 or I want it.  I say I don't want it.  I feel it's a
13 threat to my life, and if somebody wants to take it,
14 good for you, Special K.  You take it, but then don't
15 worry about what I do.  Where does it say --
16     NATALIE:  We should have free speech in
17 America and it's so sad.  It's encouraging, though, to
18 see the people speak up and use their voices.  And Mike,
19 God bless you and what you're doing.  Come back on our
20 show and tell us what's going on.
21     MIKE LINDELL:  Yeah, I will.
22     NATALIE:  Because we're all watching Arizona
23 right now.
24     MIKE LINDELL:  Yeah.
25     NATALIE:  And we want to see this fixed,

```
 1  especially for the midterms and 2024.  So God bless you.
 2           MIKE LINDELL:  Thank you.  Thank you for
 3  having me on.
 4           NATALIE:  We'll send it back to you, Lilia.
 5           LILLIA:  Thank you, Natalie.  That was My
 6  Pillow CEO, Mike Lindell.
 7           (End of recording.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                  CERTIFICATE OF REPORTER
 3
 4          I, Charlotte Crandall, certify that I was
 5   authorized to and did transcribe the foregoing audio
 6   recorded proceedings and that the transcript is a
 7   true and complete record of my stenographic notes
 8   from an audio recording and was transcribed to the
 9   best of my ability.
10
11          Dated this 6th day of August, 2021.
12
13
14
15
16
17          _____
            Charlotte Crandall
18          Registered Professional Reporter
19
20
21
22
23
24
25
```