# Exhibit 402

OAN

```
 1
 2
 3
 4
 5        5/22/2021 Weekly Briefing: Maricopa Audit
 6
 7
 8
 9
10
11
12
13
14   https://app.criticalmention.com/app/#clip/view/c8867dde-b79c-4f09-8e0e-
15            88c452abd6ff?token=5e040d89-2d4e-48d8-8edf-99be7e0a5556
16
17
18
19
20
21
22
23
24
25
```

1       CHRISTINA BOBB:  In their feeble attempt to
2  distract from the senate's efforts and egregious
3  findings in the Arizona audit, Maricopa county actually
4  acknowledged that they have had election mishaps for
5  every election since 2016, every single election, and
6  suddenly 2020 was perfect, but no one is allowed to take
7  a closer look?  The only people who had absolute control
8  over the election equipment was Dominion.  The county
9  didn't bother to insure that there was no manipulation.
10 They just took Dominion's word for it, despite the fact
11 that there were weird mathematical patterns, and many
12 experts stated the numbers indicated fraud.  Even then,
13 the county refused to look into it.
14       Not only didn't they look into it, they
15 covered it up.  They hired the same company who did
16 the pre-election inspection to come back and do a
17 fake audit, but call it a real audit.  Clearly they
18 didn't do a complete audit because they didn't have
19 the passwords to look into the actions on the
20 machines.  They don't know if there was foreign
21 involvement, any vote manipulations or any fraud
22 because they don't even have the ability to check for
23 it.
24       Rather than have the open and honest
25 discussion that the senate offered, the county

1  refused to cooperate and held their own hearing
2  without the attendance of the senate or auditors.
3  Maricopa County is on a rampage of misinformation.
4  They sent a 14-page letter response to the Arizona
5  senate filled with manipulated facts and half truths
6  about the election.  They are doing their best to
7  look like they're responding to the concerns, but
8  they're not.  They are manipulating them.
9          President of the Arizona senate, Karen
10 Fann, is made of steel.  She has not waivered in her
11 commitment to see a transparent and honest audit
12 conducted of the 2020 election.  Let her office know
13 you support her efforts.
14         The audit is getting ready to gear back up
15 as equipment is moved and repositioned back into
16 Veteran's Memorial Coliseum.  Volunteers are
17 scheduled to bring their rotations again on Monday,
18 and the auditors expect to hit their prebreak pace
19 nearly immediately.  They have less than 30 pallets
20 left to go, and should complete the hand recount by
21 the end of June.  I am so proud of my home state of
22 Arizona and their dedication to election integrity.
23 Will other states follow suit.
24         While Arizona is a first important step,
25 it can't be the only step.  Other states must clean

1  up they're elections as well.  We saw many states
2  pass laws for future elections, which is a great
3  first step, but we need to make sure we are not
4  building on a bad foundation.  We must clean out the
5  corruption of past elections before we can build up
6  and strengthen our future elections.
7           It's not enough for state and local
8  officials to say okay, okay, we'll make sure we're
9  good going forward.  We cannot move forward until our
10 past is cleaned out.  It's important for Americans to
11 get involved and hold their leaders accountable.
12          There's a lot of emphasis placed on
13 Arizona, Pennsylvania, Georgia and the other
14 contested states, but this matters in every state.
15 What we're finding is that it's possible the fraud
16 was so organized that they manipulated every state,
17 even the states that Trump won to make the fraud less
18 detectable.  Look at New Hampshire.  Who would have
19 thought that New Hampshire was a place that was
20 manipulated, especially because it was expected to go
21 blue.
22          It is possible that this fraud is so much
23 bigger than any of us believed that most states were
24 manipulated in some way.  Contact your state and
25 local officials and tell them you want to conduct an

1  audit.  If you're an Arizona voter, contact Attorney
2  General Mark Brnovich and let him know you expect his
3  office to anticipate.  He has an election fraud
4  division.  Use it.
5          According to the county, Arizona has had
6  election problems since 2016.  Where is the attorney
7  general?  Also, if you'd like to see this audit
8  completed in its entirety, please help the auditors
9  get through the last few weeks by making a donation.
10 The break has increased costs and the auditors need
11 additional funds to complete the audit securely.  You
12 can do so at VoicesandVotes.org, which is an
13 organization I started with Chanel Rion.
14         Remember to watch Weekly Briefing every
15 Saturday and Sunday at 2 p.m. eastern.  I'm Christina
16 Bobb.  Thanks for watching.
17         (End of recording.)
18
19
20
21
22
23
24
25

OAN

6

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4
 5            I, Charlotte Crandall, certify that I was
 6   authorized to and did transcribe the foregoing audio
 7   recorded proceedings and that the transcript is a
 8   true and complete record of my stenographic notes
 9   from an audio recording and was transcribed to the
10   best of my ability.
11
12            Dated this 12th day of July, 2021.
13
14
15
16
17
18   _____
                  Charlotte Crandall
19                Registered Professional Reporter
20
21
22
23
24
25
```