# Exhibit 403

```
 6    6/7/2021  The Real Story - OAN Absolutely 9-0
           with Mike Lindell
 7

12   https://rumble.com/vi6w7p-the-real-story-oan-absolute
     ly-9-0-with-mike-lindell.html
```

1          NATALIE HARP:  Surprise, surprise.  Proponents
2   of the big lie that Biden actually won fair and square
3   in November are so frightened that the Maricopa audit is
4   almost complete, and we will see the results for
5   ourselves, that get this, they've already resigned
6   themselves to the outcome.  We will find fraud, election
7   changing amounts of fraud.  But when we do, they've
8   already got their talking points primed and ready to go.
9   Do you know why we'll independent find fraud?  Because
10  we wanted to, and auditors created an atmosphere primed
11  for cooking the books.  Listen to this.
12          JAKE TAPPER:  The people running the audit, we
13  should note, they're not government employees, so they
14  can come out.  They can say whatever they want.  They
15  can claim they found massive voter fraud, they can check
16  with Black Inc. the Vault.  You've even suggested that
17  you think that they might cook the books.  If they
18  ultimately do that, how do you fight back?
19          KATIE HOBBS:  Well, you know, we've been --
20  I'm grateful for the platform to talk about all of our
21  concerns about this so called audit because it's helped
22  us highlight the lack of procedures, the lack of best
23  practices, the lack of anything in place that will lend
24  to the credibility of whatever results they produce
25  because, you know, that information is important for

1  people to know that this does not even closely resemble
2  what you would see in a legitimate postelection audit
3  that was trying to verify election results, and we know
4  that they are creating an atmosphere that is prime for
5  cooking the books so that they can produce the result
6  that they want to produce.
7              NATALIE HARP:  What a neat and tidy little
8  narrative.  They rig and cheat and steal an election,
9  and when we do uncover the crime of the century, we're
10 just going to say we framed them.  Yeah, nice try, but
11 no one's falling for it.  This house of cards is coming
12 down, and coming down quickly.  And ironically enough,
13 Kamala Harris herself predicted it.
14             In Mike Lindell's new special, Absolutely
15 9-0 he replays the moment Kamala Harris called out
16 the insecurity of voting machines on June 12, 2018.
17 Take a look.
18             KAMALA HARRIS:  Recently also I held a
19 demonstration for my colleagues here at the Capitol
20 where we brought in folks who, before our eyes, hacked
21 election machines, those that are being used in many
22 states but are not state of the art from our
23 perspective.
24             NATALIE HARP:  Why didn't Kamala Harris get
25 hit with a lawsuit or banned from social media for

1  alleging that?  Well, Mike Lindell has something to say
2  about that as joining us now with his reaction, the man
3  himself, the CEO of My Pillow, Mike Lindell.
4              Mike, why isn't Kamala Harris being sued
5  right now?
6              MIKE LINDELL:  Well, you know, all the
7  Democrats, they said this.  They all warned us about
8  these machines.  The reason she's not being sued is
9  because they're the party that took the selection along
10 with CCP coming in and hacking out election.  And it's
11 interesting when you talk about the Arizona audit.  What
12 we have now, what you're going to see in my movie,
13 Absolutely 9-0, that's the vote of the Supreme Court
14 when that comes down when we get this to them.  But we
15 have something called PCAPs.  They're packet cap --
16 PCAPs, and what they are, these are cyber forensics that
17 we have.  It's like having a movie of the election the
18 night of the election, like if somebody robbed a bank
19 where you actually have the film of them robbing the
20 bank.  So, you know, it is pretty amazing that all the
21 Democrats that bad mouthed the machines and the Dominion
22 machines and Smartmatic, nobody said a word back then,
23 and now if you rerun them, you think all the machines
24 just got legal, just got fine, just got fair?  They
25 didn't.

1   　　　　NATALIE HARP:  It's such an interesting
2   hearing if you actually watch the footage of that and
3   you grab the footage from that.  You have Elizabeth
4   Warren, you have all of these major Democrats talking
5   about election integrity.  They actually use those
6   words.  They brought the machines down to Capitol Hill.
7   Did they just forget that in the last three years now
8   that they figured this out, they're the ones who called
9   it out even before the Republicans.
10  　　　　MIKE LINDELL:  Yeah.  They were the ones that
11  gave us the big warning.  And you know, it matches
12  exactly.  You know, from January 9th on when I got this
13  evidence of the machine fraud, of this cyber attack with
14  mostly from China using the Democrat Party, you know,
15  what I was saying before, it's like having -- what a
16  blessing that we have all this evidence that we have in
17  Absolute 9-0.  These are packet captures, and these are
18  something when I asked these -- I hired white hat
19  hackers from the government to validate this stuff.  So
20  the interesting thing is, when we get to the Supreme
21  Court, when we bring it before them, this isn't
22  subjective.  They have to, all of them, say 9-0 that
23  this happened.  It doesn't matter, when they talk about
24  that Arizona audit, when they say oh yeah, you're
25  getting aides, and this person, they're not

1  professionals or whatever.  If you have the evidence, it
2  doesn't matter who gets it or how they get it as long as
3  they have it.
4           What I have is irrefutable, not subjective.
5  It's like having, like I say, a picture of the crime
6  scene.  I asked the white hat hacker in the movie, I
7  said so is this like DNA, blood DNA?  He said yeah,
8  it's a lot like that, but here we have a whole bucket
9  of blood.  You've got the whole case.
10          So when you get these audits done in
11 Maricopa County, and now we're starting Pennsylvania,
12 all over the country it's going to fall like
13 dominoes, and all these states, the audits they're
14 doing is just going to validate what I already have,
15 what the evidence that we have, this cyber forensic
16 evidence, and it's all coming together and there's
17 nothing -- I think last night all over CNN they had
18 it.  Mike Lindell says Donald Trump will be back in.
19 Where does he get his information?  He has no
20 evidence.  Well, yes, I do.  Just watch Absolutely
21 9-0 and you're going to see it.  It's like hey, guys.
22 We have the evidence.  We just have to show it to a
23 judge and the supreme court judges.  They're going to
24 be heroes.  It's going to be 9-0.  This gives a
25 chance for the Supreme Court to do their job and be

1  heroes.  It doesn't matter whether you're a
2  Republican or a Democrat.  This country cannot have
3  these machines and we cannot have -- we have to have
4  fair elections, and what we had here was the crime of
5  the century.  It was the biggest crime against
6  humanity in history because it affects everything.
7          NATALIE HARP:  The American people are so
8  disappointed in the Supreme Court because they had a
9  chance back in December to actually take up the case for
10 President Trump.  There were states actually suing and
11 they wouldn't take up the case.  What makes you think
12 that they're going to take your case now that all this
13 fraud is coming out because they could very easily say
14 no, we're just not.  It's a moot point, the election is
15 over since that's what they've done before.
16         MIKE LINDELL:  Well, before it was on
17 procedure, and when it was seven to two back then,
18 that's actually going to work in favor here.  Back then
19 the Democrats, they really believed that they won.  And
20 we didn't have -- this evidence that I have was not
21 brought before the Supreme Court.  This evidence is an
22 attack by China on our country.  Just so happened the
23 winners were the Democrat Party.  So the whole thing is
24 yes, they will have to look at this, the pressure on
25 them.  They're going to have to look at it.  This is all

1  new.
2           And I tell you this.  There's no statute of
3  limitations on a crime like this, and there is
4  precedence, everybody.  Every down ticket, you can
5  look it up, every single down ticket that they find
6  out later okay, the other person won, there was a
7  crime committed, there was election fraud, you give
8  it to the real winner.  It doesn't matter if it's a
9  year later, two years later or two minutes later.
10 You rectify.  You fix what was the wrong, you put the
11 ones in prison or jail that did it if it was a crime,
12 and the real winner gets put in.  It's just never
13 happened that we know it at the presidential level.
14          So they've got -- these nine Supreme Court
15 justices, we're giving them -- the evidence that I
16 have with this cyber evidence, we're giving them an
17 easy out because once they get it, we as the people,
18 everyone's going to see this evidence.  We dump it
19 every day on FrankSpeech.com.  We're putting this
20 evidence out there so if you're a Supreme Court
21 justice we make it very easy for them.  All they have
22 to do is look at it and go what?  Yep, that's it.
23 It's going to be 9-0.
24          NATALIE HARP:  And Mike, your episode that's
25 going to air this weekend on OAN, keep us posted on the

1  lawsuit front.  We're all watching the audits.
2           God bless you and the work that you're
3  doing to expose what happened in the last election
4  and keep us posted.  We're all watching it.
5           MIKE LINDELL:  Thank you.  God bless you all.
6           NATALIE HARP:  Thank you.
7           (End of recording.)

```
 1

 2

 3                   CERTIFICATE OF REPORTER

 4

 5          I, Charlotte Crandall, certify that I was

 6   authorized to and did transcribe the foregoing audio

 7   recorded proceedings and that the transcript is a

 8   true and complete record of my stenographic notes

 9   from an audio recording and was transcribed to the

10   best of my ability.

11

12          Dated this 12th day of July, 2021.

13

14

15

16

17

18                  _____
                    Charlotte Crandall
19                  Registered Professional Reporter

20

21

22

23

24

25
```