# Exhibit 404

1

2

3

4

5

6

7
  6/3/2021  Mike Lindell, Absolutely 9-0, Lindell TV

8

9

10

11

12

13

14

15

16

17

18
https://www.loom.com/share/628f17bac1a544e68c38d405a6
e974bd

19

20

21

22

23

24

25

1         MIKE LINDELL:  Hello, everyone.  I'm Mike

2  Lindell, and as you all know on January 9th received

3  evidence of a cyber attack orchestrated BY China on our

4  2020 election.  I took that one piece of evidence and I

5  just went all in.  This was something different nobody

6  had seen.  This was something that came through the

7  machines, the Dominion machines, the Smartmatic and

8  other machines.  This was a cyber attack.  I didn't know

9  anything about cyber attacks, and I had to learn real

10  fast.

11         I hired experts to validate this.  These

12  guys are white hat hackers that work for the

13  government.  But what I'm going to show you tonight

14  is you're going to all know now why I have been one

15  hundred percent sure that when this gets before the

16  Supreme Court it's going to be 9-0, 9-0 to pull this

17  election down and that this was a hundred percent

18  attack by China on our country through these

19  machines.

20         And with us right now is one of my cyber

21  security experts.  These guys are the best, and this

22  guy has over 20 years of experience working in both

23  the private sector and with government law

24  enforcement and intelligent agencies.  He has many

25  information and cyber security certifications that

1  specialize in advance adversary detection, mitigation

2  and elimination, and here he is now.  Hello.

3             SPEAKER:  Hello, Mike.  Thanks for having me.

4             MIKE LINDELL:  Thanks for all the work you've

5  done for our country, and thanks for all the work you've

6  done for myself, and I know I've put yourself and many

7  others through a couple months worth of work now just to

8  get everything validated for our country to show that

9  this evidence is real.

10            So what I'll going to go through,

11 everybody, let's start from January 9th, the stuff

12 that these guys brought to me.  These guys were there

13 the night of the election, and it was like taking a

14 movie.  I compared it to like taking a movie, and

15 they have all this informational, millions of lines

16 of data.  Why don't we show that right now.  Can you

17 go ahead and say what we're walking here?

18            SPEAKER:  Yeah.  That's essentially the raw

19 encrypted data.  I mean, that would run for the next

20 couple days.  You know, that's the amount of data that

21 we're dealing with here.

22            MIKE LINDELL:  So what this contains here is

23 what?  What are these?  Is this cyber forensics?  What

24 are we looking at?  What are these called?  I know you

25 had told me before they're called like PCAPs or

1    something.

2             SPEAKER:  Yeah.  So PCAP is just an acronym

3    for packet capture, so it's essentially a moment in time

4    that is captured, and that the transmission of those

5    packets, any information that travels between point A

6    and point B is essentially a packet.  And so those

7    packets moving back and forth during the election were

8    captured.  But you need to actually record it, and so

9    that's where we're very blessed and fortunate to have,

10   you know, some of these guys that actually recorded the

11   information as it happened.

12            MIKE LINDELL:  You heard it here, people.  You

13   heard it here, everyone.  We have -- what a blessing it

14   is that we have the evidence.  This is what I've been

15   telling everybody for months now since January 9th.

16   These are the actual evidence that was collected the

17   night of the election and a couple days following.

18            Now, I can't read these, and neither can

19   anyone else that's probably watching unless you're an

20   expert like you guys are.

21            SPEAKER:  One more piece to that is you can't

22   go back in time and fake a PCAP essentially.  You have

23   to capture that packet in realtime, so you need to

24   record it.  You don't go backwards and, you know,

25   recreate this, you know, whole chain of events.

1          MIKE LINDELL:  Wow.

2          SPEAKER:  It happens and you record it.

3          MIKE LINDELL:  Okay.  So that's a great point.

4    So what he's saying there, everyone, is you can't go

5    back in time and say okay, I'm going to make these up,

6    and also you can't go back and change anything, right?

7    If you have these PCAPs, you can't go change them.  It's

8    a blessing we have them here.  If we didn't have,

9    everything, that evidence would be long gone, correct?

10          SPEAKER:  Yeah, it would definitely be gone.

11   You know, luckily somebody pressed record during the

12   entire election.

13          MIKE LINDELL:  Wow.  Yeah, that is a blessing

14   and they brought it to me.  Why did they bring it to me?

15   Because at that point on January 9th nobody else -- all

16   the other evidence they found for November and December,

17   I call it the organic cheating, you know, dead people

18   voting, nonresidents voting, all this other stuff.

19   Everybody is so focused on that, and these guys -- I

20   mean, they're heros that ended up collecting this the

21   night of the election.

22          So they bring it to me now everybody, and

23   I'm going okay.  I wanted to learn all I could about

24   it, and one of the things is -- now, if you take this

25   stuff here -- one of the things I asked you and many

1  others because many cyber experts, I'm going is there

2  any way, any way you could go back in time and doctor

3  it, change it.  I think you compared it to like a

4  forensic scene at a crime scene with like DNA

5  evidence; is that correct?

6         SPEAKER:  Yeah.  So really what you're looking

7  at is, I mean, there's hash values which are unique to

8  each item.  Any change to that, it will change the hash,

9  so that's how you verify images or, you know, the PCAP

10 in this case.  So when you're looking at, you know, this

11 file, you make sure that it hasn't been doctored or

12 anything's been done to it because when you do the work,

13 it needs to match that original file, and so that's

14 where you start.  And then, you know, we work to

15 unencrypt and pull the data out to identify exactly what

16 happened during that period of time.

17        MIKE LINDELL:  Okay.  So now in all your work

18 in twenty years, then, do you work with these PCAPs a

19 lot or do most cyber experts?  That's what you work with

20 all the time?

21        SPEAKER:  Yeah.  A lot of the time we do

22 because, you know -- well, you -- there is the active

23 cyber attack being recorded, and the way you record it

24 is through a PCAP.  That's how you capture that traffic.

25 That traffic, when you capture that information, you

1  have the source, you have the destination, you know, you

2  have the files that are being transmitted, and through

3  what protocol, it captures a lot of information and, you

4  know, you go through it and you essentially translate

5  it.

6       MIKE LINDELL:  Right.  That's what took so

7  long.  I believe it's been a couple months now that I've

8  had yourself and many others validating and translating

9  these PCAPs.  There was literally thousands of hacks,

10  right, from China?

11      SPEAKER:  Yeah.  Well, there were a lot, and

12  there were a lot successful.  Some were just doing

13  reconnaissance, and others were flipping votes.  And so

14  it would go in and identify where it needed to flip and

15  flip, so there was a lot of activity.

16      MIKE LINDELL:  So what I had you guys do was

17  go out and get 20 -- just grab 20 of the PCAPs, 20 of

18  them that you could take that data and translate it into

19  something that was readable for all of us here.  So what

20  I did, I said you know what, let's just see, you know,

21  because this was in the millions and millions of votes

22  that were flipped on our election by China from Trump to

23  Biden, okay.  So I said well, let's just grab 20 of them

24  so we can make this Absolutely 9-0 video.  So we went

25  out and we grabbed 20 of them.

1          Now it took, I don't know, what did it

2    take, four to six weeks to validate just those 20

3    PCAPs because I was very particular.  I wanted every

4    little thing validated, and one hundred percent

5    foolproof, and these were the five states.  These

6    were five states, Michigan, Wisconsin, Pennsylvania,

7    Wisconsin and Georgia.  Okay.

8          So now what I want to do is bring up the

9    data that you took, the PCAPs and translated it for

10   us and showed just these 20 attacks exactly what

11   these PCAPs showed that we can all read.  On the

12   first line, if we start on the top here, this was

13   from, if we look at the date, it's 11/3/20, the day

14   of the election at 10:49 p.m.  Can you go ahead and

15   take us through this when you talk about the source

16   and take us through us line by line and explain what

17   this is.

18          SPEAKER:  Yeah.  So the source is the IP

19   address from the computer that essentially, you know,

20   changed that vote.  So since we focused on the 20, each

21   one of these resulted in votes being changed, so that's

22   the source.  Latitude and longitude is essentially

23   within 400 yards of where that device is located.

24   Beijing, obviously China, Province City.

25          And then this next part is the network that

1    was pulled out of the PCAP essentially.  But, you

2    know, some of these is in Chinese, so when you

3    translate it you just want to make sure and, you

4    know, as you've asked us to do double, triple,

5    quadruple, you know, validate.  So we've been going

6    through, making sure the translations and all the

7    information checks out.

8              MIKE LINDELL:  So what he's saying here,

9    everybody, is what I did is I made them all validate the

10   validation; isn't that correct?

11             SPEAKER:  Yeah.  So we, you know, because

12   we're dealing with other languages, we validated the

13   validation that was validated.

14             MIKE LINDELL:  So the next line there, which

15   is the network code, what would that be.

16             SPEAKER:  Yeah.  So that's essentially from

17   the registration, the IP.  So, you know, most every

18   single IP is registered to somebody.  When you look at

19   that network, that network range and, you know, identify

20   who the registered owner is, so that's where it comes

21   up.

22             MIKE LINDELL:  Okay.  So you got all this

23   information from the PCAPs; is that correct?

24             SPEAKER:  Yeah.

25             MIKE LINDELL:  The next line, it says target.

1   Now, we just went through, which would be the hacker or

2   the attacker, so to speak, correct?

3              SPEAKER:  Yeah.

4              MIKE LINDELL:  And now we're going to get into

5   the target, which is I guess I could pull that out, the

6   target.  That would that be the target's IP address, and

7   then again the longitude, latitude, and the state that

8   it was hacked into, correct?

9              SPEAKER:  Yep.

10             MIKE LINDELL:  And then we have the entry

11  point.  You know, there's Delta County here in this

12  case, and then the network registration.  So the network

13  registration, all this stuff came right out of the PCAPs

14  that's preserved in time.  You can't change it, and when

15  you have it it's one hundred percent it's nonnegotiable.

16  I mean, here it is.  This is what it is; is that

17  correct?

18             SPEAKER:  Yeah.  I think we were saying that

19  this isn't subjective.  It's just -- it is what it is,

20  information, you know.

21             MIKE LINDELL:  Right.  So before we go to the

22  last couple lines I want to ask you this.  If you were

23  going to prove a case, a cyber case, a cyber attack and

24  if you had a wish list, like let's say, you know,

25  obviously when I came to you and others and said hey, I

1   have something that's really going to change the world

2   these guys brought me.  I didn't know they were called

3   PCAPs at the time, but I knew they were from the night

4   of the election, what would you say, if you could have

5   your wish list hundred percent prove something, is this

6   what it would be?  What would it be in a cyber attack?

7            SPEAKER:  Yeah.  This is one hundred percent,

8   I mean.

9            MIKE LINDELL:  This is what I you would want?

10           SPEAKER:  Yeah.  A lot of times come you com

11  in, you know, in our line of work we get called in after

12  the attack.  So this was something that was captured

13  during the attack.  You always want that.

14           MIKE LINDELL:  You always want that?

15           SPEAKER:  Yeah.  You want to catch the -- you

16  know, somebody's robbing a bank, you want to have it on

17  video.  That's definitive evidence.  This is robbing the

18  bank and having it on video.

19           MIKE LINDELL:  So I wanted everyone to hear

20  that.  This is we have what everyone would ever want to

21  have if there was a crime committed cyberly, a cyber

22  attack.  We have the forensic evidence.  We have the

23  movie.  We have the video of the bank being robbed, so

24  to speak.  And right before -- I wanted you all to hear

25  that before you look at the last couple lines here.  You

1  have the intrusion, how they got in, firewall,

2  credentials, whether they have the credentials, and was

3  it a success.  Yes, it was a success.  Here it is,

4  everybody, what happened.

5          In this case Donald Trump, it says down.

6  There were 3,215 votes flipped, and you can go all

7  the way down this list, and every one of them was

8  votes taken from Trump given to Biden.  It was a

9  flip.  So these cyber hacks and these attacks, are

10 you saying that these numbers here again came right

11 off of these PCAPs; is that correct?

12          SPEAKER:  Yeah.  I mean, they're specific

13 numbers, right?

14          MIKE LINDELL:  Yeah.

15          SPEAKER:  So you're not just rounding up.

16 It's actual specific like to the vote numbers, PCAPs.

17          MIKE LINDELL:  That is so awesome.  So

18 everybody, do you see what this is?  What we have here.

19 You talk about a smoking gun.  This is why I've so --

20 everybody, you know, for two months people have attacked

21 me and told me I didn't have the evidence and all this

22 stuff and we made these other movies.  But I wanted to

23 get on here and explain to everyone, this was an attack

24 by China on our country through these Dominion and these

25 other machines where they just hacked in, a cyber attack

1    hacked into our election and flipped it to anyone that

2    they wanted to win.  In this case it was the Democrat

3    party.

4            I want to ask you something before we go to

5    the next chart.  Going to the Supreme Court, when

6    this gets there, when we bring this to the Supreme

7    Court, so what you're saying because this isn't

8    subjective and you can't change anything, with this

9    evidence and you go in there, what would you expect?

10   Is there any way it could be five to four or six to

11   three that this is real or eight to one, or does it

12   have to be 9-0?

13           SPEAKER:  No.  It's irrefutable.

14           MIKE LINDELL:  Irrefutable.

15           SPEAKER:  That's the word.

16           MIKE LINDELL:  And it's not subjective, right?

17           SPEAKER:  No, not at all.  Sometimes you have

18   little specs of blood, right?  This is a bucket of it.

19           MIKE LINDELL:  Wow.  You're so awesome.  Now

20   everybody knows why I've got the confidence I've had

21   over the last couple months.

22           Now I want to show you, I want to show

23   everybody.  Remember, these are just 20 of the hacks,

24   everybody, out of thousands that China orchestrated.

25   And so whether you're a Democrat or a Republican,

1   this is the most serious thing that's ever happened.

2   This is the biggest crime against our country and

3   humanity I could think of ever.

4           So now let's pull up the next chart here.

5   And what it's going to show, everybody, is just

6   remember, we just did -- I just had 20 of the

7   attacks, 20 of the thousands of attacks on our 2020

8   election by China.  I just took 20 of them and I had

9   20 of them validated and revalidated and revalidated.

10  So right now as we pull up this chart, I'm going to

11  show you what those 20 attacks did.  What they did,

12  if you look at Pennsylvania here, it's where it said

13  Biden won by over 80,000.  Just with those attacks

14  that we showed you, this small sampling, Donald Trump

15  won by over 107,000.  You go to Georgia, they say

16  Biden would witness by 11,779.  Just with this

17  sampling of the attacks, Donald Trump won by over

18  35,000 votes.  Arizona, same story.  Over ten

19  thousand votes for Biden, and after you add in these

20  just a small sampling of attacks, Donald Trump wins

21  by almost 37,000.

22          You go to Michigan, Michigan it says Biden

23  won.  Remember we had the big thing in Michigan where

24  they injected votes there.  But you have a !54,000

25  plus votes in Michigan, and with this small sampling

1   of hacks, these 20 attacks, just 20 of them, now

2   Donald Trump wins Michigan by over 48,000 votes.

3          Now when you go to Wisconsin, you can see

4   Donald Trump lost by over 20,000 votes, but he really

5   wins by over 49,000, almost 50,000 votes.  And

6   realize, this was just 20 of the thousands of

7   attacks.  This is why when we say that Donald Trump

8   really won this election by almost 80 million to

9   68 million for Biden, how can you switch tens of

10  millions of votes.  It had to be done with computers,

11  it had to be done with the machines, through these

12  Dominion, through all these machines, and China did

13  it.  It's a cyber attack of historical proportions.

14         And I want to ask you now, if you took this

15  into the Supreme Court with all of this, and just

16  with this sampling and brought it in there, could any

17  cyber person that works in cyber, what do you call

18  it, cyber warfare or cyber forensics, they would be

19  able to show these nine justices this evidence.  And

20  is there any way that it would not be a 9-0 vote

21  saying this is a hundred percent true?

22         SPEAKER:  No.  And I think it would be great

23  for, you know, some of my colleagues and, you know, more

24  people within that community to weigh in because they'll

25  reach the same conclusion.  And, you know, we've been

 1  doing this for a long time.  We know what we're looking

 2  at, and I'm confident in, you know, them seeing the same

 3  exact thing as we have.  It's real, it's there, and you

 4  can't change it, so what do you do with that?  You have

 5  to rule, and that ruling it has to be, you know, I mean,

 6  it's not just majority.  It's the whole thing.

 7          MIKE LINDELL:  Right.

 8          SPEAKER:  It's that black and white and, you

 9  know, it doesn't come down to any politics.  That's not

10  what this is about.  It's about our country and, you

11  know, that falls on both sides of the aisle.  So I think

12  at the end of the day that's what needs to be done, and

13  I think they'll choose the right, you know, decision.

14          MIKE LINDELL:  Right.  Well, you know, it will

15  be 9-0, everybody.  You've heard it hear.  These guys,

16  these nine Supreme Court justices are going to be heroes

17  as far as I'm concerned.  They look at this.  They don't

18  even have to -- I would like to be one of them.  It

19  would be very easy to be one knowing that you've got

20  broad evidence that is not subjective, is one hundred

21  percent nonnegotiable, and so it's a very easy decision

22  for all nine of them.

23          I mean, everybody, you have to realize

24  these are nine justices.  They are Americans.  They

25  grew up here.  They have families, they have

1   grandchildren, and they have neighbors, they have

2   friends.  It doesn't matter whether you are a

3   Democrat or a Republican or what you are.  This was a

4   one hundred percent attack by China, the CCP coming

5   into our country, and they just happen to use the

6   Democratic Party.  That's who they picked to do it

7   with.  Well, you know what, the Democrats warned us

8   about this, everybody.  They warned us about this for

9   a long time that these machines could get hacked.

10          KAMALA HARRIS:  We recently also actually held

11   a demonstration for my colleagues here at the Capitol

12   where we brought in folks who before our eyes hacked

13   election machines, those that are being used in many

14   states but are not state of the art from our

15   perspective.

16          AMY KLOBUCHAR:  We're very concerned because

17   there's only three companies.  You could easily hack

18   into them.  It makes it seem like all these states are

19   doing different things, but in fact three companies are

20   controlling them.

21          SEN RON WYDEN:  43 percent of American voters

22   use voting machines that researchers have found have

23   serious security flaws, including back doors.  These

24   companies are accountable to no one.  They won't answer

25   basic questions about their cyber security practices,

1   and the biggest companies won't answer any questions at

2   all.  Five states have no paper trail, and that means

3   there is no way to prove the numbers the voting machines

4   put out are legitimate.  So much for cyber security 101.

5          J. ALEX HALDERMAN:  I know America's voting

6   machines are vulnerable because my colleagues and I have

7   hacked them repeatedly.  We've created attacks that can

8   spread from machine to machine like a computer virus and

9   silently change election outcomes, and in every single

10  case we found ways for attackers to sabotage machines

11  and to steal votes.

12         REP. ZOE LOFGREN:  Early voters in Georgia in

13  2018 saw machines deleting votes and switching them to

14  other candidates.

15         reporter:  When you say hacked, what were they

16  able to do once they gained access to the machines?

17         DOUGLAS LUTE:  Oh, all sores of things.  They

18  could manipulate the outcome of the vote, they could

19  manipulate the tally, they could delete the tally, and

20  they could compromise the vote in any number of ways.

21         J. ALEX HALDERMAN:  I'm pretty sure my

22  undergrad computer security class at Michigan could have

23  changed the outcome of the 2016 Michigan election if we

24  wanted to.  It is that bad, and we have a combination of

25  very powerful adversaries, and unfortunately quite

OAN

1    vulnerable and obsolete systems.  That's why I say it's

2    only a matter of time.

3           MIKE LINDELL:  This is why I have been so

4    confident, and everybody that's watching this now, you

5    need to share this video with everyone you know in the

6    world.  Every day get up, text it to people, share it,

7    call people, talk about it because, you know what, this

8    is our country.  And right now you have a job to do.

9    Everyone spread the word, show this evidence everywhere.

10    And why are we doing that?  Because when this gets to

11    the Supreme Court the big win is they have to accept it

12    to look at it, everybody.  They have to accept it to

13    look at it because once they look at it, it will be

14    absolutely 9-0.

15           (End of recording.)

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5           I, Charlotte Crandall, certify that I was

6   authorized to and did transcribe the foregoing audio

7   recorded proceedings and that the transcript is a

8   true and complete record of my stenographic notes

9   from an audio recording and was transcribed to the

10  best of my ability.

11

12          Dated this 12th day of July, 2021.

13

14

15

16

17

18          _____

            Charlotte Crandall
19          Registered Professional Reporter

20

21

22

23

24

25