# Exhibit 405

OAN

 1
 2
 3
 4
 5      6/30/2021   MyPillow CEO Mike Lindell announces
 6      details of upcoming cyber symposium, One America
        News Network
 7
 8
 9
10
11
12   https://rumble.com/vj9ddv-mypillow-ceo-mike-lindell-announces-details-of-upcoming-cyber-symposium.html
13
14
15
16
17
18
19
20
21
22
23
24
25

1          REPORTER:  -- as My Pillow CEO, Mike Lindell,
2   continues to lead the charge in exposing election fraud
3   and will soon be holding a cyber symposium on the
4   matter.  He joins me now.  Hi, Mike.
5          MIKE LINDELL:  Hello, and great to have me on.
6   Thank you.
7          REPORTER:  Well, thank you so much for coming.
8   Now, we understand you have a big announcement to make.
9   Care to share it with our viewers?
10         MIKE LINDELL:  Yeah.  Everybody's been going
11  Mike, when, when, when are you going to have the cyber
12  symposium.  It is set now.  It's August 10, 11 and 12,
13  and now everyone's going to say well, where is it.
14  We're going to announce that I'm hoping on July 4th.
15  What a great day that will be very, symbolic because
16  this cyber symposium is what's going to save this
17  country.
18         I can tell you real quick what it is.  You
19  know, remember, everybody, I have all the packet
20  captures of the whole election, if you look up what
21  packet captures are.  Packet captures are -- they're
22  like having a movie of the whole (inaudible) inside
23  the internet, and we have every single one of them
24  for the whole 2020 election.  This is what I've been
25  saying for five months.

1           Well, I was just asked by ABC the other
2  day, how come you haven't shown everybody?  Well, we
3  have.  We tried.  So that's exactly what we're going
4  to do here.  Since the media tried to suppress this,
5  what we're going to do at this cyber symposium, we're
6  bringing all the packet captures there, we're
7  inviting all these cyber forensic experts that have
8  the right credentials, CISSP, whatever that means,
9  I'm not even sure what that means.  They'll be there.
10 We're inviting all the media, and then we're going to
11 have the public.  When I announce the venue, we're
12 going to have the public reach out to all your
13 congressmen, your senators, your legislators,
14 governors, secretary of states, attorney generals, I
15 hope William Barr is there, I hope we're going to
16 invite the lead stories, the fact checkers of
17 Facebook, Alan Duke, all the people that have been
18 suppressing this and saying it's not real.  They're
19 going to hear then.  They're going to be on live TV
20 for three days and answer any question because this
21 is nonsubjective evidence.  You look at it, you're
22 going to go wow, it's over.  This is it.  It's all
23 inclusive.
24           We're also going to have one thing going on
25 there, a mock election in another room, a continual

1  mock election where we show the hacks.  Here, this is
2  how many you're going to hack at the Dominion level,
3  the county level, the secretary of state's level.
4  We'll hack into the machines whenever they request,
5  and once we're in, when that's done we'll show hey,
6  look at the votes, look how they flipped.
7            But we're going to do something even more
8  important.  We're going to say okay, we're going to
9  have other people capturing those packets, and then
10 we say here's the packets and we show them, so you're
11 really going to understand what a packet capture is.
12 It's like taking a picture in let's say the 1970s
13 where you can't alter it.  It's not alterable.  As
14 long as you have that picture it's a hundred percent
15 evidence, like having blood DNA, having a whole
16 bucket of it.  We've got everything.  So I'm really
17 looking forward to this finally getting to fruition.
18 No one then, not one person on the planet can say
19 that this isn't real and that Donald Trump did not
20 win 80 to 68 million because he did.
21            REPORTER:  Now Mike, as you just announced,
22 you will be holding the cyber symposium to discuss
23 alleged foreign interference in the 2020 presidential
24 election.  Now, what do you hope the outcome will be?
25            MIKE LINDELL:  Well, I don't hope.  I know

1  it's going to be.  Once we get this through, I guess
2  it's still a hope, I guess.  We've already got a case
3  ready for the Supreme Court, and as soon as we do the
4  symposium we were going to take this right to the
5  Supreme Court.
6         These are nine people.  They have families,
7  they have grandchildren, children.  They've lived the
8  American dream.  They're going to take this right
9  away and they'll have already seen the packet
10 captures and the evidence.  They're going to pull
11 this 9-0 and say hey, this was an attack on our
12 country.  They're going to pull the election down,
13 and I hope that Donald Trump is in by, you know, the
14 end of August, but I could be off.  It could be
15 September.
16         We've got a right -- in our country's
17 history, by the way, there is a precedence for this.
18 Every election ever in this country where you found
19 out later there was a crime committed, i.e. election
20 fraud, the guy that won actually gets put back in if
21 you find that out, and anyone else who was part of it
22 gets arrested or whatever they do with them, but this
23 never happened at the presidential level, which it
24 did in this election.  So there is precedence and
25 there's no statute of limitations, everybody.

1       And everyone says Mike, why didn't you
2  bring this sooner.  Everybody, I have tried.  I have
3  brought it to the media.  I brought it to the media.
4  That's why they've attacked me.  Cancel culture tried
5  to cancel me out.  The great things that are now --
6  you don't even need all the other audits and stuff
7  because we have the packet captures, but boy, those
8  are great to have, like in Arizona, all the brave
9  people in Arizona that have just continued and
10 continued to get this audit to fruition.  That's
11 going to show what we already know just in Maricopa
12 County a hundred thousand votes flipped.
13      Arizona won by almost half a million votes
14 for Donald Trump.  Minnesota won, I mean
15 Pennsylvania, all these states, when you show the
16 packet captures it's over.  It's going to be great
17 getting our country back as everybody knows.  The CCP
18 used the Democrat Party to take our party.  Whether
19 you're a Democrat or Republican, you should be very
20 happy that we're finally going to get this righted
21 because when we get way out here, all these things
22 had to happen.  It's going to be a great uniting of
23 our country, and I'm really looking forward to this
24 symposium.
25      Everybody's got to get the word out,

1  though, as soon as we put the venue out on July 4th.
2          REPORTER: Well, yeah. We're going to be
3  looking forward to this event and everything you've got
4  in store for us. Mike Lindell, thank you for joining
5  us.
6          MIKE LINDELL: Yeah. Thanks for having me on.
7  You guys are the best, OAN. Where's Fox? That's what I
8  keep telling people. Why aren't they doing anything.
9  Shane on you, Fox.
10          REPORTER: Well, thank you so much, mike.
11          ADVERTISEMENT: Want to see more videos like
12  this? Visit OANN.com for immediate access to all the
13  clips you've been waiting to see.
14          (End of recording.)

```
 1
 2
 3
 4
 5              CERTIFICATE OF REPORTER
 6
 7          I, Charlotte Crandall, certify that I was
 8  authorized to and did transcribe the foregoing audio
 9  recorded proceedings and that the transcript is a
10  true and complete record of my stenographic notes
11  from an audio recording and was transcribed to the
12  best of my ability.
13
14          Dated this 12th day of July, 2021.
15
16
17
18
19
20  _____
    Charlotte Crandall
21  Registered Professional Reporter
22
23
24
25
```