# Exhibit 408

← Tweet



**Chanel Rion OAN** ✓ @ChanelRion · Nov 21, 2020

Why must citizens, lawyers, and @OANN do the FBI's job for them?

Why are Dominion employees scrambling, hiding, and emptying out offices?

Do they know they've been caught?

Debuting TONIGHT my special investigation:

"Dominion-izing the Vote" 10pm EST.



0:30 | 835.6K views

From **One America News** ✓

 This claim about election fraud is disputed

💬 4.8K     ⟲ 13.8K     ♡ 39.3K     ↑