# Exhibit 409

 Tweet

 One America News ✓
@OANN

How compromised was the 2020 election? Dominion Voting Systems, which is used in 29 states, has had a history of problems. Stolen laptops, "switched" votes, Clinton ties, Antifa CEOs, undeniable data…

Join One America's @ChanelRion for this exclusive investigation! #OANN



7:03 AM · Nov 17, 2020 · Twitter Web App

**4,967** Retweets   **710** Quote Tweets   **13.7K** Likes