# Exhibit 410



**Charles**
@CharlesPHerring

MUST WATCH: "OAN Investigates: Dominion-izing the Vote" TONIGHT at 10 pm Eastern / 7 pm Pacific on @OANN.  ALL AMERICANS should be concerned about OUR voting integrity and the numerous known irregularities. Don't miss it. Join us @OANN.

10:54 AM · Nov 22, 2020 · Twitter Web App

**1,050** Retweets    **92** Quote Tweets    **6,516** Likes

screenshot-twitter.com-2021.08.08-12_57_48
https://twitter.com/CharlesPHerring/status/1330585340424323072