# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br> Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHARLES HERRING<br>17353 Circa Oriente<br>Rancho Santa Fe, California 92067,<br><br>ROBERT HERRING, SR.<br>4289 Rancho Las Brisas Trail<br>San Diego, California 92130,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>Defendants. | Case No. _____ |

## CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of US Dominion, Inc., Dominion Voting Systems, Inc., or Dominion Voting Systems Corporation, which have any outstanding securities in the hands of the public.

- None

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully Submitted,

Date:   August 10, 2021

*/s/ Justin A. Nelson*
Justin A. Nelson (D.C. Bar No. 490347)
Brittany Fowler (*pro hac vice* pending)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr. (*pending admission*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (*pending admission*)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (admission pending)
(DE Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
(864) 373-3882
rodsmolla@gmail.com

*Attorneys for Plaintiffs*