AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al )<br>*Plaintiff* )<br>v. )<br>HERRING NETWORKS, INC., et al )<br>*Defendant* ) | Case No. 1:21-cv-02130 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs .

Date:   08/10/2021

/s/ Dustin Pusch
*Attorney's signature*

Dustin Pusch (Bar. No. 1015069)
*Printed name and bar number*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314

*Address*

dustin@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

*FAX number*