**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br> Plaintiffs,<br><br>v.<br><br>ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>Defendants. | Case No. 1:21-cv-02130 |

**PLAINTIFFS' MOTION FOR**

**ADMISSION PRO HAC VICE OF ATTORNEY BRITTANY FOWLER**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Brittany Fowler pro hac vice in the above-entitled action. This motion is supported by the Declaration of Brittany Fowler, filed herewith. As set forth in Ms. Fowler's declaration, she is admitted and in good standing in the following bars and courts: State Bars of California and Texas; all California and Texas State

Courts; the United States District Courts for the Central and Northern Districts of California; the United States District Court for the Southern District of Texas; and the United States Court of Appeals for the Ninth Circuit.

    This motion is supported and signed by Justin Nelson, an active and sponsoring member of the Bar of this Court.

Date:   August 12, 2021                      Respectfully submitted,

                                                          */s/ Justin A. Nelson*
                                                          Justin A. Nelson (D.C. Bar No. 490347)
                                                          Brittany Fowler
                                                          SUSMAN GODFREY LLP
                                                          1000 Louisiana Street, #5100
                                                          Houston, Texas 77002
                                                          (713) 651-9366
                                                          jnelson@susmangodfrey.com
                                                          bfowler@susmangodfrey.com

                                                          Stephen Shackelford, Jr. (*pending admission*)
                                                          SUSMAN GODFREY LLP
                                                          1301 Avenue of the Americas
                                                          New York, NY 10019
                                                          (212) 336-8330
                                                          sshackelford@susmangodfrey.com

                                                          Davida Brook
                                                          SUSMAN GODFREY LLP
                                                          1900 Avenue of the Stars, Suite 1400
                                                          Los Angeles, CA 90067
                                                          (310) 789-3100
                                                          dbrook@susmangodfrey.com
                                                          bfowler@susmangodfrey.com

                                                          Thomas A. Clare, P.C. (D.C. Bar No. 461964)
                                                          Megan L. Meier (D.C. Bar No. 985553)
                                                          Dustin A. Pusch (D.C. Bar No. 1015069)
                                                          CLARE LOCKE LLP
                                                          10 Prince Street
                                                          Alexandria, VA 22314
                                                          (202) 628-7400
                                                          tom@clarelocke.com
                                                          megan@clarelocke.com
                                                          dustin@clarelocke.com
                                                          *Attorneys for Plaintiffs*