IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>Plaintiffs,<br><br>v.<br><br>ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>Defendants. | Case No. 1:21-cv-02130 |

**DECLARATION OF BRITTANY FOWLER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Brittany Fowler, hereby declare:

1. My full name is Brittany Fowler. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2.  I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002. My telephone number is (713) 656-7898.

3.  I am a member in good standing of the State Bars of California and Texas. I am also admitted to practice before the following courts:

> All California and Texas State Courts; the United States District Courts for the Central and Northern Districts of California; the United States District Court for the Southern District of Texas; and the United States Court of Appeals for the Ninth Circuit.

4.  I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.  I have previously been admitted *pro hac vice* in this Court in the following cases:

> *US Dominion, Inc., et al. v. Rudolph W. Giuliani*, Case No. 1:21-cv-00213;
>
> *US Dominion, Inc., et al. v. My Pillow, Inc., et al.,* Case No. 1:21-cv-00445-CJN; and
>
> *US Dominion, Inc., et al. v. Sidney Powell, et al.,* Case No. 1:21-cv-00040-CJN.

6.  I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2021.

*[signature: Brittany Fowler]*
_____
Brittany Fowler