AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| U.S. Dominion, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02130-CJN |
| Herring Networks, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Herring Networks, Inc., Christina Bobb, Chanel Rion, Charles Herring, and Robert Herring, Sr.

Date: 09/10/2021

/s/ Brian K. McCalmon
*Attorney's signature*

Brian K. McCalmon, Bar No. 461196
*Printed name and bar number*

VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
*Address*

bmccalmon@vedderprice.com
*E-mail address*

(202) 312-3320
*Telephone number*

(202) 312-3322
*FAX number*