IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

# [PROPOSED] ORDER

On considering Defendants' Unopposed Motion to Enlarge Time to Answer or Move in Response to Complaint (ECF 27), the lack of opposition thereto, and the entire record herein, the Court finds that Defendants' Motion is well taken. For the foregoing reasons, it is hereby ordered that Defendants' Motion is **GRANTED** and defendants Herring Networks, Inc., Chanel Rion, and Christina Bobb shall have until October 19, 2021, to answer or otherwise plead in response to the Complaint (which also is the responsive pleading deadline for the remaining defendants).

SO ORDERED.

Dated: September __, 2021

_____
United States District Judge