IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

    Plaintiffs,

v.

HERRING NETWORKS, INC., *et al.*,

    Defendants.

Case No. 1:21-cv-02130 (CJN)

## LOCAL RULE 26.1 CERTIFICATE

I, the undersigned counsel of record for Herring Networks, Inc., certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of Herring Networks, Inc., that have any outstanding securities in the hands of the public.  These representations are made so that the judges of this Court may determine the need for recusal.

Dated: September 14, 2021

Respectfully submitted,

By: /s/ Brian K. McCalmon

Brian K. McCalmon, DC Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
T:  +1 202 312 3320
F:  +1 202 312 3322

*Counsel for all defendants*

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of September 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                         /s/ Brian K. McCalmon
                                         Brian K. McCalmon