AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

US Dominion, Inc., et al. )
*Plaintiff* )
v. ) Case No. 1:21-cv-02130-CJN
Herring Networks, Inc. et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date: 09/14/2021

*Attorney's signature*

Stephen Shackelford, Jr. / NY0443
*Printed name and bar number*
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

*Address*

sshackelford@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*