AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US Dominion, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02130 |
| Herring Networks, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks Inc., doing business as One America News Network, Defendants.

Date: 10/04/2021

*Attorney's signature*

Brian K. Clark, IL0090
*Printed name and bar number*

Vedder Price P.C.
222 N. LaSalle St.
Chicago, IL, 60601

*Address*

bclark@vedderprice.com
*E-mail address*

(312) 609-7810
*Telephone number*

(312) 609-5005
*FAX number*