AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| US Dominion, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-02130 |
| Herring Networks, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., doing business as One America News Network, Defendants                    .

Date:     10/04/2021

_____
*Attorney's signature*

Jeanah Park, IL0094
*Printed name and bar number*

Vedder Price P.C.
222 N. LaSalle St.
Chicago, IL, 60601

*Address*

jpark@vedderprice.com
*E-mail address*

(312) 609-7532
*Telephone number*

(312) 609-5005
*FAX number*