AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02130 |
| Herring Networks, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks Inc., doing business as One America News Network, Defendants   .

Date:   10/04/2021

*Attorney's signature*

Julia Koechley, IL0092
*Printed name and bar number*

Vedder Price P.C.
222 N. LaSalle St.
Chicago, IL, 60601
*Address*

jkoechley@vedderprice.com
*E-mail address*

(312) 609-7599
*Telephone number*

(312) 609-5005
*FAX number*