IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

### DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER OR MOVE IN RESPONSE TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), D.C. District Court Local Rule 7, and Paragraph 9 of this Court's Standing Order (ECF 21), defendants Herring Networks, Inc. ("Herring Networks"), Christina Bobb, Chanel Rion, Charles Herring, and Robert Herring, Sr. (collectively, "Defendants") move to extend until November 18, 2021, the deadline to file a responsive pleading to the Complaint. (ECF 1). In support of this Motion, Defendants state as follows:

1. The Complaint was filed on August 10, 2021. (ECF 1).

2. Herring Networks, Bobb, and Rion previously filed a motion for an extension of their responsive pleading deadline, which was granted, and their responsive pleading is currently due October 19, 2021. (ECF 27).

3. Charles Herring executed a service waiver, and his responsive pleading is currently due October 19, 2021. (ECF 33).

4. Robert Herring, Sr. executed a service waiver, and his responsive pleading is currently due October 19, 2021. (ECF 32).

5. Prior defense counsel (Bernard Rhodes of Lathrop GPM) suffered significant health problems that necessitated his withdrawal from this case, as well as a substantially similar case

filed by Plaintiffs' former executive, Eric Coomer, in Colorado state court. *See Coomer v. Donald J. Trump for President, Inc., et al.*, Case No. 2020CV034319 (Denver County, Colorado).

6. Defendants' current counsel has been diligently working to fully substitute into both matters. This has proven particularly difficult in the Colorado case, where the parties were in the midst of anti-SLAPP briefing, and a two-day in-person anti-SLAPP hearing is scheduled for next week.

7. In light of these challenges, there is good cause for an extension of time for Defendants to respond to the Complaint because Defendants' new counsel is still evaluating and addressing the factual and legal allegations in the 213-page Complaint and 734 pages of exhibits.

8. The requested extension will not affect any other deadlines in the case.

9. Defendants' counsel has conferred with Plaintiffs' counsel, who indicated that they do not oppose the 30-day extension.

10. This would be the first extension of this deadline for Charles Herring and Robert Herring, Sr., and the second extension of this deadline for Herring Networks, Bobb, and Rion. This extension is not being sought for the purpose of delay or any other vexatious purpose.

WHEREFORE, Defendants respectfully request that the Court enter an order extending the responsive pleading deadlines for all Defendants to November 18, 2021.

-3-

                        Respectfully submitted,

                    By: s/ Brian K. McCalmon
                        Counsel for all defendants

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
Julia Koechley
jkoechley@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

Dated: October 7, 2021

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Brian K. McCalmon
Brian K. McCalmon