IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

### [PROPOSED] ORDER

On considering Defendants' Unopposed Motion to Enlarge Time to Answer or Move in Response to Complaint (ECF 40), the lack of opposition thereto, and the entire record herein, the Court finds that Defendants' Motion is well taken. For the foregoing reasons, it is hereby ordered that Defendants' Motion is **GRANTED** and Defendants shall have until November 18, 2021, to answer or otherwise plead in response to the Complaint.

**SO ORDERED.**

Dated: October __, 2021

_____
United States District Judge