IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>    Defendants | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

## **EXHIBIT INDEX**

A     Report of Review of Dominion Voting Systems Democracy Suite 5.5-A, Texas Secretary of State's Office, January 24, 2020

B     Full briefing (without voluminous exhibits) on OAN defendants' anti-SLAPP motion in the *Coomer* Action, Filing IDs A7DA5EF84102C, E9E5DD591D201, and 6A78E5F1E0F74 (Note none of the information is confidential pursuant to a protective order anymore. *See Coomer* Action, Oct. 8, 2021 Order.)

C     Declaration of Eric Coomer, *Coomer* Action, Filing ID E9E5DD591D201, Exh. A to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss

D     Deposition of Joseph Oltmann, *Coomer* Action, Filing ID 6A78E5F1E0F74, Exh. G to OAN Defendants' Reply in Support of Special Motion to Dismiss

E     Declaration of Tay Anderson, *Coomer* Action, Filing ID E9E5DD591D201, Exh. U to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss

F     Deposition of Eric Coomer, *Coomer* Action, Filing ID 6A78E5F1E0F74, Exh. A to OAN Defendants' Reply in Support of Special Motion to Dismiss

G     Exhibit P23 to Deposition of Eric Coomer, *Coomer* Action, Filing ID 6A78E5F1EOF74, Exh. B to OAN Defendants' Reply in Support of Special Motion to Dismiss

H     *Denver Post* editorial, *Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud. The attacks against me need to stop.*, December 8, 2020, *Coomer* Action, Filing ID 6A78E5F1E0F74, Exh. D to OAN Defendants' Reply in Support of Special Motion to Dismiss, Exhibit P19 to Deposition of Eric Coomer

I     *Ark Valley Voice* article, *On Edge: There's a $1,000 Bounty on His Head and He Can't go Home*, December 22, 2020, *Coomer* Action, Filing ID 6A78E5F1E0F74, Exh. E to OAN Defendants' Reply in Support of Special Motion to Dismiss

J       *Coomer* Action First Amended Complaint, Filing ID 5D2B3A08F794E

K       Dr. Coomer's Defamatory Statement Spreadsheet, *Coomer* Action, Filing ID E9E5DD591D201, Exh. A-1 to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss

L       OAN registration with California Secretary of State

M       FCC Public Notice granting approval for OAN's Fixed Earth Station satellite broadcasting service, April 21, 2004

N       Declaration of Heidi Beedle, *Coomer* Action, Filing ID E9E5DD591D201, Exh. Q to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss

O       Declaration of Erik Maulbetsch, *Coomer* Action, Filing ID E9E5DD591D201, Exh. T to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss

P       Joseph Oltmann's antifa call notes, *Coomer* Action, Filing ID E9E5DD591D201, Exh. F-2 to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss

Q       Judicial Caseload Profiles for the U.S. District Court for the District of Columbia and the U.S. District Court for the District of Colorado