IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02130-CJN |
| v. | |
| HERRING NETWORKS, INC., *et al.*, | Judge Carl J. Nichols |
| Defendants. | |

# <u>EXHIBIT E</u>

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:        2020cv034319<br><br>Division Courtroom:        409 |

**EXHIBIT U**
**DECLARATION OF INDIVIDUAL 1**

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:       2020cv034319<br><br>Division Courtroom:       409 |

## DECLARATION OF AUONTAI ANDERSON

1

I, Auontai Anderson, declare and state:

1.      My name is Auontai Anderson, but I am known in most circles as Tay Anderson. I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration.  I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2.      I am the At-Large Director of the Denver Public Schools Board of Education. I was elected to this position in 2019.

3.      Throughout the spring and summer of 2020, the Black Lives Matter protest movement grew rapidly in Colorado, and specifically in Denver, following the murder of George Floyd in Minneapolis.  The movement drew attention to similar issues here in Denver, specifically with respect to concerns about police brutality.

4.      Through my consistent and vocal involvement in the Black Lives Matter movement, my public persona grew and I assumed both formal and informal leadership roles within the movement.

5.      As a result of the successes of the Black Lives Matter movement in Colorado, including the historic passage of the Enhance Law Enforcement Integrity Act, various political operatives that disagreed with our objectives began to target our work, with some individuals even targeting me personally.

6.      One of the individuals to target Black Lives Matter activists was Joseph A. Camp (Camp).  Camp frequently attended public protests, where he would photograph participants, harass attendees, and provoke confrontations.

7.      Mr. Camp's presence was so frequent and intrusive that we eventually complained to law enforcement, where we filed complaints against Camp related to harassment and stalking.

8.      On Wednesday, September 23, 2020, Camp attended a protest in Denver that I had helped organize to demand justice for the murder of Breonna Taylor.  Camp arrived with multiple armed "bodyguards" who were ticketed for carrying large-capacity gun magazines that are banned in the city.[1]

9.      As a result of Camp's increasingly aggressive and potentially violent conduct, many members of the Denver progressive community, including myself, were deeply concerned for our own personal safety and that of our community.  We scheduled a conference call to address these concerns on September 25, 2020.  I do not recall any other calls during the mid-late September time frame that were scheduled specifically to discuss Camp.

10.     On September 25, 2020, I participated in a zoom conference call with roughly 15-20 other Denver activists, where we discussed the escalating threat of violence from Camp and how best to counter his tactics peacefully.  As the administrator of the call, I was generally familiar with all of the call participants, who were visible during the call.

11.     During that call, no one mentioned 'Eric from Dominion' and I am not familiar with anyone who would meet that description.

---

[1] Kevin Beaty, *Men with guns were stopped by police at a downtown Denver protest. A local livestreamer says he hired them as security*, DENVERITE, Sep. 25, 2020, https://denverite.com/2020/09/25/livestreamer-says-he-hired-men-stopped-with-guns-at-denver-protest/ (last visited Aug. 24, 2021).

3

12.     I do not know Eric Coomer, nor have I ever met him.

13.     In all my time working in the Denver community, and specifically with members of the community that are or have been actively engaged in the Black Lives Matter movement or other related movements for social justice, I have never heard the name Eric Coomer or had any interactions with anyone who claimed to know him.

14.     I only became aware of Dominion Voting Systems in the weeks after the 2020 presidential election, and I have not been following the news coverage of Dominion closely.

15.     Pursuant to C.R.S. § 13-27-101, *et. seq.,* I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Further Declarant sayeth naught.

Executed on the 1st day of September 2021 in the City and County of Denver, Colorado.

_____
Auontai Anderson, Declarant

STATE OF COLORADO                    )
                                     )     ss.
CITY AND COUNTY OF DENVER            )


The foregoing Affidavit was acknowledged by Auontai Anderson before me on this 1st day of September 2021.


Witness my hand and official seal.                [SEAL]

Notary public: _Erin Holweger_____

My commission expires: _8/13/2023_____

ERIN HOLWEGER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114042610
MY COMMISSION EXPIRES AUGUST 13, 2023

4