IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02130-CJN |
| v. | |
| HERRING NETWORKS, INC., *et al.*, | Judge Carl J. Nichols |
| Defendants. | |

# <u>EXHIBIT G</u>

DATE FILED: October 4, 2021 9:00 AM
FILING ID: 6A78E5F1E0F74
CASE NUMBER: 2020CV34319

# Exhibit B

0001

**Eric Coomer**
4d · 👥

Just fucking vote! And if you voted for a fascist- friend, family, or foe, fucking un-trump me. I've got no truck for racists

YOUTUBE.COM
**Stiff Little Fingers - Suspect Device**
I do not own rights to this song . Lyrics: Inflammable material is pla...

EXHIBIT

P23

exhibitsticker.com

20CV34319-JOdisclosures-0001

👍 8

Eric Coomer
September 16 · 👥

Well, and truly fucked #votetheassholesout



MARKETWATCH.COM
**William Barr advocates hitting more protesters with federal charges — including sedition**

👍😠 6                                    2 Comments

👍 Like          💬 Comment          ↗ Share

Linda Axelrod
Sedition???!!!           ···

Like · Reply · 7w

Carl Gable           ···




20CV34319-JOdisclosures-0002

Like · Reply · 7w                          👍 1

0003

 Eric Coomer shared a memory

August 14 · 👥

Wheeler pass whiskey hand-ups #breckepic



6 Years Ago
See Your Memories 〉

**Eric Coomer**
August 14, 2014 · 👥

Whiskey on my mind #breckepic

 11                                      5 Comments

👍 Like                    💬 Comment

View 2 more comments

 **Eric Francis**
Ahhh shit. I remember that. Didn't you have an epic crash soon there after? Or before.

Like · Reply · 11w

**Eric Coomer**  20CV34319-JOdisclosures-0003
I wasn't riding in this epic, just doing hand-ups. The following year I raced and shattered the collar bone

**Eric Coomer**
July 6

https://www.nbcnews.com/.../jonathan-sackler-co-owner...

Okay, okay, it was technically June, but I found out recently, and I SOOOO love a good xmas in July... xmas in June? I dunno, fuckit. Good riddance you shitbag- I'm GLAD you're dead. I hope it was painful, but you were probably dosed to high-heaven with your own supply...



NBCNEWS.COM

**Jonathan Sackler, co-owner of OxyContin maker Purdue Pharma, dies at 65**



👍 9                                    3 Comments

👍 Like            💬 Comment            ↪ Share



**Jeremy Woolf**
Good riddance

Like · Reply · 17w



**Tyler McMahon**
I wonder if he was addicted to his own opioids to manage the pain..

Like · Reply · 17w

 **Jeremy Woolf**
**Tyler McMahon** one could only hope that's true. It would've been better if that addiction was what killed him instead of cancer though.

Like · Reply · 17w · Edited

20CV34319-JODisclosures-0004



June 18 ·

https://youtu.be/3tR6mKcBbT4

required viewing

YOUTUBE.COM

**8:46 - Dave Chappelle**

From Dave: Normally I wouldn't show you something so unrefined,...

 1

20CV34319-JOdisclosures-0005

 Like      Comment      Share

Eric Coomer
June 8 · 👥

https://www.facebook.com/65639912452/posts/10158375075202453
/?d=null&vh=e



Trevor Noah ✓
June 6 · 🌐

This! 🎧 🎥: Kimberly Jones / David Jones MEDIA

20CV34319-JOdisclosures-0006

 3

0007



**Eric Coomer**
June 5 · 🐾

https://www.msn.com/.../new-trump.../ar-BB154W4q...

#bunkerboy #bunkerbitch #fucktrump



MSN.COM

**New Trump Appointee to Foreign Aid Agency Has Denounced Liberal Democracy and "Our Homo-Empire"**

2 Comments

 Like     Comment     Share


**Lynn Crounse**
homo the brave    •••

Like · Reply · 22w


**Linda Axelrod**
Well she's another Christian Right Conservative appointee...USAID has it ~~20CV34319 JC disclosures 0007~~ ster to the organization. Such a shame....    •••

Like · Reply · 22w



**Eric Coomer**
June 3 · 

Getting tougher for the law and order apologists every day... This is pretty much unprecedented and clear General Mattis knows the real threat to our democracy.



THEATLANTIC.COM

**James Mattis Denounces President Trump, Describes Him as a Threat to the Constitution**

🙂😢 10


20CV34319-JOdisclosures-0008

👍 Like        💬 Comment        ↪ Share

June 2 ·

In case you didn't know:

"Antifa" has made a statement:

TO: ALL MEDIA

PUBLIC STATEMENT FROM "ANTIFA" IN RESPONSE TO THE THREATS ISSUED BY UNITED STATES PRESIDENT DONALD J. TRUMP

Dear Mr. Trump:

Let us be perfectly clear:

"Antifa" isn't an organization. There's no membership, no meetings, no dues, no rules, no leaders, no structure. It is, literally, an idea and nothing more. Even the claim of this author to represent "Antifa" is one made unilaterally for the purposes of this communication and nothing more; there is no governing body nor trademark owner to dispute the author's right to represent "AntiFa."

"Antifa" is a neologism constructed from a contraction of the phrase "anti-fascist." The truth is, there's no such thing as being "anti-Fascist." Either you are a decent human being with a conscience, or you are a fascist.

The ostensible president of the United States has, today, openly declared that he is a fascist, and that he intends to turn the military power of the United States into a fascist tool.

Now there is no question, and we can stop pretending that this man represents anything but the worst in humanity, which his supporters embody.

And that is the only effect his words will have.

It will likely be no problem for LEO to identify the author of this document, who also has maintained the "AntiFa" page on Facebook since founding it in 2017.

The author of this document is unconcerned with that inevitability because neither that author, nor this document, has been involved in a crime of any sort in any way.

But, since both the "president" and the media insist on acting as though "AntiFa" is this big, scary organization, the author supposes it's time for "AntiFa" to make a statement.

20CV34319-JOdisclosures-0009

Thus:

"AntiFa supports and defends the right of all people to live free from

Thus:

"AntiFa supports and defends the right of all people to live free from oppressive abuse of power, whether that power is unjustly derived from wealth, status as an employer, or political popularity.

Particularly, AntiFa defends and supports the right of oppressed and marginalized people to protest, march, and engage in civil disobedience in pursuit of justice. While it is never our intent to engage in violent or destructive behavior, we cannot and will not take responsibility for telling people how they are allowed to be righteously outraged. We prefer and encourage non-violent action. We also understand that some people just aren't feeling that nice anymore. Their feelings are entirely justified, and it is neither our role nor our privilege to tell them otherwise.

Mass civil disobedience is what happens when people say they're hurting and whoever's hurting them refuses to stop.

Stop hurting them. Fix your broken systems. Get real and meaningful psychological evaluations and background checks - police in some nations have to pass a more stringent test to carry pepper spray than any police department in the US, or the US military, have in place. As a direct and possibly deliberate consequence, our military and paramilitary personnel simply cannot be assumed to be fighting in the interests of the people of this country.

We've all seen the photos. This destruction and burning and looting is largely the behavior of outsiders; white people taking advantage of the situation both to enrich themselves by looting under cover of the protests, and to provide excuses for uncontrolled fascist elements within our military and police forces as plausible cover for killing more black, brown, and poor people without fear of sanction. The so-called "accellerationists" who have committed to ensuring that, any time a marginalized community stands up and demands justice, construct a narrative of criminality and destruction that white bigots and affluent oligarchs who benefit from our broken system to validate their bigotry and injustice retroactively. They are successful in this for two reasons: because people like you are easily manipulated in your banal, self-serving ignorance, and because people like you are more than happy to passive-aggressively reap the benefits of pretending to believe this destruction is the act of the oppressed.

This game has gone on for decades on an endless loop since the very dawn of the civil rights era, and we the people are saying 'no more.'"

20CV34319-JOdisclosures-0010

And that, "President" Trump, is your solution. No more. Get the dirt out of your law enforcement and your military. Get the dirt out of your

dawn of the civil rights era, and we the people are saying 'no more.'"

And that, "President" Trump, is our situation. No more. Get the dirt out of your law enforcement and your military. Get the dirt out of your government and administration. Ideally, resign now and take your VP and cabinet with you; Nancy Pelosi isn't a great deal of improvement, but she'll only be president for a few months.

You can't arrest 100 million of us, sir, and you would be well-advised not to try. If you think that targeting and "making an example of" the author of this document will get you anywhere, you may rest assured that this author is more than prepared to allow his real name to be used as a rallying cry for justice and civil disobedience from coast to coast.

It is time for you and everyone who thinks like you to understand that whether black, red, brown, white, or any other color, Americans are done living in a nation of empty platitudes and broken promises.

Traditionally, this type of document is accompanied by a list of "demands." Here are our demands:

-Universal single payer health care, without regard for citizenship status.
-Universal basic income WITH a federal job guarantee, under which the federal government becomes the "employer of last resort." Involuntary unemployment is a function of profiteering by fascist capitalist oligarchs who are willing to sacrifice the lives of others for their own enrichment. It must end.
-The abolition of "right to work laws" which do exactly the opposite of ensuring anyone's right to work.
-Publicly funded higher education.
-Robust and effective social welfare programs to include child care, education, employment training and counseling, parenting skills training, and life skills training including fiscal education.
-A requirement that functional proficiency in media, political, and economic literacy be demonstrated to graduate high school.
-The creation of a publicly funded non-partisan media source to serve as the primary source of government information, to be overseen and managed day to day by a coalition of well-known communicators, political scientists, and other experts in propaganda to strip ALL bias from official information before it is broadcast.
-Federal charges of treason filed against anyone willfully and knowingly attempting to minimize public perception of the impact and risks of the coronavirus.
-Reform of whistleblower 20CV34319 JQdisclosures 0011laws to ensure they have teeth, and particularly to ensure that a whistleblower, acting in good faith, is not identified to the public, ever.

identified to the public, ever.

thing. You can't end it, you can't arrest it, and you can't silence it. Nor, in any decent nation, would the attempt even be made.

"Antifa" means "Anti-Fascism." The only position that opposes that is fascism. In the end, there is no "organization" that you can "declare terrorists."

You, sir, and yours, are the terrorists, and your victims are done putting up with it.

America is not, in spite of having an openly admitted fascist as "president," a fascist nation. We've had wars about this. The fascists are 0-2.

Please, Mr. "President" - let's not try to make it 0-3? Because it will never, ever be 1-2, and none of us wants to see the death toll from your attempt to make it so.

Currently, media and other actors wishing to contact this author may do so through the page. Should Mr. Zuckerberg, who has displayed plenty of authoritarian and fascist tendencies himself, decide not to host that page any longer, this document will be updated.

Best Regards,
"AntiFa."

👍❤️ 8                                                    2 Comments

👍 Like                              💬 Comment



a bit long...

Like · Reply · 22w

20CV34319-JOdisclosures-0012

Yes Trump certainly won't get beyond "neologism"



**Eric Coomer**
June 2 ·

From the rector of St. John's Episcopal Church

**Gini Gerbasi** is with **Julia Joyce Domenick**.
June 1 ·

Friends, I am ok, but I am, frankly shaken. I was at St. John's, Lafayette Square most of the afternoon, with fellow clergy and laypeople - and clergy from some other denominations too. We were passing out water and snacks, and helping the patio area at St. John's, Lafayette square to be a place of respite and peace. All was well - with a few little tense moments - until about 6:15 or so. By then, I had connected with the Black Lives Matter medic team, which was headed by an EMT. Those people were AMAZING. They had been on the patio all day, and thankfully had not had to use much of the eyewash they had made. Around 6:15 or 6:30, the police started really pushing protestors off of H Street (the street between the church and Lafayette Park, and ultimately, the White House. They started using tear gas and folks were running at us for eyewashes or water or wet paper towels. At this point, Julia, one of our seminarians for next year (who is a trauma nurse) and I looked at each other in disbelief. I was coughing, her eyes were watering, and we were trying to help people as the police - in full riot gear - drove people toward us. Julia and her classmates left and I stayed with the BLM folks trying to help people. Suddenly, around 6:30, there was more tear gas, more concussion grenades, and I think I saw someone hit by a rubber bullet - he was grasping his stomach and there was a mark on his shirt. The police in their riot gear were literally walking onto the St. John's, Lafayette Square patio with these metal shields, pushing people off the patio and driving them back. People were running at us as the police advanced toward us from the other side of the patio. We had to try to pick up what we could. The BLM medic folks were obviously well practiced. They picked up boxes and ran. I was so stunned I only got a few water bottles and my spray bottle of eyewash. We were literally DRIVEN OFF of the St. John's, Lafayette Square patio with tear gas and concussion grenades and police in full riot gear. We were pushed back 20 feet, and then eventually - with SO MANY concussion grenades - back to K street. By the time I got back to my car, around 7:30, I was getting texts from people saying that Trump was outside of St. John's, Lafayette Square. I literally COULD NOT believe it. WE WERE DRIVEN OFF OF THE PATIO AT

2020-14-3318-000 disclosures 0013

and I think I saw someone hit by a rubber bullet - he was grasping his stomach and there was a mark on his shirt. The police in full riot gear were literally walking down the St. John's, Lafayette Square patio with these metal shields, pushing people off the patio and driving them back. People were running at us as the police advanced toward us from the other side of the patio. We had to try to pick up what we could. The BLM medic folks were obviously well practiced. They picked up boxes and ran. I was so stunned I only got a few water bottles and my spray bottle of eyewash. We were literally DRIVEN OFF of the St. John's, Lafayette Square patio with tear gas and concussion grenades and police in full riot gear. We were pushed back 20 feet, and then eventually - with SO MANY concussion grenades - back to K street. By the time I got back to my car, around 7, I was getting texts from people saying that Trump was outside of St. John's, Lafayette Square. I literally COULD NOT believe it. WE WERE DRIVEN OFF OF THE PATIO AT ST. JOHN'S - a place of peace and respite and medical care throughout the day - SO THAT MAN COULD HAVE A PHOTO OPPORTUNITY IN FRONT OF THE CHURCH!!! PEOPLE WERE HURT SO THAT HE COULD POSE IN FRONT OF THE CHURCH WITH A BIBLE! HE WOULD HAVE HAD TO STEP OVER THE MEDICAL SUPPLIES WE LEFT BEHIND BECAUSE WE WERE BEING TEAR GASSED!!!!

I am deeply shaken. I did not see any protestors throw anything until the tear gas and concussion grenades started, and then it was mostly water bottles. I am shaken, not so much by the taste of tear gas and the bit of a cough I still have, but by the fact that that show of force was for a PHOTO OPPORTUNITY. The patio of St. John's, Lafayette square had been HOLY GROUND today. A place of respite and laughter and water and granola bars and fruit snacks. But that man turned it into a BATTLE GROUND first, and a cheap political stunt second. I am DEEPLY OFFENDED on behalf of every protestor, every Christian, the people of St. John's, Lafayette square, every decent person there, and the BLM medics who stayed with just a single box of supplies and a backpack, even when I got too scared and have to leave. I am ok. But I am now a force to be reckoned with. 20CV34319-JOdisclosures-0014

👍❤️😢 4

Eric Cooper
June 2 · 🐾

8 minutes 46 seconds



NYTIMES.COM

## 8 Minutes and 46 Seconds: How George Floyd Was Killed in Police Custody



👍😢 2                                              3 Comments

   👍 Like            💬 Comment            ↪ Share


#fuckthepolice                        ···

Like · Reply · 22w

There is no excuse for any of this to have happened!
Now, or in the past, or future! Let this be the end of
police brutality on ALL, especially on Blacks! Disgusting!
My heart breaks! 💔🤬                               ···

Like · Reply · 22w

20CV34319-JOdisclosures-0015
Outrageous for sure. Criminal in my mind.

Like · Reply · 21w

0016



Eric Coomer
May 31 · 👥

Once again, the onion nails it



N🌿W
FOCUS

THEONION.COM

Cop Explains How It Feels To Live Every Day In Fear
Someone Might Record You Brutalizing A Civilian

Coomer-Disclosures-0016

👍 4



May 31 ·

https://youtu.be/f0Po30MZ2xo



YOUTUBE.COM

**Oi Polloi - Pigs For Slaughter (+ Lyrics)**
They shot innocent 5 year old kid murdered him in his bed They be...

20CV34319-JOdisclosures-0017



👍 Like          💬 Comment          ↪ Share

0018



**Eric Commer**
May 31 · 

All you Karen's and Kyle's posting memes about "riots not being protests" please list the number of times you posted anything when an innocent African American was slaughtered by a racist cop. There are FAR more opportunities for the latter than the former.

Oh, and go fuck your self-righteous pearl clutching.

👍❤️😆 24                                          6 Comment

👍 Like                    💬 Comment

**Marjo Curgus**
Hear hear!

Like · Reply · 22w

**Penelope Chester**
https://www.latimes.com/.../george-floyd-minneapolis...?



LATIMES.COM
Editorial: Don't focus on looting. Be outraged that police keep killing...

Like · Reply · 22w

**Penelope Chester**
"To focus on the damage and looting misses the point. Were it not for the killing of Floyd, and the history of police behavior, there would have been no protests."

Like · Reply · 22w                                    👍 1

**Luke Harrison**
It's like surfing. If there's a wave they'll ride it.
If there's a protest the looters will take advantage of it to be evil people.
Don't give society a reason to protest and there won't be any looting!... See More

Like · Reply · 22w

**Josh Torres**            20CV34319-JOdisclosures-0018
You came back to Facebook in the middle of this shit storm! 😂 . Stir it up!!

FAR more opportunities for the latter than the former.

Oh, and go fuck your self-righteous crutching.

😍❤️😆 24                                                          6 Comments

👍 Like                              💬 Comment

**Marjo Curgus**  ...
Hear hear!
Like · Reply · 22w

**Penelope Chester**                                               ...
https://www.latimes.com/.../george-floyd-minneapolis...?

LATIMES.COM
Editorial: Don't focus on looting. Be
outraged that police keep killing...

Like · Reply · 22w

**Penelope Chester**                                              ...
"To focus on the damage and looting misses the
point. Were it not for the killing of Floyd, and the
history of police behavior, there would have been
no protests."

Like · Reply · 22w                                        👍 1

**Luke Harrison**
It's like surfing. If there's a wave they'll ride it.
If there's a protest the looters will take advantage of it to    ...
be evil people.
Don't give society a reason to protest and there won't be
any looting!... **See More**

Like · Reply · 22w

**Josh Torres**
You came back to Facebook in the middle of this shit          ...
storm!😂. Stir it up!!

Like · Reply · 22w

**Eric Coomer**                               20CV34319-JOdisclosures-0019
I came to throw metaphorical bombs...

Like · Reply · 22w                                        👍 2

0020

Eric Coomer
May 31 · 👥

https://youtu.be/lWsUZT1YHno



YOUTUBE.COM
**Dead Prez - Cop Shot (HQ** 20CV34319-JOdisclosures-0020
High Quality - Dead Prez - Cop Shot Please, Comment, Add, Rate ...

0021


May 31 · 

https://youtu.be/HPfeTBwrGAw



YOUTUBE.COM

THE EXPLOITED - FUCK THE USA - HARDCORE
WORLDWIDE (OFFICIAL VERSION HCWW)

POTUS-HCWW-Disclosures-0021

👍 1

May 31 · 

https://youtu.be/qu6r7Yd_iG8

The muthafuckin villian that's mad
With potential to get bad as fuck
So I'm a turn it around
Put in my clip, yo, and this is
the sound Ya, somethin
like that, but it all depends
on the size of the gat

YOUTUBE.COM

20CV34319-JOdisclosures-0022

N.W.A. fuck the police with lyrics

esta es la letra de la cancion espero que les sirva.

0023

May 31 ·

https://youtu.be/i1TAzImaM-Y



YOUTUBE.COM

The 4 Skins - A.C.A.B. ( Lyrics)

Lyrics: Hangin around with my mates one night We got in a little fi...



20CV34319-JOdisclosures-0023

1



Like



Comment



Share

Eric Coomer
May 31 · 

https://youtu.be/LH8gUhDd6WE



YOUTUBE.COM
**Body Count - Cop Killer**
Artist/Band: Body Count Album: Body Count (1992) Genre: Crossov...

 3

20CV34319-JOdisclosures-0024

 Like        Comment         Share

May 31 · 👥

https://youtu.be/5LWp4pbq-7w



YOUTUBE.COM

## MDC "Dead Cops / Americas So Straight" with lyrics in the description

❤️ 2                                     5 Comments

👍 Like            💬 Comment            ↗️ Share


You're on a rip today 😃

Like · Reply · 22w

**Eric Coomer**
I'm fucking over it!

Like · Reply · 22w


that was obvious when you brought in ice-t 😃
jokes aside I totally agree                        👍 1

Like · Reply · 22w

**Eric Coomer**
Scott Wimberley <span style="color:red">20CV34319 JOdisclosures 0025</span> cop killer is a great song,
regardless of the way ice-t has turned out.

Like · Reply · 22w

Eric Cooper
May 30 · 👥

https://youtu.be/c5fts7bj-so

Why can't you just protest peacefully? 400 years...



YOUTUBE.COM

**nwa fuck the police hq**
I OWN NOTHING

20CV34319-JOdisclosures-0026

👍 3

**Eric Coomer**
June 28, 2019 · 👥

Been awhile since I attended a thesis defense. Way to go
GenevieveRoberts! #science #doctorsclub



👍❤️😮 7                              1 Comment  1 Share

👍 Like                              💬 Comment

20CV34319-JOdisclosures-0027



Linda Axelrod
Bravo Genevieve!!

June 28, 2019 · 🌐

Somewhere, sometime on El Cap...



20CV34319-JOdisclosures-0028

👍❤️😮 48                                    4 Comments

January 10, 2019 · 

I guess McConnell wasn't a fan of Schoolhouse rock... just because cheeto jesus won't sign a bill to reopen the government, doesn't mean we can't reopen the government. For those with short attention spans, or still have this entire episode's song stuck in their head, 2:30...



YOUTUBE.COM
**I'm Just a Bill (Schoolhouse Rock!)**
I used to love these... 🙂 Enjoy. I'm just a bill... hahaha

 12     3 Comments  1 Share

👍 Like          💬 Comment          ↗ Share

**Marjo Curgus**
I loved this one. Still sing it. We need to bring civics back.

Like · Reply · 1y

**Mike Berg**
McConnell doesn't give a shit about America, he is no better than Cheeto Shit Stain, they are two peas in a pod. It is fun and joy for them to weld the power to take the pursuits of life, liberty, and justice away from people that are not part of their... See More

Like · Reply · 1y



**Eric Coomer**
**Mike Berg** I'd actually say McConnell is worse than cheeto-jesus

200704319-JOdisclosures-0029

Like · Reply · 1y          👍 2



Paul Cooper is 😄 feeling happy :) with Eric Coomer and 94 others.

September 21, 2018 · 🌐

Hi peeps... Can you take a look and comment or send any feedback... its 8 from 110 designs.. really would appreciate your thoughts...



ESTD        2018

**FEATHERBED**

ⓘ

99DESIGNS.CO.UK

## Help me choose my new design!

I'm running a logo and social media pack contest on 99designs. De...

20CV34319-JOdisclosures-0030

 19                    50 Comments  3 Shares

BRK-Epic with Eric Coomer
September 13, 2018 · 🌐



20CV34319-JOdisclosures-0031



**Eric Coomer**
August 25, 2018 · 

Facebook, I truly hate you. But Tom Frost and Jeff Lowe... You inspired me to no end over the last 28 years... Fortunate enough to have met you both. Peace out...

YOUTUBE.COM
**David Bowie - Heroes**
Music video by David Bowie performing "Heroes". Taken from the ...

20CV34319-JOdisclosures-0032

👍 10

Matt Crane is with Eric Coomer and 33 others.
August 22, 2018 · 👥

Had an fantastic time at the Colorado County Clerk's Association
Summer Conference in Salida this week.  So honored to serve with all
Clerks, our staffs, and industry partners as we work to improve the
services we provide to our citizens. And a very special thank you to the
amazing Chaffee County Clerk Lori Mitchell for hosting us!






👍❤️ 79                                              1 Comments  1 Share

👍 Like                              💬 Comment



Lynn Bartels
The picture of that kiss makes me laugh.                    ···
Like · Reply · 2v                              👍❤️😂 7

20CV34319-JOdisclosures-0033



July 22, 2018 ·



PRIVATE GROUP • 32,931 MEMBERS

The Church of the SubGenius

20CV34319-JOdisclosures-0034

👍 7                                                          1 Share

0035

January 28, 2018 ·

"This is how elected autocrats subvert democracy-packing and
'weaponizing' the courts and other neutral agencies, buying off the
media and the private sector [hello tax cuts 2017]... And rewriting the
rules of politics to tilt the playing field against opponents. The tragic
paradox of the electoral route to authoritarianism is that democracy's
assassins use the very institutions of democracy-gradually, subtly, and
even legally-to kill it." #Resist #deathoftheamericandream #wa... **See
More**



20CV34319-JOdisclosures-0035

👍 18                                    4 Comments

0036



👍 18                                                    4 Comments

👍 Like                          💬 Comment

**Marjo Curgus**
I just posted an article by same authors. I want to read it!
I'll buy drinks and we can toast to the US becoming a 3rd
world oligarchy.
                                                              👍 1
Like · Reply · 2y

> **Eric Coomer**
> This is a seriously depressing read... I did ride my
> bike today, but the gravity well of depression is
> deep.
>
> Like · Reply · 2y

**Luke Harrison**
Oh. Someone's written a book about my cynical paranoid
opinion on democracy?
Truth! We're all screwed. The electoral cycle is the new
reality TV
"give them games"

Like · Reply · 2y

**Garth Prosser**
Ughhh! Not enough coffee to chase these blues. And no
snow to help either

Like · Reply · 2y

20CV34319-JOdisclosures-0036



September 14, 2017 · Pahrump ·

And in other news... There be some serious fuckery going on right here fueled by our Cheeto-in-chief stocking lie after lie on the flames of Kobach... You want something serious to worry about? This is it.

WASHINGTONPOST.COM
**The voting commission is a fraud itself. Shut it down.**

7        1 Comment  1 Share

👍 Like        💬 Comment        ↪ Share

**Carl Gable**
The good news is we have a very competent special prosecutor doing relentless and complete investigation. I'm an optimist, his day will come.

Like · Reply · 3y

20CV34319 JO disclosures 0037



Eric Comer
July 9, 2017 · 👥

Ah... Texas... The land of racists, idiots, and mysoginists. In 2 hours I've heard, "what's wrong wif hav'n a ralationship with another powr'ful kuntry (Russia) ?" "I luuuv trump", "goddamn Wimmen jus' dun know hor' ta liss'n", "ya know darlin', you're pretty, wish I didnt have to tip you, them robots is comin'"

#fuckyou

 25       7 Comments

👍 Like                    💬 Comment

 Where are you? Thought you were in IN? TX Airport on way home? Don't judge a "people" by their Airport weirdos! We still love TX. and the family members in it, tho I guess many do have different ideas, at least they lost the PA ones. 😜

Like · Reply · 3y

 Yeah I don't know what the fuck. Last night we had to listen to a drunk bunch of em talking loudly bout their fucking golf games at a sushi restaurant. They should be required to have visas to come here

Like · Reply · 3y        👍 1

Except **Trip**, if **Eric** F won't renew his work visa, I'll hide that dude in my basement but I'd have to move my beer into the garage. 😜

Like · Reply · 3y        👍 2

One in a pickup almost clipped me in breck this week. Second TX truck to almost take me out in breck

Like · Reply · 3y        😢😡 2

 Ha! Aye yaye! Hang in there and hope you get back to civilization soon! <span style="color:red">20CV34319-JOdisclosures-0038</span>

Like · Reply · 3y

0039

June 15, 2017 ·

BOOM! Awesome!!!!! Salida peeps, make sure you are currently registered to vote!

It's easy!



**Heart of the Rockies Radio News**
June 15, 2017 ·

P.T. Wood announces candidacy for Salida Mayor.
Some 350 people gathered last night at the SteamPlant for the kick-off to FIBArk, the Salida Chamber of Commerce's Business After Hours.

One of those in attendance was Salida business man and current chairman of the Salida Planning and Zoning Commission P.T. Wood. Wood took the opportunity to announce to Heart of the Rockies Radio News of his intention to run for the position of Mayor of Salida.

20CV34319-JOdisclosures0039

**Heart of the Rockies Radio News**

June 15, 2017 · 🌐

P.T. Wood announces candidacy for Salida Mayor.
Some 350 people gathered last night at the SteamPlant for the
kick-off to FIBArk, the Salida Chamber of Commerce's Business
After Hours.

One of those in attendance was Salida business man and
current chairman of the Salida Planning and Zoning Commission
P.T. Wood. Wood took the opportunity to announce to Heart of
the Rockies Radio News of his intention to run for the position of
Mayor of Salida.

Wood said in his announcement, "I've been in Salida for almost
30 years and I've opened a number of businesses like Moonlight
Pizza and now Woods High Mountain Distillery. I've been involved
in the community over those years, 10 years on the Planning and
Zoning Commission with the last 6 years as chairman. The natural
progression of that in my thinking is to run for mayor. I am
running for Mayor of Salida, Colorado.

I think I bring a lot of meeting management skills to the job.
I've been able to run consensus building and fairly compact
meetings in planning and zoning over the years, meetings that
brought different view points together in the middle. I think that's
a skill I can bring to the office of mayor.

I am looking forward to hearing ideas, thoughts and concerns
of the citizens of Salida and being their Mayor.

Wood will have a presence on Facebook beginning today,
search Wood for Mayor. You can send him an email at
ptwoodmayor@gmail.com.

20CV34319-JOdisclosures-0040



June 1, 2017 ·

Irony level: Expert

Email response from my letter to the EPA regarding the trumpet withdrawing the US from the Paris Climate Accord

Pruitt, Scott via usepa.onmicrosoft.com
7:17 PM (11 minutes ago)

to me
Thank you for your email message.

Promoting and protecting a strong and healthy environment is among the lifeblood priorities for the government. The U.S. Environmental Protection Agency is vital to that mission. I am proud to lead this agency, and I seek to listen and learn as we address the issues we face as a nation.

I believe we can grow our economy and harvest the resources we are blessed with while also being good stewards of the air, land and water by which we have been favored.

Together with the dedicated public servants at the EPA and our state partners across this great country, we can and will achieve clean air and water and strong economic growth and job creation. I hope you will visit www.epa.gov to learn more about our work and to follow our progress.

My staff will follow up in response to your email as necessary and appropriate.

Respectfully yours,
E. Scott Pruitt
EPA Administrator



EPA.GOV
**US EPA**
United States Environmental Protection Agency

20CV34319-JOdisclosures-0041

0042

November 8, 2016 ·

Fuck you Britain, we beat your ass again. We rule! We'll see your silly brexit and raise you an insane orange narcissist racist xenophobic clown! UST UST UST!

40                                      14 Comments  6 Shares

Like                              Comment

**Dave Brothers**
Don't forget misogynist.
Like · Reply · 3y          2

**Richard Lynch**
I thought we were thick as pig shit but you guys just punch us out the ring!
Like · Reply · 3y          2

**Michael Coomer**
Are you drinking yet?
Like · Reply · 3y          1

**Eric Coomer**
Still working, soon...
Like · Reply · 3y

**Michael Coomer**
I am so far ahead of you at this point. Literally the only victory tonight.
Like · Reply · 3y

**Jason Miles**
you guys totally rule, man.
Like · Reply · 3y          1

**Andrew Simkin**
Yes, we have been trumped by the US.
Like · Reply · 3y          1

**Carl Gable**
Darkness descends upon us.
Like · Reply · 3y

20CV34319-JOdisclosures-0042

**Eric Coomer**
I have words, and yet I don't have words. Fuck me... fuck

Yes, we have been trumped by the US.

Like · Reply · 3y

👍 1

**Carl Gable**
Darkness descends upon us.

Like · Reply · 3y

👍 1

**Eric Coomer**
I have words, and yet, I don't have words. Fuck me... fuck us... how did a billionaire daddy's boy somehow become the beckon of the "common man"???? How the fuck do I have actual relatives/family that gladly donned the "brown shirt"? And I'm a relative... See More

Like · Reply · 3y

👍 2

**David Hatchner**
Sad, but this made me laugh till I had tears in my eyes. Although I think I'm laughing and crying at the same time.

Like · Reply · 3y

**Tim Kirkus**
Are you fucking kidding me? What the hell is going on over there? Eric. Please. Sort it out would you?

Like · Reply · 3y

**Tim Kirkus**
http://www.thedailymash.co.uk/.../relieved-britain-no...

THEDAILYMASH.CO.UK
Relieved Britain no longer biggest f**k-up of 2016

Like · Reply · 3y

**Michael Maniglia**
Ha

Like · Reply · 3y

**Dominic Kleijnen**   20CV34319-JOdisclosures-0043
Unfuckinbelievable! Never thought of this! 😟

Like · Reply · 3y

👍 1

0044



**Eric Coomer**
November 8, 2016 · 👥

T-15 minutes to show time folks...
#2016results #widemargins #norecounts

👍 10                                    3 Comments

👍 Like                    💬 Comment



Hashtag wide margins! Ha ha ha!
                                        👍 1
Like · Reply · 3y

**Eric Coomer**
From a professional standpoint, it's my one and
only hope for tonight...
                                        👍 1
Like · Reply · 3y



Irony is that if it were leaning the other way he'd be
screaming "rigged"
I wonder when the last time they were free and fair
actually was. I doubt it was in the 20th century.

Like · Reply · 3y

200V34319vOdisclosures 0044



Eric Coomer?

**Denver Now**
November 8, 2016 · ⚙

BREAKING..

KDVR.COM
**All voter registration systems down in Colorado, Denver Elections Office reports**

3 Comments

👍 Like                💬 Comment

**Eric Coomer**
Nope, the VR system in Colorado (score and webscore) was created and is run/maintained by the state, not a vendor.

Like · Reply · 3y                ···

**Elizabeth Caswell Dyer**
I figured you would know the scoop on this!                ···

Like · Reply · 3y                👍 1

20CV34319-JOdisclosures-0045

**Eric Coomer**
Reportedly back online as of a couple minutes ago.                ···


Building.

November 8, 2016 · Chicago, IL · 👥

Nothing like a real city shoeshine



👍😆😮 27                    15 Comments

 Like          💬 Comment

20CV34319-JOdisclosures-0046

**Rachel Woolf**
You are wearing Swiftwicks with your fancy shoes aren't you?

···

004

 27                                                15 Comments

👍 Like                              💬 Comment

 **Rachel Woolf**
You are wearing Swiftwicks with your fancy shoes aren't you?
Like · Reply · 3y                                                     👍 1

**Mindi Hoffmaster**   ···



Like · Reply · 3y                                          👍 1

 **Eric Coomer**   ···
Shiiiit, not just any **Swiftwick Socks**, **Breck Epic** swiftwick socks!



👍 8

20CV34319-JOdisclosures-0047

Like · Reply · 3y

↳ View 1 more reply

Like · Reply · 3y

**Kevin M. Eitel**
Class! Pure class!!!

Like · Reply · 3y    👍 1

**Mindi Hoffmaster**
Fancy!

Like · Reply · 3y

**Geoffrey Cushing-Murray**
Monk strap fence climbers. Rad

Like · Reply · 3y    👍 1

**Carol O'Connor Coomer**
Why not!??!!!

Like · Reply · 3y

**Kevin M. Eitel**
There is nothing better than an old-fashioned shoe shine... Used to get my boots shined all the time in NYC (WTC lobby) or DC... Hard to find someone good at shining western boots, so you always go back to the same person... A true craft!

Like · Reply · 3y    👍 1

**Eric Coomer**
The guy's in the basement here are the real deal. Never miss the opportunity.

Like · Reply · 3y    👍 1

**Aaron Salskov**
Single Monk

Like · Reply · 3y

**Rick Littlefield**
Horrible to have another man shine your shoes. Capitalist canker.

Like · Reply · 3y

**Eric Coomer**    20CV34319-JOdisclosures-0048
I tip better than your broke-ass ever could hope to do. I do honest work and share my good fortune instead of being a racist piece of shit that plays bad

Monk strap fence climbers. Rad

**Carol O'Connor Coomer**
Why not!??!!!

Like · Reply · 3y

**Kevin M. Eitel**
There is nothing better than an old-fashioned shoe
shine... Used to get my boots shined all the time in NYC
(WTC lobby) or DC... Hard to find someone good at
shining western boots, so you always go back to the
same person... A true craft!

👍 1

Like · Reply · 3y

**Eric Coomer**
The guy's in the basement here are the real deal.
Never miss the opportunity.

👍 1

Like · Reply · 3y

**Aaron Salskov**
Single Monk

Like · Reply · 3y

**Rick Littlefield**
Horrible to have another man shine your shoes. Capitalist
canker.

Like · Reply · 3y

**Eric Coomer**
I tip better than your broke-ass ever could hope to
do. I do honest work and share my good fortune
instead of being a racist piece of shit that plays bad
music.

👍 2

Like · Reply · 3y · Edited

**Rick Littlefield**
Where do you get this "plays bad music" shit? If
you are going to insult me, get your facts straight,
pretty boy.

20CV34319 Disclosures 0049

Like · Reply · 3y



November 8, 2016 ·

I will most definitely have this up and running today

BUZZFEED.COM
A Zoo Is Streaming Red Pandas All Day To Help You Escape The Election

👍😆❤️ 8                                              1 Comment



👍 Like          💬 Comment          ↗ Share



Eric Coomer          <span style="color:red">20CV34319-JOdisclosures-0050</span>
not even the pandas are helping                ···

Like · Reply · 3y

0051


Eric Coomer
November 8, 2016 ·

Paul DeGregorio
November 8, 2016 ·

Read my blog in today's St. Louis Post-Dispatch and get out and vote today. Your participation with strengthen our democracy.



STLTODAY.COM
**Voters can trust the results of our presidential election**
In recent weeks questions have been raised as to whether the presi...

20CV34319-JOdisclosures-0051

 1



**Eric Coomer**
November 7, 2016 · 👥

Well goddamn... this sums it up perfectly, althoug I am fundamentally incapable of really feeling what this is like. Protest all you want, if HRC had a penis... you fuck head, chuckle fuck's wouldn't have boo to say. I'd respect you more (still less) of you'd admit the obvious. Happy voting. A pox upon us all in these self inflicted end times. The world didn't need a magical non-existent being, just an ignorant populace and a suitable demagogue to bring the apocalypse.

---

**Sandra Swalin**
November 7, 2016 · 🌐

"It isn't just an insult to Hillary Clinton that she wound up facing Trump. It's an insult to all women; it's confirmation of our darkest suspicions about sexis... See More



GLOBALCOMMENT.COM
**Goodbye to all that: I'm done with Election 2016**
The long and painful US election is almost at an end, and Sady Doy...

21CV04319 Jenasures 0052



Eric Coomer
November 4, 2016 · 👥

Where's the uproar? Hypocrites. Charlatans. Morally bankrupt.
Welcome to the new normal.

HUFFINGTONPOST.COM
BREAKING: Giuliani Confirms The FBI Leaked Information
To The Trump Campaign

👍❤️😡 15                        8 Comments  1 Share

👍 Like          💬 Comment          ➡️ Share



Peter Archer
Incredible
Like · Reply · 4y

Roger See
CNN confirms Rudy And several unnamed FBI agents
met for Donuts at a unnamed New York airport and
discussed the odds of Chicago winning the World Series.
Confirmed by unnamed source.
Like · Reply · 4y                                    👍 2

Roger See
Oops that's SEENN😳
Like · Reply · 4y          👍 1

Eric Coomer
"What does drive enthusiasm for Trump? According

20CV34319-JOdisclosures-0053

CNN confirms Rudy And several unnamed FBI agents
met for Donuts at a unnamed New York airport and
discussed the odds of something the World Series.
Confirmed by unnamed source.

Like · Reply · 4y                                    👍 2

**Roger See**
Oops that's SEENN😳                          ···
👍 1
Like · Reply · 4y

**Eric Coomer**
"What does drive enthusiasm for Trump? According
to the American National Election Survey, the best
determinant of whether someone is a Trump
supporter—even more than Republican Party
affiliation—is if they think President Barack Obama
is a Muslim. Eig... See More

TABLETMAG.COM                                    ⓘ
Why Character, Not Race, Class,
or Political Ideology,...

Like · Reply · 4y

**Adam Rongey**
Tool bags!                                    ···

Like · Reply · 4y

**Roger See**
Perhaps the more intriguing question ,what fuels the
enthusiasm for Hillary Clinton, please enlighten for I seek
more light.                                    ···

Like · Reply · 4y

**Scott Wimberley**
I guess it is mostly a desire not to hand our country
over to a buffoon.                           ···
👍 2
Like · Reply · 4y

**Luke Harrison**
Clinton running your country is really scary.
Trump at the helm is utterly terrifying.       ···
Some people don't see it that way, but they're both
pretty bad news.

20CV34319-JOdisclosures-0054

Like · Reply · 4y

**Penelope Chester**
November 2, 2016 · Toronto, ...  · 👥

Lol...Dominion friends, this is for you: "According to Premier Election Solutions, the manufacturer of the new Citadel electronic voting machine, each unit features an easy-to-navigate interface, keeps accurate and secure tallies of votes, and is constructed with durable Kevlar buttons, a shatter-resistant Plexiglas screen, and a reinforced titanium housing, ensuring the devices are able to endure sustained blunt force trauma from voters' fists and elbows as well as repeated puncturing attempts from sharp objects wielded by exasperated citizens." Eric Steven David - is this the next gen? 🙂



THEONION.COM

**New Heavy-Duty Voting Machine Allows Americans To Take Out Frustration On It Before Casting Ballot**

👍 Eric Coomer and 1 other    20CV34319-JOdisclosures-0055

 Like         Comment         Share

**0056**

Eric Coomer
October 31, 2016 · 👥

Fucking clowns



😀😆😮 30                                    6 Comments

 Like        💬 Comment        ➡ Share

View 1 more comment

You are gonna traumatize the kids!

👍 1

Like · Reply · 4y · Edited

20CV34319-JOdisclosures-0056

Eric Coomer
Yes, that IS the goal...

👍 3

**Eric Coomer**
October 29, 2016 ·

http://www.msn.com/.../donald-trump.../ar-AAjB6wt...

"We don't do that stuff." Oh... oh but "you" do...

https://www.google.com/.../trump-supporter-charged.../...... See More



MSN.COM
**Donald Trump Questions Veracity of Ballot Counting in Colorado**

 8                    20CV34319-JOdisclosures-0057                    1 Share

 **Eric Coomer**
October 20, 2016 · 👥

diagnosis of this level from a very short, if entertaining gif/capture is
suspect at best, but damn, this be some Proustian level shit right here:
"It's the image of a man who knows he has fucked it all up yet again—
a man who cannot escape himself, whose body is fighting to blow
itself apart. Yes, he is on television and he knows people are watching,
but for once he appears to be incapable of caring. This is Trump
distilled to the bitter despair that is the essence of his per... **See More**

ⓘ

SLATE.COM
**The Agonizing Essence of Donald Trump, in One GIF**
A few months ago, I decided topped ...

20CV34319-JOdisclosures-0058

👍 5

October 20, 2016 ·

#comedygold



Jokes for Al Smith Dinner

*Team,*
*Next draft, less George Carlin,*
*more Wayne Brady —H*

*eyebrows up*
*funny*

I'm so excited to be in a room full of Catholics tonight. I'm very religious. In fact, every time I hear Donald talk I shout, "Jesus Christ!" *Cheese & crackers?*

By the way, how the hell did the Pope get hipper than our likely first Female President? Can he teach me how to use Twitter? *our tweets are great, team! ✓ chill*

*smile the right amount*

I'm so pleased to be at the Al Smith dinner honoring the contributions of Catholics in politics with my thrice divorced, pussy grabbing, opponent. *tiny hand → 🐱 + penis get it?*

This night is a welcome break from an ugly campaign. After weeks hearing about sexual assaults, it's a relief to be in the company of so many Catholic priests. *NO.*

This evening is so glamorous! I feel like I'm at the Oscars, and not just because so many people here helped make the movie "Spotlight" possible *NO!*

But can any of us really judge Donald? I mean who in this room hasn't inappropriately groped someone's privates? Oh, just me. *← fact check*

*likeable*

I am really happy to be at the Al Smith dinner with Donald. Actually I'm happy to be anywhere with Donald when he didn't bring any women my husband raped. *elegantly* *absolutely NOT. Bill ruins everything not tonight!*

This event is about coming together. And I know that if I become President Donald will support me. And if he becomes President... (start laughing, but not your weird laugh) *which one is the weird one again?* Sorry I just... I can't do it! It's just so funny! Can you imagine all that tacky gold furniture in the White House?! I guess he'll replace all the stuff I stole in the nineties!

*xxxx CHATT SHHIT BEING YOURSELF xxxx*

But forreal you guys, I may not be the most fun candidate, or the most charismatic candidate, or the candidate that people want to get a beer with... That's it. That's all my staff wrote for that one. *→ test on millennials in office, preferably black*

As the campaign winds down, I want to sincerely thank all of Donald Trump's supporters for inspiring me to pursue comprehensive education reform. *Ha! But no.*

I think both the Catholic Church and myself could learn a thing or two from Donald. Mainly, don't get mired down in a scandal. Instead, produce numerous scandals per week so none get traction. *Is this one a joke or my real life? Fuck me. —H*

**FULL FRONTAL**

Full Frontal with Samantha Bee ✓
October 20, 2016 ·

20CV34319-JOdisclosures-0059

This came straight from our private fax line with Julian Assange.
Information has not been authenticated.



**Eric Coomer**
October 20, 2016 · 👥

"I would like to promise and pledge to all of my voters and supports and to all of the people of the United States that I will totally accept the results of this great and historic presidential election. If I win." Donald J. Trump 10/20/2016

If this does not terrify you, I have no words for you. Make no mistake, these are the words of a dictator. There is no legitimate electoral process that does not end withe result that he (Trump) demands.

👍😠😮 12                                          19 Comments



👍 Like                              💬 Comment

**Eric Coomer**
we'll be lucky if November 9th provides a conclusion...                    ···
                                                                    👍 1
Like · Reply · 4y

**Jason Miles**
pretty sure he's stolen Mugabe's material there.                          ···
                                                                    👍 1
Like · Reply · 4y

> **Bob Ternes**
> I can't wait until the $100 million banknotes.                        ···
>
> Like · Reply · 4y

**Andy Marker**
Yea, he can say all he wants, but come Nov 9th..what's he gonna do? Stomp his feet? Hold his breath until he turns blue? The rest of the country, and Hllary, the winner, will move forward and all his campaign staff will move onto to the unemployment line. It's not a requirement to concede - the US government will just move on and hopefully let him crawl back into his hole..                                              ···

Like · Reply · 4y

> **Eric Coomer**
> Procedurally, he can do a few things that could have immediate impacts- recounts being #1. States have statutes for automatic recounts, but candidates can request a recount at any time- with associated costs. This alone could have devastating effects o... See More                    ···
> 20CV34319-JOdisclosures-0060
>                                                                  👍 3

0061



Yea, he can say all he wants, but come Nov 9th..what's he gonna do? Stomp his feet? Hold his breath until he turns blue? The rest of the country, and Hllary, the winner, will move forward and all his campaign staff will move onto to the unemployment line. It's not a requirement to concede - the US government will just move on and hopefully let him crawl back into his hole..

Like · Reply · 4y

**Eric Coomer**
Procedurally, he can do a few things that could have immediate impacts- recounts being #1. States have statutes for automatic recounts, but candidates can request a recount at any time- with associated costs. This alone could have devastating effects on things like the economy etc. He could further foment "active dissent" among his rabid followers...but ultimately, his effects will be much longer lasting. There are now a non-trivial number of citizens that have "proof" through the barker, that we don't live in a legitimate government. Problems though there are, it is legitimate. I've veered into the existential fall-out, but there will be fallout.

Like · Reply · 4y           3


**Eric Coomer** Spot on. I just had the same conversation with Sam.

Like · Reply · 4y


eh - he'll huff and puff and then maybe request a recount, but nothing that will change the devastating defeat he is about to face.

Like · Reply · 4y


**Eric Coomer**   20CV34319-JOdisclosures-0061
I like your optimism, hope that's the case

Like · Reply · 4y          1

**Marjo Curgus**

democracy. I've always wondered what it's like for emerging democracies when a narcissistic dictator usurps the law. It's surreal to be living it. We so easily take it for granted and forget or are unaware what it means for new democracies when the process works. I'm thinking of Goodluck Jonathan (Nigeria) and more recently Morales in Guatemala.

Like · Reply · 4y                                                    👍 1

**Jill Hueckman**
Imagine a world where the media would ignore him when he loses by a landslide.

Like · Reply · 4y

**Darren Bleuel**
I'm feeling smarter and smarter for having booked tickets to Switzerland on Nov 7.

Like · Reply · 4y

> **Eric Coomer**
> would if I could, would if i could. I'll be supporting Chicago... Years ago, during a contentious local election, a campaign- angry at losing, "marched on the" election's office building. Someone through a bench through a big plate glass window. If they come, hope they bring a stronger game...
>
> Like · Reply · 4y

> **Paul Quigling**
> Tell O'googlyohands I said "hello."
>
> Like · Reply · 4y                    👍 1

> **Eric Coomer**
> goddamn entire 25 mile radius of hotels sold out election night. I'm having to stay way the hell out in bumfuckville... but o'googlyhands will happen. Ah... memories of our first night together
>
> Like · Reply · 4y

> **Paul Quigling**
> That was a lot of scotch. I might just show up.
>
> Like · Reply · 4y

> **Eric Coomer**

Like · Reply · 4y

Darren Bleuel
I'm feeling smarter and smarter for having booked tickets to Switzerland on Nov 7.

· · ·

Like · Reply · 4y

Eric Coomer
would if I could, would if i could. I'll be supporting Chicago... Years ago, during a contentious local election, a campaign- angry at losing, "marched on the" election's office building. Someone through a bench through a big plate glass window. If they come, hope they bring a stronger game...

· · ·

Like · Reply · 4y

Paul Quigling
Tell O'googlyohands I said "hello."

👍 1

Like · Reply · 4y

Eric Coomer
goddamn entire 25 mile radius of hotels sold out election night. I'm having to stay way the hell out in bumfuckville... but o'googlyhands will happen. Ah... memories of our first night together

· · ·

Like · Reply · 4y

Paul Quigling
That was a lot of scotch. I might just show up.

· · ·

Like · Reply · 4y

Eric Coomer
https://www.youtube.com/watch?v=uvUL28Skt6E



YOUTUBE.COM
Darth Vader - "impressive, most impressive"

ⓘ

20CV34319-JOdisclosures-0063

👍 1

Like · Reply · 4y

0064


Eric Coomer
October 19, 2016 · 👥

Excerpts in stunning trumpet-supporter logic, "I know there is a lot of voter fraud. I don't know who is doing it, or how much it is happening, but I know it is going on a lot." This beautiful statement was followed by, "It happens in third world countries, this is the US, we can't let it happen here." This is quoted as best my memory retains it from an interview with a FL resident supporting trump on npr Morning edition.

👍😠😢 12                                                    8 Comments

👍 Like                              💬 Comment



**Darren Bleuel**
What do expect from people who have sex with turtles?
                                                    👍 1
Like · Reply · 4y

**Garth Prosser**
Hey, that's not cool! They just happened to be ripped on pills to notice the difference
                                                    👍 1
Like · Reply · 4y

**Darren Bleuel**
I'm not saying I know who is doing it, or how much it is happening, but I know it's going on a lot.
Like · Reply · 4y

**Garth Prosser**
a BIGLY amount?
Like · Reply · 4y

**Marjo Curgus**
I personally loved the young woman who confronted the other young woman on border safety. "Have you even ever crossed the border?" I realize NPR is doing respectful journalism and it's good for me to hear from seemingly sane people why they support The... See More
                                                    👍 1
Like · Reply · 4y

**Amy Freeth-Rice**
I heard that interview too. I was a little surprised David Green didn't challengethey are doing a two part series. I was baffled!
Like · Reply · 4y

Eric Coomer
October 14, 2016 · 👥

smoted



David McCraw
Vice President and
Assistant General Counsel

620 Eighth Avenue
New York, NY 10018

tel 212-556-4031
fax 212-556-4634
mccraw@nytimes.com

October 13, 2016

**VIA ELECTRONIC DELIVERY**

Marc E. Kasowitz, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799

Re:   Demand for Retraction

Dear Mr. Kasowitz:

NYTIMES.COM

**The New York Times's Lawyer Responds to Donald Trump**
This is the letter David McCraw, vice president and assistant genera...

👍 6                                         1 Comment

👍 Like            💬 Comment            ➦ Share

20CV34319-JOdisclosures-0065

Jelena Bozic
Nicely put indeed
👍 1



Eric Coomer
October 11, 2016 · 👥

"When Cox rejoined the crowd, I asked him how he felt about the elected Republicans who'd distanced themselves from Trump in the past day or two. "They will be weeded out," he said. "When Donald Trump is elected, they'll be the first to go. The people are taking over the Republican Party.""

Gas up the trains folks... trumpet is going to load them up- are you on the list "to go?" I figure I'm at least in the top 10 groups who are "enemies of the fatherland."

Might be sad to find out we'll need to dump a bunch of public money into the rail infrastructure to pull this off...

SLATE.COM

**Donald Trump's Campaign Is Imploding. But at His Rallies, the Man Is Still King.**

6 Comments

👍 Like          💬 Comment          ↪ Share

**Tom Purvis**
Could even those among the most bitter of Hillary haters imagine her jailing or exiling dissidents? I mean seriously. Can you imagine that? I can certainly imagine a world where that happens in the USA if drumpf somehow wins. Brexit surprised everyone in Britain. This clown could still actually goddamnit win this thing.

···

200V343 9-90disclosures 0066

Four weeks.

SLATE.COM

Donald Trump's Campaign Is Imploding. But at His Rallies, the Man Is Still King.

0067

6 Comments

👍 Like          💬 Comment          ↪ Share



**Tom Purvis**
Could even those among the most bitter of Hillary haters imagine her jailing or exiling dissidents? I mean seriously. Can you imagine that? I can certainly imagine a world where that happens in the USA if drumpf somehow wins. Brexit surprised everyone in Britain. This clown could still actually goddamnit win this thing.

Four weeks.

Like · Reply · 4y

> **Michael Watz**
> Over half of the voting electorate in Britain was not surprised by Brexit. 🙂
>
> Like · Reply · 4y

> **Eric Coomer**
> I take a more cynical approach- I think there is real possibility of the trumpet winning and it's because a lot more people are willing to vote for his vile beliefs than are willing to admit it publicly, or in polls, or what have you. Seems to be working wonders in the Philippines... they voted a similar sociopath into office and he's basically delivering on all his craven  the top of the list. Trains are coming...
>
> Like · Reply · 4y                                    👍 1

October 9, 2016 · 👥

Where were all you clowns, those of you wringing your hands, and clutching your, or your wife's pearls now that trumpet has "insulted" yer wimmen, when he was spewing equally vile shit about Mexicans, or Muslims or threatening to lock up women that have abortions? You, the same clowns calling for pence to take over for trumpet- a man so reprehensibly anti-woman he'd look more appropriate dressed in animal skins and carrying a club. Take a gigantic look in the mirror- there's the real problem.

This daily rant brought to you by the letters F and U.

👍😄❤️ 42                                    9 Comments

👍 Like                    💬 Comment

**Linda Axelrod**
Good rant. We need a daily rant from you.

Like · Reply · 4y          👍 1

    **Eric Coomer**
    Careful what you wish for

    Like · Reply · 4y          👍 1

    **Twiggy Jones**
    I am wishing so hard right now!

    Like · Reply · 4y          👍 1

**Andy Marker**
Don't encourage him...

Like · Reply · 4y

    **Eric Coomer**
    Feel free to actually rebut anything I've ranted about... or just keep with the "Marker" one-offs- they're so timeless.

    Like · Reply · 4y

    **Andy Marker**
    **Eric Coomer** I prefer the on-offs..they are timeless and easy

    Like · Reply · 4y    20CV34319-JOdisclosures-0068

**Eric Francis**
I too agree. We need a Coomer rant every day.


September 21, 2016 · 👥

BOOM!



**ACLU** ✓
September 20, 2016 · 🌐

How does a lie come to be widely taken as the truth?

The answer is disturbingly simple: Repeat it over and over again.
When faced with facts that contradict th... **See More**

NYTIMES.COM
**The Success of the Voter Fraud Myth**
There is essentially no voter fraud in America, but Republicans have...

20CV34319-JOdisclosures-0069

 6

Eric Coomer
September 7, 2016 · 👥

Pennsylvania bound bitches!

👍 6                                          9 Comments

👍 Like                          💬 Comment

---

Eric Coomer
September 7, 2016 · 👥                         •••

Lots of good info here. Regardless of the blowhard's specious
assertions (all of them), our electoral process is pretty damn
robust/secure.

ℹ️

WWW.EAC.GOV
**Blog Details Vice-Chair Masterson: The
Reality of Election Security**
EAC maintains the National Mail Voter
Registration Form, which voters can use to
register to vote and update their registration...

👍 3                                  2 Comments  1 Share

👍 Like              💬 Comment              ↗ Share

Geoffrey Cushing-Murray
Hillary seems worried about the Russkis helping Trump or
at least raising doubt about our outcome.                •••

Like · Reply · 4y

Eric Coomer
I did not say there were not threats, especially to
Internet connected systems. Your voting system,        •••
that which you cast your ballot, are not voter
registration systems, party systems, open -season.

👍 1

Like · Reply · 4y · Edited

20CV34319 JO disclosures 0070

**Eric Coomer**
August 1, 2016 · 🔒

#untrumpme, this coward (McCain) won't; clinging to his endorsement of an abomination, a reprehensible similacrum of a "human being" cobbled together from defective spare parts lacking all empathy, humility, and humanity.



While our Party has bestowed upon [Donald Trump] the nomination, it is not accompanied by unfettered license to defame those who are the best among us.

*- Sen. John McCain*

HUFF POST

**HuffPost** ✓
August 1, 2016 · 🌐

Senator John McCain stands in solidarity with the Khan family and has criticized Donald J. Trump.

👍 3                                                    1 Comment

 Like          💬 Comment          ↪ Share

**Marjo Curgus**
Every once and a while McCain has a resurgence of the integrity that made mbefore he sold his soul to run for president.

 Like · Reply · 4y                                    👍 1

July 21, 2016 ·

rant/

Facebook friend land- open call...

If you are planning to vote for that autocratic, narcissistic, fascist ass-hat blowhard and his christian jihadist VP pic, UNFRIEND ME NOW! No, I'm not joking. I'm all for reasoned political discourse and healthy debate- I'm looking at you Geoffrey Cushing-Murray, Gus Munem, Benjamin Rice- I disagree with you three on many philosophical grounds but respect your opinions. Only an absolute FUCKING IDIOT could ever vote for that wind-bag fuck-tard FASCIST RACIST FUCK! No bullshit, I don't give a damn if you're friend, family, or random acquaintance, pull the lever, mark an oval, touch a screen for that carnival barker... UNFRIEND ME NOW. I have no desire whatsoever to ever interact with you. You are beyond hope, beyond reason. You are controlled by fear, reaction and bullshit. Get your shit together.

Oh, if that doesn't persuade you, FUCK YOU! Seriously, this fucking ass-clown stands against everything that makes this country awesome! You want in on that? You deserve nothing but contempt.

#untrumpme

I think that hashtag might go viral.

#takingastand

--/rant

No really, unfriend me!

#untrumpme

#youarebeyondhope

/rant

*edit, I put the end-tag in the wrong spot...

*2nd edit, these opinions are rational, and completely my own. They are based in reason and highly credible. Though they are not necessarily the thoughts of my employer, though if not, I should probably find another job... Who wants to work for complete morons? None of my personal opinions affect my professional conduct or attitudes. I am non-partisan. I am not, however, willing to stand by and watch this great country be taken over by fascists without saying something, anything.

20CV34319-JO disclosures 0072

29                                                          50 Comments

0073

*2nd edit, these opinions are rational, and completely my own. They are based in reason and highly thought out, though they are not necessarily the thoughts of my employer, though if not, I should probably find another job... Who wants to work for complete morons? None of my personal opinions affect my professional conduct or attitudes. I am non-partisan. I am not, however, willing to stand by and watch this great country be taken over by fascists without saying something, anything.

👍❤️😮 29                                        50 Comments

👍 Like                              💬 Comment

**Corene Henage**
So how do you really feel? I mean REALLY?
👍 2
Like · Reply · 4y

> **Eric Coomer**
> #UNTRUMPME 👍 2
> Like · Reply · 4y

**Simon Weston**
Probably one of the best rants from anyone **Eric Coomer**.... At last someone in America with balls.....
👍 2
Like · Reply · 4y

> **Eric Coomer**
> I appreciate the sentiment **Simon**, but one should not be rewarded for being a decent human.
> 👍 1
> Like · Reply · 4y

**Carolyn Hegge Gardella**
Yah, what **Coomer** said. #untrumpme
👍 1
Like · Reply · 4y

> **Eric Coomer**
> Let's go viral with this...
> 👍 1
> Like · Reply · 4y

**Benjamin Rice**
You don't know me too well if you thought I was ever going to vote for him.
Like · Reply · 4y                  20CV34319-JOdisclosures-0073

> **Eric Coomer**
> No, that was exactly my point, you and I differ on

Let's go viral with 👍 1

Like · Reply · 4y

**Benjamin Rice**
You don't know me too well if you thought I was ever going to vote for him.

Like · Reply · 4y

**Eric Coomer**
No, that was exactly my point, you and I differ on several philosophical points, yet I totally respect your opinions. This is in stark, sad contrast to several, many people out there voting for this fuck. I want nothing to do with them. You... I look f... **See More**

Like · Reply · 4y

**Eric Coomer**
I failed if that was not abundantly clear to you, **Gus Munem** and **Geoffrey Cushing-Murray.**

Like · Reply · 4y

**Benjamin Rice**
Phew. Ok. I hate Hillary with the heat of a thousand suns, but even that won't make me vote for the Donald.

Like · Reply · 4y                    👍 2

**Eric Coomer**
Totally get your point Ben. Vehement opposition to one does not embracing of the other.

Like · Reply · 4y                    👍 1

**Geoffrey Cushing-Murray**
**Eric Coomer** just to clarify, as I realize it hard to keep up with small details, but it has been my repeatedly stated intention to vote for Johnson.

Like · Reply · 4y                    👍 1

**Gus Munem**  20CV34319-JOdisclosures-0074
Yep, looks like I'll be voting for Johnson, again...

Like · Reply · 4y

0075

Paul Quigling
I used to like you. Now, maybe not. I've been looking for some sanity.

Like · Reply · 4y

Paul Quigling
P.S. May I share this?

Like · Reply · 4y

👍 1

Eric Coomer
Please make #untrumpme go viral. This shit has to stop...

Like · Reply · 4y



Paul Quigling
Done!

20CV34319-JOdisclosures-0075

Like · Reply · 4y



**Twiggy Jones**
Damn Eric. You can be a... ...sometimes, but this post is fantastic! Seriously awesomely, without a doubt, fantasmaorgasmic rant.

Like · Reply · 4y 👍 1



**Eric Coomer**
Thanks Ms **Jones** 👍 1

Like · Reply · 4y



**Erik Bakke**
I'm far far away in another country watching this stuff get really hot down in Americuh, but I'd just say that from where I am and how people debate politics, "I'm all for reasoned discourse and healthy debate" as a statement then the majority of the rest of your post are at complete odds.

Like · Reply · 4y · Edited



**Eric Coomer**
Hey **Erik Bakke** feel free to **#untrumpme**, there is absolutely no logic or reason in his fascist narcissistic ideology. I have many reasoned debates with friends and colleagues diametrically opposed to my view points because their beliefs at least are consistent and well-reasoned. I will not continue to pretend that there are reasoned arguments to be had with the blow-hard- that is my point.

20CV34319-JOdisclosures-0076

Like · Reply · 4y 👍 1

0077



**Kelly Feagans**
Eric, I like your posts, I respect you as a person and that goes to voting and political beliefs. I even like your rants. All of them, sans this one. I'll unfriend you now since I disagree with name calling and taking a "holier than thou" position. I think many people can be misguided, manipulated, etc., yet are not quite "absolute fucking idiots" as you described. Btw, I'm neither a Republican nor a Trump supporter (personally I think Trump in office would be catastrophic for America). Perhaps I'm naive, or maybe just aspiring to be more Zen, but fighting fire with fire only leaves a scorched earth. Said more bluntly, you've become the enemy you hate.

Like · Reply · 4y · Edited

**Eric Coomer**
Sorry to hear it **Kelly Feagans** but so be it. I won't stand by anymore. Sometimes it's time to stand up. Willfully being ignorant is nothing to be tolerated. I'm OK with this. I'm zen with my choice. There is no discourse, or polite conversation when the stakes are this high. Send me to the camps when the Trump train comes.

Like · Reply · 4y



**Erik Bakke**
I follow this US stuff only for "entertainment" for lack of a better word to describe this gong show, and I'm not picking a vote obviously. The point is if your philosophy is tolerance or whatever the right word is, lead by example. Your post is filled with hate, rage, poor language and so on that you are in theory calling him out on. Similarly anyone who seems to say anything about it, you lash out with typed rage. That's kind of not that different from Trump. That's all.

Like · Reply · 4y



**Eric Coomer**
See my response to Kelly. I think my country is worth "fighting" for. I'm not advocating building a Wall to huck the trumpets over, but I don't have to interact on a social media site with them. Nope... don't have to do it. Can't be a hypocrite. I call it something else. You want to "break bread" with racist fascists? Sweet, have at it. I wont. And yeah,

20CV04319-JQdisclosures-0077

**Eric Coomer**
See my response. I really think my country is worth "fighting" for. I'm not advocating building a Wall to huck the trumpets over, but I don't have to interact on a social media site with them. Nope... don't have to do it. Call me a hypocrite, I'll call it something else. You want to "break bread" with racist fascists? Sweet, have at it. I wont. And yeah, I'll double down and call racist fascists, fuck-tarded morons

Like · Reply · 4y                                         👍 1

**Dani Snyder**
I'm not really sure that posting on Facebook is really fighting for this country, is it? If nothing else, you should unfriend the people you don't like. Don't expect them to unfriend you. That's silly.

Like · Reply · 4y

**Eric Coomer**
I'll/I've unfriendly the obvious trumpets. I've left it to the closet cases to do the same.

Like · Reply · 4y

**Eric Coomer**
Let's not call it fighting for my country, though I think it does hang in the balance. Let's call it I won't "brunch" fascists and racists, or religious jihadists. #out

Like · Reply · 4y                                         👍 1

**Twiggy Jones**
Sadly, that's standing idly by in the face of clear injustice...shockingly so.
To be more clear, "don't be so open minded you let your brains fall out" & all the soulless bottom feeders dominate. Being tolerant doesn't mean it's ok to give a racist, mysogynistic prick any credit for being reasonable, in any way, shape or form.
...just sayin.

Like · Reply · 4y · Edited                                 👍 1

20CV34319-JOdisclosures-0078

**Eric Coomer**
Bingo

**Richie Trent**
I wish you could add a comment to this post, but that would really start some shit.

Like · Reply · 4y                                    👍 1

**Eric Coomer**
Door is wide open for the shit-storm... jump in the pool, the water is warm...                          ...

Like · Reply · 4y

**Richie Trent**
Sounds tantalizing, but I think I'll take the Turn on, Tune in, Drop out approach.                        ...

Like · Reply · 4y                                    👍 1

**Eric Coomer**
You holding???                        ...

Like · Reply · 4y

**Eric Coomer**
I saw Dr Leary give a talk at my undndergrad shortly before his passing. It was awesome.        ...

Like · Reply · 4y                                    👍 1

**Richie Trent**        ...

😆

👍 1

Like · Reply · 4y

**Richie Trent**        ...
Too bad he had all the good stuff.

Like · Reply · 4y

**Benjamin Rice**
He debated G. Gordon Liddy at NU while I was        ...
there, and I missed it!

Like · Reply · 4y

20CV34319-JOdisolosures-0079

**Phil Evans**
Am I getting under your skin... you're not keen on Trump?!!

Like · Reply · 4y

👍 3

**Marcus Peters**
Staunch brother 👍 1

Like · Reply · 4y

**Byron Watson**
Why don't you just change their votes?

Like · Reply · 4y
👍 1

**Eric Coomer**
Because that would be illegal
👍 1

Like · Reply · 4y

**Richie Trent**
Then how did the DNC get away with it?

Like · Reply · 4y
👍 1

**Eric Coomer**
shenanigans going in the DNC currently did not, in any way, involve the changing of votes once cast. Nope, no way, no how.

20CV24310-JODisclosures-0080

Like · Reply · 4y

👍 2