IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

                Plaintiffs,

     v.

HERRING NETWORKS, INC., *et al.*,

                Defendants.

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

# **<u>EXHIBIT M</u>**



# PUBLIC NOTICE

**FEDERAL COMMUNICATIONS COMMISSION**
**445 12th STREET S.W.**
**WASHINGTON D.C. 20554**

---

News media information 202-418-0500
Fax-On-Demand 202-418-2830; Internet: http://www.fcc.gov (or ftp.fcc.gov)
TTY (202) 418-2555

---

**Report No.   SES-00598**                                  **Wednesday  April 21, 2004**

## SATELLITE COMMUNICATIONS SERVICES INFORMATION

### RE: ACTIONS TAKEN

The Commission, by its International Bureau, took the following actions pursuant to delegated authority.  The effective dates of the actions are the dates specified.

---

**SES-ASG-20040308-00336**   E  E000157      SPACECOM SYSTEMS, INC.

Application for Consent to Assignment

Grant of Authority                                                      Date Effective:    04/20/2004

**Current Licensee:**   SPACECOM SYSTEMS, INC.

**FROM:**  SPACECOM SYSTEMS, INC.

**TO:**      EchoStar Acquisition L.L.C.

                                                                    No. of Station(s) listed: 4

---

**SES-ASG-20040308-00338**   E  E000173      SPACECOM SYSTEMS, INC.

Application for Consent to Assignment

Grant of Authority                                                      Date Effective:    04/20/2004

**Current Licensee:**   SPACECOM SYSTEMS, INC.

**FROM:**  SPACECOM SYSTEMS, INC.

**TO:**      EchoStar Acquisition L.L.C.

                                                                    No. of Station(s) listed: 1

---

**SES-LIC-20040225-00312**   P  E040124      Bluebonnet Communications, Inc.

Application for Authority                                     04/15/2004 - 04/15/2019

Grant of Authority                                                      Date Effective:    04/15/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:          1

LOCATION:     129 WEST PRIEN LAKE ROAD, CALCASIEU, LAKE CHARLES, LA

                    30 ° 11 ' 50.00 " N LAT.                          93 ° 13 ' 12.00 " W LONG.

     ANTENNA ID:   1                  2.4 meters          VERTEX/RSI                    KPK

          14000.0000 - 14500.0000 MHz          3M00G7W          64.00 dBW          DIGITAL AUDIO AND VIDEO

| 11700.0000 - 12200.0000 MHz | 3M00G7W | DIGITAL AUDIO AND VIDEO |
|---|---|---|

**Points of Communication:**

1 - ALSAT - (ALSAT)

SES-LIC-20040301-00302   E   E040119      HERRING BROADCASTING, INC.

Application for Authority                                                          04/15/2004 - 04/15/2019

Grant of Authority                                                                 Date Effective:   04/15/2004

**Class of Station:**      Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:          1

LOCATION:      4757 Morena Blvd., San Diego, San Diego, CA

32 ° 49 ' 28.00 " N LAT.                                       117 ° 13 ' 45.00 " W LONG.

|  | ANTENNA ID:   1 | 4.8 meters | Vertex | KPC |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 3700.0000 - 4200.0000 MHz | 51K2G7W | | Digital Traffic with Various: FEC, Data Rates, Modulation and Types of Information |
| 3700.0000 - 4200.0000 MHz | 36M0G7W | | Digital Traffic with Various: FEC, Data Rates, Modulation and Types of Information |
| 5925.0000 - 6425.0000 MHz | 51K2G7W | 56.40 dBW | Digital Traffic with Various: FEC, Data Rates, Modulation and Types of Information |
| 5925.0000 - 6425.0000 MHz | 36M0G7W | 73.50 dBW | Digital Traffic with Various: FEC, Data Rates, Modulation and Types of Information |

**Points of Communication:**

1 - ALSAT - (ALSAT)

SES-LIC-20040304-00316   E   E040125      Intelsat LLC

Application for Authority                                                          04/20/2004 - 04/20/2019

Grant of Authority                                                                 Date Effective:   04/20/2004

**Class of Station:**      Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:          1

LOCATION:      22401 Juniper Flats Road, Riverside, Nuevo, CA

33 ° 47 ' 43.60 " N LAT.                                       117 ° 5 ' 20.40 " W LONG.

| ANTENNA ID: 1 | 11 meters | Vertex Comm. | | 11m |
|---|---|---|---|---|
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 5925.0000 - 5930.0000 MHz | 800KFXD | 77.00 dBW | | TT&C Carrier |
| 5960.4000 - 5989.3000 MHz | 800KFXD | 77.00 dBW | | TT&C Carrier |
| 6049.4000 - 6078.2000 MHz | 800KFXD | 77.00 dBW | | TT&C Carrier |
| 6108.7000 - 6425.0000 MHz | 800KFXD | 77.00 dBW | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |
| 3700.0000 - 4200.0000 MHz | 350KFXD | | | TT&C Carrier |

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-LIC-20040408-00540**  E  E040172    CLEAR CHANNEL SATELLITE SERVICES
Application for Authority
Returned No Action                                          Date Effective:   04/20/2004

**Class of Station:**    Other

**Nature of Service:**  Fixed Satellite Service

This Application is unacceptable as filed, and is hereby being returned due to Frequencies selected are Inconsistent with The Commissions Rules, in Part 25 CFR.

SITE ID:       Amigo AUSTIN
LOCATION:    2211 South IH-35 Suite 401, Travis, Austin, TX
             30 ° 14 ' 13.00 " N LAT.                    97 ° 44 ' 44.00 " W LONG.

| ANTENNA ID: AUS1_8 | 1.8 meters | Prodelin | | 1184 |
|---|---|---|---|---|
| 10950.0000 - 12750.0000 MHz | 400KG1D | 49.52 dBW | | QPSK |

14.0000 - 14.5000 MHz          400KG1D        49.52 dBW          QPSK

SITE ID:        Amigo DALLAS
LOCATION:       8828 N. Stemmons Freeway Suite 106, Dallas, Dallas, TX
                32 ° 50 ' 3.00 " N LAT.                          96 ° 52 ' 47.00 " W LONG.

    ANTENNA ID:   DAL1_8        1.8 meters        Prodelin                1184

        10950.0000 - 12750.0000 MHz        400KG1D        49.52 dBW          QPSK

        14000.0000 - 14500.0000 MHz        400KG1D        49.52 dBW          QPSK

SITE ID:        Wellpoint STL
LOCATION:       1831 Chestnut Street, St. Louis, St. Louis, MO
                38 ° 37 ' 60.00 " N LAT.                          90 ° 12 ' 40.00 " W LONG.

    ANTENNA ID:   WP 3_7 STL        3.7 meters        Suman                SM T3.7

        12250.0000 - 12750.0000 MHz        800MG1D        72.27 dBW          QPSK

        14000.0000 - 14500.0000 MHz        800MG1D        72.27 dBW          QPSK

SITE ID:        WP MRV 101
LOCATION:       ,, ,, ,, CA
                0 ° 0 ' 0.00 " N LAT.                          0 ° 0 ' 0.00 " W LONG.

    ANTENNA ID:   WP MRV101        1.8 meters        Patriot                180KU

        10700.0000 - 12750.0000 MHz        800MG1D        59.69 dBW          QPSK

        13750.0000 - 14500.0000 MHz        800MG1D        59.69 dBW          QPSK

SITE ID:        TT1_2020
LOCATION:       7042 S Revere Parkway Suite 450, Arapahoe, Centennial, CO
                0 ° 0 ' 0.00 " N LAT.                          0 ° 0 ' 0.00 " W LONG.

    ANTENNA ID:   TT1_2020        1.2 meters        Channel Master                Type 121

        10700.0000 - 12750.0000 MHz        6M00G1D        48.81 dBW          QPSK

        13750.0000 - 14500.0000 MHz        6M00G1D        48.81 dBW          QPSK

SITE ID:        WOAI TV
LOCATION:       Various, ,, ,, TX
                0 ° 0 ' 0.00 " N LAT.                          0 ° 0 ' 0.00 " W LONG.

    ANTENNA ID:   DSNG 1_2M        1.2 meters        AvL Technologies                1200

        11700.0000 - 12200.0000 MHz        6M00G1D        57.52 dBW          QPSK

14000.0000 - 14500.0000 MHz          6M00G1D          57.52 dBW          QPSK

SITE ID:        Wellpoint CA
LOCATION:     5150 Camino Ruiz, Ventura, Camarillo, CA
               34 ° 12 ' 17.00 " N LAT.                        119 ° 0 ' 6.00 " W LONG.

      ANTENNA ID:    WP CamCA       3.7 meters       Suman                    SM T3.7R

           12250.0000 - 12750.0000 MHz          800MG1D          72.27 dBW          QPSK

           14000.0000 - 14500.0000 MHz          800MG1D          72.27 dBW          QPSK

SITE ID:        TT1_8050
LOCATION:     7042 S. Revere Parkway Suite 450, Arapahoe, Centennial, CO
               0 ° 0 ' 0.00 " N LAT.                        0 ° 0 ' 0.00 " W LONG.

      ANTENNA ID:    TT1_8050       1.8 meters       Prodelin                    1189

           10950.0000 - 12750.0000 MHz          400KG1D          55.99 dBW          QPSK

           14000.0000 - 14500.0000 MHz          400KG1D          55.99 dBW          QPSK

SITE ID:        TT_751_87
LOCATION:     7042 S. Revere Parkway Suite 450, Arapahoe, Centennial, CO
               0 ° 0 ' 0.00 " N LAT.                        0 ° 0 ' 0.00 " W LONG.

      ANTENNA ID:    TT_751_87       0.75 meters       Channel Master                    Type 755

           11700.0000 - 12750.0000 MHz          400KG1D          40.62 dBW          QPSK

           13750.0000 - 14500.0000 MHz          400KG1D          40.62 dBW          QPSK

SITE ID:        TT3_7150
LOCATION:     7042 S. Revere Parkway Suite 450, Arapahoe, Centennial, CO
               0 ° 0 ' 0.00 " N LAT.                        0 ° 0 ' 0.00 " W LONG.

      ANTENNA ID:    TT3_7150       3.7 meters       Suman                    SM-T3.7R

           12250.0000 - 12750.0000 MHz          400KG1D          72.06 dBW          QPSK

           14000.0000 - 14500.0000 MHz          400KG1D          72.06 dBW          QPSK

SITE ID:        TT_96008
LOCATION:     7042 S Revere Parkway Suite 450, Arapahoe, Centennial, CO
               0 ° 0 ' 0.00 " N LAT.                        0 ° 0 ' 0.00 " W LONG.

      ANTENNA ID:    TT_96008       0.96 meters       Channel Master                    Type 960

           10700.0000 - 12750.0000 MHz          1M00G1D          50.23 dBW          QPSK

| | | | |
|---|---|---|---|
| 13750.0000 - 14500.0000 MHz | 1M00G1D | 50.23 dBW | QPSK |

SITE ID:      TT2_4100
LOCATION:     7042 S. Revere Parkway Suite 450, Arapahoe, Centennial, CO
              0 ° 0 ' 0.00 " N LAT.                              0 ° 0 ' 0.00 " W LONG.

ANTENNA ID:   TT2_4100      2.4 meters      Suman                      SM-T2.4R

| | | | |
|---|---|---|---|
| 12250.0000 - 12750.0000 MHz | 400KG1D | 68.00 dBW | QPSK |
| 14000.0000 - 14500.0000 MHz | 400KG1D | 68.00 dBW | QPSK |

SITE ID:      Aztec SAC
LOCATION:     1401 El Camino Ave Suite 330, Sacramento, CA
              38 ° 36 ' 41.00 " N LAT.                          121 ° 25 ' 57.00 " W LONG.

ANTENNA ID:   Aztec 2_4      2.4 meters      Suman                      SM-T2.4R

| | | | |
|---|---|---|---|
| 12250.0000 - 12750.0000 MHz | 400KG1D | 61.01 dBW | QPSK |
| 14000.0000 - 14500.0000 MHz | 400KG1D | 61.01 dBW | QPSK |

SITE ID:      CC CIN
LOCATION:     7044 Montgomery Road # 650, Hamilton, Cincinnati, OH
              39 ° 12 ' 42.00 " N LAT.                          84 ° 23 ' 60.00 " W LONG.

ANTENNA ID:   CIN 2_4A      2.4 meters      Suman                      SM-T2.4R

| | | | |
|---|---|---|---|
| 12250.0000 - 12750.0000 MHz | 400KG1D | 60.04 dBW | QPSK |
| 14000.0000 - 14500.0000 MHz | 400KG1D | 60.04 dBW | QPSK |

SITE ID:      DR1_8100
LOCATION:     7042 S Revere Parkway Suite 450, Arapahoe, Centennial, CO
              0 ° 0 ' 0.00 " N LAT.                              0 ° 0 ' 0.00 " W LONG.

ANTENNA ID:   DR1_8100      1.8 meters      Prodelin                   1189

| | | | |
|---|---|---|---|
| 10950.0000 - 12750.0000 MHz | 800MG1D | 58.00 dBW | QPSK |
| 14000.0000 - 14500.0000 MHz | 800MG1D | 58.00 dBW | QPSK |

SITE ID:      CC FtCollins
LOCATION:     ,, Larimer, ,, CO
              40 ° 54 ' 0.00 " N LAT.                          105 ° 12 ' 0.00 " W LONG.

ANTENNA ID:   _751_87      0.75 meters      Channel Master              Type 755

| | | | |
|---|---|---|---|
| 11700.0000 - 12750.0000 MHz | 400KG1D | 40.62 dBW | QPSK |

| 13750.0000 - 14500.0000 MHz | 400KG1D | 40.62 dBW | QPSK |

SITE ID:      KLRT TV
LOCATION:   Various, ,, ,, AR
              0 ° 0 ' 0.00 " N LAT.                              0 ° 0 ' 0.00 " W LONG.

| ANTENNA ID:   TRANS 1 | 1.2 meters | AvL Technologies | AvL 1200 |

| 11700.0000 - 12200.0000 MHz | 6M00G1D | 57.52 dBW | QPSK |

| 14000.0000 - 14500.0000 MHz | 6M00G1D | 57.52 dBW | QPSK |

SITE ID:      KOKI-TV
LOCATION:   ,, ,, ,, OK
              0 ° 0 ' 0.00 " N LAT.                              0 ° 0 ' 0.00 " W LONG.

| ANTENNA ID:   DSAT1 | 1.2 meters | AVL Technologies | 1200 |

| 11700.0000 - 12200.0000 MHz | 6M00G1D | 57.52 dBW | QPSK |

| 14000.0000 - 14500.0000 MHz | 6M00G1D | 57.52 dBW | QPSK |

**Points of Communication:**

Amigo AUSTIN - ALSAT - (ALSAT)

Amigo DALLAS - ALSAT - (ALSAT)

Aztec SAC - ALSAT - (ALSAT)

CC CIN - ALSAT - (ALSAT)

CC FtCollins - ALSAT - (ALSAT)

DR1_8100 - ALSAT - (ALSAT)

KLRT TV - ALSAT - (ALSAT)

KOKI-TV - ALSAT - (ALSAT)

TT_751_87 - ALSAT - (ALSAT)

TT_96008 - ALSAT - (ALSAT)

TT1_2020 - ALSAT - (ALSAT)

TT1_8050 - ALSAT - (ALSAT)

TT2_4100 - ALSAT - (ALSAT)

TT3_7150 - ALSAT - (ALSAT)

Wellpoint CA - ALSAT - (ALSAT)

Wellpoint STL - ALSAT - (ALSAT)

WOAI TV - ALSAT - (ALSAT)

WP MRV 101 - ALSAT - (ALSAT)

**SES-LIC-INTR2004-00795**   E          Raytheon Company
Application for Authority
Withdrawn                                                    Date Effective:    04/19/2004

**Class of Station:**     Fixed Earth Stations

**Nature of Service:**   Fixed Satellite Service

SITE ID:        Ft Meade Test Hub
LOCATION:       Building 9706 Samford Road, Anne Arundel, Ft. Meade, MD

| ANTENNA ID:   Test Hub | 2.4 meters | Prodelin | 1251 |
|---|---|---|---|

| 14000.0000 - 14500.0000 MHz | 512KG7D | 58.23 dBW | Maximum 512 Kbps, QPSK, 3/4 FEC, digital data carrier, .3413 Mbaud rate |
|---|---|---|---|

**Points of Communication:**

Ft Meade Test Hub - ALSAT - (ALSAT)

**SES-MOD-20020411-00531**   E  E860028     TENNESSEE RADIO NETWORK
Application for Modification                                 05/02/1996 - 05/02/2006
Grant of Authority                                          Date Effective:    07/17/2002

**Class of Station:**     Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

"CORRECTION"  done on this MOD to correct the Coordinates Longitude due to a typoerror from 86-47-55 W to the correct West Longitude  of 86-47-39 W, per e-mail request.

SITE ID:        1
LOCATION:       55 MUSIC SQUARE WEST, DAVIDSON, NASHVILLE, TN
                36 ° 8 ' 51.40 " N LAT.                        86 ° 47 ' 39.00 " W LONG.

| ANTENNA ID:   1 | 3.8 meters | PRODELIN | 1383 |
|---|---|---|---|

| 6331.0000 - 6425.0000 MHz | 154KG7D- | 52.40 dBW | DIGITAL QPSK, 128 KBPS, FEC 1/2 |
|---|---|---|---|
| 6331.0000 - 6425.0000 MHz | 307KG7D | 56.20 dBW | DIGITAL QPSK, 256 KBPS, FEC 1/2 |
| 6212.3400 - 6300.0000 MHz | 154KG7D- | 52.40 dBW | DIGITAL QPSK, 128 KBPS, FEC 1/2 |

| | | | |
|---|---|---|---|
| 6212.3400 - 6300.0000 MHz | 307KG7D | 56.20 dBW | DIGITAL QPSK, 256 KBPS, FEC 1/2 |
| 6108.3000 - 6182.1400 MHz | 154KG7D- | 52.40 dBW | DIGITAL QPSK, 128 KBPS, FEC 1/2 |
| 6108.3000 - 6182.1400 MHz | 307KG7D | 56.20 dBW | DIGITAL QPSK, 256 KBPS, FEC 1/2 |
| 5989.9500 - 6038.8000 MHz | 154KG7D- | 52.40 dBW | DIGITAL QPSK, 128 KBPS, FEC 1/2 |
| 5989.9500 - 6038.8000 MHz | 307KG7D | 56.20 dBW | DIGITAL QPSK, 256 KBPS, FEC 1/2 |
| 3700.0000 - 4200.0000 MHz | 154KG7D- | | DIGITAL QPSK, 128 KBPS, FEC 1/2 |
| 3700.0000 - 4200.0000 MHz | 307KG7D | | DIGITAL QPSK, 256 KBPS, FEC 1/2 |
| 5925.0000 - 6425.0000 MHz | 50K0F3E | 47.20 dBW | |
| 3700.0000 - 4200.0000 MHz | 50K0F3E | | |

**Points of Communication:**

1 - ALSAT - (ALSAT)

---

**SES-MOD-20040206-00191**   E   E880594      MISSISSIPPI AUTHORITY FOR EDUCATIONAL TELEVISION

Application for Modification                                                06/17/1998 - 06/17/2008

Grant of Authority                                                          Date Effective:    04/14/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

"MOD"  to update the downlink, change downlink interference objectives, add another emission designator, correct the coordinates, and to provide coordination information for it's existing c-band receive-only registration.

SITE ID:          1

LOCATION:       3825 RIDGEWOOD ROAD (WMPN-FM), HINDS, JACKSON, MS

                32 ° 20 ' 17.00 " N LAT.                             90 ° 8 ' 47.00 " W LONG.

   ANTENNA ID:   3.8M.          3.8 meters        COMTECH ANTENNA SYSTEMS  3.8 METER PF

| | | | |
|---|---|---|---|
| 3700.0000 - 4200.0000 MHz | 30K0F1D | | DIGITAL AUDIO CARRIER |
| 3700.0000 - 4200.0000 MHz | 10M3G7W | | DIGITAL BROADCAST AUDIO CARRIER |

**Points of Communication:**

1 - ALSAT - (ALSAT)

---

**SES-MOD-20040213-00227**   E  E000117       TRIBUNE BROADCAST HOLDINGS, INC.

Application for Modification                                          05/30/2000 - 05/30/2010

Grant of Authority                                                   Date Effective:   04/14/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

"MOD"  to re-locate this fixed earth station to its new studio location, and change technical data information on it's existing Ku-band License. This Earth Station Authorization is a Domestic Only.

SITE ID:        1

LOCATION:       6910 NETWORK PLACE, MARION, INDIANAPOLIS, IN

                39 ° 52 ' 48.30 " N LAT.                86 ° 16 ' 40.90 " W LONG.

| ANTENNA ID:   1 | 3.7 meters | ANDREW CORPORATION | ES37MPJK-1 |
|---|---|---|---|
| 14000.0000 - 14500.0000 MHz | 10M0G1F | 60.30 dBW | DIGITAL VIDEO |
| 14000.0000 - 14500.0000 MHz | 36M0F3F | 76.30 dBW | ANALOG VIDEO WITH AUDIO SUBCARRIERS |
| 11700.0000 - 12200.0000 MHz | 10M0G1F | | DIGITAL VIDEO |
| 11700.0000 - 12200.0000 MHz | 36M0F3F | | ANALOG VIDEO WITH AUDIO SUBCARRIERS |

**Points of Communication:**

    1 - ALSAT - (ALSAT)

---

**SES-MOD-20040224-00258**   E  E910441       ACC Licensee, Inc.

Application for Modification                                          08/02/2001 - 08/02/2011

Grant of Authority                                                   Date Effective:   04/15/2004

**Class of Station:**    Temporary Fixed Earth Station

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:        1

LOCATION:       VARIOUS

| ANTENNA ID:   1 | 1.5 meters | VERTEX | 1.5SMK |
|---|---|---|---|
| 14000.0000 - 14500.0000 MHz | 15M0G7W | 67.24 dBW | DIGITAL MCPC QPSK CARRIER FOR VIDEO AND DATA |
| 11700.0000 - 12200.0000 MHz | 15M0G7W | 0.00 dBW | DIGITAL MCPC QPSK CARRIER FOR VIDEO AND DATA |

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-MOD-20040224-00259**   E   E980337      ACC Licensee, Inc.

Application for Modification                                          10/02/1998 - 10/02/2008

Grant of Authority                                                   Date Effective:   04/15/2004

**Class of Station:**    Temporary Fixed Earth Station

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:        1

LOCATION:       VARIOUS

                0 ° 0 ' 0.00 " N LAT.                               0 ° 0 ' 0.00 " W LONG.

   ANTENNA ID:   1              2.4 meters       VERTEX                    2.4 DMK

      14000.0000 - 14500.0000 MHz        36M0F3F         74.84 dBW        FOR NTSC VIDEO W/ENERGY
                                                                          DISPERSAL

      14000.0000 - 14500.0000 MHz        25M0F3F         73.25 dBW        FOR NTSC VIDEO W/ENERGY
                                                                          DISPERSAL

      14000.0000 - 14500.0000 MHz        15M0G7W         71.04 dBW        DIGITAL MCPC QPSK CARRIER
                                                                          USED FOR VIDEO, AUDIO, AND
                                                                          DATA

      11700.0000 - 12200.0000 MHz        15M0G7W                          DIGITAL MCPC QPSK CARRIER
                                                                          USED FOR VIDEO, AUDIO, AND
                                                                          DATA

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-MOD-20040224-00260**   E   E920267      CHEVRON USA INC

Application for Modification                                          04/19/2003 - 04/19/2018

Grant of Authority                                                   Date Effective:   04/15/2004

**Class of Station:**    VSAT Network

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:        1

LOCATION:       CONUS, AK, 500 Units

   ANTENNA ID:   1              0.75 meters      HUGHES NET SYSTS INC      SCE3000179

      14000.0000 - 14500.0000 MHz        307KG7D         42.10 dBW

      11700.0000 - 12200.0000 MHz        1M23G7D

| | | | |
|---|---|---|---|
| 11700.0000 - 12200.0000 MHz | 22M0F8W | | |
| 14000.0000 - 14500.0000 MHz | 200KG7D | 42.10 dBW | BPSK OR MSK, DATA, 128 KSPS |
| 11700.0000 - 12200.0000 MHz | 6M20G7D | 0.00 dBW | 128 KBPS, OQPSK, INROUTE |

**Points of Communication:**

1 - ALSAT - (ALSAT)

---

**SES-MOD-20040224-00266**   E  WD58        The Christian Broadcasting Network, Inc.

Application for Modification                                          03/24/2000 - 03/24/2010
Grant of Authority                                          Date Effective:    04/15/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**    Domestic Fixed Satellite Service

SITE ID:          1
LOCATION:      977 CENTERVILLE TURNPIKE, VIRGINIA BEACH, VA
                    36 ° 48 ' 1.50 " N LAT.                                    76 ° 11 ' 29.20 " W LONG.

| ANTENNA ID:   1 | 10 meters | SCIENTIFIC ATLANTA | 8002 |
|---|---|---|---|
| 5925.0000 - 6425.0000 MHz | 36M0G7W | 77.50 dBW | DIGITAL |
| 5925.0000 - 6425.0000 MHz | 51K2G7W | 77.50 dBW | DIGITAL |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 77.50 dBW | ANALOG VIDEO |
| 3700.0000 - 4200.0000 MHz | 36M0G7W | | DIGITAL |
| 3700.0000 - 4200.0000 MHz | 51K2G7W | | DIGITAL |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | ANALLOG VIDEO |

| ANTENNA ID:   2 | 9 meters | HARRIS | 5251 |
|---|---|---|---|
| 5925.0000 - 6425.0000 MHz | 36M0G7W | 77.50 dBW | DIGITAL |
| 5925.0000 - 6425.0000 MHz | 51K2G7W | 77.50 dBW | DIGITAL |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 77.50 dBW | ANALOG VIDEO |
| 3700.0000 - 4200.0000 MHz | 36M0G7W | | DIGITAL |
| 3700.0000 - 4200.0000 MHz | 51K2G7W | | DIGITAL |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | ANALOG |

**Points of Communication:**

  1 - ALSAT - (ALSAT)

**SES-MOD-20040224-00267**   E   E930230        The Christian Broadcasting Network, Inc.

Application for Modification                                                    05/21/2003 - 05/21/2018
Grant of Authority                                                    Date Effective:    04/15/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service, International Fixed Satellite Service

SITE ID:          1
LOCATION:      977 CENTERVILLE TURNPIKE, VIRGINIA BEACH, VA
                36 ° 48 ' 1.00 " N LAT.                          76 ° 11 ' 27.50 " W LONG.

| ANTENNA ID:   1 | 11 meters | SCIENTIFIC-ATLANTA | 8007 | |
|---|---|---|---|---|
| 6098.5500 - 6425.0000 MHz | 36M0G7W | 78.40 dBW | DIGITAL VIDEO |
| 6068.9000 - 6088.3500 MHz | 36M0G7W | 78.40 dBW | DIGITAL VIDEO |
| 5925.0000 - 6058.7000 MHz | 36M0G7W | 78.40 dBW | DIGITAL VIDEO |
| 6098.5500 - 6425.0000 MHz | 51K2G7W | 55.00 dBW | DIGITAL VIDEO |
| 6068.9000 - 6088.3500 MHz | 51K2G7W | 55.00 dBW | DIGITAL VIDEO |
| 5925.0000 - 6058.7000 MHz | 51K2G7W | 55.00 dBW | DIGITAL VIDEO |
| 5925.0000 - 6425.0000 MHz | 36M0G7W | 78.40 dBW | DIGITAL VIDEO |
| 5925.0000 - 6425.0000 MHz | 51K2G7W | 55.00 dBW | DIGITAL VIDEO |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 78.40 dBW | ANALOG VIDEO |
| 3700.0000 - 4200.0000 MHz | 36M0G7W | | DIGITAL VIDEO |
| 3700.0000 - 4200.0000 MHz | 51K2G7W | | DIGITAL VIDEO |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | ANALOG VIDEO |

**Points of Communication:**

  1 - ALSAT - (ALSAT)

  1 - COL515 - (37.7 W.L.)

  1 - INTELSAT 805 - (304.5 E.L.)

1 - INTELSAT AOR -

1 - INTELSAT AOR - (307.0 E.L.)

1 - INTELSAT AOR - (310.0 E.L.)

1 - INTELSAT AOR - (319.5 E.L.)

1 - INTELSAT AOR - (325.5 E.L.)

1 - INTELSAT AOR - (328.5 E.L.)

1 - INTELSAT AOR - (328.6 E.L.)

1 - INTELSAT AOR - (330.5 E.L.)

1 - INTELSAT AOR - (332.5 E.L.)

1 - INTELSAT AOR - (335.5 E.L.)

1 - INTELSAT AOR - (338.7 E.L.)

1 - INTELSAT AOR - (342.0 E.L.)

1 - New Skies 806 - (319.5 E.L.)

1 - NSS-5 - (183 E.L.)

1 - PAS-1R - (45.0 W.L.)

1 - PAS-3R - (43.0 W.L.)

1 - PAS-9 - (58.0 W.L.)

1 - TDRS-6 - (47.0 W.L.)

**SES-MOD-20040302-00314**   E  E4730        ASCENT MEDIA NEWORK SERVICES, INC.

Application for Modification                                                                 09/03/2002 - 09/03/2017
Grant of Authority                                                                    Date Effective:    04/15/2004

**Class of Station:**   Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:           1
LOCATION:      250 HARBOR DRIVE, FAIRFIELD, STAMFORD, CT
               41 ° 4 ' 32.30 " N LAT.                          73 ° 31 ' 13.40 " W LONG.

   ANTENNA ID:   1              11 meters        SCIENTIFIC ATLANTA          8007-2

        5925.0000 - 6425.0000 MHz          36M0F3F        88.90 dBW

        5925.0000 - 6425.0000 MHz          36M0F3F        82.06 dBW

| | | | |
|---|---|---|---|
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 78.32 dBW | |
| 5925.0000 - 6425.0000 MHz | 24M0G7W | 78.32 dBW | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 24M0G7W | | |

ANTENNA ID:   2             10 meters        SCIENTIFIC ATLANTA        8002-2

| | | | |
|---|---|---|---|
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 87.20 dBW | |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 82.06 dBW | |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 78.32 dBW | |
| 5925.0000 - 6425.0000 MHz | 24M0G7W | 78.32 dBW | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 24M0G7W | | |

ANTENNA ID:   3             11 meters        SCIENTIFIC ATLANTA        8016

| | | | |
|---|---|---|---|
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 88.90 dBW | |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 82.06 dBW | |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 78.32 dBW | |
| 5925.0000 - 6425.0000 MHz | 24M0G7W | 78.32 dBW | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | |
| 3700.0000 - 4200.0000 MHz | 24M0G7W | | |

ANTENNA ID:   4             9 meters         VERTEX COMMUNICATIONS     KPC

| | | | |
|---|---|---|---|
| 5925.0000 - 6425.0000 MHz | 36M0G1F | 80.03 dBW | COMPRESSED DIGITAL VIDEO |
| 5925.0000 - 6425.0000 MHz | 2M00G1F | 77.80 dBW | COMPRESSED DIGITAL VIDEO |
| 5925.0000 - 6425.0000 MHz | 36M0G7W | 80.03 dBW | DIGITAL, VARIOUS FEC, DATA RATES, MODULATION AND INFO. |
| 5925.0000 - 6425.0000 MHz | 51K2G7W | 61.90 dBW | DIGITAL, VARIOUS FEC, DATA RATES, MODULATION AND INFO. |
| 5925.0000 - 6425.0000 MHz | 36M0F3F | 80.00 dBW | STANDARD VIDEO WITH ASSOCIATED AUDIO SUBCARRIERS |
| 3700.0000 - 4200.0000 MHz | 36M0G1F | | COMPRESSED DIGITAL VIDEO |
| 3700.0000 - 4200.0000 MHz | 2M00G1F | | COMPRESSED DIGITAL VIDEO |
| 3700.0000 - 4200.0000 MHz | 36M0G7W | | DIGITAL, VARIOUS FEC, DATA RATES, MODULATION AND INFO. |
| 3700.0000 - 4200.0000 MHz | 51K2G7W | | DIGITAL, VARIOUS FEC, DATA RATES, MODULATION AND INFO. |
| 3700.0000 - 4200.0000 MHz | 36M0F3F | | STANDARD VIDEO WITH ASSOCIATED AUDIO SUBCARRIERS |

**Points of Communication:**

1 - ALSAT - (ALSAT)

---

**SES-MOD-20040331-00543**   P   E990287       Corporate Satellite Communications, Florida Inc.

Application for Modification                                                         11/01/1999 - 11/01/2009

Grant of Authority                                                         Date Effective:    04/14/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service, International Fixed Satellite Service

Modification filed to extend completion of construction term to May 1, 2005.

SITE ID:        1
LOCATION:     7007 SW 32ND STREET, DADE, MIAMI, FL
              80 ° 14 ' 57.40 " N LAT.                              25 ° 50 ' 13.00 " W LONG.

ANTENNA ID:   K8.1M          8.1 meters      VERTEX                 KPK

| | | | |
|---|---|---|---|
| 14000.0000 - 14500.0000 MHz | 36M0F8F | 88.80 dBW | ANALOG VIDEO W/ASSOC. AUDIO SUBCARRIER |

| | | | |
|---|---|---|---|
| 14000.0000 - 14500.0000 MHz | 36M0G7W | 85.30 dBW | PSK, DATA, FAX, AUDIO, VOICE & INTERNET |
| 14000.0000 - 14500.0000 MHz | 4M00G7F- | 75.80 dBW | PSK, DIGITAL VIDEO W/ASSOC. DIGITAL AUDIO/DATA |
| 14000.0000 - 14500.0000 MHz | 36M0G7F | 85.30 dBW | PSK, DIGITAL VIDEO W/ASSOC. DIGITAL AUDIO/DATA |
| 14000.0000 - 14500.0000 MHz | 43K8G7D- | 56.19 dBW | PSK, DIGITAL VIDEO W/ASSOC. DIGITAL AUDIO/DATA |
| 14000.0000 - 14500.0000 MHz | 36M0G7D | 85.30 dBW | PSK, DIGITAL VIDEO W/ASSOC. DIGITAL AUDIO/DATA |
| 14000.0000 - 14500.0000 MHz | 100KF3E- | 54.30 dBW | ANALOG VOICE |
| 14000.0000 - 14500.0000 MHz | 200KF3E | 57.30 dBW | ANALOG VOICE |
| 11700.0000 - 12200.0000 MHz | | | |

**Points of Communication:**

1 - ALSAT - (ALSAT)

1 - ANIK E1 - (118.7 W.L.)

1 - ANIK E2 - (111.1  W.L)

1 - SATMEX-5 - (116.8 W.L.)

1 - SOLIDARIDAD F-1 - (109.2 W.L.)

1 - SOLIDARIDAD F-2 - (113.0 W.L.)

---

**SES-REG-20040227-00293**   E   E040115        NEBRASKA EDUCATIONAL TELECOMMUNICATIONS COMMISSION

Registration                                                                02/27/2004 - 02/27/2019

Grant of Authority                                                          Date Effective:     04/14/2004

**Class of Station:**     Fixed Earth Stations

**Nature of Service:**    Domestic Fixed Satellite Service

SITE ID:           1

LOCATION:      1800 NORTH 33RD STREET (KUCV-FM), LANCASTER, LINCOLN, NE

                        40 ° 49 ' 53.10 " N LAT.                          96 ° 40 ' 17.60 " W LONG.

    ANTENNA ID:   3.8M.           3.8 meters          COMTECH ANTENNA SYSTEMS  3.8 METER PF

        3700.0000 - 4200.0000 MHz          10M3G7W                          DIGITAL AUDIO CARRIER

| | | |
|---|---|---|
| 3700.0000 - 4200.0000 MHz | 30K0F1D | DIGITAL BROADCAST AUDIO CARRIER |

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-REG-20040227-00294**   E  E040116   BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO

Registration                                                              02/27/2004 - 02/27/2019

Grant of Authority                                          Date Effective:    04/14/2004

**Class of Station:**     Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:           1

LOCATION:      ATOP  BLDG 156/ ONATE HALL (KUNM-FM), BERNALILLO, ALBUQUERQUE, NM

35 ° 5 ' 4.00 " N LAT.                                    106 ° 36 ' 49.30 " W LONG.

ANTENNA ID:   3.7M.           3.7 meters          PRODELIN CORPORATION           136-750

| | | |
|---|---|---|
| 3700.0000 - 4200.0000 MHz | 10M3G7W | DIGITAL AUDIO CARRIER |
| 3700.0000 - 4200.0000 MHz | 30K0F1D | DIGITAL BROADCAST AUDIO CARRIER |

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-REG-20040310-00356**   E  E040138   NEW WAVE CORPORATION

Registration                                                              03/10/2004 - 03/10/2019

Grant of Authority                                          Date Effective:    04/20/2004

**Class of Station:**     Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:           1

LOCATION:      915 E. BROADWAY (KOPN), BOONE, COLUMBIA, MO

38 ° 57 ' 6.00 " N LAT.                                    92 ° 19 ' 37.00 " W LONG.

ANTENNA ID:   1                3.7 meters          PRODELIN CORPORATION           P40371

| | | |
|---|---|---|
| 3700.0000 - 4200.0000 MHz | 30K0F1D | DIGITAL AUDIO CARRIER |
| 3700.0000 - 4200.0000 MHz | 10M3G7W | DIGITAL BROADCAST AUDIO CARRIER |

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-RWL-19940316-01693**   P  E6470          STAUFFER COMMUNICATIONS, INC. ( d/b/a Kansas Information Network )
Renewal                                                                                                          04/16/1994 - 04/16/2004
Surrender of Authorization                                                                          Date Effective:    04/14/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

This Authorization is hereby being Surrendered Per Applicant's Request E-mail dated April 16, 2004.

SITE ID:          1
LOCATION:    SHAWNEE, TOPEKA, KS
                     39 ° 3 ' 38.00 " N LAT.                                          95 ° 45 ' 34.00 " W LONG.

   ANTENNA ID:   1                    5 meters            PRODELIN 158-756

       5945.0000 - 6405.0000 MHz             60F9             54.00 dBW

       3720.0000 - 4180.0000 MHz             60F9

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-RWL-20040405-00510**   E  WH97          COMCAST OF MICHIGAN, LLC
Renewal                                                                                                          05/11/2004 - 05/11/2019
Grant of Authority                                                                                      Date Effective:    04/14/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:          1
LOCATION:    INGHAM, HOLT, MI
                     42 ° 39 ' 1.00 " N LAT.                                          84 ° 32 ' 48.00 " W LONG.

   ANTENNA ID:   1                    5 meters            SCIENTIFIC ATLANTA             MODEL 8008

       3700.0000 - 4200.0000 MHz             36000F9

**Points of Communication:**

1 - ALSAT - (ALSAT)

**SES-RWL-20040406-00511**  E  E940343       COMCAST OF PENNSYLVANIA LLC

Renewal                                                                    05/25/2004 - 05/25/2019

Grant of Authority                                               Date Effective:    04/15/2004

**Class of Station:**      Fixed Earth Stations

**Nature of Service:**    Domestic Fixed Satellite Service

SITE ID:          1

LOCATION:     ONE APOLLO ROAD, MONTGOMERY, PLYMOUTH TOWNSHIP, PA

                      40 ° 7 ' 46.00 " N LAT.                              75 ° 17 ' 4.00 " W LONG.

     ANTENNA ID:   1                4.5 meters        SCIENTIFIC-ATLANTA          8345 4.5 M.

          3700.0000 - 4200.0000 MHz            36M0F8W

**Points of Communication:**

   1 - ALSAT - (ALSAT)

**SES-RWL-20040408-00536**  E  WA37       MCI WORLDCOM NETWORK SERVICES, INC. (DEBTOR-IN-POSSESSION)

Renewal                                                                    04/11/2004 - 04/11/2019

Grant of Authority                                               Date Effective:    04/19/2004

**Class of Station:**      Fixed Earth Stations

**Nature of Service:**    International Fixed Satellite Service

SITE ID:          1

LOCATION:     823 UN PLAZA, NEW YORK, NY

                      40 ° 45 ' 6.00 " N LAT.                              73 ° 58 ' 7.00 " W LONG.

     ANTENNA ID:   1                9.2 meters        ANDREW                      EW132

          11700.0000 - 11950.0000 MHz       1M06F7D                 DIGITAL MODULATION, QPSK OR
                                                                     OTHER DIGITAL TYPE,
                                                                     INTELSAT BUSINESS SERVICES
                                                                     (IBS) AND RELATED DIGITAL
                                                                     VIDEO.

          10950.0000 - 11200.0000 MHz       1M06F7D                 DIGITAL MODULATION, QPSK OR
                                                                     OTHER DIGITAL TYPE,
                                                                     INTELSAT BUSINESS SERVICES
                                                                     (IBS) AND RELATED DIGITAL
                                                                     VIDEO.

**Points of Communication:**

   1 - INTELSAT AOR -

**SES-RWL-20040413-00545**   E   E940141        Americom Government Services, Inc.

Renewal                                                                      04/22/2004 - 04/22/2019

Grant of Authority                                                    Date Effective:    04/15/2004

**Class of Station:**    Fixed Earth Stations

**Nature of Service:**   Domestic Fixed Satellite Service, Fixed Satellite Service

SITE ID:        1

LOCATION:     RT. 94 & ENOCH RD. FALCON AFB, EL PASO, COLORADO SPRINGS, CO

                   38 ° 47 ' 42.00 " N LAT.                    104 ° 31 ' 4.00 " W LONG.

    ANTENNA ID:    1              5 meters          SCIENTIFIC-ATLANTA         8008B (5 METER)

        5925.0000 - 6425.0000 MHz        1M06G7D        56.70 dBW

        3700.0000 - 4200.0000 MHz        1M06G7D

**Points of Communication:**

    1 - ALSAT - (ALSAT)

---

**SES-RWL-20040414-00555**   E   E940271        QVC Local, Inc.

Renewal                                                                      06/24/2004 - 06/24/2019

Grant of Authority                                                    Date Effective:    04/15/2004

**Class of Station:**    Temporary Fixed Earth Station

**Nature of Service:**   Domestic Fixed Satellite Service

SITE ID:        1

LOCATION:     VARIOUS

    ANTENNA ID:    1              2.4 meters         VERTEX                     2.4 DMK

        14000.0000 - 14500.0000 MHz        36M0F8W        74.20 dBW

**Points of Communication:**

    1 - ALSAT - (ALSAT)

---

**CORRECTIONS**

**SES-MOD-20031126-01727**        E2454        Oral Roberts University

Correction:   The Max EIRP/Carrier for 36M0G7W on Antenna 1C should have been 71.3 per email and letter dated April 8, 2004.

**INFORMATIVE**

**SES-LIC-19940207-01913**        E940184        AMERICAN TELEPHONE AND TELEGRAPH COMPANY

**INFORMATIVE**

Licensee has surrendered license, per letter dated February 9, 2004.

**SES-LIC-20021205-02086**        E020335        TELECOMMUNICATION SYSTEMS

Licensee has surrendered license, per letter dated April 7, 2004.

**SES-MOD-20031119-01678**        WB36        Telenor Satellite, Inc.

As further explained in an attachment, the Commission sets aside the grant because, inter alia, the terms of the license do not conform to 47 CFR Part 25, §25.204(f) for the band 13.75-14 GHz, nor do the terms of the license reflect, as they should, an exception to the criteria in 47 CFR Part 25, §25.212(c) for routine processing. Special Temporary Authority for 30 days is granted to enable the applicant to remedy the application via amendment, or to take other steps.

**SES-RWL-19980310-00271**        E874296        SERVICE MERCHANDISE COMPANY INC.

Licensee has surrendered license, per letter dated April 2, 2004.

**SES-RWL-20000731-01240**        E2472        FrontierVision Operating Partners, L.P., Debtor-in-Possession

Licensee has surrendered license, per letter dated February 25, 2004.

For more information concerning this Notice, contact the Satellite and Radiocommunication Division at 418-0719; TTY 202-418-2555.