IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

# **<u>EXHIBIT N</u>**

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:   2020cv034319<br><br>Division Courtroom:   409 |
| **EXHIBIT Q**<br>**DECLARATION OF INDIVIDUAL 3** | |

I, Heidi Beedle, declare and state as follows:

1.  "My name is Heidi Beedle. I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration. I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2.  "In March 2003, I enlisted in the United States Army and served until July 2011, when I was honorably discharged. During that time, I was deployed to Iraq three times, where I served in Habbaniyah (August 2004-August 2005), Baghdad (January 2007-March 2008), and Basra (February 2011-June 2011).

3.  "I received a bachelor's degree in English Language and Literature from the University of Colorado, Colorado Springs, in 2014.

4.  "After graduating, I worked as a high school teacher for five years. I also did work with the Humane Society in the Pike Peaks Region for one year. While working as both a teacher and for the Humane Society, I began working as a freelance journalist.

5.  "I am currently a staff reporter for the Southeast Express, Colorado Springs Independent and the Colorado Springs Business Journal.

6.  "Throughout my career as a journalist, I have focused my reporting on extremist movements on both sides of the political spectrum. This includes reporting on what is commonly understood as both the "far left" and the "far right." As a result, my reporting has covered movements such as Black Lives Matter, as well as the loosely affiliated movement broadly referred to as "Antifa." In addition, I have also covered right wing organizations such as the Proud Boys, the Traditionalist Workers Party, and Identity Europa, as well as conservative militia groups and other "patriot" organizations.

7. "I first became aware of Joe Oltmann (Oltmann) in the summer of 2020, when a colleague alerted me to the group FEC United, which was potentially holding meetings at churches in Colorado Springs in excess of El Paso County Public Health's COVID-19 capacity restrictions. My research into FEC United identified Oltmann as the founder of the organization.

8. "My research and reporting on Oltmann suggested that he was affiliated with a new right wing militia group in Colorado, the United American Defense Force (UADF). I reached out to Oltmann for an interview on this and other topics on 27 Aug. 2020. Oltmann agreed to an interview, which I conducted on 28 Aug. 2020.

9. "I published my first story on Oltmann on 21 Oct. 2020. Prior to the publication of my first story, I became aware that Oltmann had begun making public statements about me. Specifically, I became aware on 13 Oct. 2020 that Oltmann had falsely claimed that I was affiliated with an organization called "Our Revolution." I believe that Oltmann misidentified an individual standing next to the leader of a local chapter of Our Revolution, Kris Jacks, and falsely believed that individual was me. I was not standing next to Kris Jacks on 16 Feb. 2020, and I am not in any way affiliated with Our Revolution. I can confirm that I was working at The Humane Society of the Pikes Peak Region on 16 Feb. 2020 and could not have been present at the Our Revolution event.

10. "Sometime in mid to late November 2020, I became aware that Oltmann had referenced me during the 9 Nov. 2020 episode of his daily podcast, "Conservative Daily." Oltmann claimed in that episode that he had infiltrated some sort of Antifa

conference call, and that on that call he heard someone refer to "Eric from Dominion." Oltmann suggested that I was somehow relevant to this call, stating,

> Now what she doesn't know, and going through all of this process, her name is Heidi Beedle. H-E-I-D-I B-E-E-D-L-E. I hope she's listening, because I'm not done with you yet. So, she uses that to gather information, and then the use of gathering intel, and infiltrating calls and groups and collecting information on individuals, and we uncovered thirteen an- excuse me, journalists, across Colorado that were Antifa activists that were journalists. One of which being this Heidi Beedle. Now, her name's not that important other than the fact that she led me to other people, and that her loose lips and the fact that she talks about things allowed me to gather more information on other people.[1]

11. "Sometime in mid-December 2020, I became aware that Oltmann had submitted an affidavit that was attached to various lawsuits filed by Sidney Powell. In that affidavit, dated 13 Nov. 2020, Oltmann stated the following:

> On or about the week of September 27, 2020, I was able to attend an Antifa meeting which appeared to be between Antifa members in Colorado Springs and in Denver Colorado. I cannot verify the connection between the two or the leadership as they were disorganized. Discussions of Our Revolution and Antifa were discussed. Rhetoric of 'eliminating fascists' and frustration as to the dwindling of support to rally in the street was evident.

> Then I honed in among other conversations key actors in the organization who work for local and state news publications. One such person of interest was Heidi Beedle, identified leader of Our Revolution in El Paso County (Southern Colorado) and Antifa leader of the same area. Heidi's name is actually Sean Beedle. She is a journalist at Colorado Springs Independent, Colorado Springs Business Journal and a freelance writer for several online publications. Others to remain unnamed in this were present.

**Exhibit 1**, at p. 1-2.

---

[1] *See* Joe Oltmann, *Dominion, Big Tech, and How They Stole It*, CONSERVATIVE DAILY, November 9, 2020, at 14:44 https://www.youtube.com/watch?v=9tHeiYgErnw (last visited August 16, 2021).

4

12.     "I am not in any way associated with Our Revolution, and I am not an identified leader of Our Revolution in El Paso County.

13.     "I am not an "Antifa leader" in El Paso County or anywhere else.

14.     "I have no knowledge of any "Antifa call" that allegedly took place during mid to late September 2020, nor do I have any idea what Oltmann is referring to. I do not know anyone who may have participated on any such call, nor do I know why Oltmann would have associated me with such a call.

15.     "I do not know Dr. Coomer and have never met Dr. Coomer.

16.     "I am aware that Oltmann has subsequently claimed that a member of Antifa allegedly provided him access to the late September "Antifa call"[2] that Oltmann described in the 9 Nov. 2020 podcast and the 13 Nov. 2020 affidavit.

17.     "Oltmann has never contacted me to confirm whether or not I am actually affiliated with Our Revolution or Antifa, whether I was a participant on the alleged "Antifa call," or to confirm whether or not I had any knowledge or information about such a call. On 19 Oct. 2020, Oltmann responded to an email I sent him requesting comment, claiming, "I know you are the leader of CO springs Antifa, Communists and Our Revolution." In that email, Oltmann also made other outlandish, false accusations

---

[2] *See* David Clements, *Joe Oltmann EXPOSES Dominion Voting's Eric Coomer – Ties to Antifa, Skinheads, and Election LIES*, THE PROFESSOR'S RECORD, April 19, 2021, at 6:44 https://rumble.com/vfudkf-joe-oltmann-exposes-dominion-votings-eric-coomer-ties-to-antifa-skinheads-a.html (last visited August 16, 2021) (Oltmann: And then someone inside of Antifa actually came to me and said that, look, I've been a member of Antifa for many years, um, I'm starting to get, I'm starting to wake up to the fact that antifa is really the very thing that they say they're fighting against. And through this process they started talking about some of the racist activities that happen, some of the fascist things that they were doing, that they were the ones terrorizing communities. And this gentleman has kids, he's married, and so I asked him, hey, can you get me, and this is giving even more information than I've given before, can you get me into those environments where I can infiltrate some of these meetings that you're having?")

5

against me, including accusations that I was involved in various forms of criminal conduct. Oltmann also made threats against me at that time, including threats to sue me and to report me to the FBI. **Exhibit 2**. I did not respond to Oltmann's numerous false accusations.

18.   "I was never contacted by any of the other Defendants in this case to confirm whether or not I am actually affiliated with Our Revolution or Antifa, or if I was a participant on the alleged "Antifa call" or had any knowledge or information about such a call. Specifically, I have never been contacted by Donald J. Trump for President, Inc., Rudolph Giuliani, Sidney Powell, Sidney Powell P.C., Defending the Republic, Inc., FEC United, Shuffling Madness Media, Inc. dba Conservative Daily, James Hoft, TGP Communications LLC dba The Gateway Pundit, Michelle Malkin, Eric Metaxas, Chanel Rion, or Herring Networks, Inc. dba One America News Network.

19.   "In my professional opinion as a reporter who has covered far left groups for several years, I find the suggestion of a conference call with "Antifa" activists, especially those who might espouse or participate in political violence, to be highly implausible. In my experience, I have never known individuals affiliated with "Antifa" to communicate via conference call, or by any means where unknown participants could conceivably be present. I also do not think it is credible that an individual such as Dr. Coomer, a man in his 50's with a Ph.D. in nuclear physics, would ever be welcome or trusted amongst individuals affiliated with "Antifa." As a result, it is my professional opinion that the idea of Dr. Coomer participating in an Antifa conference call is inherently improbable.

20.  "Pursuant to C.R.S. § 13-27-101, *et. seq.*, I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the 24th day of August 2021 at Colorado Springs [city], Colorado.

*Heidi Beedle*
Heidi Beedle, Declarant

LORI A POTTER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194023817
MY COMMISSION EXPIRES 06/24/2023

08/24/2021
*Lori a Potter*

7

STATE OF COLORADO )
                  )ss.
County of Douglas )

COMES NOW, Affiant Joseph T. Oltmann, being first duly sworn, under oath, and states under penalty of perjury that the following information is true and accurate within his personal knowledge and belief:

My name Joseph Oltmann. I am over eighteen years of age. I am not suffering under any mental disability and am competent to give this worn affidavit. I am able to read and write and to give this affidavit voluntarily and on my own free will and accord. No one has used any threats, force, pressure, or intimidation to male me sign this affidavit. I make this affidavit in support of the truth.

I am the CEO of a tech company based just outside of Denver, Colorado. I am also the founder of an organization called FEC United. [Fecunited.com] The goal of this organization is to restore constitutional integrity to our community and empower those in our community to stand up to state and national leadership that intends to suppress the rights of individuals holistically.

Through this organization "FEC" I became a target of journalists who began to slander both me and my organization. I became the topic of Antifa and extremists through my involvement in a movement to resist the narrative that police are bad and our society represented the rhetoric shared by these extremists. As a result of these attacks, I started researching Antifa, BLM, Inc. and their connection to violence and unrest inside of our communities. As a result, I set out to infiltrate Antifa meetings and de-mask those Antifa members who are journalists in the mainstream media in Colorado specifically.

On or about the week of September 27, 2020, I was able to attend an Antifa meeting which appeared to be between Antifa members in Colorado Springs and in Denver Colorado. I cannot verify the connection between the two or the leadership as they were disorganized. Discussions of Our Revolution and Antifa were discussed. Rhetoric of "eliminating fascists" and frustration as to the dwindling of support to rally in the street was evident.

Then I honed in among other conversations key actors in the organization who work for local and state news publications. One such person of interest was Heidi Beedle, identified leader of Our Revolution in El Paso County (Southern Colorado) and Antifa leader of the same area.

Exhibit 1

Heidi's name is actually Sean Beedle. She is a journalist at Colorado Springs Independent, Colorado Springs Business Journal and a freelance writer for several online publications. Others to remain unnamed in this were present.

The conversation went like this:

Someone identified as "Eric" began to speak. Someone asked who Eric was, and someone else replied "he is the Dominion guy" [paraphrased].

Eric then began to speak after being told to continue, but was interrupted and asked by someone, "What are we going to do if Trump wins this fucking election?"

Eric responded, "Don't worry about the election. Trump is not going to win. I made fucking sure of that.. Hahaha"

Someone responded, "Fucking right."

Eric continued with fortifying the groups and recruiting. I would describe his tone as eccentric and boisterous. I wrote down his name and started to do some research into him.

At the time, I thought that they were so disconnected with reality that they think they can "make sure Trump is not elected."

I started with a simple google search: Keywords: "Eric," "Dominion," "Denver Colorado." The fifth result in organic search returned:

Dominion Voting Systems | Employee Profiles, Emails, Mutual ...

www.leadcandy.io › company › Dominion-Voting-Syst...

Find people working at Dominion Voting Systems. LeadCandy provides Full ... Denver, Colorado. VIEW FULL PROFILE ... FULL PROFILE. Eric Coomer's photo ...

Above that were results for Eric Schussler Old Dominion University and Eric E Johnson, Attorney - Sherman & Howard. The first two on organic search however was as follows:

Dominion - Colorado Secretary of State

www.sos.state.co.us › elections › files › projectPlans
PDF

Sep 9, 2016 — our most recent pilots in the City and County of Denver and Mesa County. ... 1 Democracy Suite is a registered trademark of Dominion Voting Systems. ... Eric Coomer graduated from the University of California, Berkeley in ...

And

Eric Coomer's email & phone | Dominion Voting Systems's ...

rocketreach.co › eric-coomer-email_7112825

Location, Denver, Colorado, United States. Work, Director, Market Strategy @ Dominion Voting Systems Member, Board of Directors @ Friends of Levitt Pavilion ...

I began doing research on Eric Coomer and discovered that Colorado Secretary of state link the following about Dr. Eric Coomer on page 26:

*"Eric Coomer graduated from the University of California, Berkeley in 1997 with a Ph.D. in Nuclear Physics. After working in IT consulting for several years, Eric entered the elections industry in 2005 with Sequoia Voting Systems as Chief Software Architect. After three years with the company, Eric took over all development operations as Vice President of Engineering. When Sequoia was acquired by Dominion Voting Systems in 2010, Eric joined the DVS team as Vice President of US Engineering overseeing development in the Denver, Colorado office.*

*Recently, Eric has taken over as the Director of Product Strategy driving the creation of next generation products through close collaboration with customers, combined with a deep understanding of technology and the needs of Elections departments throughout the United States and abroad. Eric has been an active participant in the development of the IEEE common data format for Elections systems, as well as the working group for developing standards for Risk-Limiting Audits for elections results. When not designing new products, Eric supports large and small scale customers during Election season."*

I did some cursory research on Eric, but my conclusion was that he was either a part of the government or not relevant to the conversation. In other words, this was not a target I would

identify as being influential in Antifa. My conclusion was based on his credentials of having a PhD in Nuclear Physics. Did not add up for someone with that intelligence. I set it aside and concentrated my focus on the activist journalist who were actually Antifa members.

On October 15, 2020 I spoke at an FEC meeting in Bandimere Speedway. It was a rally around the unconstitutional actions of Jefferson County, Colorado government leadership to hurt Bandimere Speedway. I spoke and before the event started they escorted a suspected Antifa Journalist Erik Maulbetsch [Colorado Recorder] off the premises. In that meeting I talked about outing activist journalists who were Antifa and holding them accountable in our community for attacking organizations like FEC United that serve the community.

These activist journalists frequently slander people of faith, conservatives and call them names that defame them in the community. I had enough and warned that we would call them out by name. Maulbetsch wrote and article reflecting this as he was listening in online and decided to omit details about the meeting, causing the entire journalistic community to wonder if they were on the list. It had a positive effect contrary to their intentions.

On Friday November 6th, I received a forwarded a article about Georgia irregularities on the election day. I normally do not read many of these articles because I am inundated with information both from FEC, and my company. I started reading it and noticed Eric Coomer was the spokesperson for a company called Dominion Voting Systems. I immediately stopped and started to go back through my notes to find the info on Eric Coomer. I then started research Dominion Voting Systems. The information became rather scary as everywhere I looked I found Eric's name. Some listing him as VP of Security and others calling him Director of Strategy and Security. I began my search for everything Eric Coomer, Dr. Eric Coomer and any information related to legal filings, RFPs, states using Dominion, Colorado uses and even areas in Colorado that do not use Dominion.

I then turned my attention to Eric Coomer's Facebook profile and page while I gathered information on correlating email addresses, profiles, screen names, etc. Searching Twitter, Reddit, Facebook, 4Chan, etc etc.

I was able to get screenshots of Eric Coomer's Facebook posts going back to 2016. What I discovered was disturbing. Anti-Trump rhetoric, posts referring to: Fuck USA, Fuck the Police, A.C.A.B., posts that were anti Conservative, and even posts being happy someone died. Then the bigger shocker. He reposted the Antifa "Manifesto" letter to Donald Trump. I knew that I had the right guy and someone that was clearly mentally unstable and radical. I started digging into the

code irregularities and tying all of the pieces together with the irregularities and the Dominion uses in the disputed states. The correlation was astonishing. I then found the information related to justifying voting machines being online and his justification that they had "hardware and IP address protection". This statement by itself is FALSE.

I then attempted to reach out to all sources to bring this information to light. Calling major news stations and attempting to connect with the DOJ.

I took the information to the listeners of an organization that I also own called Conservative Daily. We have a podcast that we do on weekdays. I felt I had enough information and was confident that the Eric on the conference call was the same Eric Coomer that worked for Dominion. I was also confident that given the Facebook and other information I was able to collect that Eric Coomer was interfering with the election and as he admits in one of his posts that people at his company think and feel the same way he does. I began to research his patents, who owns them, the pattern of states they acquired as clients.

I began to research the connection to Diane Feinstein, her husband, campaign manager, Clinton Foundation and became worried that the finger of radicals had taken away the voice of the American people in deciding the election. I used ARIMA analysis to show me trends on data and probability models to prove that they were in fact using code and technology to ghost votes, switch votes or even remove probable ballots completely. Code is random unless it is not. Since we are a data company and understand artificial intelligence and use of neural networks, we understand the capabilities of creating chaos in outcome based on weighted density of probable voters.

These statements are true and accurate to the best of my knowledge.

_____
Joseph Oltmann

STATE OF COLORADO
COUNTY OF Douglas

    Personally appeared before me, __LYNN KIEFFER__, a Notary Public in and for the aforesaid State and County, JOSEPH T OLTMANN, the within named bargainer, with whom I am personally acquainted and who, after being duly sworn, acknowledged that she executed the foregoing Agreement for the purposes contained therein.

_____
JOSEPH T OLTMANN

Sworn to and subscribed before me this 13th day of November, 2020.

My Commission Expires:

07-24-2021

NOTARY PUBLIC

LYNN KIEFFER
Notary Public
State of Colorado
NotaryID #20174030910
My Commission Expires 07-24-2021

**From:** Joe Oltmann <joe@pinbn.com>
**Subject: Re: Media Request: Pidoxa, FEC, Joe Oltmann?**
**Date:** October 19, 2020 at 6:18:18 PM MDT
**To:** heidi@csindy.com

No idea who that is. But if you think you are going to scare me, you won't. I have all of your information Sean. I have your teacher information, I have statements from potential victims of you. I know you are the Leader of the CO springs Antifa, Communists and Our Revolution. We have taped conversations with other Antifa members bragging about using animal records to dox Tig, and we sent a record up to the FBI about illegally accessing information including John Tiegen's address. Then there is the email that is tied back to you threatening Tig with the use of "bricks" against his family.

I have our lawyer reaching out to the US Business Journal, the FBI, CBI and before we publish all this including your past and falsification of a bankruptcy documents, I would like you to tell me whether or not there is anything you seem to think is not accurate.

We have infiltrated your organization in the springs. There is a saying Heidi, Sean or whatever you go by. You want to terrorize the community? Pack a lunch.

Sent from my phone so please excuse the errors

Exhibit 2

**From:** Joe Oltmann <joe@pinbn.com>
**Subject: Re: Media Request: Pidoxa, FEC, Joe Oltmann?**
**Date:** October 19, 2020 at 7:01:05 PM MDT
**To:** heidi@csindy.com

One last thing... do you have a comment on the firebombing of Lynn Gerbers daughter's car? I would like to know if you were involved. Was it your organization Our Revolution that did it, or just Antifa? Give me something. You took down the Our Revolution video in Weld County but that is not the most damning. The private videos are

See Heidi, I don't care that you have a different viewpoint. I welcome it actually. I can respect that. I cannot accept terrorism and that is who you are. You are a terrorist. You and your other Antifa fascists killed a man in cold blood. My question is how much does your owners know about you? What will I find when we sue the animal shelter, which we will do. Those subpoenas should shine a light. How about the articles we write about your group? You going to be able to survive that Heidi? How many people do you think will come forward to tell the story of CS independent and what culpability do you think your owners will have when it all comes out? What about the law firm you got info from... are they going to be able to make it when criminal charges start dropping. Even if they survive that, will they be able to find work with that article.

I will turn over every rock, because you are responsible for the murder of Lee Keltner. You all are.

Just curious obviously. Email, does have trackers. I know you opened it. Congratulations Heidi, you poked the bear. Go talk to Erik, and the others that we are going to bring out. I have had enough of the terrorism.

Sent from my phone so please excuse the errors