IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02130-CJN |
| v. | |
| HERRING NETWORKS, INC., *et al.*, | Judge Carl J. Nichols |
| Defendants. | |

# **<u>EXHIBIT O</u>**

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:    2020cv034319<br><br>Division Courtroom:    409 |
| **EXHIBIT T**<br>**DECLARATION OF INDIVIDUAL 4** ||

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:     2020cv034319<br><br>Division Courtroom:     409 |
| **DECLARATION OF ERIK MAULBETSCH** ||

I, Erik Maulbetsch, declare and state as follows:

1. "My name is Erik Maulbetsch. I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration. I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2. "I have lived in Colorado since 1999, following my graduation from Middlebury College. I've worked in journalism, nonprofit communications and as a political researcher and consultant.

3. "I currently write for the Colorado Times Recorder.

4. "In my work with the Colorado Times Recorder, I cover a variety of topics, including state and local politics. Some of my reporting has covered stories related to Joe Oltmann (Oltmann) and his non-profit organization, FEC United. When reporting on those stories, I have contacted Oltmann for comment. In some instances, he has responded to my questions. In other instances, he has not, responding only "I don't talk to Antifa." I reported in our initial exchange in a Jan. 14 article, "*Dominion Election Conspiracy Originated in Part During Conservative's Hunt for 'Antifa Journalists.'*"

5. "I have never been on any sort of "Antifa conference call." I was not present on a call where anyone was identified as "Eric from Dominion" or "Eric, the Dominion guy."

6. "I do not know Dr. Eric Coomer, nor have I ever met him.

7. "Pursuant to C.R.S. § 13-27-101, *et. seq.*, I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the 2nd day of September 2021 at Denver, Colorado.

_____
Erik Maulbetsch, Declarant

| | |
|---|---|
| THE STATE OF COLORADO | § |
| | § |
| CITY AND COUNTY OF DENVER | § |

The foregoing Declaration was acknowledge by Erik Maulbetsch before me on this 2nd day of September 2021.

Witness my hand and official seal.

_____
Notary Public in and for
the City and County of Denver, Colorado

**[ SEAL ]**

My commission expires: 2/15/22

Julie Ann Bane
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184007583
MY COMMISSION EXPIRES    February 15 2022