IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

# **EXHIBIT P**

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: September 17, 2021 8:12 PM<br>FILING ID: E9E5DD591D201<br>CASE NUMBER: 2020CV34319 |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:    2020cv034319<br><br>Division Courtroom:    409 |
| **EXHIBIT F-2** | |



SERVED ONLY: July 20, 2021  8:13 AM
FILING ID: E6EEBED82F138
CASE NUMBER: 2020CV34319

Exhibit
PLTF 0029
MALKIN

20CV34319-JODisclosures-000205

Handwritten notes:

Who is:
Eric Dominion Guy
Brian  Denver? Colorado Springs?
CRT-Media?
Bev
Sam-?
Yan-ni - RD knows
Woman on call?
is that Heidi?
Jojo Joey Camp?
media? Hit this guy
Tots



ANTIFA CALL — *RD*
Who is WOMAN? Heidi Beedle?
c/s=Independent  maybe NOT SURE
- Definitely journalist
            └ Chrissy
ERIC??  ⓞ    or
              Chris
Dominion Guy?  Att Kris
Guy is a JEDI >><<
"Trump not going down,
I made fucking sure of that"
Who the fuck is this guy?
Angry!!!
NICKNAMES — who is 243→
TALKING ABOUT "Friendlies"
         "MEDIA"
Doxxing Business Owners
- Next targets — 19 ON CALL
CTR - ??? MEDIA
           NO IDEA

20CV34319-JODisclosures-000206



Contact this Joey!! "RAT"
TAY-? This guy is ANTIFA??
Connection to PSL/ANTIFA
organizing for event BLM → Breonna Taylor?
Last protest a success
FOOD → water — Whoa!!
cars — RECON — VANDELIZE
teams? Blame on PROUD BOYS
How they communicate wait
security → phones REDDIT other
COMMS Direct Slack?? BLM
YANNI - FIGHTER
Slack group!! LOL
Pueblo → Denver
NEED RIDES Peeps coming in
10/1 10-2,3 GOOD PRESS
October protests —
* FOOD water *
ORGANIZER SAYS "UNKNOWN"
Keep Pressure "Teachers, professors"

20CV34319-JODisclosures-000207



"Fortify" training
PSL - comrades - 3rd
TANK - Minneapolis
- groups coming to Colorado
BRIAN - ~~BEAR~~ -
possible coverage
Stick to plan → what is the plan?
Rhetoric is incredible
- organized -
very well organized
TARGETS - "FASCIST events"
cover up → turn over intel
pictures → give SAM
logo - ??
joey camp - who is this guy?
they hate this guy!!

Contact this Jo[...]
TAY - ? Two
Connection t[...]
organizing fir[...]
last pro[...]
FOOD → wee[...]
cars -
How they
security
ACTIONS
YANNI - FI[...]
Pueblo → D[...]
NEED RI[...]
October
* FOO[...]
ORGANIZ[...]
Keep

20CV34319-JODisclosures-000208