IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

# **EXHIBIT Q**

## U.S. District Court — Judicial Caseload Profile

**DISTRICT OF COLUMBIA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,134 | 3,071 | 3,678 | 4,206 | 4,298 | 4,666 | | |
| | | Terminations | 2,636 | 2,841 | 3,056 | 3,678 | 4,005 | 4,002 | | |
| | | Pending | 3,767 | 3,985 | 4,581 | 5,091 | 5,345 | 5,946 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 48.9 | 51.9 | 26.9 | 10.9 | 8.6 | | 16 | - |
| | | Number of Judgeships | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | | Vacant Judgeship Months [2] | 13.8 | 53.9 | 23.0 | 10.7 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 209 | 205 | 245 | 280 | 287 | 311 | 79 | - |
| | | Civil | 181 | 168 | 209 | 240 | 249 | 259 | 60 | - |
| | | Criminal Felony | 20 | 21 | 28 | 30 | 25 | 41 | 84 | - |
| | | Supervised Release Hearings | 8 | 16 | 8 | 11 | 12 | 11 | 79 | - |
| | Pending Cases [2] | | 251 | 266 | 305 | 339 | 356 | 396 | 68 | - |
| | Weighted Filings [2] | | 227 | 213 | 269 | 279 | 288 | 306 | 76 | - |
| | Terminations | | 176 | 189 | 204 | 245 | 267 | 267 | 83 | - |
| | Trials Completed | | 6 | 7 | 6 | 9 | 7 | 5 | 83 | - |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.1 | 11.0 | 12.9 | 9.5 | 12.0 | 14.3 | 55 | - |
| | | Civil [2] | 8.0 | 6.9 | 6.0 | 5.6 | 5.3 | 4.8 | 2 | - |
| | From Filing to Trial [2] (Civil Only) | | 40.2 | 46.0 | 46.1 | 48.7 | 40.0 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 369 12.5 | 393 12.5 | 438 12.3 | 663 16.5 | 672 15.8 | 842 18.5 | 79 | - |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.4 | 1.2 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 55.1 | 64.8 | 73.4 | 103.3 | 93.7 | 94.4 | | |
| | | Percent Not Selected or Challenged | 47.7 | 52.2 | 54.4 | 60.5 | 53.7 | 68.0 | | |

| 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,883 | 55 | 327 | 239 | 15 | 31 | 103 | 179 | 158 | 52 | 570 | 45 | 2,109 |
| Criminal [1] | 611 | 5 | 110 | 1 | 88 | 57 | 47 | 21 | - | 3 | 136 | 115 | 28 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**COLORADO**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 3,807 | 3,771 | 3,984 | 4,346 | 4,284 | 4,308 | | |
| | Terminations | | 3,682 | 3,747 | 3,789 | 4,046 | 4,075 | 4,105 | | |
| | Pending | | 3,096 | 3,093 | 3,283 | 3,561 | 3,762 | 3,948 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 13.2 | 14.2 | 8.1 | -0.9 | 0.6 | | 37 | 5 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months ² | | 2.6 | 12.0 | 12.0 | 13.1 | 12.0 | 12.0 | | |
| **Actions per Judgeship** | Filings | Total | 544 | 539 | 569 | 621 | 612 | 615 | 19 | 2 |
| | | Civil | 453 | 452 | 461 | 509 | 532 | 530 | 12 | 1 |
| | | Criminal Felony | 63 | 69 | 84 | 90 | 60 | 64 | 60 | 7 |
| | | Supervised Release Hearings | 27 | 18 | 24 | 22 | 20 | 21 | 64 | 8 |
| | Pending Cases ² | | 442 | 442 | 469 | 509 | 537 | 564 | 38 | 2 |
| | Weighted Filings ² | | 498 | 542 | 567 | 635 | 621 | 638 | 13 | 2 |
| | Terminations | | 526 | 535 | 541 | 578 | 582 | 586 | 17 | 1 |
| | Trials Completed | | 21 | 17 | 21 | 20 | 12 | 12 | 49 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.6 | 8.6 | 8.5 | 10.4 | 10.2 | 14.6 | 59 | 7 |
| | | Civil ² | 8.3 | 7.0 | 7.7 | 7.7 | 7.6 | 7.8 | 19 | 1 |
| | From Filing to Trial ² (Civil Only) | | 25.9 | 25.0 | 27.8 | 30.3 | 33.9 | 32.8 | 22 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 53 / 2.1 | 57 / 2.3 | 75 / 2.8 | 99 / 3.5 | 107 / 3.4 | 155 / 4.8 | 17 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 33.4 | 36.2 | 44.8 | 34.1 | 41.4 | 35.9 | | |
| | | Percent Not Selected or Challenged | 31.6 | 40.3 | 43.9 | 26.2 | 36.1 | 34.2 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,710 | 199 | 72 | 932 | 49 | 33 | 137 | 770 | 271 | 143 | 779 | 5 | 320 |
| Criminal ¹ | 448 | 25 | 153 | 22 | 98 | 38 | 59 | 11 | 1 | 9 | 4 | 12 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."