IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

### [PROPOSED] ORDER

On considering Defendants' Motion to Dismiss, Stay, or Transfer (ECF 41), the opposition thereto, the reply in support, and the entire record herein, the Court finds that Defendants' Motion is well taken. For the foregoing reasons, it is hereby ordered that Defendants' Motion:

is **GRANTED** and this case is dismissed [or stayed] in its entirety based on *Colorado River* abstention, without prejudice to refiling in a court of competent jurisdiction in Colorado.

OR

is **GRANTED** and this case is transferred in its entirety to the U.S. District Court for the District of Colorado pursuant to 28 U.S.C. § 1404(a).

OR

is **GRANTED IN PART** and the claims against Herring Networks, Inc., Charles Herring, and Robert Herring, Sr., are dismissed for failure to adequately plead personal jurisdiction.

**SO ORDERED.**

Dated: November __, 2021

_____
U.S. District Judge Carl J. Nichols