# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB<br><br>    Defendants. | Civil Case No. 1:21-cv-2130-CJN |

## JOINT MOTION TO EXTEND TIME
## TO BRIEF DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. (together, "Dominion") and defendants Herring Networks, Inc., d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb (together, "Defendants") jointly move to extend the briefing schedule for Dominion to respond to Defendants' motion to dismiss, stay, or transfer (Dkt. 41) by three weeks and to extend by two weeks the time for Defendants to reply. Currently, Dominion's response is due December 2, 2021, and Defendants' reply is due December 9, 2021. The relief requested would extend Dominion's deadline to December 23, 2021, and Defendants' deadline to January 13, 2022.

In support of this motion, the parties state as follows:

1. On September 10, 2021, defendants Herring Networks, Inc., Chanel Rion, and Christina Bobb sought a 5-week extension of time to answer or move in response to the complaint.

1

(Dkt. 27.) The Court granted that extension, setting October 19, 2021 as Defendants' new deadline to respond to Dominion's complaint. (Minute Order (Sept. 15, 2021.)

2. On October 7, 2021, defendants Herring Networks, Inc., Chanel Rion, and Christina Bobb filed a second motion for extension of time to respond to Dominion's complaint, and their motion was joined by defendants Charles and Robert Herring. (Dkt. 40). The Court again granted the request for an extension, setting Defendants' new response deadline as November 18, 2021. (Minute Order (Oct. 11, 2021.)

3. Dominion has not previously requested an extension of the deadline to file its opposition to the motion to dismiss, stay, or transfer. Defendants have not previously requested an extension of the deadline to file their reply.

4. Pursuant to Paragraph 9(b)(iv)–(v) of this Court's standing order, the requested relief would not affect any other deadlines (i.e., no hearings are set, and the requested relief provides a complete briefing schedule for the motion to dismiss, stay, or transfer).

5. Pursuant to Paragraph 9(b)(vi) of this Court's standing order, neither party opposes any part of the requested relief.

6. Pursuant to Paragraph 9(b)(iii) of this Court's standing order, the requested extension of time for Dominion's response is supported by the following good cause:

- Counsel for Dominion are currently briefing multiple dispositive motions, including—in addition to the one at issue here—the motion to dismiss filed by Patrick Byrne in *US Dominion, Inc. et al v. Byrne*, 1:21-cv-2131-CJN, which is currently pending before this Court.

- The 14-day period provided by the Local Rules for Dominion's response encompasses the Thanksgiving holiday, during which both Dominion's and its counsel's offices will be closed.

- The modest three-week extension sought by Dominion is justified in light of the arguments made by Defendants in their motion to dismiss, stay, or transfer raising numerous issues of federal and constitutional law.

7. Similarly, the requested two-week extension of time for Defendants' reply is supported by good cause in light of both the many legal issues raised by Defendants' motion and the intervening holidays and vacation plans, as well as various deadlines faced by the defendants and their counsel in other matters, including but not limited to those in *Coomer v. OAN, et al.*, Case No. 2020cv034319, District Court, Denver County, Colorado.

8. The parties respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1), that they do not seek these enlargements for purposes of delay or frustration of the progress of this matter, and that the respective enlargements would not unduly burden the opposite parties (who all are in agreement about these extensions).

WHEREFORE, the parties respectfully ask this Court to extend Dominion's time to respond to the motion to dismiss, stay, or transfer until December 23, 2021 and extend Defendants' time to reply until January 13, 2022.

Dated: November 24, 2021

BY:   SUSMAN GODFREY LLP                    VEDDER PRICE

*/s/ Stephen Shackelford*                   */s/ Blaine Kimrey*
Stephen Shackelford                         Blaine Kimrey
SUSMAN GODFREY LLP                          VEDDER PRICE P.C.
1301 Avenue of the Americas                 222 N. LaSalle Street
32nd Floor                                  Chicago, IL
New York, NY 10019                          Phone: (312) 609-7865

Phone: (212) 336-8330  
sshackelford@susmangodfrey.com

*Counsel for Plaintiffs*

bkimrey@vedderprice.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                      */s/ Stephen Shackelford*