IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 1:21-cv-02130-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Extend Time to Brief Defendants' Motion to Dismiss, Stay, or Transfer, and appearing that there is good cause to grant the motion, it is hereby

ORDERED, that the joint motion is GRANTED; and it is

FURTHER ORDERED, that Dominion's response to Defendants' Motion to Dismiss, Stay, or Transfer is extended until December 23, 2021, and Defendants' reply in support of their motion is extended to January 13, 2022.

SO ORDERED this ___ day of _____ 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Carl J. Nichols,
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge