IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>Plaintiffs,<br><br>v.<br><br>ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>Defendants. | Case No. 1:21-cv-02130-CJN |

**DECLARATION OF KATHERINE M. PEASLEE
IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Katherine M. Peaslee, hereby declare:

1. My full name is Katherine M. Peaslee. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

1

2.	I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1201 Third Avenue, Suite 3800, Seattle, WA 98101. My telephone number is (206) 516-3880.

3.	I am a member in good standing of the State Bars of California and Washington. I am also admitted to practice before the following courts:

> The United States District Courts for the Western District of Washington, the Northern and Central Districts of California, and the Eastern District of Michigan.

4.	I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.	I have not previously been admitted *pro hac vice* in this Court.

6.	I do not practice law from an office located in the District of Columnbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2021 at Seattle, Washington.

*[signature]*
Katherine M. Peaslee