### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>  Plaintiffs,<br><br>v.<br><br>ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>  Defendants. | Case No. 1:21-cv-02130-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY KATHERINE M. PEASLEE**

Upon consideration of Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Attorney Katherine M. Peaslee in the above-captioned matter and the Declaration of Katherine M. Peaslee in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Attorney Katherine M. Peaslee be, and the same hereby is, **GRANTED**; and it is

2

**FURTHER ORDERED**, that Katherine M. Peaslee be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE