IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB<br><br>Defendants. | Civil Case No. 1:21-cv-02130-CJN |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MICHAEL GERVAIS**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Michael Gervais *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael Gervais, filed herewith. As set forth in Mr. Gervais' declaration, he is admitted and in good standing in the following bars and courts: all New York State Courts; the Appellate Division, 1st Judicial Department of the New York State Supreme Court, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Courts for the Central, Southern, Northern and Eastern Districts of California; the United States District Courts for the Eastern District of Michigan, United States District Court for the Southern District of Texas, and the United States Court of Appeals for the Second, Fifth, and Eleventh Circuit.

This motion is supported and signed by Justin A. Nelson, an active and sponsoring member of the Bar of this Court. Defendants have informed Dominion that they do not oppose this motion.

Dated: December 22, 2021

Respectfully submitted,

*/s/ Justin A. Nelson*

| | |
|---|---|
| Justin A. Nelson (D.C. Bar No. 490347) | Thomas A. Clare, P.C. (D.C. Bar No. 461964) |
| Laranda Walker (D.C. Bar No. TX0028) | Megan L. Meier (D.C. Bar No. 985553) |
| Florence T. Chen (D.C. Bar No. TX0025) | Dustin A. Pusch (D.C. Bar No. 1015069) |
| Brittany Fowler (*admitted pro hac vice*) | CLARE LOCKE LLP |
| SUSMAN GODFREY LLP | 10 Prince Street |
| 1000 Louisiana Street, #5100 | Alexandria, VA 22314 |
| Houston, Texas 77002 | Telephone: (202) 628-7400 |
| (713) 651-9366 | tom@clarelocke.com |
| jnelson@susmangodfrey.com | megan@clarelocke.com |
| lwalker@susmangodfrey.com | dustin@clarelocke.com |
| fchen@susmangodfrey.com | |
| bfowler@susmangodfrey.com | Rodney Smolla (Bar No. 6327) |
| | 4601 Concord Pike |
| Stephen Shackelford, Jr. (D.C. Bar No. NY0443*)* | Wilmington, DE 19803 |
| | rodsmolla@gmail.com |
| Elisha Barron (*admitted pro hac vice*) | (864) 373-3882 |
| SUSMAN GODFREY LLP | |
| 1301 6th Avenue | |
| New York, NY 10019 | *Attorneys for Plaintiffs* |
| (212) 336-8330 | |
| sshackelford@susmangodfrey.com | |
| ebarron@susmangodfrey.com | |

Davida Brook (D.C. Bar No. CA00117*)*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
smorrissey@susmangodfrey.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court on December 22, 2021, using the CM/ECF system, which will send notification to all counsel of record.

                                         /s/ *Justin A. Nelson*
                                         Justin A. Nelson (D.C. Bar No. 490347)