IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB<br><br>Defendants. | Civil Case No. 1:21-cv-02130-CJN |

**DECLARATION OF MICHAEL GERVAIS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Michael Gervais, hereby declare:

1. My full name is Michael Kieran Nickolai Gervais. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067. My telephone number is (310) 789-3100.

3. I am a member in good standing of the State Bar of California. I am also admitted to practice before the following courts:

> All New York State Courts; the Appellate Division, 1st Judicial Department of the New York State Supreme Court, the United States District Courts for the Southern and Eastern Districts of New York, the

United States District Courts for the Central, Southern, Northern and Eastern Districts of California; the United States District Courts for the Eastern District of Michigan, United States District Court for the Southern District of Texas, and the United States Court of Appeals for the Second, Fifth, and Eleventh Circuit.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2021.

_____
Michael Gervais