IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

## INDEX OF EXHIBITS

The following exhibits in support of Dominion's Opposition to Defendants' Motion to Dismiss, Stay, or Transfer are attached to the supporting declaration of Katherine Peaslee:

1. Motion for Leave to File Amicus Curiae Brief of One America News Network in Opposition to Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, filed in *Cable News Netword, Inc. v. Donald J. Trump*, Case No. 1:18-cv-02610-TJK, at ECF No. 18 on November 15, 2018.

2. Complaint and Demand for Jury Trial filed in *Smartmatic USA Corp., v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 21-cv-02900, at ECF No. 1, dated November 3, 2021.

3. Declaration of Charles Herring in Support of Plaintiff's Opposition to AT&T Inc.'s Motion to Dismiss Complaint for Lack of Personal Jurisdiction, filed in *Herring Networks, Inc. v. AT&T Services, Inc.*, Case No. 16-cv-01636-CAS-AGR, at ECF No. 35, dated May 23, 2016.

4. Public LinkedIn profile of Alexander Bruesewitz.

5. Public LinkedIn profile of Stephanie Hamill.

6. Brief of One America News Network as Amicus Curiae Opposing Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, filed in *Cable News Network, Inc. v. Donald J. Trump*, Case No. 18-cv-02610-TJK, at ECF No. 18-1, dated November 15, 2018.