IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.,*<br><br>    Plaintiffs,<br><br>        v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>    Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### DECLARATION OF KATHERINE PEASLEE IN SUPPORT OF DOMINION'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER

I, Katherine Peaslee, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Susman Godfrey LLP and counsel for Plaintiff US Dominion, Inc, Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion") in this action.

2. Attached as **Exhibit 1** is a true and correct highlighted copy of the Motion for Leave to File Amicus Curiae Brief of One America News Network in Opposition to Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, filed in *Cable News Netword, Inc. v. Donald J. Trump*, Case No. 1:18-cv-02610-TJK, at ECF No. 18 on November 15, 2018. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

3. Attached as **Exhibit 2** is a true and correct copy of the Complaint and Demand for Jury Trial filed in *Smartmatic USA Corp., v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 21-cv-02900, at ECF No. 1, dated November 3, 2021.

4. Attached as **Exhibit 3** is a true and correct highlighted copy of the Declaration of Charles Herring in Support of Plaintiff's Opposition to AT&T Inc.'s Motion to Dismiss Complaint

1

for Lack of Personal Jurisdiction, filed in *Herring Networks, Inc. v. AT&T Services, Inc.*, Case No. 16-cv-01636-CAS-AGR, at ECF No. 35, dated May 23, 2016. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

     5.     Attached as **Exhibit 4** is a true and correct copy of the public LinkedIn profile of Alexander Bruesewitz, which I printed to PDF using the software program Adobe Acrobat from the page I accessed by directing my web browser to URL https://www.linkedin.com/in/alexander-bruesewitz-671a61142?trk=people-guest_people_search-card, on December 22, 2021. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 4.

     6.     Attached as **Exhibit 5** is a true and correct copy of the public LinkedIn profile of Stephanie Hamill, which I printed to PDF using the software program Adobe Acrobat from the page I accessed by directing my web browser to URL https://www.linkedin.com/in/stephanie-hamill-47b59684, on December 22, 2021. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 5.

     7.     Attached as **Exhibit 6** is a true and correct highlighted copy of an excerpt of the Brief of One America News Network as Amicus Curiae Opposing Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, filed in *Cable News Network, Inc. v. Donald J. Trump*, Case No. 18-cv-02610-TJK, at ECF No. 18-1, dated November 15, 2018. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2021,
Executed at Seattle, Washington

                                         Respectfully submitted,

                                         */s/ Katherine Peaslee*
                                         Katherine Peaslee

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

>   */s/ Stephen Shackelford*
>   Stephen Shackelford