# Exhibit 4



**Alexander Bruesewitz**

Washington, District of Columbia, United States · 500+ connections

Sign in to Connect

...

## Activity



**Christmas at the White House.**
Shared by Alexander Bruesewitz



**Honored to have been chosen for the Washington Examiner's 30 under 30 class of 2018.**
**https://lnkd.in/esnxqnK**
Shared by Alexander Bruesewitz



**Press Secretary Sanders is a wonderful woman. us**
Shared by Alexander Bruesewitz

Sign in to see all activity

## Honors & Awards

**30 Under 30**
Washington Examiner
Dec 2018

**Platinum Political Consultant**
American Association of Political Consultants
Jul 2017

We set the standard for American political campaigns because we are driven to be the best and make a difference for our clients and America. We craft effective strategies and employ best practices so our clients win at the ballot box and in the halls of government. We fight to defend political free speech as an essential foundation of democracy, while promoting excellence by recruiting and recognizing the best in our profession. We share the skills, resources and networks our members need...

LinkedIn · People · Join now · Sign in

## More activity by Alexander

**With America's Governor. Love this guy!**
Shared by Alexander Bruesewitz

**Please watch and consider donating!**
Shared by Alexander Bruesewitz

**Incredibly humbled and honored to announce that I have been invited to take part in a discussion at the White House on March 22nd. I will be sitting...**
Posted by Alexander Bruesewitz

**Was great meeting with Eric Trump. Sharp guy. Great vision for the future of this country.**
Shared by Alexander Bruesewitz

**Heat Talks Life After Deloitte Acquisition, Announces New Senior Hires**
Liked by Alexander Bruesewitz

**These cities have faster-growing tech salaries than the Bay Area - San Francisco Business Times**
Liked by Alexander Bruesewitz

**When working in the professional sports field, you lose that "fan" excitement. Suddenly, your childhood dreams and fantasies turn into real life...**
Liked by Alexander Bruesewitz

**BlakPAC attends #MarchforLife**
Liked by Alexander Bruesewitz

**Welcome to the family Tripper Wood! Tripper is a proven successful entrepreneur and businessman and we are very**

Case 1:21-cv-02130-CJN   Document 45-6   Filed 12/22/21   Page 4 of 5

**Photo**
Liked by Alexander Bruesewitz

**Growing Wisconsin retailer Mills Fleet Farm acquires Delavan land for new store - Milwaukee - Milwaukee Business Journal**
Liked by Alexander Bruesewitz

**I am looking to hire a highly talented and experienced sales executive in the state of Wisconsin. Tremendous compensation and opportunity. Please...**
Posted by Alexander Bruesewitz

---

## View Alexander's full profile

See who you know in common

Get introduced

Contact Alexander directly

Sign in to view full profile

## People also viewed

**Ryan Fournier**
@RyanAFournier
Raleigh-Durham-Chapel Hill Area

**Silvia Perez MSM**
Rathell Enterprises CEO, Real Estate Investor
Washington DC-Baltimore Area

**Scott Woeckener L.I.O.N.**
President / CEO at UPLIFT Wisconsin and Career Center
Milwaukee, WI

**Tim Vertz**
Founder & CEO at Vertz Marketing. Harvard University Alumnus. ⚑
Milwaukee, WI

**Madison Campbell**
CEO @ Leda Health, Survivor + Advocate ♡ Supporting Sexual Assault Survivors with Early Evidence Kits, Healing Circles, and a 24/7 Care Team ⚲ CA, TX, and FL
Las Vegas, NV

**Samuel Haggard**
Student at Brigham Young University
Provo, UT

**CJ Pearson**
President, Free Thinker Project | Communications Strategist | Investor and Entrepreneur
Atlanta, GA

Dandridge, TN

**Jesse Anderson**
🌐 Vacation expert who helps people turn their passion into income from home  🌐 Millennial Thought Leader
Milwaukee, WI

**Mitchell Little**
Sales/Warehousing
Appleton, WI

Show more profiles

## Others named **Alexander Bruesewitz**

**Alex Bruesewitz**
--
United States

1 other named Alexander Bruesewitz is on LinkedIn

See others named **Alexander Bruesewitz**

## Add new skills with these courses

Account-Based Marketing Foundations

How to Save Face in a Negotiation

Microsoft Teams Bot Development

See all courses

## Alexander's public profile badge

Include this LinkedIn profile on other websites

**Alexander Bruesewitz**

View profile

View profile badges

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines