# Exhibit 5

Stephanie Hamill

CO/ HOST 'LIKE IT OR NOT' FOX5 DC

Washington, District of Columbia, United States · 500+ connections

Sign in to Connect

FOX5DC

University of Arizona

## About

http://www.stephaniemhamill.com/

## Activity

Let us never forget what this weekend is truly about. Have a happy Memorial Day weekend. We remember. usLLTB.

Liked by Stephanie Hamill

Rumor Has It. My former One America News Network colleague & current rising video star at The Daily Caller- Stephanie Hamill- will make her debut...

Liked by Stephanie Hamill

Do you even #America ? ususus

Liked by Stephanie Hamill

Sign in to see all activity

## Experience

**CO/ HOST 'LIKE IT OR NOT'**

FOX5DC

Aug 2018 - Present · 3 years 5 months

Washington D.C. Metro Area

**Video Columnist/Host**

### Advisor

The National Diversity Coaltion For Trump

Dec 2017 - Apr 2018 · 5 months

National Diversity Coalition For Trump strongly supports President Donald J. Trump and his administration. Our group represents the voices of our communities. President Trump's vision for the United States includes creating opportunities for men, women, and children of all racial, economic, and educational backgrounds. We support the President and his solutions that address economic disparities, foster job creation, support small businesses, preserve faith & family principles, and strengthen...

Show more

### Political Reporter / Producer/ Fill-In Host

One America News Network

Jun 2013 - Jan 2018 · 4 years 8 months

Greater San Diego Area

Responsibilities: Reporter/Producer of an hour long political talk show, "The Daily Ledger Show W/ Graham Ledger." Managing all aspects of the show and control room, participating and contributing to daily meetings, research, guest interviews, script writing, video selection, guest bookings. Maintaining social media platforms, posting articles to the web. Making changes to scripts and show rundowns during breaking news. Creative design, content producer, segment and guest research. Experience...

Show more

### Anchor/Reporter

KSWT News 13

Jun 2011 - Jun 2013 · 2 years 1 month

Yuma, Arizona Area

Responsibilities: Live TV news in studio and out in the field. Producer for news casts, writer, videographer, editor. WSI computer graphics for weather. Writing articles and posting stories to the web. Maintaining a Facebook and fan page, and public appearances.

### Multimedia Journalist/Producer

Arizona Public Media

Jan 2011 - May 2011 · 5 months

Tucson, Arizona Area

Responsibilities: editor for Arizona Connection for television and internet broadcasts, videographer and editor for segments on Arizona Illustrated, prepared video and images for the web, printed to the server for HD and SD shows, teleprompter, captioned episodes of "The Desert Speaks", participated in weekly meetings with producers, contacted guests for show, and writer for online segments.

### Assistant Political Director

Rodney Glassman for U.S. Senate

May 2010 - Nov 2010 · 7 months

Phoenix, Arizona

Responsibilities: Met with key leaders across the state, assisted with putting together meetings, tours and events for the candidate. Created, implemented and managed the long-term strategy for communicating and shaping the candidates message for key audiences. Intern and volunteer supervisor, assisted with the set up of phone banks including scripts. Participated in community and statewide events, oversaw constituency and political groups, weekly strategy meetings, approved press materials...

Show more

### Reporter/ Technical director of live broadcasts

Phoenix, Arizona

Arizona Capitol Television: Full-Time Intern, 1/2010- 5/2010
Phoenix, Arizona
Responsibilities: Reporter for a monthly show that aired statewide featuring members of the legislature. Technical director of live television & internet broadcasts of legislative meetings, editor for online segments, produced video of press conferences and outside events, put together feature reports for cable television.

**Intern**
Tucson City Council [Ward 2]
Aug 2008 - Dec 2008 · 5 months
Tucson, Arizona Area

Responsibilities: Mayor and council meetings, regular office hours/tasks: answering phones, responding to emails, imputing information into office database. Assisted constituents in all aspects. Neighborhood and business outreach programs, assisting Council Member Glassman at Ward 2 office and city events.

## Education

**University of Arizona**
Bachelor's degree · Broadcast Journalism
2007 - 2010

Activities and Societies: -Member of National Association of Hispanic journalism -The Journalism Student Advisory Council, -The Society of Professional Journalism, -Volunteer for Foundation for Animals in Risk.

## Languages

**English**
-

**Spanish**
-

## Groups

**Mark Levin Show**
-

## More activity by Stephanie

**Beach run with the big guy, Obi...keep it tight.**
Liked by Stephanie Hamill

**Fantastic meeting at the The White House today getting support for our bill to ensure uniforms/clothing, tactical equipment, body armor, etc from...**
Liked by Stephanie Hamill

In studio today with 'The WhistleBlower Show' hosted by Mychal Wilson, Esq. Watch on the RAD TV Network on Amazon Fire TV, Roku Inc. ... (official...

Liked by Stephanie Hamill

The side effects of Global Warming. ... Imposes unorthodox dressing habits upon population. Results in forcing camera crew to keep shots from waste...

Liked by Stephanie Hamill

Finished up trip in #iraq, flew out, and had breakfast with the world's greatest #navy, the U.S. Navy, on the USS Theodore Roosevelt in #dubai...

Liked by Stephanie Hamill

Amazing turnout at the 5k for tough US Navy EOD warriors, their families, and the fallen. Honor to be there. I love our community and country!...

Liked by Stephanie Hamill

So Colin Kaepernick makes the cover of GQ Magazine as "Man of the Year?" Here's some background on him. YOU decide if he's worthy of that...

Liked by Stephanie Hamill

Happy Veterans Day to all who served and to your families!

Liked by Stephanie Hamill

Happy Veterans Day Weekend. ♡

Liked by Stephanie Hamill

Bigotry or Biology? Talking gender stereotypes, free speech, and #googlememo with Stephanie Hamill on One America News Network Tipping Point

Liked by Stephanie Hamill

---

View Stephanie's full profile

See who you know in common

Get introduced


LinkedIn People Stephanie Hamill

Join now Sign in

Sign in to view full profile

## People also viewed

**Chuck Ross**
Reporter at The Daily Caller News Foundation
Washington, DC

**Andrew Kerr**
Investigative Reporter at The Daily Caller News Foundation
Washington, DC

**Susan Smith**
Contributing Writer at The Daily Caller
McLean, VA

**Ethan Barton**
Producer/Reporter at Fox News
Washington DC-Baltimore Area

**Jude Abeler**
Independent Philosopher, Researcher, Journalist
Washington DC-Baltimore Area

**Logan Hall**
Digital Director At Arsenal Media Group
Washington DC-Baltimore Area

**Heather Hunter**
Executive Producer, WMAL Radio
Washington, DC

**Camryn Kinsey**
White House Correspondent at OAN
United States

**Phillip Stucky**
Journalism/ Gov Teacher At Legacy Charter
Washington, DC

**Hufsa Kamal**
Fox News at Night w/ Shannon Bream
Washington, DC

Show more profiles

## Others named **Stephanie Hamill**

**Stephanie Hamill**
Director of Marketing and Communications for the Wireless Innovation Forum
Loveland, CO

**Stephanie Hamill**
Planning Technical Support Officer
Greater Guildford Area, United Kingdom

**Stephanie Hamill**
West Chester University Molecular and Cell Biology
Wilmington, DE

**Stephanie Hamill**
Senior Scientist at Quantum-Si (a 4-Catalyzer Company)
Guilford, CT

18 others named Stephanie Hamill are on LinkedIn

See others named **Stephanie Hamill**

People Stephanie Hamill Join now Sign in

Shooting with Blackmagic Cinema Cameras

Multi-Camera Video Production and Post

Premiere Pro 2021 New Features

See all courses

## Stephanie's public profile badge

Include this LinkedIn profile on other websites

**Stephanie Hamill**
CO/ HOST 'LIKE IT OR NOT' FOX5 DC

CO/ HOST 'LIKE IT OR NOT' at FOX5DC

University of Arizona

View profile

View profile badges

© 2021
About
Accessibility
User Agreement
Privacy Policy
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language