# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CABLE NEWS NETWORK, INC. and ABILIO JAMES ACOSTA, | : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : NO. 1:18-CV-02610-TJK <br> : |
| DONALD J. TRUMP, in his official capacity as President of the United States; JOHN F. KELLY, in his official capacity as Chief of Staff to the President of the United States; WILLIAM SHINE, in his official capacity as Deputy Chief of Staff to the President of the United States; SARAH HUCKABEE SANDERS, in her official capacity as Press Secretary to the President of the United States; the UNITED STATES SECRET SERVICE; RANDOLPH ALLES, in his official capacity as Director of the United States Secret Service; and JOHN DOE, Secret Service Agent, in his official Capacity, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants | : |

**BRIEF OF ONE AMERICA NEWS NETWORK AS AMICUS CURIAE OPPOSING PLAINTIFFS' MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**I.   INTEREST OF AMICUS CURIAE**

*Amicus curiae* One America News Network ("OAN"), is a 24/7 national cable news network owned and operated by Herring Networks, Inc., a California corporation. One America News Network reports daily from the White House and generally attends all briefings available to White House press. OAN has an assigned seat in the White House briefing room and the network's Chief White House Correspondent has traveled to Singapore and Europe to provide live coverage of the President of the United States during key international meetings. One America News Network provides daily live reporting from the White House using multiple reporters and staff videographers.

**II.   ARGUMENT**

One America News Network is passionate and adamantly supportive of an unfettered free press. This is a very simple issue. The repeated, unprofessional conduct by one specific reporter,

process and are not constitutionally protected. Simply put, Plaintiff Acosta has no constitutional right to appear on television and broadcast his viewpoints on behalf of Plaintiff CNN under the circumstances presented in this case and Plaintiff Acosta's exclusion from participation by this non-public forum is reasonable. *See Arkansas Educ. Television Com'n v. Forbes*, 523 U.S. 666 (1998).

### III.    CONCLUSION

For all of these reasons, One America News Network requests that the Court deny Plaintiffs CNN and Acosta the relief that each seeks and uphold the reasonable actions by the Defendants and the Administration to restore reasonable conduct during White House press briefings.

Respectfully submitted his 15th day of November 2018.

                      *s/ W. Bruce DelValle*
                      W. Bruce DelValle, Esquire
                      Bruce Fein, Esquire
                      **Fein & DelValle PLLC**
                      300 New Jersey Avenue NW, Suite 900
                      Washington, D.C. 20001
                      (office) 202-465-8727
                      Email:  bruce@feinpoints.com
                              brucedelvalle@gmail.com
                      **Counsel for *Amicus Curiae* One America News Network.**

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, I electronically filed the foregoing *Amicus Curiae* Brief of **One America News Network,** in Opposition to Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction in Case No: 18-CV-02610-TJK, with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will serve all registered CM/ECF users.

                      */s/ W. Bruce DelValle*
                      W. Bruce DelValle, Bar No: 1520906