IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.,*

    Plaintiffs,

    v.

HERRING NETWORKS, INC., et al.,

    Defendants.

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, Stay, or Transfer, (ECF No. 41), is **DENIED**.

SO ORDERED this ___ day of _____, 2022.

_____
Carl J. Nichols
United States District Court Judge