AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US Dominion, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02130-CJN |
| Herring Networks, Inc. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date: 12/27/2021

*Attorney's signature*

Katherine Peaslee WASBA 52881 admitted via PHV
*Printed name and bar number*

Susman Godfrey LLP
1201 Third Avenue
38th Suite
Seattle, WA 98101
*Address*

kpeaslee@susmangodfrey.com
*E-mail address*

(206) 516-3880
*Telephone number*

(206) 516-3883
*FAX number*