IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br>　　　　Plaintiffs <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br>　　　　Defendants | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

## **EXHIBIT INDEX**

A　　Dr. Coomer's Statement of Facts and Conclusions of Law in *Coomer* Action, Filing ID 18E3B7708C609.

B　　June 21, 2021 Order denying dismissal in *Coomer* Action