IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., et al., <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## NOTICE OF DECISION IN
## *COOMER V. DONALD TRUMP FOR PRESIDENT, INC., ET AL.*

The Court directed at the April 20, 2022 hearing on Defendants' Motion to Dismiss, Stay, or Transfer that the Court receive immediate notice if the Colorado state court ruled on Defendants Chanel Rion and OAN's Special Motion to Dismiss Pursuant to C.R.S. § 13-20-1101 ("Anti-SLAPP motion"). The Colorado court ruled on that motion this afternoon, as well as on the Anti-SLAPP motions filed by Sidney Powell, Sidney Powell, P.C., Rudolph Giuliani, and Defending the Republic, Inc., and those filed by other defendants in that action. The Colorado court held that "[t]he special motions to dismiss brought by all Defendants pursuant to C.R.S. §13-20-1101 are hereby DENIED in their entirety." The order is attached as Exhibit A.

The fact that the Colorado action will continue against both the OAN defendants and other of the defendants in Dominion's multiple actions currently pending before this Court further highlights the inefficiency of transfer.

Dated: May 13, 2022

Respectfully submitted,

*/s/ Katherine Peaslee*

1

Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Florence T. Chen (D.C. Bar No. TX0025)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443*)*
Elisha Barron (*pro hac vice*)
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117*)*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Katherine Peaslee (*pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
kpeaslee@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882


*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                                  */s/     Katherine Peaslee*