# Exhibit A

| | |
|---|---|
| Colorado Court of Appeals<br><br>2 East 14th Avenue<br>Denver, Colorado 80203 | DATE FILED: May 23, 2022 8:04 PM<br>FILING ID: 32B5B5D640BE0<br>CASE NUMBER: 2022CA843 |
| **Plaintiff/Appellee**:  ERIC COOMER, Ph.D.<br><br>v.<br><br>**Defendants/Appellants**:  HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, and CHANEL RION | **▲ COURT USE ONLY ▲** |
| **Attorneys for Defendant/Appellants:**<br>Richard A. Westfall, No. 15295<br>Westfall Law, LLC<br>5842 W. Marquette Drive<br>Denver, Colorado 80235<br>Telephone:  (720) 904-6022<br>Email: rwestfall@westfall.law<br><br>Blaine C. Kimrey, No. 57422<br>Jeanah Park, No. 57301<br>Vedder Price P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, Illinois 60601<br>Telephone:  (312) 609-7500<br>Facsimile:  (312) 609-5005<br>Email: bkimrey@vedderprice.com<br>        jpark@vedderprice.com | Court of Appeals<br>Case No.:<br><br><br>District Court<br>Case No.: 2020CV034319<br>County: Denver<br>Courtroom: 409 |
| **NOTICE OF APPEAL** | |

Defendants/Appellants Herring Networks, Inc., d/b/a One America News Network, and Chanel Rion (collectively "Appellants"), pursuant to C.R.S. §§ 13-20-1101(7), 13-4-102.2, and C.A.R. 3, submit this Notice of Appeal in the above-captioned matter.

1.      **Final Order on Appeal**

Appeal is taken from the District Court's May 13, 2022 "Order Regarding All Defendants' Special Motions to Dismiss Pursuant to C.R.S. § 13-20-1101" (the "anti-SLAPP Order"), which denied Appellants' special motion to dismiss under C.R.S. § 13-20-1101 (the "anti-SLAPP

Motion").

Jurisdiction is based on C.R.S. §§ 13-20-1101(7) and 13-4-102.2, which permit an appeal as of right and confer appellate jurisdiction over orders denying anti-SLAPP motions.

**2.      Magistrate Order**

Appellants' anti-SLAPP Motion was not decided by a magistrate judge.

**3.      Time to Appeal**

Appellants are not seeking additional time to initiate the appeal.

**4.      Post-Trial Motions**

No parties have filed post-trial motions.

**5.      Possible Issues on Appeal**

1.      Whether the District Court committed reversible error in denying Appellants relief under the Colorado anti-SLAPP statute, § 13-20-1101 *et seq.*, on any of the four counts asserted by Appellee: (1) defamation; (2) intentional infliction of emotional distress; (3) conspiracy; and (4) injunctive relief.

2.      Whether the District Court committed reversible error in *sua sponte* sanctioning Appellants and denying recusal under Colorado Rule of Civil Procedure 97.

**6.      Transcript**

The transcripts identified below are necessary to review the Issues on Appeal.

- March 1, 2021
- March 9, 2021
- May 4, 2021
- May 27, 2021
- July 2, 2021
- July 7, 2021

- August 27, 2021

- September 17, 2021

- October 13-14, 2021

Appellants will file a Designation of Transcripts with the District Court clerk's office within seven

(7) days.

7.    **Party Information**

Counsel for Plaintiff/Appellee:

| | |
|---|---|
| Charles J. Cain | Thomas M. Rogers III |
| Steve Skarnulis | Mark Grueskin |
| Bradley A. Kloewer | Andrew E. Ho |
| Zachary Bowman | Recht Kornfeld PC |
| Cain & Skarnulis PLLC | 1600 Stout Street, Suite 1400 |
| P.O. Box 1064 | Denver, Colorado 80202 |
| Salida, Colorado 81201 | Telephone: (303) 573-1900 |
| Telephone: (719) 530-3011 | Email: trey@rklawpc.com |
| Facsimile: (512) 477-5011 | mark@rklawpc.com |
| Email: ccain@cstrial.com | andrew@rklawpc.com |
| skarnulis@cstrial.com | |
| bkloewer@cstrial.com | |
| zbowman@cstrial.com | |

Counsel for Defendants/Appellants:

| | |
|---|---|
| Blaine C. Kimrey | Richard A. Westfall |
| Jeanah Park | Westfall Law, LLC |
| Vedder Price P.C. | 5842 W. Marquette Dr. |
| 222 N. LaSalle Street, Suite 2600 | Denver, Colorado 80235 |
| Chicago, Illinois 60601 | Telephone: (720) 904-6022 |
| Telephone:  (312) 609-7500 | Email: rwestfall@westfall.law |
| Facsimile:  (312) 609-5005 | |
| Email:   bkimrey@vedderprice.com | |
| jpark@vedderprice.com | |

8.    **Attachments**

Attached please find a copy of the May 13, 2022 Order that is being appealed, as well as

the $223.00 filing fee.

9.      **Copies Delivered**

Appellants certify that on May 24, 2022, they will mail a copy of this Notice of Appeal to

the following:

1.      Denver County District Court
        1437 Bannock Street
        Denver, Colorado 80202

2.      Eric Coomer, Ph.D (via counsel)
        Charles J. Cain                 Thomas M. Rogers III
        Steve Skarnulis                 Mark Grueskin
        Bradley A. Kloewer              Andrew E. Ho
        Zachary Bowman                  Recht Kornfeld PC
        Cain & Skarnulis PLLC           1600 Stout Street, Suite 1400
        P.O. Box 1064                   Denver, Colorado 80202
        Salida, Colorado 81201

Respectfully submitted May 23, 2022

By: /s/ Richard A. Westfall
    Richard A. Westfall, No. 15295
    5842 W. Marquette Drive
    Denver, Colorado 80235
    Telephone:  (720) 904-6022
    Email: rwestfall@westfall.law

By: /s/ Blaine C. Kimrey
    Blaine C. Kimrey, No. 57422
    Jeanah Park,  No. 57301
    Vedder Price P.C.
    222 N. LaSalle Street, Suite 2600
    Chicago, Illinois 60601
    Telephone:  (312) 609-7865
    Facsimile:  (312) 609-5005
    Email:  bkimrey@vedderprice.com
    jpark@vedderprice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May 2022, a true and correct copy of the foregoing was electronically served via the Integrated Colorado Courts E-Filing System (ICCES) and has been e-served via ICCES on all counsel of record.

/s/ Blaine C. Kimrey