IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

## DEFENDANTS' NOTICE OF ORDER IN *COOMER V. DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.*

Defendants Herring Networks, Inc. ("Herring Networks"), Christina Bobb, Chanel Rion, Charles Herring, and Robert Herring, Sr. (collectively, "Defendants"), submit this notice of an order in *Coomer v. Donald J. Trump for President, Inc., et al.*, Case No. 2022CA843 (Colorado Court of Appeals) (the "*Coomer* Case"). On October 11, 2022, Defendants filed a notice of Herring Networks' and Rion's filing of their Opening Brief in the *Coomer* Case. (ECF No. 52). Under the Colorado Rules of Appellate Procedure, a party seeking to file an opening brief that exceeds the applicable word limit must submit a motion "with the brief." Colo. R. App. P. 28(g)(3). Herring Networks and Rion did that, and on October 12, 2022, the Colorado Court of Appeals granted that motion only in part, struck the Opening Brief, and ordered Herring Networks and Rion to file a 15,000-word Opening Brief by October 26, 2022. The October 12, 2022 Order is attached as **Exhibit A**. Defendants will share the revised brief with this Court after it is filed in Colorado.

Respectfully submitted,

By: /s/ Blaine C. Kimrey
      Counsel for all defendants

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
Julia Koechley
jkoechley@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

Dated: October 13, 2022

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of October 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Blaine C. Kimrey  
Blaine C. Kimrey
