# Exhibit A

| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: October 12, 2022<br>CASE NUMBER: 2022CA843 |
| Denver District Court<br>2020CV34319 | |
| **Plaintiff-Appellee:**<br><br>Eric Coomer, Ph.D.,<br><br>**v.**<br><br>**Defendants-Appellants:**<br><br>Donald J. Trump for President, Inc.; Herring Networks Inc, d/b/a One America News Network; Chanel Rion; Sidney Powell; Sidney Powell PC; Defending the Republic Inc.; Rudolph Giuliani; Michelle Malkin; TGP Communications LLC d/b/a the Gateway Pundit; James Hoft; Joseph Oltmann; Shuffling Madness Media Inc d/b/a Conservative Daily; and FEC United. | Court of Appeals Case Number:<br>2022CA843<br>& 2022CA879 |
| ORDER OF THE COURT | |

Upon consideration of defendants-appellants Herring Networks, Inc., d/b/a One America News Network and Chanel Rion's October 11, 2022, motion to file an opening brief of 18,826 words, and upon review of the brief, the Court GRANTS IN PART AND DENIES IN PART the motion.

The brief filed on October 11 is STRICKEN and a brief not to exceed 15,000 words is now due 14 days from the date of this Order.

By the Court<br>Freyre, J.