IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

## **DEFENDANTS' NOTICE OF FILING**

Defendants Herring Networks, Inc. ("Herring Networks"), Christina Bobb, Chanel Rion, Charles Herring, and Robert Herring, Sr. (collectively, "Defendants"), submit this notice of Herring Networks' and Rion's filing of their Amended Opening Brief in *Coomer v. Donald Trump for President, Inc., et al.*, Case No. 2022CA843 (Colorado Court of Appeals), complying with the 15,000-word limit applied by the Colorado court in the order that was filed with this Court on October 13, 2022. (ECF No. 53). The Amended Opening Brief is attached as **Exhibit A**. This Amended Opening Brief addresses the Order entered by the Colorado District Court that was filed with this Court on May 13, 2022 (ECF 49).

-2-

                    Respectfully submitted,

                    By: /s/ Blaine C. Kimrey
                        Counsel for all defendants

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
Julia Koechley
jkoechley@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

Dated: October 26, 2022

-3-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of October 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Blaine C. Kimrey
Blaine C. Kimrey
