UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

    *Plaintiffs*,

v.

HERRING NETWORKS, INC., *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-02130 (CJN)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motions to Dismiss, Stay, or Transfer, ECF No. 41, are **DENIED**.

DATE: November 7, 2022

CARL J. NICHOLS
United States District Judge