IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## **UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER**

Pursuant to Fed. R. Civ. P. 6(b), D.C. District Court Local Rule 7, and Paragraph 9 of this Court's Standing Order (ECF 5), defendants Herring Networks, Inc., Charles Herring, Robert Herring, Chanel Rion, and Christina Bobb (collectively, "Defendants") move to extend the deadline for Defendants to file their answers to the Complaint to December 21, 2022. In support of this Motion, Defendants state as follows:

1. Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively "Plaintiffs") filed the Complaint on August 10, 2021. (ECF 1).

2. Defendants filed their Motion to Dismiss, Stay, or Transfer on November 18, 2021 (ECF 31), and that Motion was fully briefed as of January 13, 2022. (ECF 47).

3. On August 7, 2022, the Court issued its Memorandum Opinion and Order denying Defendants Motion to Dismiss, Stay or Transfer. (ECF 55-56).

4. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answers are currently due November 21, 2022.

5. Pursuant to Paragraph 9(b)(ii) of this Court's Standing Order, Defendants have not previously requested an extension of time to file their answers after the denial of Defendants' Motion to Dismiss, Stay, or Transfer.

6. Pursuant to Paragraph 9(b)(iii) of the Court's Standing Order, the requested extension is supported by the following good cause. The answers will be a significant undertaking because of the size and scope of the Complaint, which spans 213 pages and includes exhibits spanning 734 pages.

7. Pursuant to Paragraph 9(b)(iv)-(v) of the Court's Standing Order, the requested relief would not affect any other deadlines in this matter because no other deadlines are currently set and no scheduling order has been entered

8. In accordance with Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the parties have conferred and Plaintiffs do not oppose the relief requested herein.

9. The extended briefing schedule is not sought for the purpose of improper delay or any other vexatious purpose.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the deadline for Defendants to answer the Complaint to **December 21, 2022**.

Dated: November 16, 2022

Respectfully submitted,

/s/ Blaine Kimrey
Blaine Kimrey, Bar No. IL0091
bkimrey@vedderprice.com
Jeanah Park, Bar No. IL0094
jpark@vedderprice.com
Bryan Clark, Bar No. IL0090
bclark@vedderprice.com
Brian Ledebuhr, Bar No. IL0093
bledebuhr@vedderprice.com
VEDDER PRICE P.C.

-3-

    222 North LaSalle Street
    Chicago, IL 60601
    T: +1 312 609 7500
    F: +1 312 609 5005

    Brian K. McCalmon, Bar No. 461196
    bmccalmon@vedderprice.com
    VEDDER PRICE P.C.
    1401 New York Avenue, Suite 500
    Washington, DC 20005
    T: +1 202 312 3320
    F: +1 202 312 3322

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Blaine Kimrey
Blaine Kimrey