IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

### [PROPOSED] ORDER

On considering Defendants' Unopposed Motion to Enlarge Time to Answer and the entire record herein, the Court finds that Defendants' Motion is well taken. For the foregoing reasons, it is hereby ordered that Defendants' Motion is **GRANTED** and Defendants' deadline to file an answer is extended to December 21, 2022.

**SO ORDERED.**

Dated: November ___, 2022

_____
U.S. District Judge Carl J. Nichols