IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*

               Plaintiffs,

    v.

HERRING NETWORKS, INC., *et al.*

               Defendants.

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

**<u>Jury Trial Demanded</u>**

**<u>DEFENDANTS' ANSWER TO THE COMPLAINT</u>**

## TABLE OF CONTENTS

Page

Responses to Plaintiffs' party allegations ................................................................. 7

Responses to Plaintiffs' jurisdiction & venue allegations .......................................... 37

Responses to Plaintiffs' alleged facts ......................................................................... 42

I.  John Poulos injects digital technology into elections, making ballots more vulnerable to cyberattacks................................................................................. 42

II.  OAN establishes itself as a trustworthy news source willing to cover all sides of an issue.......................................................................................................... 45

III.  November 5-7, 2020: While some sources make premature proclamations about the integrity of the election, President Trump begins to make newsworthy claims of fraud ....................................................................................................... 57

IV.  November 8-10, 2020: The President's claims of election fraud continue to grow into one of the largest news stories in the country........................................... 64

V.  November 9-12, 2020: OAN begins to publish some of its ongoing reporting and commentary on flawed voting machines and software.................................... 69

VI.  November 13-16, 2020: OAN continues to report on a massive newsworthy event, including coverage of statements by public officials and figures about voting machines and software of one or more Dominion entities ............................. 82

VII.  November 17-December 18, 2020: OAN continues its newsworthy coverage of allegations about voting machines and software, including with "Dominion-izing the Vote"........................................................................................................ 97

VIII.  December 18-31, 2020: Plaintiffs demand a retraction but OAN does not respond to the meritless letter..................................................................................... 134

IX.  OAN continues to cover newsworthy claims of election fraud in the new year........... 145

X.  Protestors unrelated to Defendants disrupted the certification of the 2020 U.S. Presidential Election on Capitol Hill .................................................................. 150

XI.  January 2021: In the regular course of business, OAN removed some controversial segments from its website. ............................................................ 153

XII.  February-April 2021:  Mike Lindell pays OAN for air time to show his "docu-movie" about election fraud................................................................................ 157

XIII.  April 18-19, 2021: Former employee with an axe to grind makes false statements about OAN. ....................................................................................................... 179

XIV.  April-June 2021: Two OAN employees use their off-work time to support the audit in Maricopa County .................................................................................. 181

XV.  May and June 2021:  Defendants continue to disregard Plaintiffs' baseless demands for a retraction and continue to report on significant issues of public concern. ................................................................................................................ 194

XVI.  Plaintiffs continue to demand a retraction from Defendants. ......................................... 203

**<u>TABLE OF CONTENTS</u>**

(continued)

**Page**

XVII.   Viewers follow the news closely and share their own opinions .................................. 210

XVIII.  OAN experienced short-term benefits as viewers appreciated Defendants' coverage, but quickly experienced a backlash led by Plaintiffs .................................. 213

XIX.    Plaintiffs begin to feel the effect of two decades of questionable security and reliability ................................................................................................... 218

Allegations in support of affirmative and other defenses ........................................... 292

Allegations common to all affirmative and other defenses ....................................... 293

I.     Parties........................................................................................................................... 295

II.    Plaintiffs' troubled history of election-related controversy ........................................ 296

III.   Plaintiffs' questionable choice of a spokesperson ....................................................... 300

IV.    Defendants report on a matter of public concern.......................................................... 303

Defendants Herring Networks, Inc. ("Herring"), Robert Herring, Charles Herring, Christina Bobb, and Chanel Rion (collectively, "Defendants"), by and through their counsel, for their Answer to plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation's Complaint, answer and allege as follows:

## OPENING QUOTE ON P. 1:

"'The majority of people [at OAN] did not believe the voter fraud claims being run on the air.'. . . Mr. Golingan, the producer, said some OAN employees had hoped Dominion would sue the channel. 'A lot of people said, "This is insane, and maybe if they sue us, we'll stop putting stories like this out,"' he said." *Former OAN Producer Marty Golingan, quoted in the New York Times, and fired by OAN the day after the statements were published*.

**ANSWER:** Defendants admit that these statements were published in *The New York Times*, but Defendants deny the truth of these assertions and further deny that Marty Golingan is a credible source.

## ALLEGATION NO. 1:

On the actual facts, the November 2020 election was a huge success for Dominion. In jurisdiction after jurisdiction, in 28 states, in the midst of a highly disruptive pandemic, Dominion's voting machines facilitated efficient and reliable voting with accurate tallying of votes. Dominion machines created an auditable and verifiable paper trail. Over literally thousands of hand audits across the country, those paper ballots confirmed the accuracy of the Dominion machines' tallies. Dominion emerged from the election with arguably the most-tested, most-scrutinized, and most-proven voting technology in recent history. What should have been a triumph, however, turned to disaster—not because of anything Dominion did, but because of the lies that influential media companies like One America News Network (OAN) promoted. OAN helped create and cultivate an alternate reality where up is down, pigs have wings, and Dominion engaged in a colossal fraud to steal the presidency from Donald Trump by rigging the vote.

**ANSWER:** Defendants admit that OAN published statements addressing the newsworthy assertions made by the President of the United States, among other elected public officials and

those working for them, about the election.   Defendants otherwise deny the allegations in

Paragraph 1.

## ALLEGATION NO. 2:

During and after the November 2020 election, OAN saw a business opportunity.  Spurred by a quest for profits and viewers, OAN—a competitor to media giant Fox—engaged in a race to the bottom with Fox and other outlets such as Newsmax to spread false and manufactured stories about election fraud.  Dominion quickly became the focus of this downward spiral of lies, as each broadcaster attempted to outdo the others by making the lies more outrageous, spreading them further, and endorsing them as strongly as possible.

**ANSWER:** Defendants admit that OAN published statements addressing newsworthy assertions

made by the President of the United States, among other elected public officials and those working

for them, about the election.  Defendants otherwise deny the allegations in Paragraph 2.

## ALLEGATION NO. 3:

Over the course of several months, OAN manufactured, endorsed, repeated, and broadcast a series of verifiably false yet devastating lies about Dominion.  These outlandish and far-fetched fictions included that:  (1) Dominion committed election fraud by rigging the 2020 Presidential Election; (2) Dominion's software and algorithms manipulated vote counts in the 2020 Presidential Election; (3) Dominion is owned by or owns a company founded in Venezuela to rig elections for the dictator Hugo Chávez; and (4) Dominion was involved with alleged voting irregularities in Philadelphia and Dallas—cities where its voting system is not even used.  On their own, these lies would have been more than enough to irreparably harm Dominion.  But OAN did not stop there.

**ANSWER:** Defendants admit that OAN published statements addressing newsworthy assertions

made by the President of the United States, among other elected public officials and those working

for them, about the election.  Defendants deny that the allegations completely and accurately

characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly

reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further

deny the remaining allegations in Paragraph 3.

## ALLEGATION NO. 4:

OAN spread these lies by broadcasting and promoting interviews with discredited figures such as Sidney Powell, Rudolph Giuliani, Patrick Byrne, and Mike Lindell.  But OAN went further, helping create and nurture the false and fabricated Dominion narrative by endorsing,

promoting, and manufacturing these known falsehoods, including by pointing to the so-called "evidence" OAN was broadcasting in support of these lies and by falsely claiming the lies had corroborated "all of our investigations."

**ANSWER:** Defendants admit that OAN broadcast news related to Sidney Powell, Rudolph Giuliani, Patrick Byrne, and Mike Lindell. Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny the remaining allegations in Paragraph 4.

**ALLEGATION NO. 5:**

To capitalize on the interest its target audience had in the false Dominion narrative, OAN effectively deputized its Chief White House Correspondent, Chanel Rion, as an in-house spokesperson for all Dominion-related content. After priming its viewers with a steady diet of post-election programming falsely claiming Dominion rigged the 2020 election, OAN and Rion began producing an entire line of programming exclusively devoted to defaming Dominion, descriptively named "Dominion-izing the Vote," which branded OAN's disinformation and defamation campaign against Dominion into a single catchy phrase that is now synonymous with fraudulently flipping votes.

**ANSWER:** Defendants admit that Rion is OAN's Chief White House Correspondent and that OAN published a program called "Dominion-izing the Vote," but deny that it was "an entire line of programming." Defendants further deny that the allegations completely and accurately characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny the remaining allegations in Paragraph 5.

**ALLEGATION NO. 6:**

Rion was not the only one to spread lies about Dominion on the air at OAN. She was joined by Christina Bobb, another OAN personality who, while also falsely accusing Dominion of rigging the election and stealing it from Trump, was simultaneously and covertly moonlighting as a Trump Campaign advisor.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants admit that Bobb was an OAN reporter. Defendants

also admit that Bobb, in her personal time, worked separately and not as an employee or agent for OAN with the legal team for the Trump Campaign. Defendants deny that there was any overlap between Bobb's work for the Trump Campaign and her work for OAN. Bobb was not involved in any press briefings or messaging for the Trump Campaign — her role was strictly legal — and the Trump Campaign had no input on or control over the content aired on OAN. Defendants deny that Bobb's work for the Trump Campaign was a secret or that it was improper in any way. Defendants deny the remaining allegations in Paragraph 6.

**ALLEGATION NO. 7:**

The OAN lies did not stop in 2020. Desperate to conform facts to its false preconceived narrative that Dominion stole the 2020 election from Trump, OAN made up new facts, including that Dominion provided election equipment and services in Dallas, Texas in 2018—it did not—and in Philadelphia County in 2020—it did not. And when OAN ran out of actual (though wholly unreliable) sources to help it spread lies about Dominion, it manufactured a new source—a convicted felon with no college degree whom OAN put forward as an "expert mathematician"—for a January 2021 segment to demonstrate that Dominion machines flipped votes in Georgia.

**ANSWER:** Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny the remaining allegations in Paragraph 7.

**ALLEGATION NO. 8:**

Then, in February 2021, months after the 2020 election, OAN enlisted MyPillow CEO Mike Lindell to broadcast a series of multi-hour-long "documentaries" spreading disinformation about Dominion. Lindell falsely claimed that Dominion was behind "the biggest cyber-attack in history," and that Lindell had "absolute proof." OAN and Lindell knew no such "cyber-attack" occurred and that there was certainly no proof of one. Yet OAN and Lindell recklessly disregarded the truth—that the 2020 election was safe and secure and the results tabulated by Dominion voting machines were accurate—and made the conscious decision to manufacture and spread the fantastical lie that Dominion stole the election from Donald Trump. The day before OAN aired the "documentary," OAN promised its viewers that the film would be "a never-before-seen report breaking down election fraud evidence & showing how the unprecedented level of voter fraud was committed in the 2020 Presidential Election." OAN— repeatedly throughout the first half of 2021—continued to broadcast the lies about Dominion as truth and to conceal the true facts from its viewers.

**ANSWER:** Defendants deny that OAN "enlisted" Lindell to broadcast his self-produced documentaries — Lindell paid for promotional space on the network.  Defendants deny that OAN knew at the time of reporting that no cyberattack had occurred.  Defendants deny that OAN "manufacture[d] and spread [a] fantastical lie."  Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny the remaining allegations in Paragraph 8.

**ALLEGATION NO. 9:**

Not content with creating hours and hours of a special line of programming specifically aimed at defaming Dominion, OAN went further.  At some point between November 2020 and January 2021, OAN, Bobb, and Rion began raising money to fund movements aimed at hiring sham "auditors" to attack and harm Dominion's business.  These efforts resulted in a sham "audit" of the 2020 Presidential Election in Maricopa County, Arizona, generating additional fodder for OAN to use in its defamatory campaign against Dominion—with OAN given the exclusive right to broadcast the proceedings.

**ANSWER:** Defendants deny that OAN created a "special line of programming specifically aimed at defaming Dominion."  Defendants admit that Bobb and Rion, separate and apart from their work for and not as employees or agents of OAN, were involved in an election integrity organization in Arizona that raised money for audits after the 2020 Presidential Election.  OAN and the Herrings deny they were involved in raising funds for this organization or the audit.  Defendants deny that OAN was given the exclusive right to broadcast the proceedings.  Defendants further deny the remaining allegations in Paragraph 9.

**ALLEGATION NO. 10:**

Throughout this time, OAN recklessly disregarded the truth; indeed, OAN knew the statements it repeatedly broadcast about Dominion were lies, as former OAN producer Marty Golingan confirmed to the New York Times.  Specifically, OAN knew the vote tallies from Dominion machines had been confirmed by numerous independent audits and hand recounts of paper ballots following the election.  OAN also knew the lies it was promoting and endorsing about Dominion had been debunked by an increasingly long list of bipartisan election officials, election security experts, judges, then-Attorney General William Barr, then-Director of the U.S.

Cybersecurity and Infrastructure Security Agency Chris Krebs, Election Assistance Commissioner Ben Hovland, Republican Georgia Governor Brian Kemp, Republican Georgia Secretary of State Brad Raffensperger, and Republican former Colorado Secretary of State Wayne Williams, to name several. OAN also knew or recklessly disregarded that there was no evidence whatsoever to support its claims that Dominion was created in Venezuela by Hugo Chavez for the purpose of rigging elections.

**ANSWER:** Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that Golingan is a credible source. Defendants further deny the remaining allegations in Paragraph 10.

**ALLEGATION NO. 11:**

How did OAN deal with the fact that independent experts, loyal Trump supporters, and Trump Administration officials alike had completely debunked its lies about Dominion? OAN added even more far-fetched flourishes to its fantastical story, claiming that Trump's own allies were in on the "steal," and sold this inherently improbable scenario to its viewers.

**ANSWER:** Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny the remaining allegations in Paragraph 11.

**ALLEGATION NO. 12:**

OAN made the intentional and knowing choice to depict—and then publicize, endorse, and fuel—the lies about Dominion as truth, creating and promoting an alternate reality that duped millions of Americans into believing that Dominion stole the 2020 election from President Trump. It repeatedly broadcast the lies of facially unreliable sources—lies which OAN itself adopted, endorsed, promoted, and manufactured. And it acted this way because the lies attracted Trump's public stamp of approval, attention, and admiration, along with huge ratings boosts and profit windfalls . OAN used its lie-filled broadcasts to court President Trump, and was rewarded by President Trump retweeting the lies—along with his personal endorsement of OAN— to his tens of millions of followers.

**ANSWER:** Defendants admit that President Trump was and is an OAN viewer and tweeted about OAN. Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that

was false (or engaged in reckless disregard for the truth).  Defendants further deny the remaining allegations in Paragraph 12.

## ALLEGATION NO. 13:

OAN's coverage of Dominion was dishonest and false.  OAN caused tremendous harm to Dominion.  OAN paid no mind to the consequences of its disinformation campaign, choosing profits and increased viewership over truth.  And when Dominion confronted OAN with the verifiable facts disproving OAN's lies, OAN refused to retract the lies. OAN continues to amplify and promote these fictions, betting that its path to profitability and relevancy runs through the false narrative that Dominion rigged the 2020 election—at the expense not just of Dominion but of democracy.  Dominion brings this lawsuit to set the record straight, to vindicate its rights, to hold OAN accountable, and to recover damages for the devastating economic harm done to its business.

**ANSWER:** Defendants admit that Dominion made a retraction demand, but Defendants deny that it had or has any merit.  Defendants further deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that OAN caused any harm to any Dominion entity.  Defendants further deny that Plaintiffs are entitled to any damages.  Defendants further deny that Plaintiffs' have asserted their true motivation for bringing this lawsuit.  Defendants further deny the remaining allegations in Paragraph 13.

## RESPONSES TO PLAINTIFFS' PARTY ALLEGATIONS

## ALLEGATION NO. 14:

Plaintiff US Dominion, Inc. is a for-profit Delaware corporation with its principal place of business in Denver, Colorado.  It is majority-owned by a private equity firm whose principal place of business is in New York, New York.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 14 and therefore deny them.

**ALLEGATION NO. 15:**

Plaintiff Dominion Voting Systems, Inc. is a for-profit Delaware corporation with its principal place of business in Denver, Colorado, and has maintained an office in New York since July 2009.  It is a wholly owned subsidiary of US Dominion, Inc.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 15 and therefore deny them.

**ALLEGATION NO. 16:**

Plaintiff Dominion Voting Systems Corporation is a for-profit Ontario corporation with its principal place of business in Toronto, Ontario.  It is a wholly owned subsidiary of US Dominion, Inc. (US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation are collectively referred to as "Dominion.")

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in the first two sentences of Paragraph 16 and therefore deny them.  Defendants admit that Plaintiffs refer in the Complaint to US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation collectively as "Dominion," but Defendants deny that the collective reference in the Complaint is appropriate.

**ALLEGATION NO. 17:**

Defendant One America News Network ("OAN") is a for-profit company wholly owned by Herring Networks Inc., which is wholly owned by the Herring family (including Defendants Robert Herring and Charles Herring).  OAN also refers, where appropriate, to Defendants Robert Herring and Charles Herring (collectively, "the Herrings"), as well as to both Defendant Bobb and Defendant Rion, except to the extent that Bobb and Rion did not broadcast or publish statements by other OAN personalities.  OAN is headquartered in San Diego, California, but it maintains a substantial operation in Washington, D.C., including its Washington, D.C. news bureau.  OAN has a studio at 101 Constitution Avenue, Northwest in Washington, D.C., according to the company's LinkedIn profile.  OAN's LinkedIn page describes the location as its "Washington, D.C. Bureau" and is one of two locations listed by the company.  Much of OAN's star on-air talent resides and works in Washington, D.C., including Rion and Bobb.  OAN operates not only a cable news channel, but also its website OANN.com, and its company and individual personalities' social media accounts.  OAN makes its content available on its website, OANN.com, on digital platforms such as YouTube and Rumble, and through the subscription streaming service, KlowdTV.  OAN's

Dominion-related content was produced and broadcast through OAN's Washington, D.C. office, bypassing OAN's editorial team in California.

**ANSWER:** Defendants deny that OAN is a stand-alone entity that is wholly owned by Herring Networks, Inc.  OAN is a one of two networks owned and operating by Herring Networks, Inc., along with A Wealth of Entertainment ("AWE").  Defendants admit that Herring Networks, Inc. is wholly owned by the Herring family.  Defendants admit that Plaintiffs' references in the Complaint to "OAN" at times include Charles Herring, Robert Herring, Chanel Rion, and Christina Bobb, but deny that the collective reference in the Complaint is appropriate.  Defendants admit that OAN is headquartered in San Diego and has a studio at 101 Constitution Avenue, Northwest in Washington, D.C.  Defendants admit that OAN has on-air talent who reside and work in Washington, D.C., including Rion, but deny that this group constitutes "much" of OAN's on-air talent and deny that Bobb resides and works in Washington, D.C.  Defendants admit that OAN operates a cable news channel, the website OANN.com, and its company social media accounts.  Defendants admit that OAN makes its content available on its website, on digital platforms such as YouTube and Rumble, and through the subscription streaming service, KlowdTV.  Defendants deny that OAN's Dominion-related content was produced and broadcast through OAN's Washington, D.C. office, bypassing OAN's editorial team in California.  Defendants deny any remaining allegations in Paragraph 17.

**FOOTNOTE NO. 1:**

One America News Network, LinkedIn (last visited June 15, 2021), https://www.linkedin.com/company/one-america-news-network/about.

**ANSWER:**  The cited website spoke and speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the LinkedIn page was published.

**ALLEGATION NO. 18:**

Defendant Robert Herring is the CEO of OAN, and his son Defendant Charles Herring is the President.  According to a former OAN anchor, Robert Herring "'is the network . . . [h]e is in control of absolutely everything he wants to be, and if someone doesn't like it they're fired.'"  "[Robert] Herring's grip on the network's coverage gets even tighter when it comes to stories of greater importance."  According to another former OAN producer, Robert Herring "'became the de facto news director'" for the network, and "'has a ton of influence over every aspect of the newscast,'" with "'stories written on his whim.'"  According to another OAN employee, "'It was his way or no way.'"  OAN employees who run afoul of the Herrings' directives have been publicly scolded and fired.

**ANSWER:** Defendants deny the allegations in the first sentence of Paragraph 18.  Robert Herring

is the CEO of Herring Networks, Inc. and Charles Herring is the President of Herring Networks,

Inc.  Defendants admit that the quoted statements in Paragraph 18 have been reported in coverage

of OAN but Defendants deny that they are true.  Defendants deny any remaining allegations in

Paragraph 18.

**FOOTNOTE NOS. 2 AND 3:**

Andrew McCormick, *One America News was desperate for Trump's approval.  Here's how it got it*, Columbia Journalism Review (May 27, 2020), https://www.cjr.org/the_profile/one-america-news-oan-trump-herring.php.

*Id.*

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a

response is required, Defendants admit only that the article was published and deny it was

complete, accurate, or fair.

**FOOTNOTE NOS. 4 AND 5:**

Marc Fisher, *An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights*, Wash. Post (July 5, 2017), https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-heights/2017/07/05/7475f0a4-4fa2-11e7-91eb-9611861a988f_story.html.

*Id.*

**ANSWER:** The cited article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published and deny it was complete, accurate, or fair.

**ALLEGATION NO. 19:**

The false Dominion stories were examples of what were referred to internally at OAN as "H stories"—that is, stories that the Herrings personally approved and required OAN to run, with the Herrings exercising control over their content, and without the California editorial team (or anyone else) fact checking the stories or vetting sources. For his part, Charles Herring reviewed drafts, and approved final drafts for broadcasting, of at least some of the false Dominion stories accused in Count One, below. According to Charles Herring himself, "the fact-checking process at OAN . . . 'includes management review.'"

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants deny the existence of "H stories" as described in Paragraph 19 or the protocols described in Paragraph 19. Defendants admit that the quoted statements in Paragraph 19 have been reported in coverage of OAN but Defendants deny that they are accurately characterized and presented. Defendants deny any remaining allegations in Paragraph 19.

**FOOTNOTE NO. 6:**

Jean Guerrero, *Column: How San Diego incubates white extremism with One America News*, Los Angeles Times (July 22, 2021), https://www.latimes.com/opinion/story/2021-07-22/one-america-news-network-politics-san-diego-trump.

**ANSWER:** The cited article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published and deny it was complete, accurate, or fair.

**ALLEGATION NO. 20:**

Charles Herring's Twitter and LinkedIn locations place him in Washington, D.C. At the very least, he regularly travels to OAN's Washington, D.C. bureau as part of his oversight and control of its operations. The Herrings both regularly send information to and receive information from the Washington, D.C. bureau as part of their close oversight and editorial supervision of the work done by the reporters there, particularly regarding "H stories." In addition, the Herrings

negotiated and executed a partnership between Herring Broadcasting and The Washington Times in May 2013, upon OAN's launch, to "'provide[] [OAN] a powerful reporting and analytical capability to help [OAN's] viewers make sense of developments in an increasingly complex, and polarized capital city.'"

**ANSWER:** Defendants admit that Charles Herring at one time listed Washington, D.C. as one of his locations on Twitter and LinkedIn, but deny that this means he has ever resided there. Defendants admit that Charles Herring sporadically travels to Washington, D.C.  Defendants admit that the Herrings send information to and receive information from the Washington, D.C. bureau. Defendants deny the existence of so-called "H stories" as described in Paragraphs 19 ad 20. Defendants admit Herring Networks, Inc., in its predecessor form, negotiated a lease agreement with *The Washington Times* in May 2013, but deny that this lease agreement still exists or has any relevance to this case.  Defendants admit that the quoted statement in Paragraph 20 was published. Defendants deny any remaining allegations in Paragraph 20.

**FOOTNOTE NO. 7:**

Charles Herring (@CharlesPHerring), Twitter (last visited Aug. 7, 2021), https://twitter.com/CharlesPHerring; Charles Herring, LinkedIn (last visited Aug. 7, 2021), https://www.linkedin.com/in/charlesherring.

**ANSWER:**  The cited websites speak for themselves, thus no response is required.  To the extent a response is required, Defendants admit the websites were published.

**FOOTNOTE NO. 8:**

Press Relations, *One America News Cable News Network Announces Debut in Collaboration with The Washington Times*, Wash. Times (May 30, 2013), https://www.washingtontimes.com/blog/marketing/2013/may/30/one-america-news-cable-news-network-announces-debu/.

**ANSWER:**  The cited press release speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit the press release was published.

**ALLEGATION NO. 21:**

Defendant Chanel Rion is the Chief White House Correspondent for OAN. She is a Washington, D.C. resident and works in and operates out of OAN's Washington, D.C. bureau, as evidenced by the geotag on Rion's Twitter account. Rion tweets from the Twitter handle @ChanelRion, which is controlled by OAN, as evidenced by Chanel Rion's name on the account, listed as "Chanel Rion OAN," and that @OANN is tagged in the biography. Rion also operates the website ChanelRion.com. On her LinkedIn page, Rion boasts that she graduated from Harvard University and links to Harvard University's LinkedIn page. However, Rion was actually admitted to the Harvard Extension School, at which anyone can enroll in classes and admission into a degree program only requires that a student obtain a B or higher in three courses. Along with OAN's Christina Bobb, Rion crossed journalism ethical lines and raised funds for the sham audit in Arizona of Dominion's machines.

**ANSWER:** Defendants admit that Rion is the Chief White House Correspondent for OAN, is a Washington, D.C. resident, and works in and operates out of OAN's Washington, D.C. bureau. Defendants admit that Rion tweets from the Twitter handle @ChanelRion. Defendants deny that Rion's Twitter handled is controlled by OAN. Defendants admit that Rion operates the website ChanelRion.com. Defendants admit that Rion attended the Harvard Extension School and deny any suggestion that Rion's LinkedIn page inaccurately reflects her education. Defendants admit that Rion and Bobb worked on behalf of an election security organization separate and apart from their work at OAN, but deny that this work crossed journalism ethical lines. Defendants deny any remaining allegations in Paragraph 21.

**FOOTNOTE NO. 9:**

Chanel Rion (@ChanelRion), Twitter (last visited June 15, 2021), https://twitter.com/chanelrion.

**ANSWER:** The cited website speaks for itself, thus no response is required. To the extent a response is required, Defendants admit this website was published.

**FOOTNOTE NO. 10:**

Chanel Rion, LinkedIn (last visited July 9, 2021), https://www.linkedin.com/in/chanel-rion-19320490/.

**ANSWER:**  The cited website speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit this website was published.

**FOOTNOTE NO. 11:**

Mark J. Drozdowksi, *Harvard Extension School:  Is It Really Harvard?*, Best Colleges (June 11, 2021), https://www.bestcolleges.com/blog/harvard-extension-school-really-harvard/.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit the article was published but deny that it has any relevance to Rion or this case and deny it was complete, accurate, or fair.

**FOOTNOTE NO. 12:**

Sarah Mimms, *Pro-Trump OAN Reporters Are Blatantly Raising Money For A Bogus Election "Audit" In Arizona*, BuzzFeed News (May 18, 2021), https://www.buzzfeednews.com/article/sarahmimms/arizona-election-results-oan-reporters-fundraising.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published and deny it was complete, accurate, or fair.

**ALLEGATION NO. 22:**

Defendant Christina Bobb is the host of "Weekly Briefing" on OAN, which airs weekdays at 2pm Eastern Time, and which is recorded in and broadcast from Washington, D.C.  She is a Washington, D.C. resident and works in and operates out of OAN's Washington, D.C. bureau, as evidenced from the geotag on Bobb's Twitter profile.  Bobb tweets from the Twitter handle @christina_bobb, which is controlled by OAN, as evidenced by Christina Bobb's bio on the account, which references and tags OAN. Bobb is the former Executive Secretary for the Department of Homeland Security, former civil litigation attorney, and former U.S. Marine Corps Judge Advocate.  At the same time Bobb was peddling her and OAN's lies about Dominion after the 2020 election, she was consulting with the Trump campaign and specifically with Rudolph Giuliani and the Trump legal team, including on January 6, 2021 while insurrectionists stormed the United States Capitol.  And most recently, Bobb has likewise spearheaded OAN's funding of the sham audit in Arizona.

**ANSWER:** Defendants deny that Bobb is an employee of Herring Networks, Inc., but admit that she was previously an employee.  Defendants deny that Bobb is a Washington, D.C. resident or

that she works in and operates out of OAN's Washington, D.C. bureau.  Defendants admit that

Bobb tweets from the Twitter handle @christina_bobb, but deny that OAN controls that account.

Defendants admit that Bobb is the former Executive Secretary for the Department of Homeland

Security, former civil litigation attorney, and former U.S. Marine Corps Judge Advocate.

Defendants deny that Bobb or OAN knowingly reported anything that was false (or engaged in

reckless disregard for the truth).  Defendants admit that, outside the scope of her employment and

not at the direction of or as an agent of OAN, Bobb consulted with the Trump campaign, Rudolph

Giuliani, and the Trump legal team.  Defendants deny that Bobb had any involvement in the events

at the Capitol on January 6, 2021.  Defendants admit that Bobb worked on behalf of an election

security organization separate and apart from her work at OAN.  Defendants deny any remaining

allegations in Paragraph 22.

**FOOTNOTE NO. 13:**

Christina     Bobb     (@christina_bobb),     Twitter     (last     visited     June     15,     2021),
https://twitter.com/christina_bobb.

**ANSWER:**  The cited website speaks for itself, thus no response is required.  To the extent a

response is required, Defendants admit this website was published.

**FOOTNOTE NO. 14:**

Asawin Suebsaeng, Maxwell Tani & Sam Stein, *An OAN Host Has Been Helping Rudy With
Trump's Legal Efforts*, The Daily Beast (Nov. 23, 2020), https://www.thedailybeast.com/oan-host-
christina-bobb-has-been-helping-rudy-giuliani-with-trumps-legal-efforts.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a

response is required, Defendants admit only that the article was published and deny it was

complete, accurate, or fair.

**FOOTNOTE NO. 15:**

Seth Abramson, Sixth January 6 Willard Hotel "War Room" Member Confirmed; Revelation May
Implicate Trump's Department of Homeland Security in the Insurrection, Proof on Substack (June

14, 2021), https://sethabramson.substack.com/p/breaking-news-sixth-january-6-willard; Michael Farris, Christina Bobb #223, Coffee and a Mic (Jan. 12, 2021), https://player.fm/series/coffee-and-a-mike/christina-bobb-223.

**ANSWER:**  The cited article and podcast speak for themselves, thus no response is required.  To the extent a response is required, Defendants admit only that the article and podcast were published and deny they were complete, accurate, or fair.

**FOOTNOTE NO. 16:**

Sarah Mimms, *Pro-Trump OAN Reporters Are Blatantly Raising Money For A Bogus Election "Audit" In Arizona*, BuzzFeed News (May 18, 2021), https://www.buzzfeednews.com/article/sarahmimms/arizona-election-results-oan-reporters-fundraising.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published and deny it was complete, accurate, or fair.

**ALLEGATION NO. 23:**

Sidney Powell is an attorney and the author of a self-published book that purports to be a seminal work in "exposing 'the Deep State.'"  Powell briefly pursued spurious litigation challenging the 2020 Presidential Election beginning on November 25, 2020 but her cases had all been summarily dismissed by federal judges by December 9, 2020.  Those judges called Powell's lawsuits "nothing but speculation and conjecture," and "largely based on anonymous witnesses, hearsay, and irrelevant analysis of unrelated elections."  They likewise concluded that even those witnesses and so-called "experts" "reach implausible conclusions, often because they are derived from wholly unreliable sources."  Powell was also the attorney for Michael Flynn, and in that capacity sought to have President Trump pardon him.  President Trump pardoned Flynn on November 25, 2020—on literally the same day that Powell filed the first of her baseless lawsuits challenging the 2020 Presidential Election results.  (According to Powell, President Trump himself told her the news that the pardon was forthcoming.)  OAN repeatedly hosted and replayed Powell on its programming in the weeks and months following the 2020 Presidential Election to promote falsehoods about Dominion.  As a result of Powell's repeated lies about Dominion and her frivolous election fraud lawsuits, she currently faces sanctions in Michigan.  During a hearing on the sanctions motion, the presiding federal judge observed that the "volume" of Powell's purported evidence did not "equate with legitimacy or veracity" and that Powell had submitted "fantastical" evidence in support of her claims.

**ANSWER:** Defendants admit that Sidney Powell is an attorney and the author of a self-published book.  Defendants admit that all of Powell's litigation challenging the 2020 Presidential Election

has been dismissed.  Defendants admit that judges made the statements quote above, but deny that those statements completely and accurately characterize Powell's litigation.  Defendants admit that OAN broadcast reporting and commentary related to Sidney Powell.  Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  OAN published statements by Powell based, at least in part, on Powell's confident assertions, her role as a lawyer for President Trump, her service as a federal prosecutor, and known problems with voting machines and software, including those owned by one or more Dominion entities.  Defendants admit that Powell currently faces potential sanctions in Michigan.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 23 and therefore deny them.

**FOOTNOTE NO. 17:**

Sidney Powell, https://www.sidneypowell.com/shop (last visited Aug. 5, 2021).

**ANSWER:**  The cited website speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit the website was published.

**FOOTNOTE NO. 18:**

Op. & Order at 34, *King v. Whitmer*, No. 20-cv-12134 (E.D. Mich. Dec. 7, 2020) [Dkt. 62].

**ANSWER:**  The cited order speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the order was published.

**FOOTNOTE NO. 19 AND 20:**

Order at 24-25, *Bowyer v. Ducey*, No. 2-20-cv-02321 (D. Ariz. Dec. 9, 2020) [Dkt. 84].

*Id.*

**ANSWER:**  The cited order speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the order was published.

**FOOTNOTE NO. 21:**

Spencer S. Hsu & Ann E. Marimow, *Michael Flynn judge says pardon doesn't mean ex-national security adviser is innocent*, Wash. Post (Dec. 8, 2020), https://www.washingtonpost.com/local/legal-issues/michael-flynn-case-dismissed/2020/12/08/31 abb5de-0975-11eb-a166-dc429b380d10_story.html.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a

response is required, Defendants admit only that the article was published.

**FOOTNOTE NO. 22:**

https://talkingpointsmemo.com/news/trump-announces-pardon-for-mike-flynn

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a

response is required, Defendants admit only that the article was published.

**FOOTNOTE NO. 23:**

Brent Kendall & Alexa Corse, *Trump 2020 Election Lawsuits Lead to Requests to Discipline Lawyers*, Wall St. J. (May 9, 2021, 10:00 AM), https://www.wsj.com/articles/trump-2020-election-lawsuits-lead-to-requests-to-discipline-lawyers-11620568801.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a

response is required, Defendants admit only that the article was published and deny it was

complete, accurate, or fair.

**ALLEGATION NO. 24:**

Rudolph Giuliani is the former mayor of New York City who has more recently found work as a YouTube podcast host, a radio show host, and an attorney to President Donald Trump and the Trump Campaign.  Giuliani never signed any complaint concerning the 2020 election—whether for the Trump Campaign or anyone else—that contained any allegations about Dominion. OAN broadcast false statements by Giuliani on its programming in the weeks following the 2020 Presidential Election to promote falsehoods about Dominion.  On June 24, 2021, New York suspended Giuliani's law license for making "knowing false and misleading factual statements to support his claim that the presidential election was stolen from his client [Donald Trump]."  On July 7, 2021, Washington, D.C. suspended Giuliani's law license as well.

**ANSWER:** Defendants admit that Rudolph Giuliani is the former mayor of New York City, a

YouTube podcast host, a radio show host, and an attorney to President Donald Trump and the

Trump Campaign. Defendants admit that OAN broadcast reporting and commentary related to

Rudolph Giuliani.  Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  OAN published reporting and commentary related to Giuliani based at least in part, on Giuliani's confident assertions, his role as a lawyer for President Trump, his former service as mayor of New York City, his former service as an Associate U.S. Attorney General, his former service as the U.S. Attorney for the Southern District of New York, and known problems with voting machines and software, including those owned by one or more Dominion entities.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 24 and therefore deny them.

**FOOTNOTE NO. 24:**

Order, *In re Giuliani*, No. 2021-00506 (N.Y. Sup. Ct. June 24, 2021), https://www.nycourts.gov/courts/ad1/calendar/List_Word/2021/06_Jun/24/PDF/Matter%20of%20Giuliani%20(2021-00506)%20PC.pdf; Jim Mustian, *New York Court Suspends Rudy Giuliani's law license*, Associated Press (June 24, 2021), https://apnews.com/article/rudy-giuliani-new-york-law-license-suspended-c67f4504a22f8642d6096f29e3a5c51e.

**ANSWER:**  The cited order and article speak for themselves, thus no response is required.  To the extent a response is required, Defendants admit only that the order and article were published.

**FOOTNOTE NO. 25:**

Katelyn Polantz, *Rudy Giuliani suspended from practicing law in Washington, DC*, CNN (July 7, 2021),                    https://www.cnn.com/2021/07/07/politics/rudy-giuliani-suspended-law-washington/index.html.

**ANSWER:**  The cited article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published and deny it was complete, accurate, or fair.

**ALLEGATION NO. 25:**

Michael Lindell is the founder and CEO of My Pillow, Inc. ("MyPillow"), one of OAN's biggest sponsors.  Beginning in 2004, when Lindell founded the MyPillow company, Lindell personally starred in MyPillow's infomercials, which claimed that MyPillow would help people suffering from fibromyalgia, insomnia, migraines and headaches, sleep apnea, snoring, TMJ, and restless leg syndrome.  In 2016, prosecutors alleged that these claims were "untrue or misleading."  Rather than defend the truthfulness of MyPillow's claims in court, Lindell opted to pay $995,000 in civil penalties.  Similarly, the Better Business Bureau revoked the accreditation of MyPillow and lowered its rating to "F" based on a pattern of complaints by customers.  In the first three quarters of 2020, MyPillow spent more than $62 million on TV ads, with nearly 99% of it going to cable channels like OAN.

**ANSWER:** Defendants admit that Lindell is the founder and CEO of My Pillow, Inc.  Defendants deny that MyPillow is one of OAN's biggest sponsors.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 25 and therefore deny them.

**FOOTNOTE NO. 26:**

*Mike's Story*, My Pillow, https://www.mypillow.com/mikes-story (last visited Aug. 5, 2021).

**ANSWER:**  The website speaks for itself, thus no response is required.  To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 26 and therefore deny them.

**FOOTNOTE NO. 27 AND 28:**

*See* Complaint, *California v. MyPillow, Inc.*, No. HG16836619 (Ca. Super. Ct., Alameda Cty. Oct. 26, 2016).

*Id.*

**ANSWER:**  The Complaint speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the Complaint was filed.

**FOOTNOTE NO. 29:**

*See* Final Judgment, *California v. MyPillow, Inc.*, No. HG16836619 (Ca. Super. Ct., Alameda Cty. Oct. 31, 2016).

**ANSWER:**  The Final Judgment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit the Final Judgment was filed.

**FOOTNOTE NO. 30:**

*My Pillow*, Better Business Bureau, https://www.bbb.org/us/mn/chaska/profile/pillows/my-pillow-inc-0704-96152336 (last visited Aug. 5, 2020).

**ANSWER:**  The website speaks for itself, thus no response is required.  To the extent a response is required Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 25 and therefore deny them.

**FOOTNOTE NO. 31:**

Tiffany Hsu, *As Corporate America Flees Trump, MyPillow's C.E.O. Stands by Him*, N.Y. Times, https://www.nytimes.com/2021/01/12/business/media/mypillow-mike-lindell-trump.html   (Feb. 22, 2021).

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 26:**

Lindell has been called "one of the most prominent peddlers of bogus conspiracy theories" about the 2020 election, including the lies about Dominion.  Mike Lindell has used at least 30 hours of OAN airtime to broadcast lies about Dominion through his "documentaries" Absolute Proof, Scientific Truth, Absolute Interference, and Absolutely 9-0.  OAN knowingly broadcast lies about Dominion to a global audience by inviting Lindell on the air, where it knew he would repeat those lies.  OAN and Lindell began with Absolute Proof, a two-hour "documentary" centered on spreading lies about Dominion, which OAN aired 13 times on its network over a span of four days.  And Lindell has continued to spread these lies—working in tandem with OAN—even after Dominion filed a defamation lawsuit against him on February 22, 2021, in this Court. Lindell has lied about Dominion rigging the election on the very footsteps just outside of this Court and promised his supporters that Trump will be reinstated as President by "August 13."

**ANSWER:** Defendants admit that the quoted statement was published but deny it is complete, accurate, or fair.  Defendants admit Lindell appeared in various media to discuss the 2020 U.S. election.   Defendants are unaware of Lindell's intentionally undertaking a disinformation

campaign or spreading a false narrative, and Defendants therefore deny those allegations based on insufficient knowledge or information to form a belief.  Defendants admit that Lindell produced long-form segments about the 2020 U.S. election and OAN aired some of them.  Defendants deny that OAN "invited" Lindell to broadcast his self-produced documentaries — Lindell paid for promotional space on the network.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny that OAN is working "in tandem" with Lindell.  Defendants lack sufficient knowledge or information to form a belief as to the truth of Lindell's statements from the final sentence of Paragraph 26 and Defendants therefore deny those allegations.  Defendants deny any remaining allegations in Paragraph 26.

## FOOTNOTE NO. 32 AND 33:

Matt Gertz, *Pillow Fight:  The Right-Wing Media Competition for Mike Lindell's Affection (and Money)*, Media Matters for America (Feb. 5, 2021), https://www.mediamatters.org/fox-news/pillow-fight-right-wing-media-competition-mike-lindells-affection-and-money.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it is complete, accurate, or fair.

## FOOTNOTE NO. 34:

*US Dominion Inc. v. My Pillow, Inc.*, No. 21-cv-00445 (D.D.C. Feb. 22, 2021).

**ANSWER:**  The court docket speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the referenced case was filed.

## FOOTNOTE NO. 35:

Breaking News Mike Lindell uncut in front of the Courthouse MustangMedic asking questions, YouTube (June 25, 2021), https://www.youtube.com/watch?v=kUOo5cNPirU.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 36:**

Mia Jankowicz, *Mike Lindell Set August 13 as the Date in His Bonkers Theory that Trump Will Be Reinstated as President*, Insider (July 6, 2021, 4:53 AM), https://www.businessinsider.com/mike-lindell-claims-august-13-trump-reinstatement-2021-7.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 27:**

Ron Watkins is the 33-year-old former administrator of 8chan (now 8kun), who some consider the "Q" of QAnon.  Regardless whether Q in fact was Watkins, 8chan was the exclusive venue for many posts by Q.  Q has claimed that, based on inside knowledge within the Trump administration, a cabal of Satanic pedophiles exists that is conspiring to take down American democracy, including Hillary Clinton and Chief Justice John Roberts.  OAN and OAN's Chanel Rion hosted Watkins as an alleged data specialist on November 14, 2020, to peddle lies about Dominion.

**ANSWER:**   Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in the first two sentences of Paragraph 27 and therefore deny them.  Defendants admit that OAN aired reporting and commentary related to Watkins on November 14, 2020.  Defendants deny that OAN or Rion knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants deny any remaining allegations in Paragraph 27.

**ALLEGATION NO. 28:**

Ed Solomon was portrayed by OAN on its network as an alleged "expert mathematician." In reality, however, he is a convicted felon who, at the time he was interviewed by OAN, was working as an "installer" at a swing set construction company in Long Island.

**ANSWER:**  Defendants admit that OAN broadcast reporting and commentary related to Ed Solomon, who was an expert mathematician.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 28 and therefore deny them.

**ALLEGATION NO. 29:**

Patrick Byrne is the former CEO of the internet discount retailer Overstock.com, and is yet another self-styled "expert" whom OAN brought on its network to lie about Dominion and the 2020 election.  Byrne has a long prior history of fabricating fantastical stories without ever providing a shred of evidence to support their truth, in order to serve his own personal interests.  For instance, Byrne was previously ordered to pay an approximately $1 million defamation judgment for falsely accusing a Canadian businessman of being connected to "Osama bin Laden's favorite financier," the Colombian drug cartel, the Russian mafia, and al Qaeda's Golden Chain.  The court concluded that Byrne and his collaborators had "engaged in a calculated and ruthless campaign to inflict as much damage on [his victim's] reputation as they could achieve.  It is clear on the evidence that their intention was to conduct a vendetta in which the truth … was of no consequence. Their mission was to expose what they conceive to be corrupt business practices … [Their victim] became a convenient means to that end, even when he himself could not be demonstrated to be corrupt."

**ANSWER:**  Defendants admit that Byrne is the former CEO of the Internet discount retailer Overstock.com and OAN has broadcast reporting and commentary related to him.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 29 and therefore deny them.

**FOOTNOTE NOS. 37 AND 38:**

*Nazerali v. Mitchell*, No. S116979, 2016 BCSC 810, Corrected Judgment at 97 (Sup. Ct. of British Columbia May 6, 2016), available at https://www.canlii.org/en/bc/bcsc/doc/2016/2016bcsc810/2016bcsc810.pdf.

*Id.*

**ANSWER:**  The court order speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the order was published.

**ALLEGATION NO. 30:**

Byrne has publicly admitted that he had already committed back in August 2020 to the narrative that the 2020 Presidential Election was going to be rigged.  In public media appearances, Byrne refers to this narrative as the "last act" of a fantastical storyline that he first started to spread in August 2019, after it was revealed that he had had a romantic affair with the now-notorious Russian agent, Maria Butina, who was sentenced to 18 months in prison after being indicted by federal prosecutors for trying to infiltrate powerful political circles in the United States at the direction of the Russian government.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 30 and therefore deny them.

**FOOTNOTE NO. 39:**

Patrick Byrne, How DJT Lost the White House, Introduction: Why I Was Involved Before November 3 & What I Learned Because I Was (1.3), Deep Capture (Jan. 24, 2021), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-introduction-why-i-was-inv olved-before-november-3-and-what-i-learned-by-doing-so/; Tech Millionaire Funds Hacking Team 2020 Election was 100% Rigged, OAN (Nov. 20, 2020), previously available at https://www.oann.com/tech-millionaire-funds-hacking-team-20-election-100-rigged/ [https:// app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52 d99-127d-4b48-b8dc-e5e99babfaaa]; Patrick Byrne: Dissecting The Electronic Steal, Operation Freedom (Nov. 24, 2020), www.youtube.com/watch?v=5fs3tKtmiEA.

**ANSWER:**  The articles and videos speak for themselves, thus no response is required.  To the

extent a response is required, Defendants admit that the articles and videos were published.

**FOOTNOTE NO. 40:**

*Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit only that the video was published.

**FOOTNOTE NO. 41:**

Michael Corkery, *Overstock C.E.O. Takes Aim at 'Deep State' After Romance With Russian Agent*, N.Y. Times (Aug. 15, 2019), https://www.nytimes.com/2019/08/15/business/overstock- paul-byrne-maria-butina-affair.html.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

**ALLEGATION NO. 31:**

This storyline began when Byrne abruptly resigned his board seat and position as CEO at Overstock in August 2019 after his affair with Butina was revealed, and Overstock found itself unable to renew its insurance policy as long as Byrne remained in charge.  In an apparent attempt to rationalize his relationship with Butina—to portray himself as a patriotic American rather than an asset of a Russian agent—Byrne began to claim that the FBI had directed him to engage in a romantic relationship with Butina.  This is a claim that former FBI Director James Comey said was "'ridiculous,'" adding "'[t]he FBI doesn't work that way.'"  Similarly, another former FBI agent with knowledge of FBI procedures called Byrne's claims "absolutely outrageous and impossible to believe," and "maybe he is going to be facing some serious criminal problems and now he's trying to create a smokescreen's absolutely ludicrous."

**ANSWER:**  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 31 and therefore deny them.

**FOOTNOTE NO. 42:**

Abha Bhattarai, *Inside Overstock.com, where a firebrand CEO and 'Deep State' intrigue took center stage*, Washington Post (Sept. 27, 2019), https://www.washingtonpost.com/business/2019/09/26/inside-overstockcom-where-firebrand-ceo-deep-state-intrigue-took-center-stage/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NOS. 43 AND 44:**

David Shortell and Caroline Kelly, *Former officials deny ex-CEO's claim FBI asked him to pursue Maria Butina*, CNN (Aug. 23, 2019), https://www.cnn.com/2019/08/23/politics/patrick- byrne-maria-butina-fbi-relationship-cnntv/index.html.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NO. 45:**

Former FBI Special Agent John Iannarelli Says Patrick Byrne's Claims Are "Impossible to Believe," Fox News (Aug. 23, 2019),  https://video.foxnews.com/v/6076376906001#sp=show-clips.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published but deny that it is complete, accurate, or fair.

**ALLEGATION NO. 32:**

 As if this storyline were not strange enough, Byrne would later publicly claim that the FBI eventually told him to quit his affair with Butina, and instead asked him to facilitate an $18 million bribe of Hillary Clinton, which Byrne claims to have done on January 14, 2016.  Byrne made these claims publicly as early as October 6, 2020, on his personal blog, deepcapture.com, and then added to the claims in later public media appearances.  The $18 million bribe was supposedly (according to Byrne) part of a plot by then-President Obama to ensure that he could "control" Clinton once she became President.  Byrne claims the "operation" was called "Project Snowglobe," and that he has seen "the bank record" to show the bribe was paid.  In his nonsensical storyline, Byrne further claims that President Obama's ultimate goal was to ensure that then-First Lady Michelle Obama would serve as President after Clinton.  Also according to Byrne, this was the second bribe accepted by Hillary Clinton—a follow-up to an initial $20 million bribe Clinton had supposedly already accepted from Turkey by the time Byrne claims the FBI enlisted him in the "sting."  And in another ridiculous twist, Byrne claims that he used information about proper entrapment methodologies that he learned from his "FBI handlers" to entrap former leaders at the CIA and FBI, including former FBI Director James Comey and former CIA Director John Brennan, into approving the rape and murder of Maria Butina (which Byrne then declined to carry out), in some sort of scheme to give Byrne leverage over those officials. Finally, according to Byrne, former Attorney General William Barr "knows" about "Project Snowglobe," and the entire plot will eventually be disclosed in the report of DOJ special counsel John Durham's investigation into the origins of the FBI's Russia investigation—because, as Byrne claims, "I know what's in the Durham Report."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 32 and therefore deny them.

**FOOTNOTE NO. 46:**

*Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 47:**

Patrick Byrne, *The Hillary Clinton Bribery-&-Blackmail & Maria Butina Intoxicate-Rape-&-Murder Deep State Stings Finale*, Deep Capture (Oct. 6, 2020), https://www.deepcapture.com/2020/10/finale-the-deep-states-hillary-clinton-bribery-blackmail-sting-the-maria-butina-rape-murder-gambit/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published.

**FOOTNOTE NOS. 48 AND 49:**

*Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

*Id.*

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 50:**

*Dr Corsi NEWS 12-24-20:  Patrick Byrne Explains Trump Path To Victory*, Rumble (Dec. 24, 2020), https://rumble.com/vc5kbh-dr-corsi-news-12-24-20-patrick-byrne explains-trump-path-to-victory.html.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NOS. 51 AND 52:**

*Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

*Id.*

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 53:**

Patrick Byrne, *The Hillary Clinton Bribery-&-Blackmail & Maria Butina Intoxicate-Rape-&-Murder Deep State Stings Finale*, Deep Capture (Oct. 6, 2020), https://www.deepcapture.com/2020/10/finale-the-deep-states-hillary-clinton-bribery-blackmail-sting-the-maria-butina-rape-murder-gambit/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published.

**FOOTNOTE NO. 54:**

*Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 33:**

Byrne has publicly claimed that this set of alleged experiences somehow tipped him off that the 2020 election would be rigged back in August 2020, at which time he set out to hire a group he calls the "Bad News Bears" to "reverse-engineer" the supposed election-rigging to come. (Elsewhere, Byrne has claimed he "knew" since October 2018 that the 2020 Presidential Election was going to be rigged.)  As part of his "Bad News Bears" efforts, Byrne takes credit for personally funding and working closely with Russell Ramsland, who was peddling lies back in 2018 about a Dallas congressional election—lies about a competitor of Dominion's whose equipment was used in that election, that were debunked but that ended up being very similar to the lies spread about Dominion in the 2020 Presidential Election. To fit his preconceived narrative, Byrne falsely accused Dominion of rigging the 2018 Dallas election, even though Dominion's machines were not used in the Dallas election, and then transposed those same discredited theories onto Dominion and the 2020 Presidential Election.  Byrne has also boasted about working closely with Ramsland's team to create a so-called "forensic report" about the 2020 vote in Antrim County, Michigan.  That

report falsely accused Dominion of switching votes in Antrim County to Joe Biden from Donald Trump, and Byrne and others published and promoted that false report to spread further disinformation and lies about Dominion (as discussed in more detail below).

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 33 and therefore deny them.

**FOOTNOTE NO. 55:**

Patrick Byrne, *How DJT Lost the White House, Introduction:  Why I Was Involved Before November 3 & What I Learned Because I Was* (1.3),Deep    Capture    (Jan.    24,    2021), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-introduction-why-i-was-inv olved-before-november-3-and-what-i-learned-by-doing-so/; *Tech Millionaire Funds Hacking Team 2020 Election was 100% Rigged*, OAN (Nov. 20, 2020), *previously available at* https://www.oann.com/tech-millionaire-funds-hacking-team-20-election-100-rigged/ [https://app. criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52d99 -127d-4b48-b8dc-e5e99babfaaa]; *Patrick Byrne:  Dissecting The Electronic Steal*, Operation Freedom (Nov. 24, 2020), www.youtube.com/watch?v=5fs3tKtmiEA. *Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-  election-fraud.html.

**ANSWER:**  The article and videos speak for themselves, thus no response is required.  To the

extent a response is required, Defendants admit only that the article and videos were published.

**FOOTNOTE NO. 56:**

*See* Patrick Byrne, *How DJT Lost the White House, Introduction:  Why I Was Involved Before November 3 & What I Learned Because I Was* (1.3), Deep Capture (Jan. 24, 2021), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-introduction-why-i-was-inv olved-before-november-3-and-what-i-learned-by-doing-so/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit only that the article was published.

**FOOTNOTE NO. 57:**

*Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud*, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit only that the video was published.

**ALLEGATION NO. 34:**

Byrne's partnership with other promoters of the false Dominion election fraud narrative has not been limited to Ramsland. For instance, Byrne has also boasted of having sent documents and information to Mike Lindell after Byrne lost access to President Trump in late 2020. And Byrne served as CEO of Defending the Republic, the organization launched by Sidney Powell to help fund her own efforts to falsely accuse Dominion of rigging the 2020 election.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 34 and therefore deny them.

**ALLEGATION NO. 35:**

Using the same playbook that was used for the false "forensic report" in Antrim County, Byrne has partnered with OAN, Sidney Powell, and others to fund the sham election "audit" in Arizona. In addition, he has published a book, The Deep Rig, and a feature film of the same name, in which he uses some of the same false and manufactured "evidence" he has presented in his blog posts and media appearances to further promote lies about Dominion rigging elections.

**ANSWER:** Defendants deny that Byrne has partnered with OAN or that OAN has had any

involvement in funding an audit in Arizona. Defendants lack sufficient information or knowledge

to form a belief as to the truth of the remaining allegations in Paragraph 35 and therefore deny

them.

**ALLEGATION NO. 36:**

Finally, apparently in anticipation of the U.S. Supreme Court declining to hear a case seeking to throw out the 2020 election results, Byrne falsely claimed in early December 2020 that Chief Justice John Roberts "may be compromised," because his name according to Byrne appears on the flight manifest of the notorious Jeffrey Epstein's private jet. (Byrne has also implicated several U.S. agencies in allegedly assassinating Epstein.) And in yet another of his fantastical lies, Byrne has falsely asserted that DNC staffer Seth Rich had been murdered not as part of a robbery, but because Rich's "role" "in the DNC" had "put him in a position to have known . . . that the Dominion servers had been used in the [2016 Democratic] primaries to steal from Bernie [Sanders] to give to Hillary [Clinton]"; according to Byrne, "[t]hey could not have let a guy who had the kind of knowledge that we're now talking about, to walk around. They couldn't let him walk around if he was not on board."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 36 and therefore deny them.

**FOOTNOTE NOS. 58 AND 59:**

Patrick Byrne & Dave Janda, *Patrick Byrne: Dissecting The Election Fraud, Operation Freedom* (Dec. 9, 2020), available at https://rumble.com/vbpgi7-patrick-byrne-dissecting-the-election-fraud.html.

*Id.*

**ANSWER:** The video speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 60:**

*Patrick Byrne: Blowing Open the Election Steal*, Operation Freedom (Dec. 8, 2020), https://www.youtube.com/watch?v=8lGdRb8IZKA (Ex. 365).

**ANSWER:** The video speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 37:**

Joe Oltmann is a Twitter-banned "political activist" who has devoted himself to de-masking alleged Antifa members because he believes they want to "behead or harm other Americans." Oltmann appeared on OAN to falsely claim that he had "infiltrated Antifa" and witnessed a Dominion executive supposedly assuring "Antifa" that he would rig the election. Oltmann has never provided any evidence of that call or any other proof that anyone at Dominion has ever made such claims.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in the first sentence of Paragraph 37 and therefore deny them. Defendants admit that OAN broadcast reporting and commentary related to Oltmann, stated that he had attended an antifa conference call and heard someone identified as former Dominion executive Eric Coomer state that Trump was not going to win the election because he had made sure of that. Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants deny that Oltmann's claims about the antifa call are false. Defendants

further deny that Oltmann never provided evidence supporting his statements; he in fact did provide several pieces of compelling evidence.  Defendants deny the remaining allegations in Paragraph 37.

**FOOTNOTE NO. 61:**

Erik Maulbetsch, *Dominion Election Conspiracy Originated in Part During Conservative's Hunt for 'Antifa Journalists'*, Colorado Times Recorder (Jan. 14, 2021), https://coloradotimesrecorder.com/2021/01/dominion-election-conspiracy-originated-in-part- dur ing-conservatives-hunt-for-antifa-journalists/33652/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 38:**

Russell Ramsland is a failed Republican congressional candidate and conspiracy theorist who has publicly claimed, among other things, that George Soros—who was born in 1930—helped form the "Deep State" in Nazi Germany in the 1930s along with President George H.W. Bush's father, the Muslim Brotherhood, and "leftists."  Well before the 2020 election, Ramsland had publicly peddled a false story about the 2018 U.S. congressional election in Dallas, Texas, and the 2019 gubernatorial election in Kentucky, falsely claiming that those elections had been rigged by voting machines with links to Smartmatic and using Venezuelan election-stealing software controlled by a George Soros operative, and that votes had been sent to CIA-funded databases in Spain where they were changed and sent back to the United States. Ramsland's false claims went nowhere.  Even the Republican Attorney General of Texas, Ken Paxton—a staunch ally of President Trump—rejected Ramsland's claims about the 2018 Dallas congressional election, explaining in a public statement:  "In this case, after a thorough investigation by our office with the assistance of election systems experts, cybersecurity experts, and the FBI, we found the claims in this case were unverifiable, and an audit of the voting records confirmed the outcome of the election."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 36 and therefore deny them.

**FOOTNOTE NO. 62:**

John Savage, *Texas Tea Partiers Are Freaking Out Over 'Deep State' Conspiracy Theories*, Vice (Sep. 20, 2018), https://www.vice.com/en/article/mbwgxx/texas-tea-partiers-are-freaking-out-over-deep-state-conspiracy-theories.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NO. 63:**

Emma Brown, Aaron C. Davis, Jon Swaine and Josh Dawsey, *The making of a myth* (May 9, 2021),    https://www.washingtonpost.com/investigations/interactive/2021/trump-election-fraud-texas-businessman-ramsland-asog/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it is complete, accurate, or fair.

**ALLEGATION NO. 39:**

Despite Ramsland's claims having been debunked, Patrick Byrne, Sidney Powell, Rudolph Giuliani and others took the lies Ramsland had tried to peddle in 2018 and promoted them to a massive global audience, working with Newsmax, OAN, Fox and other media outlets to give them far greater reach than they had before.  Some (including Byrne) even took it one step further, revising Ramsland's false story about the Dallas 2018 congressional election to promote the new lie that it was Dominion that had rigged that 2018 election—even though Dominion machines were not used in that election.

**ANSWER:**  Defendants deny that OAN worked with anyone to promote Ramsland's assertions. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 39 and therefore deny them.

**ALLEGATION NO. 40:**

Ramsland filed numerous affidavits recycling and repurposing his absurd 2018 election fraud stories in support of lawsuits brought by Sidney Powell and others seeking to throw out 2020 presidential election results in several states that Joe Biden won.  No court found any of Ramsland's affidavits submitted in those cases to have any merit, and in fact Ramsland was judicially determined to have provided "materially false information" in support of his claims of vote manipulation in one of these cases when he referenced and cited locations in Minnesota when alleging voter fraud in Michigan.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 40 and therefore deny them.

**FOOTNOTE NO. 64:**

Rule to Show Cause, *Page v. Oath Inc.*, No. S20C-07-030 (Del. Super. Ct. Dec. 18, 2020).

**ANSWER:**  The order speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the order was published.

**FOOTNOTE NO. 65:**

Clara Hendrickson, *Affidavit in Michigan lawsuit seeking to overturn election makes wildly inaccurate claims about vote*, PolitiFact (Dec. 4, 2020), https://www.politifact.com/factchecks/2020/dec/04/russell-james-ramsland-jr/affidavit-michigan-lawsuit-seeking-to-overturn-electi/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 41:**

Ramsland's crowning "achievement" in the 2020 election, however, was when he was brought in by Patrick Byrne, Rudolph Giuliani and others to write up a purportedly independent "report" on the election results in Antrim County, Michigan, that fed the preconceived Dominion election fraud narrative by falsely claiming that Dominion machines were designed to and did switch votes from Trump to Biden.  Despite being falsely touted as the conclusions of an independent "audit," the report was from the start a transparent attempt by Ramsland, at the behest of Byrne and Giuliani others, to falsely fit what actually happened in Antrim County into the preconceived false election fraud narrative.  Antrim County officials quickly explained that Ramsland's Antrim County report was "riddled with false and unsupported claims, baseless attacks, and incorrect use of technical terms," and the former acting director of the Election Assistance Commission's Voting System Testing and Certification program—who is actually an expert in election voting systems—said the report demonstrated a "grave misunderstanding" of Antrim County's voting system and "a lack of knowledge of election technology and process." Michigan's Attorney General and Secretary of State issued a joint statement that Ramsland's report was "critically flawed, filled with dramatic conclusions without any evidence to support them." And the Republican-led Michigan Senate Oversight Committee released a 55-page report, which stated that "The Committee found no evidence of widespread or systemic fraud in Michigan's prosecution of the 2020 election" and specifically called out individuals like Ramsland for their false claims about systemic fraud in Michigan, stating that they "have been utilizing misleading and false information about Antrim County to raise money or publicity for their own ends" and

recommending that the Michigan Attorney General investigate such misconduct. Nonetheless, knowingly or with reckless disregard for the truth, OAN broadcast this known peddler of lies and promoted his false Antrim County report to amplify its defamatory campaign against Dominion, conforming to the pre-conceived false narrative that Dominion had rigged the election.

**ANSWER:**  Defendants admit that Byrne appeared on OAN and that OAN reported on voting irregularities in Antrim County, Michigan because the county inaccurately reported that Joe Biden won the presidential election in the county (when, in fact, he did not).  Defendants deny that the allegations completely and accurately characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny having a pre-conceived or false narrative that Dominion rigged the election.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 41 and therefore deny them.

**FOOTNOTE NO. 66:**

See Ali Swenson, *Report spreads debunked claims about Dominion machines in Michigan county*, AP News (Dec. 15, 2020), https://apnews.com/article/fact-checking-afs:Content:9847904839.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

**FOOTNOTE NO. 67:**

See Todd Spangler, *Former election security chief for Trump knocks down Antrim County report*, The Detroit Free Press (Dec. 16, 2020), https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

**FOOTNOTE NO. 68:**

*AG. SOS:  Plaintiff's Report in Antrim County Election Lawsuit Demonstrates Lack of Credible Evidence in Widespread Fraud or Wrongdoing*, Michigan Dep't of Attorney General (Dec. 14, 2020), https://www.michigan.gov/ag/0,4534,7-359-92297_47203-547422--,00.html.

**ANSWER:**  The statement speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NO. 69:**

MICH. S. OVERSIGHT COMM., REPORT ON THE NOVEMBER 2020 ELECTION IN MICHIGAN      (Apr      9,      2021),      https://misenategopcdn.s3.us-east-1.amazonaws.com/99/documents/20210623/SMPO_2020ElectionReport.pdf.

**ANSWER:**  The report speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the report was published.

## RESPONSES TO PLAINTIFFS' JURISDICTION & VENUE ALLEGATIONS

**ALLEGATION NO. 42:**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs and Defendants, and the amount in controversy as to each Plaintiff exceeds $75,000.00, exclusive of interest and costs.

**ANSWER:** Paragraph 42 asserts legal conclusions, to which no response is required.  To the extent a response is required, defendants note that given pending, overlapping litigation in Colorado, Defendants deny that the Court should exercise subject matter jurisdiction.  Further, Defendants are without sufficient information to form a belief as to the truth of the allegations about complete diversity and therefore deny them.  Defendants further deny that the claims of Plaintiffs are worth anything, much less in excess of $75,000.00.

**ALLEGATION NO. 43:**

This Court has personal jurisdiction over OAN pursuant to § 13-423 of the District of Columbia Code because OAN (i) transacted business within the District of Columbia, including by maintaining and operating a news bureau in the District of Columbia and its primary offices for covering the 2020 election in the District of Columbia; producing, reviewing, editing, and

broadcasting programming from within the District of Columbia, including and specifically the programming featuring the defamatory statements at issue in this case; employing the specific D.C.-resident reporters who made many of the defamatory statements in the District of Columbia; and offering services to, broadcasting to, and maintaining television and digital platform subscribers in the District of Columbia; (ii) caused tortious injury by acts committed within the District of Columbia, including and specifically by making false and defamatory statements about Dominion on broadcasts within the District of Columbia; and (iii) caused tortious injury by acts committed outside the District of Columbia while regularly doing business within, engaging in persistent conduct within, and deriving substantial revenue from services rendered within the District of Columbia.

**ANSWER:** Paragraph 43 asserts legal conclusions, to which no response is required.  To the extent a response is required, as set forth in Defendants' briefing on their motion to dismiss, transfer, or stay (ECF Nos. 41, 47), Defendants deny personal jurisdiction exists over Herring, in the District of Columbia in this case.  Defendants admit OAN has a newsgathering bureau in the District of Columbia but deny that OAN broadcasts from that location.  Defendants further admit that Herring has employed reporters in the District of Columbia.  Defendants further admit OAN's programming is available in the District of Columbia.  Defendants further admit OAN has viewers in the District of Columbia.  Defendants deny that any defendant published any defamatory statements.  Defendants further deny that any defendant caused tortious injury in the District of Columbia because Plaintiffs have no presence or business in this District.  Defendants further deny any remaining allegations in Paragraph 43.

## ALLEGATION NO. 44:

This Court has personal jurisdiction over Robert Herring, Sr. pursuant to § 13-423 of the District of Columbia Code because Robert Herring (i) transacted business within the District of Columbia, including supervising and exercising editorial control over broadcasting from within the District of Columbia, and supervising and directing OAN staff working in the District of Columbia; (ii) caused tortious injury by acts committed within the District of Columbia, including and specifically by knowingly participating in the making of false and defamatory statements about Dominion on broadcasts within the District of Columbia, including while supervising and exercising editorial control while present in the District of Columbia; and (iii) caused tortious injury by acts committed outside the District of Columbia while regularly doing business within, engaging in persistent conduct within, and deriving substantial revenue from services rendered within the District of Columbia.

**ANSWER:** Paragraph 44 asserts legal conclusions, to which no response is required.  To the extent a response is required, as set forth in Defendants' briefing on their motion to dismiss, transfer, or stay (ECF Nos. 41, 47), Defendants deny that Robert Herring transacted business in this District by supervising or directing OAN staff working in this District.  Defendants further deny that OAN does any broadcasting from this District.  Defendants further deny that Robert Herring caused tortious injury in the District of Columbia because Plaintiffs have no presence or business in this District.  Defendants further deny any remaining allegations in Paragraph 44.

**ALLEGATION NO. 45:**

This Court has personal jurisdiction over Charles Herring pursuant to § 13-423 of the District of Columbia Code because Charles Herring (i) on information and belief, based upon his Twitter and LinkedIn locations, is a resident of the District of Columbia; (ii) transacted business within the District of Columbia, including supervising and exercising editorial control over broadcasting from within the District of Columbia, and supervising and directing OAN staff working in the District of Columbia; (iii) caused tortious injury by acts committed within the District of Columbia, including and specifically by knowingly participating in the making of false and defamatory statements about Dominion on broadcasts within the District of Columbia, including while supervising and exercising editorial control while present in the District of Columbia; and (iv) caused tortious injury by acts committed outside the District of Columbia while regularly doing business within, engaging in persistent conduct within, and deriving substantial revenue from services rendered within the District of Columbia.

**ANSWER:** Paragraph 45 asserts legal conclusions, to which no response is required.  To the extent a response is required, as set forth in Defendants' briefing on their motion to dismiss, transfer, or stay (ECF Nos. 41, 47), Defendants deny that Charles Herring transacted business in this District by supervising or directing OAN staff working in this District.  Defendants further deny that OAN does any broadcasting from this District.  Defendants further deny that Charles Herring is a resident of the District of Columbia.  Defendants further deny that Charles Herring

caused tortious injury in the District of Columbia because Plaintiffs have no presence or business in this District.  Defendants further deny any remaining allegations in Paragraph 45.

## ALLEGATION NO. 46:

This Court has personal jurisdiction over Chanel Rion pursuant to § 13-423 of the District of Columbia Code because Rion (i) is a resident of the District of Columbia; (ii) transacted business within the District of Columbia, including broadcasting from within the District of Columbia; (iii) caused tortious injury by acts committed within the District of Columbia, including and specifically by making false and defamatory statements about Dominion on broadcasts within the District of Columbia; and (iv) caused tortious injury by acts committed outside the District of Columbia while regularly doing business within, engaging in persistent conduct within, and deriving substantial revenue from services rendered within the District of Columbia.

**ANSWER:** Paragraph 46 asserts legal conclusions, to which no response is required.  To the extent a response is required, Defendants do not dispute personal jurisdiction over Rion, but deny that she caused tortious injury or made false or defamatory statements in this District.  Defendants further deny any remaining allegations in Paragraph 46.

## ALLEGATION NO. 47:

This Court has personal jurisdiction over Christina Bobb pursuant to § 13-423 of the District of Columbia Code because Bobb (i) is a resident of the District of Columbia; (ii) transacted business within the District of Columbia, including broadcasting from within the District of Columbia; (iii) caused tortious injury by acts committed within the District of Columbia, including and specifically by making false and defamatory statements about Dominion on broadcasts within the District of Columbia; and (iv) caused tortious injury by acts committed outside the District of Columbia while regularly doing business within, engaging in persistent conduct within, and deriving substantial revenue from services rendered within the District of Columbia.

**ANSWER:** Paragraph 47 asserts legal conclusions, to which no response is required.  To the extent a response is required, Defendants do not dispute personal jurisdiction over Bobb, but deny that she caused tortious injury or made false or defamatory statements in this District.  Defendants

further deny that Bobb is currently a resident of the District of Columbia.  Defendants further deny

any remaining allegations in Paragraph 47.

**ALLEGATION NO. 48:**

Requiring Defendants to litigate these claims in the District of Columbia does not offend traditional notions of fair play and substantial justice and is permitted by the Due Process Clause of the United States Constitution. Dominion's claims arise in part from defamatory statements that the Defendants made about Dominion from within the District of Columbia. Defendants avail themselves of numerous privileges in the District of Columbia, including those set forth above.

**ANSWER:** Paragraph 48 asserts legal conclusions, to which no response is required.  To the

extent a response is required, as set forth in Defendants' briefing on their motion to dismiss,

transfer, or stay (ECF Nos. 41, 47), Defendants deny that the exercise of personal jurisdiction in

this case does not offend traditional notions of fair play and substantial justice under the Due

Process Clause of the United States Constitution.  Defendants deny any remaining allegations in

Paragraph 48.

**ALLEGATION NO. 49:**

Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims in this Complaint occurred in this District and, as discussed above, because Defendants are subject to the Court's personal jurisdiction in this District.

**ANSWER:** Paragraph 49 asserts legal conclusions, to which no response is required.  To the

extent a response is required, as set forth in Defendants' briefing on their motion to dismiss,

transfer, or stay (ECF Nos. 41, 47), Defendants deny that venue is proper in the District of

Columbia in this case.  Defendants further deny that a substantial part of the events giving rise to

the claims in the Complaint occurred here or that Plaintiffs have adequately pled or established

personal jurisdiction over Defendants in the District of Columbia in this case.  Defendants further

deny any remaining allegations in Paragraph 49.

## RESPONSES TO PLAINTIFFS' ALLEGED FACTS

I.  **John Poulos injects digital technology into elections, making ballots more vulnerable to cyberattacks.**[1]

**ALLEGATION NO. 50:**

Until the defamatory attacks starting after the 2020 election, Dominion was a thriving voting technology company.  In 2002, Dominion CEO John Poulos came up with an idea to help people with vision impairments vote independently on paper ballots, so he founded a business out of his basement in Toronto as Dominion Voting Systems Corporation.  From the beginning, Dominion's objective has been accurate, transparent, and accessible elections.  All Dominion systems are capable of producing paper records and are 100% auditable, with testing, reviews, audits, and recounts subject to oversight and verification by all political parties.  Indeed, Dominion has been at the forefront of developing the technology to produce auditable paper records.  Dominion was, until recently, one of the fastest-growing technology companies in North America.  While Dominion was known within the voting machine industry and supplied machines in 28 states, it was little-known to the public at large.

**ANSWER:** Defendants deny the allegations in Paragraph 50.

**ALLEGATION NO. 51:**

As it grew, Dominion developed technology to solve many of the technical and voter-intent issues that came to light as a result of the 2000 election.  Its systems are certified under standards promulgated by the U.S. Election Assistance Commission ("EAC"), which is located in Washington, D.C., reviewed and tested by independent testing laboratories accredited by the EAC, and were designed to be auditable and include a paper ballot backup to verify results.

**ANSWER:** Defendants deny the allegations in Paragraph 51.

**ALLEGATION NO. 52:**

Dominion Voting Systems Corporation procured its first U.S. contract in July 2009, to provide voting machine technology to over 50 counties in the state of New York.  After procuring that contract, Dominion Voting Systems Corporation established a New York office, hired 20 employees, set up a manufacturing supply in New York, and by the end of July, incorporated a subsidiary company, Dominion Voting Systems, Inc., in Delaware. Poulos voluntarily worked with the Committee on Foreign Investment in the United States ("CFIUS") to ensure it knew who

---

[1] The headings used by Plaintiffs in the Complaint are inaccurate; to the extent a response to those erroneous headings is required, Defendants deny them.  Defendants have provided alternative headings that are consistent with the facts.

he was and who was invested in Dominion. For the next several years, Dominion's systems were manufactured in the State of New York.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 52 and therefore deny them.

## ALLEGATION NO. 53:

In June 2010, Dominion relocated its headquarters to Denver, Colorado. Dominion continues to maintain an office and significant operations in New York to this day, and the State of New York remains Dominion's longest-standing and second most valuable customer (behind Georgia).

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 53, in part because it is unclear which Dominion entity the

allegation is referring to, and therefore deny them.

## ALLEGATION NO. 54:

Today, Dominion's business is organized as US Dominion, Inc. and its two wholly- owned subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 54 and therefore deny them.

## ALLEGATION NO. 55:

Dominion contracts with state and local governments to provide its voting systems and services in a majority of states across the country. Those contracts typically have multi-year terms and range in value from tens of thousands of dollars to over a hundred million dollars, depending on the jurisdiction and scope of the contract. Given the nature of the U.S. election system and the voting services industry, Dominion's contracts have historically been long-term with high renewal rates. As of the 2020 election, Dominion had contracts to provide voting machine technology in 28 states including, for example, the more than 50 counties in New York.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 55, in part because it is unclear which Dominion entity the

allegation is referring to, and therefore deny them.

**ALLEGATION NO. 56:**

Dominion does not run elections—local election officials run them. Dominion voting machines are used by election officials to accurately tabulate votes from county-verified voters using a durable paper ballot controlled and secured by those local election officials.  In other words, what Dominion voting machines do is ***count paper ballots***, and in that process ***create a fully auditable paper trail*** that allows for complete hand recounts to confirm and verify election results.

**ANSWER:** Defendants lack sufficient information to form a belief as to the truth of the allegations

in Paragraph 56, in part because it's unclear what Dominion entity this allegation refers to, thus

Defendants deny the allegations.  Defendants further deny that all Dominion entity software and

hardware just counted paper ballots, and did nothing else, or that all Dominion entity software and

hardware has always created a fully auditable paper trail allowing for complete hand recounts to

confirm and verify elections.

**ALLEGATION NO. 57:**

By objective measures, the performance of Dominion's machines was a huge success in the 2020 election because they accurately counted the votes in literally thousands of different jurisdictions in challenging circumstances.  Across the jurisdictions using Dominion voting machines—in the midst of a pandemic—hand audits conducted as part of the vote certification process repeatedly confirmed the accuracy of the Dominion machine vote tallies.  As President Trump's own Attorney General William Barr stated, Dominion's machines were just "counting machine[s], and they save everything that was counted.  So you just reconcile the two.  There had been no discrepancy reported anywhere, and I'm still not aware of any discrepancy."

**ANSWER:** Defendants deny the allegations in the first two sentences of Paragraph 57.

Defendants admit that Attorney General William Barr was quoted as having made the statement

in Paragraph 57, but Defendants lack sufficient information to form a belief about whether he

actual said what is quoted.   Defendants further deny that the quoted statement is complete, accurate, or fair.

**FOOTNOTE NO. 70:**

Jonathan D. Karl, *Inside William Barr's Breakup with Trump*, The Atlantic (June 27, 2021), https://www.theatlantic.com/politics/archive/2021/06/william-barrs-trump-administration-  attorn ey-general/619298/.

**ANSWER:**   The article speaks for itself, thus no response is required.   To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

## II.        OAN establishes itself as a trustworthy news source willing to cover all sides of an issue.

**ALLEGATION NO. 58:**

　　　　Founded in 2013 by Robert Herring, Sr., OAN to this day promises its viewers "straight news, no opinion."  Leading up to and after Donald Trump's election to the presidency in 2016, OAN "rallied behind Mr. Trump," and "its coverage increasingly shifted to cheerleading on behalf of the president and his administration."  Trump took notice.  On Twitter and at public events, Trump began promoting OAN "as a preferable alternative to Fox News."  In the cable news market, OAN was a new player, and it leaned into its symbiotic relationship with Trump to gain viewers. In 2019, the press called OAN "something of a surprise competitor for Trump's long-touted favorite and massive conservative mainstay, Fox News."

**ANSWER:**   Defendants admit that OAN is a trustworthy news network that provides credible, honest, unbiased reporting, as well as commentary.   Defendants admit that OAN accurately reported on positive events that occurred during the Trump Administration that some media outlets ignored, which President Trump appeared to appreciate.   Defendants admit that President Trump was and is an OAN viewer and tweeted about OAN.   The remaining allegations in Paragraph 58

are quotes that speak for themselves, thus no further response is required.  To the extent further response is nevertheless required, Defendants deny the remaining allegations of Paragraph 58.

**FOOTNOTE NO. 71:**

Marc Fisher, *An Inside Look at One America News, the Insurgent TV Network Taking 'Pro-Trump' to New Heights*, Wash. Post (July 5, 2017), https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-heights/2017/07/05/7475f0a4-4fa2-11e7-91eb-9611861a988f_story.html.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NOS. 72 AND 73:**

Michael Grynbaum, *One America News, the Network That Spreads Conspiracies to the West Wing*, N.Y. Times (June 9, 2020), https://www.nytimes.com/article/oann-trump.html.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NOS. 74 AND 75:**

Ellen Cranley, *Trump Favorite One America News Has Been Called 'Paid Russian Propaganda' — This Is What Happened When I Watched It For A Week*, Business Insider (Oct. 28, 2019), https://www.businessinsider.com/one-america-news-donald-trump-news-network-2019-10.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 59:**

To attract even more viewers, OAN began airing even more content aligned with President Trump's views.  OAN regularly airs specials and commercials honoring President Trump and publicizing his political stances.  For example, in October 2019, OAN aired a "Special Report" with Correspondent Pearson Sharp that was described in the press as "30-minute commercial that presents cherry-picked pictures and talking points to tout how Trump is apparently leading the most victorious administration in US history."  Another 48-minute OAN special titled "Trump: Legacy of a Patriot" is featured on oann.com and OAN's streaming platforms.

**ANSWER:**  Defendants admit that OAN accurately reported on positive events that occurred during the Trump Administration that some media outlets ignored.  Defendants further admit that OAN aired a special report by Pearson Sharp in October 2019, but Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations how others may have interpretated that program.  Defendants admit that OAN aired a 48-minute special titled "Trump: Legacy of a Patriot."  Defendants deny any remaining allegations of Paragraph 59.

**FOOTNOTE NO. 76:**

*Trump – Legacy Of A Patriot*, One America News Network (Jan. 20, 2021), https://www.oann.com/trump-legacy-of-a-patriot/.

**ANSWER:**  The OAN report speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the OAN report was published.

**ALLEGATION NO. 60:**

As one former OAN employee put it:  "In short order, it became the rule — we run all favorable Trump stories, and we carry all Trump rallies live in their entirety."  This created a news network that was "tailored" to the Trump Presidency:  "a platform to defend the president against his critics, air grievances against his opponents, and launch a whirlwind of misleading claims that feed a far-right 24-hour news cycle."

**ANSWER:** Defendants admit that the allegedly quoted statements were published but lack sufficient information to form a belief as to whether the statements were actually made, thus

Defendants deny they were made.  Defendants further deny that the statements as allegedly quoted are accurate and thus deny them.  Defendants deny any remaining allegations of Paragraph 60.

**FOOTNOTE NOS. 77 AND 78:**

Alex Woodward, *Behind the scenes at OAN: The TV network where Trump is always right*, The Independent (Oct. 9, 2020), https://www.independent.co.uk/news/world/americas/us-election/oan-trump-chanel-rion-one-america-news-network-journalists-b860699.html.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 61:**

OAN's strategy worked. As OAN touted more and more President Trump-inspired content, President Trump continued to promote OAN on social media and at public events.  In 2019, the year before the Presidential Election, OAN was "poised to take the spot of Trump's favorite" cable news network.

**ANSWER:** Defendants admit that OAN accurately reported on positive events that occurred during the Trump Administration that some media outlets ignored, which President Trump appeared to appreciate.  Defendants admit that President Trump was and is an OAN viewer and tweeted about OAN.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations regarding President Trump's favorite cable news network.  Defendants deny any remaining allegations of Paragraph 61.

**FOOTNOTE NO. 79:**

Ellen Cranley, *Trump Favorite One America News Has Been Called 'Paid Russian Propaganda'—This Is What Happened When I Watched It For A Week*, Business Insider (Oct. 28, 2019), https://www.businessinsider.com/one-america-news-donald-trump-news-network-2019-10.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 62:**

The election was a turning point for OAN.  Prior to the 2020 Presidential Election, President Trump would occasionally criticize Fox for what he perceived as insufficient support, such as for Fox polls showing him behind in the Presidential race or Fox airing an interview with a Democrat.  On January 28, 2020, President Trump tweeted, "So, what the hell has happened to @FoxNews.  Only I know!  Chris Wallace and others should be on Fake News CNN or MSDNC.  How's Shep Smith doing?  Watch, this will be the beginning of the end for Fox, just like the other two which are dying in the ratings."

**ANSWER:**  Defendants deny that the 2020 Presidential Election marked a turning point for OAN.

Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations regarding President Trump's behavior with respect to Fox.  Defendants admit the existence of President Trump's January 28, 2020 tweet, and state that the tweet speaks for itself.

Defendants deny any remaining allegations of Paragraph 62.

**FOOTNOTE NO. 80:**

Donald J. Trump (@realDonaldTrump), Twitter (Jan. 28, 2020, 10:44 AM), *previously available* at https://twitter.com/realdonaldtrump/status/1222183788924502017 [https://www.thetrumparchive.com].

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 63:**

"Shep Smith" refers to Shepard Smith, a former Fox anchor who left the network in 2019 in the middle of his long-term contract after criticism from Trump.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 63 and therefore deny them.

**ALLEGATION NO. 64:**

As the 2020 Presidential Election approached, President Trump repeatedly asserted that either he would win, or the election would be stolen from him via fraud. In President Trump's own words: "the only way we're gonna lose this election is if the election is rigged" and there "is massive fraud."

**ANSWER:** Defendants admit the allegations in Paragraph 64.

**FOOTNOTE NO. 81:**

Morgan Chalfant, *Trump: "The only way we're going to lose this election is if the election is rigged"*, The Hill (Aug. 17, 2020, 7:22 PM), https://thehill.com/homenews/administration/512424-trump-the-only-way-we-are-going-to-lose-this-election-is-if-the.

**ANSWER:** The article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NO. 82:**

The Hill, Trump: "*The only way we can lose in my opinion is massive fraud*", YouTube (Oct. 26, 2020), https://www.youtube.com/watch?v=Rt6nCZRKChE.

**ANSWER:** The video speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the video was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 65:**

President Trump also drew a line in the sand: if he lost, his supporters must either agree with him that the election was rigged or else face the consequences. For example, President Trump would later fire Christopher Krebs, whom he had appointed as director of the Cybersecurity and Infrastructure Security Agency ("CISA") in charge of overseeing online security for the election, when Krebs dared to rebut President Trump's claims of fraud in the 2020 election. Later, Trump Campaign attorney Joe DiGenova stated that Krebs "should be drawn and quartered. Taken out at dawn and shot." Trump also raised firing Attorney General William Barr in a December 12, 2020 meeting, just days after Barr publicly announced that the Department of Justice had found "no

voter fraud that could overturn election." Three days after that meeting, Barr resigned. Other Republicans and Trump supporters like Georgia Secretary of State Raffensperger and Georgia Governor Kemp who dared to defy Trump and acknowledge the true reality—that President Trump lost the 2020 election fair and square—likewise felt Trump's public wrath.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 65 regarding President Trump's state of mind and therefore deny them. Defendants admit that President Trump fired Christopher Krebs from his position as director of CISA, but Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 65 regarding President Trump's motivations in doing so. Defendants admit that Joe DiGenova made the quoted statement about Krebs. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 65 regarding President Trump raising the firing of Attorney General William Barr in a December 12, 2020 meeting. Defendants admit that Barr resigned on December 15, 2020. Defendants deny the remaining allegations in Paragraph 65.

**FOOTNOTE NO. 83:**

Christopher Krebs, *Opinion: Trump fired me for saying this, but I'll say it again: The election wasn't rigged*, Wash. Post (Dec. 1, 2020, 5:23 PM), https://www.washingtonpost.com/opinions/christopher-krebs-trump-election-wasnt-    hacked/ 2020/12/01/88da94a0-340f-11eb-8d38-6aea1adb3839_story.html.

**ANSWER:** The editorial speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that the editorial was published.

**FOOTNOTE NOS. 84 AND 85:**

Jim Acosta et al., *Trump attorney issues call for violence against truth-telling former election cybersecurity official*, CNN (Dec. 1, 2020), https://www.cnn.com/2020/11/30/politics/joe-digenova-attorney-trump-campaign-chris-krebs-violence/index.html.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 86:**

Anthony Zurcher, *US attorney general finds 'no voter fraud that could overturn election*', BBC (Dec. 2, 2020), https://www.bbc.com/news/world-us-canada-55153366.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**FOOTNOTE NO. 87:**

Noah Feldman, *Bill Barr Quit. What Finally Spooked Him?*, Bloomberg (Dec. 15, 2020), https://www.bloomberg.com/opinion/articles/2020-12-15/william-barr-has-resigned-what-finally -spooked-him.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

**FOOTNOTE NO. 88:**

Amara Walker, *Family of Georgia's Secretary of State Was Still Getting Death Threats Months After Election*, Report Says, CNN (June 11, 2021, 8:46 PM), https://www.cnn.com/2021/06/11/politics/georgia-raffensperger-family-death-threats-election/in dex.html; Jacob Knutson, *Georgia Gov. Kemp Says Pro-Trump Conspiracy Theorists Have Threatened His Family*, Axios (Dec. 18, 2020), https://www.axios.com/georgia-gov-kemp- trump-death-threats-19be75f5-0b03-417f-b55a-0a72ec9ac193.html.

**ANSWER:**  The articles speak for themselves, thus no response is required.  To the extent a response is required, Defendants admit only that the articles were published but deny that they were complete, accurate, or fair.

**ALLEGATION NO. 66:**

At the same time that President Trump was laying the groundwork for a preconceived "fraud" narrative to excuse an election loss, news organizations—including OAN—widely reported that election officials were expecting record-shattering mail-in voting because of concerns over the ongoing coronavirus pandemic. News organizations—again including OAN—also reported that this mail-in voting was widely expected to be much more heavily weighted in favor of Democrats than the overall electorate, in significant part because prominent Republicans, including President Trump, were consistently encouraging supporters to avoid voting by mail and instead vote in person on Election Day.

**ANSWER:** Defendants deny that OAN was involved in any alleged preconceived "fraud" narrative to excuse a loss by President Trump. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 66 regarding what other news organizations did and therefore deny them. Defendants further lack sufficient information or knowledge to form a belief as to the truth of the allegations related to supposed reporting done by OAN because Plaintiffs have failed to identify any specific reporting. Defendants deny any remaining allegations in Paragraph 66.

**ALLEGATION NO. 67:**

On Election Day morning—before any votes had even been tallied—OAN broadcast a segment featuring Sidney Powell, in which Powell claimed that Democrats were trying to "steal the vote" from Trump and that "they ha[d] developed a computer system to alter votes electronically."

**ANSWER:** Defendants admit that the referenced segment was aired on Election Day and state that the segment speaks for itself. Defendants deny that the allegations completely, accurately, or fairly characterize OAN's reporting and commentary. Defendants deny any remaining allegations in Paragraph 67.

**FOOTNOTE NO. 89:**

*Sidney Powell: Dems will use 'lawfare' to alter election*, One America News Network (Nov. 3, 2020), available at https://www.youtube.com/watch?v=Vh5U_6apzvI&feature=emb_logo.

**ANSWER:**  The video speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the newsworthy video was published.

**ALLEGATION NO. 68:**

In other words, well before any false claim that Dominion machines had switched votes, OAN predicted and understood precisely what would actually happen during the first week of November 2020:  early vote tallies would lean in favor of then-President Trump, whereas later vote tallies would favor now-President Joe Biden.  However, OAN would, with the help of those like Powell, flip the script on that reality to push its preconceived narrative that Biden's predicted comeback was the result of Dominion rigging the election.

**ANSWER:**  Defendants deny the allegations in Paragraph 68.

**ALLEGATION NO. 69:**

OAN seized a prime opportunity to brag about and capitalize on its burgeoning status as the favored network of President Trump and his loyalists on Election Day when Fox News became the first major news network to project that President Trump had lost the battleground state of Arizona.

**ANSWER:**  Defendants deny the allegations in Paragraph 69.

**ALLEGATION NO. 70:**

President Trump was reportedly "fuming" when he learned that Fox had called Arizona for Biden, and his camp was quick to turn against Fox.  Almost immediately after Fox's Arizona call, President Trump's son-in-law Jared Kushner called Fox founder and Chairman Rupert Murdoch to complain.  Less than thirty minutes after Fox had called Arizona, President Trump's political advisor Jason Miller attacked Fox on Twitter, writing:  "@FoxNews is a complete outlier in calling Arizona, and other media outlets should not follow suit.  There are still 1M+ Election Day votes out there waiting to be counted — we pushed our people to vote on Election Day, but now Fox News is trying to invalidate their votes!"



**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 70 regarding President Trump's mindset and the actions of President Trump and his "camp" and therefore deny them.  Defendants admit that the tweet in Paragraph 70 was published to Jason Miller's Twitter feed and state that the tweet speaks for itself.  Defendants deny any remaining allegations in Paragraph 70.

**FOOTNOTE NO. 90:**

Jason Miller (@JasonMillerinDC), Twitter (Nov. 3, 2020, 11:47 PM), https://twitter.com/JasonMillerinDC/status/1323849305917186050.

**ANSWER:** The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 71:**

Republican National Committee spokesperson Liz Harrington similarly attacked Fox on Twitter:  "Call GA, NC, and TX, you HACKS! Retract AZ!"

**ANSWER:** Defendants admit that the tweet in Paragraph 71 was published to Liz Harrington's Twitter feed and state that the tweet speaks for itself.

**FOOTNOTE NO. 91:**

Liz Harrington (@realLizUSA), Twitter (Nov. 3, 2020, 11:52 PM), https://twitter.com/realLizUSA/status/1323850485699432450.

**ANSWER:** The tweet speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 72:**

This changed media dynamic—that Fox was losing viewers and that its rivals were trying to capitalize—was evident immediately. The morning after the election, Newsweek reported: "Conservatives and the Trump administration have railed against Fox News after the network called Arizona for Joe Biden." As was widely reported, Fox News was "facing real, sustained competition from the right," including from OAN, "for the first time in its history."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 72 that Fox was losing viewers. Defendants admit that Paragraph 72 accurately quotes the cited *Newsweek* article, but notes that the article makes no reference to OAN. Defendants further admit that admit that Paragraph 72 accurately quotes the cited *New Republic* article but deny that it completely, accurately, or fairly characterizes the relevant facts. Defendants deny any remaining allegations in Paragraph 72.

**FOOTNOTE NO. 92:**

Emma Nolan, *Conservatives Turn Against Fox News Over Election Coverage, Change Channel to Newsmax*, Newsweek (Nov. 4, 2020, 3:55 AM), https://www.newsweek.com/fox-news-arizona-biden-filpped-newsmark-trump-1544688.

**ANSWER:** The article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

**FOOTNOTE NO. 93:**

Alex Shepard, *Fox News Is in Trouble*, The New Republic (Dec. 10, 2020), https://newrepublic.com/article/160505/fox-news-met-match.

**ANSWER:** The article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, or fair.

III.     **November 5-7, 2020: While some sources make premature proclamations about the integrity of the election, President Trump begins to make newsworthy claims of fraud.**

**ALLEGATION NO. 73:**

As it became evident in the days after the election that President Trump might lose, false (though vague) claims of election fraud began to emerge. At this early point, these claims did not yet expressly connect Dominion to the false allegations.

**ANSWER:** Defendants deny the allegations in Paragraph 73.

**ALLEGATION NO. 74:**

The media began to widely report that the preconceived narrative about election fraud had not come true—and that any suggestions otherwise were based on misinformation. Thus, before Fox, OAN, or anyone else began broadcasting defamatory false statements about Dominion, OAN knew that no credible claim of fraud existed.

**ANSWER:** Defendants deny the allegations in Paragraph 74. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).

**ALLEGATION NO. 75:**

As early as November 5, the Wall Street Journal reported about the "misinformation about vote counting" that was "coming from prominent public figures with massive followings" and the "wild allegations" that "the election is being stolen." These false conspiracy theories led Facebook "to limit the spread of false and possibly dangerous content," taking down the "Stop the Steal" group that had amassed hundreds of thousands of members around false claims of election fraud.

The article also noted that CISA "tweeted earlier Thursday about the robust safeguards in place to ensure a fair and accurate election."

**ANSWER:** Defendants admit that *The Wall Street Journal* published the cited article and that the quoted statements come from that article, but Defendants deny that the statements in the article completely, accurately, or fairly characterize the relevant facts. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations regarding the actions of Facebook and CISA and therefore deny them. Defendants deny any remaining allegations in Paragraph 75.

**FOOTNOTE NOS. 94, 95, AND 96:**

Jeff Horwitz et al., *Facebook Imposes Limits on Election Content, Bans 'Stop the Steal' Group*, Wall St. J. (Nov. 5, 2020, 10:26 PM), https://www.wsj.com/articles/facebook-takes-down-group-organizing-protests-of-vote-counting-11604603908.

*Id.*

*Id.*

**ANSWER:** The article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 76:**

Even the Trump Administration made clear early on that no election fraud took place. That same day of November 5, CISA posted a fact check in its "Election Security Rumor vs. Reality" section to debunk the "rumor" that a "bad actor could change election results without detection." Instead, CISA stated: "Reality: Robust safeguards including canvassing and auditing procedures help ensure the accuracy of official election results."

✅ Reality: Robust safeguards including canvassing and auditing procedures help ensure the accuracy of official election results.

❌ Rumor: A bad actor could change election results without detection.

CISA then stated: "**Get the Facts**: The systems and processes used by election officials to tabulate votes and certify official results are protected by various safeguards that help ensure the accuracy of election results. These safeguards include measures that help ensure tabulation systems function as intended, protect against malicious software, and enable the identification and correction of any irregularities." And CISA then explained in detail that "[e]very state has voting system safeguards to ensure each ballot cast in the election can be correctly counted" and "[e]very state also has laws and processes to verify vote tallies before results are officially certified," including "robust chain- of-custody procedures, auditable logs, and canvass processes. The vast majority of votes cast in this election will be cast on paper ballots or using machines that produce a paper audit trail, which allow for tabulation audits to be conducted from the paper record in the event any issues emerge with the voting system software, audit logs, or tabulation."

**ANSWER:** Defendants deny that the Trump Administration made clear early on that no election fraud took place — in fact, many in the Trump Administration made clear that they believed election fraud *had* taken place and it was these newsworthy statements about the Presidential Election that spurred OAN's reporting. Defendants admit that CISA published the cited Web posting and that the quoted statements come from that Web posting, but Defendants deny that the statements in the Web posting completely, accurately, or fairly characterize the relevant facts or speak for the Trump Administration generally. Defendants deny any remaining allegations in Paragraph 76.

**FOOTNOTE NOS. 97 AND 98:**

*Election Sec. Rumor vs. Reality Post Election*, U.S. Cybersecurity & Infrastructure Sec. Agency (Nov. 5, 2020), https://www.cisa.gov/rumorcontrol#rumor17.

*Id.*

**ANSWER:** The Web posting speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the Web posting was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 77:**

State and local officials likewise released statements confirming that the vote tallies were accurate and that the election was not rigged. On November 6, just days after the election, Michigan Secretary of State Jocelyn Benson issued a statement in response to "false claims made by Republican National Committee chairwoman Ronna McDaniel" that Dominion machines had

malfunctioned in Antrim County, Michigan—a jurisdiction that used Dominion voting machines for the election.  In the original unofficial count, user error caused a mistaken vote count in Antrim County that was quickly corrected and was not due to the Dominion machines—Dominion's tabulation of votes in Antrim County were in fact accurate right from the very first tabulation. Benson's statement made that clear:  "The erroneous reporting of unofficial results from Antrim county was a result of accidental error on the part of the Antrim County clerk.  The equipment and software did not malfunction and all ballots were properly tabulated.  Because the clerk did not update software, even though the tabulators counted all the ballots correctly, those accurate results were not combined properly when the clerk reported unofficial results.  The software did not cause a misallocation of votes; it was a result of user human error."

**ANSWER:** Defendants admit that state and local officials released statements claiming that the vote tallies were accurate and that the election was not rigged, but Defendants deny that the statements completely, accurately, and fairly characterized the relevant facts.  Defendants admit that one or more Dominion entities' voting machines were used in Antrim County, Michigan, and that Biden was declared the winner in that county even though Trump had in fact won.  Defendants further admit that Michigan Secretary of State Jocelyn Benson made the statements quoted in Paragraph 77, but deny that the statements completely, accurately, and fairly characterized the relevant facts.  Defendants deny any remaining allegations in Paragraph 77.

**FOOTNOTE NO. 99:**

MICH. S. OVERSIGHT COMM., REPORT ON THE NOVEMBER 2020 ELECTION IN MICHIGAN (Apr 9, 2021), https://misenategopcdn.s3.us-east-1.amazonaws.com/99/doccuments/20210623/SMPO_2020ElectionReport.pdf.

**ANSWER:** The statement speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the statement was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 100:**

*False claims from Ronna McDaniel have no merit*, The Office of Sec'y of State of Mich. (Nov. 6, 2020), https://www.michigan.gov/sos/0,4670,7-127-93094-544676--,00.html.

**ANSWER:**  The statement speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the statement was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 78:**

From there, public information continued to pour in confirming that the vote counts were accurate, and thus any allegations against Dominion were based on lies and misinformation. On November 7, 2020, the Associated Press reported that Dominion was not to blame for the human error in Antrim County, Michigan.  Rather, the Associated Press correctly reported that a "clerk's error" led to the reporting of unofficial voting results that favored Biden.

**ANSWER:** Defendants deny the allegations in the first sentence of Paragraph 78.  Defendants admit the Associated Press published the referenced article on November 7, 2020, but deny that the article completely, accurately, and fairly characterized the relevant facts.

**FOOTNOTE NO. 101:**

*Officials:  Clerk error behind county results favoring Biden*, Associated Press (Nov. 7, 2020) https://apnews.com/article/joe-biden-donald-trump-technology-voting-michigan-6beeef230376e75252d6eaa91db3f88f.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair.

**ALLEGATION NO. 79:**

Also on November 7, 2020, Chris Krebs, the CISA head nominated by President Trump, urged Americans to stop spreading baseless claims that minor vote counting issues indicated fraud. Krebs tweeted:  "Seeing #disinfo that some isolated voting day issues are tied to some nefarious election hacking and vote manipulation operations.  Don't fall for it and think twice before sharing!"

**ANSWER:** Defendants admit that Chris Krebs published the referenced tweet on November 7, 2020, but deny that the tweet completely, accurately, or fairly characterized the relevant facts. Defendants deny any remaining allegations in Paragraph 79.

**FOOTNOTE NO. 102:**

Ali Swenson, *Posts falsify ties between election tech firm and Democrats*, Associated Press (Nov. 10, 2020) https://apnews.com/article/election-2020-joe-biden-us-news-media-michigan-43bdaa186e3b8d9d897cae3bd0c6cdc0?utm_medium=APFactCheck&utm_campaign=SocialFlow&utm_source=Twitter.

**ANSWER:** The article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the quotes in Paragraph 79 were included in the article but deny that the article was complete, accurate, or fair.

**ALLEGATION NO. 80:**

OAN, however, understood that its growing viewer base of Trump loyalists wanted it to continue to propagate the storyline that the election had been stolen. President Trump had made the litmus test clear: either accept his narrative of election fraud, or lose his long-sought support. So OAN set about to further secure those viewers—including President Trump himself— by concocting its own alternate reality and embracing its preconceived narrative falsely blaming Dominion for President Trump's loss by rigging the election.

**ANSWER:** Defendants deny the allegations in Paragraph 80. Defendants further deny that the allegations completely, accurately, or fairly characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).

**ALLEGATION NO. 81:**

On November 7, most networks—including Fox—projected that President Trump lost the 2020 Presidential Election. But OAN refused, and instead took ownership of the alternate reality that the election was stolen from Trump despite the mountains of evidence it had that completely debunked that fantasy. OAN founder Robert Herring later trumpeted the claim—after all of the states had certified their results and Biden had won the election—that "their investigations indicate there was fraud in the voting" and promised OAN's viewers that "There will be no decision until Jan. 6, 2021"—the date the U.S. Congress would certify the election.



**ANSWER:** Defendants admit that Robert Herring published the December 16, 2020 tweet.  The

tweet speaks for itself.  Defendants lack sufficient information or knowledge to form a belief as to

the truth of the allegation that most networks declared Biden the winner on November 7, 2020,

and therefore deny them.  Defendants further deny that the allegations completely, accurately, and

fairly characterize OAN's reporting and commentary.   Defendants further deny that OAN

knowingly reported anything that was false (or engaged in reckless disregard for the truth).

Defendants deny any remaining allegations in Paragraph 81.

**FOOTNOTE NO. 103:**

Robert   Herring   (@RobHerring),   Twitter   (Dec.   16,   2020,   11:49   AM)
https://twitter.com/RobHerring/status/1339266480429416448.

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit that the tweet was published.

**ALLEGATION NO. 82:**

        The underlying reason for OAN's decision was clear:  while Fox News faced backlash and
lost viewers after it called the election for President Biden, OAN gained viewers by creating and
spreading its alternate reality about the 2020 election.

**ANSWER:** Defendants deny the allegations in Paragraph 82.

**IV.      November 8-10, 2020: The President's claims of election fraud continue to grow into one of the largest news stories in the country.**

**ALLEGATION NO. 83:**

Fox realized that in order to stem the tide and try to recover lost viewers—including the most important viewer of all, President Trump himself—it needed to go all in on the alternate reality that Trump lost because of massive election fraud.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 83 and therefore deny them.

**ALLEGATION NO. 84:**

Recognizing the mortal threat to its viewership and profits, Fox acted.  The morning of November 8—the day after it had called the election for Joe Biden—Fox began connecting Dominion with the false election fraud narrative.  Fox started by inviting Sidney Powell onto a broadcast of Sunday Morning Futures on Fox News Channel, where Powell declared that there was "a massive and coordinated effort to steal this election from We the People of the United States of America, to delegitimize and destroy votes for Donald Trump, to manufacture votes for Joe Biden," and that "the Dominion software" was to blame.  According to Powell:  "That is where the fraud took place, where they were flipping votes in the computer system or adding votes that did not exist."

**ANSWER:** Defendants admit that Fox reported about one or more Dominion entities repeatedly after the 2020 election in connection with newsworthy allegations of fraud and other election irregularities.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in the first sentence of Paragraph 84 and therefore deny them.  Defendants further lack sufficient information to form a belief about if and/or when Fox began connecting one or more Dominion entities to election fraud, thus Defendants deny those allegations.  Defendants admit Sidney Powell appeared on Fox and made the statements quoted in Paragraph 84.  Defendants deny any remaining allegations of Paragraph 84.

**FOOTNOTE NOS. 104, 105, AND 106:**

Morgan Phillips, *Trump Decries Lead that 'Miraculously' Disappeared, Urges Biden Not to 'Wrongfully Claim' White House*, Fox News (Nov. 6, 2020),

https://www.foxnews.com/politics/trump-initial-lead-miraculously-disappeared-urges-biden-not-to-wrongfully-claim-white-house.

*Id.*

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 85:**

Dominion became a convenient scapegoat precisely because 28 states used Dominion machines—including many of the contested battlegrounds.  And even in jurisdictions that did not use Dominion machines—such as in Philadelphia—Dominion became an easy target because its machines were used in so many other highly contested jurisdictions—including in Georgia, Michigan, Wisconsin, Arizona, and other parts of Pennsylvania.  Casting Dominion as the perpetrator of the fraud provided a way to explain why President Trump lost.

**ANSWER:** Defendants deny the allegations of Paragraph 85.

**ALLEGATION NO. 86:**

Even as Fox began to connect Dominion with the false claims of fraud, the facts continued to demonstrate the accuracy of the Dominion machines.  On November 9, 2020, Maricopa County, Arizona, completed a hand audit of paper ballots as required by state law that showed a 100% match with the counts from the Dominion machines used in Maricopa County. The count was overseen by Republican, Libertarian, and Democratic officials.  The results were widely reported.

**ANSWER:** Defendants admit that an audit was completed in Maricopa County, Arizona on November 9, 2020, but deny that the allegations in Paragraph 86 completely, accurately, or fairly characterize the results of the audit.  Defendants deny the remaining allegations of Paragraph 86.

**FOOTNOTE NO. 107:**

*2020 General Election Hand Count Results Summary of Hand Count Audits – 2020 General Election*, Sec'y of State of Ariz. (Nov. 17, 2020, 4:54 PM), https://azsos.gov/election/2020-general-election-hand-count-results.

**ANSWER:**  The audit results speak for themselves, thus no response is required.  To the extent a response is required, Defendants admit only that the audit results were published but deny that they were complete, accurate, or fair.

**ALLEGATION NO. 87:**

Also on November 9, 2020, Georgia Voting System Implementation Manager Gabriel Sterling held a press briefing where he rebutted inaccurate claims made about an update to machines on the eve of the election, confirming that "nothing was done to the . . . system after [October 31]," when voter files were updated as part of normal procedure.  He explained that claims of voter fraud were "nonsense.  Don't buy into these things.  Find trusted sources."

**ANSWER:** Defendants admit that the referenced press briefing occurred and that the quoted statements were made at the press briefing, but Defendants deny that the press briefing completely, accurately, and fairly characterized the relevant facts.  Defendants deny any remaining allegations of Paragraph 87.

**FOOTNOTE NO. 108:**

Georgia Voting System Implementation Manager Gabriel Sterling, *News Conference on Georgia Vote Count*, C-SPAN (Nov. 9, 2020), https://www.c-span.org/video/?477943-1/news-conference-georgia-vote-count.

**ANSWER:**  The press conference speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the press conference occurred but deny it completely, accurately, and fairly addressed the relevant facts.

**ALLEGATION NO. 88:**

On November 10, 2020, the New York Times reported:  "Election officials in dozens of states representing both political parties said that there was no evidence that fraud or other irregularities played a role in the outcome of the presidential race . . ." The Times contacted the offices of the top election officials in every state.   Notably, all 29 Republican secretaries of state were surveyed, most responding directly to the Times.  None reported any major voting issues, refusing to back up claims of a fraudulent election.

**ANSWER:** Defendants admit that the referenced article was published and that the quoted statements were part of the article, but Defendants lack sufficient information to form a belief as

to what *The New York Times* actually did, what secretaries of state were allegedly surveyed, what those secretaries of state did in response to any such surveys, or what those secretaries of state refused or didn't refuse to do.  Defendants further deny that the article completely, accurately, and fairly characterized the relevant facts.  Defendants deny any remaining allegations of Paragraph 88.

**FOOTNOTE NO. 109:**

Nick Corasaniti et al., *The Times Called Officials in Every State:  No Evidence of Voter Fraud*, N.Y. Times (Nov. 10, 2020) https://www.nytimes.com/2020/11/10/us/politics/voting-fraud.html.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, or fairly addressed the relevant facts.

**ALLEGATION NO. 89:**

Also on November 10, the Associated Press reported in a Fact Check:  "As poll workers tallied votes from the U.S. presidential election, many social media users interpreted a clerk's error in a small, Republican-leaning Michigan county as vote-rigging because it wrongly favored Joe Biden before being fixed.  A week later, that misinterpreted mistake has snowballed ***into a deluge of false claims*** that Democrats have deep ties to Dominion Voting Systems, the company that supplies election equipment to Michigan and dozens of other states nationwide."

**ANSWER:** Defendants admit that the referenced article was published and that the quoted statements were part of the article, but Defendants deny that the article completely, accurately, or fairly addressed the relevant facts.  Defendants deny any remaining allegations in Paragraph 89.

**FOOTNOTE NOS. 110 AND 111:**

Ali Swenson, *Posts falsify ties between election tech firm and Democrats*, Associated Press (Nov. 10, 2020) https://apnews.com/article/election-2020-joe-biden-us-news-media-michigan-43bdaa186e3b8d9d897cae3bd0c6cdc0?utm_medium=APFactCheck&utm_campaign=SocialFlow&utm_source=Twitter (emphasis added).

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, or fairly addressed the relevant facts.

**ALLEGATION NO. 90:**

In that same "Fact Check," the Associated Press again reported that "Dominion was not to blame" for the initial user error in the Antrim County, Michigan count, "according to the Michigan Department of State."  Antrim County Clerk Sheryl Guy confirmed there was no malfunction of the Dominion machines in Antrim County:  "There was no malice, no fraud here, just human error."

**ANSWER:**  Defendants admit that the referenced article was published and that the quoted statements were part of the article, but Defendants deny that the article completely, accurately, or fairly addressed the relevant facts.  Defendants deny any remaining allegations of Paragraph 90.

**ALLEGATION NO. 91:**

Also on November 10, 2020, Kansas Secretary of State Scott Schwab declared:  "Kansas did not experience any widespread, systematic issues with voter fraud, intimidation, irregularities or voting problems.  We are very pleased with how the election has gone up to this point."  Kansas used Dominion machines during the 2020 election.

**ANSWER:**  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 91 and therefore deny them.

**FOOTNOTE NO. 112:**

Sonja     Pickles     (@PicklesSonja),     Twitter     (Nov.     10,     2020,     4:29     PM), https://twitter.com/PicklesSonja/status/1326321159651135488.

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the tweet was published but deny that it completely, accurately, or fairly addressed the relevant facts.

**ALLEGATION NO. 92:**

In short, in the days following the election, the public record was replete with evidence confirming that the election was a success, that there was no fraud, and that Dominion did not "rig" the election or "switch" any votes.  This information was echoed by state and local officials,

confirmed by recounts and audits, reported widely by the media, and even endorsed by the Trump Administration.

**ANSWER:** Defendants deny the allegations in Paragraph 92.

**V.      November 9-12, 2020: OAN begins to publish some of its ongoing reporting and commentary on flawed voting machines and software.**

**ALLEGATION NO. 93:**

For Fox, the false narrative about Dominion provided a lifeline.  It allowed Fox to reassert itself in its viewership battle with OAN and Newsmax.  So in the following days, Fox only increased the intensity and frequency of its defamation campaign.  Despite the highly publicized mountain of evidence proving that the 2020 election was safe, secure, and accurately tabulated, including specifically by Dominion machines, Fox persisted in forming and perpetuating its alternate reality that Dominion rigged the election and stole it from Trump.

**ANSWER:** Paragraph 93 alleges a legal conclusion about alleged defamation, thus no response is required.   To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 93 about the intentions of Fox and therefore deny them.  Defendants further deny any implication in Paragraph 93 that they engaged in any "false narrative" about any Dominion entity, much less knowing falsity or reckless disregard for the truth regarding any Dominion entity.  Defendants further deny that there could have been "a mountain of evidence providing that the 2020 election was safe, secure, and accurately tabulated" only about a week after this massively complex election had occurred and Defendants further assert that any claims to the contrary are alarming and deeply suspicious. Defendants deny any remaining allegations in Paragraph 93.

**ALLEGATION NO. 94:**

At this point, OAN faced a choice.  It could engage in a battle of lies with Fox and Newsmax—each attempting to outdo the other with outlandish and false statements.  Or it could tell the truth by rejecting these demonstrably false claims about Dominion.

**ANSWER:** Defendants deny the allegations in Paragraph 94.

**ALLEGATION NO. 95:**

OAN chose to prioritize its profits over the truth.  For OAN, the facts did not matter.  What mattered was feeding the audience the alternate reality OAN had helped create and its audience now expected—even if it was spreading false information.  And the race to the bottom began in earnest, dragging Dominion down with it.

**ANSWER:** Defendants deny the allegations in Paragraph 95.

**ALLEGATION NO. 96:**

Specifically, on November 9, 2020 Chanel Rion, OAN's Chief White House Correspondent tweeted—and OAN retweeted—the false claim likening Dominion's role in the 2020 Presidential Election to one of the most significant corporate scandals in recent memory: "INVESTIGATING — Alas, just like Volkswagen would NEVER manipulate software code to FAKE low diesel emissions, Dominion would NEVER upload a last-minute software code to voting machines to FAKE low Trump votes. Just a 'glitch!'"



**ANSWER:** Defendants admit that Rion published this tweet and OAN retweeted it.  Defendants

deny that the allegations in Paragraph 96 completely, accurately, or fairly characterize the tweet.

Defendants further deny that the tweet represents any assertion of fact; rather, the tweet reflects

that the investigation continues and notes that questioning whether a company would engage in

improper conduct is appropriate given how often companies engage in improper conduct,

particularly companies involved in elections.  Defendants further respond by noting that the

language is in the subjunctive tense, reflecting that it raises a question rather than making an

unqualified allegation.  Defendants further respond by noting that this tweet cannot be viewed in

isolation under journalistic ethical standards or defamation law but should be viewed wholistically with the full context of the related news reporting and commentary.  Defendants deny any remaining allegations of Paragraph 96.

**FOOTNOTE NO. 113:**

Chanel Rion (@ChanelRion), Twitter (Nov. 9, 2020, 9:13 AM), https://twitter.com/chanelrion/status/1325818841402912768?lang=en.

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 97:**

Indeed, Herring had routinely emphasized that OAN was covering these false claims of fraud even when Fox was not.  As early as November 10, Herring tweeted:  "The MSM and @FoxNews want you to believe the election is over, but the number aren't adding up."  He then shared a video of a discredited analysis from "Dr. Shiva" that falsely accused Dominion machines of rigging the vote.



**Robert Herring**
@RobHerring

The MSM and @FoxNews want you to believe the election is over, but the number aren't adding up.

MIT PhD Analysis of Michigan Votes Reveals Unfortunate Truth of U.S. Voting Systems youtu.be /Ztu5Y5obWPk via @YouTube @OANN @realDonaldTrump



This claim about election fraud is disputed

**ANSWER:** Defendants admit that Robert Herring published this tweet.  Defendants deny that the allegations in Paragraph 97 completely, accurately, or fairly characterize the tweet.  Defendants

further deny that Robert Herring commented on anything knowing it was false or with reckless disregard for the truth; to the contrary, Robert Herring deeply believed what he wrote in this tweet, without reservation.  Defendants deny any remaining allegations of Paragraph 97.

**ALLEGATION NO. 98:**

The next day, Herring tweeted:  "I would like to thank all the people who are moving over to @OANN.  We will do our best to bring you the very best in REAL news.  We may not have the financial backing that @FoxNews does, but we're very proud of our employees and all their hard work bringing you the truth. #OANN"

**ANSWER:** Defendants admit that Robert Herring tweeted the message in Paragraph 98.

Defendants further admit that Robert Herring, in expressing these sentiments, was being honest, did not have a devious agenda, and deeply believed in everything he wrote in the tweet.

**FOOTNOTE NO. 114:**

Robert   Herring   (@RobHerring),   Twitter   (Nov.   10,   2020,   4:12   PM), https://twitter.com/RobHerring/status/1326271449045241856.

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that Robert Herring honestly and in good faith, without knowing falsity or reckless disregard for the truth, published the tweet.

**ALLEGATION NO. 99:**

And on November 12, OAN President Charles Herring tweeted:  "If you're suffering from "FOXED UP Beyond All Recognition"* syndrome, or FUBAR, @OANN is here for you! @OANN's mgmt has NOT changed.  Our vision has NOT changed. Our red, white & blue logo WILL NEVER change.  We are stepping up for you! Join us at @OANN."



> **Charles**
> @CharlesPHerring                                    ...
>
> If you're suffering from "FOXED UP Beyond All Recognition"* syndrome, or FUBAR, @OANN is here for you! @OANN's mgmt has NOT changed. Our vision has NOT changed. Our red, white & blue logo WILL NEVER change. We are stepping up for you! Join us at @OANN (*Credit to Jay Whig of AG).
>
> 9:07 AM · Nov 12, 2020 · Twitter Web App

**ANSWER:** Defendants admit that Charles Herring tweeted the message in Paragraph 99, honestly and in good faith without knowing falsity or reckless disregard for the truth.

**FOOTNOTE NO. 115:**

Charles Herring (@CharlesPHerring), Twitter (Nov. 12, 2020, 8:07 PM), (an archive of the tweet can be found here: https://web.archive.org/web/20201112150935if_/https://twitter.com/CharlesPHerring/status/1326904347301699590).

**ANSWER:** The tweet speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that Charles Herring tweeted his message, honestly and in good faith without knowing falsity or reckless disregard for the truth.

**ALLEGATION NO. 100:**

In the wake of these tweets, neither OAN, nor Powell, nor Giuliani, nor anyone else, came out with any credible evidence that Rion's statement accusing Dominion of fraud was true. To the contrary, on November 11, 2020, the New York Times published an article titled, "No, Dominion voting machines did not delete Trump votes," which quoted an election-technology expert who explained that "[m]any of the claims being asserted about Dominion and questionable voting technology is misinformation at best and, in many cases, they're outright disinformation." And by November 12, 2020, CISA—the federal agency overseeing online security for the elections and led at the time by Trump appointee Chris Krebs—confirmed that there was "no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised." This widely-reported public announcement from the Trump Administration's own experts and other

independent officials on election security clearly disproved the election-rigging lies being spread by OAN and others about Dominion.

**ANSWER:** Defendants deny the allegations in the first sentence of Paragraph 100. Defendants admit that the referenced *New York Times* article was published and admit that the quoted passage is contained in that article, but deny that the article completely, accurately, or fairly characterizes the relevant facts. Defendants admit that CISA made the quoted statement on November 12, 2020, but deny that it completely, accurately, and fairly characterizes the relevant facts, particularly given how soon after the election the statement was made (which made it implausible, deeply suspicious, and alarming). Defendants deny the remaining allegations in Paragraph 100.

**FOOTNOTE NO. 116:**

Jack Nicas, No, Dominion voting machines did not delete Trump votes, N.Y. Times (Nov. 11, 2020, 12:25 PM), https://www.nytimes.com/2020/11/11/technology/no-dominion-voting-machines-did-not-delete-trump-votes.html

**ANSWER:** The article speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the article was published but deny the article was complete, accurate, or fair.

**FOOTNOTE NO. 117:**

U.S. CYBERSECURITY & INFRASTRUCTURE SEC. AGENCY, JOINT STATEMENT FROM ELECTIONS INFRASTRUCTURE GOV'T COORDINATING COUNCIL & THE ELECTION INFRASTRUCTURE SECTOR COORDINATING EXEC. COMM. (Nov. 12, 2020), https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election

**ANSWER:** The statement speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the statement was published but deny that it was complete, accurate, fair, or reliable.

**ALLEGATION NO. 101:**

Also on November 12—the same day that OAN and the rest of the country saw CISA's publicly released its findings—OAN published a report claiming that "***Election systems across***

*the country are found to have deleted millions of votes cast for President Trump.*"   The report was based on "an unaudited analysis of data obtained from Edison Research," which OAN said showed that Dominion switched "as many as 435,000 votes from President Trump to Joe Biden" and that "another 2.7 million Trump votes appear to have been deleted by Dominion, including almost 1 million Trump votes in Pennsylvania alone."   But in actuality, the "analysis" was completely made up by an entirely unreliable and noncredible blog from the dark corner of the internet and had absolutely no basis in fact or reality.   And while OAN acknowledged on the air that those results could be "verified by hand recounts" conducted in those states, OAN rejected every single actual hand recount conducted across the country in the months after the election that proved no such vote flipping or deleting happened, and certainly not by Dominion.



**ANSWER:** Defendants admit that OAN published the quoted statements on November 12, 2020.

Defendants deny that the allegations completely, accurately, or fairly characterize OAN's reporting or commentary.   Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth), as evidenced by the fact that OAN reported on the air that results could be "verified by hand recounts."   Defendants deny the remaining allegations in Paragraph 101.

**FOOTNOTE NOS. 118 AND 119:**

Colby Hall, *Trump Goes ALL Caps Promoting OAN's Voter Fraud Conspiracy Debunked By the NY Times and Others*, Mediaite (Nov. 12, 2020), https://www.mediaite.com/election-2020/trump-

goes-all-caps-promoting-oans-voter-fraud-conspiracy-debunked-by-the-ny-times-and-others/ (Ex. 378).

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that the article was complete, accurate, fair, or reliable.

**ALLEGATION NO. 102:**

Even though this report was complete fiction, it caught the eye of President Trump, as OAN expected it would.  Seeing this report, President Trump quickly tweeted out OAN's false report to his more than 88 million followers as evidence that Dominion rigged the election and stole it from him.  Indeed, President Trump tagged Rion and OAN in the tweet so that they got credit for it.  This was not the last time that OAN manufactured a false narrative condemning Dominion for stealing the election from Trump, nor was it the last time that Trump heavily publicized OAN-manufactured "evidence" that Dominion rigged the election.



**Donald J. Trump**
@realDonaldTrump

"REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN. 941,000 TRUMP VOTES DELETED. STATES USING DOMINION VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN."
@ChanelRion @OANN

November 12th 2020

134,015 Retweets  420,299 Likes

**ANSWER:** Defendants admit that President Trump tweeted the message in Paragraph 102. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations about President Trump's motivations or the size of his Twitter following at the time of the tweet, and Defendants thus deny those allegations.  Defendants deny that the allegations completely, accurately, or fairly characterize OAN's reporting and commentary.  Defendants

further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that Rion was involved in reporting on this issue. Defendants deny the remaining allegations in Paragraph 102.

**ALLEGATION NO. 103:**

The report was immediately and publicly discredited.  Edison Research President Larry Rosin immediately stated that the firm had never created any report or made any statements about "anomalies in the voting data," and declared that "There is no evidence to support claims of widespread fraud."  As Rosin himself put it:  "Edison Research created no such report and we are not aware of any voter fraud."

**ANSWER:**  Defendants admit that Edison Research President Larry Rosin was quoted as making the statements set forth in Paragraph 103.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny the remaining allegations of Paragraph 103.

**FOOTNOTE NO. 120:**

Alec Dent, *Did Edison Research Find That Dominion Deleted Trump Votes or Switched Votes to Biden?*, The Dispatch (Nov. 12, 2020), https://factcheck.thedispatch.com/p/did-edison-research-find-that-states.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, and fairly addressed the relevant facts.

**ALLEGATION NO. 104:**

That same day, the Associated Press published a Fact Check reporting as false this claim that Dominion "deleted" Trump votes or "switched" votes from Trump to Biden, including a statement by Open Source Election Technology Institute voting technology expert Eddie Perez that there was no "systemic issue related to problems with Dominion software that would affect the tabulation of results" that he was aware of.  The report also quotes election officials, including in Pennsylvania, saying "no factual basis" exists for these charges.  As the Associated Press story stated, "There's no evidence of widespread fraud in the 2020 election, or of major problems with Dominion's systems. Election officials from both political parties have stated publicly that the election went well."  The Associated Press asked OAN to comment on its false report, and they refused.

**ANSWER:** Defendants admit that the Associated Press published what it referred to as a "Fact Check" that contained these quoted statements, including the statements attributed to Eddie Perez and election officials, but Defendants deny that these statements completely, accurately, or fairly characterize the underlying facts.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny that the Associated Press made any effort to contact OAN.  Defendants deny any remaining allegations in Paragraph 104.

**FOOTNOTE NOS. 121 AND 122:**

Ali Swenson & Amanda Seitz, AP FACT CHECK:  Trump tweets a Tall Tale of 'Deleted' Votes, Associated Press (Nov. 12, 2020), https://apnews.com/article/fact-check-trump-tweets-tall- tale-votes-13c104367924b8192b4fcecf334f7806.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, and fairly reported on the relevant facts.

**ALLEGATION NO. 105:**

The non-existent Edison "report" OAN referenced was actually an anonymous post on the pro-Trump web forum, TheDonald.com, and had no basis in reality.  To this day, OAN has not publicly acknowledged the falsity of this report, nor has it ever retracted it.  The only action OAN took was secretly removing the broadcast segment from its website.  But by then, the damage had already been done through Trump's (and others) retweets—which were entirely foreseeable and intended by OAN—and OAN moved on to other lies and debunked claims that Dominion flipped votes from Trump to Biden.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that OAN has not retracted its reporting related to the referenced report.  Defendants admit that it removed the segment from its website, but deny that it was done "secretly."  Defendants deny that any Dominion entity suffered any damage.  Defendants further deny that any alleged damages were foreseeable and intended, and

Defendants deny that they can be held responsible for statements made by others to larger audiences on social media platforms.  At all times, OAN intended to truthfully and accurately report on the newsworthy claims of voter fraud made by the President of the United States following the election.

**FOOTNOTE NO. 123:**

Ali Breland, *Trump's Latest False Fraud Claim Came From an Anonymous Internet Poster*, Mother Jones (Nov. 12, 2020), https://www.motherjones.com/politics/2020/11/trump-dominion-fraud-oann/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, or fairly addressed the relevant facts.

**FOOTNOTE NO. 124:**

Sarah Burris, *OAN forced to delete fake story about voter fraud — after Trump promotes the conspiracy theory*, Raw Story (Nov. 12, 2020), https://www.rawstory.com/2020/11/oan-forced-to-delete-fake-story-about-voter-fraud-after-trump-promotes-the-conspiracy-theory/.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, or fairly addressed the relevant facts.

**ALLEGATION NO. 106:**

That night of November 12, seeing OAN's aggressive campaign of lies against Dominion and the attention it was getting, Fox responded by renewing its defamation campaign against Dominion.

**ANSWER:** Defendant responds that the allegations in Paragraph 106 contain a legal conclusion about alleged defamation, thus no response is required.  To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 106 about why Fox did what it did and therefore deny them.  Defendants further deny that OAN engaged in an "aggressive campaign of lies" against any Dominion entity.

Defendants further deny that anyone associated with OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny any remaining allegations of Paragraph 106.

## ALLEGATION NO. 107:

Meanwhile, the mountain of evidence debunking the lies about Dominion continued to pile up.  The next day, on November 13, 2020, Michigan Chief Judge Timothy Kenny made clear that the attempts to allege fraud in the election were "***not credible***."  Chief Judge Kenny rejected an attempt by Trump allies to block the certification of the vote in Wayne County, Michigan, in *Constantino v. City of Detroit*.  Chief Judge Kenny rejected the plaintiffs' claims of election fraud and unequivocally concluded:  "Plaintiffs' interpretation of events is incorrect and not credible."

**ANSWER:** Defendants admit that Michigan Chief Judge Kenny issued the order referred to in Paragraph 107 but deny that the order completely, accurately, or fairly addresses the underlying facts.  Defendants further deny that by November 13, 2020, only a week and a half after an extremely complex election, there could have been a "mountain of evidence" debunking anything.  Defendants further deny they lied about any Dominion entity.  Defendants further deny that any of them knowingly said anything that was false (or engaged in reckless disregard for the truth).  Defendants deny the remaining allegations in Paragraph 107.

## FOOTNOTE NO. 125:

Op. & Order, *Costantino v. City of Detroit*, No. 20-014780-AW (Mich. 3rd Cir. Wyatt Cty. Nov. 13, 2020).

**ANSWER:**  The order speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the order was entered but deny that its completely, accurately, and fairly addressed the relevant facts.

**VI.**     **November 13-16, 2020: OAN continues to report on a massive newsworthy event, including coverage of statements by public officials and figures about voting machines and software of one or more Dominion entities.**

**ALLEGATION NO. 108:**

Undeterred by having had its knowingly false claims about faking Trump votes, not to mention its reliance on the Edison "report," exposed as untrue, OAN continued peddling lies about Dominion.  In fact, it took its efforts to the next level by seeking out wholly unreliable sources from the deep dark corners of the internet to help push those lies.  And when OAN did not feature an unreliable outside source to perpetrate lies about Dominion, it relied on its own reporters to fabricate lies.  In fact, OAN transformed its own Chanel Rion into one of the country's most prominent voices perpetuating falsehoods about Dominion.

**ANSWER:** Defendants deny the allegations in Paragraph 108.

**ALLEGATION NO. 109:**

OAN's campaign against Dominion entered its next level on November 13, 2020.  That day, OAN CEO Herring continued to make explicit his motivations.  Herring invited President Trump to join forces against Fox:  "Mr. President, instead of launching your own media company, I invite you to join forces with @OANN.  Conservative-friendly and dependable news is sure to 'TRUMP' Fox. @realDonaldTrump. #OANN #RealNews"



**Robert Herring**
@RobHerring

Mr. President, instead of launching your own media company, I invite you to join forces with @OANN. Conservative-friendly and dependable news is sure to 'TRUMP' Fox. @realDonaldTrump #OANN #RealNews

1:13 PM · Nov 13, 2020 · Twitter Web App

**ANSWER:** Defendants admit that Robert Herring, honestly, in good faith, without knowing falsity, and without reckless disregard for the truth, published the referenced tweet on November 13, 2020.  Defendants deny that this tweet reflected any sort of "campaign" against any Dominion

entity.  Defendants further deny the implication that Robert Herring had any nefarious motivations.

Defendants deny any remaining allegations of Paragraph 109.

**FOOTNOTE NO. 126:**

Robert    Herring    (@RobHerring),    Twitter    (Nov.    13,    2020,    1:13    PM), https://twitter.com/robherring/status/1327328825865244672?lang=en.

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit that Robert Herring published the tweet.

**ALLEGATION NO. 110:**

OAN's broadcasts followed suit.  That same night on November 13, OAN and its host Chanel Rion falsely asserted that Dominion had been "proven" to have switched votes in favor of Biden in at least three states.  After the Trump Administration forced two top Homeland Security officials to resign on November 12, 2020, in the wake of the election, OAN reported on the "major shake-ups" at the DHS Cybersecurity Division.   OAN and Rion used this latest development as an opportunity to defame Dominion.  When OAN's anchor Elma Aksalic asked Rion whether the resignations had any connection to Dominion, Rion was quick to blame Dominion for rigging the election:

> Elma Aksalic: So let me ask you this, Chanel.  Do these resignations have anything at all to do with the White House's latest look into Dominion Voting Systems?  We know that there's been a lot of reporting about that specifically.   Is there any connection there?

> Chanel Rion:  They certainly seem tied, but they're not necessarily tied to any one specific voting system.  ***When we talk about Dominion, you're talking about a system that exists—that has been operating in 28 states, proven to have actually glitched in favor of Biden in at least three states***, and so that's just one system.

**ANSWER:** These allegations include a legal conclusion about alleged defamation, thus no

response is required.  To the extent a response is required, Defendants admit that Elma Aksalic

and Chanel Rion made the quoted statements.  Defendants lack sufficient information to form a

belief as to why Homeland Security officials left the Trump Administration, thus Defendants deny

those allegations.  Defendants further deny that the allegations in Paragraph 110 completely,

accurately, or fairly characterize the relevant broadcast, news reporting, and commentary.

Defendants further deny that Aksalic or Rion made any false assertions, much less knowingly false

assertions or assertions made with reckless disregard for the truth.  Defendants deny any remaining allegations of Paragraph 110.

**FOOTNOTE NOS. 127 AND 128:**

The Tipping Point:  Election Results in Question, One America News Network (Nov. 13, 2020), https://app.criticalmention.com/app/#clip/view/518987a5-d292-4001-bde0-   95a8b9bb2999?toke n=e1bb29b2-fc08-4587-be57-88dd81ea7a3a (Ex. 379).

*Id.*

**ANSWER:**  The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the segment was published.

**ALLEGATION NO. 111:**

OAN and Rion recklessly disregarded the mountain of widely reported evidence that Dominion never switched votes in favor of Biden, and recklessly disregarded (and indeed knew) what it was reporting was false. Yet OAN kept broadcasting defamatory lies.

**ANSWER:** The allegations in Paragraph 111 include legal conclusions about alleged defamation and alleged reckless disregard for the truth, thus no response is required.  To the extent a response is required, Defendants deny the allegations in Paragraph 111.  Defendants further deny the alleged "mountain" of evidence during the relevant time period (which didn't exist).  Defendants further deny that any of them knew the relevant newsworthy assertions were false or that any of the defendants exhibited reckless disregard for the truth in relation to those newsworthy assertions. Defendants further deny that OAN (or any of the defendants, for that matter) ever broadcast "defamatory lies."  Defendants further deny any remaining allegations of Paragraph 111.

**ALLEGATION NO. 112:**

The very next day, on November 14, 2020, OAN host Chanel Rion interviewed Ron Watkins for a segment titled, "Cyber Analyst On Dominion Voting:  Shocking Vulnerabilities."

**ANSWER:** Defendants admit the allegations in Paragraph 112.

**FOOTNOTE NOS. 129 AND 130:**

Cyber Analyst On Dominion Voting:  Shocking Vulnerabilities, One America News Network (Nov. 14, 2020), previously available at https://www.oann.com/cyber-analyst-on-dominion-voting-shocking-vulnerabilities/ (an archive of the video can be found here: https://www.youtube.com/watch?v=eKcPoCNW8AA). spoke with Ron Watkins, a large systems technical analyst who has been pouring over the Dominion Systems manual.

*Id.*

**ANSWER:**  The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the segment was published.



**ALLEGATION NO. 113:**

Ms. Rion introduced Mr. Watkins as a "large systems technical analyst" in order to spread the lie that Dominion has "a pattern of switching votes from Trump to Biden."

Rion:  Dominion Voting Systems is one such software that seemed to have a pattern of switching votes from Trump to Biden.  How easily could bad actors have used Dominion to switch thousands of votes and alter an election?  County by county, the answer is shocking.  One American News spoke with Ron Watkins, a large systems technical analyst who has been pouring over the Dominion Systems manual.

**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on November 14, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately characterized this segment generally,

particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny that Rion intended to spread a lie about any Dominion entity; in fact, Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. Defendants deny any remaining allegations in Paragraph 113.

**ALLEGATION NO. 114:**

But as explained above, Ron Watkins is the farthest thing from an expert or a reliable source.

**ANSWER:** Defendants deny the allegations in Paragraph 114.

**ALLEGATION NO. 115:**

OAN and Rion then indulged yet another obvious lie about Dominion—the suggestion that Dominion machines in Philadelphia were improperly tampered with in such a way that the "entire election should be illegitimate"—despite knowing, or at a minimum recklessly disregarding, that Dominion has never supplied a voting machine used in the city of Philadelphia.  As OAN and Rion put it:

> Rion:  Working off the Dominion manual and public request documents from Pennsylvania's secretary of state, Watkins says the vulnerabilities of Dominion reside in the fact that administrative access is so easy to attain.  With administrative access comes direct access to ballots and how they are counted.
>
> . . .
>
> Watkins:  . . . [I]f say Philadelphia was storing these keys in a warehouse and they were robbed, and the only thing stolen were these keys and a laptop, then you should consider their entire election to be illegitimate because they have lost the physical security of the system, which is the most important, uh, part of information security.
>
> Rion:  And that's exactly what happened in Philadelphia just one month before the election.  USB drives and a laptop had been stolen from a key precinct in Philadelphia.  On election day, Biden overtook Trump's 800,000 vote lead in the dark of night.  According to these tabulating machines, Biden surpassed Trump by nearly 60,000 votes statewide, a lead found in one county, the county from which a thief stole USB keys and a laptop to the precinct's ballot machines the month prior.

**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on November 14, 2020 and included the quoted statements.  Defendants deny that Plaintiffs have accurately or fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny OAN and Rion made false assertions about any Dominion entity.  Defendants further deny that OAN or Rion knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny any remaining allegations in Paragraph 115.

**FOOTNOTE NO. 131:**

Cyber Analyst On Dominion Voting:  Shocking Vulnerabilities, One America News Network (Nov. 14, 2020), previously available at https://www.oann.com/cyber-analyst-on-dominion-voting-shocking-vulnerabilities/ (an archive of the video can be found here: https://www.youtube.com/watch?v=eKcPoCNW8AA).

**ANSWER:**  The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the segment was published.

**ALLEGATION NO. 116:**

Again, it was public knowledge that Dominion could have had nothing at all to do with ballot tabulation or any other aspect of the 2020 election in Philadelphia—indeed, its machines were not used in that city.

**ANSWER:** Defendants deny the allegations in Paragraph 116.

**FOOTNOTE NO. 132:**

Ali Swenson, Philadelphia does not use Dominion Voting Systems technology, Associated Press (Nov. 22, 2020), https://apnews.com/article/fact-checking-afs:Content:9798361760.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants deny that the article completely, accurately, or fairly characterizes the relevant facts.

**ALLEGATION NO. 117:**

OAN's and Rion's lies did not stop there.  Instead, OAN kept spreading lies about Dominion through Rion, who by mid-November had become the face of OAN's viral disinformation campaign about Dominion.  In another segment OAN aired on November 14, OAN and Rion continued to defame Dominion, accusing it of a "massive **swapping of data**."  OAN's Dan Ball hosted Rion as his guest on a segment called "**Exposing Voter Fraud with Chanel Rion**."  Rion continued her and OAN's campaign to destroy Dominion:

> Dominion really popped onto our radar because, just like your whistleblower exhibited in your previous interview, there are some irregularities when it comes to the data that they are sharing.  ***And one thing that we're noticing is this massive swapping of data, and we're not talking about 50 votes here or there. We're talking about swaps in the hundreds of thousands range***, we're talking about votes that only go one direction.  They go from Biden to Trump, and there's a direct correlation, and we're seeing this in data that is just absolutely alarming

> . . .

> ***The bottom line is votes were switched from President Trump to President—to now Joe Biden, and it happened in dozens of states, and it's a Dominion System software glitch that we are going to dig into***.



**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on November 14, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately or fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity. Defendants

further deny OAN and Rion made false assertions about any Dominion entity. Defendants further

deny that OAN or Rion lied, or was involved in a misinformation campaign or a campaign to

destroy Plaintiffs. Defendants further deny that any of them exhibited knowing falsity or reckless

disregard for the truth. Defendants further deny any remaining allegations in Paragraph 117.

**FOOTNOTE NOS. 133 AND 134:**

Real America with Dan Ball: Investigating Voter Fraud with Chanel Rion, One America News Network (Nov. 14, 2020), https://app.criticalmention.com/app/#clip/view/1ce55142-8ca2-4e8f-9af7-089bf5edf9d9?token=39a0275b-e88a-4da1-b06b-de6723ac765c (Ex. 380).

*Id.*

**ANSWER:** The segment speaks for itself, thus no response is required. To the extent a response

is required, Defendants admit that the segment was published.

**ALLEGATION NO. 118:**

But once again, as OAN, Rion, and Ball were all well aware, there was no "massive swapping of data" anywhere—let alone in "dozens of states." By this point in time, the press was flooded with reports that Dominion had no role in any sort of election fraud. On November 15, 2020, the Associated Press published a report debunking the false claim that election servers connected to Dominion were seized in Germany. And by November 16, 2020, fifty-nine specialists in election security had publicly and forcefully rebutted the lies about Dominion, explaining that they "have never claimed that technical vulnerabilities have actually been exploited to alter the outcome of any US election." They further explained that "***no credible evidence*** has been put forth that supports a conclusion that the 2020 election outcome in any state has been altered through technical compromise." "Anyone asserting that a U.S. election was 'rigged' is making an extraordinary claim, one that must be supported by persuasive and verifiable evidence . . . . We are aware of alarming assertions being made that the 2020 election was 'rigged' by exploiting technical vulnerabilities. However, in every case of which we are aware, these claims either have been unsubstantiated or are technically incoherent." That same day, though, President Trump tweeted: "Try watching @OANN. Really GREAT!" OAN's Dan Ball and Chanel Rion both retweeted President Trump's tweet. Dan Ball added: "Plus, our own @ChanelRion has explosive details about Dominion! Must see!"



**ANSWER:** Defendants deny that the allegations completely, accurately, or fairly characterize OAN's, Rion's, or Ball's reporting or commentary. Defendants further deny that OAN, Rion, or Ball knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that the press was flooded with reports that no Dominion-associated entity had any role in any sort of election fraud — in fact, there were an equal number of reports calling into question the security and reliability of voting machines and software associated with any Dominion entity. Defendants admit that the Associated Press published the referenced article and state that the article speaks for itself. Defendants further state that the Associated Press article has no relevance to this case because there is no allegation in this Complaint that Defendants made any statements related to the seizure of voting machines in Germany. Defendants admit that the cited article was published on November 16, 2020, but deny that it completely, accurately, or fairly addressed the relevant facts. Defendants further state that the article itself identified technical vulnerabilities that undermine confidence in the electorate. Defendants further state that so little time had passed since the election that it was impossible for an expert to have fully assessed the security and accuracy of the 2020 presidential election. Defendants admit that the quoted statements come from the referenced article, but deny that they are accurate. Defendants further state that experts' lack of awareness of specific evidence just days after the election does not mean

it did not exist.  Defendants admit that the tweets set forth in Paragraph 118 exist and the tweets speak for themselves.  Defendants deny any remaining allegations in Paragraph 118.

**FOOTNOTE NO. 135:**

Jude Joffe-Block, False reports claim election servers were seized in Germany, Associated Press (Nov. 15, 2020), https://apnews.com/article/fact-checking-9754011363.

**ANSWER:** The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published.

**FOOTNOTE NOS. 136, 137, AND 138:**

*See* Tony Adams et al., "Scientists Say No Credible Evidence of Computer Fraud in the 2020 Election Outcome, But Policymakers Must Work with Experts to Improve Confidence, Matt Blaze (Nov. 16, 2020), https://www.mattblaze.org/papers/election2020.pdf. altered through technical compromise."

*Id.*

*Id.*

**ANSWER:** The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it completely, accurately, or fairly addressed the relevant facts.

**FOOTNOTE NO. 139:**

Donald J. Trump (@realDonaldTrump), Twitter (Nov. 16, 2020, 9:06 AM), previously available at  https://twitter.com/realdonaldtrump/status/1328338630679597056 (an archive of President Trump's tweets can be found here:  Trump Twitter Archive, https://www.thetrumparchive.com (last visited June 15, 2021)).

**ANSWER:** The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**FOOTNOTE NOS. 140 AND 141:**

Chanel Rion (@ChanelRion), Twitter (Nov. 16, 2020, 9:15 AM) (an archive of the tweet can be found here:  http://web.archive.org/web/20201116205424/https:/twitter.com/chanelrion).

*Id.*

**ANSWER:** The tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 119:**

Rion likewise added:  "Tune in this weekend for my upcoming special on #Dominion."



**ANSWER:** Defendants admit the allegations in Paragraph 119.

**ALLEGATION NO. 120:**

OAN continued manufacturing a flurry of content centered on defaming Dominion, featuring Rion.  On November 17, OAN's Dan Ball again hosted Rion to continue airing falsehoods about Dominion.  Ball opened the segment by explaining the lies OAN told about Dominion the day before:

> [A] guy who tried to infiltrate Antifa and during his undercover operation, figuring out more about Antifa, he learns about *this guy who's the head of security for Dominion and how he's connected with Antifa and pretty much says he's got an insurance plan to make sure Trump doesn't win.*

**ANSWER:** The first sentence of Paragraph 120 states a legal conclusion about alleged defamation to which no response is required.  To the extent a response is required, Defendants deny that OAN and Rion intended to, or did, defame any Dominion entity.  Defendants state that the segment quoted in Paragraph 120 speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on November 17, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately or fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the

transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants

further deny OAN and Rion made false assertions about any Dominion entity.  Defendants further

deny any remaining allegations in Paragraph 120.

**FOOTNOTE NO. 142:**

Democrats in Bed with Dominion, One America News Network (Nov. 17, 2020), https://app.criticalmention.com/app/#clip/view/2bc3020e-2f14-4525-b635-36b0e39e0934?token =77d8b679-c7d2-4315-9468-5a13188bd472.

**ANSWER:**  The segment speaks for itself, thus no response is required.  To the extent a response

is required, Defendants admit that the segment was published.

**ALLEGATION NO. 121:**

That statement, about former Dominion employee Eric Coomer, is completely false and baseless, as OAN's rival network Newsmax admitted in an apology to Coomer in late April 2021. Rion also addressed Dan Ball's allegations regarding Eric Coomer, noting that Coomer's profile had been deleted and reporting that Dominion employees were "scrubbing their affiliation with Dominion right now, know that we are looking into this this very second."  By concealing the material fact that Dominion employees were deleting or locking down their public profiles ***because they had been receiving death threats as a result of the Defendants' lies***, OAN intended to and did deceive its viewers into thinking that Dominion employees were "scrubbing their affiliation with Dominion" because they had done something wrong.  Ball closed the segment by asserting that OAN's coverage of Dominion "***should scare the living hell out of every American out there period that this election and this voting system were compromised at the highest level by people put in charge of making it a free election.***"



**ANSWER:** Defendants deny that the statements about one or more Dominion entities' former Director of Strategy and Security, Eric Coomer, were false or baseless.  In fact, discovery in a separate lawsuit brought by Coomer demonstrates that the phone call that formed the basis for these allegations likely did happen.  Defendants admit that Newsmax chose to issue an apology to Coomer in April 2021, but deny that it was necessary or appropriate for Newsmax to do so and note that Newsmax likely did so via settlement without any admission.  Defendants further state that the fact of an apology by Newsmax has no bearing on the truth of statements by Defendants. Defendants further note that no other news outlet that had reported on Coomer's actions around the time of the 2020 presidential election has issued an apology.  The segment from which Rion and Ball are quoted speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on November 17, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately or fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny OAN and Rion made false assertions about any Dominion entity or that they concealed any material facts or intended to or did deceive their viewers.  Defendants further deny any remaining allegations in Paragraph 121.

**FOOTNOTE NO. 143:**

Statement About Dr. Eric Coomer, Director of Product Strategy and Security at Dominion Voting Systems, Newsmax (Apr. 30, 2021), previously available at https://www.newsmax.com/newsfront/eric-coomer-dominion-voting-systems/2021/04/30/id/101 9671/ (an archive of the statement can be found here: https://web.archive.org/web/20210430220349/https://www.newsmax.com/newsfront/eric-coome r-dominion-voting-systems/2021/04/30/id/1019671/).

**ANSWER:**  The statement speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the statement was published.

**ALLEGATION NO. 122:**

As OAN was spinning its alternate reality, the evidence repeatedly disproved the story OAN was telling.  On November 17, 2020, Clint Hickman, the Republican chairman of the Maricopa County Board of Supervisors, sent a letter to voters in Maricopa County, which unlike Philadelphia does use Dominion machines.  Hickman's letter confirmed that "[m]ore than 2 million ballots were cast in Maricopa County and ***there is no evidence of fraud or misconduct or malfunction.***"  On the contrary, "the evidence overwhelmingly shows" the results were accurate, and the Dominion equipment "met mandatory requirements during logic and accuracy testing before the Presidential Preference Election, the Primary Election and the General Election."  The Chairman also stated that "after each of these 2020 elections, ***the hand count audit showed the machines generated an accurate count.***"

**ANSWER:** Defendants deny that OAN was ever presenting an alternate reality or that OAN's segments were disproved.  Defendants deny that Philadelphia does not use any voting machines or technology associated with any Dominion entity.  Defendants admit that Clint Hickman was, at the relevant time, the Republican chairman of the Maricopa County Board of Supervisors, and that he sent a letter to voters in Maricopa County on or around November 17, 2020.  Defendants further admit that the letter contained the statements quoted in Paragraph 122.  Defendants deny that this letter completely, accurately, or fairly characterized the underlying facts.  Defendants further state that less than two weeks after an election, it's impossible to declare it free of any fraud, misconduct, or malfunction; accordingly, Hickman's statements appeared deeply troubling, suspicious, and self-serving.  Defendants deny any remaining allegations in Paragraph 122.

**FOOTNOTE NO. 144:**

12 News, Republican Maricopa County Chairman Says 'No Evidence of Fraud or Misconduct' in Presidential Election, Fox 61 (Nov. 17, 2020), https://www.fox61.com/article/news/politics/elections/maricopa-county-chairman-says-no-evidence-of-fraud-or-misconduct-in-presidential-election/75-6aba1803-850a-460f-8f86-b185a41f4708; Letter from Clint Hickman to Maricopa County Voters (Nov. 17, 2020), https://www.maricopa.gov/DocumentCenter/View/64676/PR69-11-17-20-Letter-to-Voters.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, or fair regarding the relevant facts.

**ALLEGATION NO. 123:**

Also on November 17, The Wall Street Journal reported that "Dominion Voting Systems Corp., a little-known voting-machine supplier that has come under criticism from President Trump, was a linchpin in the 2020 election that federal and state officials praise as being free from tampering."  The article continued:  "A phalanx of federal agencies, state officials across the country overseeing elections and voting-equipment vendors said last week that 'there's no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised.'"

**ANSWER:** The November 17, 2020 article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the article was published and that it contained the statements quoted in Paragraph 123 but deny that this article completely, accurately, or fairy characterized the underlying facts.  Defendants further deny that any Dominion entity was "little known" because one or more Dominion entities has been subject to substantial public criticism for more than a decade and the voting machines were widely used throughout the country.  Defendants deny any remaining allegations in Paragraph 123.

**FOOTNOTE NOS. 145 AND 146:**

Alexa Corse, Voting Machine Supplier Criticized by Trump in Spotlight on Election Integrity, Wall St. J. (Nov. 17, 2020, 9:46 AM), https://www.wsj.com/articles/voting-machine-supplier-criticized-by-trump-in-spotlight-on-election-integrity-11605624361?mod=searchresults_pos17&page=2.

*Id.*

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny that it was complete, accurate, fair, or reliable.

**ALLEGATION NO. 124:**

That same day, the Editorial Board for The Wall Street Journal published a piece that refuted false claims about Dominion and stated, "there's no good evidence of voting problems that would come close to" calling into question Biden's leads in the swing states.

**ANSWER:** The November 17, 2020 editorial speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that the editorial was published, that it contained the statements quoted in Paragraph 124, and that it matched the editorial bias of *The Wall Street Journal*. Defendants deny that the editorial was factual and deny that it completely, accurately, or fairly characterized the underlying facts. Defendants deny any remaining allegations in Paragraph 124.

**FOOTNOTE NO. 147:**

The Editorial Board, Rage Against the Voting Machine, Wall St. J. (Nov. 17, 2020, 6:33 PM), https://www.wsj.com/articles/rage-against-the-voting-machine-11605656036.

**ANSWER:** The editorial speaks for itself, thus no response is required. To the extent a response is required, Defendants admit only that the editorial was published but deny that it was a news article, was complete, was accurate, was fair, or was reliable as anything other than the editorial board's biased view of how it wished reality to be.

VII.     **November 17-December 18, 2020: OAN continues its newsworthy coverage of allegations about voting machines and software, including with "Dominion-izing the Vote."**

**ALLEGATION NO. 125:**

Unsatisfied with its one-off segments featuring its own Chanel Rion—not to mention such disreputable guests as Watkins—spreading lies that Dominion rigged the election, OAN decided to repackage its prior Dominion segments into a new 30-minute program featuring Chanel Rion entitled ***Dominion-izing the Vote***. While the lies OAN had aired about Dominion to date would have been enough to irreparably harm Dominion, "Dominion-izing the Vote" marked an entirely new chapter in OAN's defamation campaign. In short, OAN moved from simply lying about Dominion, to creating a brand out of it.

**ANSWER:** Defendants deny the allegations in Paragraph 125.  More specifically, Defendants deny the spurious allegations of nefarious intent attributed to them; Defendants always acted in good faith.  Defendants further deny that Watkins was not worthy of news coverage.  Defendants further deny they spread lies, much less with knowing falsity or reckless disregard for the truth.  Defendants further deny they irreparably harmed any Dominion entity, particularly given the harm Dominion entities have done to themselves, including but not limited to the behavior of former Director of Product Strategy and Security Eric Coomer.  Defendants further deny any suggestion that "Dominion-izing the Vote" gave rise to any liability or damages.  Defendants deny any remaining allegations in Paragraph 125.

**ALLEGATION NO. 126:**

OAN and Rion began to promote "Dominion-izing the Vote" on November 17, 2020, promising viewers that it would answer the question, "How compromised was the 2020 election?" It likewise promised its viewers that the answer lay with "Dominion Voting Systems, which is used in 29 states."  OAN also promised its viewers "**undeniable data**" showing that Dominion was responsible for compromising the election.



**ANSWER:** The referenced tweet speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the tweet was published and contained the quoted

passages.  Defendants deny that the allegations of Paragraph 126 completely, accurately, or fairly

characterize OAN's promotion of *Dominion-izing the Vote*.  Defendants further assert that one or

more Dominion entities have had a history of problems, including a former Director of Product

Strategy and Security who deeply loathed Trump, suggested on Facebook that if any colleagues

supported Trump, they were unworthy humans, and spewed ultra-left-wing, incendiary, violent,

profane bile exhibiting a deep bias ill-suited to his position with any Dominion entity.  Defendants

deny any remaining allegations of Paragraph 126.

**FOOTNOTE NO. 148:**

One   America   News   (@OANN),   Twitter   (Nov.   17,   2020,   9:03   am),
https://twitter.com/OANN/status/1328715483701395458.

**ANSWER:**  The tweet speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit that the tweet was published.

**ALLEGATION NO. 127:**

Yet again, OAN's disinformation campaign about Dominion caught the eye of its most
important and influential viewer, Trump, and his more than 88 million Twitter followers. On
November 19, 2020, Trump promoted "Dominion-izing the Vote" on Twitter and gave OAN the
publicity it so aggressively sought.

**Donald J. Trump**
@realdonaldtrump

*"Dominion-izing the Vote" https://t.co/ZOFsgDXsuH*

Nov 19th 2020 - 12:41:14 AM EST · Twitter for iPhone · View on Twitter

**ANSWER:** Defendants deny that OAN engaged in any disinformation campaign.  Defendants

admit that President Trump tweeted the message in Paragraph 127.  Defendants lack sufficient

information or knowledge to form a belief as to the truth of the allegations about President Trump's

motivations or the size of his Twitter following at the time of the tweet.  Defendants deny the

remaining allegations in Paragraph 127.

## ALLEGATION NO. 128:

As OAN went to work producing the "Dominion-izing the Vote" special, more and more evidence was mounting debunking OAN's lies about Dominion. For example, on November 19, 2020, Georgia Secretary of State Brad Raffensperger released a statement confirming the results of a "historic first statewide audit," a "full manual tally of all votes cast" in Georgia that "reaffirmed the outcome of the presidential race in Georgia as originally reported." As Secretary Raffensperger's statement explained, this audit "upheld and reaffirmed the original outcome produced by the machine tally of votes cast. Due to the tight margin of the race and the principles of risk-limiting audits, this audit was a full manual tally of all votes cast. The audit confirmed that the original machine count accurately portrayed the winner of the election." This hand recount verified the accuracy of the Dominion machine counts and conclusively disproved the accusations against Dominion. The next day, on November 20, 2020, the *Wall Street Journal* once again reported that the Dominion allegations were false and that the Georgia recount had confirmed the accuracy of Dominion's voting machines.

**ANSWER:** Defendants deny that the allegations in Paragraph 128 completely and accurately

characterize OAN's reporting and commentary.  Defendants further deny that OAN knowingly

reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further

deny that any of the referenced materials are inconsistent with OAN's reporting that Dominion

had, for many years, had problems with reliability and security.  Defendants state that the

referenced statement and articles speak for themselves and thus no response is required.  To the

extent a response is required, Defendants deny that the referenced statement and articles

completely and accurately characterize the relevant facts.  Defendants further deny any remaining

allegations in Paragraph 128.

## FOOTNOTE NO. 149:

Historic First Statewide Audit Of Paper Ballots Upholds Result Of Presidential Race, Georgia Secretary of State (November 19, 2020) (last visited Aug. 5, 2021), https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_r esult_of_presidential_race.

**ANSWER:**  The statement speaks for itself, thus no response is required.  To the extent a response

is required, Defendants admit that the statement was published.

**FOOTNOTE NO. 150:**

Kate Brumback, Georgia officials certify election results showing Biden win, Associated Press (Nov. 20, 2020), https://apnews.com/article/georgia-certify-election-joe-bidenea8f867d740f3d7d42d0a55c1aef9e69.

**ANSWER:**  The article speaks for itself, thus no response is required.  To the extent a response is

required, Defendants admit only that the article was published.

**FOOTNOTE NO. 151:**

The Editorial Board, Georgia Certifies: Donald Trump Lost, Wall St. J. (Nov. 20, 2020), https://www.wsj.com/articles/georgia-certifies-donald-trump-lost-11605915757?page=2.

**ANSWER:**  The editorial speaks for itself, thus no response is required.  To the extent a response

is required, Defendants admit only that the editorial was published.

**ALLEGATION NO. 129:**

Also on November 20, Fox's Tucker Carlson publicly called out Sidney Powell for failing to produce any evidence to support the outlandish and incredible claims she had been making about Dominion on Fox over the previous week. Despite his invitation to Powell to appear on his show and present her evidence, "she never sent [] any evidence, despite a lot of requests . . . not a page." When he and his staff kept pressing Powell to present evidence, "she got angry" and told them stop to contacting her. So Carlson and his staff checked with others in and around the Trump Campaign and people in positions of authority, who said that Powell had "never given them any evidence either." Carlson concluded that Powell "never demonstrated that a single actual vote was moved illegitimately by software from one candidate to another. Not one."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 129 and therefore deny them.

**FOOTNOTE NO. 152:**

Tucker Carlson Tonight, Fox News (Nov. 19, 2020), https://www.foxnews.com/opinion/tucker-carlson-rudygiuliani-sidney-powell-election-fraud.

**ANSWER:**  Defendants state that this is not a valid link.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the referenced material and therefore deny its accuracy.

**ALLEGATION NO. 130:**

OAN, however, persisted with its lies, despite knowing or recklessly disregarding that its contentions about Dominion were entirely false. On November 21, 2020, OAN and Rion posted a video to Twitter promoting the "Dominion-izing the Vote" program. In her tweet, Rion asked the rhetorical questions, **"Why are Dominion employees scrambling, hiding, and emptying out offices? Do they know they've been caught?"** The 30-second promotional video embedded in her tweet has been viewed over 835,000 times. Rion recklessly disregarded the fact that baseless tweets like this endangered employees' lives, forcing the company to take additional security measures to protect their employees' security, which Rion would then mischaracterize to use as more fuel in her defamatory campaign against Dominion.



**ANSWER:** Defendants deny that the allegations completely, accurately, and fairly characterize OAN's and Rion's reporting and commentary.  Defendants further deny that OAN and Rion knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth.  Defendants admit that Rion posted the referenced video to Twitter on November 21, 2020.  Defendants state that the content of Rion's tweet speaks for itself.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the

allegations regarding the number of times the video has been viewed and therefore deny them. Defendants deny that Rion's tweet was asking rhetorical questions, but rather state that Rion was asking legitimate questions about the activities of Plaintiffs' employees following the election. Defendants further deny that Rion's tweet was baseless, that it endangered employees' lives, or that it forced any Dominion entity to take additional security measures to protect their employees. Defendants further deny that Rion was engaged in a defamatory campaign against any Dominion entity.   Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.

**FOOTNOTE NO. 153:**

Chanel Rion (@ChanelRion), Twitter (Nov. 21, 2020, 11:10 am), https://twitter.com/ChanelRion/status/1330196983966019586?s=20 (Ex. 382).

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the tweet was published.  Defendants further respond by noting that this tweet cannot be viewed in isolation under journalistic ethical standards or defamation law but should be viewed wholistically with the full context of the related news reporting and commentary.

**ALLEGATION NO. 131:**

The same day, in response a question on Twitter—"Why aren't you complaining about Dominion software in states that Trump won? Are those corrupt too?"—Rion replied:  "Yes, they are. They thought they had NC fixed… Trump beat the algorithm by such overwhelming margins there they couldn't fix it fast enough. Ask:  Why did NC take so long to call after 98% precincts were reporting a Trump win? ALL votes processed by Dominion must be audited." Dominion machines were not used anywhere in North Carolina in the 2020 Election.



**ANSWER:**   Defendants state that the content of Rion's tweet speaks for itself.  To the extent a response to the allegations regarding the tweet are necessary, Defendants admit that the tweet was published as reflected in Paragraph 131.  Defendants deny that no software from a company affiliated with one or more of Plaintiffs was used in North Carolina in the 2020 election.

**FOOTNOTE NO. 154:**

Chanel Rion (@ChanelRion), Twitter (Nov. 16, 2020) (an archive of the tweet can be found here: http://web.archive.org/web/20201121213935/www.twitter.com/chanelrion).

**ANSWER:** Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the tweet was published.  Defendants further respond by noting that this tweet cannot be viewed in isolation under journalistic ethical standards or defamation law but should be viewed wholistically with the full context of the related news reporting and commentary.

**ALLEGATION NO. 132:**

Finally, on November 21, 2020, OAN aired its first 30-minute long "**Dominion-izing the Vote**" special, during which it broadcast more lies about Dominion. OAN's Rion, appearing in Washington, DC, opened the segment:

In this edition of One American News Investigates, we look at Dominion Voting Systems and its role in the 2020 presidential elections, glitches, errors, money trails to powerful Democrats. Dominion is just one of three major companies providing

voting systems to America. ***But Dominion captured headlines when it was discovered it had glitched 6,000 votes, giving Biden a fraudulent win. This was not an isolated event.***

**ANSWER:** The program speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that *Dominion-izing the Vote* aired for the first time on November 21, 2020 and included the quoted statement. Defendants deny that Plaintiffs have accurately or fairly characterized this program generally, particularly when taken as a whole and in context. Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances. Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity. Defendants further deny OAN and Rion made false assertions about any Dominion entity. Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. Defendants further deny any remaining allegations in Paragraph 132.

**FOOTNOTE NO. 155:**

Dominion-izing the Vote, One America News Network (Nov. 21, 2020), available at https://www.youtube.com/watch?v=746HTjhFifA (Ex. 383).

**ANSWER:** Defendants state that the program speaks for itself and no response is required. To the extent a response is required, Defendants admit that the program was published.

**ALLEGATION NO. 133:**

Right out of the gate, OAN and Rion lied about Dominion. There was no "glitch" and Biden was never given "a fraudulent win" in Antrim County (or anywhere). By November 21, it had been reported for more than two weeks that what occurred in Antrim County was the result of human error by the Republican County Clerk—an error that was swiftly corrected, and no official results of a Biden win in Antrim County were ever reported anywhere.

**ANSWER:** Defendants deny OAN and Rion made false assertions about any Dominion entity. Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. Defendants deny that the characterization of the events

in Antrim County was inaccurate.  OAN reported on voting irregularities in Antrim County,

Michigan because the county inaccurately reported that Joe Biden won the presidential election in

the county (when, in fact, he did not). Defendants further deny that the transcription relied on by

Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement

is "of and concerning" any specific Dominion entity.  Defendants admit that statements along the

lines of those alleged in Paragraph 133 had been made by November 21, but deny that those

statements completely, accurately, or fairly captured the relevant facts or that they are inconsistent

with the whole of Defendants' reporting and commentary.

**FOOTNOTE NO. 156:**

Jocelyn Benson, False Claims from Ronna McDaniel Have No Merit, The Office of Michigan
Secretary of State Jocelyn Benson (Nov. 6, 2020), https://www.michigan.gov/sos/0,4670,7-127-
93094-544676--,00.html.

**ANSWER:**  Defendants state that the statement speaks for itself and no response is required.  To

the extent a response is required, Defendants admit that the statement was published.

**ALLEGATION NO. 134:**

    OAN and Rion similarly falsely claimed that Dominion was connected with "what
happened in Philadelphia" when keys and a laptop were reportedly stolen from a Philadelphia
precinct one month before election day. Contrary to OAN's and Rion's claims, it was public
knowledge that Philadelphia does not use Dominion voting machines. During the segment, OAN
also replayed verbatim its Ron Watkins segment, along with a clip of Sidney Powell exclaiming,
"There should never be another election conducted in this country, I don't care if it's for local dog
catcher, using a Dominion machine and Smartmatic software."



**ANSWER:** Defendants deny OAN and Rion made false assertions about any Dominion entity. Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. Defendants deny that the characterization of the events in Philadelphia was inaccurate. Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances. Defendants further deny the quoted statements "of and concerning" any specific Dominion entity. Defendants further deny that no software from a company affiliated with one or more Dominion entity was used in Philadelphia in the 2020 election. Defendants admit that it aired the segment involving Ron Watkins and the quoted statement from Sidney Powell. In fact, Defendants state that, based on what they have learned about voting systems and software related to Dominion entities, Ms. Powell was accurate in saying that Plaintiffs' systems should not be used anywhere in the country.

**ALLEGATION NO. 135:**

Rion also hosted Joe Oltmann to spread more lies about Dominion during the half-hour special. Rion claimed that Oltmann "had infiltrated Antifa to uncover journalists who are active members of the Antifa." She claimed that Oltmann "infiltrated an Antifa conference call this past September and accidentally came upon a top Dominion Voting Systems executive named Eric Coomer." Oltmann falsely claimed that Coomer told the group: "Don't worry about the election. Trump is not going to win. I made effing sure of that."

**ANSWER:** Defendants admit that Oltmann appeared on *Dominion-izing the Vote* and stated that he had attended an antifa conference call and heard former Dominion executive Eric Coomer state that Trump was not going to win the election because he had made sure of it. Defendants deny that OAN and Rion knowingly reported anything that was false (or engaged in reckless disregard for the truth). Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. In fact, discovery in a separate lawsuit

brought by Coomer demonstrates that the phone call that formed the basis for these allegations likely did happen.

**FOOTNOTE NO. 157:**

Dominion-izing the Vote, One America News Network (Nov. 21, 2020), available at https://www.youtube.com/watch?v=746HTjhFifA (Ex. 383).

**ANSWER:**  Defendants state that the program speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the program was published.

**ALLEGATION NO. 136:**

As with the Edison Research fabricated story and others, this set of OAN lies was garnering the attention it sought. On November 21, 2020, President Trump tweeted links to all three parts of the "Dominion-izing the Vote" special, and then retweeted himself to promote the lies even more on November 22, 2020.

> **Donald J. Trump**
> @realdonaldtrump
>
> *RT @realDonaldTrump: "Dominion-izing the Vote" Part One via @OANN*
> *@ChanelRion https://t.co/7OtrKfoj6q*
>
> Nov 22nd 2020 - 3:35:55 PM EST · Twitter for iPhone · View on Twitter

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that President Trump tweeted about *Dominion-izing the Vote* and state that President Trump's tweet speaks for itself.

**ALLEGATION NO. 137:**

On November 22, 2020, Charles Herring tweeted his own personal endorsement of the "Dominion-izing the Vote" program, calling it "MUST WATCH," saying that "ALL AMERICANS should be concerned about OUR voting integrity and the numerous known irregularities," and inviting viewers to watch a rebroadcast of the program that night.

**ANSWER:** Defendants admit that Charles Herring tweeted the referenced tweet on November 22, 2020 and state that the tweet speaks for itself.

**FOOTNOTE NO. 158:**

Charles Herring (@CharlesPHerring), Twitter (Nov. 22, 2020) https://twitter.com/CharlesPHerring/status/1330585340424323072.

**ANSWER:** Defendants state that the tweet speaks for itself and no response is required. To the extent a response is required, Defendants admit that the tweet was published honestly and in good faith without knowing falsity or reckless disregard for the truth.

**ALLEGATION NO. 138:**

OAN's defamatory broadcasts aside, people on both sides of the political aisle knew the truth about Dominion. On November 22, 2020, during an interview on ABC News's *This Week*, Trump ally Chris Christie gave an interview in which he called out Powell and Giuliani and stated: "If you've got the evidence of fraud, present it. … The conduct of the President's legal team has been a national embarrassment. . . . If you're unwilling to come forward and present the evidence, it must mean the evidence doesn't exist."

**ANSWER:** The first sentence of Paragraph 138 alleges a legal conclusion about alleged defamation, thus no response is required. Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants admit that Chris Christie made the quoted statement on or around November 22, 2020, but deny that the statement and the cited interview and article completely, accurately, and fairly capture the relevant facts. Defendants deny any remaining allegations in Paragraph 138.

**FOOTNOTE NO. 159:**

Paul Kane & Felicia Sonmez, Chris Christie Calls the Conduct of Trump's Legal Team a 'National Embarrassment,' Wash. Post (Nov. 22, 2020), https://www.washingtonpost.com/politics/republicans-christie-trump-concede/2020/11/22/05c280e6-2cda-11eb-bae0-50bb17126614_story.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 139:**

Around this same time, several Republican senators also called the White House, warning that Powell seemed "unhinged" and that the Trump Campaign should distance itself from her.

**ANSWER:** Defendants admit that statements to that effect were reported by other news outlets, but Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 139 and therefore deny them.

**FOOTNOTE NO. 160:**

Aaron C. Davis, Josh Dawsey, Emma Brown & Jon Swaine, For Trump Advocate Sidney Powell, A Playbook Steeped in Conspiracy Theories, Wash. Post (Nov. 28, 2020), https://www.washingtonpost.com/investigations/sidney-powell-trump-kraken-lawsuit/2020/11/28/344d0b12-2e78-11eb-96c2-aac3f162215d_story.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 140:**

On November 22, 2020, the Trump Campaign itself disavowed Sidney Powell by issuing the following statement:  "Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."



- November 22, 2020 -

Trump Campaign Statement on
Legal Team

"Sidney Powell is practicing law on her own. She is not a
member of the Trump Legal Team. She is also not a lawyer
for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna
Ellis, Trump Campaign Senior Legal Adviser and Attorney
for President Trump

**ANSWER:** Defendants admit the allegations in Paragraph 140.

**FOOTNOTE NO. 161:**

Maggie Haberman & Alan Feuer, Trump Team Disavows Lawyer Who Peddled Conspiracy Theories on Voting, N.Y. Times (Nov. 22, 2020), https://www.nytimes.com/2020/11/22/us/politics/sidney-powell-trump.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 141:**

However, while the Trump Campaign disavowed Powell, OAN host Christina Bobb was advising the Trump Campaign on how to overturn the 2020 election, while at the same time hosting OAN's *Weekly Briefing*, spreading lies about Dominion and sowing doubt in the repeatedly confirmed 2020 election results. Bobb's "legal work in her personal capacity" for the Trump campaign was confirmed by Trump campaign attorney Jenna Ellis. Neither Bobb nor OAN disclosed this fact to OAN's viewers in November or December 2020 while it broadcast Bobb's and OAN's lies about Dominion.

**ANSWER:** Defendants admit that while hosting a commentary program on OAN, Bobb, in her personal time, worked separately and not as an employee or agent for OAN with the legal team for the Trump Campaign. Defendants deny that there was any overlap between Bobb's work for the Trump Campaign and her work for OAN. Bobb was not involved in any press briefings or

messaging for the Trump Campaign — her role was strictly legal — and the Trump Campaign had no input on or control over the content aired on OAN.  Defendants deny that Bobb's work for the Trump Campaign was a secret or that it was improper in any way.  Defendants further deny that OAN or Bobb knowingly reported anything that was false (or engaged in reckless disregard for the truth).

**FOOTNOTE NO. 162:**

Asawin Suebsaeng, Maxwell Tani & Sam Stein, An OAN Host Has Been Helping Rudy With Trump's Legal Efforts, The Daily Beast (Nov. 23, 2020), https://www.thedailybeast.com/oan-host-christina-bobb-has-been-helping-rudy-giuliani-with-trumps-legal-efforts.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 142:**

OAN and Rion were back at it again the very next day after the Trump Campaign disavowed Powell. On November 23, 2020, Rion "interviewed" a guest who, according to Rion, "***put together a group of individuals who are trying to crack down on the fraud that is Dominion.***" That guest was Patrick Byrne.



**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on November 23, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately or fairly characterized this segment

generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny OAN and Rion made false assertions about any Dominion entity.  Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth.  Defendants admit that Rion interviewed Byrne.  Defendants further deny any remaining allegations in Paragraph 142.

**FOOTNOTE NO. 163:**

Tech Millionaire Fund Hacking Team: "2020 Election 100% Rigged", One America News Network (Nov. 23, 2020), https://app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa (Ex. 384).

**ANSWER:**  Defendants state that the segment speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the segment was published.

**ALLEGATION NO. 143:**

During an interview entitled "Tech Millionaire Funds Hacking Team; '20 Election 100% Rigged," Byrne peddled lies that Dominion had rigged the 2020 election. Byrne elsewhere described this so-called election rigging as the "last act" in the same purported long-running "deep state" conspiracy that he claimed had earlier involved him facilitating an $18 million bribe to Hillary Clinton. As described above, Byrne had gone public with absurd "deep state" conspiracy theories long before OAN invited him to peddle his Dominion lies on its air.

**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that the segment aired on November 23, 2020.  Defendants deny that Plaintiffs have accurately or fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny OAN made false assertions about any Dominion entity.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 143 and therefore deny them.  Defendants

further state that the quoted video occurred *after* the November 23, 2020 segment, meaning it could not have informed OAN's decision to interview Byrne.

**FOOTNOTE NO. 164:**

Patrick M. Byrne (CEO of Overstock.com) EXPOSES Deep State Election Fraud, Rumble (Dec. 23, 2020), https://rumble.com/vc4l9j-patrick-m.-byrne-ceo-of-overstock.com-exposes-deep-state-election-fraud.html.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 144:**

Rion stated that Byrne had been "on Dominion's trail for over two years" because Dominion's machines had caused "irregularities" in the 2018 congressional election in Dallas. Yet again, there was a huge problem with the story:  As OAN and Rion well knew—or at a minimum recklessly disregarded—in the 2018 election, Texas (including Dallas) used machines made by one of Dominion's competitors—*not Dominion*.

Chanel Rion:  Patrick Byrne, founder and former CEO of Overstock.com has long considered himself a libertarian tech entrepreneur. Byrne now finds himself more than entrepreneur. He's on a mission to save the Republic from a deadly virus, widespread machine and software election fraud. He's doing this by funding a niche group of experts and the Trump legal team has been listening. *You've put together a group of individuals who are trying to crack down on the fraud that is Dominion. Tell us more about what you've been doing.*

Patrick Byrne:  Yes. Well, I I'm, I funded a team of hackers and cyber sleuths and other people with odd skills. We've been on this since August, uh, one side store to be pursued someday is this, the DHS was warned of all this in August and September. We tried very hard and it was all crammed down. And I mean, from high levels.

Rion:  *The experts Byrne is funding is an elite cyber security team that has been hired by the state of Texas to investigate a series of irregularities in the Dallas elections of 2018. The team consisted of members with backgrounds in military intelligence and federal law enforcement. Byrne says the election irregularities in Dallas, 2018 was rooted in Dallas's use of Dominion voting machines. This group has been on Dominion's trail over two years.*

Byrne:  I've been up there since with them since August and expanding and, and, and funding further and deeper investigations. So we really, I felt kind of had the answer when everyone woke up November 4th and saying what happened? We couldn't quite believe we couldn't get anyone to listen to us.

> Rion: ***Their findings included detailed list of impossibilities, Dominion machines processing more ballots than is physically possible, real-time data showing Biden vote dumps that are statistically impossible, and dozens of backdoor ways in which votes by the thousands could be changed, manipulated or deleted.***

**ANSWER:** The segment speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that a segment aired on November 23, 2020 included the quoted statements. Defendants deny that Plaintiffs have accurately or fairly characterized this segment generally, particularly when taken as a whole and in context. Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances. Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity. Defendants further deny OAN and Rion made false assertions about any Dominion entity. Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. Defendants further deny that no software from a company affiliated with one or more of Dominion entity was used in Texas in the 2018 election. Defendants deny any remaining allegations in Paragraph 144.

**FOOTNOTE NOS. 165 AND 166:**

Tech Millionaire Fund Hacking Team: "2020 Election 100% Rigged", One America News Network (Nov. 23, 2020), https://app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa (Ex. 384).

*Id.*

**ANSWER:** Defendants state that the segment speaks for itself and no response is required. To the extent a response is required, Defendants admit that the segment was published.

**ALLEGATION NO. 145:**

At a minimum, OAN and Rion recklessly disregarded the truth, and in fact knew that these statements about Dominion were false. They had been debunked time and time again. But OAN continued to spread these lies to feed its new line of Dominion specials and to please its audience, including President Trump, promoting Rion's Dominion-themed special on Twitter:



**ANSWER:** Defendants admit that OAN promoted *Dominion-izing the Vote* via Twitter.

Defendants deny the remaining allegations in Paragraph 145.

**ALLEGATION NO. 146:**

The same day, OAN's Chanel Rion took to Twitter to spread these lies about Dominion, tweeting:  "My interview with @PatrickByrne — the tech investor behind the elite shadow cyber security team digging up incontrovertible evidence of Election Fraud. This is the cyberdata behind the #Kraken."



**ANSWER:** Defendants deny that Rion knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth.  Defendants further respond by noting that this tweet cannot be viewed in isolation under journalistic ethical standards or

defamation law but should be viewed wholistically with the full context of the related news reporting and commentary.  Defendants admit that Rion tweeted the language quoted in Paragraph 146.  The tweet speaks for itself.

**FOOTNOTE NO. 167:**

Chanel Rion (@ChanelRion), Twitter (Nov. 25, 2020) (an archive of the tweet can be found here: http://web.archive.org/web/20201127105623/www.twitter.com/chanelrion).

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that Rion published the tweet.  Defendants further respond by noting that this tweet cannot be viewed in isolation under journalistic ethical standards or defamation law but should be viewed wholistically with the full context of the related news reporting and commentary.

**ALLEGATION NO. 147:**

In response to OAN's lies about Dominion, President Trump gave OAN what he had promised:  his continued support. On November 28, 2020, for instance, Trump encouraged his supporters to tune into OAN for more lies about Dominion, tweeting:



*.@FoxNews daytime is virtually unwatchable, especially during the weekends. Watch @OANN, @newsmax, or almost anything else. You won't have to suffer through endless interviews with Democrats, and even worse!*

— Donald J. Trump (@realDonaldTrump) November 28, 2020

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that President Trump was and is an OAN viewer and tweeted about OAN.  The quoted tweet speaks for itself.

**FOOTNOTE NO. 167:**

Natalie Colarossi, Trump Calls Fox News 'Virtually Unwatchable,' Points Followers to OANN and Newsmax, Newsweek (Nov. 28, 2020), https://www.newsweek.com/trump-calls-fox-news-virtually-unwatchable-points-followers-oann-newsmax-1550945.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 148:**

OAN President Herring responded in kind, highlighting the mutually beneficial relationship OAN had developed with Trump by spreading lies about the election:  "Thank you, President Trump. We encourage everyone to join us @OANN on AT&T U-Verse, AT&T TV, DirecTV, Frontier Communications and other cable providers. LIVE streaming available on the OAN App on AppleTV, Amazon Fire TV, http://KlowdTV.com, & Roku. Join @OANN for REAL news."



**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth) or that OAN had a mutually beneficial relationship with President Trump based on spreading lies.  Defendants otherwise admit the allegations in Paragraph 148.

**ALLEGATION NO. 149:**

Meanwhile, public officials continued to debunk OAN's lies. On November 29, 2020, Chris Krebs appeared on 60 Minutes and declared:  "[Election] Day was quiet. There was no indication or evidence that there was any evidence of hacking or compromise of election systems on, before, or after November 3."

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that any statements by public officials, including the quotes from Chris Krebs on *60 Minutes*, disprove any reporting by OAN.  Defendants admit that Krebs made the quoted statement to *60 Minutes* on or around November 29, 2020, but deny that it completely, accurately, and fairly captures the relevant facts.

**FOOTNOTE NO. 168:**

Scott Pelley & Chris Krebs, Fired director of U.S. cyber agency Chris Krebs explains why he says vote was "most secure in American history", 60 Minutes (Nov. 29, 2020), https://www.youtube.com/watch?v=YzBJJ1sxtEA.

**ANSWER:**  Defendants state that the interview speaks for itself and no response is required.  To the extent a response is required, Defendants admit that interview was published.

**ALLEGATION NO. 150:**

On November 30, OAN President Herring thanked President Trump for watching OAN and its coverage of the sham Arizona hearings that involved Dominion machines:  "Mr. President, THANK YOU for tuning into @OANN for LIVE commercial free coverage from Arizona. The voter irregularities should be concerning to all Americans. You won't find continuous coverage on any other cable network. Thank you for tuning in."



**ANSWER:** Defendants deny that the hearings in Arizona were a sham.  Defendants admit the remaining allegations in Paragraph 150.

**ALLEGATION NO. 151:**

On December 1, 2020, President Trump tweeted again endorsing OAN:  "Hope everybody is watching @OANN right now. Other media afraid to show. People are coming forward like never before. Large truck carrying hundreds of thousands of fraudulent (FAKE) ballots to a voting center? TERRIBLE - SAVE AMERICA!"

**ANSWER:** Defendants admit the allegations in Paragraph 151.

**FOOTNOTE NO. 169:**

Donald J. Trump (@realDonaldTrump), Twitter (Dec. 1, 2020, 3:31 pm), previously available at https://twitter.com/realdonaldtrump/status/1333856259662077954 (an archive of President Trump's tweets can be found here: Trump Twitter Archive, https://www.thetrumparchive.com (last visited Aug. 7, 2021)).

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 152:**

By this time, even some of President Trump's once staunch supporters had begun to admit that OAN's lies about Dominion were completely baseless. On December 1, 2020, Trump appointee and then-U.S. Attorney General William Barr confirmed what was widely known to the public at this point:  there was no evidence of fraud in the 2020 Presidential Election, including related to Dominion. Specifically, Barr stated:  "There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results. And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that." As Barr told the AP, he had "not seen fraud on a scale that could have effected a different outcome in the election." OAN knew about Barr's statement and the DHS and DOJ's findings. But that didn't stop it from continuing to broadcast the false narrative about Dominion.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that OAN's reporting was baseless or that supporters of President Trump admitted as much. Defendants further deny that Barr said on December 1, 2020 that there was no evidence of fraud in the 2020 Presidential Election, including related to Dominion. Rather, Barr said that *so far*, he had not seen evidence to that effect. Defendants further deny that any concrete facts related to the security of the 2020 election were widely known to the public by December 1, 2020. Defendants admit that Barr was quoted as making the statements set forth in Paragraph 152, but deny that those statements completely, accurately, and fairly capture the underlying facts. Defendants deny any remaining allegations in Paragraph 152.

**FOOTNOTE NO. 170:**

Michael Balsamo, Disputing Trump, Barr says no widespread election fraud, Associated Press (Dec. 1, 2020), https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 171:**

Matt Zapotosky, Rosalind S. Helderman, Amy Gardner, & Karoun Demirjian, 'Pure insanity': How Trump and his allies pressured the Justice Department to help overturn the election, Wash. Post (June 16, 2021), https://www.washingtonpost.com/politics/interactive/2021/trump-justice-department-2020-election/.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 153:**

Indeed, OAN CEO Herring at a minimum recklessly disregarded Barr's statement. He said on Twitter: "William Barr hasn't seen any 'evidence?' He should be watching @OANN, we've been running all the evidence he needs for the last several days." He then tagged President Trump.



**Robert Herring**
@RobHerring

William Barr hasn't seen any "evidence?" He should be watching @OANN, we've been running all the evidence he needs for the last several days.

@realDonaldTrump

4:54 PM · Dec 1, 2020 · Twitter Web App

**ANSWER:** Defendants deny that Robert Herring knowingly said anything that was false (or engaged in reckless disregard for the truth) — to the contrary, Robert Herring deeply believed what he wrote in this tweet, without reservation.  Defendants admit that Robert Herring tweeted the language quoted above.  The tweet speaks for itself.

**FOOTNOTE NO. 172:**

Robert   Herring   (@RobHerring),   Twitter   (Dec.   1,   2020,   4:54   PM), https://mobile.twitter.com/robherring/status/1333907361128357888.

**ANSWER:** Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that tweet was published, honestly and in good faith without knowing falsity or reckless disregard for the truth.

**ALLEGATION NO. 154:**

As more and more third-party, verifiable evidence continued to mount, OAN recklessly disregard that evidence and, in an effort to justify its refusal to acknowledge reality, even turned on those Trump allies who deigned to tell the truth about the 2020 election. And of course, OAN continued to give its audience what it was demanding in an effort to keep up with the race to the bottom:  more lies about Dominion.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that the allegations completely,

accurately, and fairly characterize OAN's reporting and commentary.  Defendants further deny the

remaining allegations in Paragraph 154.

**ALLEGATION NO. 155:**

On December 1, 2020, OAN and Dan Ball aired a clip featuring Alex Bruesewitz to continue OAN's campaign against Dominion. OAN introduced Bruesewitz as a "political consultant." But 24-year-old Bruesewitz is actually one of the organizers of Stop the Steal, the organization linked to high-profile MAGA personalities that helped organize the January 6 rally and storming of the Capitol in Washington. On November 21, 2020, Bruesewitz spoke at a March for Trump rally, where he chanted that he was "never going to accept Joe Biden as president of the United States."



**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth) or had a "campaign against Dominion."  Defendants admit that

on December 1, 2020, OAN and Ball aired a clip featuring Alex Bruesewitz, who was introduced

as a political consultant because that is what he is.  Defendants lack sufficient information or

knowledge to form a belief as to the truth of the allegations in Paragraph 155 about Bruesewitz's

involvement in Stop the Steal or the January 6 rally and therefore deny them.  Defendants admit

that Bruesewitz was quoted in media reports as making the quoted statement on or around November 21, 2020.

**FOOTNOTE NO. 173:**

Tina Nguyen, *MAGA activists plot revenge on Republican 'traitors'*, Politico (Jan. 5, 2021), https://www.politico.com/states/florida/story/2021/01/05/maga-activists-plot-revenge-on-republican-traitors-1352479.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published.

**FOOTNOTE NO. 174:**

*Quote of the Week: Ripon High School graduate speaks at Trump rally, appears on NBC Nightly News*, Commonwealth Ripon Press (Nov. 21, 2020), https://www.riponpress.com/editorial/quote-of-the-week-ripon-high-school-graduate-speaks-at-trump-rally-appears-on-nbc/article_4d51fcc2-2c1f-11eb-8009-db90825396c4.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 156:**

In the December 1, 2020 OAN segment, Bruesewitz, while in Washington, DC, claimed that Dominion software "is incredibly corrupt" and "should worry every person across the world."



**ANSWER:** The segment speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that a segment aired on December 1, 2020 included the quoted statements. Defendants deny that Plaintiffs have accurately and fairly characterized this segment

generally, particularly when taken as a whole and in context.  Defendants further deny that the

transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity.

**FOOTNOTE NO. 175:**

*Continuing The Fight For Election Integrity*, One America News Network (Dec. 1, 2020), https://app.criticalmention.com/app/#clip/view/74aabd82-76ea-4a4e-8bfa-  e3645cf52de9?token =9667991d-a9cf-4554-89fc-7585a7734f37.

**ANSWER:** Defendants state that the video speaks for itself and no response is required.  To the

extent a response is required, Defendants admit that the video was published.

**ALLEGATION NO. 157:**

OAN continued broadcasting and promoting its special programming targeted at Dominion, on December 3, 2020, once again advertising its re-airing of the "Dominion-izing the Vote" special on Twitter:



**ANSWER:** Defendants admit the allegations in Paragraph 157.

**ALLEGATION NO. 158:**

And yet again, this promotion and the rebroadcast of Dominion-izing the Vote caught the eye of OAN's most important viewer, Trump, who predictably retweeted the promotion to his more than 88 million followers.

**ANSWER:** Defendants admit that President Trump retweeted OAN's promotion of *Dominion-izing the Vote*.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations about the size of President Trump's Twitter following at the time of the tweet.

**FOOTNOTE NO. 176:**

Donald J. Trump (@realDonaldTrump), Twitter (Dec. 6, 2020, 1:05 am), *previously available at* https://twitter.com/realdonaldtrump/status/1335465325069017088 (an archive of President Trump's tweets can be found here:  Trump Twitter Archive, https://www.thetrumparchive.com (last visited June 15, 2021)).

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that tweet was published.

**ALLEGATION NO. 159:**

Then, on December 7, 2020, OAN aired an entirely new segment to promote lies about Dominion called the "Dominion 'Vote Flip.'" OAN claimed that Dominion voting machines were "forensically analyzed" and "reported 87% for Trump and 113% for Biden," when they should have reported 100% for each. OAN's own Chanel Rion claimed that "votes were indeed flipped from Trump to Biden" by Dominion voting machines.



**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on December 7, 2020 that included the quoted statements.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity. Defendants

further deny OAN and Rion made false assertions about any Dominion entity. Rion believed in

the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless

disregard for the truth., Defendants further deny any remaining allegations in Paragraph 159.

**FOOTNOTE NO. 177:**

*Dominion 'Vote Flip', Fact Vs. Fiction In Ware County, Ga.*, One America News Network (Dec. 7, 2020), https://app.criticalmention.com/app/#clip/view/ae277748-ff62-44d3-8dec-6e441f8c8d8a?token=9667991d-a9cf-4554-89fc-7585a7734f37.

**ANSWER:** Defendants state that the video speaks for itself and no response is required. To the

extent a response is required, Defendants admit that the video was published.

**ALLEGATION NO. 160:**

That same day, OAN spread yet more lies about Dominion on a segment called "***The Fight for Election Integrity***." OAN's Dan Ball hosted former Arizona State Senator and Chair of the Arizona Republican Party Kelli Ward to continue the disinformation campaign. Ball opened the segment, "We've heard all about Dominion last week on the show." OAN then broadcast Ward's statements that:

> Dominion would be terrifying to all Americans because it isn't about the number of votes that are cast, whether they were cast legally or illegally; it's about who's tabulating those votes, what's going on inside that machine, and who are the people that have control of these elections, these Dominion employees. It is a very nefarious process going on.

> Ball replied by fully endorsing Ward's statements: "***Yeah. I agree with you, Kelli.***"

**ANSWER:** The segment speaks for itself, thus no response is required. To the extent a response

is required, Defendants admit that a segment aired on December 7, 2020 that included the quoted

statements. Defendants deny that Plaintiffs have accurately and fairly characterized this segment

generally, particularly when taken as a whole and in context. Defendants further deny that the

transcription relied on by Plaintiffs is complete and accurate in all instances. Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity. Defendants

further deny OAN made false assertions about any Dominion entity.  Defendants further deny any

remaining allegations in Paragraph 160.

**FOOTNOTE NO. 178:**

*Dominion 'Vote Flip', Fact Vs. Fiction In Ware County, Ga.*, One America News Network (Dec. 7, 2020), https://app.criticalmention.com/app/#clip/view/ae277748-ff62-44d3-8dec-6e441f8c8d8a?token=9667991d-a9cf-4554-89fc-7585a7734f37.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the

extent a response is required, Defendants admit that the video was published.

**FOOTNOTE NO. 179:**

*Real America with Dan Ball: The Fight for Election Integrity,* One America News Network (Dec. 7, 2020), https://app.criticalmention.com/app/#clip/view/51bc86d4-612d-4482-81c1-4cb56171811c?token=9667991d-a9cf-4554-89fc-7585a7734f37.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the

extent a response is required, Defendants admit that the video was published.

**ALLEGATION NO. 161:**

On December 11, OAN CEO Herring tweeted:  "After the last two weeks, if you have any doubts about President Trump winning the election then you haven't been watching @OANN. @realDonaldTrump #OANN"



Robert Herring
@RobHerring                                          ...

After the last two weeks, if you have any doubts about
President Trump winning the election then you haven't
been watching @OANN. @realDonaldTrump #OANN

4:12 PM · Dec 11, 2020 · Twitter Web App

**ANSWER:** Defendants admit the allegations in Paragraph 161.  Robert Herring deeply believed

what he wrote in this tweet, without reservation.

**ALLEGATION NO. 162:**

On December 16, 2020, OAN aired yet another Dominion disinformation segment titled "***Dominion Forensic Audit Proves Errors***" where OAN and Dan Ball continued to spread lies about Dominion. Ball falsely claimed that "the Dominion voting systems indeed had technical

errors and was set up for systematic fraud. That's it. . . . What this proves is that the Dominion software was fraudulent." But the "forensic audit" OAN referred to was actually the widely debunked report produced by Russell Ramsland and his biased, non-independent organization Allied Security Operations Group, which had released the "report" three days earlier, on December 13. As OAN and Ball knew or recklessly disregarded, the "audit" was in no way an official or independent exercise. Indeed, as OAN and Ball had to know, or at the very least recklessly disregarded, Ramsland had publicly peddled these same sorts of lies about the 2018 Dallas congressional election and 2019 Kentucky gubernatorial election. Moreover, as OAN and Ball had to know, or recklessly disregarded, Ramsland had also provided Sidney Powell and Lin Wood with affidavits that had been discredited in numerous courts.



**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on December 16, 2020 that included the quoted statements.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny that OAN and Ball knowingly reported anything that was false (or engaged in reckless disregard for the truth), including with respect to the audit, Ramsland, Ramsland's organization, or Ramsland's history.  Ball believed in the efficacy of his reporting, did not engage in knowing

falsity, and did not engage in reckless disregard for the truth.  Defendants further deny any

remaining allegations in Paragraph 162.

**FOOTNOTE NO. 180:**

*Real America with Dan Ball:  Dominion Forensic Audit Proves Errors*, One America News
Network (Dec. 16, 2020), https://app.criticalmention.com/app/#clip/view/6817e2c2-baf2-4d82-
a7d1-113987de15f7?token=ae575e6a-a10c-4124-8254-c4f88f05daec.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the

extent a response is required, Defendants admit that the video was published.

**ALLEGATION NO. 163:**

The details of just how deeply flawed and untrustworthy Ramsland's Antrim County report
was had been publicly known and readily available since at least November 7, and would later
likewise be explained by Michigan's Republican-controlled Senate Oversight Committee.

**ANSWER:** Defendants deny that any alleged flaws in Ramsland's report were publicly known.

Defendants lack sufficient information or knowledge to form a belief as to the truth of the

remaining allegations in Paragraph 163 and therefore deny them.

**ALLEGATION NO. 164:**

For example, in his report, Ramsland references the "allowable election error rate
established by the Federal Election Commission." The Federal Election Commission regulates
campaign finance, not voting machines or software. The EAC—Election Assistance
Commission—certifies voting machines and software, and of course had certified Dominion's
technology well in advance of the 2020 election.

**ANSWER:** Defendants admit that the quoted language appears in Ramsland's report.  Defendants

admit that the Federal Election Commission regulates campaign finance.  Defendants admit that

the Election Assistance Commission certifies voting machines and software.  Defendants deny that

this apparent typo undermines the substance of the report.

**FOOTNOTE NO. 181:**

*How the U.S. Election Assistance Commission Facilitates Fair and Secure Elections*, U.S. Election
Assistance Commission (Dec. 3, 2020), https://www.eac.gov/news/2020/12/03/how-us- election-
assistance-commission-facilitates-fair-and-secure-elections/; Certificate of Conformance, U.S.

Election        Assistance        Commission        (Sept.        14,        2018),
https://www.eac.gov/sites/default/files/voting_system/files/DSuite55_CertConf_Scope%28FINA
L%29.pdf.

**ANSWER:** Defendants state that the websites speak for themselves and no response is required.

To the extent a response is required, Defendants lack sufficient information or knowledge to form

a belief as to the truth of the remaining allegations in Footnote 181 and therefore deny them.

**ALLEGATION NO. 165:**

Ramsland's report also claims that his "forensics team" "perform[ed a] forensic duplication
of the Antrim County Election Management Server running Dominion Democracy Suite 5.5.3-
002." But there is no Democracy Suite 5.5.3-002. Instead, 5.5.3-002 refers to the ImageCast
Precinct machine, which scans, tabulates, and stores the paper ballots, not the election management
server or software.

**ANSWER:** Defendants admit that the quoted language appears in Ramsland's report.  Defendants

admit that 5.5.3-002 refers to the ImageCast Precinct machine.  Defendants deny that this apparent

typo undermines the substance of the report.

**ALLEGATION NO. 166:**

And Ramsland's report falsely claims that "all adjudication log entries for the 2020 election
cycle are missing" and must have been "manually removed." But Antrim County neither purchased
nor used—nor possessed the hardware required to use—Dominion's adjudication software, so
obviously no "log entries" had been "removed." They never existed in the first place because
Antrim County did not use them. Indeed, it was widely known by at least November 7 that
Dominion machines had not caused the original unofficial error in the Antrim County tally.

**ANSWER:** Defendants admit that the quoted language appears in Ramsland's report.  Defendants

lack sufficient information or knowledge to form a belief as to the truth of Plaintiffs' allegations

and therefore deny them.  Defendants deny that it was widely known by November 7, 2020 that

Dominion machines had not caused the original error in Antrim County.

**FOOTNOTE NO. 182:**

*See* Declaration of Ryan Macias, FactCheck.org,
https://cdn.factcheck.org/UploadedFiles/Rebuttal_ASOG-Antrim_Report.pdf (last visited Aug. 6,
2021).

**ANSWER:**  Defendants state that the declaration speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the declaration exists.

**ALLEGATION NO. 167:**

The very same day the bogus Antrim report was released, Michigan Attorney General Dana Nessel and Secretary of State Jocelyn Benson released a press statement confirming that the report contained unsubstantiated lies. Nevertheless, three days after Michigan disavowed the report, OAN was still spreading these lies. In the segment, Ball went on fuming about Dominion:  "I am disgusted and I am really hot under the collar to keep it PC here. Talk about your findings and tell people, cause that's going to get them upset even more, but they got to know the truth."

**ANSWER:**  Defendants deny the allegations in the first sentence of Paragraph 167.  The Antrim County Report was released on December 13, 2020, but the cited statement from the Michigan Secretary of State is dated November 6, 2020, more than a month earlier.  Defendants further deny the allegations in the second sentence of Paragraph 167.  The segment allegedly at issue here is from December 16, 2020, more than a month after the cited statement from the Michigan Secretary of State.  As for quoted language from Ball, the segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on December 16, 2020 included the quoted statement.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny OAN and Ball made false assertions about any Dominion entity.  Ball believed in the efficacy of her reporting, did not engage in knowing falsity,

and did not engage in reckless disregard for the truth.  Defendants further deny any remaining

allegations in Paragraph 167.

**FOOTNOTE NO. 183:**

*False Claims from Ronna McDaniel Have No Merit*, The Office of Michigan Secretary of State
Jocelyn Benson (Nov. 6, 2020), https://www.michigan.gov/sos/0,4670,7-127-93094-544676--
,00.html.

**ANSWER:**  Defendants state that the statement speaks for itself and no response is required.  To

the extent a response is required, Defendants admit that the statement was published.

**ALLEGATION NO. 168:**

Even Trump ally Ed McBroom, the Michigan State Senator and Chairman of the
Republican-led Michigan Senate Oversight Committee, acknowledged the truth that OAN refused
to report. On June 23, 2021, he released the results of an investigation by the Committee that again
confirmed the accuracy of the vote counts in Dominion's machines in Antrim County, determined
that the conclusions in the sham Ramsland report were "indefensible" and based on "willful
ignorance or avoidance" of the proof, and recommended that the Michigan Attorney General
consider investigating "those who have been utilizing misleading and false information about
Antrim County to raise money or publicity for their own ends." McBroom also told the
Washington Post in May 2021:  "I don't see how anybody can take Mr. Ramsland and his group
seriously as genuine purveyors of fact. It's very clear they're beyond mistaken and misrepresenting
what actually happened."

**ANSWER:** Defendants admit that Ed McBroom was quoted as making these statements in the

cited publications.  Those publications speak for themselves.  But Defendants note that those

statements were made many months after the statements published on OAN, after a lengthy

investigation, and thus could not have informed OAN's reporting and commentary in December

2020.  Defendants further deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth).  Defendants deny any remaining allegations in Paragraph 168.

**FOOTNOTE NO. 184:**

MICH. S. OVERSIGHT COMM., REPORT ON THE NOVEMBER 2020 ELECTION IN
MICHIGAN (Apr 9, 2021), https://misenategopcdn.s3.us-east-
1.amazonaws.com/99/doccuments/20210623/SMPO_2020ElectionReport.pdf.

**ANSWER:**  Defendants state that the report speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the report was published.

**FOOTNOTE NO. 185:**

Emma Brown et al., The Making of a Myth, Wash. Post (May 9, 2021), https://www.washingtonpost.com/investigations/interactive/2021/trump-election-fraud-texas-businessman-ramsland-asog/.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 169:**

In the middle of the night on December 16, 2020, President Trump tagged OAN in a tweet responding to OAN's recent reporting, claiming that "Dominion Machines shifted 2-3% of Trump votes to Biden. Far more votes than needed to sway election." @OANN retweeted the statement the next day.



**ANSWER:** Defendants admit the allegations in Paragraph 169.

**VIII.      December 18-31, 2020: Plaintiffs demand a retraction but OAN does not respond to the meritless letter.**

**ALLEGATION NO. 170:**

On December 18, 2020, Dominion sent a retraction demand letter to OAN and the Herrings putting them on formal written notice of facts—which OAN already knew from the countless facts and statements from experts, Trump administration officials, appointees, and allies in the public domain—that demonstrated that the claims OAN had been broadcasting, publishing, rebroadcasting, and republishing about Dominion were false. These facts had also been publicly

available on Dominion's website since November 11, 2020. The retraction demand letter specifically referenced OAN's planned December 19, 2020 rebroadcast of "Dominion-izing the Vote" and of the specific verifiable facts debunking the false claims in that special.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the allegations in Paragraph 170.

**FOOTNOTE NOS. 186 AND 187:**

*See* Dec. 18, 2020 Ltr. From T. Clare and M. Meier to R. Herring, C. Herring, and B. Littman (Ex. 370).

*Id.*

**ANSWER:**  Defendants state that the letter speaks for itself and no response is required.  To the extent a response is required, Defendants admit that OAN and the Herrings received the letter.

**ALLEGATION NO. 171:**

Dominion's December 18 retraction demand letter to OAN included and detailed numerous verifiable facts with citations to direct sources disproving OAN's and its featured guests' lies about Dominion, including:

- Dominion did not rig the 2020 Presidential Election or "switch" any votes.

- The vote counts from Dominion's machines have been verified by independent audits and recounts of paper ballots.

- Dominion was awarded a contract in Georgia to implement a verified paper ballot system after a competitive bidding process, in which it directly competed with Smartmatic and another company for the contract.

- Dominion's founder never claimed he could "change a million votes, no problem at all," and he cannot, in fact, do so.

- Dominion is not Smartmatic and it has no connection to Hugo Chavez, Venezuela, China, or George Soros.

- The Michigan Secretary of State, CISA, 59 specialists in election security, the Chairman of the Maricopa County Board of Supervisors, Georgia Republican Secretary of State Brad Raffensperger, Attorney General Bill Barr, Trump ally Chris Christie, and federal judges including one from the Eastern District of Michigan had completely debunked OAN's and others' false claims that Dominion rigged the election.

- The serious flaws and outright lies in Ramsland's Antrim County Report.

- OAN's sources such as Powell, Giuliani, Oltmann, Watkins, and Ramsland—as well as the individuals those sources purported to rely on—were proven liars and entirely unreliable.

**ANSWER:** Defendants admit that the December 18, 2020 retraction demand letter purported to address the various issues set forth in Paragraph 171, but deny that the letter disproved OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants deny any remaining allegations in Paragraph 171.

**ALLEGATION NO. 172:**

Dominion's December 18 letter also attached its 15-page retraction demand letter it had sent to Powell two days earlier concerning the nearly identical lies about Dominion she had been spreading since Election Day. That letter included even more facts detailing the complete falsity of her lies about Dominion and more evidence of why Powell and her sources were completely unreliable and proven liars, including:

- Powell lied about having a Dominion employee "on tape" saying he "rigged the election for Biden" when she knew no such tape exists.

- Federal judges in Michigan and Arizona had called her filings "nothing but speculation and conjecture that votes for President Trump were destroyed, discarded or switched to votes for Vice President Biden," "were largely based on anonymous witnesses, hearsay, and irrelevant analysis of unrelated elections," and that her so-called experts— including Ramsland— "reach implausible conclusions, often because they are derived from wholly unreliable sources."

- Election and government officials—including Republicans and Trump allies—in Michigan, Arizona, and Georgia had explicitly debunked her election claims about Dominion.

- Even Tucker Carlson called Powell out for failing to provide any evidence to support her assertions.

- Powell deliberately misrepresented Joshua Merritt—aka, "Spyder"—as a "military intelligence expert" even though he had no such expertise, drafted nearly identical affidavits for two separate witnesses, and had doctored the official Georgia Secretary of State certification for Dominion in order to falsely claim it was undated. (It would later be reported by the *Washington Post* that Merritt had formerly worked for Russell Ramsland at ASOG—another critical fact that Powell failed to disclose.)

The December 18 letter to OAN also included a copy of the December 9, 2020 order and opinion by United States District Judge for the District of Arizona dismissing Powell's last lawsuit with prejudice.

**ANSWER:** Defendants admit that the December 18, 2020 letter attached Plaintiffs' 15-page retraction demand letter to Powell two days earlier, but deny that the letter to Powell disproved OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). To the extent the allegations call into question the statements and conduct of Powell, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations and therefore deny them. Defendants deny any remaining allegations in Paragraph 172.

**FOOTNOTE NO. 188:**

*See* Op. & Order Den. Pl.'s Emer. Motion. For Decl., Emerg., and Inj. Relief at 34, *Whitmer v. City of Detroit*, No. 20-cv-12134 (E.D. Mich. Dec. 7, 2020) [Dkt. 62]; Order at 24-25, *Bowyer v. Ducey*, No. 2-20-cv-02321 (D. Ariz. Dec. 9, 2020) [Dkt. 84].

**ANSWER:** Defendants state that the orders speak for themselves and no response is required. To the extent a response is required, Defendants admit that the orders were published.

**FOOTNOTE NO. 189:**

Nick Corasaniti, Reid J. Epstein & Jim Rutenberg, *The Times Called Officials in Every State: No Evidence of Voter Fraud*, The N. Y. Times (Nov. 10, 2020), https://www.nytimes.com/2020/11/10/us/politics/voting-fraud.html; Letter from Clint Hickman to Maricopa County Voters (Nov. 17, 2020), https://www.maricopa.gov/DocumentCenter/View/64676/PR69-11-17-20-Letter-to-Voters; Georgia Secretary of State Brad Raffensperger, *Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race* (Nov. 20, 2020), https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race.

**ANSWER:** Defendants state that *The New York Times* article and Maricopa County letter speak for themselves and no response is required. To the extent a response is required, Defendants admit that the article and letter were published, but deny that they were complete, accurate, or fair. With respect to the Raffensperger statement, Defendants state that this is not a valid link. Defendants

lack sufficient information or knowledge to form a belief as to the truth of the referenced material and therefore deny its accuracy.

**FOOTNOTE NO. 190:**

Tucker Carlson SLAMS Sidney Powell for not Providing Evidence Election was Taken from Trump, YouTube (Nov. 19, 2020), https://www.youtube.com/watch?v=57l56J47xhk.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 191:**

Emma Brown et al., *The Making of a Myth*, Wash. Post (May 9, 2021), https://www.washingtonpost.com/investigations/interactive/2021/trump-election-fraud-texas-businessman-ramsland-asog/.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 192:**

*See* Order at 24-25, *Bowyer v. Ducey*, No. 2-20-cv-02321 (D. Ariz. Dec. 9, 2020) [Dkt. 84].

**ANSWER:**  Defendants state that the order speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the order was published.

**ALLEGATION NO. 173:**

OAN did not respond to Dominion's December 18 letter. Instead, the very next day, it rebroadcast, for at least the third time, the "'Dominion-izing' the Vote" program, which again included lies about Dominion peddled by Ron Watkins, Joe Oltmann, and Sidney Powell— individuals that Dominion had specifically discredited in its December 18 letter.

**ANSWER:**  Defendants admit that OAN did not respond to Plaintiffs' baseless retraction demand letter.  Defendants admit that *Dominion-izing the Vote* aired on December 19, 2020.  Defendants deny that the allegations completely, accurately, and fairly characterize OAN's reporting and

commentary.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that the December 18 letter had discredited OAN's reporting and commentary.  Defendants further deny any remaining allegations in Paragraph 173.

**FOOTNOTE NO. 193:**

*Dominion-izing the Vote*, One America News Network (rebroadcast Dec. 19, 2020) (transcript of original at Ex. 383).

**ANSWER:**  Defendants state that the program speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the program was published.

**ALLEGATION NO. 174:**

On December 19, 2020, President Trump gave OAN more motivation to continue its lies about Dominion, tweeting:  "The lie of the year is that Joe Biden won! Christina Bobb @OANN."

**Donald J. Trump**
@realdonaldtrump

*The lie of the year is that Joe Biden won! Christina Bobb @OANN*

Dec 19th 2020 · 2:59:20 PM EST · Twitter for iPhone · View on Twitter

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth) or that President Trump gave OAN any motivation to lie.  Defendants admit that President Trump published the quoted tweet and state that the tweet speaks for itself.  Defendants deny any remaining allegations in Paragraph 174.

**ALLEGATION NO. 175:**

By then, Attorney General Barr had publicly rebutted lies of election fraud numerous times, including on December 1, 2020 as discussed above. He did so again on December 21, 2020, stating "at a news conference that he saw no basis for the federal government seizing voting machines. He also said that he did not intend to appoint a special counsel to investigate allegations of voter fraud." As Barr told the Associated Press, "If I thought a special counsel at this stage was the right tool and was appropriate, I would name one, but I haven't, and I'm not going to." Other Trump advisors had privately admitted by mid-December that these theories regarding Dominion rigging the election were "bat-shit insane."

-139-

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that OAN's reporting and commentary were rebutted by Barr. Defendants admit that press reports quoted Barr as making the statements quoted in Paragraph 175, but Defendants deny that Barr's statements completely, accurately and fairly capture the underlying facts. Defendants further admit that the media has reported statements from certain unnamed advisors, but deny that these unsourced, hyperbolic statements have any impact on the merits of Plaintiffs' claims. Defendants deny any remaining allegations in Paragraph 175.

**FOOTNOTE NOS. 194 AND 195:**

Matt Zapotosky, Rosalind S. Helderman, Amy Gardner, & Karoun Demirjian, *'Pure insanity': How Trump and his allies pressured the Justice Department to help overturn the election*, Wash. Post (June 16, 2021), https://www.washingtonpost.com/politics/interactive/2021/trump-justice-department-2020-election/.

*Id.*

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 196:**

Emma Brown et al., *The Making of a Myth*, Wash. Post (May 9, 2021), https://www.washingtonpost.com/investigations/interactive/2021/trump-election-fraud-texas-businessman-ramsland-asog/.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 176:**

After OAN doubled down on its lies about Dominion despite receiving the December 18 retraction demand letter, Dominion sent another retraction demand letter on December 22, 2020

to OAN and the Herrings. This letter detailed the specific harm OAN's false reporting had caused Dominion and notified OAN specifically of the explicit death threats Dominion's employees had received. The letter also attached an appendix of several OAN broadcasts in which OAN made demonstrably false statements about Dominion, including the several broadcasts of "Dominion-izing the Vote," and demanded that OAN retract these articles and broadcasts. OAN acknowledged receipt of the letters the next day but declined to take any action at all about its false reporting.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the

allegations in Paragraph 176.

**FOOTNOTE NO. 197:**

*See* Dec. 22, 2020 Ltr. From T. Clare and M. Meier to R. Herring and C. Herring (Ex. 371)*.*

**ANSWER:**  Defendants state that the letter speaks for itself and no response is required.  To the

extent a response is required, Defendants admit OAN and the Herrings received the letter.

**ALLEGATION NO. 177:**

Despite OAN's receipt of multiple retraction demands from Dominion, OAN continued to perpetuate its lies about Dominion. On December 24, 2020, OAN's Patrick Hussion claimed that "***recent forensic audits found Dominion voting machines were programmed to give Joe Biden an automatic advantage over any number of Trump votes.***" OAN also rebroadcast a clip of Giuliani's November 19, 2020 press conference, where Giuliani claimed that Dominion voting machines were programmed "to give somewhere between a 2 and 5 percent advantage" to Joe Biden.

**ANSWER:** Defendants admit that OAN received multiple baseless retraction demands from

Plaintiffs.  Defendants deny that OAN knowingly reported anything that was false (or engaged in

reckless disregard for the truth).  The quoted segment speaks for itself, thus no further response is

required.  To the extent a response is required, Defendants admit that a segment aired on December

24, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately and

fairly characterized this segment generally, particularly when taken as a whole and in context.

Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in

all instances.  Defendants further deny the quoted statement is "of and concerning" any specific

Dominion entity.  Defendants admit that the segment included a highly newsworthy clip from a

press conference in which the lawyer for the President of the United States made assertions of election fraud.  Defendants deny any remaining allegations in Paragraph 177.

**FOOTNOTE NO. 198:**

Jonah Bromwich, *Whatever It Is, It's Probably Not Hair Dye*, N.Y. Times (Nov. 19, 2020), https://www.nytimes.com/2020/11/19/style/rudy-giuliani-hair.html.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 199:**

*OAN Breaking News Live With Patrick Hussion: President Trump: Election Fraud Is A Proven Fact*, One America News Network (Dec. 24, 2020), https://app.criticalmention.com/app/#clip/view/edd92632-4c80-4830-9322-cc20537255e2?token =945b87c9-0c2d-4595-99ec-c9c83da5b728 (Ex. 386).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the video was published.

**ALLEGATION NO. 178:**

OAN knew, at a minimum because Dominion had specifically noted as much in its December 18 letter, that Giuliani had never made any of these claims about Dominion in any court filing he was associated with. Nonetheless, OAN promoted the same story and lies on Twitter the next day.



**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that anything in Plaintiffs' retraction

demands disproved OAN's reporting and commentary.  The question of whether Giuliani made these claims in a court filing is irrelevant to determining whether it is newsworthy that the personal lawyer to the President of the United States is making assertions of election fraud.  It is plainly newsworthy and of immense public concern.  Defendants admit that OAN published the article and the tweet.  Defendants deny any remaining allegations in Paragraph 178.

**FOOTNOTE NO. 200:**

*Giuliani: Dominion Machines Set To Give Biden 2-5% 'Lead'*, One America News Network (Dec. 24, 2020), *previously available at* https://www.oann.com/giuliani-dominion-machines-set-to-give-biden-2-5-lead/ (an archive of the article can be found here: https://web.archive.org/web/20210107141017/https://www.oann.com/giuliani-dominion-machines-set-to-give-biden-2-5-lead/)

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the article was published.

**ALLEGATION NO. 179:**

On December 24, the same day OAN aired the lies that Dominion machines were set to give Biden a 2-5% lead, Dominion received another letter from OAN's outside counsel that declined to engage on the falsity of OAN's reporting. Instead, the letter doubled down on OAN's lies about Dominion, even demanding that ***Dominion preserve Smartmatic's documents***. Dominion's prior letters to OAN had provided OAN with verifiable evidence that Dominion and its competitor Smartmatic were completely separate companies with no ownership or controlling interests in one another, and were in fact competitors.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that OAN declined to substantively respond to the allegations in Plaintiffs' baseless retraction demand.  Defendants admit that in response to Plaintiffs' threats of meritless litigation, Defendants reiterated their positions and demanded Plaintiffs preserve all documents relevant to potential litigation, including documents related to Smartmatic.  Defendants admit that Plaintiffs' letters had claimed there is no connection between Plaintiffs and Smartmatic, but Defendants deny that this has been verifiably proven.  In fact,

various court records show that one or more of Plaintiffs' affiliated companies have connections to one or more Smartmatic entities. Defendants deny any remaining allegations in Paragraph 179.

**ALLEGATION NO. 180:**

OAN also continued to barrel forward in its Dominion disinformation campaign, continuing to create and broadcast new content spreading known lies. On December 29, 2020, OAN hosted a "one-on-one" conversation with Rudy Giuliani—who OAN's Christina Bobb had been working with to overturn the 2020 election, and who would later have his New York and District of Columbia bar licenses suspended for making "knowing false and misleading factual statements to support his claim that the presidential election was stolen from his client [Donald Trump]"—and Chanel Rion in Washington, DC, during which OAN continued to spread and broadcast Giuliani's lies about Dominion. Giuliani compared Dominion voting machines to "swiss cheese" and falsely claimed that he had "photographs of Dominion machines connected to the internet" and "internet traffic from their machines." Bobb, Rion, and OAN knew that Giuliani had no such photographs or evidence.



**ANSWER:** Defendants deny that OAN engaged in a disinformation campaign and deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Rion believed in the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless disregard for the truth. Defendants admit that OAN hosted a conversation with Giuliani on December 29, 2020. Defendants deny that Bobb's work for Giuliani was related to or in the scope of her work as an OAN employee. Defendants admit that Giuliani had his New York and District of Columbia bar licenses suspended many months later, but deny that this has any relevance to OAN's reporting in December 2020. Defendants admit that Giuliani made the quoted

statements during the interview, and state that the interview speaks for itself.  Defendants deny the remaining allegations in Paragraph 180.

**FOOTNOTE NO. 201:**

*See* Order, *In re Giuliani*, No. 2021-00506 (N.Y. Sup. Ct. June 24, 2021), https://www.nycourts.gov/courts/ad1/calendar/List_Word/2021/06_Jun/24/PDF/Matter%20of%20Giuliani%20(2021-00506)%20PC.pdf.

**ANSWER:**  Defendants state that the order speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the order was published.

**FOOTNOTE NO. 202:**

*One-On-One With Rudy Giuliani On Election Fight*, One America News Network (Dec. 29, 2020), https://app.criticalmention.com/app/#clip/view/0e6482f8-0f33-4473-89db-7a296915c6c7?token=3e9c75c0-6f76-413d-baf8-14659794f3ff.

**ANSWER:**  Defendants state that the interview speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the interview was published.

**ALLEGATION NO. 181:**

Also on December 29, 2020, Dominion responded to OAN's counsel's letter demanding that Dominion preserve Smartmatic's documents and communications.

**ANSWER:** Defendants admit the allegations in Paragraph 181.

**IX.        OAN continues to cover newsworthy claims of election fraud in the new year.**

**ALLEGATION NO. 182:**

Despite Dominion's multiple retraction letters detailing OAN's false statements, OAN refused to retract or apologize. Instead, OAN doubled down and barreled forward with its Dominion-specific content. On December 30, OAN published and broadcast more lies about Dominion, including statements from Sidney Powell that "***The flipping of votes by Dominion is even advertised on their ability to do that, to run a fraction, to make a Biden vote count 1.26% and a Trump vote to only count 0.74%***" and that Dominion has "***done it in Venezuela, they've done it in other foreign countries, they've done it in this country***." OAN then published a tweet from its @OANN account with the Powell clips and the headline, "***Powell:  Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm.***"



**ANSWER:** Defendants admit that OAN did not issue a retraction or apology in response to Plaintiffs' baseless retraction letters.  Defendants admit that they continued to publish statements addressing the newsworthy assertions of voter fraud made by the President of the United States and his agents following the 2020 election.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  The quoted segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on December 30, 2020 included the quoted statements.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants admit that OAN published the referenced tweet.  Defendants deny any remaining allegations in Paragraph 182.

**FOOTNOTE NO. 203:**

One America News (@OANN), Twitter (Dec. 30, 2020, 10:28 AM), https://twitter.com/OANN/status/1344304328333377536.

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 183:**

On January 1, 2021, OAN broadcast yet more lies about Dominion. OAN rebroadcast statements from Giuliani's podcast Common Sense, claiming that "meddling" with the 2020 presidential election was accomplished with "phony ballots and the hacking of Dominion machines." As OAN's Emily Finn put it, "Giuliani says the high number of fake votes overloaded election systems, causing key states to stop their counts on election night." In short, OAN continued to repeat and promote Giuliani's lie that "***the Democrat Party ran a nationwide conspiracy plot together with Dominion and China and other foreign countries and companies to steal President Trump's victory.***"

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on January 1, 2021 included the quoted statements.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context. Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny OAN and Rion made false assertions about any Dominion entity.  Defendants further deny any remaining allegations in Paragraph 183.

**FOOTNOTE NO. 204:**

*OAN News 8am with Stephanie Myers: Giuliani: State & U.S. Lawmakers Must Reverse Election Fraud*, One America News Network (Jan. 1, 2021), https://app.criticalmention.com/app/#clip/view/27981d65-ed66-4cee-8cd1-a7ac77b85891?token =76f4002c-113c-4d95-b318-b3fe81b0c8b5 (Ex. 388).

**ANSWER:**  Defendants state that the segment speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the segment was published.

**ALLEGATION NO. 184:**

On January 2, 2021, OAN broadcast from Washington, DC an interview of Giuliani by OAN news reporter and host of "Weekly Briefing" Christina Bobb, in which Bobb extracted from Giuliani and the lie, which she endorsed, that in Michigan there were "more votes than voters" because "the Dominion machines, which are the machines that we use, *are basically built to cheat*."

**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on January 2, 2021 that included the quoted statement.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants further deny OAN and Bobb made false assertions about any Dominion entity.  Defendants further deny any remaining allegations in Paragraph 184.

**FOOTNOTE NO. 206:**

*Weekly Briefing: Christina Bobb Interviews with Rudy Giuliani*, One America News Network (Jan. 2, 2021), https://app.criticalmention.com/app/#clip/view/74ed09be-0f2b-4c14-b9de-0ca0ad59952b?token=76f4002c-113c-4d95-b318-b3fe81b0c8b5 (Ex. 389).

**ANSWER:**  Defendants state that the segment speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the segment was published.

**ALLEGATION NO. 185:**

At the outset of the January 2 segment with Giuliani, OAN finally notified its viewers—after more than two months of her covert work for the Trump campaign—that Bobb had in fact been working hand-in-hand with the Trump campaign to overturn the election.

**ANSWER:** Defendants admit that while hosting a commentary program on OAN, Bobb, in her personal time, worked separately and not as an employee or agent for OAN with the legal team for the Trump Campaign.  Defendants deny that there was any overlap between Bobb's work for the Trump Campaign and her work for OAN.  Bobb was not involved in any press briefings or

messaging for the Trump Campaign — her role was strictly legal — and the Trump Campaign had

no input on or control over the content aired on OAN.  Defendants deny that Bobb's work for the

Trump Campaign was a secret or that it was improper in any way.  Defendants admit that the

segment at issue did address Bobb's work for the Trump Campaign.

## ALLEGATION NO. 186:

In addition to endorsing lies from knowingly unreliable sources, OAN's own personalities continued to peddle those and similar lies themselves. For example, on January 5, 2021, OAN's own Mike Dinow falsely claimed that "432,000 votes were removed from President Trump's results in Pennsylvania" and that this "illegal subtraction could be a result of electronic tampering with Dominion machines." Dinow and OAN put up a graphic showing that this "illegal subtraction" allegedly occurred most prominently in Lehigh, Chester, and Allegheny county. But of course, as OAN and Dinow knew (or recklessly disregarded), Dominion machines were not used in those Pennsylvania counties.



**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth).  The referenced segment speaks for itself, thus no response is

required.  To the extent a response is required, Defendants admit that a segment aired on January

5, 2021 that included the quoted statement and graphic.  Defendants deny that Plaintiffs have

accurately and fairly characterized this segment generally, particularly when taken as a whole and

in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and

accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any

specific Dominion entity.  Defendants deny that Lehigh, Chester, and Allegheny Counties did not use any voting machines or technology associated one or more Dominion entity.

**X.      Protestors unrelated to Defendants disrupted the certification of the 2020 U.S. Presidential Election on Capitol Hill.**

<u>**ALLEGATION NO. 187:**</u>

Some OAN viewers believed the lies about Dominion with such devotion that they took the fight to the United States Capitol on January 6, 2021, and at rallies across the country to #StopTheSteal, inflicting violence, terror, and death along the way. "[C]rucially, supportive media outlets amplified [Trump's] claims, from wholehearted cheerleading on Newsmax and One America News Network (OAN) to credulous acceptance of gossamer-thin (and failed) legal challenges." "And in the minds of millions, including some of those who sacked the Capitol, those outlets helped legitimize the groundless fraud claims." An OAN flag was seen among the flags flown by the rioters at the Capitol on January 6.



Another banner at the Capitol on January 6 read:  "No Machines Dominion Steals!"



**ANSWER:** Defendants state that the photos above speak for themselves.  Defendants otherwise deny the allegations in Paragraph 187.

**FOOTNOTE NOS. 207, 208, AND 209:**

Bill Keveney & Maria Puente, How Conservative Media Stoked Baseless Election-Fraud Claims that Motivated DC Rioters, USA Today (Jan 13, 2021).

*Id.*

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 210:**

Jordan Klepper, *Jordan Klepper Sees It All at The Capitol Insurrection*, The Daily Show with Trevor Noah (Jan. 12, 2021), https://www.youtube.com/watch?v=YVDJqipoohc.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 188:**

One such insurrectionist, David Blair, who was charged with swinging a "lacrosse stick attached to a confederate flag" at capitol officers and striking one in the chest, stated through his attorney that he stormed the Capitol on January 6 because he had been "sold a bill of goods" after "watching Fox and Newsmax and OANN." Mr. Blair was also found on the U.S. Capitol grounds on January 6 with a "bag that contained a knife."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 188 and therefore deny them.  Answering further, Defendants state

that the events of January 6, 2021 have no relevance to the question of whether Defendants defamed one or more Dominion entities.

**FOOTNOTE NO. 211:**

Justin Fenton, *Maryland man hit Capitol officers with lacrosse stick attached to Confederate flag, challenged cops, a search warrant says*, Baltimore Sun (Feb. 2, 2021), https://www.baltimoresun.com/news/crime/bs-md-ci-cr-blair-capitol-search-warrant-20210202-x4uzotfxhng5ddglhnl5npeonu-story.html.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 189:**

While insurrectionists, including some OAN viewers, stormed the Capitol at the urging of OAN, Giuliani, Trump, and others, OAN reporter Christina Bobb went to the Willard Hotel in Washington, DC—located near the White House and the site of the Stop the Steal rally— to meet with Giuliani, Ramsland, Oltmann, Trump Campaign attorney Joe Eastman, and other individuals pushing the lies that Dominion rigged the 2020 election.



**ANSWER:** Defendants admit that Bobb was at the Willard Hotel on January 6, 2021.  Defendants deny the remaining allegations in Paragraph 189. Answering further, Defendants state that the

events of January 6, 2021 have no relevance to the question of whether Defendants defamed one

or more Dominion entities.

**FOOTNOTE NO. 212:**

Seth Abramson, *Sixth January 6 Willard Hotel "War Room" Member Confirmed; Revelation May Implicate Trump's Department of Homeland Security in the Insurrection*, Proof on Substack (June 14, 2021), https://sethabramson.substack.com/p/breaking-news-sixth-january-6-willard; Michael Farris, *Christina Bobb* #223, Coffee and a Mic (Jan. 12, 2021), https://player.fm/series/coffee-and-a-mike/christina-bobb-223.

**ANSWER:**  Defendants state that the article and podcast speak for themselves and no response is

required.  To the extent a response is required, Defendants admit that the article and podcast were

published.

**XI.        January 2021: In the regular course of business, OAN removed some controversial segments from its website.**

**ALLEGATION NO. 190:**

        At some point on or after January 14, 2021—after the insurrection at the U.S. Capitol fueled by the very same false claims of election fraud OAN had been pushing for more than two months and after Dominion had sued Sidney Powell for defamation for spreading those very same lies— OAN quietly and discreetly removed stories about Dominion from its website. The stories OAN deleted from its website included articles and broadcasts featuring Sidney Powell, Rudy Giuliani, and Joe Oltmann. OAN also deleted tweets from its Twitter accounts, including @OANN and @ChanelRion.

**ANSWER:**  Defendants admit that certain content was removed from its website in the regular

course of business.  Defendants deny that there was any secret about this.  Defendants admit that

OAN deleted certain tweets from its @OANN Twitter account.  Defendants lack sufficient

information or knowledge to form a belief as to the truth of the allegations in Paragraph 190 about

the deletion of tweets from the @ChanelRion Twitter account and therefore deny them.

Defendants deny the remaining allegations in Paragraph 190.

**FOOTNOTE NOS. 213, 214, AND 215:**

Jacob Shamsian, Trump-ally media outlet OAN quietly deleted articles about Dominion despite publicly doubling down on election conspiracy theories, Business Insider (Jan. 20, 2021),

https://www.businessinsider.com/oan-deletes-articles-about-dominion-voting-election-conspir acy-2021-1.

*Id.*

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 191:**

Despite it being common practice for legitimate news organizations to issue retraction notices or editors' notes when stories have been removed or significantly corrected, OAN did not give any public notice of those actions. Instead, the landing pages for those deleted articles simply noted "Page Not Found (404)."

**ANSWER:** Defendants deny that there was any basis to issue a retraction or editors' note.

Defendants admit that the landing pages for the deleted articles said "Page Not Found (404)."

**ALLEGATION NO. 192:**

However, "OAN's purge of articles about Dominion" was not "comprehensive" and many articles peddling lies about Dominion remained available on OAN's website. OAN also made no effort whatsoever to remove any videos from its social media accounts or digital platforms such as YouTube or Rumble. To this day, OAN has never retracted any of its statements about Dominion or tried to notify its viewers that the alternate reality it created in which Dominion stole the 2020 election from Trump is an outright lie.

**ANSWER:** Defendants deny that OAN sought to purge articles about any Dominion entity.

Defendants admit that many articles addressing the newsworthy assertions of voter fraud made by the President of the United States following the election remain available on OAN's website.

Defendants admit that OAN did not remove videos from social media accounts or digital platforms.

Defendants admit that OAN never retracted any statements about any Dominion entity because

there was no basis for a retraction.  Defendants deny that OAN knowingly reported anything that

was false (or engaged in reckless disregard for the truth).

**ALLEGATION NO. 193:**

In fact, seemingly unsatisfied with the proven liars, conspiracy theorists, and other disreputable sources it had previously marched onto its airwaves, in late January 2021 OAN turned to a previously untapped resource willing to lie about Dominion rigging the 2020 election:  an uncredentialed convicted felon.

**ANSWER:** Defendants deny the allegations in Paragraph 193.

**ALLEGATION NO. 194:**

On January 27, 2021, OAN broadcast a segment hosted by Trump Campaign affiliate Christina Bobb in which she interviewed a supposed "expert mathematician" named Ed Solomon who claimed he had uncovered mathematical evidence proving that the November 2020 election results were "impossible" and that therefore "computer software must have used an algorithm to change the votes." Solomon claimed that the results "can only have been done by an algorithm, it can't be done by humans" after he supposedly analyzed the results in Fulton County, Georgia— where Dominion machines were used to tabulate votes. He then claimed that the odds of those results occurring naturally were "1 over 10 to an exponent so large there's not enough stars in the universe, there aren't enough atoms in the universe, to explain the number."



**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response

is required, Defendants admit that a segment aired on January 27, 2021 that included the quoted

statements.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment

generally, particularly when taken as a whole and in context.  Defendants further deny that the

transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity.   Defendants

further deny OAN and Bobb made false assertions about any Dominion entity.   Bobb believed in

the efficacy of her reporting, did not engage in knowing falsity, and did not engage in reckless

disregard for the truth.   Defendants deny that Bobb was acting as a representative of the Trump

Campaign when she hosted the segment.   Defendants deny any remaining allegations in Paragraph

194.

**FOOTNOTE NOS. 216 AND 217:**

*Mathematician: Election Numbers Don't Add Up*, One America News Network (Jan. 27, 2021),
https://www.oann.com/recall-effort-against-calif-governor-gavin-newsom-approaches-1-5-mill
ion-signatures/ (Ex. 390).

*Id.*

**ANSWER:**  Defendants state that this is not a valid link.  Defendants lack sufficient information

or knowledge to form a belief as to the truth of the referenced material and therefore deny its

accuracy.

**ALLEGATION NO. 195:**

Solomon's claims were ludicrous. OAN knew it, and at a minimum recklessly disregarded
the truth. OAN knew Solomon's claims were false because Dominion had expressly notified OAN
of independent evidence debunking them, because former President Trump's own administration
had debunked them, and because OAN itself had effectively acknowledged it by secretly removing
several articles and broadcasts from its own website that made similar claims. OAN also knew
Solomon's claims were bogus because Solomon was the farthest thing imaginable from an "expert
mathematician"—he was in fact a convicted felon with no college degree. Nonetheless, OAN
broadcast and endorsed as its own Solomon's preposterous and baseless allegations that the 2020
election was rigged through computer algorithms Solomon claimed were implemented in voting
machines in the very counties and jurisdictions that used Dominion machines.

**ANSWER:**  Defendants deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth).  Defendants deny that Solomon's claims had previously been

debunked.  Defendants deny that OAN secretly removed articles and broadcasts from its website.

Defendants deny that Solomon's criminal record or degree status has an bearing on the accuracy of his claims. Defendants deny the remaining allegations in Paragraph 195.

**ALLEGATION NO. 196:**

On February 4, 2021, Dominion sent OAN yet another retraction demand letter, this time demanding that OAN retract the January 27 Solomon interview and broadcast. In that letter, Dominion notified OAN that Solomon was no "expert mathematician" and the he was actually a convicted drug dealer who never graduated college and whose current job was setting up swing sets in Long Island, New York. At some point thereafter, OAN quietly removed the video and story from its originally published location on its website, but the video remains available on OAN's Rumble page and on another landing page on its main website.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the allegations in Paragraph 196.

**XII.      February-April 2021:  Mike Lindell pays OAN for air time to show his "docu-movie" about election fraud.**

**ALLEGATION NO. 197:**

In February 2021, months after the Presidential Election—after OAN received multiple retraction demands from Dominion, including additional demands on December 29, 2020, and February 4, 2021, and well after any claims of election fraud had been entirely and publicly debunked—OAN enlisted yet another facially unreliable source to defame Dominion:  the CEO of MyPillow, Mike Lindell. Beginning in 2004, when Lindell founded the MyPillow company, Lindell personally starred in MyPillow's infomercials, which claimed that MyPillow would help people suffering from fibromyalgia, insomnia, migraines and headaches, sleep apnea, snoring, TMJ, and restless leg syndrome. In 2016, prosecutors alleged that these claims were "untrue or misleading." Rather than defend the truthfulness of MyPillow's claims in court, Lindell opted to pay $995,000 in civil penalties. Similarly, the Better Business Bureau revoked the accreditation of MyPillow and lowered its rating to "F" based on a pattern of complaints by customers. In the first three quarters of 2020, MyPillow spent more than $62 million on TV ads, with nearly 99% of it going to cable channels like OAN. By this time, OAN was well aware of the lies Lindell would spread. Indeed, Lindell had established himself as a prime purveyor of false stories of election fraud. In addition, on January 15, 2021, Lindell was seen at the White House with notes that "appeared to suggest the president was considering invoking the Insurrection Act, a law that lets the president deploy military and National Guard troops to the streets and the use of 'martial law if necessary.'"



**ANSWER:** Defendants admit that by February 2021, OAN had received multiple retraction demands from Plaintiffs.  Defendants deny that by February 2021, any claims of election fraud had been entirely and publicly debunked — indeed, President Trump continues to make newsworthy assertions of voter fraud to this day.  Defendants deny that OAN "enlisted" Lindell.  Defendants deny that Lindell, a successful businessman, was at the time a facially unreliable source of information.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 196 about Lindell and his business and therefore deny them.  The cited documents speak for themselves.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).

**FOOTNOTE NO. 218:**

*See* Dec. 29, 2020 Ltr. from T. Clare to E. Early; Feb. 4, 2021 Ltr. from T. Clare to E. Early (Ex. 411).

**ANSWER:** Defendants state that the letters speak for themselves and no response is required. To the extent a response is required, Defendants admit that the letters were sent.

**FOOTNOTE NOS. 219 AND 220:**

*See* Compl., *California v. MyPillow, Inc.*, No. HG16836619 (Ca. Super. Ct., Alameda Cty. Oct. 26, 2016).

*Id.*

**ANSWER:** Defendants state that the pleading speaks for itself and no response is required. To the extent a response is required, Defendants admit that the pleading was publicly filed.

**FOOTNOTE NO. 221:**

*See* Final J., *California v. MyPillow, Inc.*, No. HG16836619 (Ca. Super. Ct., Alameda Cty. Oct. 31, 2016).

**ANSWER:** Defendants state that the pleading speaks for itself and no response is required. To the extent a response is required, Defendants admit that the pleading was publicly filed.

**FOOTNOTE NO. 222:**

*My Pillow*, Better Business Bureau, https://www.bbb.org/us/mn/chaska/profile/pillows/my-pillow-inc-0704-96152336 (last visited July 7, 2021).

**ANSWER:** Defendants state that the profile speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the profile was publicly available.

**FOOTNOTE NO. 223:**

Tiffany Hsu, *As Corporate America Flees Trump, MyPillow's C.E.O. Stands by Him*, N.Y. Times (Jan. 12, 2021), https://www.nytimes.com/2021/01/12/business/media/mypillo w-mike-lindell-trump.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 198:**

Despite OAN's knowledge of the truth—or at minimum reckless disregard of it—OAN invited Lindell to broadcast a series of "documentaries" spreading lies about Dominion. Specifically, between February 5 and June 5, OAN broadcast Lindell's first two-hour "docu-

movie" entitled Absolute Proof for a total of 26 hours of airtime, which constituted 13 separate broadcasts; his first follow-up to Absolute Proof entitled Scientific Proof; another follow-up "docu-movie," which suggests Dominion interfered in the election just by its name: Absolute Interference; and most recently, yet another "docu-movie" entitled Absolute 9-0, in which Lindell claimed he would get the Supreme Court of the United States to overturn the election by a 9-0 vote.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that OAN invited Lindell to broadcast his documentaries — rather, Lindell purchased air time on OAN to air his documentaries. Defendants admit that between February 5 and June 5, OAN aired a long-form segment about the 2020 U.S. election created by Lindell, entitled *Absolute Proof* in 13 separate broadcasts totaling 26 hours of airtime. Defendants admit that Lindell also created long-form segments about the 2020 U.S. election entitled *Scientific Proof*, *Absolute Interference*, and *Absolute 9-0*.

## ALLEGATION NO. 199:

Before Lindell's first "docu-movie," Absolute Proof, aired on February 5, 2021, Lindell had previously announced that his movie would premiere on OAN and had detailed exactly what he would include in it. For example, Lindell had made it publicly known that he would be relying heavily on "evidence" he found on a conspiracy theory blog called *The American Report*, which is run by people identified as "Mary Fanning" and Alan Jones, who are facially unreliable for multiple reasons, including that neither "Mary Fanning" nor Alan Jones have any apparent background in cybersecurity or intelligence and that there were numerous major flaws in the analytics underlying the report.

**ANSWER:** Defendants admit that Lindell announced *Absolute Proof* would premier on OAN before it first aired. Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 199 and therefore deny them.

## FOOTNOTE NO. 224:

Mary Fanning Kirchhoefer, LinkedIn, (last visited June 16, 2021), https://www.linkedin.com/in/mary-fanning-kirchhoefer-583a181b/.

**ANSWER:** Defendants state that the website speaks for itself and no response is required.  To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Footnote 224 and therefore deny them.

**ALLEGATION NO. 200:**

In the February 4, 2021 retraction demand letter it sent regarding the bogus Solomon segment—and before OAN aired Absolute Proof—Dominion also notified OAN that Lindell's Absolute Proof movie was demonstrably false. Dominion referenced and attached a letter of the same date it sent to Lindell, which detailed numerous red flags and fatal flaws in the "raw data analytics" from The American Report conspiracy theory blog he claimed he would include in the movie and numerous specific facts discrediting sources such as Russell Ramsland and his bogus "forensics report" on Antrim County, Michigan. The letter also referred Lindell to Dominion's defamation complaint against Rudy Giuliani, which set forth the flaws in Ramsland's Antrim County report in greater detail and also explained in detail how a series of human errors by the Antrim County Clerk—not machine fraud—had caused the unofficial result in that county to indicate a win for Biden before the mistake was promptly caught as part of the normal canvass process.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the allegations in Paragraph 200.

**FOOTNOTE NOS. 225 AND 226:**

*See* February 4, 2021 Ltr. from M. Meier & T. Clare to E. Early (Ex. 372).

*Id.*

**ANSWER:** Defendants state that the letter speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the letter was sent.

**ALLEGATION NO. 201:**

After receiving Dominion's letter, OAN began to aggressively promote its line of original Dominion-themed programming, including Lindell's movie. Late in the evening on February 4, 2021—the day before the movie first aired on OAN—OAN tweeted out a thirty-second trailer for Absolute Proof and promised its viewers "a never-before-seen report breaking down election fraud

evidence & showing how the unprecedented level of voter fraud was committed in the 2020 Presidential Election." OAN noted at the end that the movie was "Only on #OANN."



**ANSWER:** Defendants deny that *Absolute Proof* was part of OAN's programming. Defendants further deny that OAN promoted *Absolute Proof* any more aggressively than any other content airing on the network. Defendants admit that OAN tweeted the trailer for *Absolute Proof*. The tweet speaks for itself. Defendants deny any remaining allegations in Paragraph 201.

**FOOTNOTE NO. 227:**

One America News (@OANN), Twitter (Feb. 4, 2021, 10:38 pm), https://twitter.com/OANN/status/1357533963707842560.

**ANSWER:** Defendants state that the tweet speaks for itself and no response is required. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 202:**

In another tweet featuring OAN's trailer for the film, OAN also promised its viewers "Growing evidence of election fraud reveals that the Presidency of the United States has been stolen from the American people." Just a few minutes later, OAN tweeted the same video again, this time noting the exact dates and times the movie would be available "Only on #OANN." In the short video promoting the movie, OAN told its viewers that "growing evidence of election fraud reveals that the presidency of the United States has been stolen from the American people," and

described the movie as "showing exactly how this unprecedented level of voting fraud was committed."



**ANSWER:** Defendants admit that OAN published the referenced tweet.  The tweet speaks for itself.  Defendants deny any remaining allegations in Paragraph 202.

**FOOTNOTE NOS. 228 AND 229:**

One     America     News     (@OANN),     Twitter     (Feb.     4,     2021,     10:42     pm), https://twitter.com/i/web/status/1357535145574559746.

*Id.*

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 203:**

OAN broadcast the film thirteen times from February 5 to February 8, 2021. In addition, OAN broadcast Absolute Proof again, interspersed with an interview of Lindell by Steve Bannon, on February 11, 2021.

**ANSWER:** Defendants admit the allegations in Paragraph 203.

**ALLEGATION NO. 204:**

OAN was fully aware that Lindell's "docu-movie" was full of lies and recklessly disregarded the truth about the 2020 election but deceived its viewers nonetheless. Why? At least

in part to please Lindell, who was (and remains) one of OAN's biggest advertisers. And it also allowed OAN to curry favor with President Trump.

**ANSWER:** Defendants deny the allegations in Paragraph 204.

**ALLEGATION NO. 205:**

In a calculated attempt to try to avoid defamation liability for the lies it was about to knowingly broadcast to a global audience, OAN played a disclaimer effectively admitting that OAN knew Lindell's claims were false but trying to pass them off as "opinions" and brazenly claiming—contrary to months of OAN's false reporting on Dominion, which had caused millions of Americans to question the results of the Presidential election—that the assertions in the sham "docu-movie" were not adopted or endorsed by OAN. The disclaimer read:

DISCLAIMER

Michael James Lindell has purchased the airtime for the broadcast of this program on One America News ("OAN") network. Mr. Lindell is the sole author and executive producer of this program and is solely and exclusively responsible for its content. The topic of this broadcast is the 2020 election. OAN has undertaken its own reporting on this topic. This program is not the product of OAN's reporting. The views, opinions and claims expressed in this program by Mr. Lindell and other guests, presenters, producers, or advertisers are theirs, and theirs alone and are not adopted or endorsed by OAN or its owners. In particular, OAN does not adopt or endorse any statements or opinions in this program regarding the following entities or people:  US Dominion, Inc. (and any related entities); Smartmatic USA Corp; Brian Kemp; Brad Raffensperger; or Gabriel Sterling. Further, the statements and actions expressed in this program are presented at this time as opinions only and are not intended to be taken or interpreted by the viewer as established facts. The results in the 2020 Presidential election remain disputed and questioned by millions of Americans who are entitled to hear from all sides in order to help determine what may have happened.

**ANSWER:** Defendants admit that OAN published the Disclaimer but otherwise deny the allegations in Paragraph 205.

**FOOTNOTE NOS. 230, 231, 232, AND 233:**

*Absolute Proof* (2020), previously available at https://rumble.com/vdlbl7-absolute-proof-mike-lindell-election-documentary-full.html (Ex. 391).

*Id.*

*Id*. at 1:19-35 (Tr. at 3:5-9).

*Id*. at 31:15-22 (Tr. at 31:15-19).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 206:**

But OAN's "disclaimer" was nothing more than a ploy—a hollow attempt to try to avoid liability for what it knew to be a film about the very same false and utterly baseless allegations OAN itself had created, endorsed, and spread for almost four months. The disclaimer itself demonstrates that OAN knew or recklessly disregarded the falsity of the broadcast. Indeed, the fine-print disclaimer it flashed at the beginning of the film was completely belied by its tweets and commercials just the day before promising its viewers that Absolute Proof was proof that Dominion rigged the election and that the film would be "a never-before-seen report breaking down election fraud evidence & showing how the unprecedented level of voter fraud was committed in the 2020 Presidential Election." OAN would not provide any such disclaimer for any of Lindell's other films it broadcast repeatedly through the first half of 2021, and continued to broadcast the lies about Dominion as truth and to conceal the true facts from its viewers.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that the film was about or based on allegations that OAN had created, endorsed, or spread.  Defendants deny that the disclaimer demonstrates knowledge of falsity or that it is inconsistent with promotions for *Absolute Proof*. Defendants admit that OAN did not provide a similar disclaimer for Lindell's other long-form segments broadcast on OAN.  Defendants deny any remaining allegations in Paragraph 206.

**ALLEGATION NO. 207:**

OAN's broadcasts of Absolute Proof start with Lindell saying that the "deviations that happened on election night" did not "ma[ke] any sense," despite the fact that Lindell (and OAN) knew that Trump had discouraged his supporters from voting by mail while Democrats had done the opposite, and that there had been human error by the county clerk—not machine fraud— in Antrim County.

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 207.

**ALLEGATION NO. 208:**

Then—despite the fact that Dominion had previously written to OAN and specifically pointed out red flags and errors in the fake "raw data analytics" screenshot Lindell downloaded from the conspiracy theory blog—OAN knowingly lied to its audience about that document, broadcasting Lindell's claim that it was "a piece of evidence that's 100% proof, it's like a print of inside the machine with the timestamp that showed other countries attacking us, hacking into our election through these machines, and it shows the votes flipped."

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 208.

**ALLEGATION NO. 209:**

And, despite the fact that Dominion had previously written to OAN (and Lindell) and pointed out specific facts from the public domain thoroughly discrediting the "Deep State" conspiracy theorist Russell Ramsland, Lindell's "docu-movie" also featured Ramsland claiming—against a backdrop of ominous music—that it was a "stolen election."



**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response

is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise

deny the allegations of Paragraph 209.

**ALLEGATION NO. 210:**

Notably, Russell Ramsland appears to be one of the earliest promoters of the kinds of lies
that are now being told about Dominion:  as described in detail above, he began making similar
claims years before the 2020 election, when Pete Sessions—a staunch Trump supporter— lost to
a Democrat in a 2018 election in Dallas, Texas. While Ramsland had in 2015 been the leading
contender to challenge Pete Sessions in a Republican primary for a congressional seat, in 2018,
Ramsland began alleging that his former rival had been deprived of his rightful seat in Congress
by vote-flipping machines in that Dallas election. ***That 2018 Dallas election did not use Dominion
equipment, but rather equipment provided by Dominion's competitor, ES&S.***

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 210 and therefore deny them.

**FOOTNOTE NO. 234:**

Gromer Jeffers Jr., *Tea party activists mobilize for another shot at Pete Sessions*, Dallas Morning
News (July 9, 2015), https://www.dallasnews.com/news/politics/2015/07/09/tea-party-activists-
mobilize-for-another-shot-at-pete-sessions/.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the

extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 211:**

In the OAN/Lindell "docu-movie," Ramsland repeats the story he began telling years
ago—that voting machines in Texas flipped votes and stole the election from Pete Sessions in
Dallas in 2018—and then claims that voting machines improperly purged votes in Dallas and
Harris County just before the 2020 election. In the film, though, Lindell and Ramsland fail to
address the fact that Ramsland's story about the Texas voting machines actually undermines their
current claim that Trump won the 2020 election:  if Ramsland's story were true, that would cast
doubt on Trump's wins in Texas and several swing states that used the same machines as Texas
(and which, again, were ***not*** Dominion machines). But the OAN/Lindell film does not attack the
results in states that Trump won, of course; doing so would have undermined their false
preconceived narrative.

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 211.

**ALLEGATION NO. 212:**

The "docu-movie" also features Ramsland claiming "[w]e developed huge, tons of absolute proof on this, but no court case was ever allowed, ever allowed it to be presented… But it does exist. It's out there. It's unbelievable. It's massive." Instead of displaying the "huge, tons of absolute" "unbelievable" "massive" "proof" or referring to a website where the public and experts could scrutinize the "proof" for themselves, at this point, the film features animated graphics of green text moving quickly across a black screen and a stylized image of Earth from space, along with a claim from Ramsland that he had seen undisclosed "data that is supposedly representative." As one Rolling Stone reporter told Lindell:  an "unnamed hacker spoke in sentences that used English to make an indecipherable word salad." Lindell replied:  "Oh, those numbers were just b-roll." In other words, Lindell himself acknowledged that what he was showing was untrue and designed to mislead the viewer into thinking that the movie was showing actual evidence of hacking.

Graphics from the "docu-movie" Absolute Proof.

Graphics from the "docu-movie" Absolute Proof.

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 212.

**FOOTNOTE NO. 235:**

*Absolute Proof* at 31:15-52 (Tr. at 32:23-33:3), previously available at https://rumble.com/vdlbl7-absolute-proof-mike-lindell-election-documentary-full.html (Ex. 391).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NOS. 236 AND 237:**

Stephen Rodrick, Diamond and Sulk:  A Weekend With Mike Lindell and the MAGA Zombies, Rolling Stone (June 14, 2021), https://www.rollingstone.com/politics/politics-features/mypillow-mike-lindell-2020-election-1183676/.

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 213:**

Despite the fact that OAN was well aware from Dominion's prior correspondence of the publicly available sources documenting what had really happened in Antrim County, Michigan (human error, not corrupt vote-flipping machines), and of numerous errors by Ramsland thoroughly debunking his supposed credentials and his so-called "forensics report" on Antrim County, OAN broadcast Lindell's "docu-movie," which deliberately deceives viewers by calling Ramsland's debunked report "a perfect report," falsely holding Ramsland out as a "forensic expert on these particular machines," and deliberately lying about what had actually happened in Antrim County, Michigan, falsely claiming that "7,060" votes "were flipped from Trump to Biden… by the machines."

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 213.

**FOOTNOTE NOS. 238, 239, 240, 241, AND 242:**

Absolute Proof at 33:02-35:48, 1:16:54-56, 1:21:39-41, 1:13:24-35 (Tr. at 35:10-25, 87:9, 92:17, 82:16-83-4), Rumble (Feb. 5, 2021), previously available at https://rumble.com/vdlbl7- absolute-proof-mike-lindell-election-documentary-full.html (Ex. 391).

*Id*. at 1:30:55-31:04 (Tr. at 102:22-25).

*Id*. at 1:36:3-20 (Tr. at 108:12-18).

*Id*. at 1:42:1-2, 1:43:06, 1:43:31-39 (Tr. at 113:13, 114:17, 115:3-5).

*Id*. at 1:57:44-58:04 (Tr. at 128:4-11).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 214:**

Later in the "docu-movie," Lindell states:  "This Dominion. These machines are the biggest fraud in election—they stole this, but now the truth is all going to be revealed." An hour and a half into the program, Lindell states:  "Well, everyone, this is the moment you've all been waiting for. What you're going to see now is 100% proof that we had upon our country, the biggest cyber-attack in history. And I'm going to bring on Mary Fanning to explain how it all happened and then show you the 100% proof."

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 214.

**ALLEGATION NO. 215:**

In the Absolute Proof "docu-movie" that OAN broadcast, Lindell and "Fanning" claim that they have "thousands of pages," "100% proof," and "historic proof" of "election fraud," "foreign intrusion into our election," and that Dominion "stole" the election. But rather than posting the "proof" in native spreadsheet form on a website where it—and its metadata—could be scrutinized by the public and real experts in election security, Lindell and "Fanning" chose to have the "docu-movie" show scrolling footage of the fake "raw data analytics" that "Fanning" had previously excerpted on her conspiracy theory blog, and a purported representation of those "analytics"—a multi-colored cartoon animation of a world map, purporting to show votes being sent overseas and stolen in real-time. Even putting aside the fake data, the claim is itself Alice-in- Wonderland-level absurd, given that the votes allegedly manipulated were all recorded by voters ***on paper ballots stored by local election officials in the United States***, and thus beyond any possible reach of such "foreign intrusion."

 

Scenes of the "100% proof" and "historic proof" from Absolute Proof

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 215.

**ALLEGATION NO. 216:**

Toward the end of OAN's broadcast, Lindell implores his audience:  "Now, you've all seen absolute proof of the biggest cyber-attack in history. We right now, it's a takeover of our country. We all see it happening. And now you see the proof, where it came from, what happened. We all need to go out now each and every one of you and tell your friends, family, people, your social media, spread this out everywhere."

**ANSWER:** *Absolute Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Proof* included the quoted statements, but otherwise deny the allegations of Paragraph 216.

**ALLEGATION NO. 217:**

OAN's broadcast of *Absolute Proof* was inexcusable. OAN was fully aware of the lies Lindell would spout about Dominion during the program. And yet OAN invited Lindell to appear on the program and called it *Absolute Proof*, not "Absolute Opinion" or any other name suggesting anything less than certain belief in Lindell's lies.

**ANSWER:** Defendants deny the allegations in Paragraph 217.

**ALLEGATION NO. 218:**

The reach of *Absolute Proof* was expansive. On February 19, 2021, Lindell appeared on Rudy Giuliani's podcast to tout "Absolute Proof," boasting that it had been seen by 100 million people worldwide, with an average view time of one hour and 53 minutes, bolstered by OAN's broadcast of the film more than a dozen times and the fact that the film remains available today on OAN's various digital platforms and social media websites.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 218 and therefore deny them.

**FOOTNOTE NO. 243:**

Rudy Giuliani & Mike Lindell, CANCEL CULTURE:  Return Of The Salem Witch Trials?, Rudy Giuliani's Common Sense (2021), https://podcasts.apple.com/mw/podcast/cancel-culture-return-salem-witch-trials-rudy-giuliani/id1505388703?i=1000509866620 (last visited June 6, 2021).

**ANSWER:**  Defendants state that the podcast speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the podcast was published.

**ALLEGATION NO. 219:**

*Absolute Proof* was so successful, in fact, that OAN and Lindell decided to continue their line of original programming aimed specifically at defaming Dominion. The next installment in the series of lies pointed at Dominion was a three-part "docu-movie" called Scientific Proof with Mike Lindell, which OAN heavily promoted and aired three times on April 3 and another three times on April 4, 2021.  In Scientific Proof, Lindell and OAN invited Dr. Douglas Frank to appear to spread lies about Dominion. Dr. Frank is "a part-time math teacher who is currently visiting Colorado to push an eye-popping election fraud conspiracy at events across the state." Dr. Frank has been put on a forced sabbatical by the school he previously taught at "for an undetermined amount of time" and has since been removed from the school's faculty website. Dr. Frank also admitted to the Ohio Secretary of State that "he does not currently possess any evidence to prove his theories about irregularities in the 2020 election."  Both Lindell and Dr. Frank again falsely claimed that Dominion flipped votes in the 2020 Presidential Election to steal the election for President Biden.

> Mike Lindell:  But what you're going to see just speaks for itself. For him to even get in and figure out the algorithms and then to have absolute proof.
>
> What we have over here, what you're going to see when this is down, when I showed you in Absolute Proof, the first documentary we did with all the cyber attack in our country, who did it, when they did it, why they did it. We know the IP addresses, the IDs of the computers, everything. Now you're going to see that this was nationwide, and these two come together and it absolutely fits like a glove. So why don't we just get right into it. What do you have?
>
> Douglas Frank:  I found where the algorithms that control how many registrations and how many ballots you need in every county to control an election.· That's what I figured out.
>
> Lindell:  Right.
>
> Frank:  And it's widespread. It's in every state that I've checked so far in magnificent parts per million detail, so I know it's not an accident.
>
> Lindell:  Right.
>
> Frank:  It has to be done by an algorithm. Lindell:  It could not be done by humans.
>
> Frank:  It could not be done.
>
> Lindell:  I want everybody to know that. Frank:  Yes.

Lindell:  What you're going to see is impossible to be done by humans. It had to be done by machines, i.e. computers.

Frank:  Absolutely.

Lindell:  And they had to be online?

Frank:  Absolutely, the whole time, beforehand, during and after.

Lindell:  Before, during, and after.

 . . .

Lindell:  So it couldn't be done by humans.

Frank:  No, no, no.

Lindell:  It's a hundred percent impossible. Frank:  No, no.

Lindell:  Had to be machines?

Frank:  Yes.

Lindell:  And they had to be online.

Frank:  Constantly online.

Lindell:  Constantly online, everybody.

Frank:  Beforehand getting the registrations in place so you can use the phantom ballots.

Lindell:  Right.

Frank:  Because if you think about it, you can have all if machines in the world changes ballots all you want. The problem is that afterwards if they count the ballots, it's got to match.

Lindell:  It's got to match.

…

Lindell:  It's impossible one hundred percent. It can only be done by machines. I can't stress that enough.

Frank:  Absolutely.

Lindell:  And they all rhyme with Dominion, there's others, Smartmatic, ES&S, you know, all of these, and it's just—you know, I sit here. I want to bring this up. When you found all this—

Frank: Yes.

Lindell:—I mean, what went through your mind? I want people to know.

**ANSWER:** The first sentence of Paragraph 219 alleges a legal conclusion about alleged defamation, thus no response is required.  To the extent a response is required, Defendants deny that *Absolute Proof* was OAN original programming or that OAN collaborated with Lindell on *Absolute Proof* or any other docu-movie.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that Lindell created another "docu-movie" called *Scientific Proof*, which OAN aired three times on April 3 and another three times on April 4, 2021.  Defendants deny that OAN heavily promoted *Scientific Proof*.  *Scientific Proof* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Scientific Proof* included the quoted statements, but otherwise deny the remaining allegations of Paragraph 219.

**FOOTNOTE NO. 244:**

Scientific Proof Promo, One America News Network (Apr. 2, 2021), https://rumble.com/vfb7fh-mike-lindell-scientific-proof-promo.html.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 245:**

Erik Maulbetsch, Election Fraud Conspiracies Still Abound Among Colorado Republicans, Colorado Times Recorder (Apr. 24, 2021), https://coloradotimesrecorder.com/2021/04/election-fraud-conspiracies-still-abound-among-colorado-republicans/35621/.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published and deny it was complete, accurate, or fair.

**FOOTNOTE NOS. 246 AND 247:**

Haley BeMiller, Cincinnati area chemist takes stage at Trump rally to tout false claims about 2020 election, Cincinnati Enquirer (July 1, 2021), https://www.cincinnati.com/story/news/2021/07/01/ohio-trump-rally-featured-cincinnati-teacher-false-election-claims/7812156002/.

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 248:**

Scientific Proof (Mike Lindell 2021) (clip 1 of 3), https://app.criticalmention.com/app/#clip/view/cc413279-f89b-4782-8c2a-  bf49f142b45f?token =d01c5f60-581f-4664-b4ad-0a738ec4f5cb (Ex. 393).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the video was published.

**FOOTNOTE NO. 249:**

Scientific Proof (Mike Lindell 2021) (clip 2 of 3), https://app.criticalmention.com/app/#clip/view/5e93ce97-870f-4c2a-b146-  afa157771044?token =d01c5f60-581f-4664-b4ad-0a738ec4f5cb (Ex. 394).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the video was published.

**FOOTNOTE NOS. 250 AND 251:**

Scientific Proof (Mike Lindell 2021) (clip 3 of 3), https://app.criticalmention.com/app/#/report/98d0f6fd-e2b7-4363-b980-ad881adf294a (Ex. 395).

*Id.*

**ANSWER:**  Defendants state that the video speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the video was published.

**ALLEGATION NO. 220:**

But OAN did not stop there, either. Instead it added a third "docu-movie" to its line of Dominion-branded programming. On April 22, 2021, Lindell appeared on OAN with yet another "docu-movie", this time entitled "Absolute Interference," which OAN heavily promoted before its air date. Lindell and OAN hosted Michael Flynn, among others, to promote and spread more disinformation about Dominion. Lindell again asserted that Dominion had Venezuelan ties, and that Dominion had been "cheating over the decades and centuries." Flynn agreed:  "not just the foreign side of it, but how they are working with people inside of our own system."

**ANSWER:** Defendants deny that any of Lindell's "docu-movies" constitute OAN programming. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that Lindell created another "docu-movie" called *Absolute Interference*, which OAN aired.  Defendants deny that OAN heavily promoted *Absolute Interference*, and Defendants deny that OAN "hosted" Michael Flynn or anyone else to spread disinformation any Dominion entity.  *Absolute Interference* speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that *Absolute Interference* included the quoted statements, but otherwise deny the remaining allegations of Paragraph 220.

**ALLEGATION NO. 221:**

OAN still did not stop there. Just over a week later, on April 29, 2021, OAN aired a "One-on-One with Mike Lindell," giving Lindell yet another platform to spread lies about Dominion. Lindell called the election "an attack by China" through Dominion voting machines. Lindell also accused Dominion of "the biggest attack" and "one of the biggest crimes against humanity in history." Lindell claimed to have "absolute scientific proof" of these claims, despite Lindell's and OAN's knowledge of their patent falsity.

**ANSWER:** Defendants admit that OAN aired reporting and commentary related to Lindell to address the newsworthy claims of voter fraud made by a successful businessman and close ally to the President of the United States following the election.  The segment speaks for itself, thus no

response is required.  To the extent a response is required, Defendants admit that a segment aired

on April 29, 2021 that included the quoted statements.  Defendants deny that Plaintiffs have

accurately and fairly characterized this segment generally, particularly when taken as a whole and

in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and

accurate in all instances.  Defendants further deny the quoted statement is "of and concerning" any

specific Dominion entity.  Defendants further deny OAN and Rion made false assertions about

any Dominion entity.  Defendants deny any remaining allegations in Paragraph 221.

## ALLEGATION NO. 222:

Four days later, on May 3, 2021, OAN and OAN's Pearson Sharp yet again hosted Mike
Lindell to spread falsehoods about Dominion in a segment titled "Mike Lindell Tackles Election
Fraud:"

> Mike Lindell:  These machines where it got hacked, Dominion, Smartmatic, hell
> all of them are the same, ES&S. You just say Dominion, but it's all machines. China
> hacked into our election and flipped millions upon millions of votes.
>
> We have a hundred percent evidence, so I put out the two—three movies now,
> Absolute Proof, Scientific Proof—
>
> …
>
> Lindell:  Did you hear about Dominion and China attacking our country. So I put
> the voice out there. What these guys were, the evidence was already there, you
> know, but there were other people trying to get this out there but they didn't have a
> voice.
>
> …
>
> Lindell:  Now, what happened was, though, all these people after January 9th when
> I went public with that piece that these guys have gotten me, that piece, Dominion,
> the cyber attack, when I did that, then these guys trusted me. These guys are
> whistleblowers. These guys that work inside the government and used to work for
> the government, these are the guys that have all this information and so they had
> this. They can't just go out there. They're in danger, but they trusted me, so they
> brought it to me.

Patrick Byrne has confirmed he was the one who sent "these guys" to Lindell, and that he
sent them to Lindell specifically because he (Byrne) had lost access to President Trump, but knew
Lindell still had such access. In other words, the "sources" Lindell was touting were the same
discredited sources Byrne had been using for months to generate lies about Dominion for use,

among other places, in the failed "Kraken" litigation and in Ramsland's debunked Antrim County report.

**ANSWER:** Defendants admit that OAN aired reporting and commentary related to Lindell to address the newsworthy claims of voter fraud made by a successful businessman and close ally to the President of the United States following the election. The segment speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that a segment aired on May 3, 2021 that included the quoted statements. Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context. Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances. Defendants further deny the quoted statement is "of and concerning" any specific Dominion entity. Defendants further deny OAN made false assertions about any Dominion entity. Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in final two sentences of Paragraph 222 and therefore deny them.

**FOOTNOTE NO. 252:**

Mike Lindell Tackles Election Fraud, One America News Network (May 3, 2021), https://app.criticalmention.com/app/#clip/view/73f40fb5-a9ab-4c8b-aa1b-  c038474c608f?token =78421a00-fd36-4024-80e9-790adf35eb22 (Ex. 401).

**ANSWER:**  Defendants state that the video speaks for itself and no response is required. To the extent a response is required, Defendants admit that the video was published.

**FOOTNOTE NO. 253:**

*See* Steel Truth with Ann Vandersteel, Rumble (Dec. 22, 2020), https://rumble.com/vc5rtr-ann-vandersteel-and-patrick-byrne-12-22-2020-steel-truth.html.

**ANSWER:**  Defendants state that the video speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 223:**

All told, OAN has willingly and knowingly provided Lindell with its platform to falsely defame Dominion over a dozen times since the end of January 2021. OAN, its on-air talent, its executives, and its ownership know that these are lies. These claims about Dominion are not improbable; they are impossible. These lies have all been debunked, not just by Dominion's numerous previous letters sent to OAN, but by the various public agencies and officials responsible for running and overseeing the elections on a national and local level.

**ANSWER:** Defendants admit that Lindell produced long-form segments about the 2020 U.S. election and OAN aired some of them.  Defendants deny that OAN knowingly allowed Lindell to publish anything that was false (or engaged in reckless disregard for the truth).  Defendants deny the remaining allegations in Paragraph 223.

**ALLEGATION NO. 224:**

Yet OAN has refused to retract the lies it has broadcast. Instead, OAN continues to spread these lies—months and months after the election—through an entire segment of its programming specifically targeted at Dominion.

**ANSWER:** Defendants admit that OAN has declined to retract its reporting based on meritless retraction demands. Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that OAN has an entire segment of programming targeted at any Dominion entity.

**XIII.      April 18-19, 2021: Former employee with an axe to grind makes false statements about OAN.**

**ALLEGATION NO. 225:**

On April 18, 2021, an OAN producer named Marty Golingan confirmed the obvious:  that all this while, OAN knew these falsehoods about Dominion were not true. On that day, Golingan, who joined OAN as a producer in 2016, was interviewed by the New York Times for a story about OAN. Golingan conceded that "he and others at OAN disagreed with much of the channel's coverage. 'The majority of people did not believe the voter fraud claims being run on the air,' Mr. Golingan said in an interview, referring to his colleagues." Mr. Golingan also "said some OAN employees had hoped Dominion would sue the channel. 'A lot of people said, "This is insane, and maybe if they sue us, we'll stop putting stories like this out."'"

**ANSWER:** Defendants admit that Golingan made these statements to *The New York Times*, but deny that his statements are accurate, fair, or capture the underlying factual situation. Golingan was a disgruntled employee who was on the verge of being terminated for poor performance, who manipulated the press into telling an inaccurate story that was sympathetic to him.

**FOOTNOTE NO. 254:**

*See* Rachel Abrams, One America News Network Stays True to Trump, N.Y. Times (Apr. 18, 2021), https://www.nytimes.com/2021/04/18/business/media/oan-trump.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 226:**

The next day, on April 19, 2021, in plain retaliation for the interview and for speaking out about OAN's lies about Dominion, OAN fired Mr. Golingan.



**ANSWER:** Defendants admit that Golingan was fired on April 19, 2021.  Defendants deny the remaining allegations in Paragraph 226.

**FOOTNOTE NO. 255:**

*See* Jake Lahut, OAN fires staffer who called out the network over voter fraud lies, Business Insider (Apr. 19, 2021), https://www.businessinsider.com/oan-network-staffer-fired-election-fraud-lies-2021-4.

**ANSWER:** Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 227:**

       With Mr. Golingan gone and any remaining naysayers at OAN scared into silence, OAN continued to broadcast its false stories about Dominion.

**ANSWER:** Defendants deny the allegations in Paragraph 227.

**XIV.**      **April-June 2021: Two OAN employees use their off-work time to support the audit in Maricopa County.**

**ALLEGATION NO. 228:**

       By mid-February 2021, OAN reporter Christina Bobb had been advising the Trump Campaign in trying to overturn the election for more than four months, all the while pushing and recycling debunked claims that Dominion had rigged the 2020 election. For example, on February 10, 2021, Bobb retweeted a false story that Dominion machines had "shorted EVERY REPUBLICAN candidate in Windham, New Hampshire" by "300 Votes!" as a "HUGE DEVELOPMENT." In reality, that was a more than three-month old story and those claims had been debunked back in November by New Hampshire's Secretary of State, on November 12, 2020.

**ANSWER:** Defendants admit that while hosting a commentary program on OAN, Bobb was also working separately with the legal team for the Trump Campaign in her personal time, while not on the clock for OAN.  Defendants deny that there was any overlap between Bobb's work for the Trump Campaign and her work for OAN.  Defendants admit that Bobb published the referenced tweet on February 10, 2021, honestly and in good faith without knowing falsity or reckless

disregard for the truth. The tweet speaks for itself. Defendants deny that the assertions at issue in Bobb's tweet had been debunked.

**FOOTNOTE NO. 256:**

*See* Christopher Maidment, NH Election Recount Update – Thursday November 12, New Hampshire Journal (Nov. 12, 2020), https://insidesources.com/nh-election-recount-update-thursday-november-12.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 229:**

Dominion sent Bobb a retraction demand letter on February 12, 2021, which put her on notice not only of those false claims, but also of her many earlier lies that Dominion "orchestrated one of the most coordinated attempts to steal a presidential election in American history," that "Dominion has ties to Venezuela," and that "Dominion is not safe — and it appears to be intentionally not to be safe." Dominion's February 12, 2021 retraction demand letter to Bobb also provided Bobb with the same evidence Dominion had already provided OAN demonstrating the many red flags with Ramsland's Antrim County report and the fact that Bobb and OAN put forth Ed Solomon as an "expert mathematician" even though he was a convicted felon with no college degree. Bobb never responded to Dominion's February 12 retraction demand.

**ANSWER:** Defendants admit that Plaintiffs sent Bobb a retraction demand letter on February 12, 2021, but deny that the letter had any merit. Defendants admit that Bobb never responded to the meritless retraction demand letter.

**FOOTNOTE NO. 257:**

*See* Feb. 12, 2021 Ltr. From T. Clare and M. Meier to C. Bobb (Ex. 406).

**ANSWER:** Defendants state that the letter speaks for itself and no response is required. To the extent a response is required, Defendants admit that the letter was sent to Bobb.

**ALLEGATION NO. 230:**

Bobb's and OAN's false reporting on Dominion did not stop at just endorsing and spreading lies promoted by Trump affiliates like Powell and Giuliani. Taking their false reporting yet another step forward, OAN and Bobb are now helping fund activities designed to generate more false claims about Dominion. For example, although multiple audits in Maricopa County, Arizona, have confirmed that there was no voting machine fraud in that county, Arizona has

proceeded with an audit "unprecedented in American politics" that began in April 2021. "Election experts are watching the unfolding effort with deep alarm, pointing out that officials are not using a reliable methodology — they hesitate to even label it an audit — and will produce results that will give more fodder for conspiracy theorists."

**ANSWER:** Defendants deny that OAN or Bobb knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that OAN and Bobb published statements addressing the newsworthy assertions of voter fraud made by the President of the United States following the election, including surrogates like Powell and Giuliani.  Defendants deny that OAN is helping fund activities related to election audits.  Defendants admit that Bobb has worked on behalf of an election security organization separate and apart from her work at OAN that has been involved with the audits in Maricopa County, Arizona.  Defendants lack sufficient information or knowledge as to the origin of the quote in the final sentence of Paragraph 230 to form a belief as to the truth of those allegations.

**ALLEGATION NO. 231:**

Republican chairman of the Maricopa County Board of Supervisors, Jack Sellers, rightly called the audit in Arizona "a grift disguised as an audit."  It was a total sham for reasons beyond the bias and complete lack of experience of the private companies performing the audit, including:

- There were no "bipartisan counting boards" set up for the hand counts, as required.

- The private group conducting the "audit" implemented forensic reviews of ballots for watermarks (based on the false belief that actual ballots in Arizona have watermarks—they do not), bamboo fibers (based on the false belief that 40,000 ballots were flown in from China and would therefore have bamboo fibers in them), and for folds or other markings (on the false belief that if a ballot has a fold or a food or coffee stain, it is invalid).

- The group falsely claimed that "Maricopa County deleted a directory full of election databases from the 2020 election cycle days before the election equipment was delivered to the audit," when in fact the group was just too incompetent to "locate files on a copy they made of the County's server."

- The group claimed that the "chain of custody of ballots" had been broken, when in fact the Republican former Arizona Secretary of State Ken Bennett had approved the actual Chain of Custody Document that demonstrated it had never been broken.

- Vote counters were given blue pens—which "can be read by ballot marking devices and could be conceivably used to ruin or falsify ballots"—to mark ballots rather than red pens, breaking a cardinal rule of election audits that Cyber Ninjas' head Doug Logan did not know.

- The group left security gates and ballots unattended and brought unauthorized pens and cell phones near the ballot counting areas.

- The group refused to publicly disclose its procedures for ensuring voter privacy, despite being ordered by a Maricopa County Superior Court to do so.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 231 and therefore deny them.

**FOOTNOTE NO. 258:**

Michael Wines, In Arizona, G.O.P. senators defend their vote review but retract claims of deleted election data, N.Y. Times (May 18, 2021), https://www.nytimes.com/2021/05/18/us/arizona-election.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 259:**

*See* Ralph Neas, et. al., How the Arizona Senate Audit in Maricopa County Is an Assault on Voting Rights, The Century Foundation (July 1, 2021), https://tcf.org/content/report/arizona- senate-audit-maricopa-county-assault-voting-rights/?session=1.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 232:**

Unsurprisingly, actual Republican and independent election experts have completely discredited the audit as a sham. For example, former Kentucky Republican Secretary of State Trey Grayson and Dr. Barry C. Burden of the Elections Research Center at the University of Wisconsin-Madison—both "eminent election experts"—declared as follows:

The ongoing review of ballots from the November 2020 general election in Maricopa County as ordered by the Arizona State Senate and executed by their inexperienced, unqualified contractor, Cyber Ninjas, does not meet the standards of a proper election recount or audit. Although the scope of the undertaking is notable, the private firms conducting it are ill-equipped to conduct it successfully and produce meaningful findings about the 2020 election. In contrast to official procedures in Arizona and best practices around the country, the Cyber Ninjas review suffers from a variety of maladies:  uncompetitive contracting, a lack of impartiality and partisan balance, a faulty ballot review process, inconsistency in procedures, an unacceptably high level of error built into the process, and insufficient security. A general lack of transparency and communication also makes it difficult to evaluate the review fully as one would an official recount or audit, and it undermines rather than establishes confidence in the election system and the review itself. Because it lacks the essential elements of a bona fide post-election analysis, the review currently underway in Maricopa County will not produce findings that should be trusted.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 232 and therefore deny them.

**FOOTNOTE NO. 260:**

Barry C. Burden, Report on the Cyber Ninjas Review of the 2020 Presidential and U.S. Senatorial Elections in Maricopa County, Arizona, States United Democracy Center (June 22, 2021), https://statesuniteddemocracy.org/wp-content/uploads/2021/06/6.22.21-SUDC- Report-re-Cyber-Ninjas-Review-FINAL.pdf.

**ANSWER:**  Defendants state that the report speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the report was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 233:**

And most recently, an independent analysis by the Associated Press determined that "out of more than 3 million ballots cast in last year's presidential election" in Arizona, the "Arizona county election officials have identified fewer than 200 cases of potential voter fraud," only four of which "have led to charges"—"two involved Democratic voters and two involved Republicans"—and "No person's vote was counted twice." None of these cases had anything to do with purported (and nonexistent) voting machine fraud.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 233 and therefore deny them.

**FOOTNOTE NO. 261:**

Bob Christie & Christina A. Cassidy, AP:  Few AZ voter fraud cases, discrediting Trump's claims, AP News (July 16, 2021), https://apnews.com/article/business-government-and-politics- arizona-election-2020-e6158cd1b0c6442716064e6791b4c6fc.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 234:**

Incredibly, despite the publicly documented and fatal flaws of this sham audit and while purporting to be a news organization, OAN launched a campaign to raise money for this sham Arizona audit. On April 9, 2021, Bobb tweeted to advertise a 501(c)(4) organization, Voices & Votes, that Bobb created to raise money for "the fight for the AZ Election audit."



OAN's own Chanel Rion is also involved with the "Voices and Votes" fundraising organization, which operates as a kind of organization that is not required to disclose its donors:

> According to its website, Voices and Votes is run by Bobb as the CEO and president, as well as OAN's White House correspondent Chanel Rion, who is listed as the chief marketing officer, and Courtland Sykes, Rion's fiancé, who is listed as the group's chief operations officer. The group's website also says that Voices and

Votes is registered as a 501(c)(4) organization, meaning its donors will never be made public.

As the media reported on Bobb and Rion: "Two reporters from One America News, a far-right TV station, are running a dark money organization that they say is helping fund a counter-reality 'audit' that former president Donald Trump and his supporters believe will overturn Arizona's 2020 election results in his favor." Bobb and two fellow OAN employees also run the website that brought in cash for Trump allies' failed legal fight to overturn the 2020 election results.

**ANSWER:** Defendants deny that OAN launched a campaign to raise money for an audit. Bobb and Rion worked on behalf of an election security organization separate and apart from their work at OAN — they were the only OAN employees involved. Defendants admit that Bobb tweeted on April 9, 2021 to raise money for Voices & Votes, an organization that she created separately from OAN. That tweet speaks for itself. Defendants admit that the quotes in Paragraph 234 were included in media reports about Voices & Votes, but deny that those reports completely, accurately, and fairly captured the underlying facts. Defendants deny that any work was done within the scope of Bobb's and Rion's employment for OAN or that OAN had any involvement in the website that was created. Defendants further state that any alleged fundraising for election audits has no relevance to the allegedly defamatory statements made about any Dominion entity. Defendants deny any remaining allegations in Paragraph 234.

**FOOTNOTE NO. 262:**

Jeremy Duda, A conspiracy theorist pro-Trump cable news host is raising money to fund the election audit, AZ Mirror (Apr. 9, 2021), https://www.azmirror.com/blog/a-conspiracy-theorist-pro-trump-cable-news-host-is-raising-money-to-fund-the-election-audit/.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 263:**

Sarah Mimms, Pro-Trump OAN Reporters Are Blatantly Raising Money For A Bogus Election "Audit" In Arizona, BuzzFeed News (May 18, 2021), https://www.buzzfeednews.com/article/sarahmimms/arizona-election-results-oan-reporters-fundraising.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 264:**

Christina Bobb (@christina_bobb), Twitter (Apr. 9, 2021, 11:55 AM), https://twitter.com/christina_bobb/status/1380549835980484609?s=20.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**FOOTNOTE NO. 265:**

Brahm Resnik, Promoter of false election fraud claims is raising money for Arizona Senate GOP's election audit. Is that even legal?, ABC 12 News (Apr. 11, 2021), https://www.12news.com/article/news/politics/sunday-square-off/promoter-of-false-election-  fraud-claims-is-raising-money-for-arizona-senate-gops-election-audit-is-that-even-legal/75-  a00e4e89-20d8-4588-b91d-50a32abbe9e8.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 235:**

A few hours after her initial tweet, Bobb announced again on Twitter that OAN and Bobb had met its $150,000 fundraising goal for the sham Arizona audit.



**ANSWER:** Defendants deny that OAN was involved in a campaign to raise money for an audit. Bobb and Rion worked on behalf of an election security organization separate and apart from their work at OAN. Defendants admit that Bobb tweeted on April 9, 2021 regarding fundraising. That tweet speaks for itself. Defendants further state that any alleged fundraising for election audits has no relevance to the allegedly defamatory statements made about any Dominion entity. Defendants deny any remaining allegations in Paragraph 235.

**FOOTNOTE NO. 266:**

Christina Bobb (@christina_bobb), Twitter (Apr. 9, 2021, 10:32 PM) https://twitter.com/christina_bobb/status/1380710253696856066.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 236:**

Voices and Votes has purportedly raised at least $605,000 to fund the sham Arizona audit.

**ANSWER:** Defendants deny that the Arizona audit was a sham.  Defendants otherwise admit the allegations in Paragraph 236.  Defendants further state that any alleged fundraising for election audits has no relevance to the allegedly defamatory statements made about any Dominion entity.

**FOOTNOTE NO. 267:**

Mia Jankowicz, Cyber Ninjas says it has received $5.7 million in private donations to fund the Arizona ballot audit, Business Insider (July 29, 2021), https://www.businessinsider.com/cyber-ninjas-says-received-private-donations-fund-arizona-ballot-audit-2021-7.

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 237:**

On April 16, 2021, after OAN and its reporters had been promoting and funding the sham Arizona audit for more than a week, Dominion sent OAN yet another retraction demand letter—by this point its fifth letter—notifying it of its lies about Dominion in an April 13 broadcast and in broadcasts it had been promoting for April 17 and 18. The letter included a link to Dominion's lawsuit it had filed against MyPillow, Inc. and Lindell on March 26, 2021, which included details about how Lindell knowingly relied on fake "raw data analytics" that was comprised of doctored and fraudulent data—including fake MAC addresses that had been fabricated out of whole cloth. OAN responded on April 21, 2021, refusing to retract, correct, or apologize for its defamatory statements. Instead, OAN, after having engaged in a six-month-long disinformation campaign against Dominion and refusing to broadcast or report on the true facts of the 2020 election, tried another ploy—it invited Dominion on the air to give "its side" of the story. But Dominion, knowing that appearing on OAN would only give undeserving credibility to OAN's false claims, and unwilling to help OAN reframe the situation as some sort of political debate when the truth was and had long been clear to OAN, declined.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the allegations in Paragraph 237.

**FOOTNOTE NO. 268:**

*See* Apr. 16, 2021 Ltr. From S. Shackelford to E. Early (Ex. 373).

**ANSWER:**  Defendants state that the letter speaks for itself.  To the extent a response is required, Defendants admit that the letter was delivered to OAN.

**ALLEGATION NO. 238:**

In addition to funding the sham audit, in April and May 2021, Bobb became "the network's most visible correspondent covering the very 'audit' that she is helping scare up money for on OAN's airwaves." Indeed, "OAN has a deal as the exclusive livestream partner for the audit," which OAN has leveraged to continue to inflate its ratings and rake in advertising cash.

**ANSWER:** Defendants deny that the Arizona audit was a sham. Defendants admit that the quoted

statements in Paragraph 238 were made in media coverage about the audit, but deny that those

statements completely, accurately, and fairly describe the underlying facts.

**FOOTNOTE NOS. 269 AND 270:**

Sarah Mimms, Pro-Trump OAN Reporters Are Blatantly Raising Money For A Bogus Election "Audit" In Arizona, BuzzFeed News (May 18, 2021), https://www.buzzfeednews.com/article/sarahmimms/arizona-election-results-oan-reporters- fund raising.

*Id.*

**ANSWER:** Defendants state that the article speaks for itself. To the extent a response is required,

Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 239:**

By participating publicly in fundraising for and facilitating this sham audit, OAN has gone where no news outlet has gone before: playing a direct role as a principal in the story it is ostensibly covering, in order to generate more material—more lies—to broadcast. All told, OAN, Bobb, and Rion broadcast at least 22 separate OAN segments in which they specifically solicited funds from OAN viewers for their sham audit.

**ANSWER:** Defendants deny that OAN was involved in a campaign to raise money for an audit.

Defendants further deny that the Arizona audit was a sham. Defendants deny that OAN played a

direct role as a principal in the story it was covering. Defendants deny that OAN broadcast any

segments in which OAN solicited funds from OAN viewers.  Defendants deny any remaining allegations in Paragraph 239.

**FOOTNOTE NO. 271:**

Bobby Lewis, Watch how one OAN host relentlessly fundraises to spread the fraudulent Arizona "audit" nationwide, Media Matters (July 6, 2021), https://www.mediamatters.org/one- america-news-network/watch-how-one-oan-host-relentlessly-fundraises-spread-fraudulent-arizona.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 240:**

From OAN's perspective, its strategy has succeeded tremendously in meeting its goal of winning the support of Trump and his supporters alike. On May 15, 2021, former President Trump released a statement on the Maricopa County audit set off by OAN, its reporting, and fundraising. In the statement, Trump spread more lies about the Maricopa County election, claiming that the entire database of votes in Maricopa County had been deleted. But of course, it had not been deleted—the sham auditors were simply too incompetent to find the files on the server. Trump then went on to praise OAN over the conservative alternatives Fox News and Newsmax:  "One America News (OAN), one of the fastest growing networks on television, and the 'hottest', is doing a magnificent job of exposing the massive fraud that took place. The story is only getting bigger. . . Thank you to OAN and other brave American Patriots. It is all happening quickly!"

Statement by Donald J. Trump, 45th
President of the United States of America

The entire Database of Maricopa County in Arizona has been
DELETED! This is illegal and the Arizona State Senate, who is
leading the Forensic Audit, is up in arms. Additionally, seals were
broken on the boxes that hold the votes, ballots are missing, and
worse. Mark Brnovich, the Attorney General of Arizona, will now be
forced to look into this unbelievable Election crime. Many Radical
Left Democrats and weak Republicans are very worried about the
fact that this has been exposed. THE DELETION of an entire
Database and critical Election files of Maricopa County is
unprecedented. Many other States to follow. The Mainstream
Media and Radical Left Democrats want to stay as far away as
possible from the Presidential Election Fraud, which should be one
of the biggest stories of our time. Fox News is afraid to cover it—
there is rarely a mention. Likewise, Newsmax has been virtually
silent on this subject because they are intimidated by threats of
lawsuits. One America News (OAN), one of the fastest growing
networks on television, and the "hottest", is doing a magnificent job
of exposing the massive fraud that took place. The story is only
getting bigger and at some point it will be impossible for the weak
and/or corrupt media not to cover. Thank you to OAN and other
brave American Patriots. It is all happening quickly!

**ANSWER:** Defendants deny that the Maricopa County audit was set off by OAN fundraising. Defendants admit that President Trump was and is an OAN viewer and made a statement about OAN and the Maricopa County audit.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 240 regarding the truth of Trump's statements and therefore deny them.

**FOOTNOTE NOS. 272 AND 272:**

Stephen    Richer    (@stephen_richer),    Twitter    (May    15,    2021,    3:19    PM), https://twitter.com/stephen_richer/status/1393662268542386178?s=21.

*Id.*

**ANSWER:** Defendants state that the tweet speaks for itself.  To the extent a response is required, Defendants admit that the tweet was published.

**XV.      May and June 2021:   Defendants continue to disregard Plaintiffs' baseless demands for a retraction and continue to report on significant issues of public concern.**

**ALLEGATION NO. 241:**

Following more than a month of OAN fueling the sham Arizona audit and continuing to give Lindell and other proven liars unfettered access to OAN's airwaves, Dominion wrote to OAN yet again—for the seventh time—on May 12, 2021 demanding that it stop lying about Dominion and retract its numerous broadcasts falsely accusing Dominion of rigging the 2020 election. This letter specifically noted the four broadcasts since April 4 featuring Lindell and his lies about Dominion.

**ANSWER:** Defendants deny that OAN was involved in a campaign to raise money for an audit.

Defendants further deny that the Arizona audit was a sham.  Defendants deny that OAN gave

Lindell or anyone else unfettered access to OAN's airwaves.  Defendants admit that Plaintiffs

wrote yet another retraction demand letter on May 12, 2021.  Defendants admit that the letter

addressed the issues raised in Paragraph 241, but deny that these issues had any merit.

**FOOTNOTE NO. 273:**

*See* May 12, 2021 Ltr. From S. Shackelford to E. Early (Ex. 374).

**ANSWER:**  Defendants state that the letter speaks for itself.  To the extent a response is required,

Defendants admit that the letter was delivered to OAN.

**ALLEGATION NO. 242:**

On May 23, OAN responded to Dominion's May 12, 2021 letter. In its May 23 letter, OAN again refused to retract its statements and stated that "even false speech is protected by the First Amendment." Indeed, OAN's lawyer stated specifically that OAN would not retract its statements under any circumstances because it believed the First Amendment protects even OAN's "offensive and 'shameful' journalism." OAN's response then disclaimed any responsibility for the January 6 storming of the Capitol or the deaths that occurred there, despite the fact that individuals like David Blair specifically cited OAN has having provoked him to storm the Capitol that day.

**ANSWER:** Defendants admit that OAN responded to Plaintiffs' May 12, 2021 letter on May 23,

2021, refusing to issue a retraction in response to Plaintiffs' baseless demand.  Defendants admit

that the quoted passages are contained in the letter but deny that Plaintiffs have completely,

accurately, and fairly characterized the letter.  Defendants admit that OAN disclaimed any

responsibility for the events of January 6, 2021.

**FOOTNOTE NO. 274:**

*See* May 23, 2021 Ltr. From B. Rhodes to S. Shackelford (Ex. 407).

**ANSWER:**  Defendants state that the letter speaks for itself.  To the extent a response is required,

Defendants admit that the letter was sent to Plaintiffs.

**ALLEGATION NO. 243:**

Less than two weeks after OAN refused to accept responsibility for its lies and retract them,
even more information surfaced regarding OAN's role in the Arizona audit. On June 4, 2021,
emails related to the sham audit released by the Arizona Senate showed that that OAN's Christina
Bobb was not only working with the Trump Campaign to generally overturn the election, but was
working directly with Giuliani to encourage and facilitate the sham Arizona audit.  Specifically,
on December 4, 2020, Bobb emailed affidavits to Arizona Senate President Karen Fann that Bobb
said Giuliani asked her to send:  "Mayor Giuliani asked me to send you these declarations. He will
follow up with you as well. I will have one more email to follow this one."



**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth) or had anything to retract.  Defendants deny that OAN was

involved in a campaign to raise money for an audit.  Defendants further deny that the Arizona audit

was a sham.  Defendants admit that the December 4, 2020 email released by the Arizona Senate

on June 4, 2021 show that Bobb, in her personal time, worked separately and not as an employee

or agent for OAN with the legal team for the Trump Campaign.  Defendants deny that there was

any overlap between Bobb's work for the Trump Campaign and her work for OAN.  Bobb was

not involved in any press briefings or messaging for the Trump Campaign — her role was strictly

legal — and the Trump Campaign had no input on or control over the content aired on OAN.

Defendants deny that Bobb's work for the Trump Campaign was a secret or that it was improper

in any way.

**FOOTNOTE NOS. 275 AND 276:**

Arizona Senate Releases Emails Related to Election Audit to American Oversight, American
Oversight (June 4, 2021), https://www.americanoversight.org/arizona-senate-releases-emails-
related-to-election-audit-to-american-oversight.

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the

extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 244:**

     Meanwhile, on June 3, 2021, Lindell released this latest film, "Absolutely 9-0," in which
Lindell claims—yet again—that he has evidence that the 2020 election was stolen from Trump
"through the machines, the Dominion machines, the Smartmatic and other machines," that he is
going to present this evidence to the Supreme Court of the United States at some later date, and
that when he does, the Supreme Court would rule 9-0 to overturn the election. In the film, Lindell
interviews a blurred-out individual who he claims is "one of his cybersecurity experts" and reuses
the same fabricated raw data analytics with made-up MAC addresses and irrelevant IP addresses
he used in his earlier films. Lindell also claims he has "cyber packets," "packet captures," or
"PCAPs" proving the election was hacked. These so-called PCAPs are not PCAPs at all, but
instead readily available voter database information simply rendered into hexadecimal digits.

**ANSWER:** *Absolutely 9-0* speaks for itself, thus no response is required.  To the extent a response

is required, Defendants admit that *Absolutely 9-0* included the quoted statements.  Defendants deny

that Plaintiffs have accurately and fairly characterized *Absolutely 9-0* generally, particularly when

taken as a whole and in context.  Defendants further deny that the transcription relied on by

Plaintiffs is complete and accurate in all instances.  Defendants further deny the quoted statement

is "of and concerning" any specific Dominion entity.  Defendants further deny OAN made false

assertions about any Dominion entity in *Absolutely 9-0* – indeed, OAN was not involved in

reporting, writing, editing, directing, or producing *Absolutely 9-0*.  Defendants further deny any remaining allegations in Paragraph 244.

**FOOTNOTE NO. 277:**

Mike Lindell, Absolutely 9-0, Lindell TV (June 3, 2021), https://lindelltv.com/mike-lindell-presents-absolutely-90/ (Ex. 404).

**ANSWER:**  Defendants state that the video speaks for itself.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 278:**

Philip Bump, Mike Lindell's 'fraud' allegations are more ridiculous than you think, Wash. Post (June 4, 2021), https://www.washingtonpost.com/politics/2021/06/04/mike-lindells-fraud-allegations-are-even- more-ridiculous-thanyou-might-think/.

**ANSWER** Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 245:**

Lindell's latest film was immediately discredited and called out for blatant fabrications of data and gross misunderstandings of both cybersecurity and legal principles. Experts quickly noted that Lindell's claims in that film were "technically incoherent and wrong" and that the only possible source for Lindell's data, if it were real, would have to be "someone inside the NSA," which "would be a felony violation of U.S. law." Then, in a rare moment of honesty, Lindell admitted the same day Absolutely 9-0 first aired that the data he presented in his film was in fact fake, stating "I have the actual election PCAPs but for security we did not put them in the video."

**ANSWER:** Defendants admit that the quoted statements appeared in the media coverage of *Absolutely 9-0* but deny that they completely, accurately, and fairly depict the underlying facts.

Defendants deny the remaining allegations in Paragraph 245.

**FOOTNOTE NO. 279:**

Khaya Himmelman, Fact Checking 'Absolutely 9-0,' the Latest Documentary From Mike Lindell, The Dispatch (June 14, 2021), https://factcheck.thedispatch.com/p/fact-checking- absolutely-9-0-the.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 280:**

"PCAP" is a common abbreviation for "pocket capture" in the field of computer network administration.

**ANSWER:**  Defendants admit the allegations in Footnote 280.

**FOOTNOTE NO. 281:**

Maarten Schenk, Fact Check:  Mike Lindell's 'Absolutely 9-0' Movie Does NOT Present Credible Evidence of Election Fraud, Lead Stories (June 3, 2021), https://leadstories.com/hoax-alert/2021/06/fact-check-mike-lindells-absolutely-9-0-movie-des-not-present-credible-  evidence httpshomefrankspeechcomtvvideomike-lindell-presents-absolutely-9-0.html.

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 246:**

Even though Absolutely 9-0 was immediately and publicly debunked, on June 4, 2021 OAN announced that it would be broadcasting the movie.



**ANSWER:** Defendants deny that *Absolutely 9-0* was debunked.  Defendants admit that OAN announced on June 4, 2021 that it would be broadcasting *Absolutely 9-0*.

**FOOTNOTE NO. 282:**

One America News (@OANN), Twitter (June 4, 2021, 3:35 PM), https://twitter.com/OANN/status/1400944413283471364?s=20.

**ANSWER:**  Defendants state that the tweet speaks for itself.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 247:**

     That night, OAN brought Lindell back to promote Absolutely 9-0 on The Real Story with Natalie Harp. According to Harp's own LinkedIn account, she had been an "Advisory Board Member for Donald J. Trump for President" and had "served as a media surrogate for the Trump campaign during the 2020 presidential election" prior to joining OAN in February 2021 and receiving her own show in March 2021.

**ANSWER:** Defendants admit that Lindell appeared on *The Real Story with Natalie Harp*. Defendants state that Harp's LinkedIn account speaks for itself.

**FOOTNOTE NO. 283:**

Natalie Harp, LinkedIn (last visited July 9, 2021), https://www.linkedin.com/in/nataliejharp/.

**ANSWER:**  Defendants state that the website speaks for itself.  To the extent a response is required, Defendants admit that the website was published.

**ALLEGATION NO. 248:**

Before bringing Lindell on the air, Harp led the segment by flipping the script, claiming that the "big lie" was actually the fact that "Biden actually won fair and square in November," and exclaimed "we will find fraud, election-changing amounts of fraud." OAN and Harp then turned to Lindell, who claimed that the "evidence" he had of election fraud was like having a "film of them robbing the bank" before talking about the "irrefutable" evidence of "machine fraud" evidence he has, specifically about the "Dominion machines." He then told Harp and OAN's viewers to watch Absolutely 9-0 to see and hear more about the "crime of the century" and the "biggest crime against humanity, I think, in history." Harp closed the segment by reminding viewers that OAN would be broadcasting Absolutely 9-0 that weekend and by thanking Lindell for "the work that you're doing to expose what happened in the last election."



**ANSWER:** The segment speaks for itself, thus no response is required.  To the extent a response is required, Defendants admit that a segment aired on June 4, 2021 that included the quoted statements.  Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context.  Defendants further deny that the

transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further

deny the quoted statement is "of and concerning" any specific Dominion entity.  Defendants

further deny OAN and Rion made false assertions about any Dominion entity.  Defendants further

deny any remaining allegations in Paragraph 248.

**FOOTNOTE NO. 284:**

The Real Story - OAN Absolutely 9-0 with Mike Lindell, One America News Network (June 7, 2021), https://rumble.com/vi6w7p-the-real-story-oan-absolutely-9-0-with-mike-lindell.html (Ex. 403).

**ANSWER:**  Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit only that the video was published.

**ALLEGATION NO. 249:**

OAN then aired Absolutely 9-0 twice, on the mornings of June 5 and June 6, 2021.

**ANSWER:**  Defendants admit the allegations in Paragraph 249.

**ALLEGATION NO. 250:**

CNN later broadcast a report further debunking the lies told in Lindell's so-called "docu-movies."  The report quoted multiple election officials—Democrats and Republicans alike—stating that no basis existed for Lindell's spurious claims of hacking and fraud.  One Republican election official stated that she was "unable to convince [her] constituents of the simple fact that the election wasn't stolen:  'They are like, "Well, Mike Lindell says this."'"  She elaborated that Lindell's claims "'made me angry.  He has created a lot of doubt in a lot of peoples' minds even though the count was accurate.'"  Lindell himself acknowledged that he wants his viewers to believe his movies. When asked, "The people who have watched your video believe what you say?" Lindell responded:  "100 percent."  After Lindell sent "a snippet of data in one of his videos" to CNN, CNN examined it and sent it to multiple independent experts. The conclusion: "Lindell's claims don't hold water." As evident since the videos first became public—and as OAN well knew before airing—the data presented in "Absolutely 9-0" was not evidence of hacking. "When the data is converted to text, it becomes clear that it is not evidence of hacking but a version of Pennsylvania's voter file, listing every registered voter in the state—a copy of which can be purchased from the state government for $20."  Lindell also sent other snippets, which according to these multiple independent experts, also did not show any evidence of hacking. "Experts agree that Lindell's fanciful claims are fanciful and unsupported—and are eroding trust in our democracy."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 250 and therefore deny them.

**FOOTNOTE NOS. 285, 286, AND 287:**

Casey Tolan et al., MyPillow magnate Mike Lindell's latest election conspiracy theory is his most bizarre yet, CNN (Aug. 5, 2021), https://www.cnn.com/2021/08/05/politics/mike-lindell-mypillow-ceo-election-claims-invs/index.html.

*Id.*

*Id.* (quoting embedded video).

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 288:**

Philip Bump, Mike Lindell's 'fraud' allegations are even more ridiculous than you might think, Wash. Post (June 4, 2021), https://www.washingtonpost.com/politics/2021/06/04/mike-lindells-fraud-allegations-are-even-more-ridiculous-than-you-might-think/.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**FOOTNOTE NO. 289:**

Casey Tolan et al., MyPillow magnate Mike Lindell's latest election conspiracy theory is his most bizarre yet, CNN (Aug. 5, 2021), https://www.cnn.com/2021/08/05/politics/mike-lindell-mypillow-ceo-election-claims-invs/index.html.

**ANSWER:** Defendants state that the article speaks for itself and no response is required. To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 251:**

On June 18, 2021, Dominion sent OAN's its eighth retraction demand letter, demanding that OAN retract additional false claims made on various broadcasts in May and June.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the allegations in Paragraph 251.

**FOOTNOTE NO. 290:**

*See* June 18, 2021 Ltr. From S. Shackelford to B. Rhodes (Ex. 375).

**ANSWER:**  Defendants state that the letter speaks for itself.  To the extent a response is required, Defendants admit that the letter was delivered to OAN.

**XVI.**      **Plaintiffs continue to demand a retraction from Defendants.**

**ALLEGATION NO. 252:**

Since Dominion sent OAN its eighth retraction demand letter on June 18, even more evidence has emerged completely debunking OAN's—and its cohort of unreliable sources'—lies about Dominion. On June 23, 2021, the Republican-led Michigan Senate Oversight Committee—Chaired by Trump ally Senator Ed McBroom—released a 55-page report, which stated that "The Committee found no evidence of widespread or systemic fraud in Michigan's prosecution of the 2020 election" and expressed total confidence that the state's 2020 election outcome—that Biden defeated Trump by about 155,000 votes, or 2.8%—"represent[s] the true results of the ballots cast by the people of Michigan." The report specifically called out individuals like Lindell and Ramsland for their false claims about systemic fraud in Michigan, stating that they "have been utilizing misleading and false information about Antrim County to raise money or publicity for their own ends" and calling for the Michigan Attorney General to investigate them for their conduct.  Senator McBroom and the Committee thoroughly debunked the Antrim County Report, providing the actual ballot counts and details demonstrating that Dominion's machines had it right all along and were the reason the results were ultimately accurate—a Trump victory by almost 4,000 votes in Antrim County.

**ANSWER:** Defendants deny the allegations in the first sentence of Paragraph 252.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that the reports cited in Paragraph 252 were published and contained the quoted statements, but Defendants deny that those reports completely,

accurately, and fairly characterized the underlying facts.  Defendants further deny any remaining

allegations in Paragraph 252.

**FOOTNOTE NO. 291:**

MICH. S. OVERSIGHT COMM., REPORT ON THE NOVEMBER 2020 ELECTION IN MICHIGAN (Apr 9, 2021), https://misenategopcdn.s3.us-east-1.amazonaws.com/99/documents/20210623/SMPO_2020ElectionReport.pdf; David Eggert, Michigan Senate GOP probe:  No systemic fraud in election, ABC News (June 23, 2021), https://abcnews.go.com/Politics/wireStory/michigan-senate-gop-probe-systemic-fraud-election-78445547; Clara Hendrickson & Dave Boucher, Michigan Republican-led investigation rejects Trump's claim that Nov. 3 election was stolen, Detroit Free Press (June 23, 2021), https://www.freep.com/story/news/politics/elections/2021/06/23/michigan-senate-investigation-election-trump/5035244001/.

**ANSWER:**  Defendants state that the report and the *Detroit Free Press* article speak for

themselves.  To the extent a response is required, Defendants admit that the report and the *Detroit*

*Free Press* article were published.  Defendants state that the link to the ABC News article is not a

valid link.  Defendants lack sufficient information or knowledge to form a belief as to the truth of

the ABC News article and therefore deny its accuracy.

**FOOTNOTE NO. 292:**

MICH. S. OVERSIGHT COMM., REPORT ON THE NOVEMBER 2020 ELECTION IN MICHIGAN (Apr 9, 2021), at 19, https://misenategopcdn.s3.us-east-1.amazonaws.com/99/documents/20210623/SMPO_2020ElectionReport.pdf.

**ANSWER:**  Defendants state that the report speaks for itself.  To the extent a response is required,

Defendants admit that the report was published.

**ALLEGATION NO. 253:**

On June 24, 2021, the Supreme Court of the State of New York, Appellate Division, First Judicial Department, suspended Rudolph Giuliani from the practice of law after it determined that he had "made knowing false and misleading factual statements to support his claim that the presidential election was stolen from his client [Donald Trump]," based on "uncontroverted evidence" that he made such "demonstrably false and misleading statements to courts, lawmakers and the public at large in his capacity as lawyer for former President Donald J. Trump and the Trump campaign in connection with Trump's failed effort at reelection in 2020."

**ANSWER:** Defendants admit that the order cited in Paragraph 253 was published and contained the quoted statements, but Defendants deny that the order completely, accurately, and fairly characterized the underlying facts.  Defendants further deny that the court's findings in June 24, 2021 had any bearing on Plaintiffs' allegations that Defendants improperly relied on information from Giuliani many months earlier, when Giuliani was serving as the personal lawyer for the President of the United States.  OAN published reporting and commentary related to Giuliani based, at least in part, on Giuliani's confident assertions, his role as a lawyer for President Trump, his former service as mayor of New York City, his former service as an Associate U.S. Attorney General, his former service as the U.S. Attorney for the Southern District of New York, and known problems with voting machines and software, including those owned by one or more Dominion entities.

**FOOTNOTE NO. 293:**

Order, In re Giuliani, No. 2021-00506 (N.Y. Sup. Ct. June 24, 2021), https://www.nycourts.gov/courts/ad1/calendar/List_Word/2021/06_Jun/24/PDF/Matter%20of%20Giuliani%20(2021-00506)%20PC.pdf; Jim Mustian, New York Court Suspends Rudy Giuliani's law license, Associated Press (June 24, 2021), https://apnews.com/article/rudy-giuliani-new-york-law-license-suspended-c67f4504a22f8642d6096f29e3a5c51e.

**ANSWER:**  Defendants state that the order and article speak for themselves.  To the extent a response is required, Defendants admit that the order and article were published.

**ALLEGATION NO. 254:**

On June 27, 2021, even more evidence emerged demonstrating that former Attorney General William Barr's public statement on December 1, 2020 that the U.S. Department of Justice "had uncovered no evidence of widespread voter fraud that could change the outcome of the 2020 election" was just the tip of the iceberg. Further reporting revealed that Barr had "received two briefings from cybersecurity experts at the Department of Homeland Security and the FBI" about the allegations of rigged voting machines, after which he and his team at the Department of Justice "realized from the beginning it was just bullshit." Barr further disclosed that "even if the machines somehow changed the count, it would show up when they were recounted by hand" and that Dominion's machines were just "counting machine[s], and they save everything that was counted. So you just reconcile the two. There had been no discrepancy reported anywhere, and I'm still not aware of any discrepancy."

**ANSWER:** Defendants admit that the reports cited in Paragraph 254 were published and contained the quoted statements, but Defendants deny that those reports completely, accurately, and fairly characterized the underlying facts.  Defendants further deny any remaining allegations in Paragraph 254.

**FOOTNOTE NO. 294:**

Jonathan D. Karl, Inside William Barr's Breakup with Trump, The Atlantic (June 27, 2021), https://www.theatlantic.com/politics/archive/2021/06/william-barrs-trump-administration-  attorn ey-general/619298/.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 255:**

On August 3, 2021, a federal judge in Colorado disciplined two lawyers who filed a frivolous lawsuit based on lies against Dominion following the election, concluding that the case was frivolous and brought in bad faith. In his 68-page opinion, Judge N. Reid Neureiter concluded: "Albeit disorganized and fantastical, the Complaint's allegations are extraordinarily serious and, if accepted as true by large numbers of people, are the stuff of which violent insurrections are made."

**ANSWER:** Defendants admit that the order cited in Paragraph 255 was published and contained the quoted statements, but Defendants deny that the order completely, accurately, and fairly characterized the underlying facts.  Defendants further deny that the court's findings had any relevance to the sources relied on by OAN in its reporting and commentary.

**FOOTNOTE NO. 295:**

Order Granting Defendants' Motions for Sanctions, at 6, O'Rourke et al. v. Dominion Voting Systems, Inc., et al., No. 20-cv-03747 (D. Colo. Aug. 3, 2021), available at https://context-cdn.washingtonpost.com/notes/prod/default/documents/779f6d9a-5696-4bdf-8d1b-    a63d7f08d 51a/note/892ae5bb-664f-4125-af38-1cb1151ba5d0.#page=1.

**ANSWER:**  Defendants state that the order speaks for itself.  To the extent a response is required, Defendants admit that the order was published.

**ALLEGATION NO. 256:**

OAN, which had spent more than eight months since the election ramping up its lies about Dominion, remained undeterred. Indeed, when it was reported that Dominion employee Eric Coomer—who had filed defamation lawsuits against OAN, Rion, Newsmax, and other media outlets and individuals who had spread false claims about him and the 2020 election—had settled his case with Newsmax, OAN issued its own story misleadingly titled "Newsmax Settles Dominion Lawsuit," even though Dominion had not sued Newsmax, let alone settled with it. In that story, OAN reported that "Newsmax caved to left-wing pressure by reversing all stories covering fraud in the 2020 election." Even though Newsmax had carefully (and wrongly) avoided retracting its many lies about Dominion, OAN falsely implied that Newsmax had retracted all its lies about Dominion, and contrasted that false characterization of Newsmax's retractions with its own announcement that OAN would not and has "not caved." In other words, OAN lied to its viewers about a Newsmax-Dominion settlement that did not exist, in order to falsely imply to its viewers that OAN had stood up to a Dominion lawsuit against it that also did not exist.

**ANSWER:** Defendants deny the allegations in Paragraph 256.

**FOOTNOTE NO. 296:**

Newsmax Settles Dominion Lawsuit, Issues Retraction On 2020 Coverage, One America News Network (Apr. 30, 2021), https://web.archive.org/web/20210501165644/https://www.oann.com/newsmax-settles-dominion-lawsuit-issues-retraction-on-2020-coverage/.

**ANSWER:** Defendants state that the article speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the article was published.

**ALLEGATION NO. 257:**

But OAN went far beyond only refusing to retract—it began to call for violent action against those like Dominion who it claimed stole the election from Trump. Ignoring all of the evidence debunking its lies, in late June OAN broadcast a segment by presenter Pearson Sharp in which Sharp claimed that the 2020 election was "actually overthrown" and that those responsible for doing so—like the target of OAN's more-than-eight-month disinformation campaign, Dominion—should face "execution" for committing treason.

How many people does it take to carry out a coup against the Presidency? And when all the dust settles from the audit in Arizona and the potential audits in Georgia, Michigan, Pennsylvania, Nevada and Wisconsin, what happens to all these people who are responsible for overthrowing the election? What are the consequences for traitors who meddled with our sacred democratic process and tried to steal power by taking away the voices of the American people? What happens to them? Well, in the past, America had a very good solution for dealing with such traitors:  Execution.

While OAN broadcast Sharp's segment calling for the execution of "traitors" like Dominion and its executives, it included a request for its viewers to "support" Mike Lindell by going "to mypillow.com and enter promo code OAN at checkout."



**ANSWER:** Defendants admit that the quote is accurate but otherwise deny the allegations in

Paragraph 257.

**FOOTNOTE NO. 297:**

Justin Baragona, OAN Goes Full Fascist, Calls for Mass Executions Over 'Election Fraud', The Daily Beast (June 24, 2021), https://www.thedailybeast.com/oan-goes-full-fascist-pearson- sharp-calls-for-mass-executions-over-election-fraud.

**ANSWER:**  Defendants state that the article speaks for itself and no response is required.  To the

extent a response is required, Defendants admit only that the article was published but deny it was

complete, accurate, or fair.

**ALLEGATION NO. 258:**

Soon thereafter—on July 4, no less—someone threw a brick through the window of a Dominion office.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 258 and therefore deny them. Defendants further state that this allegation has no relevance to the issue of whether Defendants defamed any Dominion entity.

**ALLEGATION NO. 259:**

OAN has continued broadcasting its lies up to the filing of this lawsuit, including a June 29 segment featuring Lindell in which Lindell announced a "cyber symposium" in August at which he would present "non-subjective evidence" that votes were "flipped" at the "Dominion level." OAN introduced Lindell as the one who "continues to lead the charge in exposing election fraud," and during the segment ran the chyron, "Lindell Announces Cyber Symposium Exposing Election Fraud Evidence."



**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). The cited segment speaks for itself, thus no response is required. To the extent a response is required, Defendants admit that a segment aired on June 29, 2021 that included the quoted statements. Defendants deny that Plaintiffs have accurately and fairly characterized this segment generally, particularly when taken as a whole and in context. Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances. Defendants further deny the quoted statement is "of and concerning" any specific

Dominion entity.  Defendants further deny OAN made false assertions about any Dominion entity.

Defendants deny any remaining allegations in Paragraph 259.

**FOOTNOTE NO. 298:**

MyPillow CEO Mike Lindell announces details of upcoming cyber symposium, One America News Network (June 30, 2021), https://rumble.com/vj9ddv-mypillow-ceo-mike-lindell-announces-details-of-upcoming-cyber-symposium.html.

**ANSWER:**  Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**ALLEGATION NO. 260:**

On August 4, 2021, Dominion sent OAN yet another retraction demand, asking OAN yet again to correct its continued false and defamatory reporting about Dominion. Still, OAN has not retracted, apologized, or corrected its lies.

**ANSWER:** Defendants admit that the referenced retraction letter was sent but otherwise deny the

allegations in Paragraph 260.

**FOOTNOTE NO. 299:**

*See* Aug. 4, 2021 Ltr. From S. Shackelford to B. Rhodes (Ex. 377).

**ANSWER:**  Defendants state that the letter speaks for itself.  To the extent a response is required,

Defendants admit that the letter was delivered to OAN.

**XVII.      Viewers follow the news closely and share their own opinions.**

**ALLEGATION NO. 261:**

OAN did not just broadcast its false and defamatory statements about Dominion on the air on its cable channel; it also, as a matter of practice, posted and republished its broadcasts across its multiple media platforms via oann.com, its social media accounts, its YouTube and Rumble platforms, and its mobile app.

**ANSWER:** The first sentence of Paragraph 261 alleges a legal conclusion about alleged

defamation, to which no response is required.  Defendants deny that OAN knowingly reported

anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that, as

a matter of practice, OAN posted and republished its broadcasts across its multiple media platforms via oann.com, its social media accounts, its YouTube and Rumble platforms, and its mobile app.

**ALLEGATION NO. 262:**

The OAN channel is available to over 35 million American households via the leading satellite and digital television services and is available to anyone with an internet connection via oann.com and KlowdTV. OAN pulled its highest ratings ever in 2020, and viewership on OAN surged more than 40% in the fourth quarter compared to the third quarter in 2020.

**ANSWER:** Defendants deny that OAN is available to more than 35 million American households, and Defendants further deny any suggestion that OAN's viewership is increasing.  Plaintiffs and their allies have sought to destroy OAN by any means necessary, including by ensuring that it is not carried on any major carriers.  Defendants further state that all numbers in this allegation are out of date and no longer accurate.

**FOOTNOTE NO. 300:**

Lisa Richwine, Fox News extends streak, sets cable news records in 2020, Reuters (Dec. 29, 2020), https://www.reuters.com/article/us-media-news-ratings/fox-news-extends-streak-sets-cable-news -records-in-2020-idUSKBN29404F.

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 263:**

After OAN and its personalities had broadcast defamatory falsehoods into millions of homes and posted those falsehoods on OAN websites and social media accounts, the lies went viral as people tweeted, retweeted, and raged that Dominion had stolen their votes. That was completely foreseeable to—and intended by—OAN.

**ANSWER:** The first sentence of Paragraph 263 alleges a legal conclusion about alleged defamation, to which no response is required.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that OAN's statements "went viral" or caused viewers to "rage."  Defendants admit that OAN published statements addressing the newsworthy assertions of voter fraud made by the President

of the United States following the election and it was foreseeable that these statements would be

of great interest to American voters.

**ALLEGATION NO. 264:**

The harm to Dominion is unprecedented and irreparable because of how fervently millions of people believe OAN—because of OAN's publication, republication, and promotion of the falsehoods about Dominion it used as the foundation for the burgeoning growth of its business in the wake of the 2020 election.

**ANSWER:** Defendants deny that any Dominion entity has been harmed in any material way,

given the significant concerns about the reliability and security of voting machines and software

related to one or more Dominion entities that existed long before the 2020 presidential election.

Defendants further deny that OAN knowingly reported anything that was false (or engaged in

reckless disregard for the truth).  Defendants further deny that OAN has seen "burgeoning growth

of its business in the wake of the 2020 election."  To the contrary, Plaintiffs and their allies have

sought to destroy OAN by any means necessary, including by ensuring that it is not carried on any

major carriers.

**ALLEGATION NO. 265:**

Through this race to the bottom among Fox, Newsmax, and OAN, Dominion has been falsely branded as synonymous with election fraud. Thus, even later generalized references to "election fraud" or similar statements tie back for viewers and readers to OAN's defamatory campaign.

**ANSWER:** Paragraph 265 includes a legal conclusion about alleged defamation, to which no

response is required.   Defendants admit that voting machines and software related to one or more

Dominion entities have had a reputation for concerns about reliability and security that existed

long before the 2020 presidential election.  Defendants deny that this reputation is attributable to

OAN.  Defendants deny that reasonable viewers can reasonably tie any generalized references to

"election fraud" to any Dominion entity.  Defendants deny any remaining allegations in Paragraph

265.

**ALLEGATION NO. 266:**

OAN's lies did not simply harm Dominion. They harmed democracy. They harmed the idea of credible elections. They harmed a once-unshakeable faith in democratic and peaceful transfers of power. They harmed the foundational idea, as stated in the Declaration of Independence, that our country derives its "just powers" from "the consent of the governed."

**ANSWER:** Defendants deny the allegations in Paragraph 266.

**ALLEGATION NO. 267:**

OAN's promotion and endorsement of these lies about Dominion led its viewers to conclude that these baseless and false conspiracy theories were true. OAN fanned the flames, and did not care what else burned down in the process as it spread these malicious falsehoods about Dominion.

**ANSWER:** Defendants deny the allegations in Paragraph 267.

**XVIII.    OAN experienced short-term benefits as viewers appreciated Defendants' coverage, but quickly experienced a backlash led by Plaintiffs.**

**ALLEGATION NO. 268:**

The lies about Dominion catapulted OAN into the upper echelon of cable news media.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth).   Defendants further deny that OAN has seen any growth as a

result of its 2020 election coverage.   To the contrary, Plaintiffs and their allies have sought to

destroy OAN by any means necessary, including by ensuring that it is not carried on any major

carriers.

**ALLEGATION NO. 269:**

OAN's disinformation campaign about Dominion was a resounding success. On November 28, 2020, OAN President Charles Herring tweeted, "HISTORIC RATINGS:  For 4 weeks in a row @OANN has ranked in the TOP 10 of all cable networks."



**Charles**
@CharlesPHerring

HISTORIC RATINGS: For 4 weeks in a row @OANN has ranked in the TOP 10 of all cable networks per measurement on a major MVPD in 70 markets! If your cable company doesn't carry OAN, CALL them & KINDLY DEMAND that OAN is added to your lineup. You are the CUSTOMER & have the Power!

6:16 PM · Nov 28, 2020 · Twitter Web App

**ANSWER:** Defendants deny that OAN engaged in a disinformation campaign or knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that OAN has seen any growth as a result of its 2020 election coverage. Defendants admit that the quoted tweet was published and was accurate, but deny that this success continued because Plaintiffs and their allies have sought to destroy OAN by any means necessary, including by ensuring that it is not carried on any major carriers.

**FOOTNOTE NO. 301:**

Charles Herring (@CharlesPHerring), Twitter (Nov. 28, 2020, 6:16 PM), https://twitter.com/CharlesPHerring/status/1332825706615607297?s=20.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 270:**

After more than a month of knowingly airing lies that Dominion was designed to and actually did rig the 2020 election, OAN finally cracked the big four of cable news—and was now competing directly with not just Fox News, but the other major cable news providers. On December 10, Herring tweeted, "5 WEEKS IN TOP 10! @OANN once again performs in the TOP 10 of all national cable channels (all genres)" and was now "running 4th tracking down FNC, CNN & MSNBC" for cable news networks. He even called out Fox News, claiming that "@OANN is running at 41% of FNC. We are thrilled."



> **Charles**
> @CharlesPHerring
>
> 5 WEEKS IN TOP 10! @OANN once again performs in the TOP 10 of all national cable channels (all genres) per set top box data from a major MVPD. @OANN is running 4th, tracking down FNC, CNN & MSNBC. @OANN is running at 41% of FNC. We are thrilled. A big THANK YOU to our viewers.
>
> 1:17 PM · Dec 10, 2020 · Twitter Web App

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that OAN has seen any growth as a result of its 2020 election coverage. Defendants admit that the quoted tweet was published and was accurate, but deny that this success continued because Plaintiffs and their allies have sought to destroy OAN by any means necessary, including by ensuring that it is not carried on any major carriers.

**FOOTNOTE NO. 302:**

Charles Herring (@CharlesPHerring), Twitter (Dec. 10, 2020, 1:17 PM), https://twitter.com/CharlesPHerring/status/1337099084759371776.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 271:**

For his part, OAN founder and CEO Robert Herring strongly promoted and endorsed the past month of false election fraud coverage on his network, tweeting on December 11, "After the last two weeks, if you have any doubts about President Trump winning the election then you haven't been watching @OANN." Herring followed that up with another tweet on December 16, announcing that OAN "will not recognize Biden as the President-elect as all of our investigations indicate there was fraud in voting." At this point, weeks after OAN began its viral disinformation campaign against Dominion, "fraud in voting" had become synonymous with "Dominion" to OAN viewers.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth) or that Robert Herring knowingly promoted or endorsed reporting or commentary on anything that was false. Defendants admit that the referenced tweet was published on December 11, 2020, and state that the tweet speaks for itself. Defendants admit that the referenced tweet was published on December 16, 2020, and state that the tweet speaks for itself. Defendants deny that either quoted statement is "of and concerning" any specific Dominion entity. Defendants deny that "fraud in voting" is synonymous with "Dominion."

**FOOTNOTE NO. 303:**

https://twitter.com/RobHerring/status/1337520658264145920.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published honestly and in good faith without knowing falsity or reckless disregard for the truth.

**ALLEGATION NO. 272:**

Herring later bragged: "A massive wave of former Fox News viewers have abandoned Fox and have found a home at OAN." Before the election, OAN was not ranked by Neilson, but after the election, Herring "looked at proprietary data from a major cable provider and saw that OAN was suddenly in the top ten."

**ANSWER:** Defendants state that the allegations in Paragraph 272 are unclear as to which member of the Herring family made the quoted statements and Defendants therefore deny their accuracy. Defendants admit that OAN was at one point in the top 10 in major cable providers rankings, but

OAN has not seen any sustained growth because Plaintiffs and their allies have sought to destroy

OAN by any means necessary, including by ensuring that it is not carried on any major carriers.

**FOOTNOTE NO. 304 AND 305:**

Brian Stelter, Hoax:  Donald Trump, Fox News, and the Dangerous Distortion of Truth, Atria Publishing (June 8, 2021) at 360.

*Id.*

**ANSWER:**  Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Footnotes 304 and 305 and therefore deny them.

**ALLEGATION NO. 273:**

On December 17, OAN President Charles Herring tweeted:  "Q. How does @OANN outflank Fox News on its right? A. @OANN holds the wheel steady and straight forward as Fox News swerves hard LEFT down one-way roads. Join us @OANN, we won't take you for left turn joy rides. 6th week with record setting ratings."



**ANSWER:** Defendants admit that Charles Herring published the referenced tweet and state that

the tweet speaks for itself.

**ALLEGATION NO. 274:**

On December 18, CEO Rob Herring stated on Twitter:  "I think the American people should start a fund to help support House and Senate members who are brave enough to show @realDonaldTrump that they have his back, and are fighting for a fair election. @OANN"

**ANSWER:** Defendants admit that Robert Herring published the referenced tweet and state that the tweet speaks for itself.

**FOOTNOTE NO. 306:**

Robert Herring (@RobHerring), Twitter (Dec. 18, 2021, 4:18 PM), https://twitter.com/RobHerring/status/1340058789861416960.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 275:**

Indeed, after Fox fired Lou Dobbs, CEO Herring tweeted: "One America News would like @LouDobbs to get in contact with us. We may have a position available for you in which you wouldn't be censored for speaking the truth! #OANN."

**ANSWER:** Defendants admit that Robert Herring published the referenced tweet and state that the tweet speaks for itself.

**FOOTNOTE NO. 307:**

Robert Herring (@RobHerring), Twitter (Feb. 8, 2021, 3:07 PM), https://twitter.com/RobHerring/status/1358885146829594624.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**XIX.     Plaintiffs begin to feel the effect of two decades of questionable security and reliability.**

**ALLEGATION NO. 276:**

As a result of the false accusations broadcast by OAN into millions of American homes, Dominion has suffered unprecedented harm and its employees' lives have been put in danger.

**ANSWER:** Defendants deny the allegations in Paragraph 276.

**ALLEGATION NO. 277:**

After watching OAN broadcasts, countless Twitter users believed and began spreading OAN's defamatory falsehoods about Dominion across social media.

**ANSWER:** Defendants deny the allegations in Paragraph 277.

**ALLEGATION NO. 278:**

As a result of the disinformation campaign against Dominion, the company and its employees have been targeted and have received death threats and calls for jail time.

**ANSWER:** Defendants deny the allegations in Paragraph 278.

**ALLEGATION NO. 279:**

For example, one person posted, "Why isn't every single Dominion employee in jail for their election fraud?!!!!!!!!!"



**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 279 and therefore deny them.  Defendants further state that there is nothing in the quoted tweet to suggest that this individual's opinion of one or more Dominion entities has anything to do with OAN.

**FOOTNOTE NO. 308:**

Woody James (@WoodsonTJames), Twitter (Dec. 9, 2020, 12:35 PM), previously available at https://twitter.com/WoodsonTJames/status/1336726130771038208.     [https://web.archive.org/web/20201209173648/https://twitter.com/WoodsonTJames/status/13367 26130771038208].

**ANSWER:**  Defendants state that the tweet speaks for itself and no response is required.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 280:**

Another person posted, "jail dominion find them…ask allies to track them down."

-219-



**ANSWER:** Defendants state that the tweet speaks for itself.  To the extent a response is required, Defendants admit that this tweet was published.  Defendants further state that there is nothing in the quoted tweet to suggest that this individual's opinion of one or more Dominion entities has anything to do with OAN.

**FOOTNOTE NO. 309:**

Lionslovestrump   (@leonkhanin1234),   Twitter   (Dec.   8,   2020,   9:26   PM), https://twitter.com/leonkhanin1234/status/1336497514598555650.

**ANSWER:**  Defendants state that the tweet speaks for itself.  To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 281:**

One Dominion employee received text messages stating "we are already watching you. Come clean and you will live."

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 281 and therefore deny them.  Defendants further state that there is nothing in the quoted statement to suggest that this statement has anything to do with OAN.

**ALLEGATION NO. 282:**

One person left the following message on Dominion's customer support line:

You're all fucking dead, You're all fucking dead. We're bringing back the firing squad and you fuckers are all dead, everybody involved up against the wall you motherfuckers. We're gonna have a fucking lottery to fucking give people a chance to shoot you motherfuckers you fucking

wait you cocksuckers you commie pieces of shit. We're going to fucking kill you all you motherfuckers. After a fair trial of course you pieces of shit. The American people are fucking coming for you this is the end of your fucking line guys your fucking days are numbered you better enjoy your Thanksgiving because you'll never see another one you fucking cocksuckers. You will be gone soon. Happy Thanksgiving. Cock suckers. You're almost done just watch and see what happens. Check out the executive order from September 12, 2018. You'll see what's going to happen. You'll own nothing. You'll be on the fucking 2030 plan because you'll own nothing you fucking cocksuckers. It's coming. Buckle your fucking seatbelts. Watch what's going to happen next.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 282 and therefore deny them.  Defendants further state that there is

nothing in the quoted statement to suggest that this statement has anything to do with OAN.

**ALLEGATION NO. 283:**

Another person sent a Dominion employee an email with the subject line, "Time is up" and with the message, "You have 24 hours"

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 283 and therefore deny them.  Defendants further state that there is

nothing in the quoted statement to suggest that this statement has anything to do with OAN.

**ALLEGATION NO. 284:**

And another person left the following message on Dominion's main office line:

Yeah, good afternoon. Fuck you, fucking scumbags. We're gonna blow your fucking building up. Piece of fucking shit.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 284 and therefore deny them.  Defendants further state that there is

nothing in the quoted statement to suggest that this statement has anything to do with OAN.

**ALLEGATION NO. 285:**

And most recently—on July 4, no less—someone threw a brick through the window of a Dominion office.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 285 and therefore deny them.  Defendants further state that there is nothing to suggest that this has anything to do with OAN.

**ALLEGATION NO. 286:**

Because of these threats and numerous others, Dominion has made significant expenditures to protect its people from harm—including by employing on-site police and security. Since the beginning of the viral disinformation campaign, Dominion has spent more than $600,000 on private security for the protection of its people.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 286 and therefore deny them.

**ALLEGATION NO. 287:**

As a direct result of the viral disinformation campaign, Dominion has been forced to make significant expenditures in an attempt to mitigate the harm to its business. To date, Dominion has incurred expenses of more than $700,000 to that end.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 287 and therefore deny them.

**ALLEGATION NO. 288:**

Dominion is a for-profit company that provides local election officials with tools they can use to run elections. It generates revenue by selling voting technology, licensing software, and providing related services to elected officials from both political parties. It contracts with state and local governments to provide its voting systems, software licenses, and services in a majority of states across the country. Those contracts are typically multi-year contracts and range from tens of thousands of dollars to over a hundred million dollars, depending on the jurisdiction and scope of the contract. Given the nature of the U.S. election system and the voting services industry, Dominion's contracts have historically been long-term with high renewal rates. As a direct result of the disinformation campaign, Dominion has suffered enormous and irreparable economic harm.

**ANSWER:** Defendants deny that they engaged in a disinformation campaign.  Defendants further deny that any Dominion entity has suffered any economic damage attributable to Defendants.

Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 288 and therefore deny them.

**ALLEGATION NO. 289:**

As illustrated in the examples above, the disinformation campaign unfairly subjected Dominion to the hatred, contempt, and distrust of tens of millions of American voters. The elected officials who are Dominion's actual and potential customers have received emails, letters, and calls from their constituents demanding that they cease and avoid contracting with Dominion or using Dominion machines.

**ANSWER:** Defendants deny that the examples above illustrate that any actions by Defendants subjected any Dominion entity to the hatred, contempt, and distrust of anyone, much less tens of millions of voters.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 289 and therefore deny them.

**ALLEGATION NO. 290:**

Dominion has suffered harm nationwide. For example, since the beginning of the disinformation campaign against Dominion, state legislators in various states in which Dominion has contracts—including California, Colorado, Florida, Michigan, Ohio and Pennsylvania—are reviewing or have stated their intent to review and reassess those contracts. They have done so because of pressure from constituents and donors as a direct result of the lies peddled by OAN.

**ANSWER:** Defendants deny that any Dominion entity has suffered any harm as a result of actions by Defendants.  Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 290 and therefore deny them.

**ALLEGATION NO. 291:**

For example, prior to the 2020 election, Louisiana had issued Dominion an "Intent to Award Letter," noting its intent to accept Dominion's bid to provide Louisiana with its voting systems beyond the 2020 election. But in March 2021, Louisiana retracted that "intent" and issued a "Notice of Cancellation" on the Request for Proposal on the State's reassessment and bid process, essentially reneging on awarding Dominion the $100-million-plus contract with the state.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 291 and therefore deny them.

**FOOTNOTE NO. 310:**

Louisiana Ends Search for New Voting Machines Amid Criticism, KATC 3 (Mar. 3, 2021), https://www.katc.com/news/covering-louisiana/louisiana-ends-search-for-new-voting-machines-amid-criticism.

**ANSWER:** Defendants state that the article speaks for itself. To the extent a response is required,

Defendants admit only that the article was published.

**ALLEGATION NO. 292:**

        This cancellation was due to the lies about Dominion. One Louisiana radio host, Jeff Crouere, declared: "Tell Kyle we don't want a Dominion voting machine lawsuit here like they had in Georgia … Call Kyle and tell him to get honest voting machines." "Kyle" refers to Louisiana's Republican Secretary of State, Kyle Ardoin. Secretary Ardoin attributed the changed circumstances to "the damage to voter confidence done by those who willfully spread misinformation and disinformation." On July 2, Louisiana passed a bill that reworks "Louisiana's method for selecting its next voting system." Trump supporters in Louisiana have called "to block Louisiana's current voting machine vendor, Dominion Voting Systems, from participating in an open bid process for the new multimillion-dollar contract" because they "blame" Dominion "for Trump's loss in key swing states."

**ANSWER:** Defendants deny that the allegations in Paragraph 292 have anything to do with

Defendants. Defendants lack sufficient information or knowledge to form a belief as to the truth

of the allegations in Paragraph 292 and therefore deny them.

**FOOTNOTE NOS. 311 AND 312:**

Sam Karlin, How Louisiana's bid for new voting machines fell apart amid baseless fraud allegations, The Advocate (Mar. 8, 2021), https://www.theadvocate.com/baton_rouge/news/politics/elections/article_fc7c4008-7e14-11eb-b1d7-3734976f1a47.html.

*Id.*

**ANSWER:** Defendants state that the article speaks for itself. To the extent a response is required,

Defendants admit only that the article was published.

**FOOTNOTE NO. 313:**

Melinda Deslatte, Analysis:  Louisiana to have new approach for voting machines, AP News (July 11, 2021), https://apnews.com/article/technology-government-and-politics-louisiana-voting-election-2020-0517ded61aa9bd507240eb593ca995a2.

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required,

Defendants admit only that the article was published.

**ALLEGATION NO. 293:**

Because Dominion's contracts are often long-term, the harm to Dominion will continue to play out over the next years. Nevertheless, since the November 2020 election, Dominion already has seen further evidence of damage in addition to the Louisiana contract described above. Indeed, Dominion has not received numerous contracts as a result of the lies spread by OAN and others. As of July 23, 2021, these contracts were worth a combined $90 million over 53 separate potential contracts. Election officials have even told Dominion that Dominion is losing business "because of the 'Dominion' name." Together with the Louisiana contract, these add up to at least $70 million in net profits lost. Even many rational elections administrators who reject the lies are unwilling to deal with the political blowback from many of their constituents— blowback that only exists due to the lies spread about Dominion.

**ANSWER:**  Defendants deny that OAN knowingly reported anything that was false (or engaged

in reckless disregard for the truth).  Defendants further deny that any Dominion entity suffered any

damages as a result of OAN's actions.  Defendants further deny that political blowback regarding

the use of voting machines and software related to one or more Dominion entities is solely the

result of statements made following the 2020 presidential election.  Defendants lack sufficient

information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph

293 and therefore deny them.

**ALLEGATION NO. 294:**

On June 8, 2021, as a result of the disinformation campaign, the Georgia Republican Party Convention passed a resolution calling for an investigation into Dominion:  "1. Formal action shall be taken by the Georgia General Assembly to appoint an independent investigatory committee not controlled by the Executive Branch to conduct an investigation into the procurement, implementation, management and oversight of Dominion Voting machines and their software." The stated goal of the resolution is "[r]eplacing all Dominion voting systems with secure hand marked paper ballots which should be scanned and tabulated using a device that is not connected to the internet, and to do so with the passage of legislation for the governor to sign prior to the start

of the candidate qualifying beginning March 7, 2022." Regardless of the ultimate outcome in Georgia, this example illustrates the stark difficulty that Dominion will have in the months and years ahead.

**ANSWER:** Defendants deny that there was a disinformation campaign.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 294 and therefore deny them.  Defendants further state that these allegations have nothing to do with Defendants.

**FOOTNOTE NOS. 314 AND 315:**

2021 Convention Resolutions Committee Report, Georgia GOP (June 8, 2021), https://gagop.org/2021-convention-resolutions-committee-report/.

*Id.*

**ANSWER:**  Defendants state that the report speaks for itself.  To the extent a response is required, Defendants admit that the report was published.

**ALLEGATION NO. 295:**

　　Officials in San Luis Obispo County, California, have also reverted to paper ballots over Dominion machines as a result of the disinformation campaign. As one official wrote in an email: "I don't trust Dominion Voting Systems at all."

**ANSWER:** Defendants deny that there was a disinformation campaign.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 295 and therefore deny them.  Defendants further state that these allegations have nothing to do with Defendants.

**FOOTNOTE NO. 316:**

Peter Johnson, SLO County to revert to 'traditional' election model following supervisor vote, New Times San Luis Obispo (May 6, 2021), https://www.newtimesslo.com/sanluisobispo/slo-county-to-revert-to-traditional-election-model-following-supervisor-vote/Content?oid=11001 664.

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 296:**

These are some examples of the damage Dominion has suffered as a result of the OAN defamation campaign against Dominion. Regardless of the ultimate outcomes, these examples illustrate the stark difficulty that Dominion will have in the months and years ahead.

**ANSWER:** Defendants deny the allegations in Paragraph 296.

**ALLEGATION NO. 297:**

The damage to Dominion is not limited to the review and potential cancellation of Dominion's contracts, either. OAN's defamatory campaign has spurred sham audits, which continue to harm Dominion. That includes the Arizona sham audit that OAN has been directly funding. OAN's continuing coverage of the sham audit it has helped fund reinforces the harm and emphasizes how Dominion will forever be tainted with false claims of fraud. A recent article noted that an Arizona legislator supporting the sham audit was "exploring alternatives to Dominion voting machines." "'There's a lot of push nationally to get rid of the machines because people feel like they can be manipulated.'"  Indeed, in many circles, the word "Dominion" is now falsely associated with election fraud, and the sustained attack on Dominion now means that people falsely relate even general references to "election fraud" or similar phrases to Dominion. Arizona State Senator Wendy Rogers recently tweeted calling for "solitary confinement cells" for "the execs at the fraud machine company":



**ANSWER:** Defendants deny the allegations in the first two sentences of Paragraph 297. Defendants deny that OAN has funded the audit in Arizona.  Defendants admit that OAN has published statements addressing the newsworthy, legitimate, legal audit of votes in the 2020 presidential election that was held in Arizona.  Defendants admit that the quoted statements appeared in published articles and state that those articles speak for themselves.  Defendants deny that "Dominion" is falsely associated with election fraud.  Defendants further deny that people relate general references to "election fraud" and similar phrases to any Dominion entity.

Defendants admit that Arizona State Senator Wendy Rogers published the quoted tweet and state that the tweet speaks for itself.  Defendants deny that the tweet has anything to do with Defendants.

**FOOTNOTE NOS. 317 AND 318:**

Kyra Haas, Some lawmakers want to eliminate voting machines, AZ Capitol Times (June 3, 2021), https://azcapitoltimes.com/news/2021/06/03/some-lawmakers-want-to-eliminate-voting-     mach ines/.

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required,

Defendants admit only that the article was published.

**FOOTNOTE NO. 319:**

Wendy    Rogers    (@WendyRogersAZ),    Twitter    (Aug.    2,    2021,    5:40    PM), https://twitter.com/wendyrogersaz/status/1422326523177148416?s=21.

**ANSWER:**  Defendants state that the tweet speaks for itself.  To the extent a response is required,

Defendants admit that the tweet was published.

**ALLEGATION NO. 298:**

As the County Recorder in Maricopa County, Arizona said, "'[O]rdinary people, the ones who are showing up on a Wednesday night at a political meeting, I believe they really believe it. And that's super sad.'"  He also stated:  "We can't indulge these insane lies any longer. As a party. As a state. As a country."

**ANSWER:** Defendants admit that the quoted statements were published, but deny that these

statements have anything to do with Defendants.

**FOOTNOTE NOS. 320 AND 321:**

Josh Dawsey & Rosalind Helderman, Trump has grown increasingly consumed with ballot audits as   he   pushes   falsehood   that   election   was   stolen,   Wash.   Post   (June   2,   2021), https://www.washingtonpost.com/politics/trump-2020-election-audits/2021/06/02/95fd3004-c2ec -11eb-8c34-f8095f2dc445_story.html.

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required,

Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 299:**

Nevertheless, across the country, other jurisdictions are attempting to pursue their own sham audits. For example, Fulton County, Pennsylvania—which Trump won by an "almost seven-to-one" margin over Biden—hired Wake TSI, one of the same technology companies used in Maricopa County with virtually no election auditing experience, to conduct a sham audit of Fulton County ballots. As a result of this sham audit, Pennsylvania's Secretary of State was forced "to decertify" the Dominion machines leased by the County because "the inspection violated state law … was done in a manner that 'was not transparent or bipartisan' and the firm had 'no knowledge or expertise in election technology.'"

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 299 and therefore deny them.  Defendants further state that the allegations have nothing to do with Defendants.

**FOOTNOTE NOS. 322 AND 323:**

Marc Levy & Mark Scolforo, Pennsylvania decertifies county's voting system after audit, AP News (July 21, 2021), https://apnews.com/article/technology-joe-biden-business-government-and-politics-pennsylvania-93c5f0b03167971d4dc5919e68949c51.

*Id.*

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 300:**

In late July 2021, in a Georgia county—Bibb County—a rally was held to begin a sham audit in Georgia. Signs said:  "Ditch Dominion." The Bibb County Party Chair "wants to know if [Georgia Secretary of State] Raffensperger will support an investigation into Dominion Voting."



**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 300 and therefore deny them.  Defendants further state that the allegations have nothing to do with Defendants.

**FOOTNOTE NO. 324:**

Ariel Schiller, Raffensperger hosts meet and greet in Roberta, Bibb County GOP protests, 41 NBC (July 22, 2021), https://www.41nbc.com/raffensperger-hosts-meet-and-greet-in-roberta-bibb-county-gop-protests/.

**ANSWER:** Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published.

**ALLEGATION NO. 301:**

In short, Dominion has now become part of both national- and state-level election fraud narratives at Dominion's great expense. Political candidates are running campaign platforms based on the falsities that OAN published and republished.  And Dominion's name has become unfairly and inaccurately tarnished as synonymous with fraud. Dominion is now so closely and inaccurately tied to the false claims of election fraud that even general references to "election fraud," a "rigged election," or similar statements—including by OAN—reinforce the false narrative pushed by OAN and indeed that OAN continues to push.

**ANSWER:** Defendants admit that one or more Dominion entities are part of national- and state-level election fraud narratives — in fact, significant questions about the reliability and security of voting machines and software related to one or more Dominion entities were being raised by commentators across the political spectrum long before the 2020 presidential election.  Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations regarding political candidates' use of OAN statements  and therefore deny them.  But Defendants further deny that the cited tweet for this assertion demonstrates any connection whatsoever to OAN.

Defendants deny that general references to "election fraud," a "rigged election," or similar statements can fairly or reasonably be construed as referring to any Dominion entity.

**FOOTNOTE NO. 325:**

Austin Chenge (@AustinChenge), Twitter (Feb. 2, 2021, 11:21 AM), https://*twitter*.com/AustinChenge/status/1356638816921128962/photo/1.

**ANSWER:** Defendants state that the tweet speaks for itself. To the extent a response is required, Defendants admit that the tweet was published.

**ALLEGATION NO. 302:**

As a result of the radioactive falsehoods spread by OAN, elected officials, insurers, and potential investors have been deterred from dealing with Dominion, putting Dominion's contracts in more than two dozen states and hundreds of counties and municipalities at risk and significantly hampering Dominion's ability to win new contracts. Even landlords are refusing to work with Dominion. In early August 2021, Dominion was told by a prospective commercial landlord that the landlord would not discuss renting to Dominion, citing security concerns relating to the election lies.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that any actions by Defendants have put the business relationships of any Dominion entity at risk. Defendants lack sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 302 and therefore deny them.

**ALLEGATION NO. 303:**

Additionally, based on Dominion's historic financial track record, contract pipeline, retention and renewal rates, and new business capture rates, as well as the nature, severity, pervasiveness, and permanence of the viral disinformation campaign, conservative projections show lost profits from existing customers of over $463 million and from potential new customers of over $68 million. In addition, the viral disinformation campaign has irreparably damaged Dominion. It has decimated Dominion's goodwill and destroyed the enterprise value of a business that was worth potentially more than $1 billion (based on updated EBITDA and multipliers of comparable companies) before the viral disinformation campaign.

**ANSWER:** Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 303 and therefore deny them.

### COUNT ONE — DEFAMATION *PER SE*
### *(Against All Defendants)*

**ALLEGATION NO. 304:**

Dominion repeats and re-alleges each of the foregoing paragraphs as if set forth fully herein.

**ANSWER:** Defendants repeat and reassert each of the foregoing answers as if set forth fully herein.

**ALLEGATION NO. 305:**

Defendants published the following false and defamatory statements of fact about Dominion, including by and through OAN's own agents making the statements themselves; by intentionally providing a platform for guests to appear on OAN programming who Defendants knew would make defamatory statements on the air and by affirming, endorsing, repeating, and agreeing with the statements of guests on their shows; by supervising, directing, and exercising editorial control over the defamatory statements; and by republishing the statements on the air, OAN's websites, OAN's social media accounts, and OAN's other digital platforms and subscription services after the live broadcasts had aired:

(a) On November 12, 2020, OAN broadcast a segment titled, "REPORT:  DOMINION DELETED 2.7M TRUMP VOTES NATIONWIDE," on live television on the OAN TV channel and republished on KlowdTV. The "REPORT" relied on an already debunked report that related to analysis allegedly performed by Edison Research. Although OAN later deleted its claims regarding the Edison Research report, OAN never retracted these statements. Seeing this report, President Trump quickly tweeted out OAN's coverage to his more than 88 million followers as evidence that Dominion rigged the election and stole it from him:  "REPORT:  DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN. 941,000 TRUMP VOTES DELETED. STATES USING DOMINION VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN. @ChanelRion @OANN." President Trump's tweet promoting OAN's false story was entirely foreseeable to and intended by OAN. Specifically, OAN made the following false statements about Dominion in that report:

Election systems across the country are found to have deleted millions of votes cast for President Trump. According to an unaudited analysis of data obtained from Edison Research, states using Dominion voting systems may have switched as many as 435,000 votes from President Trump to Joe Biden. And the author also

finds that another 2.7 million Trump votes appear to have been deleted by Dominion, including almost 1 million Trump votes in Pennsylvania alone. Analysts say that that and destruction of votes are attributed to so-called 'glitches' in Dominion's software, and the extent to which this affected results can be verified by hand recounts of votes in each state.

(b) On the November 13, 2020 broadcast of The Tipping Point in a segment titled "The First Tipping Point:  Election Results in Question," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

Chanel Rion:  When we talk about Dominion, you're talking about a system that exists—that has been operating in 28 states, proven to have actually glitched in favor of Biden in at least three states, and so that's just one system. The United States is a whole quilt and patchwork of different voting systems, but Dominion really came to the forefront here at the Whitehouse because there were many districts in the United States that were questionable in terms of their results. Prime example is Antrim County in Michigan where 6,000 ballots had been affected by the Dominion voting machines and how they were digitally somehow glitching towards Biden. When they caught this mistake on a software level they were able to change the results, and it turned out the so-called Biden win county was actually a Trump win because of the software glitch.

(c) On the November 14, 2020 broadcast of Real America with Dan Ball in a segment titled "Investigating Voter Fraud with Chanel Rion," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

Chanel Rion:  Dominion really popped onto our radar because, just like your whistleblower exhibited in your previous interview, there are some irregularities when it comes to the data that they are sharing. And one thing that we're noticing is this massive swapping of data, and we're not talking about 50 votes here or there. We're talking about swaps in the hundreds of thousands range, we're talking about votes that only go one direction. They go from Biden to Trump, and there's a direct correlation, and we're seeing this in data that is just absolutely alarming—

Dan Ball:  Chanel, let me, let me correct you.

Rion:  —and we're continuing developing that story.

Ball:  Hold on. Let me interrupt real quick. You had said from Biden to Trump. You mean your investigation showed that that hundreds of thousands went from Trump to Biden, switched.

Rion:  Sorry, yes.

Ball:  I want to get that right.

Rion:  So we saw a switch between— Ball:  I wanted to clarify that.

Rion:  Yes, thanks. Yes. So, for example—

Ball:  Let me ask you a quick question, Chanel, about— Rion:  For example, Pennsylvania.

Ball:  Yes, go ahead.

Rion:  I just want to quickly look. Pennsylvania is the largest switch that we're noticing in which 220,000 votes went from President Trump to Joe Biden. And remember the margins that we're dealing with in Pennsylvania. They're not by much. They're only about 50,000 votes that Biden is leading Trump, so this is not an insignificant data glitch or an abnormality. It is certainly something we need to be looking into.

…

Rion:  This is a work in progress. Ball:  Okay.

Rion:  But the bottom line is votes were switched from President Trump to President—to now Joe Biden, and it happened in dozens of states, and it's a Dominion System software glitch that we are going to dig into.

(d) On a November 16, 2020 broadcast titled "Dominion Exec: Trump Is Not Going To Win, I Made F***ing Sure Of It," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

Chanel Rion:  Joe, you infiltrated an Antifa conference call this past September, and accidently came upon a top Dominion Voting Systems executive named Eric Coomer.

Describe that call, and what it led you to find.

Joe Oltmann:  It's interesting how—how the call started, somebody says:  Who's Eric?

He says:  Eric is a Dominion guy.

Someone actually said:  Yeah, hey, go ahead; go tell him to continue speaking.

And someone interrupts and says:  What are we going to if F'ing Trump wins?

And Eric responds—and I'm paraphrasing this, by the way:  Don't worry about the election, Trump is not going to win, I made F'ing sure of that.

And then they started laughing. And somebody:  F'ing right.

…

Oltmann:  Eric Coomer was this—you know, that he—he was not just Antifa, he was—he was responsible for putting his finger on the—the scales of our election.

(e)  On November 21, 2020, on Twitter, Chanel Rion and OAN made, endorsed, and publicized the following false statements about Dominion:

Yes, they are [corrupt]. They thought they had NC fixed… Trump beat the algorithm by such overwhelming margins there they couldn't fix it fast enough. Ask:  Why did NC take so long to call after 98% precincts were reporting a Trump win? ALL votes processed by Dominion must be audited.

(f)  On November 21, 2020, OAN broadcast a 30-minute special it created, edited, and produced titled, "Dominion-izing the Vote." OAN broadcast "Dominion- izing the Vote" live on television on the OAN TV channel and republished it for continuous viewing on KlowdTV. In "Dominion-izing the Vote," OAN went far beyond claiming that Dominion machines can theoretically be hacked. The title of the special, "Dominion-izing the Vote," in and of itself demonstrates that OAN intended to and in fact did endorse the false statements that Dominion committed election fraud by flipping votes from Trump to Biden, manipulating vote counts to steal the election from Trump in favor of Biden, and designing its systems and machines for the express purpose of being hacked in order to rig elections. In support of these false inferences of fact, OAN included in "Dominion-izing the Vote" specific false statements of fact, including that Dominion machines were manipulated to steal votes away from Trump for Biden even though Dominion did not operate in Philadelphia County in 2020, that Dominion employees were trained to reject ballots for Biden, and that a Dominion executive actually admitted to rigging the election.

In further support of these false inferences of fact, Rion, Charles Herring, and OAN promoted the "Dominion-izing the Vote" special repeatedly on social media. For example, on November 17, 2020, OAN posted on Twitter:  "How compromised was the 2020 election? Dominion Voting Systems, which is used in 29 states, has had a history of problems. Stolen laptops, 'switched' votes, Clinton ties, Antifa CEOs, undeniable data… Join One America's @ChanelRion for this exclusive investigation! #OANN."   On November 21, OAN and Rion posted a video to Twitter promoting "Dominion-izing the Vote," in which Rion asked the rhetorical questions, "Why are Dominion employees scrambling, hiding, and emptying out offices? Do they know they've been caught?" and "How compromised was the 2020 election?" The promotional tweet likewise promised OAN's viewers that the answer lay with "Dominion Voting Systems, which is used in 29 states" and "undeniable data" showing that Dominion was responsible for compromising the election. Finally, on November 22, Charles Herring promoted the scheduled rebroadcast of the special later that night, calling it "MUST Watch" and saying "ALL AMERICANS should be concerned about OUR voting integrity and the numerous known irregularities. Don't miss it. Join us @OANN."

OAN made, endorsed, and adopted the following specific false statements in its November 21, 2020 broadcast of "Dominion-izing the Vote" and subsequent rebroadcasts of the same program:

Chanel Rion:  In this edition of One American News Investigates, we look at Dominion Voting Systems and its role in the 2020 presidential elections, glitches, errors, money trails to powerful Democrats. Dominion is just one of three major companies providing voting systems to America. But Dominion captured headlines when it was discovered it had glitched 6,000 votes, giving Biden a fraudulent win. This was not an isolated event.

…

Ron Watkins:  So another issue is the keys. The keys to the machine are digital devices. It's unclear what the device is. It might be like an RFID device or USB or something, but it is clear that it's a digital device that holds some kind of cryptographic key on it. If you lose this physical key to the machine, then you lose absolute security of the entire precinct.

Say Philadelphia was storing these keys in a warehouse and they were robbed and the only things stolen were these keys and a laptop. Then you should consider their entire election to be illegitimate because they have lost the physical security of the system.

Rion:  That's just what happened in Philadelphia one month before election day.

Video Clip:  Philadelphia police are investigating after somebody broke into an election machine warehouse and stole a laptop and a USB drive. The theft happened last night at the warehouse on the 3500 block of Scotts Lane and East Falls.

Rion:  Officials were quick to declare this theft had nothing to do with the election and was not malicious at all. An odd declaration. You don't catch the criminal, but you decide you know their motive. Interesting judicial logic, Philadelphia. Meanwhile, local reporter posted this video on social media where he seen walking around that same warehouse without being noticed.

Watkins:  Whoever stole those keys in Philadelphia has admin access. Do you trust a random thief who has administrative access to the voting machine? They could have theoretically been able to make as many keys as they want for Philadelphia.

Rion:  On election night, Donald Trump led Joe Biden by 800,000 votes, major precincts reporting. In the dead of night, that lead disappeared. Biden overtook Trump and took the whole state of Pennsylvania by 60,000 votes. That 60,000-vote bump came from the very Philadelphia County in which the drive and laptop had been stolen.

Watkins' list of concerns about Dominion's vulnerabilities went on. Watkins found it strange that algorithms for ballots with just one candidate on it, called an undervote, were so complicated, and it is unclear what happens to these ballots.

Watkins:  The computer may or may not throw out your vote.

Rion:  Another concern, right after the 2018 midterms, Pennsylvania made a custom request. They requested Dominion change the system to read a straight Republican or straight Democrat ballot, but oddly read an individual candidate separately from the rest of the straight ticket choices below.

Watkins:  I looked at the font they were using and it's part of the Arial family of fonts, Arial, which is a sans serif-font. And with this font family, a capital I and a lower case L are nearly indistinguishable on a piece of paper. The person who designs the ballot and the race could theoretically put a Donald Trump in the Repub-I-can party not the Republican party. And that would be a capital I instead of the L. And then everybody else on the Republican party would just be in the normal Republican party. In that situation,

if you vote just straight party for the Republicans, then Trump would not get a vote. And there are a lot of, I've been hearing a lot of issues of, uh, Trump performing poorly in heavily Republican, uh, areas.

. . .

Rion:  But even these concerns were minor compared to what Watkins shared with us next. Dominion's algorithm for handling an anomaly, that is a stray mark or bleed through from my Sharpie pen.

Watkins:  So this is the big one that I'm most concerned about. If the scanning system detects any anomaly on your ballot, then you are not counted.

Rion:  What Watkins reveals next explains one of the strangest mysteries of the 2020 election. We'll be right back.

…

Rion:  Ron Watkins' analysis of Dominion Voting Systems is through a singular lens, that of an infiltration hacker. Through that lens, the machines are disastrously vulnerable, but as a systems analyst, the biggest red flag about Dominion was its algorithm where ballots with anomalies bleed throughs or stray marks are set aside and not counted.

Watkins:  What happens when your vote is not counted due to an anomaly? Then a scan of your ballot gets saved into a folder on the ICC, the image cast central tabulation system. This allows for those two to six people who were trained by Dominion to go through the folder of anomalies and either delete or verify each of the ballots inside the folder. I believe it's called vote adjudication. These workers

can theoretically see which candidates have been marked as votes on these anomalous ballots before they are verified and officially cast, so it's possible they could in theory hand pick a certain party's votes to be verified while throwing out all the others.

Rion:  But it's the next point that stuns Watkins most.

Watkins:  The biggest issue here is that the system for detecting anomalies can be set up by altering gamma settings on the scanner so that every ballot has an anomaly. Thus, in effect, by altering gamma settings on the scanner so that every ballot has an anomaly this in effect allows those two to six trained people to go through and hand check every single ballot before they're verified and cast into the tabulation system as an actual vote. That last point explains to me how certain candidates can get 130,000 votes at once with zero votes going to the other candidate. It explains to me how or why vote workers in places like Arizona might have given Sharpies to certain voters because they might have wanted that specific vote to be caught by the anomalies system and hand verified at a later time.

. . .

Watkins:  Your vote doesn't matter in these districts with the Dominion machines in them, because these two to six people trained by Dominion have ultimate control. It doesn't take a genius to realize that setting the gamma levels incorrectly makes all the battle become anomalies, which you can then go through later and adjudicate. . . .

Rion:  Watkins is of the opinion any competent hacker, thief or paid- off poll worker could game the Dominion system and alter hundreds of thousands of votes, but a bigger question lurks. To what extent was this actually designed by the top on purpose.

In September 2020, FEC United founder Joe Oltmann had infiltrated Antifa to uncover journalists who were active members of the Antifa group attacking his company in Colorado.

Joe, you infiltrated an Antifa conference call this past September and accidently came upon a top Dominion voting systems executive named Eric Coomer. Describe that call and what it led you to find.

Joe Oltmann:  It was interesting how the call started. Somebody said who's Eric. He said Eric's the Dominion guy. Someone actually said hey, go ahead, told him to continue speaking, and someone interrupts and says what are we going to do if F'ing Trump wins, and Eric responds, and I'm paraphrasing this, by the way, don't worry about the election.· Trump is not going to win. I made F'ing sure of that. And then they started laughing, and somebody says F'ing right.· And so I just put a simple Google search to start, which was Eric, Dominion, Denver, Colorado and Eric Coomer came up immediately under Dominion voting systems.

Rion:  Turns out Eric Coomer held a top position at Dominion with a Ph.D. in nuclear physics. Coomer joined Dominion as vice president of engineering and holds several patents with Dominion, insuring users can adjudicate ballots from the machines, the very function Ron Watkins pointed out as a huge red flag. After the election Oltmann was sent an article highlighting Eric Coomer from Dominion.

Oltmann started looking into Eric again. Eric was the director of strategy and security at Dominion, and a shareholder in the company.

Oltmann:  When I got into his Facebook page, that's when things really started to come together for me that you, know, that Eric Coomer was this, you know, he was not just Antifa. He was responsible for putting his finger on the scales of our election.

. . .

Rion:  In Coomer's case, he was in a position of power to actually act upon his rage against Trump and Trump voters. What does he mean when he says Trump won't win. I made F'ing sure of that.· Nothing?

According to DHS's former cyber security director Chris Krebs, this was our most secure election in history. Nothing to see here. Incidentally, Krebs' now infamous most secure election in history memo was co-written with the endorsement of the election commission. Dominion is on that commission. Dare we dig deeper? We'll be right back.

…

Sidney Powell:  There should never be another election conducted in this country, I don't care if it's for local dog catcher, using a Dominion machine and Smartmatic software. We have got to have an American company that uses paper ballots that we can all verify so every one of us can see that our vote is our vote.

(g) On the November 23, 2020 broadcast of OAN Breaking News Live with Patrick Hussion in a segment titled "Tech Millionaire Fund Hacking Team:  '20 Election 100% Rigged," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed and adopted numerous false statements. In this segment, OAN went far beyond claiming that Dominion machines can theoretically be hacked. The title of the special quotes Patrick Byrne's statement that the 2020 election was "100% Rigged," which in and of itself demonstrates that OAN intended to and in fact did endorse the false statements that Dominion committed election fraud by flipping votes from Trump to Biden, manipulating vote counts to steal the election from Trump in favor of Biden, and of designing its systems and machines for the express purpose of being hacked in order to rig elections. In support of these false inferences of fact, OAN included in this segment specific false statements of fact, including that voting irregularities in 2018 in Dallas, TX were "rooted in Dallas's use of Dominion voting machines" even though Dominion machines were not used in Dallas in 2018, that there were "statistically impossible"

dumps of votes for Biden, and that there were "backdoor ways" in Dominion machines to change, manipulate, and delete votes. OAN made, endorsed, and adopted the following specific false statements in that broadcast:

Chanel Rion:  Patrick Byrne, founder and former CEO of Overstock.com has long considered himself a libertarian tech entrepreneur. Byrne now finds himself more than entrepreneur. He's on a mission to save the republic from a deadly virus, widespread machine and software election fraud. He's doing this by funding a niche group of experts and the Trump legal team has been listening. You've put together a group of individuals who are trying to crack down on the fraud that is Dominion. Tell us more about what you've been doing.

Patrick Byrne:  Yes. Well, I funded a team of hackers and cyber sleuths and other people with odd skills. We've been on this since August. One side story to be pursued someday is the DHS was warned of all this in August and September. We tried very hard and it was all crammed down, and I mean from high levels.

Rion:  The experts Byrne is funding is an elite cyber security team that has been hired by the state of Texas to investigate a series of irregularities in the Dallas elections of 2018. The team consisted of members with backgrounds in military intelligence and federal law enforcement. Byrne says the election irregularities in Dallas 2018 was rooted in Dallas' use of Dominion voting machines. This group has been on Dominion's trail over two years.

Byrne:  I've been up there with them since August and expanding and funding further and deeper investigations so we really, I felt, kind of had the answer when everyone woke up November 4th saying what happened. We couldn't quite believe we couldn't get anyone to listen to us.

Rion:  Their findings include a detailed list of impossibilities, Dominion machines processing more ballots than is physically possible, realtime data showing Biden vote dumps that are statistically impossible, and dozens of back door ways in which votes by thousands could be changed, manipulated or deleted.

Byrne:  When you get talking about, you know, thousands of votes in a row for one candidate, just to give you the mathematical odds against it, if you're talking about a group that has a 96 percent affinity for Biden, so imagine we're talking about very heavily Biden ward.

Rion:  Right.

Byrne:  The chance of having a hundred votes in a row for Biden, if the chance of every vote is 96 percent for Biden, the chance you would have a hundred in a row is about 1.6 percent. The chances that you would have a thousand in a row goes to—it's about like a couple quadrillion to one, and the chances you would have the kinds of numbers we're seeing where they were placed where there were tens of thousands of votes in a row for Biden, the chances are quadrillions and quadrillions against that could ever happen in nature. . . . These are goons.

Rion:  I've spoken to your guys behind the scenes. They're very, they seem very knowledgeable and they've pulled incredible data. Are you seeing a clear pattern between the major swing states in this regard?

Byrne:  It's more than a clear pattern. We know exactly what happened.

It's absolutely clear. There's no shades of gray about this.

Rion:  Byrne says the election was 100% rigged . . . .

Byrne  This isn't even close. I want to show people. This isn't even close.

(h)  On a December 4, 2020 broadcast of In Focus with Stephanie Hammill, which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

Stephanie Hamill:  So, Mayor, we were told this was like the most secure election in U.S. history by officials. What do you say to them?

Rudy Giuliani:  Either they are the most incompetent officials we've ever had, or they're in bed with Dominion and the phony companies who are involved in getting paid millions to help Biden win.

(i)  On December 5, 2020, OAN rebroadcast the "Dominion-izing the Vote" segment in full on the OAN TV channel, and republished on KlowdTV. In the rebroadcast, OAN made, endorsed, and adopted the same false inferences of fact and false statements of fact it made in the original broadcast of "Dominion-izing the Vote" on November 21, 2020.

(j)  On December 19, 2020, OAN rebroadcast the "Dominion-izing the Vote" segment in full on the OAN TV channel, and republished on KlowdTV. In the rebroadcast, OAN made, endorsed, and adopted the same false inferences of fact and false statements of fact it made in the original broadcast of "Dominion-izing the Vote" on November 21, 2020 and on December 5, 2020.

(k)  On the December 24, 2020 broadcast of OAN Breaking News Live with Patrick Hussion in a segment titled "President Trump:  Election Fraud Is a Proven Fact," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

Patrick Hussion:  Rudy Giuliani says recent forensic audits found Dominion voting machines were programmed to give Joe Biden an automatic advantage over any number of Trump votes.

Rudy Giuliani:  We believe from what we saw in Michigan, that the machines have an inaccurate vote that they're programmed to give somewhere between a two and five percent advantage.

(l)   On December 30, 2020, OAN broadcast a segment titled "Powell:  Election Fraud Now Obvious Because Pres. Trump's Landslide Victory Broke Dominion 'Vote-Switch' Algorithm," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

> Mike Dinow:  Powell says President Trump won a second term in office on election night, and that democratic officials had to use all tools they had to prevent that. She adds that this includes foreign meddling, electronic manipulation of votes, and expelling poll watchers.

> Sidney Powell:  The flipping of votes by Dominion, they've even advertised their ability to do that, to run a fraction to make a Biden vote count 1.26. and a Trump vote only count 0.74. They've done it before. They've done it in Venezuela. They've done it another foreign countries. They've done it in this country.

> Dinow:  And Powell goes on to say that voter fraud in this election was so rampant because President Trump's landslide victory was breaking the Dominion algorithm.

(m)  On the January 1, 2021 broadcast of OAN News 8am with Stephanie Myers, in a segment titled "Giuliani:  State & U.S. Local Lawmakers Must Reverse Election Fraud," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

> Emily Finn:  Well Rudy Giuliani details the meddling with this year's elections by democrat officials and mainland China, who he says used phony ballots and the hacking of Dominion machines. Take a look.

> Rudy Giuliani:  When nobody was really looking, in the middle of the night, they injected 107,040 votes for Biden at 6:34 a.m. in the morning. Those votes, those votes, were way beyond what those machines could count at that period in time.

> Finn:  Giuliani says the high number of fake votes overloaded election systems, causing key states to stop their counts on election night. He adds that lawmakers must fulfill their constitutional duty and revoke the fraudulent results.

> Giuliani:  No matter what happens in terms of the outcome here, whether the legislature's that should do it overturn the certification for Biden and certify Trump, who actually won those particular five states, or not, this voter fraud is going to be part of our history and as time goes by more and more is going be learned about the international nature of it.

> Finn:  Giuliani says the Democratic Party ran a nationwide conspiracy plot together with Dominion and China and other foreign countries and companies to steal President Trump's victory.

(n) On the January 2, 2021 OAN broadcast titled "Christina Bobb Interviews Rudy Giuliani," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV, OAN made, endorsed, and adopted the following false statements:

> Rudy Giuliani:  Of course, the Dominion machines, which are the machines that we used, were basically built to cheat.

(o) On January 27, 2021, OAN aired a segment titled "Mathematician:  Election Numbers Don't Add Up," which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV. In this segment, OAN intended to and endorsed the false inference of fact that Dominion rigged the 2020 election. It did so by falsely portraying a convicted felon with no college degree as an "Expert Mathematician" in order to falsely assert that the vote count in Fulton County, Georgia—where Dominion machines operate—was statistically impossible. In that segment, OAN made, endorsed, and adopted the following specific false statements:

> Mike Dinow:  An expert mathematician says the election results for Joe Biden at the precinct level are, quote, impossible and cannot occur naturally. Here's One America's Christina Bobb.

> Christina Bobb:  Edward Solomon, a mathematician, took a closer look at the election results at the precinct level. A specific anomaly occurred rendering the results impossible says Solomon. Joe Biden won exactly the same percentage points across multiple precincts at designated times of day long enough to change the advantage. Mr. Solomon walked me through an example of the precincts in Fulton County, Georgia.

> Edward Solomon:  You can see that there's the first precinct there. It's at 12:56 a.m. on November 4th. And then when it abandons that ratio on its next tabulation update, two more precincts, they inherit that ratio on the same time sync. And then after they update their tabulations and abandon that ratio of 1:18, another precinct inherits it.

> Bobb:  Solomon says that in order for the ratios to be that exact at clearly designated times, computer software must have used an algorithm to change the votes.· Specifically, for roughly 90 minutes at a time for rotating intervals the precincts changed the votes to insure that Donald Trump won only 5.555 percent. After the intervals completed, the precincts returned to a normal vote count.

> Solomon:  It says that this could only have been done by an algorithm. It can't even by done by humans. So if you had a bunch of human beings that were tried to rig an election and you said hey, listen, I want you to give Trump 15 percent over here and I want you to give Trump 13 and a half percent over here and 5.5 percent over here, even human beings trying to replicate this wouldn't get it this perfect.

> Bobb:  So what are the chances of this happening naturally? Solomon says that there are not enough stars in the universe to which you can compare.

Solomon:  You can use that binomial probability formula, and the chance of that event happening is one over ten to an exponent so large, there's not enough stars in the universe. There's not enough atoms in the universe to explain the number. It can't happen naturally.

Bobb:  The numbers produced by this election result can't happen naturally, and humans trying to replicate the results would not be able to produce them this perfectly. This evidence requires election officials to take a closer look and audit their results with real forensic experts. I'm Christina Bobb, One America News, Phoenix, Arizona.

(p)   Starting on February 5, 2021 and through February 8, 2021, OAN aired the "docu-movie" Absolute Proof with Mike Lindell, which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV. OAN broadcast and rebroadcast Absolute Proof 13 times on the OAN TV channel during those dates. During these broadcasts, OAN made, endorsed, and adopted the following false statements:

Mike Lindell:  Well, the one day—I think it was like January 9th, all the sudden, these people—they brought me some—a piece of evidence that's 100 percent proved, it's like a—a print of—of inside the machine, of a timestamp, that showed another country—other countries attacking us, hacking into our election through these machines, and it—it shows the votes flipped.

And I'm going, wow, I got to get this out there. And from that point on, I started putting it out there, and that—that's when they just started attacking me.

Well, they obviously are hiding something, and tonight you're going to see what they're hiding. You're going to see on this show, we have —we're going to have cyber-forensic experts, we're going to 100 percent—you're going to see all this evidence that by the time you're done seeing it, you're going to go, wow.

100 percent it proves exactly what happened, that these machines were used to steal our election by other countries, including China.

…

Phil Waldron:  Then you got to—the machine-level, which is kind what you were talking about, the—

Lindell:  Right

Waldron:  —the—the algorithms that are directly input into the tabulators. And we have evidence of that in—in Ware County, Georgia, that—you know, X-amount of ballots went through, and they—they basically stole 13 percent of the vote from President Trump and put that 13 percent of the vote into the category for former-Vice President Biden; which made a 26-percent shift in the vote.

…

Waldron:  And then if you look at the testing company, the only company that has code-—access to the code and the testing for Dominion is in Shenzhen, China. It's a communist Chinese party company. The U.S. government, the state governments, the county governments, they don't have access to Dominion code. But I think's it's kind of — kind of unique that a Chinese company that's run by the—the CCP does have access to the code, and that's why we started seeing at that strategic level, that third tier, of election manipulation; a lot of movements of votes, directly — direct access to Pennsylvania voting precincts, county tabulation centers, Wisconsin, Michigan, Nevada, Arizona, Georgia—all of that coming in directly from foreign countries, China being the predominate one and through—through Pakistani ISI proxies.

…

Russell Ramsland:  So—what actually happened in this election, this stolen election, we already knew was going to happen. We already had seen it. We knew it was all possible. We knew it was all out there. Now, we didn't know how many foreign servers; you know, before we weren't seeing very many foreign servers come in and change votes. But in this election, of course, we saw thousands from all over the world.

Lindell:  Had you seen—you seen thousands—right, you had seen all these—these hacks; have you actually seen that with your own eyes?

Ramsland:  We have seen the data -- Lindell:  You see -- Ramsland:—that is --

Lindell:  All right. (Talking simultaneously.)

Lindell:  So this—the election goes down, you knew it was going to happen; is it exactly what you thought was going to happen?

Ramsland:  Yeah. We—we thought it was going to happen on three levels. We thought there would be massive local cheating. We thought there would be cheating through the actual voting companies themselves, whether it's them or someone else manipulating them. And we thought that there would be cheating from votes being injected from overseas. And that's exactly what we saw happen.

Lindell:  Wow.

Ramsland:  And we developed huge, tons of—of absolute proof on this, but no court case was ever allowed—ever allowed it to be presented. So that sort of gave fodder to this media myth that it didn't exist. But it does exist. It's out there. It's unbelievable. It's massive.

. . .

Lindell:  Okay. Now, we've heard about—we alter-—in fact, on this show, the—Antrim County in Michigan, were you guys ever—were you guys—weren't you guys contacted to look into that?

Ramsland:  That was our work, yes.

. . .

Lindell:  Right. For everybody out there, what—we've heard all this, Antrim County in Michigan, and in the show here we—you know, you've—you've seen it, we've had—we've—this is a—this is—the reason was talked about so much, because this is a small county and it was like 15,000-some people voted and it was 7,000-some votes flipped. . . .

. . .

Lindell:  Can I ask you this? So what you seen there is exactly what you knew was going to happen, and now were you able to look at other places, what was different about Antrim County, now that— what we all heard was you were able to get into the—you know, the forensics of it and see all this, were you able—have you been able to do that in any other places in the United States, since then or—or, you know, since this election ended on—in November.

Ramsland:  Actually, on—on a limited basis we had been able to go into two other counties, we have not published that information yet. And there are reasons why we aren't publishing that information right now; but both of them have not only confirmed, they have confirmed that it's even worse than in Antrim.

Lindell:  Okay. Did everybody hear that? What we have here— and—and Russell can't disclose this, because what—every time something pops up, it gets buried out there. Things happen. I don't— you know, it—this is — this is the most—attack on our country, and I'm telling you, ever. I mean, this is—and that's why—you know, it's getting suppressed every --everywhere.

So what he's saying, two other places—now, is this breaking news right now? You're saying right now you have two other places, and what you're seeing is even worse than you could ever imagine?

Ramsland:  Well, it's—it's—it's just like Antrim, only it's worse in many ways Well, in—in Antrim we found ballot rejection rates of 82 percent. 82 percent. Lindell:  Wow. Wow.

. . .

Lindell:  And now—what you're talking about there, is it—this is one of the way these machines cannot—you can—that you can cheat through the—or cheat there, but this does not count what you're talking about earlier, the cyber forensics where the—that goes overseas to these servers that are all based over there, correct?

Ramsland:  That does not—that's a different issue altogether.

Lindell:  Right. So both of them involve the machines, everybody. One we've talked about in this show is here. But the cyber one is— you just heard from Russell, which he said earlier, this is all the attack by the other countries that hacked in, which we're going to show you that proof now, that Russell doesn't even know, that we have that's going to show who did it, the time they did it, the computer they did it off of, everything.

…

Lindell:  Okay. And you've seen this cyber -- the -- the cyber forensics that showed that. We will show that, too.

…

Lindell:  Bill Barr, if you're watching -- I mean, what -- why would you say something like that when -- yes, this is – this wasn't just election fraud, this was a historical election fraud. This was coming from a lecture (phonetic) -- from machines, from these machines, a biblical proportions -- of historical proportions, and now this is -- it's all going to get exposed.

…

Matthew DePerno:  And if you look at certain townships, like Chestonia Township —

Lindell:  Okay.

DePerno:—Joe Biden got a 197 votes on November 3rd.

…

DePerno:  That's correct. So you can see Joe Biden on election night got --

Lindell:  Right.

DePerno:—197, he got Donald Trump's 197 votes.

…

Lindell:  Now—now what we're showing here, you guys, so everyone knows, these are all precincts. I don't know if you can see this here, these are all precincts. So let's just do this precinct — precinct 392, this is done through the machines, and Donald Trump got eight. What? So here is—the 392 to 8, but the real number was 198 to 392.

DePerno:  And if you see here, Elk Township, Joe Biden got 392 on election --

Lindell:  Right.

DePerno:—in reality, those Donald Trump's votes. Those were the 392.

Lindell:  Right. They were just flipped. In order for that to be off, and — and you do the conclusion, which I would right now, 100 percent, how can that be off? It would be something wrong with what?

DePerno:  The machine.

Lindell:  The machines. The machines. And what we're showing here right now, what you're going to see, all this—what we've been talking about, this massive machine election fraud that went on, where countries hacked into our election, and nationwide—this is one little county in Northern Michigan, and these machines would do it right down to the precinctAnd—so what I want to tell y'all,

is this is the perfect example—just so you know, right down to the precinct-level what went on with these machines. I want to see one more here. So —

DePerno:  Well, you can look at like—Kearney Township -- Lindell:  Yeah.

DePerno:—Joe Biden got 744 on election night -- Lindell:  Right.

DePerno:—those were Donald Trump's votes. He actually recorded 16 on election night.

. . .

Lindell:  Right. So I just want everyone out there to know this before you get into (inaudible) this is just a small county, Northern Michigan, and they ended up flipping—we had 15,718 votes.

DePerno:  15,718 votes.

Lindell:  Votes. And 7,060 were flipped from Biden—or Trump to Biden; is that correct?

DePerno:  Yeah. And what's more -- Lindell:  Wow.

DePerno:—what's even more interesting -- Lindell:  By machine. By machines, right? DePerno:  By machine --

Lindell:  (Inaudible) done by the machines? DePerno:  Absolutely by machines.

. . .

Lindell:  …We're—I'm here to show everyone now the facts and evidence that I have seen, 100 percent. Here's 100 percent. This little county in Northern

Michigan, the—look at what the difference was, it was a net of 5,250 votes; is that correct?

DePerno:  That's a net for Donald Trump.

Lindell:  That's a net for Donald Trump. There was 7,000—that's where you get the 7,060 votes.

. . .

DePerno:  . . . [W]e then went in—and I believe it was December 6th

--

Lindell:  Right.

DePerno:—and with a team of forensic scientists and data collection scientists, we—we captured the forensic images of the Dominion Voting System, the master tabulator, is what we call it, sitting in the county building, along with all of the CF cards, which are the program cards that run the actual software, along with the actual data cards or thumb drives that collect and tally the results in each precinct. We captured the forensic images of all of those items.

Lindell:  Okay. I want to—I want to say something there:  So the people—did you hire these people to do that?

DePerno:  Correct.

Lindell:  Okay. Were they—and you didn't know them before this, right.

DePerno:  We didn't know them before -- Lindell:  Right.

DePerno:—but the people got us in contact with them --

Lindell:  Contact with — with forensic experts on these particular machines?

DePerno:  That's correct.

Lindell:  And so—so that's — I just want everyone to know that. This wasn't just some—you know, hey, let's grab somebody from the county and look at these machines. These were experts.

. . .

DePerno:  In our case, what we found through the forensic study that was conducted was that on November 4th, at 11:03 p.m., system files, adjudication files, and other source system files were deleted from the Dominion system in Antrim County. We know that for a fact.

Lindell:  Wow.

. . .

DePerno:  But we do know that those files were removed on November 4th at 11:03 p.m.

. . .

Dr. Shiva Ayyadurai:—but what it is—actually, it's information that if revealed, would show that the CEO of Dominion software, when he testified in front of the Michigan Senate, this information would show that he was not telling the truth about how the Dominion system works.

Lindell:  Wow.

DePerno:  And here's what we concluded --

Lindell:  Wow.

DePerno:—when we released the report, this is what it states:  We conclude that the Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results. Now, that's not my words. That's the words of the forensic team --

Lindell:  That looked at this?

DePerno:—that looked at the forensic images and came to a conclusion about what they saw.

Lindell:  Right. So that -- (Talking simultaneously.)

DePerno:  (Inaudible) that's in the report.

Lindell:  They concluded that the only reason you would have a machine like this is if you wanted to steal an election?

DePerno:  Correct. Because what they also found is that this machine in Antrim County generates errors at the rate of 68 percent based on ballots that you put in the machine.

…

Lindell:  I'm going to bring on Mary Fanning to explain how it all happened, and the—show you the 100 percent proof. Mary, thanks for coming on.

Mary Fanning:  Thanks, Mike. Today we've been watching cybersecurity experts and they've explained some of the things that happened in the election, some of the election fraud.

But what we're seeing here is—if you look at this chart, is that they were cybersecurity experts who began collecting information on November 1st, and—so this was before, during and after the election, that they were collecting documentation.

In fact, they collected terabytes of information that document the election fraud before an intrusion into our election. This was collected as—in 2995 counties in the United States.

This was collected in real-time. All right. So if you go to the chart, what you will see is the documentation of foreign interference in the election.

The first column, if you look at the chart, that shows that on 11/5/2020, at 7:43:38, we had a foreign intrusion. And it shows that the IP address, the Internet protocol address. That is the number of that protocol address of the hacker that entered into our election.

The second column is the owner or source of that IP address. That shows that China Net in Beijing province, entered the election. It shows an ID, that is a unique address of a computer. That shows the exact computer using that IP source that entered into our election.

The next is the target. That's the IP target. That's the Internet protocol address of the target. All right. And the next is the target state. In this case it shows that it's Michigan.

Where in Michigan? That's the next column. It shows that it's in Emmet County, Michigan.

Then the ID target. That is the unique address of another computer in the United States that the hacker has gone into. And then it shows the method of intrusion.

Now, on some cases you're going to see that they used credentials, that means that they have fake credentials, because they were administrators that have been placed on the Secretary of State's computers. False administrators.

In other cases, it shows that they broke through the firewall. In some cases they did both.

Now, in the next column it shows whether it was successful. You're see a Y; that shows that, yes, it was successful.

Now, oftentimes they're not successful and they have to go back and try for another intrusion, and then it shows whether that's, in fact, successful as well.

And then in the final column, what you're seeing are votes changed. Now, in this particular case, when they went into Emmet County, Michigan, the votes that were

changed was they stole 3477 votes from Donald Trump. That's what you're looking at.

Now, as you go through this document and you look at all the multiple intrusions into our election, what—what you'll notice that over 60 percent of these intrusions come from China.

So that is over 66 percent is what the number is, over 66 percent of the intrusions into our election came from China.

. . .

Lindell:  Yeah. So what—so what you have here is, what—each one of these is its own timestamp that is 100 percent proof, because you have that—not only where it came from, you have—it's basically you have their identification, you have the—who they were attacking, their identification; this is what everybody would want—if you ever looked and did an auditor—wanted to look into a computer and look what went on in cyberspace, this is what you would be looking for, correct?

Fanning:  This is forensic evidence of foreign footprints as they entered our election and in a cyber warfare attack on our election. And then it shows exactly what they—you know, where did they come from, which computer exactly, exactly the timestamp, exactly which computer they entered into, and—and what state, which county. The—the ID—the unique ID of the computer that they entered into. And then it shows how they entered using false credentials or breaking through the firewall or both.

Lindell:  Wow.

Fanning:  Were they successful the first time, the second time. And then it shows the votes that they stole from Donald Trump.

Lindell:  Right.

Fanning:  This is proof positive this is documentation of a cyber attack, but it also is documentation of the footprints of those who entered our election.

Lindell:  Right. Right. And look at it—if everybody notices here, everyone — you don't think this was all put together in one big attack? Every one was Donald Trump down, down, down. This wasn't another country that wanted it the other way. This was a— the biggest attack in history. And you have—and Mary, you have — we have pages and pages, right? Thousands of these pages of every—of every county, right? Of every—or of every single attack?

Fanning:  There are thousands of pages of the documented footprints—the foreign intrusion into our elections. We see this as coming from China; in many cases from Huawei from Alabata --

Lindell:  Right.

Fanning:—Cloud service, from China Unicom, from Ucloud, from China Mobile Tietong. You know, and this also came and—from Iran as well.

Lindell:  Right.

Fanning:  There—this is the foreign intrusion, this is theft of our vote, but it also is documenting exactly the votes—the vote totals that were stolen from Donald Trump.

. . .

Lindell:  . . . This is their—these are the real numbers that were taken off and that were flipped. I mean, this is incredible, everybody. This is—this is historical proof, too. We not only had—this is what we've all been waiting for. And Mary, you said there's a video, too, you want to show?

Fanning:  Yeah. This is a documentation, the proof positive, by cyber experts from in this country that began documenting the theft of our election.

Lindell:  Wow.

Fanning:  They put together the full documentation of every vote, beginning on the November 1st. So again, from before, during and after the election, they documented the footprints of the foreign intrusion into our election. That means that foreign adversaries really, because this was an act of war to come in and steal the election from the American people, and decide who our foreign adversaries were going to put in the White House to rule or to—to be the President of this country.

. . .

Fanning:  Well, you're—the video—what you are watching is the surveillance system. In fact, this is the very surveillance system that was built by people inside this country within the cybersecurity battle space, that built some of this document-—built some of these tools that were built to keep this country safe. But what you're watching is the — every line on that drawing, all those moving lines, they represent the IP addresses of what I just showed you on the chart. So—so when you understand the hackers IP address and the IP address of the target and the votes that were stolen, every one of those lines that you're watching move across the chart, and showing whether they were successful and — and how many votes they stole. That documents that. Every red line, as they turn red, as they finish—they'll hang the vote, basically, the red lines are all China. So what you're seeing are the actual files being received and sent. That—that's a documentation of the real-time theft of our elections.

Lindell:  Wow.

Fanning:  So every—every line on the map, there's a corresponding line on the sheet. And the color and the line types represent the severity of the attack. Now, red has been the most severe attacks. These lines are all coming out of China. Those are the most severe attacks on our election system.

Lindell:  Wow.

Fanning:  . . . It's important to understand that there are prismatic scoring algorithms that they knew about, that entered the election, and they steal the vote at the transcript points. So at the point where the election — the vote is leaving the Secretary of State's office, and these machines, that is the point at which the vote is stolen at the transfer points. That's what you're watching, those packets moving is what—is—is that's realtime documentation of the theft of the vote from inside this country. And then the number is the last column, those documents exactly the numbers of votes it shows. And some of the cases, Antrim County where the vote was stolen, and exactly the vote stolen at the exact timestamp of when they were stolen.

. . .

Lindell:  So, Mary, so what you're saying now is . . . every one of these lines—let's say we did take Antrim County, and we took that, we could pull out the timestamps for that county, and we can show the lines—the country that did it, we can show a line for every single hack or attack that we had in this election?

Fanning:  That's right. Lindell:  Wow.

Fanning:  So what you're watching is those objects moving are the actual files --

Lindell:  Right.

Fanning:—that are being received and sent. Lindell:  These are the (inaudible) — (Talking simultaneously.)

Lindell:—these are the squares -- Fanning:  And every one of these --

Lindell:—here that are—that are being sent. So everybody out there, what you're looking at—I mean, this is the proof. So if any — if like Antrim County, that case is still open, you just go here you go. Now you know who did it, how many votes flipped, when they did it, what time they did it, the computer it came from, the country that attacked us. I mean, this is—this is what I have been excited about, and I only seen one—you know, Mary, I've only seen one little line of that, which showed the IP address that—you know, all that stuff that you're showing us. When I found out that you --

Fanning:  Right.

Lindell:—had it for every — or that we had it—with—all these people had this, for every single vote that—every single attack, and whether it was successful or not. Look at right now, we've got up on the screen, Georgia is just getting attacked. It was just getting attacked up here at that moment in time. And I—and I suppose, you know, they know what they're doing, they—they did the biggest attack right here. Look it, everybody, Georgia and Michigan, getting bombarded. They—my guess is, that was probably like 3:00 or 4:00 in the morning when they really needed them votes to be flipped. Mary, this is incredible.

Fanning:   Yes. Because there is proof positive, there's documentation, of all the foreign interference into our election showing exactly who stole the vote, how they stole the vote, from which computers, access to our election, to which computers they went into. So understand that cybersecurity experts that work for this country, put all this in place before the election even started to make sure that they caught all of this information so that foreign adversaries were not deciding our elections.

. . .

General McInerney:  . . . [W]e have not had one audit. This is the closest thing to an audit that has been conducted in America on this important election. . . .

. . .

Lindell:   And we've—we've just shown everybody in the world 100 percent evidence that this was an attack on our country, and is still under attack by China and other countries, through the use of these machines used in our election.

(q) On February 11, 2021, OAN broadcast Absolute Proof again on the OAN TV channel, and repeated, endorsed, and adopted the same false statements again. In this rebroadcast, it also interspersed the film with an interview of Lindell by Steve Bannon, and made, endorsed, and adopted the following additional false statements:

Mike Lindell:   [T]he night of the election, 11:15 it broke the algorithms in the machine … they didn't have enough track left to do the steal because he would have won anyway. … what you see is 100% fact. … Came through the machines and there was a massive flip and you will never have an election again if you use these machines. [T]hey're all liars. They're lying … about it not going online. If you're Dominion… that's been proven 10 times over. … I'm 100% that we have all the proof. … Venezuela … they did it through the use of these machines. … But what they did, they filled up these fobs and they went down and they did a dump. They did … 1,000 dump, boom. Just put into the machines you got you do that online … it was just another way you can cheat with this machine. 770 or something like 7000 votes got flipped. … forensic footprints of the machine, everything that happened that night, here's an interesting fact, though, that flip of 7,000 votes. … [O]ne lie after another, connection to the internet … Here you have evidence. … These machines would have to be online, absolutely 100%. … They showed there were 7,300 votes flipped. … These machines getting found out, it's an attack on

our country. … We have the absolute proof and the absolute truth will come out. … They suppressed the machine vote or the machine so much, it's just coming out now … I have 100% proof. … It was the biggest crime against humanity and the world.

(r)   On April 3 and 4, 2021, OAN aired the docu-movie Scientific Proof with Mike Lindell, which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV. OAN aired Scientific Proof a total of six times on April 3 and 4. During these broadcasts, OAN made, endorsed, and adopted the following false statements:

Douglas G. Frank:  It has to be done by an algorithm. Mike Lindell:  It could not be done by humans.

Frank:  It could not be done.

Lindell:  I want everybody to know that. Frank:  Yes.

Lindell:  What you're going to see is impossible to be done by humans. It had to be done by machines, i.e. computers.

Frank:  Absolutely.

Lindell:  And they had to be online?

Frank:  Absolutely, the whole time, beforehand, during and after. Lindell:  Before, during, and after.

Frank:  Yes.

Lindell:  In other words you have to plan the attacks? Frank:  Yep.

Lindell:  You have to plan the algorithms? Frank:  Yep.

Lindell:  Input them? Frank:  Yep.

Lindell:  Then it has to be online during? Frank:  Yep, it does.

Lindell:  And then afterwards what, they check your work? Frank:  Clean up the mistakes.

Lindell:  Clean up the mistakes.

Frank:  Because computers are stupid. They can't do anything themselves. You have to tell them everything, and what you tell them is a set of instructions. That's called an algorithm. It's just like a recipe.

Lindell:  Right.

Frank:  A recipe is a set of instructions. Lindell:  Right.

Frank:  And so don't be afraid of that word. Lindell:  Right, right.

. . .

Frank:  And notice I didn't call them real voters because I don't think a lot of them are.

Lindell:  Don't think they aren't. You know they aren't.

Frank:  I know they aren't. If I'm a scientist going into it I didn't know, but now I know.

Lindell:  Right, right. Let's make that clear. There's no room. This is one hundred percent we know machines did this.

. . .

Lindell:  So it couldn't be done by humans.

Frank:  No, no, no.

Lindell:  It's a hundred percent impossible.

Frank:  No, no.

Lindell:  Had to be machines?

Frank:  Yes.

Lindell:  And they had to be online.

Frank:  Constantly online.

Lindell:  Constantly online, everybody.

Frank:  Beforehand getting the registrations in place so you can use the phantom ballots.

Lindell:  Right.

Frank:  Because if you think about it, you can have all if machines in the world changes ballots all you want. The problem is that afterwards if they count the ballots, it's got to match.

Lindell:  It's got to match.

. . .

OAN Advertisement:  One America News is committed to deliver credible, honest, unbiased reporting 24 hours a day, seven days a week from the White House.

. . .

Lindell:  You've got to know where you stand, and there has to be some super computer that's doing that.

. . .

Lindell:  It's impossible one hundred percent. It can only be done by machines. I can't stress that enough.

Frank:  Absolutely.

Lindell:  And they all rhyme with Dominion, there's others, Smartmatic, ES&S, you know, all of these, and it's just—you know, I sit here. I want to bring this up. When you found all this—

Frank:  Yes.

Lindell:—I mean, what went through your mind? I want people to know.

…

Lindell:  This is a crime where there's no statute of limitations. This is a crime against every one of us, every person on the planet actually. It goes far and wide into everyone. The whole world is watching.

(s)  On April 22, 2021, OAN aired the "docu-movie" Absolute Interference with Mike Lindell, which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV. During that broadcast, OAN made, endorsed, and adopted the following false statements:

Mike Lindell:  I have proof, a hundred percent proof that our country was attacked by China, by Communism coming in, this foreign interference to our elections through the machines, Dominion, Smartmatic ES & S, all of them. So every day they're mocking me in the news.

. . .

Lindell:  So the cheating over the decades and centuries that's gone on in our election just graduated now to where it's high tech.

 . . .

Lindell:  Before we get started on that, what you found, I want everybody to know, this could only have been done through the internet or through machines; is that correct?

Douglas G. Frank:  Oh, no question.

Lindell:  You could not have done this by hand or— Frank:  No, no.

Lindell:  Had to be done through a machine being online or being a hack coming in.

Frank:  Absolutely. And there were stages to it. You have to prepare ahead of time.

Lindell:  Right.

Frank:  You have to have access during, and you have to have access afterwards.

Lindell:  Did everybody hear that, all three, access before, during and after.

Frank:  That's correct.· And by the way, in Pennsylvania proved each of those.

Lindell:  Okay.

Frank:  You could see. We had forensic evidence.

Lindell:  Wow.

Frank:  In other words, this isn't just some scientist geek having fun in his laboratory hypothetizing something.

Lindell:  Right, right.

Frank:  We actually went.

Lindell:  You have absolute proof?

Frank:  Yes, we did.

Lindell:  So you knocked on doors?

Frank:  1600 doors we knocked on.

Lindell:  To see if the people actually existed.

Frank:  And they don't.

Lindell:  They don't exist. By the way, everyone, I'm hearing this for the first time too, the first time. We've never talked about this.

Frank:  No. It's a pleasure.

Lindell:  I want everyone to know this, and the reason I want to do this is because I'm going to have the same questions you would all have out there. I just heard, Doug, this is going to be an amazing presentation. Why don't we get right into it.

Frank:  When I use the word algorithm, a simple way to understand that is it's just like a recipe.

Lindell:  Right.

Frank:  It's a set of steps, a set of measurements, two teaspoons, whatever. But it's not just numbers. It's also got some steps involved.

Lindell:  Right.

Frank:  And that's what I figured. I figured how were they doing this. So first thing you need to understand is that every county in the United States has what they call a registration database. It's got the names, it's got when they were registered, when they were born, and it's also got their entire voter history.

 . . .

Lindell:  Right. And that's what we're going to show in five-six weeks as we dump all the evidence to the public and show the world all the evidence when it—by the time it gets to the door of the Supreme Court, and we put this case there, all nine of them are going to say:  Wow.

General McInerney, what happened to our country on January—or on November 3rd?

General McInerney:  Well, we had the most massive cyber warfare attack, Mike, in history on our electoral system. It—there's never been anything of that magnitude.

We have precise examples and evidence for the Supreme Court and—and any other court in the whole world, it is very precise. And it shows the magnitude led by the Chinese Communist Party as a foreign entity—

Lindell:  And these machines now—allowing for this foreign interference, we've been all the way back to Venezuela, when the machines first came in and it took only two years for them to completely take Venezuela.

(t)   On April 29, 2021, OAN broadcast a segment titled "One-on-One With Mike Lindell" live on television on the OAN TV channel, and republished on KlowdTV. During that broadcast, OAN made, endorsed, and adopted the following false statements:

Mike Lindell:  I wanted to be able to say what I wanted to say about this attack on our country by China through these machines, Dominion, Smartmatic. You can say that here, right?

Natalie Harp:  Yes, you can. We're the real news network. Yes, you can.

…

Lindell:  China did this, took our election done through these machines. Otherwise our future is over. This isn't a Democrat or Republican thing anymore. This is all of us we need to know that this was an attack. It's real. We have the Absolute Interference you guys have ran here, the movie.

Harp:  Right.

Lindell:   And in the movie Absolute Interference, everybody, that validates Absolute Proof.

…

Lindell:  This is the biggest attack, one of the biggest crimes against humanity in history.

…

Lindell:  Here's from a business point. A, we know a hundred percent evidence. If I would not be sitting here, I told Jimmy, I would not be sitting here if I wasn't a hundred percent, just like when I went in for the greatest president ever Donald Trump. I met him before the election. You can't take that from me, and nobody could take it from me. I mean, I knew where his heart was, I knew he had no agenda other than to help, you know, help the United States and help people.

Harp:  Right.

Lindell:  And, you know, when you do a problem solution and what it manifests to to help people, and so you look at that and A, you've got to take care of the 2020 election. Pull it down. B, you've got to get rid of all machines forever, forever, every machine in the world actually.

…

Harp:   Well, we want to give your My Pillow code again for everyone out there because we don't want you to be canceled. We want you to have the freedom for your employees out there too.

Lindell:  Right. Right.

Harp:  It's like this is their lives and their jobs. Lindell:  Right.

Harp:  And what you're doing to expose the issues of what happened in 2020—

Lindell:  Right.

-261-

Harp:—is so huge in what you're doing. We want you to come back on and talk about it because I know no one else is and you've been very much shunned by it.

(u) On May 3, 2021, OAN broadcast a segment titled "Mike Lindell Tackles Election Fraud" which OAN broadcast live on television on the OAN TV channel, and republished on KlowdTV. During that broadcast, OAN made, endorsed, and adopted the following false statements:

Mike Lindell:  I've been obviously just fighting every day to tell the nation and everybody, the world, these machines where it got hacked, Dominion, Smartmatic, hell all of them are the same, ES&S. You just say Dominion, but it's all machines. China hacked into our election and flipped millions upon millions of votes.

We have a hundred percent evidence, so I put out the two—three movies now, Absolute Proof, Scientific Proof—

…

Lindell:  Did you hear about Dominion and China attacking our country. So I put the voice out there. What these guys were, the evidence was already there, you know, but there were other people trying to get this out there but they didn't have a voice.

…

Lindell:  Now, what happened was, though, all these people after January 9th when I went public with that piece that these guys have gotten me, that piece, Dominion, the cyber attack, when I did that, then these guys trusted me. These guys are whistleblowers. These guys that work inside the government and used to work for the government, these are the guys that have all this information and so they had this. They can't just go out there. They're in danger, but they trusted me, so they brought it to me.

(v) On May 22, 2021, OAN broadcast The Weekly Briefing with Christina Bobb live on television on the OAN TV channel, and republished on KlowdTV. During that broadcast, OAN made, endorsed, and adopted the following false statements:

Christina Bobb:  The only people who had absolute control over the election equipment was Dominion. The county didn't bother to insure that there was no manipulation. They just took Dominion's word for it, despite the fact that there were weird mathematical patterns, and many experts stated the numbers indicated fraud.

…

Bobb:  We must clean out the corruption of past elections before we can build up and strengthen our future elections.

It's not enough for state and local officials to say okay, okay, we'll make sure we're good going forward. We cannot move forward until our past is cleaned out. It's important for Americans to get involved and hold their leaders accountable.

There's a lot of emphasis placed on Arizona, Pennsylvania, Georgia and the other contested states, but this matters in every state. What we're finding is that it's possible the fraud was so organized that they manipulated every state, even the states that Trump won to make the fraud less detectable. Look at New Hampshire. Who would have thought that New Hampshire was a place that was manipulated, especially because it was expected to go blue.

It is possible that this fraud is so much bigger than any of us believed that most states were manipulated in some way.

(w)  On June 4, 2021, OAN broadcast a segment entitled "OAN Absolutely 9-0 with Mike Lindell" with the chyron, "Exposing Election-Changing Amounts of Fraud in 2020" on its show, The Real Story with Natalie Harp, which OAN broadcast live on television on the OAN TV channel, republished on its Rumble account, and republished on KlowdTV. During that broadcast, OAN made, endorsed, and adopted the following false statements:

Natalie Harp:  Surprise, surprise. Proponents of the big lie that Biden actually won fair and square in November are so frightened that the Maricopa audit is almost complete, and we will see the results for ourselves, that get this, they've already resigned themselves to the outcome. We will find fraud, election changing amounts of fraud. But when we do, they've already got their talking points primed and ready to go.

…

Harp:  Joining us now with his reaction, the man himself, the CEO of MyPillow, Mike Lindell.

…

Mike Lindell:  What we have now, what you're going to see in my movie, Absolutely 9-0, that's the vote of the Supreme Court when that comes down when we get this to them. But we have something called PCAPs. They're packet cap— PCAPs, and what they are, these are cyber forensics that we have. It's like having a movie of the election the night of the election, like if somebody robbed a bank where you actually have the film of them robbing the bank. So, you know, it is pretty amazing that all the Democrats that bad mouthed the machines and the Dominion machines and Smartmatic, nobody said a word back then, and now if you rerun them, you think all the machines just got legal, just got fine, just got fair? They didn't.

…

Lindell:  Yeah. They were the ones that gave us the big warning. And you know, it matches exactly. You know, from January 9th on when I got this evidence of the machine fraud, of this cyber attack with mostly from China using the Democrat Party, you know, what I was saying before, it's like having—what a blessing that we have all this evidence that we have in Absolute 9-0. These are packet captures, and these are something when I asked these—I hired white hat hackers from the government to validate this stuff. So the interesting thing is, when we get to the Supreme Court, when we bring it before them, this isn't subjective. They have to, all of them, say 9-0 that this happened. It doesn't matter, when they talk about that Arizona audit, when they say oh yeah, you're getting aides, and this person, they're not professionals or whatever. If you have the evidence, it doesn't matter who gets it or how they get it as long as they have it.

What I have is irrefutable, not subjective. It's like having, like I say, a picture of the crime scene. I asked the white hat hacker in the movie, I said so is this like DNA, blood DNA? He said yeah, it's a lot like that, but here we have a whole bucket of blood. You've got the whole case.

So when you get these audits done in Maricopa County, and now we're starting Pennsylvania, all over the country it's going to fall like dominoes, and all these states, the audits they're doing is just going to validate what I already have, what the evidence that we have, this cyber forensic evidence, and it's all coming together and there's nothing—I think last night all over CNN they had it. Mike Lindell says Donald Trump will be back in. Where does he get his information? He has no evidence. Well, yes, I do. Just watch Absolutely 9-0 and you're going to see it. It's like hey, guys. We have the evidence. We just have to show it to a judge and the supreme court judges. They're going to be heroes. It's going to be 9-0. This gives a chance for the Supreme Court to do their job and be heroes. It doesn't matter whether you're a Republican or a Democrat. This country cannot have these machines and we cannot have—we have to have fair elections, and what we had here was the crime of the century. It was the biggest crime against humanity in history because it affects everything.

…

Harp:  What makes you think that they're going to take your case now that all this fraud is coming out because they could very easily say no, we're just not. It's a moot point, the election is over since that's what they've done before.

…

Lindell:  Back then the Democrats, they really believed that they won. And we didn't have—this evidence that I have was not brought before the Supreme Court. This evidence is an attack by China on our country. Just so happened the winners were the Democrat Party. So the whole thing is yes, they will have to look at this, the pressure on them. They're going to have to look at it. This is all new. And I tell you this. There's no statute of limitations on a crime like this, and there is

precedence, everybody. Every down ticket, you can look it up, every single down ticket that they find out later okay, the other person won, there was a crime committed, there was election fraud, you give it to the real winner. It doesn't matter if it's a year later, two years later or two minutes later. You rectify. You fix what was the wrong, you put the ones in prison or jail that did it if it was a crime, and the real winner gets put in. It's just never happened that we know it at the presidential level.

So they've got—these nine Supreme Court justices, we're giving them—the evidence that I have with this cyber evidence, we're giving them an easy out because once they get it, we as the people, everyone's going to see this evidence. We dump it every day on FrankSpeech.com. We're putting this evidence out there so if you're a Supreme Court justice we make it very easy for them. All they have to do is look at it and go what? Yep, that's it. It's going to be 9- 0.

Harp:  And Mike, your episode that's going to air this weekend on OAN, keep us posted on the lawsuit front. We're all watching the audits.

God bless you and the work that you're doing to expose what happened in the last election and keep us posted. We're all watching it.

(x)  On June 5, 2021, OAN aired the "docu-movie" Absolutely 9-0 with Mike Lindell, which OAN broadcast live on television on the OAN TV channel twice, and republished on KlowdTV. During these broadcasts, OAN made, endorsed, and adopted the following false statements:

Mike Lindell:  Hello, everyone. I'm Mike Lindell, and as you all know on January 9th received evidence of a cyber attack orchestrated by China on our 2020 election. I took that one piece of evidence and I just went all in. This was something different nobody had seen. This was something that came through the machines, the Dominion machines, the Smartmatic and other machines. This was a cyber attack. I didn't know anything about cyber attacks, and I had to learn real fast.

I hired experts to validate this. These guys are white hat hackers that work for the government. But what I'm going to show you tonight is you're going to all know now why I have been one hundred percent sure that when this gets before the Supreme Court it's going to be 9- 0, 9-0 to pull this election down and that this was a hundred percent attack by China on our country through these machines.

And with us right now is one of my cyber security experts. These guys are the best, and this guy has over 20 years of experience working in both the private sector and with government law enforcement and intelligent agencies. He has many information and cyber security certifications that specialize in advance adversary detection, mitigation and elimination, and here he is now. Hello.

Speaker:  Hello, Mike. Thanks for having me.

Lindell:  Thanks for all the work you've done for our country, and thanks for all the work you've done for myself, and I know I've put yourself and many others through a couple months worth of work now just to get everything validated for our country to show that this evidence is real.

So what I'll going to go through, everybody, let's start from January 9th, the stuff that these guys brought to me. These guys were there the night of the election, and it was like taking a movie. I compared it to like taking a movie, and they have all this informational, millions of lines of data. Why don't we show that right now. Can you go ahead and say what we're walking here?

Speaker:  Yeah. That's essentially the raw encrypted data. I mean, that would run for the next couple days. You know, that's the amount of data that we're dealing with here.

Lindell:  So what this contains here is what? What are these? Is this cyber forensics? What are we looking at? What are these called? I know you had told me before they're called like PCAPs or something.

Speaker:  Yeah. So PCAP is just an acronym for packet capture, so it's essentially a moment in time that is captured, and that the transmission of those packets, any information that travels between point A and point B is essentially a packet. And so those packets moving back and forth during the election were captured. But you need to actually record it, and so that's where we're very blessed and fortunate to have, you know, some of these guys that actually recorded the information as it happened.

Lindell:  You heard it here, people. You heard it here, everyone. We have—what a blessing it is that we have the evidence. This is what I've been telling everybody for months now since January 9th. These are the actual evidence that was collected the night of the election and a couple days following.

Now, I can't read these, and neither can anyone else that's probably watching unless you're an expert like you guys are.

Speaker:  One more piece to that is you can't go back in time and fake a PCAP essentially. You have to capture that packet in realtime, so you need to record it. You don't go backwards and, you know, recreate this, you know, whole chain of events.

Lindell:  Wow.

Speaker:  It happens and you record it.

Lindell:  Okay. So that's a great point. So what he's saying there, everyone, is you can't go back in time and say okay, I'm going to make these up, and also you can't go back and change anything, right? If you have these PCAPs, you can't go change

them. It's a blessing we have them here. If we didn't have, everything, that evidence would be long gone, correct?

Speaker:  Yeah, it would definitely be gone. You know, luckily somebody pressed record during the entire election.

Lindell:  Wow. Yeah, that is a blessing and they brought it to me. Why did they bring it to me? Because at that point on January 9th nobody else—all the other evidence they found for November and December, I call it the organic cheating, you know, dead people voting, nonresidents voting, all this other stuff. Everybody is so focused on that, and these guys—I mean, they're heroes that ended up collecting this the night of the election.

So they bring it to me now everybody, and I'm going okay. I wanted to learn all I could about it, and one of the things is—now, if you take this stuff here—one of the things I asked you and many others because many cyber experts, I'm going is there any way, any way you could go back in time and doctor it, change it I think you compared it to like a forensic scene at a crime scene with like DNA evidence; is that correct?

Speaker:  Yeah. So really what you're looking at is, I mean, there's hash values which are unique to each item. Any change to that, it will change the hash, so that's how you verify images or, you know, the PCAP in this case. So when you're looking at, you know, this file, you make sure that it hasn't been doctored or anything's been done to it because when you do the work, it needs to match that original file, and so that's where you start. And then, you know, we work to unencrypt and pull the data out to identify exactly what happened during that period of time.

Lindell:  Okay. So now in all your work in twenty years, then, do you work with these PCAPs a lot or do most cyber experts? That's what you work with all the time?

Speaker:  Yeah. A lot of the time we do because, you know—well, you—there is the active cyber attack being recorded, and the way you record it is through a PCAP. That's how you capture that traffic. That traffic, when you capture that information, you have the source, you have the destination, you know, you have the files that are being transmitted, and through what protocol, it captures a lot of information and, you know, you go through it and you essentially translate it.

Lindell:  Right. That's what took so long. I believe it's been a couple months now that I've had yourself and many others validating and translating these PCAPs. There was literally thousands of hacks, right, from China?

Speaker:  Yeah. Well, there were a lot, and there were a lot successful. Some were just doing reconnaissance, and others were flipping votes. And so it would go in and identify where it needed to flip and flip, so there was a lot of activity.

Lindell:  So what I had you guys do was go out and get 20—just grab 20 of the PCAPs, 20 of them that you could take that data and translate it into something that was readable for all of us here. So what I did, I said you know what, let's just see, you know, because this was in the millions and millions of votes that were flipped on our election by China from Trump to Biden, okay. So I said well, let's just grab 20 of them so we can make this Absolutely 9-0 video. So we went out and we grabbed 20 of them.

Now it took, I don't know, what did it take, four to six weeks to validate just those 20 PCAPs because I was very particular. I wanted every little thing validated, and one hundred percent foolproof, and these were the five states. These were five states, Michigan, Wisconsin, Pennsylvania, Wisconsin and Georgia. Okay.

So now what I want to do is bring up the data that you took, the PCAPs and translated it for us and showed just these 20 attacks exactly what these PCAPs showed that we can all read. On the first line, if we start on the top here, this was from, if we look at the date, it's 11/3/20, the day of the election at 10:49 p.m. Can you go ahead and take us through this when you talk about the source and take us through us line by line and explain what this is.

Speaker:  Yeah. So the source is the IP address from the computer that essentially, you know, changed that vote. So since we focused on the 20, each one of these resulted in votes being changed, so that's the source. Latitude and longitude is essentially within 400 yards of where that device is located. Beijing, obviously China, Province City.

And then this next part is the network that was pulled out of the PCAP essentially. But, you know, some of these is in Chinese, so when you translate it you just want to make sure and, you know, as you've asked us to do double, triple, quadruple, you know, validate. So we've been going through, making sure the translations and all the information checks out.

Lindell:  So what he's saying here, everybody, is what I did is I made them all validate the validation; isn't that correct?

Speaker:  Yeah. So we, you know, because we're dealing with other languages, we validated the validation that was validated.

Lindell:  So the next line there, which is the network code, what would that be.

Speaker:  Yeah. So that's essentially from the registration, the IP. So, you know, most every single IP is registered to somebody. When you look at that network, that network range and, you know, identify who the registered owner is, so that's where it comes up.

Lindell:  Okay. So you got all this information from the PCAPs; is that correct?

Speaker:  Yeah.

-268-

Lindell:  The next line, it says target. Now, we just went through, which would be the hacker or the attacker, so to speak, correct?

Speaker:  Yeah.

Lindell:  And now we're going to get into the target, which is I guess I could pull that out, the target. That would that be the target's IP address, and then again the longitude, latitude, and the state that it was hacked into, correct?

Speaker:  Yep.

Lindell:  And then we have the entry point. You know, there's Delta County here in this case, and then the network registration. So the network registration, all this stuff came right out of the PCAPs that's preserved in time. You can't change it, and when you have it it's one hundred percent it's nonnegotiable. I mean, here it is. This is what it is; is that correct?

Speaker:  Yeah. I think we were saying that this isn't subjective. It's just—it is what it is, information, you know.

Lindell:  Right. So before we go to the last couple lines I want to ask you this. If you were going to prove a case, a cyber case, a cyber attack and if you had a wish list, like let's say, you know, obviously when I came to you and others and said hey, I have something that's really going to change the world these guys brought me. I didn't know they were called PCAPs at the time, but I knew they were from the night of the election, what would you say, if you could have your wish list hundred percent prove something, is this what it would be? What would it be in a cyber attack?

Speaker:  Yeah. This is one hundred percent, I mean. Lindell:  This is what I you would want?

Speaker:  Yeah. A lot of times come you come in, you know, in our line of work we get called in after the attack. So this was something that was captured during the attack. You always want that.

Lindell:  You always want that?

Speaker:  Yeah. You want to catch the — you know, somebody's robbing a bank, you want to have it on video. That's definitive evidence. This is robbing the bank and having it on video.

Lindell:  So I wanted everyone to hear that. This is we have what everyone would ever want to have if there was a crime committed cyberly, a cyber attack. We have the forensic evidence. We have the movie. We have the video of the bank being robbed, so to speak. And right before—I wanted you all to hear that before you look at the last couple lines here. You have the intrusion, how they got in, firewall,

credentials, whether they have the credentials, and was it a success. Yes, it was a success. Here it is, everybody, what happened.

In this case Donald Trump, it says down. There were 3,215 votes flipped, and you can go all the way down this list, and every one of them was votes taken from Trump given to Biden. It was a flip. So these cyber hacks and these attacks, are you saying that these numbers here again came right of these PCAPs; is that correct?

Speaker:  Yeah. I mean, they're specific numbers, right? Lindell:  Yeah.

Speaker:  So you're not just rounding up. It's actual specific like to the vote numbers, PCAPs.

Lindell:  That is so awesome. So everybody, do you see what this is? What we have here. You talk about a smoking gun. This is why I've so—everybody, you know, for two months people have attacked me and told me I didn't have the evidence and all this stuff and we made these other movies. But I wanted to get on here and explain to everyone, this was an attack by China on our country through these Dominion and these other machines where they just hacked in, a cyber attack hacked into our election and flipped it to anyone that they wanted to win. In this case it was the Democrat party.

I want to ask you something before we go to the next chart. Going to the Supreme Court, when this gets there, when we bring this to the Supreme Court, so what you're saying because this isn't subjective and you can't change anything, with this evidence and you go in there, what would you expect? Is there any way it could be five to four or six to three that this is real or eight to one, or does it have to be 9-0?

Speaker:  No. It's irrefutable. Lindell:  Irrefutable.

Speaker:  That's the word.

Lindell:  And it's not subjective, right?

Speaker:  No, not at all. Sometimes you have little specs of blood, right? This is a bucket of it.

Lindell:  Wow. You're so awesome. Now everybody knows why I've got the confidence I've had over the last couple months.

Now I want to show you, I want to show everybody. Remember, these are just 20 of the hacks, everybody, out of thousands that China orchestrated. And so whether you're a Democrat or a Republican, this is the most serious thing that's ever happened. This is the biggest crime against our country and humanity I could think of ever.

So now let's pull up the next chart here. And what it's going to show, everybody, is just remember, we just did -- I just had 20 of the attacks, 20 of the thousands of

attacks on our 2020 election by China. I just took 20 of them and I had 20 of them validated and revalidated and revalidated. So right now as we pull up this chart, I'm going to show you what those 20 attacks did. What they did, if you look at Pennsylvania here, it's where it said Biden won by over 80,000. Just with those attacks that we showed you, this small sampling, Donald Trump won by over 107,000. You go to Georgia, they say Biden would witness by 11,779. Just with this sampling of the attacks, Donald Trump won by over 35,000 votes. Arizona, same story. Over ten thousand votes for Biden, and after you add in these just a small sampling of attacks, Donald Trump wins by almost 37,000.

You go to Michigan, Michigan it says Biden won. Remember we had the big thing in Michigan where they injected votes there. But you have a 54,000 plus votes in Michigan, and with this small sampling of hacks, these 20 attacks, just 20 of them, now Donald Trump wins Michigan by over 48,000 votes.

Now when you go to Wisconsin, you can see Donald Trump lost by over 20,000 votes, but he really wins by over 49,000, almost 50,000 votes. And realize, this was just 20 of the thousands of attacks. This is why when we say that Donald Trump really won this election by almost 80 million to 68 million for Biden, how can you switch tens of millions of votes. It had to be done with computers, it had to be done with the machines, through these Dominion, through all these machines, and China did it. It's a cyber attack of historical proportions.

And I want to ask you now, if you took this into the Supreme Court with all of this, and just with this sampling and brought it in there, could any cyber person that works in cyber, what do you call it, cyber warfare or cyber forensics, they would be able to show these nine justices this evidence. And is there any way that it would not be a 9-0 vote saying this is a hundred percent true?

(y)  On June 29, 2021, broadcast an interview of Mike Lindell on its show, OAN Evening News with Shane Althaus, which OAN broadcast live on television on the OAN TV channel and republished on KlowdTV. During that broadcast, OAN ran the chyron, "Lindell Announces Cyber Symposium Exposing Election Fraud Evidence," made, endorsed, and adopted the following additional false statements:

Shane Althaus:  As MyPillow CEO, Mike Lindell, continues to lead the charge in exposing election fraud and will soon be holding a cyber symposium on the matter. He joins me now. Hi, Mike.

. . .

Mike Lindell:  [A]ll the people that have been suppressing this, and saying it's not real. They're going to hear then. They're going be.

We're also going to have one thing going on there, a mock election in another room, a continual mock election where we show the hacks. Here, this is how many you are going to hack at the Dominion level, the county level, the secretary of state's

level. We'll hack into the machines whenever they request, and once we're in, when that's done we'll show, hey, look at the votes, look how they flipped.

But we're going to do something even more important. We're going to say okay, we're going to have other people capturing those packets, and then we say here's the packets and we show them, so you're really gonna understand what a packet capture is. It's like taking a picture in let's say the 1970's where you can't alter it. It's not alterable. As long as you have that picture it's a hundred percent evidence, like having blood DNA, having a whole bucket of it. We've got everything. So I'm really looking forward to this finally getting to fruition. No one then, not one person on the planet, can say that this isn't real and that Donald Trump didn't win 80 million to 68 million because he did.

…

Lindell:  We've already got a case ready for the Supreme Court, and as soon we do this symposium we are going to take this right to the Supreme Court…. They're gonna pull this 9-0 and say hey, this was an attack on our country. They're going to pull the election down and I hope Donald Trump is in by, you know, the end of August, but I could be off. It could be September.

We've got a right—in our country's history, by the way, there is a precedence for this. Every election ever in this country where you found out later there was a crime committed, i.e. election fraud, the guy that won actually gets put back in if you find that out, and anyone else who was part of it gets arrested or whatever they do with them, but this just never happened at the presidential level, which it did in this election…. That's going to show what we already know just in Maricopa County a hundred thousand votes flipped. Arizona won by almost half a million votes for Donald Trump. Minnesota won, I mean Pennsylvania, all these states, when you show the packet captures it's over.

…

Lindell:  You guys are the best, OAN! Where's Fox!? That's what I keep telling people. Why aren't they doing anything? Shame on you, Fox!

**ANSWER:** Paragraph 305 includes multiple legal conclusions about alleged defamation, to which no response is required.  Defendants deny that the allegations completely, accurately, and fairly characterize OAN's reporting or commentary. Defendants further deny that OAN knowingly reported or commentated on anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that Defendants provided a platform to guests knowing that they would

make false or defamatory statements.  Defendants further deny that Defendants knowingly affirmed, endorsed, repeated, or agreed with false or defamatory statements.

Defendants incorporate by reference all prior responses in this Answer addressing these statements, which have been set forth elsewhere in the Complaint.  Defendants further state that the referenced segments speak for themselves, thus no response is required.  To the extent a response is required, Defendants admit that segments aired on OAN that included the quoted statements.  Defendants deny that Plaintiffs have accurately and fairly characterized the segments generally, particularly when taken as a whole and in context.  Defendants further deny that the transcription relied on by Plaintiffs is complete and accurate in all instances.  Defendants further deny that all of the quoted statements are "of and concerning" any specific Dominion entity.  Defendants further deny any Defendants made false assertions about any Dominion entity.  Defendants further deny any remaining allegations in Paragraph 305.

## FOOTNOTE NO. 326:

Colby Hall, Trump Goes ALL Caps Promoting OAN's Voter Fraud Conspiracy Debunked By the NY Times and Others, Mediaite (Nov. 12, 2020), https://www.mediaite.com/election-2020/trump-goes-all-caps-promoting-oans-voter-fraud-conspiracy-debunked-by-the-ny-times-and-others/ (Ex. 378).

**ANSWER:**  Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

## FOOTNOTE NO. 327:

The Tipping Point:  Election Results in Question, One America News Network (Nov. 13, 2020), https://app.criticalmention.com/app/#clip/view/518987a5-d292-4001-bde0-      95a8b9bb2999?token=e1bb29b2-fc08-4587-be57-88dd81ea7a3a (Ex. 379).

**ANSWER:**   Defendants state that the article speaks for itself.  To the extent a response is required,

Defendants admit only that the article was published.

## FOOTNOTE NO. 328:

Real America with Dan Ball:  Investigating Voter Fraud with Chanel Rion, One America News Network (Nov. 14, 2020), https://app.criticalmention.com/app/#clip/view/1ce55142-8ca2-4e8f-9af7-089bf5edf9d9?token=39a0275b-e88a-4da1-b06b-de6723ac765c (Ex. 380).

**ANSWER:**   Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

## FOOTNOTE NO. 329:

Dominion Exec:  Trump Is Not Going To Win, I Made F***ing Sure Of It, One America News Network (Nov. 16, 2020), https://app.criticalmention.com/app/#clip/view/17685220-bb98-4032-ab0a-2aab6370d708?token=039b18a0-39fe-40f1-bee4-7df466d96db1 (Ex. 381).

**ANSWER:**   Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

## FOOTNOTE NO. 330:

Chanel Rion (@ChanelRion), Twitter (Nov. 21, 2020) (an archive of the tweet can be found here: http://web.archive.org/web/20201121213935/www.twitter.com/chanelrion) (Ex. 382).

**ANSWER:**   Defendants state that the tweet speaks for itself.  To the extent a response is required,

Defendants admit that the tweet was published.

## FOOTNOTE NO. 331:

One America News (@OANN), Twitter (Nov. 17, 2020, 9:03 AM), https://twitter.com/OANN/status/1328715483701395458 (Ex. 409).

**ANSWER:**   Defendants state that the tweet speaks for itself.  To the extent a response is required,

Defendants admit that the tweet was published.

## FOOTNOTE NO. 332:

Chanel Rion (@ChanelRion), Twitter (Nov. 21, 2020, 11:10 AM), https://twitter.com/ChanelRion/status/1330196983966019586?s=20 (Ex. 408).

**ANSWER:** Defendants state that the tweet speaks for itself.  To the extent a response is required,

Defendants admit that the tweet was published.

**FOOTNOTE NO. 333:**

Charles      (@CharlesPHerring),      Twitter      (Nov.      22,      2020,      12:54      PM),
https://twitter.com/CharlesPHerring/status/1330585340424323072 (Ex. 410).

**ANSWER:**  Defendants state that the tweet speaks for itself.  To the extent a response is required,

Defendants admit that the tweet was published.

**FOOTNOTE NO. 334:**

Dominion-izing the Vote, One America News Network (Nov. 21, 2020), available at
https://www.youtube.com/watch?v=746HTjhFifA (Ex. 383).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 335:**

Tech Millionaire Fund Hacking Team:  "2020 Election 100% Rigged", One America News
Network (Nov. 23, 2020), https://app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-
81bd-710b2250575a?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa (Ex. 384).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 336:**

Steve Toth for Texas, Tech Millionaire Fund Hacking Team:  "2020 Election 100% Rigged",
Facebook (Nov. 23, 2020), https://www.facebook.com/SteveTothTX/videos/733508567267439/.

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 337:**

In Focus with Stephanie Hamill, One America News Network (Giuliani's interview broadcast from
Washington,      D.C.,      Dec.      4,      2020),      available      at
https://app.criticalmention.com/app/#clip/view/70ebddad-8d73-4e94-8a7c-7a1897437d92?token
=9667991d-a9cf-4554-89fc-7585a7734f37 (last visited Aug. 7, 2021) (Ex. 385).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 338:**

Dominion-izing the Vote, One America News Network (broadcast Dec. 5, 2020), available at https://app.criticalmention.com/app/#clip/view/b63b99f4-ddc3-458c-902b-e386e0df1550?token =9667991d-a9cf-4554-89fc-7585a7734f37 (transcript of original at Ex. 383).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 339:**

Dominion-izing the Vote, One America News Network (broadcast Dec. 19, 2020) (transcript of original at Ex. 383).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 340:**

OAN Breaking News Live With Patrick Hussion:  President Trump:  Election Fraud Is A Proven Fact,     One     America     News     Network     (Dec.     24,     2020), https://app.criticalmention.com/app/#clip/view/edd92632-4c80-4830-9322- cc20537255e2?token =945b87c9-0c2d-4595-99ec-c9c83da5b728 (Ex. 386).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 341:**

Powell:  Election Fraud Now Obvious Because Pres. Trump's Landslide Victory Broke Dominion 'Vote-Switch'   Algorithm,   One   America   News   Network   (Dec.   30,   2020), https://app.criticalmention.com/app/#clip/view/10544fd4-e686-47fa-b76a- 62206fd30732?token =3e9c75c0-6f76-413d-baf8-14659794f3ff (Ex. 387).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 342:**

OAN News 8am with Stephanie Myers:  Giuliani:  State & U.S. Lawmakers Must Reverse Election Fraud, One America News Network (Jan. 1, 2021), https://app.criticalmention.com/app/#clip/view/27981d65-ed66-4cee-8cd1- a7ac77b85891?token =76f4002c-113c-4d95-b318-b3fe81b0c8b5 (Ex. 388).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 343:**

Weekly Briefing:  Christina Bobb Interviews with Rudy Giuliani, One America News Network (Jan. 2, 2021), https://app.criticalmention.com/app/#clip/view/74ed09be-0f2b-4c14-b9de-0ca0ad59952b?token=76f4002c-113c-4d95-b318-b3fe81b0c8b5 (Ex. 389).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 344:**

Mathematician:  Election Numbers Don't Add Up, One America News Network (Jan. 29, 2021), https://www.oann.com/recall-effort-against-calif-governor-gavin-newsom-approaches-1-5-million-signatures/ (Ex. 390).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 345:**

Absolute Proof:  Exposing Election Fraud and The Theft of America by Enemies Foreign and Domestic, World View Weekend (Feb. 5, 2021), https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary  -fanning-present-absolute-proof-exposing-election-fraud; Michael J Lindell, Facebook (last visited Feb. 5, 2021), https://www.facebook.com/realMikeLindell/posts/1192536854534936; Absolute Proof (Mike Lindell 2020) (Feb. 5, 2021), https://rumble.com/vdlbl7-absolute-proof-mike-lindell-election-documentary-full.html (Ex. 391).

**ANSWER:** Defendants state that the videos speak for themselves.  To the extent a response is required, Defendants admit that the videos were published.

**FOOTNOTE NO. 346:**

Absolute Proof:  Interview Special with Steve Bannon, One America News Network (Feb. 11, 2021),                    https://app.criticalmention.com/app/#clip/view/5904b6d0-e1bd-4ab9-9d42-dacea0738ffa?token=6faa76fc-dc7c-49e6-82ea-25835a3a9759 (Ex. 392).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required, Defendants admit that the video was published.

**FOOTNOTE NO. 347:**

Scientific         Proof        (Mike        Lindell        2021)        (clip        1        of        3), https://app.criticalmention.com/app/#clip/view/cc413279-f89b-4782-8c2a-   bf49f142b45f?token =d01c5f60-581f-4664-b4ad-0a738ec4f5cb (Ex. 393).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 348:**

Scientific         Proof        (Mike        Lindell        2021)        (clip        2        of        3), https://app.criticalmention.com/app/#clip/view/5e93ce97-870f-4c2a-b146-   afa157771044?token =d01c5f60-581f-4664-b4ad-0a738ec4f5cb (Ex. 394).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 349:**

Scientific         Proof        (Mike        Lindell        2021)        (clip        3        of        3), https://app.criticalmention.com/app/#/report/98d0f6fd-e2b7-4363-b980-ad881adf294a (Ex. 395).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required, Defendants admit only that the video was published.

**FOOTNOTE NO. 350:**

Absolute        Interference        (Mike        Lindell        2021)        (clip        1        of        3), https://app.criticalmention.com/app/#clip/view/42d661fe-4711-43db-aafc-   08988e6aa4b7?token =740123d8-c29e-4556-8b4d-8f8401d86700 (Ex. 396).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 351:**

Absolute       Interference   (Mike       Lindell       2021)       (clip       2       of       3),
https://app.criticalmention.com/app/#clip/view/327aa327-de7b-466e-a897-  aed8cb31524a?token
=740123d8-c29e-4556-8b4d-8f8401d86700 (Ex. 397).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit only that the video was published.

**FOOTNOTE NO. 352:**

Absolute       Interference   (Mike       Lindell       2021)       (clip       3       of       3),
https://app.criticalmention.com/app/#clip/view/db1d75ff-6bfd-4516-a316-  7855464e1631?token
=740123d8-c29e-4556-8b4d-8f8401d86700 (Ex. 398).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit only that the video was published.

**FOOTNOTE NO. 353:**

One-On-One With Mike Lindell, One America News Network (Apr. 29, 2021) (clip 1 of 2),
https://app.criticalmention.com/app/#clip/view/f42eb2eb-a581-4813-afc0-  7567a843e51a?token
=36df1a03-68fa-42c8-8019-f0934a74828a (Ex. 399).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 354:**

One-On-One With Mike Lindell, One America News Network (Apr. 29, 2021) (clip 2 of 2),
https://app.criticalmention.com/app/#clip/view/306710c8-0bfd-4796-ba07-  82bf514febe0?token
=36df1a03-68fa-42c8-8019-f0934a74828a (Ex. 400).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 355:**

Mike Lindell Tackles Election Fraud, One America News Network (May 3, 2021), https://app.criticalmention.com/app/#clip/view/73f40fb5-a9ab-4c8b-aa1b-  c038474c608f?token =78421a00-fd36-4024-80e9-790adf35eb22 (Ex. 401).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 356:**

Weekly Briefing:   Maricopa Audit, One America News Network (May 22, 2021), https://app.criticalmention.com/app/#clip/view/c8867dde-b79c-4f09-8e0e-  88c452abd6ff?token =5e040d89-2d4e-48d8-8edf-99be7e0a5556 (Ex. 402).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 357:**

The Real Story - OAN Absolutely 9-0 with Mike Lindell, One America News Network (June 7, 2021), https://rumble.com/vi6w7p-the-real-story-oan-absolutely-9-0-with-mike-lindell.html (Ex. 403).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit that the video was published.

**FOOTNOTE NO. 358:**

Mike Lindell, Absolutely 9-0, Lindell TV (June 3, 2021), https://lindelltv.com/mike-lindell-presents-absolutely-90/ (Ex. 404).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required,

Defendants admit only that the video was published.

**FOOTNOTE NO. 359:**

MyPillow CEO Mike Lindell announces details of upcoming cyber symposium, One America News Network (June 30, 2021), https://rumble.com/vj9ddv-mypillow-ceo-mike-lindell-announces-details-of-upcoming-cyber-symposium.html (Ex. 405).

**ANSWER:** Defendants state that the video speaks for itself.  To the extent a response is required, Defendants admit only that the video was published.

**ALLEGATION NO. 306:**

As set forth above in detail, Defendants published these false statements about Dominion with actual malice, even though OAN and its agents, including Charles Herring, Robert Herring Sr., Chanel Rion, Christina Bobb, Dan Ball, Patrick Hussion, Stephanie Hamill, Stephanie Myers, Shane Althaus, Natalie Harp, Elma Aksalic, Mike Dinow, and Emily Finn (among others), actually knew and recklessly disregarded that they were false.

**ANSWER:** The allegations in Paragraph 306 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 306.

**ALLEGATION NO. 307:**

Defendants' statements are reasonably understood to be statements of fact about Dominion, and were understood by people who saw, heard, and read them to be statements of fact about Dominion.

**ANSWER:** The allegations in Paragraph 307 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 307.

**ALLEGATION NO. 308:**

Defendants' statements are false. Dominion did not rig the election, and Dominion's software did not switch any votes. Far from being created in Venezuela to rig elections for a now-deceased Venezuelan dictatory, Dominion was created in Toronto, and its voting systems are certified under standards promulgated by the EAC, reviewed and tested by independent testing laboratories accredited by the EAC, and were designed to be auditable and include a paper ballot backup to verify results. Because of this backup, independent audits and hand recounts of paper ballots have conclusively and repeatedly disproven the false claim that votes in Dominion machines were flipped, weighted, deleted, or otherwise manipulated by algorithms, software, cyber-attacks, or otherwise. Hugo Chávez's elections were not run by Dominion, but were affiliated with an entirely different company—Smartmatic, a competitor of Dominion's. Dominion was not created in or for Venezuela, has never been located there, and is not owned by Smartmatic or Venezuelans. Dominion has never provided machines or software or technology to Venezuela, nor has it ever participated in any elections in Venezuela. It has no ties to the Venezuelan government or Hugo Chávez. Dominion does not use Smartmatic's software or machines, and there was no Smartmatic technology in any of Dominion's voting machines in the 2020 election. Dominion is not a member of the CISA Board of Directors, nor is Dominion run by China or the Chinese Communist Party.

**ANSWER:** The allegations in Paragraph 308 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 308.

**ALLEGATION NO. 309:**

Defendants had no applicable privilege or legal authorization to make these false and defamatory statements, or if they did, they abused it.

**ANSWER:** The allegations in Paragraph 309 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 309.

**ALLEGATION NO. 310:**

Defendants' defamatory statements, whether taken individually or together in their cumulative impact, damaged Dominion in the various ways described herein.

**ANSWER:** The allegations in Paragraph 310 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 310.

**ALLEGATION NO. 311:**

Dominion is entitled to punitive damages because Defendants' defamatory statements were accompanied with malice, wantonness, and a conscious desire to cause injury. Defendants purposefully made the defamatory statements heedlessly and with reckless and willful indifference to Dominion's rights.

**ANSWER:** The allegations in Paragraph 311 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 311.

**ALLEGATION NO. 312:**

Dominion is entitled to punitive damages because Defendants published their defamatory statements about Dominion with actual malice.

**ANSWER:** The allegations in Paragraph 312 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 312.

**ALLEGATION NO. 313:**

Defendants' statements are defamatory per se, as they impute serious criminal conduct to Dominion and also malign Dominion in the conduct of its business or trade. Defendants' statements have exposed Dominion to the most extreme hatred and contempt. Defendants, both directly and through the facially unreliable guests OAN repeatedly hosted on its shows, have

accused Dominion of fraud, election-rigging, and conspiracy, which are serious crimes. For Dominion—whose business is producing and providing voting systems for elections—there are no accusations that could do more to damage Dominion's business or to impugn Dominion's integrity, ethics, honesty, and financial integrity. Defendants' statements were calculated to—and did in fact—provoke outrage and cause Dominion enormous harm.

**ANSWER:** The allegations in Paragraph 313 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 313.

**ALLEGATION NO. 314:**

Defendants spread the lies about Dominion throughout OAN's television and digital media platforms to an audience of tens of millions who placed credence in OAN as a news source, and the falsehoods ultimately and foreseeably were republished repeatedly on social media, as Defendants intended. OAN's viewers were led by Defendants to believe the lies. The inevitable effect was severe and permanent damage to Dominion's once-thriving business.

**ANSWER:** Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants admit that OAN published statements addressing the newsworthy assertions of voter fraud made by the President of the United States following the election, which were of great interest to millions of voters in OAN's audience.  Defendants state that their goal was to inform viewers of the facts, not generate republications on social media.  Defendants provided viewers with information and allowed them to reach their own conclusions.  Defendants deny that any alleged damage to any Dominion entity from OAN's reporting and commentary was inevitable, severe, or unlawful.

**ALLEGATION NO. 315:**

Defendants' viral disinformation campaign about Dominion reached millions of people in the United States and worldwide and caused enormous economic harm to Dominion. As a result of that defamatory campaign, Dominion has suffered the following single and indivisible injuries: Dominion employees have been stalked, have been harassed, and have received death threats; Dominion's offices have been attacked; Dominion has been forced to make an expenditure of money to remedy the defamation and to protect the lives of its employees; Dominion has lost profits; Dominion has suffered a loss of goodwill; and Dominion's enterprise value has been irreparably damaged. Dominion is entitled to damages, including presumed economic damages, as a consequence of Defendants' conduct. These presumed damages include but are not limited to the economic harm caused by Defendants in their race to the bottom with Fox and others that now has prevented Dominion from becoming a multi-billion-dollar company.

**ANSWER:** Paragraph 315 includes a legal conclusion about alleged defamation, to which no response is required.  Defendants deny that there was a disinformation campaign.  Defendants further deny that any Dominion entity suffered any economic harm as a result of actions by Defendants.  Defendants deny the remaining allegations in Paragraph 315.

**ALLEGATION NO. 316:**

　　In short, as explained above, Defendants made these false statements of fact with actual malice. At a minimum, Defendants recklessly disregarded the truth. Though not necessary, Defendants also knew these statements about Dominion were false. Defendants acted with actual malice through the people—agents of OAN—who had responsibility for airing these broadcasts and publishing these defamatory statements. They include—but are not limited to—the hosts of the relevant programs; the producers and editors of those programs; the OAN executives responsible for airing each of those broadcasts; and OAN's owners, Charles and Robert Herring, who also directly manage and oversee OAN.

**ANSWER:** The allegations in Paragraph 316 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 316.

**ALLEGATION NO. 317:**

　　The First Amendment is a cherished cornerstone of our democracy. But the First Amendment is not a get-out-of-jail-free pass and clearly does not extend to Defendants' conduct here. On OAN and various mediums, Defendants repeated, endorsed, adopted, and made up their own narratives accusing Dominion of rigging the election. OAN also invited numerous guests onto its shows whom OAN knew would falsely accuse Dominion of various serious crimes—that was precisely why OAN invited them onto its air. What Defendants did here—promoting, amplifying, and endorsing devastating lies about Dominion, with knowledge of their falsity or reckless disregard for the truth—is not a close case.

**ANSWER:** The First Amendment of the United States Constitution speaks for itself.  The Defendants otherwise deny the allegations of Paragraph 317.

**ALLEGATION NO. 318:**

　　Defendants had actual knowledge that their defamatory statements about Dominion were false. For example, OAN repeatedly—though secretly—removed broadcasts, segments, and other content from its website that had been publicly debunked. Yet despite knowing that its lies about Dominion were in fact lies, OAN and the other Defendants made the intentional and knowing choice to double, triple, and quadruple down on those lies and repeatedly republish and rebroadcast them, even to this day, successfully duping millions of Americans into believing that Dominion stole the 2020 election from Trump.

**ANSWER:** The allegations in Paragraph 318 are legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in Paragraph 318.

**ALLEGATION NO. 319:**

The false statements broadcast, promoted, manufactured, and amplified by Defendants are inherently improbable. They rest on inherently unbelievable allegations stacked on even more inherently unbelievable allegations. The existence of the auditable trail of paper ballots alone is enough to render the allegations inherently improbable. Moreover, the same Dominion machines that supposedly were to blame for President Trump's loss also were used in states President Trump won such as Florida and Ohio. And all these same allegations were repeatedly debunked, discredited, and absolutely dismissed by federal judges and numerous Trump allies and administration officials, in addition to 59 independent election security experts who themselves had raised questions previously about hypothetical election vulnerabilities.

**ANSWER:** The allegations in Paragraph 319 are legal conclusions to which no response is required. To the extent a response is required, Defendants deny all allegations in Paragraph 319.

**ALLEGATION NO. 320:**

Defendants knowingly and intentionally relied on and used completely unreliable sources to perpetuate the defamatory lies about Dominion. By the time OAN first aired false and defamatory allegations about Dominion from Sidney Powell, Powell already had been completely discredited—as OAN knew or willfully disregarded. By November 22, even the Trump Campaign had disavowed Powell. Yet OAN continued to invite her on to spew lies. Moreover, by November 19—indeed, at least as early as November 9—numerous hand recounts had confirmed the accuracy of Dominion machines. Yet OAN still aired these lies.

**ANSWER:** Paragraph 320 includes a legal conclusion about alleged defamation, to which no response is required. Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth). Defendants further deny that OAN's sources are unreliable – and they certainly were not unreliable at the time of OAN's reporting and commentary. OAN published statements by Powell based, at least in part, on Powell's confident assertions, her role as a lawyer for President Trump, her service as a federal prosecutor, and known problems with voting machines and software, including those owned by one or more Dominion entities. Defendants deny that within days or weeks of the election, sufficient inspections, recounts, and

audits had been done to confirm the accuracy of all voting machines and software associated with any Dominion entity during the 2020 presidential election.

**ALLEGATION NO. 321:**

Defendants deliberately avoided and turned a blind eye to the truth in the conduct of their investigations, and then deliberately lied about their investigations, by publishing their false and defamatory statements about Dominion while lying about what those investigations purportedly uncovered and then continuing to publish and republish these false statements.

**ANSWER:** Defendants deny the allegations in Paragraph 321.

**ALLEGATION NO. 322:**

Defendants' false and defamatory statements about Dominion were made in furtherance of and to fit within the preconceived storyline OAN and the other Defendants adopted and endorsed, and ultimately even funded. OAN began touting election fraud even before the election. Defendants published their false and defamatory statements and conformed their reporting about Dominion to fit this preconceived false narrative.

**ANSWER:** Paragraph 322 includes legal conclusions about alleged defamation, to which no response is required. Defendants deny that they knowingly made statements that were false (or engaged in reckless disregard for the truth). Defendants further deny that OAN had a preconceived storyline — Defendants admit that OAN published statements addressing the newsworthy assertions made by the President of the United States, among other elected public officials and those working for them, about the election, and Defendants invited Plaintiffs on the air to share their positions, but Plaintiffs refused to participate. Defendants admit that they began talking about election fraud before the 2020 election because concerns about the integrity of voting machines have been raised by members of both political parties for many years. Defendants deny any remaining allegations in Paragraph 322.

**ALLEGATION NO. 323:**

Defendants' false and defamatory statements were made with inherent bias and ill-will. For example, the two employees OAN primarily tasked with attacking Dominion—Rion and Bobb— are to this day raising funds for the sham Arizona audit and Bobb has been moonlighting as a Trump campaign advisor providing legal advice on how Trump can overturn the election results,

which Defendants concealed from its viewers for almost two months. Defendants also were trying to seek favor from President Trump.

**ANSWER:** The first sentence of Paragraph 323 alleges a legal conclusion about alleged defamation, thus no response is required.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants further deny that any statements were made with bias or ill-will.  In connection with the Arizona audit, Rion and Bobb previously worked on behalf of an election security organization separate and apart from their work at OAN.  Defendants admit that while hosting a commentary program on OAN, Bobb, in her personal time, worked separately and not as an employee or agent for OAN with the legal team for the Trump Campaign.  Defendants deny that there was any overlap between Bobb's work for the Trump Campaign and her work for OAN.  Bobb was not involved in any press briefings or messaging for the Trump Campaign — her role was strictly legal — and the Trump Campaign had no input on or control over the content aired on OAN.  Defendants deny that Bobb's work for the Trump Campaign was a secret or that it was improper in any way.  Defendants deny that they were seeking favor with President Trump.

## ALLEGATION NO. 324:

Defendants published their false and defamatory statements to make a profit at Dominion's expense and at the expense of the truth. Defendants' financial motivation to peddle its false narrative and lie about Dominion stealing the election from Donald Trump was substantial. Given the opportunity to transform OAN from a fledgling network consistently rated at or near the bottom of all cable news channels to an actual player in conservative news media and a competitor of Fox News and Newsmax, Defendants recklessly disregarded the truth—indeed, they knowingly lied about Dominion in order to vastly increase OAN's viewers, including its most important viewer then-President Trump. They did so because they knew that if they did, Trump would endorse the network and give it the huge ratings boosts it coveted; and they knew that if they did not—if, instead, Defendants told OAN's viewers the truth about Dominion and the election— Trump would attack the network and send it back to cable news irrelevancy.

**ANSWER:** The first sentence of Paragraph 324 alleges a legal conclusion about alleged defamation, thus no response is required.  Defendants deny that OAN knowingly reported anything

that was false (or engaged in reckless disregard for the truth).  Defendants further deny that OAN

had a substantial financial motivation to present a false narrative.  Contrary to the Plaintiffs' rosy

picture, Defendants deny that OAN has seen any growth as a result of its 2020 election coverage.

To the contrary, Plaintiffs and their allies have sought to destroy OAN by any means necessary,

including by ensuring that it is not carried on any major carriers.  Defendants deny any remaining

allegations in Paragraph 324.

**ALLEGATION NO. 325:**

OAN, when confronted with the direct facts disproving its lies about Dominion, implicitly admitted that its reporting was false by secretly (and only many months later) removing some of the offending reports and videos from some of its platforms after they had already been viewed by its many viewers. However, OAN repeatedly and quickly repeated and republished those very same lies in subsequent broadcasts to its same and new viewers. In addition, Dominion sent OAN and its agents a total of ten separate retraction demand letters—on December 18, 2020, December 22, 2020, December 29, 2020, February 4, 2021, February 12, 2021, April 16, 2021, May 12, 2021, June 18, 2021, July 13, 2021, and August 4, 2021—demanding the retraction of OAN's defamatory falsehoods about Dominion. Nevertheless, OAN repeatedly doubled down on its false and defamatory statements by continuing to publish and republish them. Indeed, OAN continues to make its false and defamatory television broadcasts, social media posts, and statements about Dominion available to the public today on OAN's multitude of platforms. And OAN continues to make new false and defamatory statements about OAN on its many platforms to this day.

**ANSWER:** Paragraph 325 includes legal conclusions about alleged defamation, to which no

response is required.  Defendants deny that they were confronted with facts that disprove

Defendants' reporting and commentary.  Defendants further deny that the removal of certain

videos from Defendants' platforms (which occurred for many different reasons) can reasonably be

construed as an admission of falsity.  Defendants admit that OAN received Plaintiffs' repeated

retraction demand letters and that Defendants refused to take action in response to those baseless

demands.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth) or that OAN does so today.

**ALLEGATION NO. 326:**

OAN published its false and defamatory statements not once, but repeatedly over a substantial period of time. OAN carried on its disinformation and defamation campaign against Dominion for months while deliberately ignoring Dominion's specific and repeated warnings that these smears were not true, and despite the ever-growing mountains of evidence conclusively demonstrating that these statements were false. And it wasn't just Dominion notifying OAN that it was airing ridiculous fiction. Multiple people and organizations—from other news outlets to third parties to governmental officials—declared publicly that the falsehoods OAN was spreading were malicious lies and preposterous conspiracy theories. Indeed, Defendants themselves knew these lies were untrue. But Defendants, fully knowing or recklessly disregarding that their false and defamatory statements about Dominion were untrue, continued their deliberate and premeditated campaign to vilify Dominion.

**ANSWER:** Paragraph 326 includes legal conclusions about alleged defamation, to which no response is required.  Defendants deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny that OAN carried out a disinformation and defamation campaign.  Defendants admit that OAN took no action in response to Plaintiffs' meritless letters.  Defendants deny that there were "mountains of evidence conclusively demonstrating that these statements were false."  Defendants deny any remaining allegations in Paragraph 326.

**ALLEGATION NO. 327:**

Defendants also cannot truthfully or plausibly claim that they were just reporting on the news of the day, or that they were simply reporting statements of the then-President. To the contrary, Defendants were manufacturing claims and promoting new content and storylines in support of the false Dominion election fraud narrative, in hopes that it would catch President Trump's eye and persuade him to steer his loyal supporters - to the OAN network.

**ANSWER:** Defendants deny the allegations in Paragraph 327.

**ALLEGATION NO. 328:**

To be sure, numerous other broadcasters reported at times on debunked election fraud allegations, but many of those broadcasters framed their reporting by noting that the allegations had been widely debunked. Defendants, however, made a different decision. Using OAN's own

voice as a news organization, Defendants made, published, ratified, endorsed, adopted, and amplified attacks on Dominion that they knew were false or acted with reckless disregard for their truth or falsity. Through OAN's most-watched anchors, Defendants promoted lies about Dominion and used OAN's growing influence in American culture to advance the false narrative that Dominion was actively complicit in a fraudulent theft of the 2020 Presidential Election. Defendants made the intentional and knowing choice to publicize the lies about Dominion as truth, creating an alternate reality that continues to dupe millions of Americans into believing that Dominion stole the 2020 election from Trump.

**ANSWER:** Defendants admit that numerous other broadcasters have also made statements addressing the newsworthy assertions of voter fraud made by the President of the United States following the election.  Defendants admit that some of those broadcasters have concluded that the claims of fraud had been debunked, but that was not the conclusion Defendants reached during the relevant time periods.  Defendants deny that OAN and/or its anchors/hosts knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny any remaining allegations in Paragraph 328.

**ALLEGATION NO. 329:**

Defendants' many lies about Dominion were specific and verifiably false, and therefore not "opinion." Indeed, according to OAN CEO Robert Herring, OAN's "[n]ews anchors are not allowed to express opinions. They simply deliver the news and we leave it up to the viewers to decide." At an absolute minimum, even if Defendants' lies about Dominion could be characterized as opinions, they are nonetheless actionable as mixed opinions because they are based on underlying false facts and/or on undisclosed facts. Defendants used OAN's brand— which it proudly touts as "straight news, no opinion"—in order to push and promote these demonstrable falsehoods as truth.

**ANSWER:** Defendants deny that Robert Herring made the quoted statement in Paragraph 329.

The allegations in Paragraph 239 otherwise are legal conclusions to which no response is required.

To the extent a response is required, Defendants deny all allegations in Paragraph 329.

**FOOTNOTE NO. 360:**

Marc Fisher, An Inside Look at One America News, the Insurgent TV Network Taking 'Pro-Trump' to New Heights, Wash. Post (July 5, 2017), https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-heights/2017/07/05/7475f0a4-4fa2-11e7-91eb-9611861a988f_story.html

**ANSWER:** Defendants state that the article speaks for itself.  To the extent a response is required, Defendants admit only that the article was published but deny it was complete, accurate, or fair.

**ALLEGATION NO. 330:**

Defendants engaged in this knowing and reckless propagation of these enormous falsehoods in order to profit off these lies. OAN wanted to greatly expand its viewership, increase broadcast ratings, cater to an audience deeply loyal to President Trump that was dissatisfied with other news organizations like Fox after the election, and establish itself as a leading voice in conservative news media. OAN similarly sought to aggrandize certain of its most significant advertisers like Mike Lindell, who were supporters of Donald Trump. Succumbing to these motivations, Defendants—both through the speakers they invited onto OAN's shows and in OAN's own voice through many of its most prominent on-air personalities—defamed Dominion again and again.

**ANSWER:** Paragraph 330 alleges a legal conclusion about alleged defamation, to which no response is required.  Defendants deny that the allegations completely, accurately, and fairly characterize OAN's reporting and commentary. Defendants further deny that OAN knowingly reported anything that was false (or engaged in reckless disregard for the truth).  Defendants deny the remaining allegations in Paragraph 330.

**ALLEGATION NO. 331:**

In view of the foregoing, Dominion is entitled to actual, presumed, punitive, and other economic damages in an amount to be specifically determined at trial.

**ANSWER:** The allegations in Paragraph 331 are legal conclusions to which no response is required.  To the extent a response is required, Defendants deny all allegations in Paragraph 331.

**PRAYER FOR RELIEF:**

WHEREFORE, Dominion respectfully requests that the Court enter an award and judgment in its favor, and against all Defendants jointly and severally, as follows:

(a) awarding Dominion general compensatory damages in amount to be determined at trial;

(b) awarding Dominion damages for (1) lost profits of not less than $600,000,000; (2) lost enterprise value (including lost goodwill) of not less than $1,000,000,000; (3) security expenses of not less than $600,000; and (4) expenses incurred combatting the disinformation campaign of not less than $700,000;

(c)  awarding Dominion punitive damages in an amount to be determined at trial;
(d)  awarding Dominion pre- and post-judgment interest;
(e)  awarding Dominion all expenses and costs, including attorneys' fees; and;
(f)  such other and further relief as the Court deems appropriate.

**ANSWER:** Defendants respond that no Dominion entity is entitled to a judgment or any of the requested forms of relief.  Defendants further respond that they seeks recovery of their costs in this action and also reserves the right to assert counterclaims and seek associated damages and attorneys' fees against Plaintiffs as a result of the unjustified and unfairly prejudicial impact this litigation has had on OAN.

### ALLEGATIONS IN SUPPORT OF AFFIRMATIVE AND OTHER DEFENSES

Defendants Herring Networks, Inc., d/b/a One America News Network ("Herring"), Charles Herring, Robert Herring, Chanel Rion, and Christina Bobb (collectively, "Defendants"), for their Affirmative and Other Defenses ("Defenses") to the Complaint of plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), without waiver of Plaintiffs' obligation to prove each and every element of their claims, state as follows:

1.      In addition to the foregoing responses, Defendants generally deny liability for all claims alleged in the Complaint, deny each allegation that has not been expressly admitted, and assert the following affirmative and other defenses to the claims alleged.  The assertion of each and every affirmative and other defense stated herein shall not be construed as an admission by Defendants of any liability or wrongdoing, nor are Defendants in any way agreeing or conceding that they have the burden of proof or the burden of persuasion for any affirmative defense or other defense set forth herein.  Defendants reserve the right to assert additional defenses to the Complaint that may be appropriate after further investigation or discovery in this action and/or amendment by Plaintiffs stating new or different claims.

**Allegations common to all affirmative and other defenses**

2.     This lawsuit is a dangerous attempt to destroy not just an independent, family-run media company, but the principles of free speech and a free press upon which this country was founded.  Defendants' only offense was to report on a matter of perhaps the greatest public concern facing the world — the election of the President of the United States — and present some viewpoints that some of those in power disapproved.  As a result, Defendants have been sued for defamation in a blatant effort to suppress a free press and to censor the marketplace of ideas.

3.     Defendants urge this Court not to reward Plaintiffs' cynical efforts.  As Justice Louis Brandeis stated, "If there be time to expose through discussion, the falsehoods and fallacies, to avert the evil by the processes of education, the remedy to be applied is more speech, not enforced silence."  *Whitney v. California*, 274 U.S. 357, 377 (1927) (Brandeis, J., concurring).

4.     When it founded One America News Network ("OAN") more than a decade ago, the Herring family desired to create a truly independent news network that would provide news without being beholden to outside interests.  Until this most recent wave of cancel culture (and associated dropping of OAN by DIRECTV as well as others), OAN's viewership was growing exponentially, proving that the American public wanted and needed to hear, see and read news that presented an independent viewpoint on matters of great public concern.

5.     Consistently with the principles on which this country was founded, OAN offers the American public the opportunity to, as Justice Brandeis stated, "think as you will and to speak as you think," and believed that the First Amendment would protect OAN's freedom to "debate on public issues" in a way that would be "uninhibited, robust, and wide-open."  *New York Times v. Sullivan*, 376 U.S. 254, 270 (1964).

6.     Yet Plaintiffs' lawsuit tries to make an example of OAN and use litigation as Plaintiffs' vehicle to attempt to destroy the freedoms the citizens of this country have taken for

granted.  Plaintiffs' lawsuit violates not only the First Amendment, but also California's anti-SLAPP law, Cal. Civ. Code §§ 425.16 *et seq.*, Colorado's anti-SLAPP law, Colo. Rev. Stat. §§ 13-20-1101 *et seq.*, and the District's anti-SLAPP law, D.C. Code § 16-5502.

7.     Long before the 2020 U.S. presidential election, voting machines and software created by one or more Dominion entities were under intense public scrutiny for their lack of security and reliability.

8.     In the weeks leading up to and after the November 2020 presidential election, President Trump began announcing his belief that the results of the November 2020 presidential election were not accurate, in part because of alleged flaws in one or more Dominion entities' voting system technology.  Across the country, dozens of lawsuits were filed on behalf of President Trump's campaign challenging the results of the election.

9.     In this lawsuit, Plaintiffs allege that one or more of them were "prevented from becoming a multi-billion-dollar company" and that Defendants alone are to blame.

10.     Defendants are confident that Plaintiffs' claims have no merit, that Plaintiffs will be incapable of proving them, and that Plaintiffs have not suffered ***any*** damages arising from any alleged conduct of Defendants.  In contrast, Plaintiffs' free-speech-jeopardizing lawsuit already has illegitimately damaged OAN's own reputation and its ability to broadcast the news to the American public.

11.     Plaintiffs' lawsuit was designed to grab headlines, and Plaintiffs and their representatives have boasted repeatedly to the press that they intend to punish and take down OAN for its reporting.[2]

---

[2]*Dominion Voting Systems Sues Ex-Trump Lawyer Over False Claims*, NPR (Jan. 12, 2021, 5:06 AM),     https://www.npr.org/2021/01/12/955938741/dominion-voting-systems-sues-ex-trump-lawyer-over-false-claims.

12.     Since Plaintiffs filed this lawsuit alleging that OAN enjoyed an audience of 35 million viewers (Compl. ¶ 262), the media reported that OAN had lost its presence in 20 million homes as of July 2022.  Based on that reporting, Plaintiffs' lawsuit has already made progress toward achieving its intended goal — destroying an independent, free press and suppressing free speech.

13.     But this sort of retaliation is precisely what the First Amendment and California's, Colorado's and/or the District of Columbia's anti-SLAPP statutes were designed to redress, and Defendants intend to defend themselves vigorously.

## I.      Parties

14.     Plaintiffs are US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

15.     Plaintiffs assert that US Dominion, Inc. is a for-profit Delaware corporation with its principal place of business in Denver, Colorado, and that it is majority-owned by a private equity firm whose principal place of business is in New York, New York.

16.     Plaintiffs assert that Dominion Voting Systems, Inc. is a for-profit Delaware corporation with its principal place of business in Denver, Colorado, and that it has maintained an office in New York since July 2009.  Plaintiffs further allege Dominion Voting Systems, Inc., is a wholly owned subsidiary of US Dominion, Inc.

17.     Plaintiffs assert that Dominion Voting Systems Corporation is a for-profit Ontario corporation with its principal place of business in Toronto, Ontario, and that it is a wholly owned subsidiary of US Dominion, Inc.

18.     Herring is a closely held California corporation with its principal place of business in San Diego, California.

19.     Robert Herring is CEO of Herring and a California resident.

20.     Charles Herring is President of Herring and a California resident.

21.     Rion is an OAN reporter and Chief White House Correspondent and a Washington, D.C. resident.

22.     Bobb is a former OAN reporter and a Florida resident.

## II.     Plaintiffs' troubled history of election-related controversy

23.     Plaintiffs' Complaint suggests that the security and integrity of Dominion voting machines was never questioned until OAN reported on concerns arising out of the 2020 election, but the reality is that one or more Dominion entities have been on the proverbial "hot seat" for years leading up to the 2020 election.

24.     In 2017, Georgia voters filed a lawsuit related to the security of one or more Dominion entities' voting machines, alleging that "sophisticated hackers — whether Russian or otherwise — had the capability and intent to manipulate elections in the United States." *See Curling v. Raffensperger*, No. 1:17-cv- 2989-AT, (N.D. Ga.), Amended Complaint at 4, ECF No. 15.

25.     In October 2020, the federal judge in that case credited testimony from an "array of experts and subject matter specialists [that] provided a huge volume of significant evidence regarding the security risks and deficits in the [Dominion] system," finding that those risks were neither "hypothetical nor remote." *Curling v. Raffensperger*, 493 F. Supp. 3d 1264, 1278, 1341 (N.D. Ga. 2020).

26.     Similarly, in January 2020, Texas election officials refused to certify Plaintiffs' system, questioning whether it "is safe from fraudulent or unauthorized manipulation."[3]

---

[3] *See* The State of Texas, Report of Review of Dominion Voting Systems Democracy Suite 5.5-A: Preliminary Statement (Jan. 24, 2020), at 2, https://www.sos.texas.gov/elections/forms/sysexam/dominion-d-suite-5.5-a.pdf.

27.     Indeed, one of the examiners concluded that "[t]here was not a single component examined that I would recommend for use in elections in the State of Texas."[4]

28.     Among the deficiencies found by the State of Texas were the following:

- One or more Dominion entities' Election Management System has two different hardware configurations.

- Regarding the Image Cast Precinct ("ICP"), which is the voting system's optical scan ballot counter, the VSE found that the ICP did "not sufficiently preserve the secrecy of the ballot" nor did it "keep the system safe from fraud or unauthorized manipulation."

- Image Cast X refers generically to the set of tablets Plaintiffs use as a platform for their Prime Direct-Recording Electronic ("DRE") Voting Machine and for its Prime Ballot Marking Device ("BMD"). The VSE found that the DRE, when connected to Plaintiffs' VVPAT, which prints ballots in the order cast, "is not safe from fraudulent or unauthorized manipulation due to insufficiently secured data ports in combination with the inability to detect hardware changes under certain circumstances."

29.     One or more Dominion entities also were among the subjects of the HBO documentary *Kill Chain: The Cyber War on America's Elections*, which was released in March 2020 and featured several prominent Democrats talking about their concerns about election security in the 2016 presidential election.[5]

30.     In that broadcast, Harri Hursti, a data security expert, showed how he hacked a Dominion voting machine that was scheduled to be used in 20 states for the 2020 presidential election.

---

[4] Brian Mechler, *Voting System Examination of Dominion Voting Systems Democracy Suite 5.5*, TEX. SEC. STATE (February 15, 2019), at 13 (hereinafter referred to as "Voting System Examination" or "VSE"), https://www.sos.state.tx.us/elections/forms/sysexam/jan2019-mechler.pdf#search=brian%20mechler.

[5] *See, e.g.*, *Kill Chain: The War on Democracy*, Kill Chain, https://www.killchain.tv/about (last visited Dec. 8, 2022); Lily Hay Newman, *Kill Chain: HBO's Election Security Doc Stresses Urgency*, WIRED (Mar. 16, 2020, 9:00 AM), https://www.wired.com/story/hbo-kill-chain-election-security/. Full film available at https://www.hbomax.com/feature/urn:hbo:feature:GXk7d3QAJHI7CZgEAACa0.

31.     Prof. Philip Stark of UC-Berkeley derided one or more Dominion entities in *Kill Chain*, concluding Dominion-associated machines were no better than hand-marked paper ballots: "It is far more expensive than hand marked paper ballots, it is a vehicle for disenfranchisement in a number of different ways.   Other than feeding corporate profits and making it easier to manipulate election outcomes, I don't really see the point."

32.     A report by NBC in 2020 raised similar concerns.  Although Plaintiffs have claimed that Dominion-associated machines have no connection to the Internet, the NBC report showed this to be false: One or more Dominion entities "acknowledged [they] put modems in some of [their] tabulators and scanners. Those modems connect to cell phone networks which in turn are connected to the Internet."[6]

33.     Dominion-associated security measures and integrity also have been questioned repeatedly by government officials on both sides of the aisle.  On March 26, 2019, Senators Amy Klobuchar (D-MN), Gary Peters (D-MI), Jack Reed (D-RI) and Mark Warner (D-VA) wrote a letter to election technology companies, including US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, requesting information about the security of voting systems.[7]  The letter stated, in part:

> The integrity of our elections remains under serious threat. Our nation's intelligence agencies continue to raise the alarm that foreign adversaries are actively trying to undermine our system of democracy, and will target the 2020 elections as they did the 2016 and 2018 elections. . . .
>
> Despite the progress that has been made, election security experts and federal and state government officials continue to warn that more must be done to fortify our election systems. Of particular concern is the fact that many of the machines that

---

[6] *See* Kevin Monahan, *et al*., " *'Online and vulnerable': Experts find nearly three dozen U.S. voting systems connected to internet*," NBC (Jan. 10, 2020, 5:36 PM), https://www.nbcnews.com/politics/elections/online-vulnerable-experts-findnearly-three-dozen-u-s-voting-n1112436.

[7] *See* https://www.hsgac.senate.gov/imo/media/doc/190327_Letter_ElectionSecurityMachines.pdf

Americans use to vote have not been meaningfully updated in nearly two decades. Although each of your companies has a combination of older legacy machines and newer systems, vulnerabilities in each present a problem for the security of our democracy and they must be addressed....

The integrity of our elections is directly tied to the machines we vote on — the products that you make. Despite shouldering such a massive responsibility, there has been a lack of meaningful innovation in the election vendor industry and our democracy is paying the price.

34.     On December 6, 2019, Senators Elizabeth Warren (D-MA), Amy Klobuchar (D-MN), and Ron Wyden (D-OR), and Representative Mark Pocan (D-WI) wrote a similar letter to majority owner of Dominion Voting Systems Corporation, Staple Street Capital, raising concerns about election integrity and the security of Dominion-associated technology.[8]

35.     Notably, concerns about the integrity of Dominion-associated voting machines did not end with the 2020 election or OAN's reporting.  The *Curling* litigation is ongoing and based on work done by Prof. J. Alex Halderman of the University of Michigan in that case, the U.S. Cybersecurity & Infrastructure Security Agency ("CISA") on June 3, 2022 issued an advisory about vulnerability affecting the Dominion-associated ImageCast X system.[9]

36.     On October 14, 2022, Prof. Halderman and others published a report on a privacy flaw that affects the Dominion-associated ImageCast Precinct and ImageCast Evolution ballot scanners, which are used in parts of 21 states.[10]

---

[8]     *See*   https://www.warren.senate.gov/oversight/letters/warren-klobuchar-wyden-and-pocan-investigate-vulnerabilities-and-shortcomings-of-election-technology-industry-with-ties-to-private-equity.

[9]     *See* Cybersecurity & Infrastructure Sec. Agency, ICS Advisory (ICSA-22-154-01): Vulnerabilities Affecting Dominion Voting Systems ImageCast X (June 3, 2022), https://www.cisa.gov/uscert/ics/advisories/icsa-22-154-01.

[10] *See* https://dvsorder.org/  (last visited Dec. 8, 2022).  According to the report, "[u]nder some circumstances, the flaw could allow members of the public to identify other peoples' ballots and learn how they voted." *Id.*

37.     On October 19, 2022, Prof. Halderman participated in a webinar at Elon University in which he acknowledged that it was reasonable for conservatives to question the election results immediately following the election.

38.     These are all significant factors in any evaluation of Plaintiffs' reputation or valuation, none of which are the result of statements allegedly made by Defendants.

## III.     Plaintiffs' questionable choice of a spokesperson.

39.     Through much of this time, an extremely problematic figure, Dr. Eric Coomer, then director of product strategy and security for one or more Dominion entities, was at the forefront of defending one or more Dominion entities' reputation (and he in fact appears in *Kill Chain* as a spokesperson for one or more Dominion entities).

40.     As early as August 26, 2016, Coomer was publicly advocating on behalf of one or more Dominion entities to address concerns about its voting systems, speaking to the Illinois State Board of Elections at a public meeting.[11]

41.     In 2018, he appeared on behalf of one or more Dominion entities at a similar public meeting in Harrisburg, Pennsylvania, *id.*, and he participated in the Cyber Security Task Force assembled by the National Association of Secretaries of State.[12]

---

[11] *See Eric Coomer v. Donald J. Trump for President, et al.*, No. 2020-CV-034319, Dkt. No. A7DA53F84102C (Dist. Ct. Denver Cnty. Apr. 30, 2021), at 21, n. 10 (hereinafter referred to as the "Coomer Action").

[12] *See* Coomer Action, Declaration of Eric Coomer, Attachment A to Plaintiff's Omnibus Response to All Defendants' Special Motions to Dismiss (filed Sept. 17, 2021).

42.     In 2020, Coomer was seated directly behind Dominion Voting Systems Corporation CEO John Poulos as Poulos gave nationally televised testimony before the U.S. House Administration Committee.[13]

43.     Coomer also gave testimony over multiple days in the *Curling* litigation.[14]

44.     The problem is that Coomer never should have been entrusted with such a vital role in our nation's election security.  Facebook posts uncovered by journalists and ultimately confessed to by Coomer show that while employed at a voting machine company, he routinely ranted online about his deep loathing of President Trump and sympathy for antifa, including posting an "antifa manifesto."[15]

45.     Coomer also tied his views to his employer, saying HAthat "[o]nly an absolute FUCKING IDIOT could ever vote for that wind-bag fuck-tard FASCIST RACIST FUCK" and that his opinions were his own and "not necessarily the thoughts of my employer, though if not, I should probably find another job . . . Who wants to work for complete morons?"[16]

---

[13] *See 2020 Election Security*, C-SPAN (Jan. 9, 2020), https://www.c-span.org/video/?467976-1/2020-election-security.

[14] Coomer Action, Dkt. No. A7DA53F84102C at 21, n. 10.

[15] *See* Coomer Action, Declaration of Eric Coomer (attached as Exhibit A to OAN Defendants' Reply in Support of Special Motion to Dismiss ("OAN's Reply") (filed Oct. 4, 2021)), at 25:5-12; Coomer Action, Exhibit P23 to Eric Coomer's Deposition (attached as Exhibit B to OAN's Reply), at p. 009; OAN's Reply at 3.

[16] Coomer Action, Exhibit P23 to Eric Coomer's Deposition (attached as Exhibit B to OAN's Reply), at p. 072.

46.     Coomer also has revealed himself to be an unrepentant liar.  After initially denying these posts were his in a guest editorial in *The Denver Post*[17] and an interview in the *Ark Valley Voice*,[18] Coomer has since admitted these posts were authentic and authored by him.[19]

47.     More recently, Coomer was caught on video lying to police about his involvement in a hit-and-run accident in Salida, Colorado.  Police body cam footage captured Coomer repeatedly lying about the incident before eventually admitting he was the driver of a truck that smashed into a storefront in a busy commercial district in front of several witnesses.  The video is publicly available.[20]

---

[17] *See* Eric Coomer, *Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud. The attacks against me need to stop.*, THE DENVER POST (Dec. 8, 2020, 6:00 AM), https://www.denverpost.com/2020/12/08/dominion-voting-systems-fraud-claims-false-election-2020/ ("Additionally, any posts on social media channels purporting to be from me have also been fabricated. I do not have a Twitter account and my Facebook account is not active. These individuals are impersonating me.").

[18] Jan Wondra, *On Edge: There's a $1,000,000 Bounty on His Head and He Can't Go Home*, ARK VALLEY VOICE (Dec. 22, 2020), https://arkvalleyvoice.com/on-edge-theres-a-1000000-bounty-on-his-head-and-he-cant-go-home/ ("Later in the interview, Coomer reiterated that his Facebook account was dormant for about three and a half years, until the George Floyd murder. At that point he began posting here and there. He was not the author of the wild posts being circulated, and he doesn't even have a Twitter handle.").

[19] Coomer Action, Declaration of Eric Coomer (attached as Exhibit A to OAN's Reply), at 51:25-52:1.

[20] *See* Jim Hoft, *BODY CAM FOOTAGE: Dominion Executive Eric Coomer Cuffed and Arrested in Colorado – Video Appears to Show He Drove Truck into Bar, Fled the Scene and Lied to Police*, GATEWAY PUNDIT (Mar. 1, 2022, 2:01 PM), https://www.thegatewaypundit.com/2022/03/body-cam-footage-dominion-executive-eric-coomer-cuffed-arrested-colorado-video-appears-show-drove -truck-bar-fled-scene-lied-police/.

48.     Notably, Coomer's own retained voting machine and software expert from the Colorado litigation, Prof. Halderman, has testified that Coomer's conduct leading up to the 2020 election in Georgia was alarming.[21]

49.     In *Curling*, Prof. Halderman testified as follows with respect to Coomer's conduct: "I was present via teleconference for today's proceedings and heard the testimony of Dr. Eric Coomer and Mr. Gabriel Sterling regarding the State's intention to make unplanned, last-minute changes to the software that operates Georgia's BMDs.  This surprise development alarms me . . . .  [T]his last-minute software replacement compounds my previous concerns about the vulnerability of Georgia's BMD-based system."[22]

50.     That Coomer hired Prof. Halderman as an expert despite the foregoing and despite the fact that Prof. Halderman has repeatedly and publicly criticized Dominion (including in the HBO documentary *Kill Chain*) demonstrates Coomer's lack of good judgment.

51.     This is the individual that one or more Dominion entities chose to publicly safeguard their reputation.

## IV.     Defendants report on a matter of public concern.

52.     In connection with the 2020 U.S. presidential election, one or more Dominion entities again became embroiled in controversy.  The sitting U.S. President, his lawyers, surrogates, and spokespeople immediately began questioning the results of the 2020 election. Several lawsuits were filed on behalf of the President questioning the results of the election.  Some

---

[21]Declaration of J. Alex Halderman in Support of Motion for Preliminary Injunction, *Curling v. Raffensperger*, Case No. 17-CV-2989 (N.D. Ga. Sept. 29, 2020), ECF No. 923-1, ¶ 2.

[22]*Id.* at ¶¶ 2, 7.

of the allegations made on behalf of the President involved one or more Dominion entities and their technology and software.

53.     There was reason to be concerned — for example, in Antrim County, Michigan, where Dominion voting machines were used, the county initially reported inaccurately that Joe Biden won the presidential election in the county (when, in fact, he did not).

54.     Consistent with its role as a member of the press, OAN began reporting on the President's allegations and covering these highly newsworthy events, which involved quite possibly the most important matter of public concern — the election of the President of the United States.  Indeed, nearly every major media outlet in the nation and many others worldwide reported on the controversy surrounding the U.S. presidential election.

55.     OAN's hosts interviewed the President's lawyers, spokespeople and surrogates, and OAN reported on newsworthy events relating to the President's allegations of election tampering that other media outlets were similarly reporting on.

56.     Given the history of problems outlined above, it is difficult to imagine how OAN's reporting could have any meaningful impact on Plaintiffs' reputations — particularly as numerous other voices with larger platforms were saying the same things.

57.     But Plaintiffs have now filed this defamation lawsuit against Defendants, asserting that OAN's reporting of the U.S. President's own allegations not only harmed Plaintiffs, but caused them to suffer more than ***$1 billion*** in damages.

58.     Plaintiffs' lawsuit is an attack on the First Amendment and the "profound national commitment to the principle that debate on public issues should be uninhibited, robust, and wide-open" that the First Amendment was designed to protect.  *New York Times v. Sullivan*, 376 U.S. 254, 270 (1964).

59.     Plaintiffs' lawsuit was designed to chill free speech and a free press.  Indeed, since Plaintiffs filed suit in November 2021, OAN has suffered, according to the media, a "death blow," represented by its loss of carriage on major cable television providers.[23]   According to market intelligence analysts quoted by the media, OAN has lost nearly all of its linear subscribers.

60.     However, Defendants intend to vigorously defend this baseless lawsuit that attempts to chill free speech and will seek their attorneys' fees and costs pursuant to Cal. Civ. Code § 425.16, Colo. Rev. Stat. §§ 13-20-1101 *et seq.*, D.C. Code § 16-5502 and as otherwise permitted under the law.

## First Defense

61.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

62.     Plaintiffs' claims are barred because the Complaint fails to state a claim upon which relief can be granted.

## Second Defense

63.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

64.     Plaintiffs' claims are barred because, as set forth in Defendants' briefing on their motion to dismiss, transfer, or stay (ECF Nos. 41, 47), the Court lacks personal jurisdiction over Herring, Charles Herring, and Robert Herring.

## Third Defense

65.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

---

[23]Jeremy W. Peters and Benjamin Mullin, *OAN, a dependable Trump promoter, faces a 'Death Blow,'* THE NEW YORK TIMES, July 26, 2022.

66.     Plaintiffs' claims are barred because, as set forth in Herring's briefing on its motion to dismiss, transfer, or stay (ECF Nos. 41, 47), this is the improper venue to litigate Plaintiffs' claims.

### Fourth Defense

67.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

68.     Plaintiffs' claims are, as set forth in Herring's briefing on its motion to dismiss, transfer, or stay (ECF Nos. 41, 47), barred by the doctrine of abstention.

### Fifth Defense

69.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

70.     Plaintiffs' claims should not be litigated in this Court because they should be transferred to a more convenient forum (Colorado) under 28 U.S.C. § 1404(a) and/or the doctrine of *forum non conveniens*.

### Sixth Defense

71.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

72.     Plaintiffs' claims are barred, in whole or in part, by California's anti-SLAPP law, Cal. Civ. Code §§ 425.16 *et seq.*, Colorado's anti-SLAPP law, Colo. Rev. Stat. §§ 13-20-1101 *et seq.*, and the District's anti-SLAPP law, D.C. Code §§ 16-5502 *et seq.*

### Seventh Defense

73.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

74.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to plead allegedly defamatory statements *in haec verba*.

### Eighth Defense

75.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

76.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are public figures and cannot prove actual malice.

### Ninth Defense

77.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

78.     Plaintiffs' claims are barred, in whole or in part, by the First Amendment to the United States Constitution.

### Tenth Defense

79.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

80.     Plaintiffs' claims are barred, in whole or in part, by Article 1, Section 2 of the California Constitution and/or Article II, Section 10 of the Colorado Constitution.

### Eleventh Defense

81.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

82.     Plaintiffs' claims are barred, in whole or in part, because the allegedly defamatory statements are true or substantially true.

**Twelfth Defense**

83.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

84.     Plaintiffs' claims are barred, in whole or in part, because some of the allegedly defamatory statements were not of and concerning any Plaintiff.

**Thirteenth Defense**

85.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

86.     Plaintiffs' claims are barred, in whole or in part, because some of the allegedly defamatory statements are incapable of defamatory meaning, hyperbolic, and/or opinion.

**Fourteenth Defense**

87.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

88.     Plaintiffs' claims are barred, in whole or in part, because the allegedly defamatory statements did not cause or contribute to the alleged damages suffered by any Plaintiff.

**Fifteenth Defense**

89.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

90.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged damages, if any, are speculative and hypothetical, and are not cognizable as a matter of law.

**Sixteenth Defense**

91.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

92.     Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands, estoppel, waiver, acquiescence, and/or assumption of risk because Plaintiffs' reputational problems and any alleged damages were caused by Plaintiffs' own actions.

**Seventeenth Defense**

93.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

94.     Plaintiffs' claims are barred, in whole or in part, by the fair report privilege.

**Eighteenth Defense**

95.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

96.     Plaintiffs' claims are barred, in whole or in part, by the neutral reportage privilege.

**Nineteenth Defense**

97.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

98.     Plaintiffs' claims are barred, in whole or in part, by the incremental harm doctrine.

**Twentieth Defense**

99.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

100.    Plaintiffs' claims are barred, in whole or in part, by the libel proof plaintiff doctrine.

**Twenty-First Defense**

101.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

102.    Any of Plaintiffs' claims for presumed damages are unconstitutional under the U.S. and various state constitutions.

**Twenty-Second Defense**

103.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

104.    Any of Plaintiffs' claims for punitive damages are barred because Plaintiffs cannot establish actual malice and/or common law malice.

**Twenty-Third Defense**

105.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

106.    Any of Plaintiffs' claims for presumed damages are barred as a matter of Washington, D.C. law because Plaintiffs are corporations.

**Twenty-Fourth Defense**

107.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

108.    Based upon all of the foregoing, Plaintiffs can and should be deemed to have failed to mitigate, alter, reduce, or otherwise diminish any alleged damages.

**Twenty-Fifth Defense**

109.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

110.    Plaintiffs' claims are barred to the extent Plaintiffs' own acts, rather than any alleged acts of OAN, caused or contributed to Plaintiffs' alleged injury.

**Twenty-Sixth Defense**

111.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

112.    Exemplary or punitive damages are not recoverable because Defendant did not act with malice.

### Twenty-Seventh Defense

113.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

114.    Plaintiffs' claim for punitive damages is barred by the Due Process Clauses of the United States Constitution (Amendment V and Amendment XIV), the Due Process Clauses of the California Constitution (Article I, Section 7) and the Colorado Constitution (Article II, Section 25).

### Twenty-Eighth Defense

115.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

116.    Plaintiffs' claims cannot be litigated in this District because many citizens of this District have unique animosity toward President Donald J. Trump and individuals and businesses thought to be supportive of President Trump, meaning that Herring cannot have its claims tried by an impartial jury in this District, in violation of the Due Process Clauses of the United States Constitution (Amendment V and Amendment XIV), the Due Process Clauses of the California Constitution (Article I, Section 7) and the Colorado Constitution (Article II, Section 25).

### Twenty-Ninth Defense

117.    Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

118.    Plaintiffs' claims are barred by the common law publisher's interest, recipient's interest, and/or public interest privileges because Plaintiffs cannot prove actual malice and/or common law malice by OAN.

### Thirtieth Defense

119.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

120.     Plaintiffs' claims are barred because Plaintiffs cannot establish the claim elements or overcome any affirmative defenses with the requisite clear and convincing evidence.

### Thirty-First Defense

121.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

122.     Plaintiffs' claims are barred in whole or in part because some or all of the alleged damages Plaintiffs claim to have suffered were not caused by OAN but, to the extent damages exist at all (which Defendants deny), they were caused by other non-parties and/or intervening or supervening causes independent of any conduct by OAN.

### Thirty-Second Defense

123.     Defendants incorporate in this Paragraph the foregoing Answers and Allegations in Support of Affirmative and Other Defenses as if fully stated herein.

124.     Plaintiffs' claims are barred in whole or in part because some or all of the alleged damages Plaintiffs claim to have suffered are barred by contribution and offset to the extent other entities such as Fox News or Newsmax pay judgments or settlements for reputational damage to Plaintiffs arising from statements about Plaintiffs' role in the 2020 presidential election.

WHEREFORE, Defendants respectfully request that the Complaint be dismissed in its entirety with prejudice and judgment be entered in favor of Defendants; that Defendants be awarded attorneys' fees, costs and disbursements; and that Defendants be awarded such other and further relief as the Court deems just and equitable.

## **JURY TRIAL DEMANDED**

Defendants demand a trial by jury on all claims and issues so triable and request that the

jury consist of 12 members.

Respectfully submitted,


By:  /s/ Blaine C. Kimrey
Counsel for Defendants

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan K. Clark
bclark@vedderprice.com
Brian W. Ledebuhr
bledebuhr@vedderprice.com
Julia L. Koechley
jkoechley@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T:  +1 312 609 7500
F:  +1 312 609 5005

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Ave. NW, Suite 500
Washington, DC 20005
T:  +1 202 312 3320
F:  +1 202 312 3322

Dated: January 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Blaine C. Kimrey
Blaine C. Kimrey

314