IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### [PROPOSED] ORDER

Upon consideration of Herring Networks, Inc., Charles Herring, Robert Herring, Chanel Rion and Christina Bobb's Motion to Join Additional Party, and given that the presence of Staple Street Capital LLC is permissible under Rule 20 and will not deprive the Court of jurisdiction in this action, it is hereby ordered that the Motion is **GRANTED.** It is ordered that Staple Street Capital LLC shall be made a counterclaim defendant and that summons be served upon it in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**SO ORDERED** this ___ day of _____ 2023.

_____
Carl J. Nichols,
United States District Court Judge