IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> AT&T Services, Inc., *et al.* <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## [PROPOSED] ORDER

On considering Defendants' Motion for Extension of Time to File Joint Meet and Confer Report and the entire record herein, the Court finds that Defendants' Motion is well taken.  For the foregoing reasons, it is hereby ordered that Defendants' Motion is **GRANTED** and the parties deadline to submit a Joint Meet and Confer Report pursuant to Local Rule 16.3 is extended to 28 days after all Counterclaim/Third-Party Defendants have filed an answer.

**SO ORDERED.**

Dated: February ___, 2023

_____
U.S. District Judge Carl J. Nichols