IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORK, INC., *et al.* <br><br> Defendants | ) ) ) ) ) ) ) Case No. 1:21-cv-02130-CJN ) ) Judge Carl J. Nichols ) ) ) ) ) ) |

## [DRAFT] ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT MEET AND CONFER REPORT

On considering Defendants' Motion for Extension of Time to File Joint Meet and Confer Report and the entire record herein, the Court finds that Defendants' Motion is not well taken. It it herby ordered that Defendants' Motion is DENIED and the parties deadline to submit a Joint Meet and Confer Report pursuant to Local Rule 16.3 remains February 28, 2023.

**SO ORDERED.**

Dated: February ___, 2023.

_____
U.S. District Judge Carl J. Nichols

1