IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Case No. 1:21-cv-02130-CJN |
| v. | )<br>) Judge Carl J. Nichols |
| HERRING NETWORK, INC., *et al.* | )<br>)<br>) |
| Defendants | )<br>)<br>) |

## DOMINION'S UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND

Pursuant to Fed. R. Civ. P. 6(b), D.C. District Court Local Rule 7, and Paragraph 9 of this Court's Standing Order (ECF 21), Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion") request an extension until April 4, 2023 to answer or otherwise respond to Defendants' Counterclaims. In support of this Motion, Dominion states as follows:

1. On February 3, 2023, Defendants filed a combined Counterclaim against Dominion and Third-Party Complaint against Staple Street Capital LLC, AT&T Services, and William Kennard. Dkt. 60.

2. Each of the Third-Party Defendants executed waivers of service, making their deadlines to answer or otherwise respond to Defendants' Counterclaim/Third-Party Complaint April 4, 2023.

3. Dominion's deadline to answer or otherwise respond to the Counterclaim is currently February 24, 2023. Standing Order ¶ 9(b)(i).

4. Dominion has not sought an extension for this deadline previously, and only once in the case in total. Standing Order ¶ 9(b)(ii).

5. There is good cause for this requested extension. Extending Dominion's deadline to April 4, 2023 brings Dominion's response date to the Counterclaims in line with the Third-Party Defendants response deadline, synchronizing the timing of all briefing related to OAN's Counterclaim/Third-Party Complaint.

6. Furthermore, Dominion's counsel likewise represents Dominion in the case *US Dominion Inc. et al. v. Fox News Network et al.*, No. N21C-03-257 EMD in the Superior Court of Delaware, which is currently scheduled for a six-week jury trial beginning April 17, 2023.

7. The recent deadlines in the *Fox News* case have been exceptionally intense. Dominion filed its response to Fox News's nearly 200-page summary judgment motion on February 8, 2023, Dominion's reply brief in further support of its own more-than-150 page summary judgment motion is due on February 20, 2023, responses to 11 motions to exclude expert testimony are due on February 17, 2023, and many other tight deadlines as the case proceeds toward trial are set through February and March.

8. The requested extension will not affect any other deadlines in the case, including the scheduled Rule 16 conference, and because no hearings related to the Counterclaim are set and the requested relief provides a complete briefing schedule for the motion(s) to dismiss). Standing Order ¶ 9(b)(iv).

9. Dominion's counsel has conferred with Defendants' counsel, who has indicated that they will not oppose this motion on the conditions that Dominion (a) file this motion by 2 PM Eastern on February 16, 2023 and (b) include the email string attached as Exhibit A.

WHEREFORE, Dominion respectfully requests that the Court enter an order extending the deadline for Dominion to answer or otherwise respond to the Counterclaims until April 4, 2023.

Dated: February 16, 2023

Of Counsel:

Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

/s/ Megan L. Meier
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

Attorneys for Plaintiffs-Counter Defendants

3

## CERTIFICATE OF SERVICE

I certify that on this 16h day of February 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Megan L. Meier*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants stated that they would not oppose this motion on the condition that we attach the conferral email to the motion and file the motion by 2 PM Eastern Time on February 16, 2023. Those conditions being satisfied, this motion is unopposed.

Dated: February 16, 2023

/s/ Megan L. Meier