IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>    Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

# **EXHIBIT A**

**Subject:** RE: [EXT] Re: US Dominion v. Herring Networks - 1:21-cv-02130-CJN; request for extension
**Date:** Wednesday, February 15, 2023 at 6:15:29 PM Central Standard Time
**From:** Kimrey, Blaine C.
**To:** David Sillers, McCalmon, Brian K.
**CC:** Dustin Pusch, Megan Meier, Ledebuhr, Brian W., Clark, Bryan, Koechley, Julia L., Park, Jeanah, Tom Clare

Dear Mr. Sillers:

I note you request this extension while opposing our request for extension on a Rule 16 conference and discovery.  As you know, the Dominion entities, AT&T Services, Inc., William Kennard, and Staple Street Capital have not yet answered the counterclaims/third-party claim (which means that six parties haven't yet answered and Local Rule 16.3 doesn't yet apply).  Please let us know whether you'll reconsider that opposition to our reasonable extension request, which is consistent with Local Rule 16.3.

Regardless, we won't go tit for tat on this, and we understand agreed-to extensions are par for the course in litigation, particularly litigation as complex as this.  We'll thus consent to your extension request despite your opposition to ours, *provided that* you attach this email string to your notice/motion to the Court for the extension and that you file that notice/motion no later than 2 p.m. Eastern tomorrow.

Also, I note I've placed numerous calls to your firm (i.e. Tom Clare, copied) that have gone unreturned over the course of several months.  I ask that you give me the courtesy of calling me back when I call you.  I'll obviously do the same for you (but I note that no one from your firm has ever called me, including on this current request by you for an extension).

Finally, why is Susman Godfrey not copied on this email?  They're co-counsel with you on this matter.  As such, shouldn't they be copied?

Kind regards,
Blaine

**Blaine C. Kimrey,** Shareholder
National class and direct litigation and Chair, Privacy, Cybersecurity & Media Practice Group, CIPP/US, CIPP/E, CIPM

# VedderPrice

T +1 312 609 7865
Assistant: Deb Mullen +1 312 609 7583
web | email | offices | biography

---

**From:** David Sillers <david@clarelocke.com>
**Sent:** Wednesday, February 15, 2023 4:34 PM
**To:** Kimrey, Blaine C. <bkimrey@vedderprice.com>; McCalmon, Brian K. <bmccalmon@vedderprice.com>
**Cc:** Dustin Pusch <dustin@clarelocke.com>; Megan Meier <megan@clarelocke.com>; Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>; Koechley, Julia L. <jkoechley@vedderprice.com>
**Subject:** [EXT] Re: US Dominion v. Herring Networks - 1:21-cv-02130-CJN; request for extension

Colleagues, I am checking in on the below – we would very much appreciate you not opposing our motion for an extension. Let me know when you can, thanks.

Best,

DYS

David Sillers | Counsel
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3884   direct
david@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** David Sillers <david@clarelocke.com>
**Date:** Tuesday, February 14, 2023 at 2:23 PM
**To:** bkimrey@vedderprice.com <bkimrey@vedderprice.com>, bmccalmon@vedderprice.com <bmccalmon@vedderprice.com>
**Cc:** Dustin Pusch <dustin@clarelocke.com>, Megan Meier <megan@clarelocke.com>, bledebuhr@vedderprice.com <bledebuhr@vedderprice.com>, bclark@vedderprice.com <bclark@vedderprice.com>, jkoechley@vedderprice.com <jkoechley@vedderprice.com>
**Subject:** US Dominion v. Herring Networks - 1:21-cv-02130-CJN; request for extension

Dear Blaine and Brian,

US Dominion and Dominion Voting Systems intend move the Court to extend their deadline to answer or otherwise respond to defendants' counterclaims to April 4, 2023, to match the deadline of the newly added counter-defendants.

We would very much appreciate if you would not oppose our motion; please let us know if we can file the motion as unopposed.

Thanks very much.

Best,

DYS

David Sillers | Counsel
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3884   direct
david@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, with Vedder Price (CA), LLP which operates in California and with Vedder Price Pte. Ltd. which operates in Singapore.