IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 1:21-cv-02130-CJN |
| v. | ) ) Judge Carl J. Nichols ) |
| HERRING NETWORK, INC., *et al.* | ) ) ) |
| Defendants | ) ) ) |

### **[PROPOSED] ORDER**

On considering Plaintiffs' Unopposed Motion to Enlarge Time to Answer or Otherwise Respond to Counterclaims, the lack of opposition thereto, and the entire record herein, the Court finds that Dominion's Motion is well taken. It is hereby ordered that Dominion's Motion is GRANTED and the Dominion shall have until April 4, 2023 to answer or otherwise respond to the Counterclaims.

**SO ORDERED.**

Dated: February        , 2023.

_____
U.S. District Judge Carl J. Nichols