# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

        Plaintiffs,

v.

HERRING NETWORKS, INC., *et al.*,

        Defendants,

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel Howard S. Hogan, a member of the Bar of this Court, respectfully moves that Ashley E. Johnson be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Ms. Johnson is a lawyer at Gibson, Dunn & Crutcher LLP, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201; telephone (214) 698-3111.

2. As set forth in the Declaration of Ashley E. Johnson accompanying this motion, Ms. Johnson is a member in good standing of the State Bar of Texas and the State Bar of North Carolina. Ms. Johnson is also a member in good standing of the following federal bars: the Supreme Court of the United States, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United

States District Court for the Southern District of Texas, and the United States District Court for the Northern District of Texas.

3. Ms. Johnson has not been admitted *pro hac vice* to practice before this Court within the last two years.

WHEREFORE, the undersigned moves this Court for an Order permitting Ms. Johnson to appear *pro hac vice* in the above-captioned action as counsel for Third-Party Defendant AT&T Services, Inc.

Dated: February 28, 2023

/s/ Howard Hogan
Howard S. Hogan, DC Bar No. 492002
hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

Ashley E. Johnson, *pro hac vice forthcoming*
AJohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3111

*Counsel for Third-Party Defendant AT&T Services, Inc.*