IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>                    Defendants, | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### DECLARATION OF ASHLEY E. JOHNSON

I, Ashley E. Johnson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Gibson, Dunn & Crutcher LLP, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201; telephone number (214) 698-3111.

3. I am admitted, practicing, and in good standing as a member of the State Bar of Texas and the State Bar of North Carolina. I have been a member in good standing of the State Bar of Texas since my admission on May 1, 2009. I have been a member in good standing of the State Bar of North Carolina since my admission on March 31, 2007. I am also admitted and in good standing as a member of the Supreme Court of the United States, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of Texas, and the United States District Court for the Northern District of Texas.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to practice before this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Dallas, TX
February 28, 2023

_Ashley Johnson_
Ashley E. Johnson