## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　　　Defendants, | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel Howard S. Hogan, a member of the Bar of this Court, respectfully moves that M. Theodore Takougang be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Mr. Takougang is a lawyer at Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071; telephone (213) 229-7292.

2. As set forth in the Declaration of M. Theodore Takougang accompanying this motion, Mr. Takougang is a member in good standing of the State Bar of New York. Mr. Takougang is also a member in good standing of the following federal bars: the United States Court of Appeals for the Second and Sixth Circuits, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. Mr. Takougang is an inactive member of the State Bar of Ohio.

3. Mr. Takougang has not been admitted *pro hac vice* to practice before this Court within the last two years.

WHEREFORE, the undersigned moves this Court for an Order permitting Mr. Takougang to appear *pro hac vice* in the above-captioned action as counsel for Third-Party Defendant AT&T Services, Inc.

Dated: February 28, 2023

/s/ Howard Hogan
_____
Howard S. Hogan, DC Bar No. 492002
hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3460

M. Theodore Takougang, *pro hac vice forthcoming*
TTakougang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7292

*Counsel for Third-Party Defendant AT&T Services, Inc.*