IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>        Defendants, | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

## **DECLARATION OF M. THEODORE TAKOUGANG**

I, M. Theodore Takougang, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2.      I am a lawyer at Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071; telephone number (213) 229-7292.

3.      I am admitted, practicing, and in good standing as a member of the State Bar of New York.  I have been a member in good standing since my admission on May 22, 2017.  I am also admitted and in good standing as a member of the United States Courts of Appeals for the Second and Sixth Circuits, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.  I am an inactive member of the State Bar of Ohio.

4.      I have never been disciplined by any bar.

5.      I have not been admitted *pro hac vice* to practice before this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Los Angeles, CA
        February 28, 2023

_____
M. Theodore Takougang