## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>Plaintiffs,<br><br>v.<br><br>ONE AMERICA NEWS NETWORK<br>101 Constitution Ave., NW<br>Washington, DC 20001,<br><br>CHANEL RION<br>3211 Cherry Hill Lane, NW<br>Washington, DC 20007,<br><br>And<br><br>CHRISTINA BOBB<br>565 Pennsylvania Ave., NW<br>Apt. 803<br>Washington, DC 20001,<br><br>Defendants. | Case No. 1:21-cv-02130-CJN |

## [PLAINTIFFS' PROPOSED] SCHEDULING ORDER

Upon review of the Parties' Joint Meet and Confer Statement, ECF No. 70, the Court enters the following schedule to govern discovery:

1. Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1): **March 30, 2023**

2. Deadline to Join Additional Parties or Amend Pleadings: **N/A**

3. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: **May 5, 2023**

4. Deadline for Completion of Fact Discovery: **September 22, 2023**

5. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **October 13, 2023**

6. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **November 10, 2023**

7. Deadline for Proponents to Produce Responsive Expert Reports: **December 8, 2023**

8. Deadline for Expert Depositions: **January 19, 2024**

9. **Status Conference: In-person on February 7, 2024 at 10:00 a.m.**

10. Deadline to File Dispositive Motions: **March 1, 2024**

11. Deadline to File Oppositions to Dispositive Motions: **Marcy 29, 2024**

12. Deadline to File Replies in Support of Dispositive Motions: **April 19, 2024**

The Court intends to discuss a potential date for the final pretrial conference and potential trial dates at the status conference scheduled for **February 7, 2024 at 10:00 a.m.** So ordered.

Dated: _____, 2023

_____
CARL J. NICHOLS
United States District Judge

11310649v1/017082