### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants, | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel Howard S. Hogan, a member of the Bar of this Court, respectfully moves that Marcellus McRae be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Mr. McRae is a lawyer at Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071; telephone (213) 229-7675.

2. As set forth in the Declaration of Marcellus McRae accompanying this motion, Mr. McRae is a member in good standing of the State Bar of California. Mr. McRae is also a member in good standing of the following federal bars: the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, and the United States District Court for the Southern District of California.

3. Mr. McRae has not been admitted *pro hac vice* to practice before this Court within the last two years.

WHEREFORE, the undersigned moves this Court for an Order permitting Mr. McRae to appear *pro hac vice* in the above-captioned action as counsel for Third-Party Defendant AT&T Services, Inc.

Dated:    February 28, 2023

/s/ Howard Hogan
_____
Howard S. Hogan, DC Bar No. 492002
hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3460

Marcellus McRae, *pro hac vice forthcoming*
MMcRae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 94105
(213) 229-7675

*Counsel for Third-Party Defendant AT&T Services, Inc.*