IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

    Plaintiffs,

v.

HERRING NETWORKS, INC., *et al.*,

    Defendants,

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

## DECLARATION OF MARCELLUS MCRAE

I, Marcellus McRae, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071; telephone number (213) 229-7675.

3. I am admitted, practicing, and in good standing as a member of the State Bar of California. I have been a member in good standing since my admission on June 6, 1989. I am also admitted and in good standing as a member of the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, and the United States District Court for the Southern District of California.

4. I have never been disciplined by any bar.

5.  I have not been admitted *pro hac vice* to practice before this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Los Angeles, CA
        March 2, 2023

_____
Marcellus McRae