

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MARCELLUS ANTONIO McRAE

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MARCELLUS ANTONIO McRAE, #140308, was on the 6th day of June, 1989 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 23rd day February, 2023.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk

NORTHERN CALIFORNIA
LEGAL SUPPORT SERVICES, INC.
200 WEBSTER STREET, SUITE 201
OAKLAND, CA 94607

97613
11-35/1210

DATE 2/23/23

PAY TO THE ORDER OF  OA Simmons Court      $ 2.00

Two:00/100 ———————  DOLLARS

BANK OF AMERICA

NOT TO EXCEED $2500
FOR DEPOSIT ONLY

FOR 523878 / 69037

⑈097613⑈ ⑆121000358⑆ 325077134710⑈