AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al., | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al., | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant AT&T Services, Inc.

Date: 3/8/2023

/s/ M. Theodore Takougang
*Attorney's signature*

M. Theodore Takougang, N/A (pro hac vice)
*Printed name and bar number*
Gibson, Dunn & Crutcher LLP
333 S. Grand Ave
Los Angeles, CA 90071

*Address*

ttakougang@gibsondunn.com
*E-mail address*

(213) 229-7292
*Telephone number*

(213) 229-6292
*FAX number*