IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>   Plaintiffs/Counterclaim Defendants,<br><br> v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>   Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,<br><br> v.<br><br>WILLIAM E. KENNARD, *et al.*,<br>c/o AT&T Inc.<br>208 S. Akard St.<br>Dallas, TX  75202,<br><br>   Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel Amanda F. Davidoff, a member of the Bar of this Court, respectfully moves that William B. Monahan be admitted *pro hac vice* in the above-captioned action.

  In support of this motion, the undersigned represents:

  1. Mr. Monahan is a lawyer at Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; telephone (212) 558-4000.

  2. As set forth in the Declaration of William B. Monahan accompanying this motion, Mr. Monahan is a member in good standing of the State Bar of New York.  Mr. Monahan is also

a member in good standing of the following federal bars: the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, Fifth, Eighth, Ninth, and Tenth Circuits, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Eastern District of Michigan.

3. Mr. Monahan has not been admitted *pro hac vice* to practice before this Court within the last two years.

WHEREFORE, the undersigned moves this Court for an Order permitting Mr. Monahan to appear *pro hac vice* in the above-captioned action as counsel for Third-Party Defendant William E. Kennard.

Dated: March 14, 2023

*/s/ Amanda F. Davidoff*
Amanda F. Davidoff, DC Bar No. 978033
davidoffa@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006
Telephone:     (202) 956-7500

William B. Monahan (seeking *pro hac vice* admission)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000

*Counsel for Third-Party Defendant
William E. Kennard*