IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants, | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## DECLARATION OF WILLIAM B. MONAHAN

I, William B. Monahan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004; telephone (212) 558-4000.

3. I am admitted, practicing, and in good standing as a member of the State Bar of New York. I have been a member in good standing of the State Bar of New York since my admission on December 8, 2004. I am also admitted and in good standing as a member of the following federal bars: the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, Fifth, Eighth, Ninth, and Tenth Circuits, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Eastern District of Michigan.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to practice before this Court within the last two years.

      6.      I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
             March 13, 2023

_____
William B. Monahan