**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　　Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,<br><br>　v.<br><br>WILLIAM E. KENNARD, *et al.*,<br><br>　　　　Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY WILLIAM B. MONAHAN**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney William B. Monahan in the above-captioned matter and the Declaration of William B. Monahan in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Attorney William B. Monahan be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that William B. Monahan be allowed to appear *pro hac vice* in the court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

_____<br>UNITED STATES DISTRICT JUDGE