IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br>　　　Plaintiffs/Counterclaim Defendants, <br><br>　v. <br><br>HERRING NETWORKS, INC., *et al.*, <br><br>　　　Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs, <br><br>　v. <br><br>WILLIAM E. KENNARD, *et al.*, <br><br>　　　Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel Amanda F. Davidoff, a member of the Bar of this Court, respectfully moves that Robert M.W. Smith be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.　Mr. Smith is a lawyer at Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067; telephone (310) 712-6600.

2.　As set forth in the Declaration of Robert M.W. Smith accompanying this motion, Mr. Smith is a member in good standing of the State Bar of California. Mr. Smith is also a member in good standing of the following federal bars: the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, the

United States District Court for the Eastern District of California, the United States District Court for the Southern District of California, and the United States District Court for the Northern District of California.

3. Mr. Smith has not been admitted *pro hac vice* to practice before this Court within the last two years.

WHEREFORE, the undersigned moves this Court for an Order permitting Mr. Smith to appear *pro hac vice* in the above-captioned action as counsel for Third-Party Defendant William E. Kennard.

Dated: March 14, 2023

/s/ Amanda F. Davidoff
Amanda F. Davidoff, DC Bar No. 978033
davidoffa@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006
Telephone:     (202) 956-7500

Robert M.W. Smith (seeking *pro hac vice* admission)
smithrob@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600

*Counsel for Third-Party Defendant William E. Kennard*