IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>WILLIAM E. KENNARD, *et al.*,<br><br>    Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

## DECLARATION OF ROBERT M.W. SMITH

I, Robert M.W. Smith, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am a lawyer at Sullivan & Cromwell LLP, 1888 Century Park East, Suite 2100, Los Angeles, California 90067; telephone (310) 712-6600.

3. I am admitted, practicing, and in good standing as a member of the State Bar of California. I have been a member in good standing of the State Bar of California since my admission on December 9, 2015. I am also admitted and in good standing as a member of the following federal bars: the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Southern District of California, and the United States District Court for the Northern District of California.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to practice before this Court within the last two years.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, California
March 14, 2023

_____
Robert M.W. Smith