**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

US DOMINION, INC., *et al.*,

        Plaintiffs/Counterclaim
Defendants,

    v.

HERRING NETWORKS, INC., *et al.*,

        Defendants/Counterclaim
Plaintiffs/Third-Party
Plaintiffs,

    v.

WILLIAM E. KENNARD, *et al.*,

        Third-Party Defendants.

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF**
**ATTORNEY ROBERT M.W. SMITH**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney
Robert M.W. Smith in the above-captioned matter and the Declaration of Robert M.W. Smith in
support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* of Attorney
Robert M.W. Smith be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Robert M.W. Smith be allowed to appear *pro hac*
*vice* in the court proceedings in the above-captioned matter.

2

**SO ORDERED** this _____ day of _____ 2023.


Dated: _____


_____
UNITED STATES DISTRICT JUDGE