IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., *et al.*, <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 15(a) and D.C. District Court Local Civil Rules 7 and 16.6, defendants/counterclaim plaintiffs/third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb (collectively, "Counterclaim/Third-Party Plaintiffs"), third-party defendants William Kennard, AT&T Services, Inc., and Staple Street Capital LLC (collectively, "Third-Party Defendants"), and plaintiffs/counterclaim defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Counterclaim Defendants"), hereby stipulate to the filing of an Amended Counterclaim/Third-Party Complaint. In support of this Stipulation, the parties state as follows:

1. On February 3, 2023, Counterclaim/Third-Party Plaintiffs filed their Counterclaim against the Counterclaim Defendants and Third-Party Complaint against the Third-Party Defendants. (ECF No. 60.)

2. Following a meet-and-confer process with Third-Party Defendants, Counterclaim/Third-Party Plaintiffs have determined to withdraw the existing Counterclaim/Third-Party Complaint, and Counterclaim/Third-Party Plaintiffs have determined to file an Amended Counterclaim/Third-Party Complaint.

3. The Third-Party Defendants and the Counterclaim Defendants have not responded to the existing Counterclaim/Third-Party Complaint.

4. Counsel for the Third-Party Defendants and Counterclaim Defendants have agreed to the withdrawal of the existing Counterclaim/Third-Party Complaint and the filing of the Amended Counterclaim/Third-Party Complaint (while reserving all rights including, but not limited to, the right to challenge the sufficiency of the allegations of the Amended Counterclaim/Third-Party Complaint).

5. Good cause exists for granting the relief agreed to in this Stipulation, including due to Ms. Bobb's desire to withdraw from Count V of the existing Counterclaim/Third-Party Complaint and to avoid unnecessary motion practice directed at the existing Counterclaim/Third-Party Complaint.

WHEREFORE, the parties stipulate and respectfully request that the Court enter an Order granting leave to file the Amended Counterclaim/Third-Party Complaint within 30 days of this Stipulation and granting Counterclaim Defendants and Third-Party Defendants 45 days from the filing of the Amended Counterclaim/Third-Party Complaint to file their motions to dismiss or other responsive pleadings.

Dated: April 3, 2023

Respectfully submitted,

By: /s/Blaine C. Kimrey

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

*Counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb*

By: /s/Stephen Shackleford, Jr.

SUSMAN GODFREY L.L.P.
Stephen Shackelford, Jr.
sshackelford@susmangodfrey.com
1301 Avenue of the Americas
32nd Floor
New York, NY 10019

SUSMAN GODFREY L.L.P.
Katherine Marie Peaslee
kpeaslee@susmangodfrey.com
401 Union Street, Suite 3000
Seattle, WA 98101

SUSMAN GODFREY L.L.P.
Davida Brook
dbrook@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

SUSMAN GODFREY L.L.P.
Mary Kathryn Sammons
ksammons@susmangodfrey.com
Laranda Moffett Walker
lwalker@susmangodfrey.com
Justin A. Nelson
jnelson@susmangodfrey.com
1000 Louisiana St., Suite 5100
Houston, TX 77002

*Counsel for U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

By: /s/Megan L. Meier

CLARE LOCKE LLP
Thomas A. Clare
tom@clarelocke.com
Dustin Andrew Pusch
dustin@clarelocke.com
Megan Lambart Meier
Megan@clarelocke.com
10 Prince Street
Alexandria, VA 22314

*Counsel for U.S. Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation, Staple Street Capital LLC, Staple Street Capital II LP, and Staple Street Capital II-A LP*

By: /s/Ashley E. Johnson

GIBSON, DUNN & CRUTCHER, LLP
Howard Sean Hogan
hhogan@gibsondunn.com
1050 Connecticut Avenue, NW
Washington, DC 20036

GIBSON, DUNN & CRUTCHER, LLP
M. Theodore Takougang
ttakougang@gibsondunn.com
Marcellus McRae
MMcRae@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071

GIBSON, DUNN & CRUTCHER, LLP
Ashley E. Johnson
AJohnson@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

*Counsel for AT&T Services, Inc.*

-5-

By: /s/William B. Monahan

SULLIVAN & CROMWELL LLP
Amanda F. Davidoff
davidoffa@sullcrom.com
1700 New York Avenue, N.W. Suite 700
Washington, DC 20006

SULLIVAN & CROMWELL LLP
William B. Monahan (admitted *pro hac vice*)
monahanw@sullcrom.com
125 Broad Street
New York, New York 10004

SULLIVAN & CROMWELL LLP
Robert M.W. Smith (admitted *pro hac vice*)
smithrob@sullcrom.com
1888 Century Park East
Los Angeles, CA 90067

*Counsel for William Kennard*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Blaine C. Kimrey
Blaine C. Kimrey