IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., *et al.*, <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## **[PROPOSED] ORDER**

After considering the parties' Stipulation, it is hereby ordered that Counterclaim/Third-Party Plaintiffs shall file their Amended Counterclaim and Third-Party Complaint within 30 days of the Stipulation, and Counterclaim Defendants and Third-Party Defendants shall file their motions to dismiss or other responsive pleadings within 45 days of the filing of the Amended Counterclaim and Third-Party Complaint.

**SO ORDERED.**

Dated: _____, 2023

_____
U.S. District Judge Carl J. Nichols