IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>      Defendants/<br>      Counterclaim Plaintiffs/<br>      Third-Party Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., *et al.*,<br><br>      Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), counsel Julia L. Koechley respectfully withdraws her appearance as counsel for the Defendants in this action.

Defendants consent to the withdrawal of this appearance. Defendants will continue to be represented by Brian McCalmon, Blaine C. Kimrey, Jeanah Park, Bryan Clark, and Brian Ledebuhr of Vedder Price P.C.

Respectfully submitted this 3rd day of April, 2023.

                                              */s/ Julia L. Koechley*
                                              Julia L. Koechley
                                              **VEDDER PRICE P.C.**
                                              222 North LaSalle Street
                                              Chicago, IL 60601
                                              Phone: (312) 609-7500
                                              jkoechley@vedderprice.com

                                              ***Counsel for Defendants***

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 3rd day of April, 2023.

/s/ *Julia L. Koechley*