AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US DOMINION, INC., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant William E. Kennard                                      .

Date:      04/05/2023                                            /s/ William B. Monahan
                                                                                  *Attorney's signature*


                                                               William B. Monahan (NY Bar No. 4229027)
                                                                                  *Printed name and bar number*

                                                                        Sullivan & Cromwell LLP
                                                                        125 Broad Street
                                                                        New York, New York 10004

                                                                                  *Address*

                                                                        monahanw@sullcrom.com
                                                                                  *E-mail address*

                                                                        (212) 558-4000
                                                                                  *Telephone number*

                                                                        (212) 558-3588
                                                                                  *FAX number*