AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al.,  )  <br> *Plaintiff*  ) <br> v.  ) <br> HERRING NETWORKS, INC., et al.,  ) <br> *Defendant*  ) | Case No. 1:21-cv-02130-CJN |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant William E. Kennard                                                                     .

Date:   04/05/2023

/s/ Robert M.W. Smith
*Attorney's signature*

Robert M.W. Smith (CA Bar No. 307651)
*Printed name and bar number*

Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067
*Address*

smithrob@sullcrom.com
*E-mail address*

(310) 712-6600
*Telephone number*

(310) 712-8800
*FAX number*