AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant AT&T Services, Inc.

Date: 04/06/2023

/s/ Howard Hogan
*Attorney's signature*

Howard Hogan, #492002
*Printed name and bar number*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

*Address*

HHogan@gibsondunn.com
*E-mail address*

(202) 887-3640
*Telephone number*

(202) 530-9550
*FAX number*