AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant AT&T Services, Inc.                          .

Date:   04/07/2023

/s/ Marcellus McRae
*Attorney's signature*

Marcellus McRae, N/A (pro hac vice)
*Printed name and bar number*
Gibson, Dunn & Crutcher LLP
333 S. Grand Ave
Los Angeles, CA 90071

*Address*

MMcRae@gibsondunn.com
*E-mail address*

(213) 229-7675
*Telephone number*

(213) 229-6675
*FAX number*