IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., *et al.*, <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorneys John Lauro and Greg Singer of Lauro & Singer have been retained as counsel for defendant Christina Bobb and hereby appear on behalf of Bobb in substitution of attorneys at Vedder Price P.C.

Bobb's former attorneys at Vedder Price P.C. consent to the substitution of counsel for Bobb, and Vedder Price P.C. will remain as counsel for Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion. Bobb requests that all notices, papers and pleadings directed to Bobb in this matter be served on the undersigned counsel of Lauro & Singer.

Dated: May 4, 2023                                      Respectfully submitted,

                                                                  CHRISTINA BOBB

                                                                  By: *s/ John F. Lauro*
                                                                         By Her Attorneys

John F. Lauro (Bar ID: 392830)
jlauro@laurosinger.com
Gregory M. Singer*
gsinger@laurosinger.com
Lauro & Singer
400 N. Tampa Street, 15th Floor
Tampa, FL 33602
T: 813-222-8990

\* *Request to Appear* Pro Hac Vice *Forthcoming*

                                                                 By: *s/ Blaine Kimrey*
                                                                    By Her Former Attorneys

Blaine Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T:  312-609-7500

Brian K. McCalmon
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Avenue, Suite 500
Washington, DC 20005
T: 202-312-3320

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

/s/ *John F. Lauro*