## Exhibit A to Joint Motion to Seal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

        Plaintiffs/Counterclaim
        Defendants,

   v.

HERRING NETWORKS, INC., *et al.*,

        Defendants/
        Counterclaim Plaintiffs/
        Third-Party Plaintiffs,

   v.

AT&T SERVICES, INC., *et al.*,

        Third-Party Defendants.

No. 1:21-cv-02130-CJN

Judge Carl J. Nichols

**STIPULATION CONCERNING USE OF CERTAIN DOCUMENTS DESIGNATED CONFIDENTIAL IN SAN DIEGO LITIGATION**

     Pursuant to D.C. District Court Local Civil Rule 5.1(h), defendants/counterclaim plaintiffs/third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, "Herring Defendants") and third-party defendants AT&T Services, Inc. and William Kennard (collectively, "Third-Party Defendants"), hereby stipulate to the following terms in connection with their joint motion to seal parts of the Herring Defendants' Amended Counterclaim/Third-Party Complaint and accompanying exhibits:

     1.     On April 5, 2023, the Court granted leave for the Herring Defendants to file their Amended Counterclaim/Third-Party Complaint within 30 days and for Third-Party Defendants and Counterclaim Defendants to file their motions to dismiss or other responsive pleadings within 45 days of the filing of the Amended Counterclaim/Third-Party Complaint. (Minute Order (Apr. 5, 2023).)

2.     The Herring Defendants intend to rely upon and attach certain documents, identified by Bates numbers ATT00000760, ATT00000799, ATT00000914, ATT00001223, ATT00001225, ATT00001271, ATT00001278, ATT00001287, and ATT00001316 (the "Designated Documents"), in support of their Amended Counterclaim/Third-Party Complaint.

3.     The Designated Documents were produced by AT&T Inc. in the *Herring Networks, Inc. v. AT&T, Inc, et al.* (Case No. 37-2022-00008623-CU-BC-CTL) litigation pending in San Diego Superior Court (the "San Diego Litigation"), and they are governed by a court-ordered protective order (the "Protective Order") issued in that case (Dkt. No. 188).[1]

4.     AT&T Inc. has designated the Designated Documents as Confidential in the San Diego Litigation under the Protective Order.

5.     The Protective Order provides, "Confidential Materials and Highly Confidential Materials shall be used by the persons or entities receiving them only for purposes of preparing for, conducting, participating in the conduct of, and/or prosecuting and/or defending the Proceeding (defined as [San Diego Superior Court] Case No. 37-2022-00008623-CU-BC-CTL), and not for any business or other purpose whatsoever."  (Protective Order, Ex. A, ¶ 10.)

6.     In the San Diego Litigation, Herring Networks, Inc. disputes AT&T Inc.'s confidentiality designations of the Designated Documents (among others) and has challenged AT&T Inc.'s confidentiality designations as to certain documents produced in the case, including the Designated Documents, and that challenge is currently pending before the San Diego court.

7.     Following a meet-and-confer process between the parties regarding the Herring Defendants' intent to use the Designated Documents in their Amended Counterclaim/Third-Party Complaint, and to avoid further motion practice or any delay in this action, Third-Party

---

[1] The Protective Order is attached hereto as Exhibit A.

Defendants, AT&T Inc.,[2] and Herring Defendants stipulate that Herring Defendants may rely on the Designated Documents in support of their Amended Counterclaim/Third-Party Complaint, and, if the Court grants leave to do so, to attach the Designated Documents to an under-seal copy of the Amended Counterclaim/Third-Party Complaint as a limited exception to Paragraph 10 of the Protective Order in the San Diego Litigation, subject to: (1) the grant of the parties' joint motion to seal the Amended Counterclaim/Third-Party Complaint; (2) the Herring Defendants' redaction of any information deriving from the Designated Documents in the Amended Counterclaim/Third-Party Complaint; and (3) providing the Court and all counsel of record with an unsealed and unredacted version of the Amended Counterclaim/Third-Party Complaint.   Pursuant to this Stipulation, the Designated Documents and redacted portions of the Amended Counterclaim/Third-Party Complaint would remain under seal unless and until the San Diego court rules that the Designated Documents are not properly designated Confidential under the Protective Order, or the Herring Defendants, Third-Party Defendants, and AT&T Inc., otherwise agree.

8.      The Herring Defendants, Third-Party Defendants, and AT&T Inc. stipulate and agree that the Protective Order in the San Diego Litigation otherwise remains in full force and effect.   The Herring Defendants, Third-Party Defendants, and AT&T Inc. further agree that all provisions in the Protective Order continue to apply fully to the Designated Documents with the exception of the prohibition in Paragraph 10 of the Protective Order on using the Designated

---

[2] AT&T Inc. is not party to this action pending in D.C. District Court (Case No. 1:21-cv-02130-CJN), and by joining this stipulation, the Herring Defendants and Third-Party Defendants stipulate and agree that AT&T Inc. does not seek any relief from the Court nor does AT&T Inc. consent to the Court's jurisdiction.  The Herring Defendants and Third-Party Defendants further stipulate that AT&T Inc. expressly reserves the right to contest the Court's jurisdiction if it ever were to be named as a party to this action.

Documents in this action to the limited extent provided for by this Stipulation, subject to any contrary order by the San Diego court.

9.       The Herring Defendants, Third-Party Defendants, and AT&T Inc. stipulate and agree that no party in the San Diego Litigation waives or gives up, but instead expressly reserves, its positions regarding the confidentiality of the Designated Documents.

10.      As a condition of this Stipulation, the Herring Defendants, Third Party Defendants, and AT&T Inc. agree that no party will claim that any party to the San Diego Litigation has waived any right regarding the admissibility, responsiveness, confidentiality, or privileged status of the Designated Documents in any litigation, forum, or proceeding, including in the San Diego Litigation.

11.      The Herring Defendants, Third Party Defendants, and AT&T Inc. further agree that they will not cite or rely on this Stipulation as a basis to use the Designated Documents for any other purpose or in any other action whether currently pending or initiated after this Stipulation is executed so long as the Designated Documents continue to be designated Confidential.

12.      The Herring Defendants, Third Party Defendants, and AT&T Inc. further agree that the Third-Party Defendants and Herring Defendants may use the Designated Documents in support of any forthcoming filings in this action, provided that the Designated Documents are filed under seal pursuant to a joint motion to seal agreed to by the parties in this action.

Dated:  May 5, 2023

Respectfully submitted,


By: /s/ Brian K. McCalmon   

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
T:  +1 202 312 3320
F:  +1 202 312 3322

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T:  +1 312 609 7500
F:  +1 312 609 5005

*Counsel for Herring Networks, Inc.,
Charles Herring, Robert Herring, Sr.,
and Chanel Rion*


By: /s/ Howard Sean Hogan   

GIBSON, DUNN & CRUTCHER, LLP
Howard Sean Hogan
hhogan@gibsondunn.com
1050 Connecticut Avenue, NW
Washington, DC 20036

GIBSON, DUNN & CRUTCHER, LLP
Marcellus McRae (admitted *pro hac vice*)
MMcRae@gibsondunn.com
M. Theodore Takougang (admitted *pro hac
vice*)
ttakougang@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071

GIBSON, DUNN & CRUTCHER, LLP
Ashley E. Johnson (admitted *pro hac vice*)
AJohnson@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

*Counsel for AT&T, Inc. and AT&T Services,
Inc.*

By: /s/ Amanda F. Davidoff

SULLIVAN & CROMWELL LLP
Amanda F. Davidoff
davidoffa@sullcrom.com
1700 New York Avenue, N.W. Suite 700
Washington, DC 20006

SULLIVAN & CROMWELL LLP
William B. Monahan (admitted *pro hac vice*)
monahanw@sullcrom.com
125 Broad Street
New York, New York 10004

SULLIVAN & CROMWELL LLP
Robert M.W. Smith (admitted *pro hac vice*)
smithrob@sullcrom.com
1888 Century Park East
Los Angeles, CA 90067

*Counsel for William Kennard*