IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., *et al.*, <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## DECLARATION OF NATALIE L. HALL IN SUPPORT OF JOINT MOTION TO SEAL

I, Natalie L. Hall, state and declare as follows:

1. I am currently the Assistant Vice President – Senior Legal Counsel of Defendant AT&T Services, Inc. I have been employed by AT&T Services, Inc. since March of 2012. I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify competently to those facts under oath. This declaration is submitted in support of the joint motion to seal Third-Party Plaintiffs' Amended Counterclaim/Third-Party Complaint.

2. AT&T Inc. ("AT&T") is a global telecommunications holding company with more than 500 subsidiaries that operates in an intensely competitive marketplace.

3. In light of this fierce competition, and mindful of its commercial interests, AT&T has concerns that actual or potential competitors might use AT&T's or another AT&T entity's

sensitive, confidential information to gain an unfair competitive advantage, or to cause them commercial harm. As such, AT&T maintains strict confidentiality in its business operations.

4. The Designated Documents attached as exhibits to Third-Party Plaintiffs' Amended Counterclaim/Third-Party Complaint were produced by AT&T in the *Herring Networks, Inc. v. AT&T, Inc, et al.* (Case No. 37-2022-00008623-CU-BC-CTL) litigation pending in San Diego Superior Court (the "San Diego Litigation") in response to discovery requests and pursuant to a court-ordered protective order and were designated as either "Confidential" or "Highly Confidential" by AT&T under that protective order.

5. The Designated Documents identified by Bates numbers ATT00000799, ATT00000914, ATT00001223, ATT00001225, and ATT00001316 reflect internal discussions between and among AT&T board members or officers and/or AT&T Services employees or agents regarding DIRECTV's carriage of OAN, including press coverage and responses to press coverage regarding the same. Certain of these documents also contain personally identifiable information. Public access to this information risks competitive harm to AT&T because it would provide confidential insight into AT&T's and/or an AT&T entity's internal deliberations and decision making. This includes AT&T's and/or an AT&T entity's corporate communications, internal decision-making processes, public relations strategy, and analysis of its relationships with third parties.

6. The Designated Documents identified by Bates numbers ATT00001271 and ATT00001278 reflect Mr. William Kennard's communications with Staple Street Capital, on whose Board Mr. Kennard sits. Public disclosure of these documents could threaten to undermine Mr. Kennard's business interests.

-3-

7.     The Designated Documents identified by Bates numbers ATT00000760 and ATT00001287 reflect Mr. Kennard's personal conversations with private individuals unaffiliated with any party to this action.

8.     On information and belief, and to the best of my knowledge, the Designated Documents have never been publicly accessible, and they have not been distributed beyond the parties and their counsel in the San Diego Litigation.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct and that this Declaration is executed this 5th day of May, 2023 in Dallas, Texas.

*Natalie Hall*

Natalie L. Hall