IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., *et al.*, <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## [PROPOSED] ORDER

On May 5, 2023, defendants/counterclaim plaintiffs/third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Defendants") and third-party defendants AT&T Services, Inc. and William Kennard filed a joint motion to seal the redacted paragraphs in the Herring Defendants' Amended Counterclaim and Third-Party Complaint and the accompanying exhibits. Good cause appearing, it is hereby ordered that the redacted paragraphs of the Amended Counterclaim and Third-Party Complaint and the exhibits attached thereto shall be sealed.

**SO ORDERED.**

Dated: _____, 2023

_____
U.S. District Judge Carl J. Nichols