# Exhibit M



November 18, 2022


Senior Vice President, Deputy General Counsel and Secretary of AT&T
208 S. Akard Street
Suite 2954
Dallas, Texas 75202

Dear Ms. Maris,

I hereby submit the enclosed shareholder proposal ("Proposal") for inclusion in the AT&T (the "Company") proxy statement to be circulated to Company shareholders in conjunction with the next annual meeting of shareholders. The Proposal is submitted under Rule 14(a)-8 (Proposals of Security Holders) of the United States Securities and Exchange Commission's proxy regulations.

I submit the Proposal as the Coordinator of the Free Enterprise Project of the National Center for Public Policy Research, which has continuously owned Company stock with a value exceeding $2,000 for at least 3 years prior to and including the date of this Proposal and which intends to hold these shares through the date of the Company's 2023 annual meeting of shareholders. A Proof of Ownership Letter is enclosed.

Pursuant to interpretations of Rule 14(a)-8 by the Securities & Exchange Commission staff, I initially propose as a time for a telephone conference to discuss this proposal December 14, 2022 or December 15, 2022 from 1-4 p.m. eastern. If that proves inconvenient, I hope you will suggest some other times to talk. Please feel free to contact me at srehberg@nationalcenter.org so that we can determine the mode and method of that discussion.

Copies of correspondence or a request for a "no-action" letter should be sent to me at the National Center for Public Policy Research, 2005 Massachusetts Ave. NW, Washington, DC 20036 and emailed to srehberg@nationalcenter.org.

Sincerely,

*Sarah Rehberg*

Sarah Rehberg

cc:            Scott Shepard, FEP Director
Enclosures:    Shareholder Proposal
               Proof of Ownership Letter

## Report on Non-Pecuniary Factors in Network Relationships

**Resolved:** Shareholders ask that the Board commission and disclose a report on the potential risks and consequences to the Company associated with the prioritization of non-pecuniary factors when it comes to establishing, rejecting, or failing to continue network relationships on its DirecTV platform.

**Supporting Statement:** In early 2022, it was announced that AT&T's DirecTV would not be renewing its contract with One America News (OAN).[1] The announcement came only a few short months following a concerted campaign by liberal activists demanding AT&T shutdown the conservative news network.[2]

These demands came from leftwing groups such as Greenpeace, GLADD, Media Matters, and the NAACP.[3] AT&T execs even met with NAACP leadership at its Washington, DC office to discuss AT&T's relationship with OAN.[4] The pressure campaign was prompted by a *Reuters* report alleging AT&T played an outsized role in the inception and rise of OAN and was responsible for funding it.[5]

But OAN was not a struggling news network. To the contrary, it was gaining prominence amongst conservative viewers. In fact, just months prior to AT&T's refusal to renew the network's contract, a Rasmussen Reports survey found that nearly 10 percent of conservatives viewed OAN most often, and that conservatives were increasingly looking for alternatives, such as OAN, to already established right-of-center news outlets.[6]

We therefore ask that the Board commission and disclose a report on the potential risks and consequences to the Company associated with the prioritization of considering factors other than pecuniary advantage when it comes to establishing, rejecting, or failing to continue relationships with networks and in determining which content and programming to promote.

The Company's fiduciary duty to its shareholders demands that decisions as to which networks and programming to carry should not be the result of activist pressure or any reason other than the pecuniary interest of the Company. Making decisions on the basis of viewpoint discrimination harms the Company's bottom line by reducing diversity of programing and the Company's attraction to a wide array of audiences, while placing the Company at great reputational, financial, and legislative and related risk.

---

[1] https://www.nationalreview.com/news/directv-says-it-will-not-renew-contract-with-oann/; https://www.npr.org/2022/01/15/1073407803/directv-to-drop-one-america-news-network
[2] https://dailycaller.com/2022/01/17/att-cnn-one-america-news-network/; https://www.freepress.net/sites/default/files/2021-11/coalition_letter_to_att_directv_about_oann_support.pdf
[3] https://www.freepress.net/sites/default/files/2021-11/coalition_letter_to_att_directv_about_oann_support.pdf
[4] https://thehill.com/homenews/media/577669-naacp-att-to-meet-to-discuss-oann/
[5] https://www.reuters.com/investigates/special-report/usa-oneamerica-att/; https://www.cnn.com/2021/10/06/media/att-oan
[6] https://www.rasmussenreports.com/public_content/politics/current_events/media/fox_news_still_tops_with_conservatives_but_newsmax_oan_make_gains; https://thenewamerican.com/fox-viewership-continues-to-plummet-viewers-moving-to-oann-newsmax/