# Exhibit N

1

Rollin A. Ransom (SBN 196126)
rransom@sidley.com

2

Giles Judd (SBN 318346)
gjudd@sidley.com

3

Evan Medina (SBN 340174)
emedina@sidley.com

4

SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000

5

Los Angeles, CA 90013
Telephone:  (213) 896-6000

6

Facsimile:  (213) 896-6600

7

Joshua J. Fougere (D.C. SBN 1000322)
(*pro hac vice*)

8

jfougere@sidley.com
Jillian S. Stonecipher (D.C. SBN 1030214)

9

(*pro hac vice*)
jstonecipher@sidley.com

10

SIDLEY AUSTIN LLP
1501 K Street, N.W.

11

Washington, D.C. 20005
Telephone:  (202) 736-8000

12

Facsimile:  (202) 736-8711

13

Attorneys for Defendant
DIRECTV, LLC

14

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**01/23/2023** at 04:26:00 PM
Clerk of the Superior Court
By Gabriel Lopez, Deputy Clerk

15

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

16

**FOR THE COUNTY OF SAN DIEGO**

17

18

HERRING NETWORKS, INC., a California corporation,

19

Plaintiff,

20

vs.

21

22

AT&T, INC., a Delaware corporation, AT&T SERVICES, INC., a Delaware corporation, DIRECTV, LLC, a California limited liability company, and WILLIAM KENNARD, an individual,

23

24

Defendants.

25

Case No. 37-2022-00008623-CU-BC-CTL

Assigned to:  Hon. John S. Meyer

**DEFENDANT DIRECTV, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

IMAGED FILE

Complaint Filed:  March 7, 2022

26

27

28

DEFENDANT DIRECTV, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant DIRECTV, LLC ("DIRECTV") hereby answers the unverified Complaint filed by Plaintiff Herring Networks, Inc. ("Herring") as follows:[1]

Pursuant to California Code of Civil Procedure section 431.30(f), which provides that the "denials of the allegations controverted may be stated . . . *by express admission of certain allegations of the complaint with a general denial of all of the allegations not so admitted*[,]" Cal. Civ. Proc. Code § 431.30(f) (emphasis added), DIRECTV expressly admits solely the specific allegations set forth below, and generally denies the remaining allegations in Herring's unverified Complaint (including without limitation each allegation in the paragraphs identified below that is not specifically admitted).

Express Admissions Pursuant to § 431.30(f):

**Paragraph 68:**  DIRECTV admits that, in January 2022, it revealed to "Bloomberg that the Affiliation Agreement expires in April."

**Paragraph 69:**  DIRECTV admits that "[t]he Affiliation Agreement contains a confidentiality provision" which contains the language, albeit without the emphasis added by Herring, quoted in this paragraph.

**Paragraph 70:**  DIRECTV admits that the January 2022 disclosure of the month of expiration of the Affiliation Agreement "breached the confidentiality provision in that agreement."

**Paragraph 101:**  DIRECTV admits that it "breached the Affiliation Agreement" insofar as it disclosed the month of expiration of the agreement in January 2022.

## FIRST DEFENSE

### (No Recoverable Loss or Damages)

1.      Herring's claim for loss or damages is barred, in whole or in part, by the express terms of the Affiliation Agreement.

---

[1] Following the Court's rulings on DIRECTV's anti-SLAPP motion and demurrer, which disposed of every cause of action against DIRECTV except for Herring's claim for breach of contract, and which disposed of Herring's breach of contract claim except as "premised on DIRECTV informing Bloomberg News that the current Affiliation was set to expire in April 2022," the allegations of Herring's Complaint pertaining to those dismissed claims and allegations are no longer at issue, and DIRECTV need not address them in this Answer.  *See* Minute Order dated January 13, 2023 [ROA 361].

DEFENDANT DIRECTV, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

## SECOND DEFENSE

### (No Actual Injury)

2.      Herring's claims are barred, in whole or in part, insofar as it has not suffered any actual injury as a result of DIRECTV's alleged conduct.

## THIRD DEFENSE

### (Speculative Damages)

3.      Herring's claims for damages are barred, in whole or in part, insofar as they are entirely speculative in nature.

## FOURTH DEFENSE

### (Attorneys' Fees Not Available)

4.      Herring's claims for attorneys' fees are barred, in whole or in part, by the express terms of the Affiliation Agreement and/or are not available as a matter of law.

## FIFTH DEFENSE

### (Additional Defenses)

5.      DIRECTV presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, unstated defenses.  On that basis, DIRECTV reserves the right to supplement and/or amend this Answer to assert additional defenses as they become known.

**WHEREFORE**, Defendant, DIRECTV, LLC, requests judgment as follows:

1.      That Herring take nothing by reason of its Complaint;

2.      That the Complaint be dismissed with prejudice;

3.      That DIRECTV recover its costs associated with this action;

4.      That this Court grant such other and further relief as may be deemed just and proper.

Dated:  January 23, 2023                    SIDLEY AUSTIN LLP

By: _____
Rollin A. Ransom
Attorneys for Defendant
DIRECTV, LLC

2

DEFENDANT DIRECTV, LLC'S ANSWER TO PLAINTIFF'S COMPLIANT

## PROOF OF SERVICE

STATE OF CALIFORNIA         )

                                     ) SS

COUNTY OF LOS ANGELES     )

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 W. Fifth Street, Suite 4000, Los Angeles, California 90013.

      On January 23, 2023, I served the following documents described as **DEFENDANT DIRECTV, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** on all interested parties in this action as follows:

| | |
|---|---|
| Eric Early, Esq.<br>Peter Scott, Esq.<br>Jeremy Gray, Esq.<br>EARLY SULLIVAN WRIGHT<br> GIZER & McRAE LLP<br>6420 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA  90048<br>Telephone:  (323) 301-4660<br>Facsimile:   (323) 301-4676<br>eearly@earlysullivan.com<br>pscott@earlysullivan.com<br>jgray@earlysullivan.com | Attorneys for Plaintiff<br>HERRING NETWORKS, INC. |
| Charles S. LiMandri, Esq.<br>Paul M. Jonna, Esq.<br>Jeffrey M. Trissell, Esq.<br>LiMANDRI & JONNA LLP<br>P.O. Box 9120<br>Rancho Santa Fe, CA 92067<br>Telephone: (858) 759-9930<br>Facsimile: (858) 759-9938<br>cslimandri@limandri.com<br>pjonna@limandri.com<br>jtrissell@limandri.com | |
| Marcellus McRae, Esq.<br>James L. Zelenay, Jr., Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile:  (213) 229-7520<br>mmcrae@gibsondunn.com<br>jzelenay@gibsondunn.com | Attorneys for Defendants, AT&T, INC, (by Special Appearance) and, AT&T SERVICES, INC. |

1

2  Ashley Johnson, Esq. *pro hace vice*
   GIBSON, DUNN & CRUTCHER LLP
3  2001 Ross Avenue, Suite 2100
   Dallas, TX 75201
4  Telephone: (214) 698-3111
   Facsimile: (214) 571-2900
   ajohnson@gibsondunn.com
5

6  Stephen C. Grebing, Esq.                      Attorneys for Defendant WILLIAM
   Alan K. Brubaker, Esq.                        KENNARD (by Special Appearance)
   WINGERT GREBING BRUBAKER & JUSKIE LLP
7  2 Columbia Place
   1230 Columbia Street, Suite 400
8  San Diego, CA 92101-3370
   Telephone: 619-232-8151
9  Facsimile: 619-232-4665
   sgrebing@wingertlaw.com
10 abrubaker@wingertlaw.com

11 Robert M.W. Smith, Esq.                       Attorneys for Defendant WILLIAM
   SULLIVAN & CROMWELL LLP                       KENNARD (by Special Appearance)
12 1888 Century Park East
   Los Angeles, CA 90067
13 Telephone: (310) 712-6600
   Facsimile: (310) 712-8800
14 smithrob@sullcrom.com

15 William B. Monahan, Esq. *pro hace vice*      Attorneys for Defendant WILLIAM
   SULLIVAN & CROMWELL LLP                       KENNARD (by Special Appearance)
16 125 Broad Street
   New York, NY 10004
17 Telephone: (212) 558-7375
   Facsimile: (212) 558-3588
18 monahanw@sullcrom.com

19

20 ☒         (VIA FIRST LEGAL):  By uploading a copy of the document listed above to First Legal
             which will send a notification of filing to all counsel.

21         I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.
22

23         Executed on January 23, 2023 at Los Angeles, California.

24                                                    LouAnn Crosby

25

26

27

28

PROOF OF SERVICE
(37-2022-00008623-CU-BC-CTL)