# Exhibit A

| | |
|---|---|
| **From:** | Jonathan Ross |
| **To:** | Greg Singer; Kimrey, Blaine C. |
| **Cc:** | Park, Jeanah; Clark, Bryan; Ledebuhr, Brian W.; John Lauro |
| **Subject:** | RE: Dominion v. Herring Networks, Inc., et al. (D.D.C.) - defense opposition to your planned motion to consolidate |
| **Date:** | Thursday, May 18, 2023 9:37:00 AM |
| **Attachments:** | image001.png |
| | image002.png |

Understood.  I have not heard further from Blaine and believe that the parties' respective position is clear, so absent someone saying there is something further to discuss I plan on filing our motion this afternoon.  I will state the defendants' opposition and attach this correspondence as an exhibit, per Blaine's request.

Thanks.

---

**From:** Greg Singer <gsinger@laurosinger.com>
**Sent:** Wednesday, May 17, 2023 8:58 AM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Kimrey, Blaine C. <bkimrey@vedderprice.com>
**Cc:** Park, Jeanah <jpark@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>; Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; John Lauro <jlauro@laurosinger.com>
**Subject:** RE: Dominion v. Herring Networks, Inc., et al. (D.D.C.) - defense opposition to your planned motion to consolidate

<mark>EXTERNAL Email</mark>
Hi Jonathan,

Good to meet you by email. Ms. Bobb opposes consolidation and echoes Blaine's thoughts, below. We are available to confer as needed.

Greg

**Gregory M. Singer**
Partner | Admitted FL
gsinger@laurosinger.com

| | |
|---|---|
| **Tampa** 400 N. Tampa St. 15th Floor\|Tampa, FL 33602 |
| **T** 813.222.8990 **F** 813.222.8991 |
| **Miami**  1101 Brickell Ave. 8th Floor\|Miami, FL 33131 |
| **New York** 250 E. 53rd St. #1701\|New York, NY 10022 |
| **laurosinger.com** |



IMPORTANT: The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Tuesday, May 16, 2023 7:36 PM
**To:** Kimrey, Blaine C. <bkimrey@vedderprice.com>

**Cc:** Park, Jeanah <jpark@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>; Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; John Lauro <jlauro@laurosinger.com>; Greg Singer <gsinger@laurosinger.com>
**Subject:** Re: Dominion v. Herring Networks, Inc., et al. (D.D.C.) - defense opposition to your planned motion to consolidate

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Happy to do so. And if you think there is something worth discussing I'm generally available this evening or over the next two days.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813


On May 16, 2023, at 6:30 PM, Kimrey, Blaine C. <bkimrey@vedderprice.com> wrote:


EXTERNAL Email
Mr. Ross –

I'm not sure this email string satisfies the local meet and confer requirements. Regardless, if you proceed with filing the motion, please note in it that the defendants oppose any form of consolidation with the Byrne, Giuliani, Lindell, and Powell cases and that the defendants intend to file an opposition brief or briefs (given Christina Bobb is now separately represented)  in response to your motion.  Please also attach this email string to your motion.

Kind regards,
Blaine

**Blaine C. Kimrey**, Shareholder
National class and direct litigation and Chair, Privacy, Cybersecurity & Media Practice Group,
CIPP/US, CIPP/E, CIPM

**Vedder**Price
T +1 312 609 7865
Assistant: Deb Mullen +1 312 609 7583
web | email | offices | biography

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>

**Sent:** Tuesday, May 16, 2023 2:43 PM
**To:** Kimrey, Blaine C. <bkimrey@vedderprice.com>
**Cc:** Park, Jeanah <jpark@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>;
Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; John Lauro
<jlauro@laurosinger.com>; Greg Singer <gsinger@laurosinger.com>
**Subject:** RE: [EXT] RE: Dominion/OAN: Dominion's First RFPs to OAN & Scheduling
Order

Blaine and counsel:

I appreciate the straight-forward assertion of your position and believe I understand it.
I agree that given that the parties have not moved from the positions stated in the Joint
Meet and Confer Report that meeting and conferring would not advance the ball.  We
will file a motion later this week updating our proposed schedule to match the now
entered schedule in the consolidated cases (see attached) as well as asking the Court to
consolidate this case with those cases for discovery purposes.

Jonathan

**From:** Kimrey, Blaine C. <bkimrey@vedderprice.com>
**Sent:** Monday, May 15, 2023 8:17 PM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Cc:** Park, Jeanah <jpark@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>;
Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; John Lauro
<jlauro@laurosinger.com>; Greg Singer <gsinger@laurosinger.com>
**Subject:** RE: [EXT] RE: Dominion/OAN: Dominion's First RFPs to OAN & Scheduling
Order

EXTERNAL Email

Mr. Ross:

Nice to meet you; Defendants' opposition to the consolidation Plaintiffs propose
remains.

Any effort by Plaintiffs to consolidate appears designed to prejudice our clients with an
unfairly truncated schedule that our clients had no role in negotiating and that our
clients don't agree with.  And the schedule in those other, separate cases fails to take
account of the procedural posture of our case.  In our case, the parties have made no
Rule 26 disclosures, there is no scheduling order, and no written discovery was
propounded until last week (document requests).  Our clients should not be lumped
together in a single consolidated schedule in cases we've had nothing to do with since
their filings.  Moreover, as media defendants, our clients are fundamentally different
from Patrick Byrne, Rudy Giuliani, Mike Lindell, and Sidney Powell.  And the presence of

William Kennard, Staple Street Capital, and AT&T Services, Inc., as parties in our case further distinguishes our case factually and legally (with associated differences in appropriate discovery scope, witnesses, depositions, etc.) from the cases involving Byrne, Giuliani, Lindell, and Powell.

The parties stated their positions in the Joint Meet and Confer Report Under Local Civil Rule 16.3 and in the associated proposed orders.  No further action is required at this time.  If for some reason you feel otherwise and still would like to meet and confer about that, we can join a phone call to discuss.  But we note that phone call should include counsel for all parties (including William Kennard, Staple Street Capital, and AT&T Services, Inc.).  If you'd like to proceed with a call, please determine their availability and then share your common availability with us to compare with our calendars.

Thank you.

Kind regards,
Blaine

**Blaine C. Kimrey**, Shareholder
National class and direct litigation and Chair, Privacy, Cybersecurity & Media Practice Group,
CIPP/US, CIPP/E, CIPM

## VedderPrice

T +1 312 609 7865
Assistant: Deb Mullen +1 312 609 7583
web | email | offices | biography

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Friday, May 12, 2023 1:27 PM
**To:** Park, Jeanah <jpark@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>; Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; jlauro@laurolawfirm.com; Kimrey, Blaine C. <bkimrey@vedderprice.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; dominion@clarelocke.com
**Subject:** [EXT] RE: Dominion/OAN: Dominion's First RFPs to OAN & Scheduling Order

Counsel:

Following up on the below, may we schedule a meet and confer next week regarding the pretrial schedule, or should I just file an updated proposed scheduling order and note that the OAN defendants and Ms. Bobb oppose and continue to assert the proposed schedule they previously filed?  Absent some response by Tuesday of next week I will go ahead and file our updated proposal with the Court.

Thanks, and enjoy your weekend.

Jonathan

---

**From:** Jonathan Ross
**Sent:** Tuesday, May 9, 2023 2:37 PM
**To:** bkimrey@vedderprice.com; jpark@vedderprice.com; bclark@vedderprice.com; bledebuhr@vedderprice.com; jlauro@laurolawfirm.com
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; dominion@clarelocke.com
**Subject:** Dominion/OAN: Dominion's First RFPs to OAN & Scheduling Order

Counsel:

By way of introduction, I will be working on this case on Dominion's behalf.  My work number is 713-653-7813 and my cell is 832-659-8126.  Please feel free to reach out to me with any issues you have as we move forward.

Attached is our first document production requests.  We will also be sending a proposed custodian list and search terms as you consider your response.

Also attached are the recent stipulated motion and proposed order to amend the scheduling order in the other DC cases.  My understanding is that Dominion and OAN submitted competing scheduling orders, and the Court has yet to adopt either.  I also noticed that Ms. Bobb is now represented by Mr. Lauro – I welcome your views into the mix.

Dominion's position continues to be that all the DC cases should be consolidated for discovery purposes: and I understand that OAN to date proposes proceeding on a separate track.  Would you be willing to meet and confer on the issue now that the other parties have agreed on a schedule closer to what OAN has submitted to see if we can come to an agreement, and if not, prompt the Court to rule so that we all know how we will be proceeding as the case enters its discovery phase?

Looking forward to working with you all,


Jonathan Ross
Partner & General Counsel
Susman Godfrey LLP

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent

responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.