IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.,* <br><br> Defendants/Counterclaim, Third-Party Claim Defendants <br><br> v. <br><br> AT&T Services, Inc., *et al.* <br><br> Counterclaim/Third-Party Claim Defendants | Case No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols <br><br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DOMINION'S MOTION FOR ENTRY OF A SCHEDULING ORDER & CONSOLIDATION**

Before the Court is Plaintiff U.S. Dominion, Inc.'s Motion for Entry of a Scheduling Order & Consolidation ("Motion"). Having considered the Motion, any response thereto, the parties' pleadings, the applicable law, the Court is of the opinion that, the Motion should be and hereby is **GRANTED.**

IT IS THEREFORE ORDERED that the Clerk of the Court will enter into the record the proposed Scheduling Order attached hereto as **Exhibit A**.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>     Plaintiffs/Counterclaim Defendants <br><br>v. <br><br>HERRING NETWORKS, INC., *et al.*, <br><br>     Defendants/Counterclaim, Third-Party Claim Defendants <br><br>v. <br><br>AT&T Services, Inc., *et al.* <br><br>     Counterclaim/Third-Party Claim Defendants | Case No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

## [PLAINTIFFS' PROPOSED] SCHEDULING ORDER

Upon review of Dominion's Motion for Entry of a Scheduling Order & Consolidation, the Court enters the following schedule to govern discovery:

1. **Deadline to Serve Documents Requests under Fed. R. Civ. P. 34**: September 5, 2023

2. **Deadline for Complettion of Fact Discovery**: January 22, 2024

3. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** February 12, 2024

4. **Deadline for Opponets to Designate Expert Witnesses and Produce Expert Reports Under Fed. R. Civ. P. 26(a)(2):** March 11, 2024

5. **Deadline for Proponents to Produce Responsive Expert Reports:** April 8, 2024

6. **Deadline for Expert Depositions:** May 17, 2024

7. **Status Conference:** In-Person Status Conference at 11:00am on June 5, 2024

8. **Deadline to File Dipositive Motions:** July 1, 2024

9. **Deadline to File Oppositions to Dispostive Motions**: July 29, 2024

10. **Deadline to File Replies in Support of Dispostive Motions:** August 16, 2024

It is so ORDERED


Dated: May 18, 2023

                                                                                                      _____
UNITED STATES DISTRICT JUDGE