IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., et al., <br><br> Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs <br><br> v. <br><br> AT&T SERVICES, INC., et al, <br><br> Third-Party Defendants. | Case No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ENTRY OF A SCHEDULING ORDER & CONSOLIDATION**

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7, and Paragraph 9 of this Court's Standing Order (Doc. No. 5), Defendants Herring Networks, Inc., Robert Herring, Sr., Charles Herring, Chanel Rion (together, the "Herring Defendants"), and Christina Bobb (collectively, the "Defendants") hereby move to extend by fourteen days the deadline for Defendants to respond to Plaintiffs' Motion for Entry of a Scheduling Order & Consolidation (Doc. No. 86) (the "Motion"), from June 1, 2023, to June 15, 2023. This motion is unopposed. In support of this motion, Defendants state the following:

 1. On May 18, 2023, Plaintiffs filed the Motion.

 2. On May 30, 2023, the Herring Defendants provided notice to counsel for all parties of their intent to substitute lead counsel. At the same time, the Herring Defendants requested a two-week extension to respond to the Motion so their new counsel would have an opportunity to

consider the proposed schedule of deadlines and discovery schedule. Counsel for Plaintiffs and Bobb are unopposed to the request.

3. The Herring Defendants were unable to comply with Paragraph 9(a) of the Court's Standing Order because they gave notice of their intent to substitute counsel on May 30, only two days before the current deadline. Current counsel for the Herring Defendants immediately requested the extension sought by this Motion, and counsel for Plaintiffs agreed.

4. Pursuant to Paragraph 9(b)(ii) and (iii) of the Court's Standing Order, Defendants have not previously requested an extension of time to respond to the Motion, and the requested extension is supported by good cause. The Herring Defendants have substituted lead counsel, and they need time to consider the proposed deadlines.

5. Pursuant to Paragraph 9(b)(iv)-(v) of the Court's Standing Order, the requested relief will not affect any other deadlines in this matter. Defendants are not seeking an extension as to any other deadlines in this case.

6. In accordance with Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the parties have conferred, and Plaintiffs do not oppose the relief requested herein.

7. The extended deadline is not sought for the purpose of improper delay or any other vexatious purpose.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the deadline for Defendants to respond to the Motion for Entry of a Scheduling Order & Consolidation to June 15, 2023.

36423745v.3

Dated: June 1, 2023 By: */s/ Jonathan D. Neerman*

**VEDDER PRICE P.C.**
Blaine C. Kimrey, Bar No. IL0091
bkimrey@vedderprice.com
Jeanah Park, Bar No. IL0094
jpark@vedderprice.com
Bryan Clark, Bar No. IL0090
bclark@vedderprice.com
Brian Ledebuhr, Bar No. IL0093
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T:  +1 312 609 7500
F:  +1 312 609 5005

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Avenue, Suite 500
Washington, DC 20005
T:  +1 202 312 3320
F:  +1 202 312 3322

**JACKSON WALKER LLP**
Jonathan D. Neerman (*D.D.C. admission pending*)
D.C. Bar No. 90003393
jneerman@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
T: (214) 953-5664
F: (214) 661-6899

*Counsel for The Herring Defendants.*

*—And—*

3

**LAURO & SINGER**
John F. Lauro (Bar ID: 392830)
jlauro@laurosinger.com
Gregory M. Singer*
gsinger@laurosinger.com
Lauro & Singer
400 N. Tampa Street, 15th Floor
Tampa, FL 33602
T: 813-222-8990
* *Request to Appear* Pro Hac Vice *Forthcoming*
*Counsel for Christina Bobb*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing on all counsel of record.

/s/ Gregory M. Singer
Gregory M. Singer

36423745v.3