IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    Plaintiffs/Counterclaim Defendants<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs<br><br>v.<br><br>AT&T SERVICES, INC., et al.,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Entry of a Scheduling Order & Consolidation, and it appearing that there is good cause to grant the Motion, it is hereby ORDERED that the Motion is GRANTED, and that Defendants will have until June 15, 2023, to respond to Plaintiffs' Motion for Entry of a Scheduling Order & Consolidation

Signed this _____ day of _____, 2023.

                                            HONORABLE CARL J. NICHOLS
                                            United States District Judge