AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US Dominion, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-2130-CJN |
| Herring Networks, Inc. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., Charles Herring, Robert Herring, Sr., Chanel Rion                                          .

Date:   06/02/2023                                              /s/ R. Trent McCotter
                                                                          *Attorney's signature*

                                                                R. Trent McCotter (DC# 1011329)
                                                                   *Printed name and bar number*
                                                                Boyden Gray & Associates PLLC
                                                                801 17th St. NW, Suite 350
                                                                Washington, DC 20006

                                                                          *Address*

                                                          mccotter@boydengrayassociates.com
                                                                          *E-mail address*

                                                                          (202) 706-5488
                                                                     *Telephone number*

                                                                          (202) 955-0621
                                                                          *FAX number*