**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., ET AL.,<br><br>*Defendants.* | No. 21-cv-02130-CJN |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY CHARLES L. BABCOCK

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion hereby moves for the admission and appearance of attorney Charles L. Babcock pro hac vice in the above-entitled action. This motion is supported by the Declaration of Charles L. Babcock, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Babcock is admitted and in good standing with the Bars of the States of Arkansas, New York, and Texas. Mr. Babock is also admitted to practice in the United States Supreme Court, Texas Supreme Court, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals

for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States Central District Court of Colorado, United States District Court for the Western District of Michigan, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York.

2. Mr. Babcock is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Babcock possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Charles L. Babcock as representative and lead counsel of Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion in this proceeding.

Dated: June 2, 2023

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

*Counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on June 2, 2023, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER