UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

US Dominion, Inc., et al.
　　　　　Plaintiff(s)

vs.

Herring Networks, Inc., et al.
　　　　　Defendant(s)

Case Number: 1:21-cv-02130-CJN

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Charles Lynde Babcock

2. State bar membership number: Texas State Bar No. 01479500

3. Business address, telephone and fax numbers:
   Jackson Walker, LLP, 1401 McKinney Street, Suite 1900, Houston, Texas 77010

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Texas Bar, New York Bar, Arkansas Bar, US Supreme Court, see attachment "A"

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑
   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0
   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

(CHECK ALL ITEMS THAT APPLY)

1. [✓] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct    *Charles E. Bahl* (signature)

5/31/23

DATE                                                                          SIGNATURE OF ATTORNEY

2

# EXHIBIT A
# COURT ADMISSIONS OF CHARLES LYNDE BABCOCK

I, Charles L. Babcock, hereby certify that:

1. I am a member in good standing of the Bars of the State of Arkansas, State of New York, and the State of Texas.

2. In addition to the jurisdictions set forth above, I have been admitted in the following courts and jurisdictions: United States Supreme Court, Texas Supreme Court, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States Central District Court of Colorado, United States District Court for the Western District of Michigan, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York.

Dated: May 31, 2023

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 25, 2023

Re: Mr. Charles Lynde Babcock IV, State Bar Number 01479500

To Whom It May Concern:

This is to certify that Mr. Charles Lynde Babcock IV was licensed to practice law in Texas on February 14, 1977, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web