**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>HERRING NETWORKS, INC., ET AL.,<br><br>*Defendants.* | No. 21-cv-02130-CJN |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY CHARLES L. BABCOCK

Upon consideration of the Motion for Admission Pro Hac Vice of Attorney Charles L. Babcock in the above-captioned matter and the Declaration of Charles L. Babcock in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Motion for Admission Pro Hac Vice of Attorney Charles L. Babcock is **GRANTED**; and

**FURTHER ORDERED** that Charles L. Babcock be allowed to appear pro hac vice as lead counsel in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: June __, 2023

_____
CARL J. NICHOLS
United States District Judge