**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., ET AL.,<br>*Defendants.* | No. 21-cv-02130-CJN |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JOHN K. EDWARDS

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion, hereby moves for the admission and appearance of attorney John K. Edwards pro hac vice in the above-entitled action. This motion is supported by the Declaration of John K. Edwards, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Edwards is admitted and in good standing with the Bars of the States of Texas and Florida. Mr. Edwards is also admitted to practice in the United States Supreme Court, United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Northern District of Texas, Western District of Texas, Eastern District of Texas, Southern District of Florida, and Eastern District of Michigan.

2. Mr. Edwards is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Edwards possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of John K. Edwards as representative of Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion in this proceeding.

Dated: June 2, 2023                             Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

*Counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on June 2, 2023, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER
