IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., ET AL.,<br><br>*Defendants.* | No. 21-cv-02130-CJN |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JOHN K. EDWARDS

Upon consideration of the Motion for Admission Pro Hac Vice of Attorney John K. Edwards in the above-captioned matter and the Declaration of John K. Edwards in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Motion for Admission Pro Hac Vice of Attorney John K. Edwards is **GRANTED**; and

**FURTHER ORDERED** that John K. Edwards be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: June __, 2023

_____
CARL J. NICHOLS
United States District Judge