IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., ET AL.,

    *Plaintiffs,*

*v.*

HERRING NETWORKS, INC., ET AL.,

    *Defendants.*

No. 21-cv-02130-CJN

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JOEL R. GLOVER

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion, hereby moves for the admission and appearance of attorney Joel R. Glover pro hac vice in the above-entitled action. This motion is supported by the Declaration of Joel R. Glover, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Glover is admitted and in good standing with the Bars of the States of Texas and New York. Mr. Glover is also admitted to practice in the United States Supreme Court; United States Court of Appeals, Fifth Circuit; United States Court of Appeals, Second Circuit; United States District Court of Colorado; United States District Court of New York, Southern District; United States District Court of New York, Eastern District; State of Texas 13th Court of Appeals; United States District Court of Texas, Eastern District; United States District Court of Texas, Western District; United States District Court of Texas, Southern District;

United States Bankruptcy Court of Texas, Southern District; United States District Court of Texas, Northern District; United States District Court of Pennsylvania, Western District; United States District Court, District of Massachusetts; United States District Court, Middle District of Florida.

2. Mr. Glover is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Glover possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Joel R. Glover as representative of Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion in this proceeding.

Dated: June 2, 2023

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

*Counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on June 2, 2023, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER
