**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., ET AL.,<br><br>*Defendants.* | No. 21-cv-02130-CJN |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY BETHANY PICKETT SHAH

Upon consideration of Motion for Admission Pro Hac Vice of Attorney Bethany Pickett Shah in the above-captioned matter and the Declaration of Bethany Pickett Shah in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Motion for Admission Pro Hac Vice of Attorney Bethany Pickett Shah is **GRANTED**; and

**FURTHER ORDERED** that Bethany Pickett Shah be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: June __, 2023

_____
CARL J. NICHOLS
United States District Judge