**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., ET AL., *Plaintiffs,* v. HERRING NETWORKS, INC., ET AL., *Defendants.* | No. 21-cv-02130-CJN |

## MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY NANCY W. HAMILTON

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion, hereby moves for the admission and appearance of attorney Nancy W. Hamilton pro hac vice in the above-entitled action. This motion is supported by the Declaration of Nancy W. Hamilton, filed herewith.

In support of this motion, Movant states as follows:

1. Ms. Hamilton is admitted and in good standing with the Bar of the State of Texas. Ms. Hamilton is also admitted to practice in the Texas Supreme Court, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Seventh Circuit, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, United States District Court for the Eastern District of Texas,

United States District Court for the Western District of Texas and United States

District Court for the Western District of Michigan.

2.  Ms. Hamilton is not currently and has never previously been the subject of any

disciplinary action by any state or federal bar association or administrative agency.

3.  Movant is satisfied that Ms. Hamilton possesses the character and skills required

of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Nancy W. Hamilton as representative

of Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion in this

proceeding.

Dated: June 5, 2023

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO.
1011329)
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

*Counsel for Herring Networks, Inc., Charles
Herring, Robert Herring, Sr., and Chanel
Rion*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed

with the Clerk of Court using the CM/ECF system on June 5, 2023, which I understand to

have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER