IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs <br><br> v. <br><br> AT&T Services, Inc., *et al.*, <br><br> Third-Party Defendants. | No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), counsel Blaine Kimrey, Jeanah Park, Bryan Clark, Brian Ledebuhr, and Brian McCalmon of Vedder Price P.C. respectfully withdraw their appearances as counsel for defendants, counterclaim plaintiffs, and third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion (the "Herring Parties") in this action.

The Herring Parties consent to the withdrawal of this appearance. The Herring Parties will continue to be represented by R. Trent McCotter of Boyden Gray & Associates PLLC, as well as seven attorneys from Jackson Walker, LLP who have filed motions to appear *pro hac vice*.

Respectfully submitted this 12th day of June 2023.

Respectfully submitted,

| | |
|---|---|
| HERRING NETWORKS, INC.<br>By: ___/s/ Charles Herring___<br><br>Charles Herring, President<br><br>CHARLES HERRING<br>___/s/ Charles Herring___<br><br>ROBERT HERRING<br><br>_____<br><br>CHANEL RION<br><br>_____ | VEDDER PRICE, P.C.<br>By: ___/s/ Blaine C. Kimrey___<br><br>Blaine C. Kimrey<br>bkimrey@vedderprice.com<br>Jeanah Park<br>jpark@vedderprice.com<br>Bryan Clark<br>bclark@vedderprice.com<br>Brian Ledebuhr<br>bledebuhr@vedderprice.com<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL 60601<br>T: +1 312 609 7500<br>F: +1 312 609 5005<br><br>Brian K. McCalmon, Bar No. 461196<br>bmccalmon@vedderprice.com<br>VEDDER PRICE P.C.<br>1401 New York Ave NW, Suite 500<br>Washington, DC 20005<br>T: +1 202 312 3320<br>F: +1 202 312 3322 |

Respectfully submitted,

| | |
|---|---|
| HERRING NETWORKS, INC. | VEDDER PRICE, P.C. |
| By: _____ | By: /s/ Blaine C. Kimrey |

Charles Herring, President

CHARLES HERRING

_____

ROBERT HERRING

_____

CHANEL RION

_____

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T:  +1 312 609 7500
F:  +1 312 609 5005

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Ave NW, Suite 500
Washington, DC 20005
T:  +1 202 312 3320
F:  +1 202 312 3322

Respectfully submitted,

HERRING NETWORKS, INC.

By: _____

Charles Herring, President

CHARLES HERRING

_____

ROBERT HERRING

CHANEL RION

_____

VEDDER PRICE, P.C.

By: /s/ Blaine C. Kimrey

Blaine C. Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Bryan Clark
bclark@vedderprice.com
Brian Ledebuhr
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Ave NW, Suite 500
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Blaine C. Kimrey*
Blaine C. Kimrey