AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US Dominion, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02130-CJN |
| Herring Networks, Inc.. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs   .

Date:   06/13/2023

/s/ Eve Levin
*Attorney's signature*

Eve Levin (Bar No. 1672808)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

*Address*

elevin@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*