IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>    Plaintiffs/Counterclaim Defendants <br><br>v. <br><br>HERRING NETWORKS, INC., *et al.*, <br><br>    Defendants/Counterclaim, Third-Party Claim Defendants <br><br>v. <br><br>AT&T Services, Inc., *et al.* <br><br>    Counterclaim/Third-Party Claim Defendants | Case No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols <br><br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JONATHAN ROSS

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Jonathan Ross *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jonathan Ross, filed herewith. As set forth in Mr. Ross' declaration, he is admitted and in good standing in the following bars and courts: all State Courts of Texas; State Courts of New York; the United States District Courts for the Eastern, Northern, and Southern District of Texas, the United States District Courts for the Western and Eastern Districts of Arkansas, the United States District Courts for the Northern Districts of Georgia; the United States District Courts for the Eastern and Southern District of New York, the Supreme Court of the United States, and the United States Court of Appeals for the Federal, Second, and Fifth Circuit.

1

      This motion is supported and signed by Eve Levin, an active and sponsoring member of the Bar of this Court.

Dated: June 13, 2023

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Katherine Peaslee (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs-Counter Defendants*

Respectfully submitted,

/s/ *Eve Levin*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, VT 05068
(864) 373-3882
rodsmolla@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court on June 13, 2023, using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Eve Levin*
Eve Levin (D.C. Bar No. 1672808)