IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>　　Plaintiffs/Counterclaim <br>　　Defendants <br><br>v. <br><br>HERRING NETWORKS, INC., *et al.*, <br><br>　　Defendants/Counterclaim, <br>　　Third-Party Claim Defendants <br><br>v. <br><br>AT&T Services, Inc., *et al.* <br><br>　　Counterclaim/Third-Party <br>　　Claim Defendants | Case No. 1:21-cv-02130-CJN <br><br><br>Judge Carl J. Nichols <br><br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JONATHAN ROSS**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jonathan Ross, hereby declare:

1. My full name is Jonathan Ross. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002. My telephone number is (713) 653-7813.

3. I am a member in good standing of the State Bar of Texas. I am also admitted to practice before the following courts:

> All State Courts of Texas; State Courts of New York; the United States
> 
> District Courts for the Eastern, Northern, and Southern District of Texas,
> 
> the United States District Courts for the Western and Eastern Districts of

1

Arkansas, the United States District Courts for the Northern Districts of Georgia; the United States District Courts for the Eastern and Southern District of New York, the Supreme Court of the United States, and the United States Court of Appeals for the Federal, Second, and Fifth Circuit.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2023.

_____
Jonathan Ross

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jonathan Jeffrey Ross**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 1994.

I further certify that the records of this office show that, as of this date

**Jonathan Jeffrey Ross**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 13th day of June, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0863C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.