**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.* ) | |
| ) | Case No. 1:21-cv-02130-CJN |
| Plaintiffs/Counterclaim ) | |
| Defendants ) | |
| v. ) | |
| ) | Judge Carl J. Nichols |
| HERRING NETWORKS, INC., *et al.,* ) | |
| ) | |
| Defendants/Counterclaim, ) | |
| Third-Party Claim Defendants ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| AT&T Services, Inc., *et al.* ) | |
| ) | |
| Counterclaim/Third-Party ) | |
| Claim Defendants ) | |

## [PROPOSED] ORDER GRANTING DOMINION'S MOTION FOR ENTRY OF A SCHEDULING ORDER & CONSOLIDATION

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Jonathan Ross in the above-captioned matter and the Declaration of Jonathan Ross in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Jonathan Ross be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Jonathan Ross be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE

1