IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., et al., <br><br>     Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., et al., <br><br>     Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs <br><br> v. <br><br> AT&T SERVICES, INC., et al, <br><br>     Third-Party Defendants. | Case No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

## **THE HERRING PARTIES' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Herring Networks, Inc., d/b/a One America News Network ("Herring"), Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Parties"), by and through their attorneys, file this Notice of Dismissal Without Prejudice ("Notice") as follows:

    1.    Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41(a)(1) provides a "'simple, self-executing mechanism,' whereby 'the plaintiff files a notice of dismissal[;] . . . the dismissal takes effect automatically[; and] the trial judge has no role to play at all.'" *Wade v. Kerner*, No. 21-CV-2396, 2022 WL 782414, at *1 (D.D.C. Mar. 15, 2022) (quoting *Randall v. Merrill Lynch*, 820 F.2d 1317, 1320 (D.C. Cir. 1987)).

2.     The Herring Parties seek to voluntarily dismiss all third-party claims against individual Defendant William Kennard, AT&T, Inc. Board Chairman and Staple Street Operating Executive Board Member ("Kennard"). Kennard has not served an answer or filed a motion for summary judgment. Accordingly, by this Notice, the Court must dismiss these claims against Kennard in this proceeding without prejudice. *See*, *e,g*., *Wade*, 2022 WL 782414 at *2 ("Here, Defendant has not filed an answer to Plaintiff's complaint or a motion for summary judgment. So, the action must be dismissed.").

WHEREFORE, the Herring Parties respectfully notify this Court that they dismiss all third-party claims against Defendant Kennard without prejudice.

Dated: June 16, 2023                    Respectfully submitted,


                                        By: */s/ Jonathan D. Neerman*


                                        **JACKSON WALKER LLP**
                                        Jonathan D. Neerman (*D.D.C. admission pending*)
                                        D.C. Bar No. 90003393
                                        jneerman@jw.com
                                        Jackson Walker LLP
                                        2323 Ross Avenue, Suite 600
                                        Dallas, TX 75201
                                        T: (214) 953-5664
                                        F: (214) 661-6899

                                        /s/ R. Trent McCotter
                                        R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
                                        Boyden Gray & Associates
                                        801 17th St NW, #350
                                        Washington, DC 20006
                                        (202) 706-5488
                                        mccotter@boydengrayassociates.com

                                        *Counsel for the Herring Defendants.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ *R. Trent McCotter*
R. Trent McCotter