# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*<br><br>　　　　Plaintiffs/Counterclaim Defendants<br><br>　v.<br><br>HERRING NETWORKS, INC., *et al.*<br><br>　　　　Defendants/<br>　　　　Counterclaim,<br>　　　　Third-Party Claim Defendants<br><br>　v.<br><br>AT&T Services, Inc., *et al.*<br><br>　　　　Counterclaim/Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### [THE HERRING PARTIES' PROPOSED] SCHEDULING ORDER

Upon review of the parties' Joint Meet and Confer Statement and accompanying proposed Scheduling Orders, the Court enters the following schedule to govern discovery:

1. Deadline to Exchange Initial Disclosures Under Fed R. Civ. P. 26(a)(1): **March 30, 2023**

2. Deadline to Join Additional Parties or Amend Pleadings: **May 31, 2023**[1]

3. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: **October 26, 2023**

4. Deadline for Completion of Fact Discovery: **May 30, 2024**

5. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **June 27, 2024**

6. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **July 31, 2024**

---

[1] This deadline is subject to the Parties' reservation of rights to seek to add parties or amend the pleadings as provided for under the Federal Rules of Civil Procedure.

1

7. Deadline for Proponents to Produce Responsive Expert Reports: **August 29, 2024**

8. Deadline for Expert Depositions: **October 3, 2024**

9. Status Conference: **In-person on _____, 2024 at _____**

10. Deadline to File Dispositive Motions: **November 14, 2024**

11. Deadline to File Oppositions to Dispositive Motions: **December 19, 2024**

12. Deadline to File Replies in Support of Dispositive Motions: **January 30, 2025**

13. Date for Final Pretrial Conference: **TO BE DETERMINED BY THE COURT**

14. Date for Trial: **TO BE DETERMINED BY THE COURT**

**SO ORDERED.**


Dated:

CARL J. NICHOLS
United States District Judge