# EXHIBIT 2

# Scheduling Order Comparison

| Description | Dominion (Proposed) Scheduling Order Date | Smartmatic Scheduling Order Date |
|---|---|---|
| Deadline to Serve Document Requests under Fed. R. Civ. P. 34: | 9/5/2023 | 5/31/2023 |
| Deadline for Completion of Fact Discovery | 1/22/2024 | 12/8/2023 |
| Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | 2/12/2024 | 1/19/2024 |
| Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): | 3/11/2024 | 2/23/2024 |
| Deadline for Proponents to Produce Responsive Expert Reports | 4/8/2024 | 3/22/2024 |
| Deadline for Expert Depositions | 5/17/2024 | 5/3/2024 |
| Status Conference | 6/5/2024 (In Person) | 5/15/2024 (In Person) |
| Deadline to File Dispositive Motions | 7/1/2024 | 6/7/2024 |
| Deadline to File Oppositions to Dispositive Motions | 7/29/2024 | 7/22/2024 |
| Deadline to File Replies in Support of Dispositive Motions | 8/16/2024 | 8/21/2024 |