IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    Plaintiffs/Counterclaim Defendants<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs<br><br>v.<br><br>AT&T SERVICES, INC., et al,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

**[PROPOSED] ORDER**

Before the Court is Plaintiff U.S. Dominion, Inc.'s Motion for Entry of a Scheduling Order & Consolidation ("Motion"). Having considered the Motion, the Herring Parties' Response in Opposition, the parties' pleadings, and the applicable law, the Court is of the opinion that the Motion should be and hereby is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court will enter into the record the proposed Scheduling Order attached as Exhibit 1 to the Herring Parties' Response in Opposition, a document that was also attached to the Joint Meet and Confer Report Under Local Rule 16.3, Docket No. 72.

SO ORDERED, this _____ day of _____, 2023.

 

                                                    THE HONORABLE CARL J. NICHOLS
                                                    United States District Judge