AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al., | ) |
| | ) |
| HERRING NETWORKS, INC., et al. | ) Case No. 1:21-cv-02130-CJN |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., Charles Herring, Robert Herring, Sr. and Chanel Rion                              .

Date:     06/16/2023

*Attorney's signature*

Charles L. Babcock (Admitted PHV)
*Printed name and bar number*
1401 McKinney St., ste. 1900
Houston, TX  77010

*Address*

cbabcock@jw.com
*E-mail address*

(713) 752-4210
*Telephone number*

(713) 308-4110
*FAX number*