AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., Charles Herring, Robert Herring, Sr. and Chanel Rion.

Date: 06/20/2023

*Attorney's signature*

Joel R. Glover (Admitted PHV)
*Printed name and bar number*

1401 McKinney Street, Suite 1900
Houston, Texas 77010
*Address*

jglover@jw.com
*E-mail address*

(713) 752-4226
*Telephone number*

(713) 742-4221
*FAX number*