AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US Dominion, Inc., et al.<br>*Plaintiff*<br>v.<br>Herring Networks, Inc., et al<br>*Defendant* | )<br>)<br>)  Case No.  1:21-cv-02130-CJN<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks,Inc., d/b/a One America News Network, Charles Herring, Robert Herring, Sr. & Chanel Rion.

Date:   06/20/2023

*Attorney's signature*

Minoo Blaesche (admitted PHV)
*Printed name and bar number*

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
*Address*

mblaesche@jw.com
*E-mail address*

(214) 953-6160
*Telephone number*

(214) 661-6800
*FAX number*