AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., Charles Herring, Robert Herring, Sr. and Chanel Rion .

Date: 06/20/2023

*Attorney's signature*

Bethany Pickett Shah  St Bar No. 24102357
*Printed name and bar number*

1401 McKinney St., Suite 1900
Houston, TX 77010

*Address*

bpickett@jw.com
*E-mail address*

(713) 752-4200
*Telephone number*

(713) 752-4221
*FAX number*