AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc., et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:21-cv-02130-CJN |
| Herring Networks, Inc., et al | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., d/b/a One America News Network, Charles Herring, Robert Herring, Sr. & Chanel Rion.

Date:   06/20/2023

*Attorney's signature*

Carl C. Butzer (admitted PHV)
*Printed name and bar number*

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201

*Address*

cbutzer@jw.com
*E-mail address*

(214) 953-5902
*Telephone number*

(214) 661-6609
*FAX number*