IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., *et al.*, <br><br> Third-Party Defendants. | Case No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols |

**LOCAL RULE 26.1 CERTIFICATE**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for AT&T Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of AT&T Services, Inc., which have any outstanding securities in the hands of the public.

- AT&T Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

  */s/* Howard S. Hogan
Howard S. Hogan (DC Bar No. 492002)

1050 Connecticut Avenue, N.W.
Washington, DC 20036
HHogan@gibsondunn.com

Marcellus McRae (admitted *pro hac vice*)
M. Theodore Takougang (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
MMcRae@gibsondunn.com
TTakougang@gibsondunn.com

Ashley E. Johnson (admitted *pro hac vice*)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
AJohnson@gibsondunn.com

*Attorneys for Third-Party Defendant*
*AT&T Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

          /s/ Howard S. Hogan
Howard S. Hogan (DC Bar No. 492002)

1050 Connecticut Avenue, N.W.
Washington, DC 20036
HHogan@gibsondunn.com

Marcellus McRae (admitted *pro hac vice*)
M. Theodore Takougang (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
MMcRae@gibsondunn.com
TTakougang@gibsondunn.com

Ashley E. Johnson (admitted *pro hac vice*)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
AJohnson@gibsondunn.com

*Attorneys for Third-Party Defendant AT&T Services, Inc.*