IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>      Plaintiffs/Counterclaim<br>      Defendants,<br><br>  v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>      Defendants/Counterclaim<br>      Plaintiffs/Third-Party Plaintiffs,<br><br>  v.<br><br>AT&T SERVICES, INC., *et al.*,<br><br>      Third-Party Defendants. | Case No. 1:21-cv-02130-CJN<br><br>**Oral Hearing Requested**<br><br>Judge Carl J. Nichols |

**THIRD-PARTY DEFENDANT AT&T SERVICES, INC.'S MOTION TO DISMISS**

Third-Party Defendant AT&T Services, Inc., by its undersigned counsel, respectfully moves to dismiss with prejudice Third-Party Plaintiffs' Fifth Cause of Action in the Amended Third-Party Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure for the reasons set forth in the concurrently filed Memorandum of Points and Authorities in Support of AT&T Services, Inc.'s Motion to Dismiss.

Dated:  June 20, 2023 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP


　　　　　　　　　　　　　　　　　　　　　　By: /s/ Howard S. Hogan
　　　　　　　　　　　　　　　　　　　　　　　　 Howard S. Hogan (DC Bar No. 492002)

　　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　HHogan@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　　　Marcellus McRae (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　M. Theodore Takougang (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　333 South Grand Avenue
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　MMcRae@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　　　TTakougang@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　　　Ashley E. Johnson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　AJohnson@gibsondunn.com


　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Third-Party Defendant AT&T, Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

        /s/ Howard S. Hogan
        Howard S. Hogan (DC Bar No. 492002)

1050 Connecticut Avenue, N.W.
Washington, DC 20036
HHogan@gibsondunn.com

Marcellus McRae (admitted *pro hac vice*)
M. Theodore Takougang (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
MMcRae@gibsondunn.com
TTakougang@gibsondunn.com

Ashley E. Johnson (admitted *pro hac vice*)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
AJohnson@gibsondunn.com

*Attorneys for Third-Party Defendant AT&T Services, Inc.*