# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | |
|     Plaintiffs/Counterclaim Defendants, | No. 1:21-cv-02130-CJN |
| v. | |
| HERRING NETWORKS, INC., *et al.*, | Judge Carl J. Nichols |
|     Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, | |
| v. | |
| AT&T SERVICES, INC., *et al.*, | |
|     Third-Party Defendants. | |

## [PROPOSED] ORDER

On June 20, 2023, Third-Party Defendant AT&T Services, Inc. filed a motion to dismiss defendants/counterclaim plaintiffs/third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion's (collectively, "Herring") Fifth Cause of Action in Herring's Amended Counterclaim/Third-Party Complaint. Good cause appearing, it is hereby ordered that the Fifth Cause of Action in the Amended Counterclaim/Third-Party Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
U.S. District Judge Carl J. Nichols