**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　　Plaintiffs/Counterclaim<br>　　　Defendants,<br><br>　　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　Defendants/Counterclaim<br>　　　Plaintiffs/Third-Party Plaintiffs,<br><br>　　v.<br><br>AT&T SERVICES, INC., *et al.*,<br><br>　　　Third-Party Defendants. | Case No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

**DECLARATION OF NATALIE L. HALL IN SUPPORT OF THIRD-PARTY
DEFENDANT AT&T SERVICES, INC.'S REQUEST FOR JUDICIAL NOTICE**

I, Natalie L. Hall, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1.   I am currently the Assistant Vice President – Senior Legal Counsel of AT&T Services, Inc. I have been employed by AT&T Services, Inc. since March of 2012.

2.   In my capacity as Assistant Vice President – Senior Legal Counsel, I have had access to and maintained numerous documents and agreements, including certain agreements for AT&T Services, Inc.

3.   Attached hereto as **Exhibit 1** is a true and correct redacted copy of the Assignment Agreement between AT&T Services, Inc. and DIRECTV, LLC, dated July 31, 2021.

4.   Attached hereto as **Exhibit 2** is a true and correct copy of the July 28, 2021 letter from AT&T Services, Inc. and DIRECTV, LLC notifying Herring Networks, Inc. that AT&T Services would assign its "rights and obligations under the [Affiliation] Agreement" to DIRECTV.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 19, 2023.

*Natalie Hall*
_____
NATALIE L. HALL