**<u>HALL EXHIBIT 1</u>**

*Execution Version*

## ASSIGNMENT AGREEMENT
### (Content Programming Agreements)

THIS ASSIGNMENT AGREEMENT (this "Agreement"), dated as of July 31, 2021, is by and between AT&T Services, Inc., a Delaware corporation ("Assignor") and DIRECTV, LLC, a California limited liability company ("Assignee").

## W I T N E S S E T H:

**WHEREAS**, Assignor is party to the content programming agreements, each as amended and supplemented, listed on Exhibit A attached hereto (the "Content Programming Agreements");

**WHEREAS**, upon the consummation of the transactions contemplated by that certain Agreement of Contribution and Subscription (the "Subscription Agreement"), dated February 25, 2021, by and among Assignor, AT&T MVPD Holdings LLC (f/k/a V Holdco LLC), DIRECTV Entertainment Holdings LLC (f/k/a V Opco LLC) and TPG VIII Merlin Investment Holdings, L.P. ("Investor"), Investor will make a subscription for equity in DIRECTV Entertainment Holdings LLC (the "Subscription Transaction"); and

**WHEREAS**, Assignor desires to assign and transfer to Assignee, and Assignee desires to assume and accept, all of Assignor's right, title and interest in and to the Content Programming Agreements, and all other content programming agreements to which AT&T Services is a party that involve distribution of video programming via the U-verse system (the "Other CP Agreements" and together with the Content Programming Agreements, the "Assigned Contracts").

**NOW, THEREFORE**, in consideration of mutual covenants and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties hereto agree as follows:

## ARTICLE 1
## ASSIGNMENT

### 1.1 Assignment of Assigned Contracts.

At the Effective Time (defined below), Assignor does hereby convey, transfer, assign and deliver to Assignee (the "Assignment"), all of Assignor's respective right, title and interest in and to the Assigned Contracts. Assignee hereby accepts from Assignor the conveyance, transfer, assignment and delivery of the Assigned Contracts and assumes the due and full performance of all liabilities and obligations arising under, related to or associated with the Assigned Contracts and shall be responsible for all claims, liabilities, losses, judgments, settlements, penalties, costs, expenses and similar obligations relating to the Assigned Contracts (collectively, the "Assignment Liabilities").

**1.2     Excluded Contracts.**

No contract or agreement other than the Assigned Contracts is being assigned, transferred, conveyed or delivered to Assignee pursuant to this Agreement, and all such other contracts and agreements are expressly excluded from the Assigned Contracts.

**1.3     Effectiveness of Assignment.**

The Agreement and the Assignment contemplated by this Article 1 shall become effective immediately prior to the closing of the Subscription Transaction (the "<u>Effective Time</u>") (automatically and without any further action by either party hereto). This Agreement shall become void and of no further force or effect if the Subscription Agreement is terminated prior to the effective date of the closing of the Subscription Transaction.

**ARTICLE 2**
**FURTHER ASSURANCES**

The parties shall, from time to time, without further consideration, execute, acknowledge, and deliver such further instruments of assignment, transfer, conveyance, assumption or novation and take such other actions as may be reasonably necessary or expedient to further the purposes of this Agreement and to confirm the consummation of the transactions contemplated under this Agreement.

**ARTICLE 3**
**MISCELLANEOUS**

**3.1     Successors and Assigns.**

This Agreement will be binding upon, inure to the benefit of and be enforceable by the parties and their respective successors and assigns.

**3.2     Governing Law.**

THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT GIVING EFFECT TO ANY CHOICE OR CONFLICT OF LAW PROVISION OR RULE (WHETHER OF THE STATE OF NEW YORK OR ANY OTHER JURISDICTION) THAT WOULD CAUSE THE APPLICATION OF THE LAWS OF ANY JURISDICTION OTHER THAN THOSE OF THE STATE OF NEW YORK.

**3.3     Counterparts.**

This Agreement may be executed in one or more counterparts which may be delivered by facsimile or as an attachment to an email transmission, each of which shall be considered an original, but all of which together shall be considered one and the same agreement.

**3.4    Severability.**

The invalidity of any provision or provisions of this Agreement shall not affect the validity of any other provision or provisions of this Agreement, which shall remain in full force and effect.

**3.5    Binding Nature.**

This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the parties, their heirs and their respective successors and permitted assignees. There are no third-party beneficiaries to this Agreement.

**3.6    Captions.**

The captions contained in this Agreement are for reference purposes only and are not part of this Agreement.

**3.7    Interpretations.**

Neither this Agreement nor any uncertainty or ambiguity herein shall be construed or resolved against any party, whether under any rule of construction or otherwise. No party to this Agreement shall be considered the draftsman. The parties acknowledge and agree that this Agreement has been reviewed, negotiated, and accepted by all parties and their attorneys and shall be construed and interpreted according to the ordinary meaning of the words used so as fairly to accomplish the purposes and intentions of all parties hereto.

*[Signature Page Follows]*

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be duly executed on the date first above written.

<u>**ASSIGNOR:**</u>

**AT&T SERVICES, INC.**

By: _____
Name: Jeston B. Dumas
Its: Treasurer

<u>**ASSIGNEE:**</u>

**DIRECTV, LLC**

By: _____
Name: Jeston B. Dumas
Its: Assistant Treasurer

**Exhibit A**

**Assigned Contracts**



| | | Contract Name |
|---|---|---|
| | ■ | |
| | ■ | |
| | ■ | |
| 4. | | Affiliation Agreement, dated 03/09/17 (as amended and supplemented), between AT&T Services, Inc. and Herring Networks, Inc. |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |
| | ■ | |





| | | Contract Name |



























