**HALL EXHIBIT 2**



By FedEx

July 28, 2021

One America News Network
4757 Morena Blvd
San Diego, CA 92117
Attention: Charles P. Herring, President

RE: Affiliation Agreement, dated 03/09/17 (as amended and supplemented, the "**Agreement**"), between AT&T Services, Inc. ("**AT&T Services**") and Herring Networks, Inc.

Ladies and Gentlemen:

As you may be aware, on February 25, 2021, AT&T Inc. and its subsidiaries (collectively, "**AT&T**") entered into an Agreement of Contribution and Subscription, by and among AT&T Services, AT&T MVPD Holdings LLC (f/k/a V HoldCo LLC), DIRECTV Entertainment Holdings LLC (f/k/a V OpCo LLC) and TPG VIII Merlin Investment Holdings, L.P. ("**TPG**") pursuant to which AT&T and TPG agreed to establish a new company ("**New DIRECTV**") that will own and operate the U.S. video business unit of AT&T, consisting of the DIRECTV, AT&T TV and U-verse video services (collectively, the "**U.S. Video Business**") (the "**Contribution Transaction**"). Following the close of the Contribution Transaction, AT&T and TPG will own 70% and 30%, respectively, of the common equity in New DIRECTV. As such, DIRECTV, LLC ("**DIRECTV**") will continue to be an affiliated entity of AT&T Services and New DIRECTV.

In connection with the Contribution Transaction, AT&T will undertake an internal reorganization of its U.S. Video Business, which will include the assignment of AT&T Services' rights and obligations under the Agreement to its affiliated entity, DIRECTV (such assignment, together with the Contribution Transaction, the "**Transaction**").

Accordingly, we deliver this letter to notify you of the Transaction, including the assignment of the Agreement to DIRECTV, which will be effective as of the close of the Transaction.

From this date forward, any notices under the Agreement should be sent to the following address:

> DIRECTV, LLC
> 2260 East Imperial Highway
> El Segundo, CA 90245
> Attn: Vice President, Content & Programming
> Email: g03675@att.com

The delivery of this letter shall not operate as a waiver of, nor as an amendment of, any right, power, or remedy under the Agreement, as in effect prior to the date hereof, and, other than as described above

pursuant to the assignment of the Agreement in connection with the Transaction, the Agreement shall remain in full force and effect under its current terms and conditions following the consummation of the Transaction.

If you have any questions regarding this letter, please do not hesitate to contact your business contact at DIRECTV.

Yours truly,

DIRECTV, LLC

By: *Brooke Mallette*
Name: Brooke Mallette
Title: Vice President – Associate General Counsel

AT&T Services, Inc.

By: *Brooke Mallette*
Name: Brooke Mallette
Title: Vice President – Associate General Counsel

CC: One America News Network
4757 Morena Blvd
San Diego, CA 92117
Attention: CEO

AWE
4757 Morena Blvd.
San Diego, CA 92117
Attn: Charles P. Herring, President

AWE
4757 Morena Blvd.
San Diego, CA 92117
Attn: CEO