IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    Plaintiffs/Counterclaim<br>    Defendants,<br><br>  v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>    Defendants/Counterclaim<br>    Plaintiffs/Third-Party Plaintiffs,<br><br>  v.<br><br>AT&T SERVICES, INC., *et al.*,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

**DECLARATION OF MARCELLUS MCRAE IN SUPPORT OF THIRD-PARTY DEFENDANT AT&T SERVICES, INC.'S REQUEST FOR JUDICIAL NOTICE**

I, Marcellus McRae, pursuant to 28 U.S.C. § 1746, state and declare as follows:

1. I am a partner in the law firm Gibson, Dunn & Crutcher LLP, counsel for Third-Party Defendant AT&T Services, Inc. in the above-captioned action, and submit this declaration in support of Third-Party Defendants' Request for Judicial Notice. I have personal knowledge of the facts set forth in this declaration and, if called to testify, I could and would competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 7, 2022 Complaint filed in *Herring Networks, Inc. v. AT&T Inc., et al.*, No. 37-2022-00008623-CU-BC-CTL (San Diego Superior Ct.) (the "San Diego Litigation").

3. Attached hereto as **Exhibit 2** is a true and correct copy of the January 13, 2023 Minute Order in the San Diego Litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2023.

*Marcellus McRae*
MARCELLUS MCRAE