**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| US DOMINION, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:21-cv-02130-CJN |
| v. | ) | |
| | ) | |
| HERRING NETWORK, INC., *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

**DOMINION'S CORRECTED MOTION TO DISMISS
DEFENDANT OAN'S AMENDED COUNTERCLAIMS**

Plaintiffs/Counterclaim Defendants US Dominion Inc., Dominion Voting Systems, Inc.,
and Dominion Voting Systems Corporation (collectively, "Dominion"), through its undersigned
counsel, respectfully moves to dismiss with prejudice Defendant's Amended Counterclaims
counts One and Two pursuant to Rule 12 of the Federal Rules of Civil Procedure, for the reasons
set forth in Dominion's attached Memorandum in Support.

This Motion serves to correct the filing of June 16, 2023 (Dkt. 99), which included the
Memorandum in support but not the cover motion.

Date:    June 21, 2023

Of Counsel:

Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com


Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
SUSMAN GODFREY LLP
1301 6th Avenue, 32nd Fl.
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Respectfully Submitted,

*/s/ Megan L. Meier*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com
(864) 373-3882

Attorneys for Plaintiffs-Counter Defendants

2