IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., *et al.,*<br><br>  Plaintiffs,<br><br>  v.<br><br>HERRING NETWORK, INC., *et al.*<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-02130-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

On June 16, 2023, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. filed a motion to dismiss defendants/counterclaim plaintiffs/third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion's (collectively, "OAN") First and Second Causes of Action in OAN's Amended Counterclaim/Third-Party Complaint. Good cause appearing, it is hereby ordered that the First and Second Causes of Action in the Amended Counterclaim/Third-Party Complaint shall be dismissed with prejudice.

**SO ORDERED**

Dated: _____, 2023

_____
U.S. District Judge Carl J. Nichols