IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORK, INC., *et al.* <br><br> Defendants | Case No. 1:21-cv-02130-CJN |

### [PROPOSED] ORDER

On June 16, 2023, Counterclaim Defendants Staple Street Capital II LP and Staple Street Capital II-A LP (collectively, "Staple Street") filed a motion to dismiss defendants/counterclaim plaintiffs/third-party plaintiffs Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion's (collectively, "OAN") Third and Fourth Causes of Action in OAN's Amended Counterclaim/Third-Party Complaint. Good cause appearing, it is hereby ordered that the Third and Fourth Causes of Action in the Amended Counterclaim/Third-Party Complaint shall be dismissed with prejudice.

**SO ORDERED**

Dated: _____, 2023

_____
U.S. District Judge Carl J. Nichols

1