AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al., <br> *Plaintiff* <br> v. <br> HERRING NETWORKS, INC., et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:21-cv-02130-CJN <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant AT&T Services, Inc.

Date: 6/21/2023

/s/ Ashley E. Johnson
*Attorney's signature*

Ashley E. Johnson, N/A (pro hac vice)
*Printed name and bar number*
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201

*Address*

ajohnson@gibsondunn.com
*E-mail address*

(214) 698-3111
*Telephone number*

(214) 571-2949
*FAX number*