AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US Dominion, Inc., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02130-CJN |
| Herring Networks, Inc., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs.

Date: 06/26/2023

/s/ Jonathan Ross
*Attorney's signature*

Jonanthan Ross (D.C. Bar No. TX0027)
*Printed name and bar number*

Susman Godfrey, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
*Address*

jross@susmangodfrey.com
*E-mail address*

(713) 653-7813
*Telephone number*

(713) 654-6666
*FAX number*