IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>     Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br>     Defendants/Counterclaim, Third-Party Claim Defendants <br><br> v. <br><br> AT&T Services, Inc., *et al.* <br><br>     Counterclaim/Third-Party Claim Defendants | Case No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

### DOMINION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO DOMINION'S MOTION FOR ENTRY OF A SCHEDULING ORDER & CONSOLIDATION

Pursuant to paragraph 9(c) of the Court's Standing Order for Civil Cases, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Dominion") move to extend until July 14, 2023, the deadline to file a reply to Defendants' Responses to Dominion's Motion for Entry of a Scheduling Order & Consolidation (Doc. Nos. 86 & 87). The motion is unopposed.  The motion is made so that Dominion may have the opportunity to fully reply to Defendants' arguments and in light of the forthcoming holiday.

WHEREFORE, Plaintiff's respectfully requests that the Court enter an order extending the deadline for Plaintiffs to reply to Defendants' Responses to Dominion's Motion for Entry of a Scheduling Order & Consolidation to July 14, 2023.

| | |
|---|---|
| Dated: June 26, 2023 | Respectfully submitted, |
| | /s/ Jonathan Ross |
| Laranda Walker (D.C. Bar No. TX0028) | Thomas A. Clare, P.C. (D.C. Bar No. 461964) |
| Mary K. Sammons (D.C. Bar No. TX0030) | Megan L. Meier (D.C. Bar No. 985553) |
| Jonathan Ross (D.C. Bar No. TX0027) | Dustin A. Pusch (D.C. Bar No. 1015069) |
| **SUSMAN GODFREY L.L.P.** | **CLARE LOCKE LLP** |
| 1000 Louisiana St., Suite 5100 | 10 Prince Street |
| Houston, TX 77002 | Alexandria, VA 22314 |
| Tel: (713) 651-9366 | (202) 628-7400 |
| Fax: (713) 654-6666 | tom@clarelocke.com |
| lwalker@susmangodfrey.com | megan@clarelocke.com |
| ksammons@susmangodfrey.com | dustin@clarelocke.com |

Eve Levin
(D.C. Bar No. 1672808)
Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Katherine Peaslee (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs-Counter Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Jonathan Ross*
Jonathan Ross (D.C. Bar No. TX 0027)