IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>      Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br>      Defendants/Counterclaim, Third-Party Claim Defendants <br><br> v. <br><br> AT&T Services, Inc., *et al.* <br><br>      Counterclaim/Third-Party Claim Defendants | Case No. 1:21-cv-02130-CJN <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Reply to Defendants' Response to Dominion's Motion for Entry of a Scheduling Order & Consolidation, and it appearing that there is good cause to grant the Motion, it is hereby ORDERED that the Motion is GRANTED, and that Plaintiff's will have until July 14, 2023, to reply to Defendants' Response to Dominion's Motion for Entry of a Scheduling Order & Consolidation.

    **SO ORDERED** this _____ day of _____ 2023.

 

_____
UNITED STATES DISTRICT JUDGE

1