IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., et al.,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

**ORDER**

Upon consideration of Third-Party Defendant AT&T Services, Inc.'s Motion to Dismiss (Dkt. 113), Dominion's Corrected Motion to Dismiss Defendant OAN's Amended Counterclaims (Dkt. 114), and Staple Street's Corrected Motion to Dismiss Defendant OAN's Amended Counterclaims (Dkt. 115), the response, the replies, if any, and argument of counsel, and it appearing that there is good cause to deny each of these motions, it is hereby ORDERED that the motions are DENIED.

Signed this _____ day of _____, 2023.

                                                                HONORABLE CARL J. NICHOLS
                                                                United States District Judge