IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a/ ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB,<br><br>Defendants/Counter and Third-Party Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC., and STAPLE STREET CAPITAL, LLC.,<br><br>Third-Party Defendants. | Case No. 1:21-cv-02130 (CJN) |

### DECLARATION OF EDGAR SARGENT
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Edgar Sargent, hereby declare:

1. My full name is Edgar Sargent. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 401 Union Street, Suite 3000, Seattle, Washington 98101-2683, and my telephone number is (206)

516-3880.

3. I am a member in good standing of the State Bar of Washington, Bar No. 28283. I am also admitted to practice before the following courts:

    a. United States District Court for the District of Minnesota;

    b. United States District Court for the Eastern District of Washington;

    c. United States District Court for the District of Arizona;

    d. United States District Court for the Eastern District of Texas;

    e. United States Court of Appeals for the Second Circuit;

    f. United States Court of Appeals for the Eight Circuit;

    g. United States Court of Appeals for the Ninth Circuit.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have previously been admitted *pro hac vice* in this Court in the following cases:

    a. None.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2023.

                                                      Edgar Sargent