IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., d/b/a/ ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB, <br><br> Defendants/Counter and Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., and STAPLE STREET CAPITAL, LLC., <br><br> Third-Party Defendants. | Case No. 1:21-cv-02130 (CJN) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ELIZABETH B. HADAWAY

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elizabeth B. Hadaway in the above-captioned matter and the Declaration of Elizabeth B. Hadaway in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elizabeth B. Hadaway be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Elizabeth B. Hadaway be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE