IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br>    Plaintiffs/Counter-Defendants, <br><br>v. <br><br>HERRING NETWORKS, INC., d/b/a/ ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB, <br><br>    Defendants/Counter and Third-Party Plaintiffs, <br><br>v. <br><br>AT&T SERVICES, INC., and STAPLE STREET CAPITAL, LLC., <br><br>    Third-Party Defendants. | Case No. 1:21-cv-02130 (CJN) |

## DECLARATION OF MARK HATCH-MILLER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Mark Hatch-Miller, hereby declare:

1. My full name is Mark Hatch-Miller. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1301 Avenue of the Americas, 32nd Floor, New York, New York, 10019. My telephone number is

(212) 336-8332.

3.  I am a member in good standing of the State Bar of New York, Bar NY No. 4981635.  I am also admitted to practice before the following courts:

    a.  United States District Court for the Southern District of New York;

    b.  United States District Court for the Eastern District of New York;

    c.  United States Bankruptcy Court for the Southern District of New York;

    d.  United States Court of Appeals for the Second Circuit; and

    e.  United States District Court for the Western District of Texas.

4.  I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.  I have not previously been admitted *pro hac vice* in this Court.

6.  I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 7, 2023.

*[signature]*
Mark Hatch-Miller