**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> HERRING NETWORKS, INC., d/b/a/ ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., CHANEL RION, and CHRISTINA BOBB, <br><br> Defendants/Counter and Third-Party Plaintiffs, <br><br> v. <br><br> AT&T SERVICES, INC., and STAPLE STREET CAPITAL, LLC., <br><br> Third-Party Defendants. | Case No. 1:21-cv-02130 (CJN) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**
**ADMISSION *PRO HAC VICE* OF ATTORNEY MARK HATCH-MILLER**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Mark Hatch-Miller in the above-captioned matter and the Declaration of Mark Hatch-Miller in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Mark Hatch-Miller be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Mark Hatch-Miller be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.


Dated: _____


_____
UNITED STATES DISTRICT JUDGE