AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| U.S. Dominion, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02130-CJN |
| Herring Networks, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation .

Date: 07/07/2023

/s/ Zachary B. Savage
*Attorney's signature*

Zachary B. Savage, DDC Bar No.: NY0465
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY  10019
*Address*

zsavage@susmangodfrey.com
*E-mail address*

(212) 471-8358
*Telephone number*

(212) 336-8340
*FAX number*