AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

## CERTIFICATE OF GOOD STANDING

I, _____ Sean F. McAvoy _____, Clerk of this Court,

certify that _____ Edgar G. Sargent _____, Bar # __ 28283 __,

was duly admitted to practice in this Court on __ 10/26/2005 __, and is in good standing as a member

of the Bar of this Court.

Dated at __ Richland, WA __ on __ 07/07/2023 __
            *(Location)*                              *(Date)*

1:02 pm, Jul 07, 2023

Sean F. McAvoy  
CLERK

*/s/ Ally A. Savchuk*  
DEPUTY CLERK