# EXHIBIT A

| | |
|---|---|
| **From:** | Davis, Eric M (Courts) |
| **To:** | Timlin, Tracey E.; Renck, Richard L.; Brian Farnan |
| **Cc:** | Iannelli, Lisa M (Courts); Michael J. Farnan; Bashkow, Brian (Courts) |
| **Subject:** | RE: US Dominion, Inc. v. Newsmax Media, Inc. N21C-08-063 |
| **Date:** | Wednesday, June 21, 2023 11:48:10 AM |

All:

I have some difficulty with the scheduling situation placed before me.  I want the trial done before the end of the year (2024) and late September/October works best for that; however, defendant's representation concerning Howard Cooper, Esquire, presents a problem.  I do not want to force any party to change its litigation team due to an overlap of trial dates.  I am not concerned about the overlapping of discovery and briefing.  Many of the facts and issues in the Smartmatic v. Newsmax Media and the US Dominion v. Newsmax Media will be similar and can be used in both cases.

I encourage the parties to try (once more) to find a date in 2024 before I unilaterally enter a trial date.

Please advise me on whether a date can be agreed upon no later than noon on June 30, 2023.

Judge Davis