IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., <br><br> Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> HERRING NETWORKS, INC., et al., <br><br> Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs <br><br> v. <br><br> AT&T SERVICES, INC., et al, <br><br> Third-Party Defendants. | Case No. 1:21-cv-02130-CJN <br><br><br> Judge Carl J. Nichols |

## NOTICE OF ENTRY OF APPEARANCE

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

Jonathan D. Neerman, of Jackson Walker LLP, hereby enters an appearance as counsel for Defendants Herring Networks, Inc., d/b/a One America News Network ("OAN"), Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Parties") in the above-captioned.

Dated: August 10, 2023

By: */s/ Jonathan D. Neerman*
Jonathan D. Neerman (*D.C Bar No. 90003393*)
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
T: (214) 953-5664
F: (214) 661-6899
jneerman@jw.com

*COUNSEL FOR DEFENDANTS HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, CHARLES HERRING, ROBERT HERRING, SR., AND CHANEL RION*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                        */s/ Jonathan D. Neerman*
                                        Jonathan D. Neerman

37119187v.1