AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| U.S. Dominion, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-02130-CJN |
| Herring Networks, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation                .

Date:   08/28/2023

_____
*Attorney's signature*

(admitted PHV
Mark H. Hatch-Miller  NYS Bar # 4981635)
*Printed name and bar number*

Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

*Address*

mhatch-miller@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*