IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>    v.<br><br>AT&T SERVICES, INC., *et al.*,<br><br>    Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

### MOTION FOR ADMISSION PRO HAC VICE
### OF ATTORNEY GREGORY M. SINGER

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, John F. Lauro, an attorney admitted to the Bar of this Court and counsel for Christina Bobb, hereby moves for the admission and appearance of attorney Gregory M. Singer pro hac vice in the above-entitled action. This motion is supported by the Declaration of Gregory M. Singer, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Singer is admitted and in good standing with the Bar of the State of Florida. Mr. Singer is also admitted to practice in the United States District Court for the Southern, Middle, and Northern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit.

1

2. Mr. Singer is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Singer possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Gregory M. Singer as representative of Christina Bobb in this proceeding.

Dated: September 21, 2023

Respectfully submitted,

*s/ John F. Lauro*
John F. Lauro (Bar ID: 392830)
jlauro@laurosinger.com
Lauro & Singer
400 N. Tampa Street, 15th Floor
Tampa, FL 33602
T: 813-222-8990
*Counsel for Christina Bobb*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 21st day of September, 2023.

*s/ John F. Lauro*
John F. Lauro