IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　　Defendants/<br>　　　　Counterclaim Plaintiffs/<br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>AT&T SERVICES, INC., *et al.*,<br><br>　　　　Third-Party Defendants. | No. 1:21-cv-02130-CJN<br><br>Judge Carl J. Nichols |

**DECLARATION OF GREGORY M. SINGER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

　　　　I, Gregory M. Singer, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

　　　　1.　　My full name and contact information is:

Gregory M. Singer
Lauro & Singer
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

　　　　2.　　I am a member of the bar of Florida, the United States District Court for the Northern, Middle, and Southern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit.

　　　　3.　　I have not been disciplined by any bar.

1

4. I have been admitted *pro hac vice* in this Court once within the last two years (United States v. Trump, No. 23-cr-257-TSC).

5. I do not engage in the practice of law from any office located in the District of Columbia or have an application for membership pending.

6. I have attached a certificate of good standing from the Florida Bar.

Executed on: September 21, 2023

Gregory M. Singer, Esq.