AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02130 |
| HERRING NETWORKS, INC., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Christina Bobb

Date: 10/31/2023

*Attorney's signature*

Gregory M. Singer (Fla. Bar 0109267)
*Printed name and bar number*
400 N Tampa St
15th Floor
Tampa, FL 33602

*Address*

gsinger@laurosinger.com
*E-mail address*

(813) 222-8990
*Telephone number*

(813) 222-8991
*FAX number*