**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al., <br>     *Plaintiffs/Counter-Defendants*, <br> v. <br> SIDNEY POWELL, et al., <br>     *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al., <br>     *Plaintiffs*, <br> v. <br> RUDOLPH W. GIULIANI, <br>     *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al., <br>     *Plaintiffs/Counter-Defendants*, <br> v. <br> MY PILLOW, INC., et al., <br>     *Defendants/ Counter- and Third-Party Plaintiffs*, <br> v. <br> SMARTMATIC USA CORP., et al., <br>     *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

1

| | |
|---|---|
| US DOMINION, INC., et al.,<br>　　*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>　　*Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.,*<br>　　*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.,*<br>　　*Defendants/ Counter- and*<br>　　*Third-Party Plaintiffs*,<br><br>v.<br><br>AT&T SERVICES, *et al.,*<br>　　*Third-Party Defendants.* | Civil Action No. 1:21-cv-02130 (CJN) |

### [PROPOSED] ORDER DENYING DEFENDANTS OAN, POWELL, POWELL, P.C., BYRNE, AND BOBB'S MOTIONS FOR ENTRY OF DISCOVERY PROTOCOL

Upon consideration of Defendant Herring Networks, Inc., d/b/a One America News Network et al.'s Motion for Entry of the Defendants' Joint Proposed Order Governing Discovery Matters [Dkt. 142 in Case No. 1:21-cv-02130-CJN], Defendant Christina Bobb's Motion for Entry of Defendants' Joint Proposed Order Governing Discovery Matters [Dkt. 143 in Case 1:21-cv-02130-CJN], Defendants Sidney Powell and Powell, P.C.,'s Motion for Order Adopting Discovery Protocol Jointly Proposed by All Defendants [Dkt. 106 in Case 1:21-cv-00040-CJN], and Defendant Patrick Byrne's Motion for Entry of An Order Adopting the Discovery Protocol

2

Proposed by All Defendants [Dkt. 66 in Case No. 1:21-cv-02131-CJN], considering all oppositions, related motions by any other parties, argument, and the entire record, it is hereby **ORDERED** that the Defendants' Motions are **DENIED**.

It is further **ORDERED** that Dominion's Proposed Order Regarding Discovery Matters [Dkt. 107-2 in Case No. 1:21-cv-00040-CJN], including all exhibits thereto, is **ENTERED**.

**It is SO ORDERED.**

Signed this ___ day of _____ 2023.

_____<br>
Judge Carl J. Nichols<br>
United States District Judge