# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:21-cv-00040 (CJN) |
| SIDNEY POWELL, et al., | |
| *Defendants.* | |

| | |
|---|---|
| US DOMINION, INC., et al., | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:21-cv-00213 (CJN) |
| RUDOLPH W. GIULIANI, | |
| *Defendant.* | |

| | |
|---|---|
| US DOMINION, INC., et al., | |
| *Plaintiffs/Counter-Defendants,* | |
| v. | Civil Action No. 1:21-cv-00445 (CJN) |
| MY PILLOW, INC., et al., | |
| *Defendants/Counter-Plaintiffs, and Third-Party Plaintiffs,* | |
| v. | |
| SMARTMATIC USA CORP., et al., | |
| *Third-Party Defendants.* | |

1

US DOMINION, INC., et al.,

*Plaintiffs*,

      v.

PATRICK BYRNE,

*Defendant*.

Civil Action No. 1:21-cv-02131 (CJN)

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

      v.

HERRING NETWORKS, INC., et al.,

*Defendants/Counter-Plaintiffs*, *and Third-Party Plaintiffs*,

      v.

AT&T SERVICES., et al.,

*Third-Party Defendants*.

Civil Action No. 1:21-cv-02130 (CJN)

**AGREED MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER**

    Pursuant to Federal Rule of Civil Procedure 26(c), Defendants Herring Networks, Inc., Robert Herring, Sr., Charles Herring, and Chanel Rion (collectively, the "Herring Defendants") hereby move for the entry of an amended protective order pursuant to the terms provided in the attached proposed order (Ex. A).  The Herring Defendants have attached as Exhibit B for the Court's benefit a redline showing the proposed changes.

The parties intend this amended protective order to apply in the Litigation.[1]  This amended protective order shall supersede the protective order entered by the Court on entered on December 16, 2022 and later amended on June 16, 2023.  This amended protective order shall govern the cases consolidated by the Court for the purposes of discovery.

In accordance with Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the Herring Defendants have conferred with Plaintiffs and Defendants to each of the cases. Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, as well as Defendants Michael Lindell, My Pillow, Inc., Sidney Powell, Powell, P.C., Defending the Republic, Rudolph Giuliani, and Patrick Byrne agree to the entry of this amended protective order.

---

[1] "Litigation" refers to the five above-captioned actions, which have either been consolidated or voluntarily coordinated for purposes of discovery in *US Dominion Inc., et al. v. My Pillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.), *US Dominion, Inc., et al. v. Powell, et al.*, No. 1:21-cv-00040-CJN (D.D.C.), *US Dominion, Inc., et al. v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C.), *US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.) and *US Dominion, Inc., et al. v. Herring Networks, et al.*, No 1:21-cv-02130-CJN (D.D.C.). This Order does not cover Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., or SGO Corporation Ltd.

Dated: November 3, 2023

Respectfully submitted,

By: */s/ Jonathan Neerman*

**JACKSON WALKER LLP**
Jonathan D. Neerman (D.C. Bar No. 90003393)
jneerman@jw.com
Charles L. Babcock (*admitted pro hac vice*)
cbabcock@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
T: (214) 953-5664
F: (214) 661-6899

*/s/ R. Trent McCotter*

**BOYDEN GRAY PLLC**
R. Trent McCotter (D.C. Bar No. 1011329)
tmccotter@boydengray.com
801 17th St. NW, #350
Washington, DC 20006
T: (202) 706-5488

*Counsel for the Herring Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

/s/ *R. Trent McCotter*
R. Trent McCotter