**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al., | |
| Plaintiffs/Counterclaim Defendants | |
| v. | Case No. 1:21-cv-02130-CJN |
| HERRING NETWORKS, INC., et al., | |
| Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs | Judge Carl J. Nichols |
| v. | |
| AT&T SERVICES, INC., et al., | |
| Third-Party Defendants. | |

**NOTICE OF THE HERRING PARTIES' MOTION IN THE BANKRUPTCY COURT FOR ENTRY OF AN ORDER CLARIFYING THE APPLICABILITY OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 TO CONSOLIDATED DISCOVERY**

Defendants Herring Networks, Inc., d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Parties"), file this Notice to inform the Court of their *Motion for Entry of an Order Clarifying Whether the Automatic Stay Applies to Stay Discovery in Consolidated Litigation* (the "Clarification Motion"), which was filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on January 12, 2024, and respectfully show the Court as follows:

1.     On December 21, 2023, Rudolph W. Giuliani ("Giuliani") filed a voluntary petition under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, commencing Case No. 23-12055; *In re Rudolph W. Giuliani*; in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Case").

1

2.      Prior to the filing of Giuliani's Bankruptcy Case, on July 24, 2023, this Court ordered the consolidation of the following cases for the purposes of discovery:

- Civil Action No. 1:21-cv-00040 (CJN); *U.S. Dominion, Inc., et al. v. Sidney Powell, et al.*; in the United District Court for the District of Columbia; filed January 8, 2021 (the "Powell Case");

- Civil Action No. 1:21-cv-00213 (CJN); *U.S. Dominion, Inc., et al. v. Rudolph W. Giuliani, et al.*; in the United District Court for the District of Columbia; filed January 25, 2021 (the "Giuliani Case");

- Civil Action No. 1:21-cv-0045 (CJN); *U.S. Dominion, Inc., et al. v. My Pillow, Inc., et al.*; in the United District Court for the District of Columbia; filed February 22, 2021 (the "My Pillow Case");

- Civil Action No. 1:21-cv-02131 (CJN); *U.S. Dominion, Inc., et al. v. Patrick Byrne, et al.*; in the United District Court for the District of Columbia; filed August 10, 2021 (the "Byrne Case"); and

- Civil Action No. 1:21-cv-02130 (CJN); *U.S. Dominion, Inc., et al. v. Herring Networks, Inc., et al.*; in the United District Court for the District of Columbia; filed August 10, 2021 (the "OAN Case")

(each, a "Case" and collectively, the "Litigation") [Docket No. 134].

3.      The filing of a bankruptcy petition:

operates as a stay, applicable to all entities, of—
(1)     the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. § 362(a)(1).

4.      Out of an abundance of caution, the Herring Parties filed the Clarification Motion on January 12, 2024 in the Bankruptcy Court.  The Herring Parties do not wish to delay discovery in the Litigation, but do not wish to violate the automatic stay in the event it does apply to stay discovery in Cases other than the Giuliani Case.  A copy of the Clarification Motion is attached hereto as **Exhibit 1**.

Dated: January 15, 2024                    Respectfully submitted,


                                           By: */s/ Charles L. Babcock*

                                           **JACKSON WALKER LLP**
                                           Jonathan D. Neerman (D.C. Bar No. 90003393)
                                           jneerman@jw.com
                                           Charles L. Babcock (*admitted pro hac vice*)
                                           cbabcock@jw.com
                                           2323 Ross Avenue, Suite 600
                                           Dallas, TX 75201
                                           T: (214) 953-5664
                                           F: (214) 661-6899

                                           **BOYDEN GRAY PLLC**
                                           R. Trent McCotter (D.C. Bar No. 1011329)
                                           tmccotter@boydengray.com
                                           801 17th St. NW, #350
                                           Washington, DC 20006
                                           T: (202) 706-5488

                                           *Counsel for the Herring Parties*


## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.


                                           */s/ Charles L. Babcock*
                                           Charles L. Babcock