# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>    v.<br><br>HERRING NETWORKS, INC. *et al.*,<br><br>    *Defendants/ Counter- and<br>    Third-Party Plaintiffs*,<br><br>    v.<br><br>AT&T SERVICES, *et al.*,<br><br>        *Third-Party Defendants.* | Civil Action No. 1:21-cv-02130 (CJN) |

## SUPPLEMENTAL JOINT STATUS REPORT

As directed by the Court at the March 18, 2024 status conference, the Dominion and Herring parties further met and conferred regarding the discovery disputes identified in the previously filed Joint Status Report (ECF No. 160) as *Dispute #5: OAN Specific Disputes*.

The parties continue to discuss potential resolution of the disputes at issue in good faith, but anticipate that Court resolution of some issues may be required. Counsel are actively working to resolve what they can and have agreed to submit any unresolved disputes for the Court's consideration by April 3, 2024.

Dated:  March 25, 2024

Respectfully submitted,

 */s/     Jonathan Ross*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**

1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*) Katherine Peaslee (*Admitted pro hac vice*) **SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*


*/s/ Charles L. Babcock*
Charles L. Babcock
Jonathan D. Neerman
**JACKSON WALKER, LLP**

1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4319
Fax: (713) 308-4117
cbabcock@jw.com
jneerman@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendants
Herring Networks, Inc., Charles Herring,
Robert Herring, Sr., and Chanel Rion*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system in *U.S. Dominion, Inc. et al. v. Herring Networks, Inc. d/b/a One America News Network, et al.*, 1:21-cv-02130 (D.D.C.), which I understand to have served counsel for the parties.

*/s/ John K. Edwards*
John K. Edwards

39696243v.1