UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

    *Plaintiffs*,

v.

HERRING NETWORKS, INC., *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-02130 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the motions to dismiss Defendants' amended counterclaim and third-party complaint, ECF Nos. 113, 114, and 115, are **GRANTED**. The superseded motions to dismiss, ECF Nos. 99 and 100, are **DENIED** as moot.

The accompanying Memorandum Opinion will be filed under seal.

DATE: March 29, 2024

CARL J. NICHOLS
United States District Judge