# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SIDNEY POWELL, et al., <br><br> *Defendants*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al., <br><br> *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> MY PILLOW, INC., et al., <br><br> *Defendants/Counter-Plaintiffs, and Third-Party Plaintiffs*, <br><br> v. <br><br> SMARTMATIC USA CORP., et al., <br><br> *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |
| US DOMINION, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PATRICK BYRNE, <br><br> *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |

1

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>*Defendants/Counter-Plaintiffs* | Civil Action No. 1:21-cv-02130 (CJN) |

## AGREED MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, ("Plaintiffs") and Defendants Michael Lindell, My Pillow, Inc., Sidney Powell, Powell, P.C., Defending the Republic, Patrick Byrne, Herring Networks, Inc., Robert Herring, Sr., Charles Herring, Chanel Rion (collectively, the "Defendants") agree to the entry of this amended scheduling order. The Plaintiffs and Defendants (the "Parties") hereby move for the entry of an amended scheduling order pursuant to the terms provided in the attached proposed order (Ex. A). The Parties have attached as Exhibit B for the Court's benefit a redline showing the proposed changes.

The parties intend this amended scheduling order to apply in the Litigation.[1] This amended scheduling order shall supersede the scheduling order entered by the Court on July 24, 2023 (Doc. 134). The current scheduling order contains the following deadlines:

---

[1] "Litigation" refers to the five above-captioned actions, which have either been consolidated or voluntarily coordinated for purposes of discovery in *US Dominion Inc., et al. v. My Pillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.), *US Dominion, Inc., et al. v. Powell, et al.*, No. 1:21-cv-00040-CJN (D.D.C.), *US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.) and *US Dominion, Inc., et al. v. Herring Networks, et al.*, No 1:21-cv-02130-CJN (D.D.C.). This Order does not cover Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., or SGO Corporation Ltd., nor does it cover *US Dominion, Inc., et al. v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C.), which is currently stayed.

2

1. Deadline for Completion of Fact Discovery: **May 30, 2024**

2. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **June 27, 2024**

3. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **July 31, 2024**

4. Deadline for Proponents to Produce Responsive Expert Reports: **August 29, 2024**

5. Deadline for Expert Depositions: **October 3, 2024**

6. Status Conference: **In-person on October 17, 2024 at 11:00 am**

7. Deadline to File Dispositive Motions: **November 14, 2024**

8. Deadline to File Oppositions to Dispositive Motions: **December 19, 2024**

9. Deadline to File Replies in Support of Dispositive Motions: **January 30, 2025**

There have been four prior amendments to the scheduling order for certain of the parties. In *Lindell* and *Powell*, the parties amended the scheduling order dated March 1, 2022 on August 19, 2022, December 2, 2022, May 15, 2023, and July 24, 2023 (Doc 134.) In *Byrne*, the parties amended the first scheduling order dated June 6, 2022 on December 2, 2022, May 15, 2023, and July 24, 2023 (Doc 134.) There have been no amendments to the July 24, 2023 scheduling order in the *Herring Networks* case. The proposed amended scheduling order extends all open deadlines by four (4) months, and the parties agree that it shall govern the cases consolidated by the Court for the purposes of discovery.

In accordance with Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the Plaintiffs and Defendants to each of the cases have conferred and agree to the entry of this amended scheduling order.

Dated: April 15, 2024

Respectfully submitted,

By: */s/ Jonathan Ross*

By: */s/ Jonathan Neerman*

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (Admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (Admitted pro hac vice)
Christina Dieckmann (Admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (Admitted pro hac vice)
Katherine Peaslee (Admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880

Jonathan D. Neerman (D.C. Bar No. 90003393)
jneerman@jw.com
Charles L. Babcock (admitted pro hac vice)
cbabcock@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
T: (214) 953-5664
F: (214) 661-6899

*s/ R. Trent McCotter*

BOYDEN GRAY PLLC
R. Trent McCotter (D.C. Bar No. 1011329)
tmccotter@boydengray.com
801 17th St. NW, #350
Washington, DC 20006
T: (202) 706-5488

*Counsel for the Herring Defendants*

4

esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

By: */s/ Marc Eisenstein*

Marc J. Eisenstein (DC Bar. No. 1007208)
**COBURN GREENBAUM & EISENSTEIN PLLC**
1710 Rhode Island Ave, NW
2nd Floor
Washington, DC 20036
Tel: (703) 963-7164
marc@coburngreenbaum.com

*Attorney for Defendant Defending the Republic*

By: */s/ Christopher I. Kachouroff*

Christopher I. Kachouroff, Esq.
(Bar No. 44216)
Robert J. Cynkar, Esq. (D.C. Bar 957845)
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, Suite 101
Woodbridge, VA 22192
703.621.3300
chris@mck-lawyers.com

*Attorney for My Pillow, Inc. and Michael Lindell*

By: */s/ Gregory M. Singer*
John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
Gregory M. Singer, Esq. (PHV)
gsinger@laurosinger.com

**LAURO & SINGER**
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Counsel for Defendant Christina Bobb*

**KENNEDYS CMK LLP**

By: */s Joshua A. Mooney*
Joshua A. Mooney DC Bar No. 471866
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
Joshua.Mooney@kennedyslaw.com

By: */s Marc Casarino*
Marc Casarino, pro hac vice
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
Tel: 302-308-6647
Email: marc.casarino@kennedyslaw.com

By: */s Michael J. Tricarico*
Michael J. Tricarico, pro hac vice
570 Lexington Avenue, 8th Floor
New York, New York 10022
Tel: (646) 625-3952
Email: Michael.tricarico@kennedyslaw.com

*Attorneys for Defendant Sidney Powell*

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of April 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

      /s/ *R. Trent McCotter*
      R. Trent McCotter

39861627v.4