UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>*Defendants/Counter-Plaintiffs*, *and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |

1

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

v.

HERRING NETWORKS, INC., et al.,

*Defendants/Counter-Plaintiffs*

Civil Action No. 1:21-cv-02130 (CJN)

**AGREED AMENDED SCHEDULING ORDER**

1. **Deadline for Completion of Fact Discovery:** September 30, 2024

2. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** October 28, 2024

3. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports Under Fed. R. Civ. P. 26(a)(2):** December 9, 2024

4. **Deadline for Proponents to Produce Responsive Expert Reports:** January 20, 2025

5. **Deadline for Expert Depositions:** February 24, 2025

6. **Status Conference:** In-Person Status Conference at 11:00 am on February 18, 2025

7. **Deadline to File Dispositive Motions:** March 14, 2025

8. **Deadline to File Oppositions to Dispositive Motions:** April 21, 2025

9. **Deadline to File Replies in Support of Dispositive Motions:** June 2, 2025

Carl J. Nichols
United States District Court

39861630v.5