IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | |
| Plaintiffs/Counterclaim Defendants, | No. 1:21-cv-02130-CJN |
| v. | |
| HERRING NETWORKS, INC., *et al.*, | Judge Carl J. Nichols |
| Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, | |
| v. | |
| AT&T SERVICES, INC., *et al.*, | |
| Third-Party Defendants. | |

**NOTICE OF**
**WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), John F. Lauro and Gregory M. Singer of Lauro & Singer, hereby withdraw their appearances in this case as counsel for Defendant Christina Bobb. No trial date has been set; Ms. Bobb consents to this withdrawal; and Ms. Bobb remains represented by William C. Haggerty and Katherine M. Harwood of Ford, Walker, Haggerty & Behar, who have previously entered their appearance in this case.

[Signature Page Follows]

1

Dated: May 20, 2024

*[signature: Christina Bobb]*

Christina Bobb,
Individually

Respectfully submitted, May 21, 2024

/s/Gregory M. Singer
John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
Gregory M. Singer, Esq. (PHV)
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990
*Withdrawing Counsel for
Defendant Christina Bobb*