UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>*Defendants*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>*Defendants/Counter-Plaintiffs*, *and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |

1

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants,*<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>*Defendants/Counter-Plaintiffs* | Civil Action No. 1:21-cv-02130 (CJN) |

## AMENDED SCHEDULING ORDER

It is **ORDERED** that the [171] Motion for Entry of Amended Scheduling Order is **GRANTED**. It is further **ORDERED** that the following schedule shall govern.

1. **Deadline for Completion of Fact Discovery:** September 30, 2024

2. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** October 28, 2024

3. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports Under Fed. R. Civ. P. 26(a)(2):** December 9, 2024

4. **Deadline for Proponents to Produce Responsive Expert Reports:** January 20, 2025

5. **Deadline for Expert Depositions:** February 24, 2025

6. **Status Conference:** In-Person Status Conference at 11:00 am on February 18, 2025

7. **Deadline to File Dispositive Motions:** March 14, 2025

8. **Deadline to File Oppositions to Dispositive Motions:** April 21, 2025

9. **Deadline to File Replies in Support of Dispositive Motions:** June 2, 2025

It is so **ORDERED**.

Dated: June 3, 2024

Carl J. Nichols
United States District Judge