# EXHIBIT C

LAW OFFICES
# FORD, WALKER, HAGGERTY & BEHAR
LIMITED LIABILITY PARTNERSHIP
SOUTHERN CALIFORNIA
LONG BEACH

ONE WORLD TRADE CENTER
27TH FLOOR
LONG BEACH, CALIFORNIA  90831-2700
TELEPHONE (562) 983-2500
FACSIMILE (562) 983-2555
WEBSITE:  WWW.FWHB.COM

JEFFREY S. BEHAR
PATRICK J. GIBBS
JAMES D. SAVAGE
ROBERT L. REISINGER
TINA I. MANGARPAN
SHAYNE L. WULTERIN**
JOHN K. PAULSON
CHARLES J. SCHMITT
JON A. HAMMERBECK
WILLIAM O. WOODLAND
SEAN GANDHI**
TEJAS B. PATEL
STACY A. BRADFIELD
JENNIFER L. RUSSELL
ARMEN A. AVAKIAN
JEET SEN
JUAN C. DELGADO
MARK P. LaSCOLA
DANIEL N. STEIN
JENNIE L. HERTZOG
WIN D. DOAN
MICHAEL S. AYERS
KEVIN R. LAZAR*
MICHELE M. MESSENGER
RENEE E. JENSEN**
MARGARET K. SHELTON
MICHAEL D. GOODMAN
ENNY VAN WANG
SHIRLEY C. BRIDWELL
ASHLEY S. LOEB
JOSHUA S. DIXON
KRISTINE M. GAMBOA
STEPHANIE MARIE BLACK
MARK W. FLORY
LINH T. CAO
LILI MOSTOFI
KIMBERLY A. MUELLER
JOHNNY T. PARSEGHIAN
JEANETTE D. LAWRENCE
BEN G. GAGE
ALYSSA G. CAPUTO
EMILY T. ZINN-MCBRIDE
ANTHONY L. LIVESAY
CHRISTINE A. WILTON
ROBERT L. BOOKER II

JOHN R. WATERMAN
MELISSA E. FISCHER
GABRIELA MARQUEZ
BRYAN D. PYLES
ERIC M. HOKANA
JASON D. AHDOOT
ROBERT W. LAWTON
BATKHAND ZOLJARGAL
JANE E. RANDOLPH
CHRISTY LYN M. GALLIHER*
ARTHUR W. SCHULTZ
ERNIE G. FIGUEROA
TINA C. PARK
DAVID J. MENDOZA
DAVID Y. HUA
GIULIANA REGINA
BRANDON M. MATAMOROS
JIM M. MIKHAIL
DON H. OHNOKI
MARK P. NELSON
ISLAM A. BAHHUR
PETRA RADUSIC
JORGE A. LOPEZ HERRERA
CHRISTIANA S. CARTER
MICHAEL H. TAFARELLA
CORNELO V. DILAG
CHRISTOPHER E. PHELPS
CARLA VILLARREAL
SCOTT H. BARBAG**
KATRINA WANG
ROCHELLE R. DE GOLIER
MICHAEL J. MERMELSTEIN
PEDRO J. MONCAYO
NUPUR APTE
THERESA T. NGUYEN
SAMANTHA M. SANNES
N. JESSICA YIN
ANIKA SINGH
R. WYLIE LOWE
ASHIA SHERDSURIYA
GWYNNETH L. THOMAS
ERWIN A. NEPOMUCENO
MYUNG J. KIM
SPENCER GAVIN
DANIELLE M. JOHNSON

COUNSEL
TIMOTHY L. WALKER
WILLIAM C. HAGGERTY
DONNA ROGERS KIRBY
STEPHEN W. MOORE
KATHERINE M. HARWOOD
VICTORIA A. SILCOX
MARY B. PENDLETON
ARTHUR J. CASEY
NEIL S. TARDIFF
JOHN W. RANUCCI
OLIVIA J. PALMIERI

RETIRED
G. RICHARD FORD
TIMOTHY P. McDONALD
THEODORE P. SHIELD (1920 – 2010)

* ADMITTED IN NEVADA
** ALSO ADMITTED IN NEVADA

May 28, 2024

WRITER'S EMAIL ADDRESS

bill@fwhb.com

WRITER'S DIRECT DIAL NUMBER

(714) 335-2101

WRITER'S DIRECT FAX NUMBER

(562) 983-2555

Sent Via Email Only
cdieckmann@susmangodfrey.com

Christina Dieckmann, Esq.
SUSMAN GODFREY LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001

    Re:    ***Dominion v. Herring Networks, Inc., et al.***
           Our File No:  1MM24 012

Dear Ms. Dieckmann:

    It was a pleasure speaking with you and Mr. Ross on Friday, May 17th. I received your email regarding our conference call and want to take this opportunity to respond.

    Regarding the document production addressed to Ms. Bobb, as we discussed during our recent call, we have only recently received the client file from prior counsel and have not yet completed our review. A complicating factor in this case is the recent indictment of Ms. Bobb. On our call, I expressed concern about how these requests for production could impact

FORD, WALKER, HAGGERTY & BEHAR

Christina Dieckmann, Esq.
***Dominion v. Herring Networks, Inc., et al.***
May 28, 2024
Page 2

Ms. Bobb's pending criminal case. I advised that I need to consult with Ms. Bobb's criminal counsel before providing a substantive response to the requests.

Upon conferring with Ms. Bobb's criminal counsel, he believes that the discovery process in this civil case, including the requests for production at issue, may implicate Ms. Bobb's Fifth Amendment rights against self-incrimination. In light of this, we intend to file a motion to stay the proceedings as to Ms. Bobb pending resolution of the criminal case against her. We will also move to sever the claims against Ms. Bobb from those against the other defendants.

Please note that our discussion on Friday, May 17th, was primarily intended as an introductory call to make our acquaintances and gain a general understanding of the status of discussions regarding the requests for production, as well as to ascertain the nature of the documents plaintiffs are seeking. I want to clarify that given the circumstances I outline above, I am not in a position to make any representations about the scope or timing of any further supplemental response to the requests for production at this time. While I had initially hoped to provide a rolling production of responsive, non-privileged documents to the extent required by the applicable rules over the next 30 days, and to identify any requests to which no further response would be provided, this appears to have been overly optimistic, given the circumstances outlined above. At the very least, we will need to have the stay motion heard before proceeding with any document production or further response.

Lastly, during our call, Mr. Ross and I identified several requests for production that plaintiff no longer intended to pursue from Ms. Bobb. These requests were overbroad and requested documents that were not in the custody and control of Ms. Bobb and/or had already been produced by OAN. The requests that plaintiff potentially identified as no longer requiring a response from Ms. Bobb were (according to my notes from our telephone conversation) Nos. 3, 20-29, 36, 37, 38, 40, 41, 43, 49, 50 and 62. Can you please confirm that this narrows the scope of what is currently being requested from Ms. Bobb and that it accurately reflects plaintiff's position concerning these enumerated requests?

Thank you for your cooperation. I look forward to working with you on this case.

Very truly yours,

*William C. Haggerty*
WILLIAM C. HAGGERTY
Of FORD, WALKER, HAGGERTY & BEHAR

WCH:db
ce-Dieckmann.01