IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., ET AL.,<br>*Defendants.* | No. 21-cv-02130-CJN |

# MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JAVIER GONZALEZ

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion, hereby moves for the admission and appearance of attorney Javier Gonzalez pro hac vice in the above-entitled action. This motion is supported by the Declaration of Javier Gonzalez, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Gonzalez is admitted and in good standing with the Bar of the State of Texas. Mr. Gonzalez is also admitted to practice in the United States District Courts for the Eastern District of Texas, Southern District of Texas, Western District of Texas, and Northern District of Texas, and the Fifth Circuit Court of Appeals.

2. Mr. Gonzalez is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Gonzalez possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Javier Gonzalez as representative of Defendant Herring Networks, Inc., in this proceeding.

Dated: July 24, 2024 Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
Boyden Gray PLLC
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on July 24, 2024, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER
