IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>   *Plaintiffs,*<br>v.<br>HERRING NETWORKS, INC., ET AL.,<br>   *Defendants.* | No. 21-cv-02130-CJN |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JAVIER GONZALEZ**

Upon consideration of the Motion for Admission Pro Hac Vice of Attorney Javier Gonzalez in the above-captioned matter and the Declaration of Javier Gonzalez in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Motion for Admission Pro Hac Vice of Attorney Javier Gonzalez is **GRANTED**; and

**FURTHER ORDERED** that Javier Gonzalez be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2024.

_____