UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**U.S. DOMINION, INC., et al.,**

          Plaintiffs,

v.

**HERRING NETWORKS, INC., et al.,**

          Defendants.

Civil Action No.
1:21-cv-02130 (CJN) (MAU)

### ORDER[1]

After review of the Motion to Amend/Correct, ECF No. 196, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Court's Amended Scheduling Order, ECF No. 181, is hereby amended so that Christina Bobb shall have until December 13, 2024, to produce documents responsive to pending requests for production and to sit for deposition, should her deposition be timely noticed. The deadline for completion of all other fact discovery shall remain September 30, 2024.

      **SO ORDERED**.

Date: September 12, 2024

                                            MOXILA A. UPADHYAYA
                                            United States Magistrate Judge

---

[1] The District Judge referred all discovery disputes to this Court on January 31, 2024. 01/31/2024 Minute Order. The District Judge further informed the Parties that its original referral extended to all discovery disputes, including ECF No. 182. 08/19/2024 Minute Order. The District Judge amended the referral to include resolution of disputes related to the Court's Amended Scheduling Order, ECF No. 181. 09/11/2024 Minute Order.