IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.*,<br><br>*Defendants*. | No. 1:21-cv-02130-CJN-MAU |

## JOINT STATUS REPORT

Pursuant to Magistrate Judge Moxila A. Upadhyaya's September 13, 2024 Minute Order (the "September 13 Order"), Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") and Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion, ("Herring Defendants") (herein collectively "the Parties"), hereby submit this Joint Status Report.

Following the September 13 Order, the Parties met and conferred and submit herewith as Exhibit 1 a chart detailing discovery disputes presented to the Court that remain in dispute, the Parties' efforts to resolve them, and the order in which the Parties seek Court intervention. Further, the Parties provide an update on the disputes previously submitted to the Court that have been resolved or are now moot. This Joint Status Report supersedes the August 16, 2024 Second Joint Status Report (Dkt. 194) with respect to the remaining discovery disputes between Dominion and the Herring Defendants.

Along with the chart (Ex. 1), to facilitate the Court's review, the Parties also provide the following additional exhibits that include the following previously submitted materials:

1

| Exhibit | Description | Status |
|---|---|---|
| 2 | April 3, 2024, Dominion and OAN Discovery Disputes regarding both parties | Disputed |
| 3 | July 29, 2024, Dominion and OAN Discovery Disputes regarding both parties | Disputed |

The Parties propose that the Court take up the issues identified in the attached chart in the order in which they appear in the chart, but ultimately defer to the Court on the timing of when those issues will be heard.

Dated: September 18, 2024

Respectfully submitted,

*/s/ Laranda Walker*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com

cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

By: */s/ Charles L Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
800 Connecticut Ave. NW, #900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com
*Attorneys for Defendants*

4

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of September 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

                                                          */s/ R. Trent McCotter*
                                                          R. Trent McCotter