IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, *et al.*,<br><br>                Defendants. | Case No. 1:21-cv-02130-CJN-MAU |

**JOINT MOTION FOR ORDER AUTHORIZING RELEASE OF
TRANSCRIPT OF SEALED DISCOVERY HEARING OF OCTOBER 8, 2024**

Plaintiffs US Dominion, Inc. *et al.* (collectively, "Dominion") and Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Defendants") file this Joint Motion for Order Authorizing Release of Transcript of Sealed Discovery Hearing of October 8, 2024.

On October 8, 2024, a discovery hearing was held remotely via videoconference before the Honorable Moxila A. Upadhyaya in the above-captioned matter and in the cases consolidated/coordinated therewith.[1] The Court conducted a portion of the hearing under seal, with only counsel for Dominion and the Herring Defendants participating.

The court reporter has informed counsel that the sealed portion of the transcript from that hearing cannot be released to counsel for Dominion and the Herring Defendants absent a court

---

[1] The actions that are consolidated with the above-captioned matter for discovery purposes, or voluntarily coordinated for discovery related to this litigation, consist of (1) No. 1:21-cv-00213-CJN, *US Dominion, Inc. et al. v. Rudolph W. Giuliani* (D.D.C.), (2) No. 1:21-cv-00040-CJN, *US Dominion, Inc., et al. v. Sidney Powell, et al.* (D.D.C.); (3) No. 1:21-cv-00445-CJN, *US Dominion, Inc., et al. v. My Pillow, Inc., et al.* (D.D.C.); and (4) No. 1:21-cv-02131-CJN, *US Dominion, Inc., et al. v. Patrick Byrne* (D.D.C.).

order. Accordingly, Dominion and the Herring Defendants respectfully request that the Court issue the attached proposed order granting authority for the court reporter to release the sealed portion of the transcript to counsel of record for Dominion and the Herring Defendants. They have agreed to treat the transcript as Attorneys' Eyes Only in accordance with the terms and provisions of the Court's Amended Protective Order Governing the Production and Exchange of Confidential Information (ECF No. 163).

By:    /s/ R. Trent McCotter

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
Christina M. Vitale
(admitted *pro hac vice*)
Gabriela Barake
(admitted *pro hac vice*)
Victoria C. Emery
(admitted *pro hac vice*)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com

Jonathan D. Neerman

D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
(admitted *pro hac vice*)
Sean F. Gallagher
(admitted *pro hac vice*)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Tel: (512) 236-2000
Fax: (512) 391-2131
jromero@jw.com
sgallagher@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. Bar No. 1011329
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Herring Defendants*


*/s/ Jonathan Ross*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com

3

ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ R. Trent McCotter*
R. Trent McCotter