IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.,*<br><br>    *Plaintiffs*<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.,*<br><br>    *Defendants* | Civil Action No. 1:21-cv-02130-CJN-MAU |

**ORDER GRANTING JOINT MOTION FOR ORDER
AUTHORIZING RELEASE OF TRANSCRIPT OF
<u>SEALED DISCOVERY HEARING OF OCTOBER 8, 2024</u>**

The Court has been presented with a Joint Motion for Order Authorizing Release of Transcript of Sealed Discovery Hearing of October 8, 2024.  For good cause shown, the Court hereby ORDERS that the Motion should be and hereby is GRANTED.  It is further ORDERED that the court reporter is authorized to release the transcript of the sealed hearing to counsel of record for Plaintiffs US Dominion, Inc. *et al.* and Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion.

**IT IS SO ORDERED.**

Date:   October 22, 2024

_____
HON. MOXILA A. UPADHYAYA
United States Magistrate Judge

1