# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br>     *Plaintiffs,* <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.,* <br>     *Defendants* | Civil Action No. 1:21-cv-02130-CJN-MAU <br><br> Judge Carl J. Nichols <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS BY DOMINION AGAINST DEFENDANTS RION AND BOBB

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") and Defendants Chanel Rion ("Rion") and Christina Bobb ("Bobb") hereby jointly stipulate to dismissal of all claims by Dominion against Rion, and all claims by Dominion against Bobb, with each party to bear its own costs, expenses, and attorneys' fees. For avoidance of doubt, the parties confirm this stipulation is not dismissing any claims against Defendants Charles Herring, Robert Herring, Sr., and Herring Networks, Inc. Defendants Charles Herring, Robert Herring, Sr. (by and through his representative Tanya Herring), and Herring Networks, Inc. consent to this stipulation.

Dated: February 28, 2025                          Respectfully submitted,

| */s/ Charles L. Babcock* | */s/ Stephen Shackelford, Jr.* |
|---|---|
| **JACKSON WALKER LLP** <br> Charles L. Babcock <br> *(admitted pro hac vice)* <br> Nancy W. Hamilton <br> *(admitted pro hac vice)* <br> John. K. Edwards | **SUSMAN GODFREY L.L.P.** <br> Laranda Walker (D.C. Bar No. TX0028) <br> Mary K. Sammons <br> (D.C. Bar No. TX0030) <br> Jonathan Ross (D.C. Bar No. TX0027) <br> Elizabeth Hadaway (*Admitted pro hac vice*) |

1

*(admitted pro hac vice)*
Joel R. Glover
*(admitted pro hac vice)*
Bethany Pickett Shah
*(admitted pro hac vice)*
Christina M. Vitale
*(admitted pro hac vice)*
Gabriela Barake
*(admitted pro hac vice)*
Victoria C. Emery
*(admitted pro hac vice)*
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
*(admitted pro hac vice)*
Minoo Sobhani Blaesche
*(admitted pro hac vice)*
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
*(admitted pro hac vice)*
Sean F. Gallagher
*(admitted pro hac vice)*
100 Congress Avenue, Suite 1100
Austin, TX 78701

1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller
(*Admitted pro hac vice*)
Christina Dieckmann
(*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Counsel for Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

Tel: (512) 236-2000
Fax: (512) 391-2131
jromero@jw.com
sgallagher@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. Bar No. 1011329
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006 (202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendants Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*


*/s/ William C. Haggerty*
**FORD, WALKER, HAGGERTY & BEHAR**
William C. Haggerty (*admitted pro hac vice*)
Katherine M. Harwood(*admitted pro hac vice*)
One World Trade Center, 27th Floor
Long Beach, California 90831
Tel: (562) 983-2500
Fax: (562) 983-2555
bill@fwhb.com
kharwood@fwhb.com

*Counsel for Defendant Christina Bobb*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2025, I electronically served a copy of this filing on counsel for all Defendants in *U.S. Dominion, Inc., et al. v. Herring Networks, Inc., et al.*, Case No. 1:21-cv-02130-CJN-MAU.

*/s/ Stephen Shackelford, Jr*
