# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br> *Plaintiffs/Counterclaim Defendants,* <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.,* <br><br> *Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs* | Civil Action No. 1:21-cv-02130-CJN-MAU <br><br> Judge Carl J. Nichols <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATED MOTION TO EXTEND DEADLINE FOR SPECIFIED REPLY EXPERT REPORTS

The parties seek a short extension of the deadline for exchange of three related Reply Expert Reports. If granted, this extension will not require modification of any other deadlines in the case. Under the current scheduling order, Reply Expert Reports are due to be exchanged on March 14, 2025. Because of conflicts that have arisen in the schedules of one of Plaintiff Dominion's experts and Dominion's counsel, the parties have agreed to continue the exchange of three of the Reply Reports by one week to March 21, 2025. Counsel for the Defendants Herring Parties have agreed to this modification. The extension applies to reply reports from two of Dominion's experts, Dr. Charles Stewart and Dr. Aviel Rubin and to one of the Herring Parties' experts, Dr. Seth Nielson.

Dated: March 12, 2025

Respectfully submitted,

*/s/ John K. Edwards*

**JACKSON WALKER LLP**
Charles L. Babcock
*(admitted pro hac vice)*
Nancy W. Hamilton

*/s/ Edgar Sargent*

**SUSMAN GODFREY L.L.P.**
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons
(D.C. Bar No. TX0030)

*(admitted pro hac vice)*
John. K. Edwards
*(admitted pro hac vice)*
Joel R. Glover
*(admitted pro hac vice)*
Bethany Pickett Shah
*(admitted pro hac vice)*
Christina M. Vitale
*(admitted pro hac vice)*
Gabriela Barake
*(admitted pro hac vice)*
Victoria C. Emery
*(admitted pro hac vice)*
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
*(admitted pro hac vice)*
Minoo Sobhani Blaesche
*(admitted pro hac vice)*
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
*(admitted pro hac vice)*
Sean F. Gallagher
*(admitted pro hac vice)*
100 Congress Avenue, Suite 1100
Austin, TX 78701

Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller
(*Admitted pro hac vice*)
Christina Dieckmann
(*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
*Counsel for Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

Tel: (512) 236-2000
Fax: (512) 391-2131
jromero@jw.com
sgallagher@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. Bar No. 1011329
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006 (202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendants Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Edgar Sargent*
Edgar Sargent