# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br> *Plaintiffs/Counterclaim Defendants,* <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> *Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs* | Civil Action No. 1:21-cv-02130-CJN-MAU <br><br> Judge Carl J. Nichols <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATED MOTION TO EXTEND DEADLINE FOR DOMINION TO RESPOND TO THE HERRING DEFENDANTS' MOTION FOR SANCTIONS

Dominion has requested, and the Herring Defendants have agreed to, a one-week extension of the deadline for Dominion to respond to the Herring Defendants' March 3, 2025, Motion for Sanctions. If granted, this extension will not require modification of any other deadlines in the case. Under the Court's Local Rules, Dominion's response date is currently due on March 21, 2025. The parties have agreed that Dominion's Response will be due on March 28, 2025, instead. In exchange, Dominion has agreed to re-schedule the deposition of one of the Herring Defendants' expert, Mr. Marshall, from March 26 to an agreed date before the April 18, 2025, deadline for expert depositions.

The extension is not for the purpose of delay but due to the complicated and serious nature of the motion.

Dated: March 20, 2025                                        Respectfully submitted,

*/s/ John K. Edwards*                                         */s/ Mary K. Sammons*

**JACKSON WALKER LLP**                          **SUSMAN GODFREY L.L.P.**
Charles L. Babcock                                              Laranda Walker (D.C. Bar No. TX0028)
*(admitted pro hac vice)*                                     Mary K. Sammons
Nancy W. Hamilton                                             (D.C. Bar No. TX0030)

*(admitted pro hac vice)*
John. K. Edwards
*(admitted pro hac vice)*
Joel R. Glover
*(admitted pro hac vice)*
Bethany Pickett Shah
*(admitted pro hac vice)*
Christina M. Vitale
*(admitted pro hac vice)*
Gabriela Barake
*(admitted pro hac vice)*
Victoria C. Emery
*(admitted pro hac vice)*
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
*(admitted pro hac vice)*
Minoo Sobhani Blaesche
*(admitted pro hac vice)*
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
*(admitted pro hac vice)*
Sean F. Gallagher
*(admitted pro hac vice)*
100 Congress Avenue, Suite 1100
Austin, TX 78701

Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller
(*Admitted pro hac vice*)
Christina Dieckmann
(*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
*Counsel for Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 20th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Mary K. Sammons*