IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-02130-CJN-MAU |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR SUMMARY JUDGMENT MOTIONS AND RESPONSES**

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion") and Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, and Robert Herring, Sr., (collectively, "OAN") jointly file this Motion for Leave to Exceed Page Limitation for Summary Judgment Motions and Responses as follows:

1. The parties seek leave to file motions for summary judgment and responses in excess of the 45-page limit specified in LCvR 7(e). The parties respectfully request that leave be granted to file one motion per side and one response per side, each not to exceed 75 pages (excluding the separate statements of material facts). Motions for leave to exceed the Court's page limitations are granted for good cause shown. *Haughton v. District of Columbia*, No. 12-CV-1767 (KBJ), 2016 WL 11785657, at *6 (D.D.C. June 24, 2016); *Sevier v. Lowenthal*, 302 F. Supp. 3d 312, 324 (D.D.C. 2018) (granting unopposed motion for leave without discussion); *Savage v. Azar*, 301 F. Supp. 3d 114, 133 (D.D.C. 2018) (granting motion for leave without discussion).

2. Good cause is present here. Dominion filed a 213-page complaint (plus 734 pages of exhibits) alleging defamation *per se* against OAN. (Doc. #1; Doc. #2)

3. Further, the factual record in this case is voluminous. The parties have exchanged millions of pages of documents between them, as well as collected documents in response to over 100 third-party subpoenas. The parties have taken nearly 400 hours of depositions (200 per side) from over 100 fact witnesses, including third parties. In addition, the parties have designated 16 total experts and taken expert depositions.

4. This case presents issues of exceptional importance—not just to the parties, though that is certainly true, but also more broadly given the Constitutional principles at play. While the parties will diligently prepare their briefing to be concise, the sheer number of publications challenged (and the relevant factual record) necessitate additional space to adequately advance their arguments, as well as provide the Court with a robust record in support of those arguments.

5. In sum, the parties seek leave not to burden the Court nor consume its resources; rather, the purpose is to adequately present each side's contentions as to the grounds for summary judgment, and to permit an equally fulsome opportunity to respond, so that the Court may have a sufficient presentation of the arguments to determine the appropriateness of summary judgment.

By: *Laranda Walker*
**SUSMAN GODFREY L.L.P.**
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
*Counsel for Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

/s/ *Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
Christina M. Vitale
(admitted *pro hac vice*)
Gabriela Barake
(admitted *pro hac vice*)
Victoria C. Emery
(admitted *pro hac vice*)
Shannon M. Wright
(admitted *pro hac vice*)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com
temery@jw.com
swright@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com

cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
(admitted *pro hac vice*)
Sean F. Gallagher
(admitted *pro hac vice*)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Tel: (512) 236-2000
Fax: (512) 391-2131
jromero@jw.com
sgallagher@jw.com


*/s/ R. Trent McCotter*
**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. Bar No. 1011329
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Charles L. Babcock*
Charles L. Babcock