IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cv-02130 (CJN) |

**JOINT STATUS REPORT ON OAN'S MOTION FOR SANCTIONS**

Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") and Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, and Robert Herring, Sr., ("OAN") (herein collectively "the Parties"), hereby submit this Joint Status Report on OAN's Motion for Rule 37(e) Sanctions for Plaintiffs' Failure to Preserve Electronically Stored Information ("Motion") [Dkt. 228].

Following the May 29, 2025 hearing on OAN's Motion, and as ordered by the Court, counsel met and conferred in person on June 4, 2025, followed by two Zoom calls and multiple emails, regarding curative measures that could be agreed upon to resolve the Motion. The Parties have reached an agreement to resolve the Motion except as to OAN's claim for attorneys' fees. The Parties agree as follows:

1. Dominion will formally remove (by stipulation or amended discovery responses) the following five (5) claimed loss jurisdictions from their damages claim in this case:

    - Elbert County, CO

    - Fulton County, GA

1

- Macon County, TN

- Shelby County, TN

- City of Campbell River, BC

2. The Parties will submit for the Court's review and approval a permissive adverse jury instruction associated with evidence related to Dominion's Signal/text messages at issue in OAN's Motion, and evidence related to Salesforce data for five (5) jurisdictions: Cape May County, NJ; Hunterdon County, NJ; State of Louisiana; Monmouth County, NJ; and Morris County, NJ. The Parties are working together in good faith to present an agreed instruction, but if an agreement cannot be reached, the Parties will submit their respective proposals for consideration by the Court.

The Parties were not able to resolve the request for an award of attorneys' fees in preparing and presenting its Motion, and thus request that the Court rule on OAN's request.

Dated: June 5, 2025

Respectfully submitted,

*/s/   Laranda Walker*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330

sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

By: */s/ Charles L Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of June 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

                                            */s/ John K. Edwards*
                                            John K. Edwards

41837317v.2