IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-02130-CJN-MAU |

## NOTICE OF FILING OF REDACTED MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED MATERIAL FACTS

On June 13, 2025, Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, and Robert Herring, Sr. (collectively, the "Herring Parties") filed a sealed motion for summary judgment and statement of undisputed material facts. Pursuant to paragraph 13 of the amended protective order in this case, ECF No. 163, the Herring Parties attach public, redacted copies of those filings.

Dated: July 8, 2025

By:  */s/ R. Trent McCotter*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
Christina M. Vitale
(admitted *pro hac vice*)
Gabriela Barake

1

(admitted *pro hac vice*)
Victoria C. Emery
(admitted *pro hac vice*)
Shannon M. Wright
(admitted *pro hac vice*)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com
temery@jw.com
swright@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
(admitted *pro hac vice*)
Sean F. Gallagher
(admitted *pro hac vice*)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Tel: (512) 236-2000
Fax: (512) 391-2131
jromero@jw.com
sgallagher@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. Bar No. 1011329
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Herring Parties*

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                          */s/ R. Trent McCotter*
                          R. Trent McCotter