IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., *et al.* <br> *Plaintiffs,* <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.,* <br> *Defendants* | Civil Action No. 1:21-cv-02130-CJN-MAU <br><br> Judge Carl J. Nichols <br><br><br> **JURY TRIAL DEMANDED** |

### DOMINION'S RESPONSE TO OAN'S APPLICATION FOR RECOVERY OF REASONABLE AND NECESSARY ATTORNEYS' FEES

Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") respectfully file this Response to Defendants One America News Network, Charles Herring, and Robert Herring, Sr.'s ("OAN's") Application for Recovery of Reasonable and Necessary Attorneys' Fees. Dkt. No. 247 ("Application").

OAN's Application relates to OAN's request for attorneys' fees in its Motion for Sanctions ("Motion"). *See* Dkt. No. 228. The timing and content of OAN's Application are improper.

On June 20, pursuant to this Court's June 10, 2025 Order, the Parties jointly informed the Court that they had not reached agreement on OAN's fee request. Dkt. No. 246. Consistent with the Court's direction, the Parties requested a briefing schedule on the attorneys' fees issue. *See id.*; *see also* Dkt. No. 240, Transcript of June 6, 2025 Hearing at 10:12-14 ("So I will set a further schedule for briefing if you all don't resolve [the attorneys' fees issue] at that time.").

The Court has not set a schedule. Nevertheless, on July 1, 2025, OAN filed an "Application" for fees, plus exhibits. OAN did not consult with Dominion at any time before doing so. And while the Application gives lip service to the fact that the Court reserved for itself the

timing and content of any briefing, *see* App. at 2, 3, OAN makes arguments and provides evidence in support of a Motion it has not yet made, because the Court has not yet set a schedule.

Dominion believes OAN's filing is improper. It also disagrees with OAN's arguments on the merits. But consistent with this Court's prior orders, Dominion will address the substance of OAN's arguments and request (as well as any others it may raise in further briefing) in accordance with whatever schedule this Court sets, not based on the timing of OAN's unilateral and unapproved filing. To the extent the Court is inclined to grant OAN any fees, Dominion requests the opportunity to fully address the issues.

Dated: July 11, 2025

Respectfully submitted,

By: */s/ Mary K. Sammons*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller *(Admitted pro hac vice)*
Christina Dieckmann *(Admitted pro hac vice)*
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com

        mhatch-miller@susmangodfrey.com
        cdieckmann@susmangodfrey.com
        gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

        */s/ Mary K. Sammons*
        Mary K. Sammons