# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* | ) |
| *Plaintiffs/Counterclaim Defendants,* | ) Civil Action No. 1:21-cv-02130-CJN-MAU |
| v. | ) Judge Carl J. Nichols |
| HERRING NETWORKS, INC., *et al.,* | ) |
| *Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs* | ) **JURY TRIAL DEMANDED** |

## PLAINTIFFS' STIPULATED MOTION FOR BRIEFING SCHEDULE

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, ("Plaintiffs") hereby move for the entry of a stipulated briefing schedule. The parties have conferred on the schedule and request that the Court approve the following deadlines for OAN's Motions to Strike expert reports and testimony from Charles Stewart III and Aviel Rubin: (i) opposition to the motions will be served and filed by August 15, 2025; (ii) replies in support of the motions will be served and filed by August 29, 2025. This reply deadline is the same as the deadline for reply briefs in support of the parties' cross-motions for summary judgment.

Dated: July 28, 2025

Respectfully submitted,

By: */s/ Stephen Shackelford*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com

ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller *(Admitted pro hac vice)*
Christina Dieckmann *(Admitted pro hac vice)*
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs/Counterclaim Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Stephen Shackelford