IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02130-CJN-MAU |

## [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE CORRECTIONS

On this day came to be considered Plaintiffs' Motion for Leave to File Corrections ("Motion"). The Court, having considered the Motion, the Response, and any replies, applicable law, arguments of counsel, and the entire record in this matter, finds that the Motion should be and hereby is DENIED.

Signed this _____ day of _____, 2025.

_____
HONORABLE CARL J. NICHOLS
United States District Judge

1