IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-02130-CJN-MAU |

## DEFENDANTS' LOCAL RULE 5.4(e) NOTICE OF FILING OF NATIVE EXHIBIT

Pursuant to Local Rule 5.4(e), Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, and Robert Herring, Sr., ("OAN") file this notice that Exhibit 5 to their recently filed Motion to Strike Joel H. Steckel's Expert Report as Incompetent Summary Judgment Evidence and Exclude His Expert Reports and Testimony is a large Excel file that cannot be filed directly on the docket. OAN included a slip sheet for this native file and has served Plaintiffs with the file via email. OAN's counsel will keep a copy of the file in their records and will include a copy on a DVD or flash drive that will be provided to chambers.

Dated: August 29, 2025

Respectfully submitted,

By: */s/ R. Trent McCotter*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)

Bethany Pickett Shah
(admitted *pro hac vice*)
Christina M. Vitale
(admitted *pro hac vice*)
Gabriela Barake
(admitted *pro hac vice*)
Victoria C. Emery
(admitted *pro hac vice*)
Shannon M. Wright
(admitted *pro hac vice*)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com
temery@jw.com
swright@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

Joshua A. Romero
(admitted *pro hac vice*)
Sean F. Gallagher
(admitted *pro hac vice*)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Tel: (512) 236-2000
Fax: (512) 391-2131

jromero@jw.com
sgallagher@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. Bar No. 1011329
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.


                                          */s/ R. Trent McCotter*
                                          R. Trent McCotter