# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br> *Plaintiffs/Counterclaim Defendants,* <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.,* <br><br> *Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs* | Civil Action No. 1:21-cv-02130-CJN-MAU <br><br> Judge Carl J. Nichols <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' STIPULATED MOTION FOR BRIEFING SCHEDULE

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, ("Plaintiffs") hereby move for the entry of a stipulated briefing schedule. The parties have conferred on the schedule and request that the Court approve the following deadlines for OAN's *Daubert* Motions filed on August 28, 2025: (i) oppositions to the motions will be served and filed by October 3, 2025; (ii) replies in support of the motions will be served and filed by October 24, 2025. OAN is unopposed to this motion.

Dated: September 2, 2025

Respectfully submitted,

By:  */s/ Stephen Shackelford*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)

13577450v2/017165

Mark Hatch-Miller *(Admitted pro hac vice)*
Christina Dieckmann *(Admitted pro hac vice)*
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs/Counterclaim Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this ___ day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                   */s/Jonathan J. Ross*
                   Jonathan J. Ross